UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
(NORTHERN DIVISION)

FILED

OCT 6 1993

GAY LESBIAN BISEXUAL )
ALLIANCE, )
 )
     Plaintiff, )
 )
vs. ) CIVIL ACTION NO. CV-93-T-1178-N
 )
JIMMY EVANS, et al., )
 )
     Defendants. )

MOTION TO DISMISS FILED ON BEHALF OF
JAMES H. EVANS, IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL
OF THE STATE OF ALABAMA

Comes now James H. Evans (referred to as "Jimmy Evans" in the Complaint), in his official capacity as Attorney General of the State of Alabama, by and through his attorney, and respectfully moves this Honorable Court to dismiss him as a Party Defendant in the above-styled cause. The following grounds are set forth in support of said Motion:

    1. The Attorney General is neither a real party in interest nor an indispensable or necessary party to this litigation.

    2. Section 6-6-227 and Rule 4(c)(10) of the Alabama Rules of Civil Procedure merely mandate that the Attorney General be served with a copy of the complaint in lawsuits challenging the constitutionality of an Alabama state statute and be given the

opportunity to be heard if he so chooses. The Attorney General specifically waives any right he may have to be heard as a party in this action. This statute and rule in no way make the Attorney General a real party in interest.

3. Complete relief can be afforded against the remaining Defendants. The Attorney General intends to fully comply with all final Orders of this Court, regardless of whether he is formally a Party.

WHEREFORE, PREMISES CONSIDERED, the Attorney General respectfully moves, pursuant to Rule 12 of the Federal Rules of Civil Procedure, for an Order dismissing him as a Party Defendant to this action.

Respectfully submitted,

_____
Howard A. Mandell
ATTORNEY FOR JIMMY EVANS, IN HIS
OFFICIAL CAPACITY AS ATTORNEY
GENERAL OF THE STATE OF ALABAMA

25 South Court Street
Post Office Box 4248
Montgomery, AL 36103
(205) 262-1666

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing NOTICE OF APPEARANCE have been furnished to the following by United States Mail, postage prepaid, on this the 8th day of October, 1993:

>Honorable Fern Singer
>Attorney for Alabama Civil Liberties Union
>  of Alabama
>Post Office Box 530412
>Birmingham, Alabama  35253
>
>Honorable Ruth E. Harlow
>Attorney for American Civil Liberties Union
>  Foundation
>132 West 43rd Street
>New York, New York  10036
>
>Dr. Frederick P. Whiddon
>President
>University of South Alabama
>307 University Boulevard
>Mobile, Alabama  36688-0002
>
>Dr. Dale T. Adams
>Dean of Students
>University of South Alabama
>307 University Boulevard
>Mobile, Alabama  36688-0002

_____
Howard A. Mandell