IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

FILED
OCT 25 1993
THOMAS C. CAVER, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| GAY LESBIAN BISEXUAL ALLIANCE,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>JIMMY EVANS, in his official  )<br>capacity as Attorney General  )<br>of the State of Alabama;  )<br>et al.,  )<br>  )<br>    Defendants.  ) | CIVIL ACTION NO. 93-T-1178-N |

## ORDER

At the request of counsel for defendant Jimmy Evans, it is ORDERED that the request is granted to the extent that the motion to dismiss filed by defendant Jimmy Evans on October 8, 1993, is reset for submission, without oral argument on November 5, 1993, with defendant Evans to file his brief by October 27, 1993, and the plaintiff to do the same by November 5, 1993.

DONE, this the 25th day of October, 1993.

_____
UNITED STATES DISTRICT JUDGE