```
                                                        FILED
           UNITED STATES DISTRICT COURT FOR
             THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION              JAN 20 1994

                                                 THOMAS C. CAVER, CLERK
GAY LESBIAN BISEXUAL ALLIANCE,    )              BY _____
                                  )                   DEPUTY CLERK
       Plaintiff,                 )
                                  )
vs.                               )    CIVIL ACTION NO.
                                  )    CV 93-T-1178-N
                                  )
JIMMY EVANS, et al.,              )
                                  )
       Defendants.                )
```

## MOTION TO EXTEND DISCOVERY CUT-OFF

COMES NOW, Plaintiff by and through counsel, <u>with the concurrence of counsels for all of the Defendants</u>, and respectfully requests this Honorable Court modify its Order entered on November 1, 1993 as follows:

1. Because additional time was required of defendants to respond to plaintiff's first requests for discovery, extra time is now necessary to review the documents produced as well as to analyze all other responses. Additionally, all of the documents requested have yet to be produced although plaintiff's counsel has been assured that such documents will be forthcoming this week.

2. In light of paragraph 1 above, all of the parties are requesting that the discovery cut-off be changed from January 21, 1994 until March 4, 1994.

3. If the Court grants an extension for discovery, all of the parties further agree that the dates in the November 1, 1993 Scheduling Order need to be modified accordingly. Thus, record submission would be due on March 18, 1994; Plaintiff's brief would be due on April 8, 1994 and Defendants' brief would be due on April 22, 1994.

4. The parties in no way will be prejudiced by an extension of the discovery cut-off date or by the modification of the November 1, 1993 Order entered in this matter.

Respectfully submitted,

_____
Fern Singer
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

Of Counsel:

WATTERSON & SINGER
ATTORNEYS AT LAW, P.C.
P.O. Box 530412
Birmingham, AL  35253
(205) 871-3980

Ruth Harlow
William B. Rubenstein
American Civil Liberties
 Union Foundation
132 West 43rd Street
New York, NY  10036
(212) 944-9800, Ext. 545

## CERTIFICATE OF SERVICE

I, Fern Singer, Attorney at Law, do hereby certify that I have served a copy of the foregoing Motion to Extend Discovery Cut-Off on the following persons by placing a copy of same in the United States Mail, first class postage prepaid, correctly addressed to them on this the ___18___ day of January, 1994.

>Howard A. Mandell, Esq.
>25 South Court Street
>P.O. Box 4248
>Montgomery, AL  36103
>
>J. Fairly McDonald, III
>George W. Walker, III
>Copeland, Franco, Screws & Gill, P.A.
>P.O. Box 347
>Montgomery, AL  36101-0347

_____
Fern Singer