UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**FILED**
JAN 28 1994
THOMAS C. CAVER, CLERK
DEPUTY CLERK

GAY LESBIAN BISEXUAL ALLIANCE, )
)
    Plaintiff, )
)
vs. ) CIVIL ACTION NO.
) CV 93-T-1178-N
)
JIMMY EVANS, et al., )
)
    Defendants. )

### MOTION TO COMPEL JIMMY EVANS TO ANSWER PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND PLAINTIFF'S FIRST SET OF INTERROGATORIES

NOW COMES, Plaintiff, by and through counsel, and pursuant to Federal Rules of Civil Procedure, Rule 37, does herewith request this Court compel defendant Jimmy Evans to produce documents and answer interrogatories requested in Plaintiff's First Request for Production and First Set of Interrogatories or otherwise impose sanctions for failure to do so and as grounds therefor says as follows:

    1.    Plaintiff filed both of its discovery requests on or about November 12, 1993.

    2.    As of this date, plaintiff has not received any documents or answers from defendant Jimmy Evans.

    3.    This Court has extended the discovery cut-off in this matter, in part, because this defendant required additional time to respond to plaintiff's discovery.

    4.    The discovery cut-off has now been extended to March 4, 1994 and defendant Jimmy Evans' responses are critical in order for plaintiff to thoroughly prepare its case.

    5.    Plaintiff submits the requested documents and answers to interrogatories will certainly lead to relevant evidence if not in fact be relevant in themselves.

    6.    Plaintiff's counsel has spoken to counsel for Mr. Evans to try to resolve this matter without filing a Motion to Compel.

    7.    Plaintiff submits that should defendant Jimmy Evans fail and refuse to comply with Federal Rules of Civil Produce, that the sanctions of Rule 37 should be imposed for that failure.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests this Court to compel defendant Jimmy Evans to produce documents requested in Plaintiff's First Request for Production and respond to Plaintiff's First Set of Interrogatories or suffer sanction.

Respectfully submitted,

_____
Fern Singer
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

Of Counsel:

WATTERSON & SINGER
ATTORNEYS AT LAW, P.C.
P.O. Box 530412
Birmingham, AL   35253
(205) 871-3980

Ruth Harlow
William B. Rubenstein
American Civil Liberties
 Union Foundation
132 West 43rd Street
New York, NY   10036
(212) 944-9800, Ext. 545

## CERTIFICATE OF SERVICE

I, Fern Singer, Attorney at Law, do hereby certify that I have served a copy of the foregoing Motion to Compel on the following counsels of record by placing a copy of same in the United States Mail, first class postage prepaid, correctly addressed to them on this the ___27___ day of January, 1994.

Howard A. Mandell, Esq.
25 South Court Street
P.O. Box 4248
Montgomery, AL   36103

J. Fairly McDonald, III
George W. Walker, III
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL   36101-0347

_____
Fern Singer