FILED

FEB 01 1994

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAY LESBIAN BISEXUAL ALLIANCE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JIMMY EVANS, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 93-T-1178-N |

**ORDER**

Upon consideration of the motion to compel filed by the plaintiff on January 28, 1994, it is

ORDERED that on or before February 14, 1994, defendant Evans shall show cause why the motion to compel should not be granted.

Done this _1st_ day of February, 1994.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE