IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THOMAS C. CAVER, CLERK
BY _____ DEPUTY CLERK

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

GAY LESBIAN BISEXUAL ALLIANCE,

Plaintiff,

v.

JIMMY EVANS, in his official capacity as Attorney General
of the State of Alabama, FREDERICK P. WHIDDON, in his official
capacity as President of the University of South Alabama, and
DALE T. ADAMS, in his official capacity as Dean of Students of
the University of South Alabama,

Defendants.

---

JOINT RECORD OF THE PARTIES
VOLUME I

---

FERN SINGER
Watterson and Singer
P.O. Box 530412
Birmingham, AL 35253
(205) 871-3980
As Cooperating Attorney
  for the ACLU of Alabama

RUTH E. HARLOW
WILLIAM B. RUBENSTEIN
American Civil Liberties
  Union Foundation
132 West 43rd Street
New York, NY 10036
(212) 944-9800, ext. 545

Attorneys for Plaintiff

J. FAIRLEY MCDONALD, III
GEORGE W. WALKER, III
Copeland, Franco, Screws
  & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101
(205) 834-1180

Attorneys for Defendants
  Whiddon and Adams

HOWARD A. MANDELL
25 South Court Street
Montgomery, AL 36104
(205) 262-1666

Attorney for Defendant
  Evans

# JOINT RECORD TABLE OF CONTENTS

## Volume I

PAGE

| | | |
|---|---|---|
| 1. | Stipulation By All of the Parties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0001 |
| 2. | Complaint, dated Sept. 27, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0003 |
| 3. | Answer of Defendants Whiddon and Adams, dated Oct. 20, 1993. . . . . . . . . . | 0023 |
| 4. | Order Denying Defendant Evans's Motion to Dismiss, dated Dec. 27, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0031 |
| 5. | Answer of Defendant Evans, dated Feb. 18, 1994. . . . . . . . . . . . . . . . . . . . . . . . | 0036 |
| 6. | Act No. 92-439/H. 454 as passed by the House and the Senate of the Alabama Legislature and approved by the Governor. . . . . . . . . . . . . . . . . | 0043 |
| 7. | Resolution No. 92-005, passed by voice vote of the Alabama Senate on Jan. 31, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0045 |
| 8. | H.R. 111, passed by a 64-3 vote of the Alabama House on Feb. 26, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0047 |
| 9. | Request by Hon. Perry O. Hooper, Jr., for an Attorney General's Opinion, dated Feb. 18, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0050 |
| 10. | Attorney General's Opinion issued to Hon. Perry O. Hooper, Jr., dated Mar. 19, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0057 |
| 11. | Statement of Hon. Perry O. Hooper, Jr., dated Mar. 19, 1992. . . . . . . . . . . . | 0061 |
| 12. | Complaint with attachments in Auburn University v. The Auburn Gay and Lesbian Association et al., No. 92-H-374-E, Middle District of Alabama. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0064 |
| 13. | Memorandum Opinion in Auburn University v. The Auburn Gay and Lesbian Association et al., dated May 11, 1992. . . . . . . . . . . . . . . . . . . . . . . | 0186 |
| 14. | "House bill aims to end funding of gay groups," Crimson White, Feb. 28, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0192 |

15. "Measure targets homosexual groups," Tuscaloosa News, Mar. 5, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0193

16. "Gay groups dealt setback by Evans," Montgomery Advertiser, Mar. 20, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0194

17. "Leaping Into the Fray Over Gay Group at Auburn," The New York Times, Mar. 22, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0195

18. "Bill prohibits funding for gay student groups," Mobile Press, May 1, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0196

19. "Homosexual prohibition roll call," Mobile Register, May 1, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0197

20. Request by Defendant Whiddon for an Attorney General's Opinion, dated Feb. 12, 1993, with complete attachments. . . . . . . . . . . . . . . . . . . . . . . 0198

21. Attorney General's Opinion issued to Defendant Whiddon, dated July 29, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0210

22. Declaration of George Hite Wilson, President of Plaintiff Gay Lesbian Bisexual Alliance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0212

23. Declaration of Michael Mitchell, President of University of South Alabama Student Government Association. . . . . . . . . . . . . . . . . . . . . . . . . . . . 0230

24. Declaration of John W. Bales, Member of the Board of Directors, Auburn Gay and Lesbian Association. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0233

25. Plaintiff's First Set of Requests for Admission to Defendants Whiddon and Adams. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0237

26. Defendants Whiddon's and Adams's Responses to First Set of Requests for Admission. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0240

27. Defendant Adams's Response to Plaintiff's First Set of Interrogatories. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0242

28. Defendant Whiddon's Response to Plaintiff's First Set of Interrogatories. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0263

29. Defendant Evans's Response to Plaintiff's First Set of Interrogatories. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0278

2

| 30. | Defendant Whiddon's And Adams's Response to Plaintiff's First Request for the Production of Documents. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0285 |
|---|---|---|
| 31. | Defendant Evans's Response to Plaintiff's First Request for the Production of Documents. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0296 |

## Volume II

| 32. | SGA Senate Minutes, Jan. 7, 1991. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0307 |
|---|---|---|
| 33. | USA File of Original and Renewal Applications for Plaintiff as Registered Student Organization (school years 91/92, 92/93, and 93/94). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0309 |
| 34. | Student Services Staff Meeting Minutes (redacted) Feb. 4, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0324 |
| 35. | Student Services Staff Meeting Minutes (redacted) Feb. 18, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0325 |
| 36. | Student Services Staff Meeting Minutes (redacted) Mar. 24, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0326 |
| 37. | Letter received by Defendant Adams on June 12, 1992, from Carol Story. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0327 |
| 38. | July 31, 1992, Memorandum from Defendant Adams to Maxey Roberts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | .0328 |
| 39. | SGA Committee Budget Request Form, Social and Athletic Development Committee, dated July 1, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0329 |
| 40. | SGA Budget, Summer Quarter 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0330 |
| 41. | Student Services Staff Meeting Minutes (redacted) Oct. 6, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0331 |
| 42. | Fall Quarter 1992 Budget/Appropriation Request by Plaintiff. . . . . . . . . . . . . | 0333 |
| 43. | SGA Committee Budget Request Form from Public Relations/Advertising Committee, dated Nov. 11, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0335 |

3

| 44. | Appropriations Bill 11-16-92-01, dated Nov. 11, 1992. | 0336 |
|---|---|---|
| 45. | Memorandum from George Hite Wilson to Student Organization Presidents and Faculty Advisors, regarding World AIDS Day, December 1, 1992. | 0337 |
| 46. | Poster for World AIDS Day 1992. | 0340 |
| 47. | SGA Senate Minutes, Oct. 12, 1992. | 0341 |
| 48. | SGA Senate Minutes, Oct. 19, 1992. | 0356 |
| 49. | SGA Senate Minutes, Nov. 9, 1992. | 0360 |
| 50. | SGA Senate Minutes, Nov. 16, 1992. | 0363 |
| 51. | SGA Senate Minutes, Nov. 30, 1992 | 0366 |
| 52. | SGA Committee Budget Request Form from Social and Athletic Development Committee, dated Oct. 7, 1992. | 0369 |
| 53. | SGA Committee Budget Request Form from Social and Athletic Development Committee, dated Nov. 18, 1992. | 0370 |
| 54. | Appropriations Bill 11-18-92-02, dated Nov. 18, 1992. | 0371 |
| 55. | Fall Quarter 1992 Budget/Appropriation Request by Black Student Union. | 0372 |
| 56. | Fall Quarter 1992 Budget/Appropriation Request by Greek Week/Interfraternity Council. | 0375 |
| 57. | Fall Quarter 1992 Budget/Appropriation Request by Rho Theta Chapter of Phi Alpha Theta. | 0378 |
| 58. | SGA Budget, Fall Quarter 1992. | 0381 |
| 59. | Original Winter Quarter 1993 Budget/Appropriation Request by Plaintiff. | 0382 |
| 60. | Proposed SGA Budget for Winter Quarter 1993, including $651 to Plaintiff. | 0385 |

4

61. Proposed SGA Budget for Winter Quarter 1993, omitting Plaintiff's Request. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0386

62. SGA Senate Minutes, Jan. 25, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0387

63. Student Services Staff Meeting Minutes (redacted) Jan. 26, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0394

64. Letter to [George] Hite Wilson from Defendant Adams, dated Jan. 27, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . : . . 0396

65. Revised Winter Quarter 1993 Budget/Appropriation Request by Plaintiff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0397

66. Letter from Michael Mitchell to Maxey Roberts, dated Jan. 29, 1993, with enclosures. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0401

67. SGA Committee Budget Request Form, Social and Athletic Committee, dated Jan. 20, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0406

68. Winter Quarter 1993 Budget/Appropriation Request by Alpha Area Council. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0408

69. Winter Quarter 1993 Budget/Appropriation Request by ASEAN Student Association. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0409

70. Winter Quarter 1993 Budget/Appropriation Request by Epsilon Area Council. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0413

71. Winter Quarter 1993 Budget/Appropriation Request by Pakistan Students Association. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0416

72. Winter Quarter 1993 Budget/Appropriation Request by Vietnamese Student Association. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0419

73. Spring Quarter 1993 Budget/Appropriation Request by Plaintiff. . . . . . . . . . . 0422

74. SGA Senate Minutes, April 19, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0425

75. SGA Proposed Budget, Spring Quarter 1993. . . . . . . . . . . . . . . . . . . . . . . . . 0432

76. SGA Budget, Spring Quarter 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0433

77. Spring Quarter 1993 Budget/Appropriation Request by Council of International Student Organizations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0434

78. Winter/Spring/Summer 1993 Budget/Appropriation Request by Chinese Students and Scholars Association. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0440

79. Spring Quarter 1993 Budget/Appropriation Request by Singapore Student Association. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0443

80. Student Services Staff Meeting Minutes, April 20, 1993. . . . . . . . . . . . . . . . 0447

81. Student Services Staff Meeting Minutes, May 18, 1993. . . . . . . . . . . . . . . . . 0449

82. Student Services Staff Meeting Minutes, June 29, 1993. . . . . . . . . . . . . . . . . 0450

83. Letter from Defendant Adams to George Hite Wilson, dated June 29, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0452

84. Letter from George Hite Wilson to Defendant Adams, dated July 27, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0453

85. Check issued to George Hite Wilson from University of South Alabama in the amount of $16.31, dated Aug. 11, 1993. . . . . . . . . . . . . . . . . . . . . . . . 0454

86. Memorandum from Defendant Adams to George Hite Wilson, dated Aug. 26, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0455

87. Memorandum to "GLBA Fact-Finding Committee" from Defendant Adams, dated Sept. 17, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0456

88. Memorandum from Defendant Adams regarding "Ad Hoc GLBA Committee," dated Sept. 29, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0457

89. Memorandum from Defendant Adams to Maxey Roberts, dated Oct. 13, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0458

90. Fall Quarter 1993 Budget/Appropriation Request by Plaintiff. . . . . . . . . . . . . 0459

91. SGA Senate Minutes, Oct. 18, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0462

92. SGA Senate Minutes, Nov. 1, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0468

93. SGA Committee Budget Request Form, Social and Athletic Committee, dated Oct. 13, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0471

6

94.  SGA Committee Budget Request Form, Minority Affairs Committee,
     Fall Quarter 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0472

95.  Fall Quarter 1993 Budget/Appropriation Request by Alpha Epsilon
     Delta. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0473

96.  Job Description of the Dean of Student Services from the Faculty
     Handbook. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0476

97.  "Keep the Connection," Resource Manual for Student Clubs and
     Organizations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0478

98.  Rules for Allocation of SGA Funds (Title VII of SGA Code-of-Laws) from
     1993-95 "The Lowdown Student Handbook," as well as version in effect
     1991-93. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0499

99.  Code of Student Conduct. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0502

100. Information about the University Center, pages 14-15 from 1993-95
     "The Lowdown." . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0506

101. Information about Jaguar Productions, pages 25-26 from 1993-95
     "The Lowdown." . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0507

102. The "Mission" of USA, pages 67-68 from the 1993-95 "The
     Lowdown." . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0509

103. USA Statement of Policy on substance abuse from 1993-95 "The
     Lowdown." . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0511

104. Constitution of the SGA at USA, Article III. . . . . . . . . . . . . . . . . . . . . . . .  0517

105. List of Registered Student Organizations from 1993-95 "The
     Lowdown." . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0518

106. "Make the Connection," 1993-94 Directory of Student
     Organizations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0530

107. "The Gang's All Here," 1992-93 Student Organizations
     Directory. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0545

108. "We're Here to Help You ... Get Involved," pamphlet of the Freshman
     Activities and Assistance Board. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0560

109. List of Jaguar Productions Speakers, 1990-1993 . . . . . . . . . . . . . . . . . . . . . . .0564

110. Lists of persons or groups not associated with USA that utilized
     university facilities by reserving that space, 1990-1993. . . . . . . . . . . . . . . . . 0565

Submitted as Separately-Bound Portions of the Joint Record --

1. Original Transcript of the Deposition of Defendant Dale T. Adams, with exhibits.

2. Original Transcript of the Deposition of Defendant Jimmy Evans, with exhibits.

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
94 MAR 18 AM 10: 23

THOMAS C. CAVER, CLK
GAY LESBIAN BISEXUAL ALLIANCE, U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff,                              )
                                        )
vs.                                     )
                                        )
JIMMY EVANS, in his official capacity   )
as Attorney General of the State of     )          Civil Action
Alabama, FREDERICK P. WHIDDON, in his   )          No. 93-T-1178-N
official capacity as President of the   )
University of South Alabama, and DALE   )
T. ADAMS, in his official capacity as   )
Dean of Students of the University of   )
South Alabama,                          )
                                        )
Defendants.                             )

## STIPULATION BY ALL OF THE PARTIES

The parties, having agreed to submit this case for a final determination by the district
court on a written record, do hereby stipulate to their agreement on the following:

1. The bound Joint Record contains true and correct copies of the documents
designated. After the initial pleadings in this matter, the Joint Record contains 105 documents
numbered 6 to 110. Documents numbered 6 to 110 are deemed admissible evidence in this
matter for purposes of the Court's determination of the parties' claims and defenses.

2. In addition to the bound Joint Record, the parties are herewith filing original copies
of the transcripts of two depositions that are also to be deemed part of the record for this
Court's consideration. Those depositions are the February 9, 1994, deposition of defendant
Dale T. Adams and the February 10, 1994, deposition of defendant Jimmy Evans.

0001

## Factual Stipulations

3.  On January 31, 1992, the Alabama Senate passed Resolution No. 92-005 in response to the controversy around the Auburn Gay and Lesbian Association (AGLA).

4.  On February 26, 1992, the Alabama House of Representatives passed H.R. 111, its own resolution enacted in response to the controversy around AGLA.

5.  House Bill 454 was introduced in the Alabama House of Representatives on February 26, 1992. A final version of H. 454 became law on May 14, 1992, and has been codified at Alabama Education Code Section 16-1-28.


Dated:  March 17, 1994


J. Fairley McDonald, III  *by permission*
J. Fairley McDonald, III
Copeland, Fanco, Screws
 & Gill, P.A.
P.O. Box 347
Montgomery, Alabama 36101
(205) 834-1180

ATTORNEYS FOR DEFENDANTS
 WHIDDON AND ADAMS

Howard A. Mandell  *by permission*
Howard A. Mandell
25 South Court Street
Montgomery, Alabama 36104
(205) 262-1666

ATTORNEY FOR DEFENDANT EVANS

Fern Singer  *by permission*
Fern Singer
Watterson and Singer
Post Office Box 530412
Birmingham, Alabama 35253
(205) 871-3980
As Cooperating Attorney
 for the ACLU of Alabama

Ruth E. Harlow
Ruth E. Harlow
William B. Rubenstein
American Civil Liberties
 Union Foundation
132 West 43rd Street
New York, New York 10036
(212) 944-9800, Ext. 545

ATTORNEYS FOR PLAINTIFFS

2

■ 0002

GAY LESBIAN BISEXUAL ALLIANCE,                    )
                                                  )
            Plaintiff,                            )
                                                  )
    vs.                                           )        COMPLAINT
                                                  )
JIMMY EVANS, in his official capacity             )
as Attorney General of the State of               )     Civil Action No.
Alabama, FREDERICK P. WHIDDON, in his             )
official capacity as President of the             )
University of South Alabama, and DALE             )
T. ADAMS, in his official capacity as             )
Dean of Students of the University of             )
South Alabama,                                    )
                                                  )
            Defendants.                           )

    Plaintiff Gay Lesbian Bisexual Alliance, complaining of

Defendants, does hereby allege as follows:

## Summary of Action

    1.  This action challenges the constitutionality of Section

16-1-28 of the Alabama Education Code, facially and as applied,

under the First and Fourteenth Amendments to the United States

Constitution and 42 U.S.C. § 1983.  This statute, hereinafter

referred to as the "Public Funds and Facilities Statute," was

enacted by the Alabama legislature in the spring of 1992 to

restrict the speech and associational rights of gay and lesbian

student groups on Alabama state university campuses.  The law

has, in keeping with that purpose, been implemented to interfere

with the constitutionally-protected activities of Plaintiff, the

gay, lesbian and bisexual student group at the University of

█ 0003

South Alabama in Mobile. Plaintiff brings this suit to remedy the law's interference with its members' freedom of speech, freedom of association, and rights to equal protection and due process. Plaintiff seeks a declaration that the statute is unconstitutional and an injunction against its future enforcement against any group.

## Jurisdiction and Venue

2. Jurisdiction over plaintiff's claims is based upon 28 U.S.C. §§ 1331 and 1343(a)(3). Plaintiff brings its claims, grounded in the United States Constitution, pursuant to 42 U.S.C. § 1983. In addition, plaintiff seeks a declaratory judgment and additional relief under 28 U.S.C. §§ 2201(a) and 2202.

3. Venue is proper in this Court under 28 U.S.C. § 1391(b), because Defendant Jimmy Evans, Attorney General of the State of Alabama, resides in this district and all the defendants reside in this state.

## Parties

4. Plaintiff Gay Lesbian Bisexual Alliance ("GLBA") is a registered student organization at the University of South Alabama. The group has approximately 25 to 30 active members and has been a registered student group at the university since Winter Quarter 1992. GLBA is a social, educational and political organization that sponsors dances, speeches, AIDS prevention programs, and other events. The organization's constitution

2

states, _inter alia_, that the purpose of the group "is to provide a foundation for unification for homosexual and non-homosexual people of the student population[.]"

5. Defendant Jimmy Evans is the Attorney General of the State of Alabama and is sued in his official capacity; in that capacity, he maintains an office in Montgomery, Alabama. As the Attorney General, Evans is responsible for enforcing and defending the laws of this state, including Section 16-1-28 of the Alabama Education Code.

6. Defendant Frederick P. Whiddon is the President of the University of South Alabama, a public university, and is responsible for the operation of that institution. He is sued in his official capacity. In that capacity, he maintains an office in Mobile, Alabama.

7. Defendant Dale T. Adams is the Dean of Students at the University of South Alabama and is responsible for the university's oversight of student groups and of the Student Government Association. He is sued in his official capacity. In that capacity, he maintains an office in Mobile, Alabama.

8. All acts of the defendants alleged herein were performed under color of state law.

## The Challenged Statute

9. The bill that led to the Public Funds and Facilities Statute described its aims as follows:

> To prohibit any college or university
> from spending public funds or using public

3

facilities, directly or indirectly, to
sanction, recognize, or support any group
that promotes a lifestyle or actions
prohibited by the sodomy and sexual
misconduct laws; to prohibit any group from
permitting or encouraging its members or
others to engage in or provide materials on
how to engage in the lifestyle or actions.

House Bill 454.

10. The Public Funds and Facilities Statute's requirements
provide:

(a) No public funds or public
facilities shall be used by any college or
university to, directly or indirectly,
sanction, recognize, or support the
activities or existence of any organization
or group that fosters or promotes a lifestyle
or actions prohibited by the sodomy and
sexual misconduct laws of Sections 13A-6-63
to 13A-6-65, inclusive.

(b) No organization or group that
receives public funds or uses public
facilities, directly or indirectly, at any
college or university shall permit or
encourage its members or encourage other
persons to engage in any such unlawful acts
or provide information or materials that
explain how such acts may be engaged in or
performed.

(c) This act shall not be construed to
be a prior restraint of the first amendment
protected speech. It shall not apply to any
organization or group whose activities are
limited solely to the political advocacy of a
change in the sodomy and sexual misconduct
laws of this state.

Ala. Code § 16-1-28.

11. House Bill 454 was introduced in late February, 1992,
by Representative Pete Turnham and eventually signed into law by
Governor Guy Hunt on or about May 14, 1992. The legislation was
triggered by a widely-publicized and heated controversy in late

4

8 0006

1991 and early 1992 involving the gay and lesbian student group at Auburn University, a state institution in Auburn, Alabama.

12. On or about November 25, 1991, the Auburn Student Government Association had voted 23-7 to deny a permanent charter as an official student organization to the Auburn Gay and Lesbian Association ("AGLA"), despite AGLA's compliance with all requirements for such a charter.

13. In the midst of continuing opposition from the Auburn Student Government Association, the school's Vice President for Student Affairs overruled the students and granted AGLA the charter in early January, 1992. The Student Government Association's leader immediately asked Auburn's President to review and reverse that decision. The President affirmed the granting of the charter.

14. On or about January 31, 1992, the Alabama Senate passed a resolution praising Auburn's student government for resisting AGLA's efforts to be permanently chartered. The resolution stated that "on November 25, 1991 and January 7, 1992 [the student government] boldly objected to what is or may be considered the 'politically correct' position prevalent on many college campuses across this country in the acceptance of erotic life styles."

15. On or about February 26, 1992, the Alabama House of Representatives passed its own resolution, similarly praising the Auburn Student Government Association for its ongoing opposition to AGLA's charter. The House "commend[ed] these future leaders

5

of this state for standing against the threats and pressures of the Auburn Gay and Lesbian Association[.]" The resolution also stated:

> That the House of Representatives of Alabama does not condone violations of the laws of the State of Alabama, nor does it recognize homosexual life style as an acceptable or legal alternative life style, but rather acknowledges that the State of Alabama is and resolves that it shall remain, historically traditional in its view of the family, and that the State of Alabama is a place where families can live and grow without being debased or immoralized.

The House called on the Board of Trustees of Auburn to reverse its position and "deny a charter to the Auburn Gay and Lesbian Association."

16. On the same day that the House endorsed its resolution, Representative Turnham introduced House Bill 454 and explicitly identified the bill's target as gay and lesbian student groups. Turnham is quoted in contemporaneous press accounts as reasoning that "we are fed up with this so-called movement these people are carrying on. We are going to make sure no public money is going to help these people carry on their bad ideas." Sandee Richardson, "House bill aims to end funding of gay groups," The Crimson White, Feb. 28, 1992, at 1.

17. While the bill was being considered by the Alabama legislature, Defendant Evans issued an opinion letter to Representative Perry O. Hooper, Jr., in response to a question regarding the funding of gay and lesbian organizations that

6

0008

Hooper had posed earlier. This March 19, 1992, Attorney General's opinion concludes that:

> It is our opinion that an organization that professes to be comprised of homosexuals and/or lesbians may not receive state funding or use state-supported facilities to foster or promote those illegal, sexually deviate activities defined in the sodomy and sexual misconduct laws under Sections 13A-6-63, 13A-6-64, and 13A-6-65 of the Code of Alabama 1975.

18. Shortly before the bill was signed into law, this Court found no justiciable controversy in and dismissed Auburn University v. The Auburn Gay and Lesbian Association, et al., No. 92-D-374-E, a declaratory judgment action that had been filed by the university. The university had asked this Court to explain the First Amendment rights of AGLA, but because Auburn had in fact granted the group's charter, the case presented no live legal dispute. This Court refused to be "made a referee in squabbles about the university's relations with its alumni and the legislature and in its own internecine squabbles among constituencies, unless and until a justiciable controversy is presented." Id., slip op. at 5 (May 11, 1992).

19. With the Public Funds and Facilities Statute, state legislators sought to end the Auburn dispute by outlawing gay and lesbian campus groups such as AGLA. Representative Mark L. Gaines, a co-sponsor of the bill that became law, was quoted in the New York Times as stating, "If the charter of this group is allowed to stand, you've opened the door for organizations that

7

promote bestiality and wife-swapping." "Leaping Into the Fray
Over Gay Group at Auburn," New York Times, Mar. 22, 1992, at 16.

### The Statute's Curtailment of Protected Speech and Association

20. The Public Funds and Facilities Statute references
three sections of the Alabama criminal code. The first two,
sections 13A-6-63 and 13A-6-64, criminalize oral or anal "deviate
sexual intercourse" that is forcible, or that is engaged in with
a physically or mentally helpless victim incapable of consent, or
that is engaged in with a minor under 16 years of age. It is
unlikely that any type of group exists on college campuses that
might be shown to "foster[] or promote[]" the egregious crimes
prohibited by these statutes. The Public Funds and Facilities
Statute's reference to these two provisions seems included for
inflammatory value only.

21. Section 13A-6-65, the third criminal code section
referenced, outlaws as "sexual misconduct" vaginal intercourse
where consent from the partner was not obtained or, if the
partner was female, where consent was "obtained by the use of any
fraud or artifice" by the charged man. Ala. Code § 13A-6-65(a)-
(b). In part (c), Section 13A-6-65 goes on to prohibit
consensual "deviate sexual intercourse" between two adult
partners. "Deviate sexual intercourse" is defined as "any act of
sexual gratification between persons not married to each other
involving the sex organs of one person and the mouth or anus of
another." Ala. Code § 13A-6-60(2). In its prohibition of

8

🖥 0010

consensual oral and anal sex, Section 13A-6-65(c) applies equally
to heterosexual and same-sex couples.

22.  By denying state university funds or facilities for the
"sanction, recogni[tion], or support" of "any organization or
group that fosters or promotes a lifestyle or actions prohibited
by" Section 13A-6-65, the Public Funds and Facilities Statute on
its face bars any group -- comprised of heterosexuals; gay men,
lesbians, and bisexuals; or a mix of students -- from any
presence on state college campuses if the group might be
interpreted to "foster or promote[]" anal or oral sex between
unmarried persons.  Any organization for college students that
serves, in part or in whole, a social purpose might be so
interpreted, and barred from the use of campus facilities and
school funding under this law.

23.  The statute never itself defines the types of
organizations or groups potentially covered, and thus excluded
from the use of public funds and facilities.  Not only are
official student organizations subject to the law's requirements,
but also any informal group might be required to leave a school
cafeteria or be barred from using campus bulletin boards if the
group was branded as fostering or promoting "a lifestyle or
actions prohibited" by the listed sections of the criminal code.
Not only student organizations and groups, but also some
community groups that take advantage of the facilities of state
universities will likely be barred from using those facilities
under this law.

9

24. The statute further requires that any organization or group receiving public funds or using university facilities police its membership and activities to ensure that it does not "permit or encourage" its members or others "to engage in any such unlawful acts or provide information or materials that explain how such acts may be engaged in or performed." Any group that includes any individual who may have engaged, or may in the future engage, in oral or anal sex with someone other than a spouse is, under the facial terms of the statute, acting illegally if that group accepts public funds or uses campus facilities.

25. Educational discussions of sexuality and public health issues also constitute unlawful activity if undertaken by any group subject to the statute -- that is, any group that directly or indirectly is supported by state funds or takes advantage of university facilities. Groups, their members, or any other persons who may be "encouraged" by the covered groups, cannot "provide information or materials that explain how such acts may be engaged in or performed." This prohibition outlaws, among other activities, education aimed at stopping the spread of HIV, the virus that causes AIDS. It also would even prohibit group members or those they influence from circulating copies of the sexual misconduct laws on campus.

26. By so extensively limiting the permissible activities of groups that receive public funding or use college facilities, as well as the permissible activities of the groups' members, the

10

statute restricts speech, expression and association in the
university setting in violation of the First Amendment.

27.   By sweeping so broadly without clearly delineating the
meaning of its terms, such as "fosters," "promotes," "a lifestyle
... prohibited by the sodomy and misconduct laws," and
"encourage," the statute does not sufficiently advise covered
groups and their members of the precise speech, expression and
conduct that are prohibited.   The statute's lack of clarity, in
addition, facilitates and encourages discriminatory enforcement
of its provisions.   The Public Funds and Facilities Statute's
vagueness violates the First and Fourteenth Amendments.

28.   Even where it has not been explicitly enforced, the
statute exerts a profound chilling effect on open debate, on the
gathering together of students, faculty members, and community
members for socializing, for educational purposes, for political
advocacy, and for cultural events, and on the general vitality of
Alabama's public university campuses.

29.   Because the law's intended target is gay and lesbian
student groups, its chilling effect on those groups and its
infringement of gay and lesbian students' rights has been the
greatest.

## Enforcement of the Statute Against GLBA

30.   Throughout the 1992-93 school year, the Public Funds
and Facilities Statute was implemented by defendants to interfere
with GLBA's ability to function as a registered student

11

organization at the school and to interfere with the
constitutional rights of its members.

31. GLBA, singled out among all the registered
organizations at the University of South Alabama, has been denied
the ability to maintain a university bank account.

32. GLBA, and no other registered student group, has been
barred from receiving funds through the Student Government
Association ("SGA"). The SGA has appropriated such funds for
GLBA, but defendants Whiddon and Adams have overruled the SGA and
have prohibited funds from going to GLBA.

33. Defendants Whiddon and Adams have informed GLBA that
they have taken these detrimental actions based upon the Public
Funds and Facilities Statute. Defendants have further admitted
that the statute "seems ambiguous and [that the university] needs
clarification." Jan. 27, 1993, Letter of Dale T. Adams.

34. Upon information and belief, sometime in 1992 defendant
Whiddon wrote to defendant Evans for an interpretation of the
statute.

35. In or about the Summer Quarter of 1992, GLBA was first
informed that it could not maintain a university account for any
of its funds.

36. In the Fall Quarter of 1992, defendants Whiddon and
Adams refused to allow SGA funds to go directly to GLBA, even
with an outside bank account, but allowed the group to have some
of its budget items paid for by the SGA funnelling monies through
the SGA Publications Committee. The money allocated through this

12

committee paid for events coordinated by GLBA for World AIDS Day, including a panel discussion explaining basic information about HIV and a panel on safer sex for purposes of HIV prevention.

37. During the SGA budget process for the Winter and Spring Quarters, the school officials' restrictive policy expanded even further. GLBA was not funded at all during the Winter Quarter because defendants Whiddon and Adams directed the SGA to "table" GLBA's budget requests. Throughout the Winter Quarter, defendant school officials stated that they could not act because of the Public Funds and Facilities Statute and their lack of response to their inquiry from the Attorney General, defendant Evans.

38. In the spring budget process, GLBA submitted a budget to SGA requesting $720 for a speakers bureau event to bring a scholar from Emory University to campus, and for miscellaneous expenses that included the costs of printing information packets, subscribing to periodicals of interest to the group, video rentals, and the commercial bank charges that GLBA is forced to incur without a university account. The SGA initially voted not to fund the group, but then decided to fund the speakers bureau component. Defendants Whiddon and Adams refused to allow even this limited funding of GLBA activities to occur. GLBA was forced to cancel the planned speech.

39. On or about July 29, 1993, defendant Evans, by the Chief of the Office of the Attorney General's Opinions Division, issued an opinion that states the attorney general is responding to an inquiry of defendant Whiddon. That inquiry is stated as:

13

■ 0015

> May the University of South Alabama Student
> Government Association provide funding to the
> Gay, Lesbian and Bi-Sexual Alliance without
> violating § 16-1-28, Code of Alabama 1975,
> concerning the provision of funds to any
> group that promotes a lifestyle prohibited by
> the sodomy and sexual misconduct laws?

The attorney general's opinion answers this question "in the
negative."

40. On or about August 26, 1993, defendant Adams sent a
memorandum to the President of GLBA, informing him of "a fact-
finding group of faculty, staff, and students to determine if
your group 'has fostered or promoted a life-style or actions
prohibited by the sodomy and sexual misconduct laws...'." Upon
information and belief, this group has not yet met or begun its
investigative activities.

41. Other student groups at the University of South Alabama
maintain university bank accounts and receive university funding
through the Student Government Association. GLBA is the only
recognized student group at that university whose use of a bank
account and receipt of funding have been denied on the basis of
the Public Funds and Facilities Statute. GLBA is the only group
that the university has targeted for a "fact-finding" effort
under that law.

42. The defendants' escalating enforcement of the Public
Funds and Facilities Statute's restrictions has infringed upon
GLBA's associational and expressive freedoms. The defendants'
enforcement has singled the group out as inferior among all the
student organizations at the University of South Alabama. It has

14

8 0016

forced the group to consider tailoring its proposed budgets and activities in a cautious manner to attempt to comply with the broad and unclear restrictions of the law and defendants' implementation of it. The law and its increasing enforcement have also caused GLBA to fear for its continued ability to even meet on campus or to maintain its status as a registered student organization.

43. In addition, GLBA's efforts at AIDS-related education and prevention on campus are threatened by the law and its implementation. Not only the group, but also individual members, may not discuss how safely to engage in certain sexual practices, common among heterosexuals and homosexuals, without violating the law.

44. GLBA's activities are not "limited solely to the political advocacy of a change in the sodomy and sexual misconduct laws of this state," language that in section 3 of the statute apparently exempts one, very narrow type of group from its coverage. GLBA rather seeks to serve many purposes on campus as a social, educational, and political organization. This Public Funds and Facilities Statute and its enforcement have served to hamper and silence GLBA's constitutionally-protected voice of diversity and mutual respect, regardless of sexual orientation, within the university community.

15

## First Cause of Action (Freedom of Expression)

45. Plaintiff repeats and realleges ¶¶ 1-44, as if completely set forth herein.

46. The Public Funds and Facilities Statute, on its face and as applied by defendants, imposes content- and viewpoint-based limitations on speech and expression by organizations that receive public funds and/or use state university facilities; the law likewise restricts the speech and expression of such groups' members. In particular, the statute restricts the speech and expression of plaintiff GLBA and its members, and threatens the continued existence of plaintiff organization.

47. The Public Funds and Facilities Statute, on its face and as applied, violates the First and Fourteenth Amendments and 42 U.S.C. § 1983.

48. The Public Funds and Facilities Statute, on its face and as applied, inflicts irreparable injury by infringing upon the free speech and expression of plaintiff GLBA and its members, as well as by interfering with the free speech and expression of other groups and their members. There is no adequate remedy at law for this statute's interference with First Amendment rights.

## Second Cause of Action (Freedom of Association)

49. Plaintiff repeats and realleges ¶¶ 1-48, as if completely set forth herein.

50. The Public Funds and Facilities Statute, on its face and as applied by defendants, interferes with the freedom of

16

association of organizations that receive public funds and/or use state university facilities; the law likewise restricts the associational rights of such groups' members. In particular, the statute restricts the freedom of association of plaintiff GLBA and its members, and threatens the continued existence of plaintiff organization.

51. The Public Funds and Facilities Statute, on its face and as applied, violates the First and Fourteenth Amendments and 42 U.S.C. § 1983.

52. The Public Funds and Facilities Statute, on its face and as applied, inflicts irreparable injury by infringing upon the associational rights of plaintiff GLBA and its members, as well as by interfering with the associational rights of other groups and their members. There is no adequate remedy at law for this statute's interference with First Amendment rights.

### Third Cause of Action (Vagueness and Overbreadth)

53. Plaintiff repeats and realleges ¶¶ 1-52, as if completely set forth herein.

54. The Public Funds and Facilities Statute, on its face and as applied by defendants, is vague and unintelligible. It fails adequately to identify covered organizations and adequately to put covered organizations and their members on notice of the speech, expression and conduct that are forbidden. The statute encourages discriminatory enforcement of its vague provisions. In addition, the statute extends far beyond any restriction on

17

speech, expression or conduct that could conceivably be constitutionally justified by the state. This impermissibly imprecise and sweeping legislation violates the right to due process and First Amendment rights.

55. The Public Funds and Facilities Statute, on its face and as applied, violates the First and Fourteenth Amendments and 42 U.S.C. § 1983.

56. The Public Funds and Facilities Statute, on its face and as applied, inflicts irreparable injury by infringing upon the due process and First Amendment rights of plaintiff GLBA and its members, as well as those rights of other groups and their members. There is no adequate remedy at law for this statute's interference with First and Fourteenth Amendment rights.

### Fourth Cause of Action (Equal Protection -- As Applied)

57. Plaintiff repeats and realleges ¶¶ 1-56, as if completely set forth herein.

58. In applying the Public Funds and Facilities Statute, the State of Alabama and defendants have intentionally targeted GLBA, gay and lesbian student groups at other universities, and their members. Defendants have intentionally interpreted and applied the law to punish groups and individuals associated with a homosexual sexual orientation. In so doing, defendants have intentionally drawn a classification based upon sexual orientation that violates the Equal Protection Clause.

18

59.    The Public Funds and Facilities Statute, as applied, violates the Fourteenth Amendment and 42 U.S.C. § 1983.

60.    The Public Funds and Facilities Statute, as applied, inflicts irreparable injury by infringing upon the equal protection rights of GLBA, gay and lesbian student groups at other universities, and their members.  There is no adequate remedy at law for this interference with Fourteenth Amendment rights.

## Prayer for Relief

WHEREFORE, plaintiff respectfully requests the Court to:

(1) Declare that the Public Funds and Facilities Statute, Section 16-1-28 of the Alabama Education Code, is facially unconstitutional under the First and Fourteenth Amendments;

(2) Declare that the Public Funds and Facilities Statute, as applied by defendants, is unconstitutional under the First and Fourteenth Amendments;

(3) Enjoin any further enforcement or application, in any manner against any university, group or individual, of the Public Funds and Facilities Statute;

19

8 0021

(4) Award plaintiff reasonable attorneys' fees and costs;

and

(5) Provide all further relief that the Court deems just and

appropriate.

September 27, 1993

Fern Singer
Watterson and Singer
Post Office Box 530412
Birmingham, Alabama 35253
(205) 871-3980
As Cooperating Attorney
   for the ACLU of Alabama
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

Ruth E. Harlow
William B. Rubenstein
American Civil Liberties
   Union Foundation
132 West 43rd Street
New York, New York 10036
(212) 944-9800, Ext. 545

ATTORNEYS FOR PLAINTIFF

20

⊞ 0022

GAY LESBIAN BISEXUAL ALLIANCE, §
                                §
            Plaintiff,          §
                                §
v.                              §       Civil Action No. CV-93-T-1178-N
                                §
JIMMY EVANS, in his official    §
capacity as Attorney General    §
of the State of Alabama;        §
FREDERICK P. WHIDDON, in his    §
official capacity as President§
of the University of South      §
Alabama; and DALE T. ADAMS,     §
in his official capacity as     §
Dean of Students of the         §
University of South Alabama,    §
                                §
            Defendants.         §

## ANSWER OF DEFENDANTS
### FREDERICK P. WHIDDON AND DALE T. ADAMS

NOW COME the Defendants FREDERICK P. WHIDDON, in his official

capacity as President of the University of South Alabama, and DALE

T. ADAMS, in his official capacity as Dean of Student Services of

the University of South Alabama, by and through undersigned

counsel, and state the following as their answer to the Complaint

of the Plaintiff GAY LESBIAN BISEXUAL ALLIANCE in the above-

entitled and numbered cause:

1. To the extent that paragraph (1) requires any answer of

these Defendants, the averments in said paragraph are denied and

these Defendants demand strict proof thereof.

2. These Defendants admit the averments in paragraph (2),

though these Defendants deny that the Plaintiff has any cognizable

claim arising under the United States Constitution and capable of

redress through 42 U.S.C. §1983 or by declaratory judgment under 28
U.S.C. §§2201(a) and 2202.

3.   These Defendants admit the averments in paragraph (3).

4.   These Defendants admit the averments in paragraphs (4),
(5), (6), (7), and (8). As to paragraph (7), these Defendants
state that Defendant ADAMS' proper title is "Dean of Student
Services."

5.   These Defendants admit the averments in paragraphs (9)
and (10).

6.   These Defendants admit the averments in the first
sentence of paragraph (11). These Defendants are without knowledge
or information sufficient to form a belief as to the truth of the
averments in the second sentence of paragraph (11).

7.   These Defendants are without knowledge or information
sufficient to form a belief as to the truth of the averments in
paragraphs (12) and (13).

8.   These Defendants deny the averments in paragraph (14),
demand strict proof thereof.

9.   As to paragraph (15), these Defendants admit that, on or
about February 26, 1992, the Alabama House of Representatives
approved resolution HR 111, which said resolution speaks for itself
and includes the quoted language averred in said paragraph (15).

10.   As to paragraph (16), these Defendants admit that portion
of the averments in the first sentence thereof to the effect that
Representative Turnham introduced House Bill 454. These Defendants
state in further answer that Representative Turnham was one of

- 2 -

seventy-three sponsors of said bill. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining averments in said paragraph (16).

11. These Defendants admit the averments in paragraph (17), except the averment as to the date of the opinion, which averment is denied. These Defendants are informed and believe that said opinion was issued on or about February 19, 1992.

12. These Defendants admit the averments in paragraph (18).

13. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph (19).

14. These Defendants admit the averments in the first two sentences of paragraph (20). These Defendants deny the averments in the remaining two sentences of said paragraph and demand strict proof thereof.

15. These Defendants admit the averments in paragraph (21).

16. These Defendants admit the averments in the first sentence of paragraph (22). These Defendants deny the averments in the last sentence of paragraph (22), and demand strict proof thereof.

17. These Defendants deny the averments in paragraph (23), and demand strict proof thereof.

18. As to paragraph (24), these Defendants admit the averments in the first sentence to the effect that, under the statute in issue, any organization or group receiving public funds or using university facilities cannot "permit or encourage" its

- 3 -

▓ 0025

members or other persons "to engage in any such unlawful acts or provide information or materials that explain how such acts may be engaged in or performed." These Defendants deny the remaining averments in said first sentence and the averments in the last sentence of paragraph (24), and demand strict proof thereof.

19. These Defendants deny the averments in paragraphs (25), (26), (27), (28), and (29), and demand strict proof thereof.

20. These Defendants deny the averments in paragraph (30), and demand strict proof thereof.

21. These Defendants deny the averments in paragraph (31), and demand strict proof thereof.

22. These Defendants deny the averments in paragraph (32), and demand strict proof thereof.

23. As to paragraph (33), these Defendants admit that a January 27, 1993, letter by Defendant ADAMS contains the material quoted in said paragraph. These Defendants otherwise deny the remaining averments in said paragraph and demand strict proof thereof.

24. As to paragraph (34), these Defendants admit that Defendant WHIDDON wrote to Defendant EVANS, said letter speaking for itself, but deny the averments of said paragraph as to time. These Defendants state in further answer that Defendant WHIDDON's letter to Defendant EVANS is dated February 12, 1993.

25. These Defendants deny the averments in paragraphs (35) and (36), and demand strict proof thereof.

0026

26. These Defendants deny the averments in the first two sentences of paragraph (37), and demand strict proof thereof. As to the last sentence of said paragraph, these Defendants admit that their actions were restricted by the Public Funds and Facilities Statute and the delay in the response from Defendant EVANS. The remaining averments of said last sentence are denied.

27. These Defendants deny the averments in paragraph (38), and demand strict proof thereof.

28. These Defendants admit the averments in paragraphs (39) and (40). As to the averments in paragraph (40), these Defendants state in further answer that the committee was to begin its activities at the start of the academic year on September 27, 1993, the date the Complaint was filed in this action.

29. These Defendants deny the averments in paragraphs (41), (42), (43), and (44), and demand strict proof thereof.

30. As to paragraph (45), these Defendants incorporate by reference their responses to the prior paragraphs in the Complaint.

31. These Defendants deny the averments in paragraphs (46), (47), and (48), and further deny that they have any liability to the Plaintiff under the "first cause of action" of the Complaint.

32. As to paragraph (49), these Defendants incorporate by reference their responses to the prior paragraphs of the Complaint.

33. These Defendants deny the averments in paragraphs (50), (51), and (52), and further deny that they have any liability to the Plaintiff under the "second cause of action" of the Complaint.

- 5 -

34. As to paragraph (53), these Defendants incorporate by reference their responses to the prior paragraphs of the Complaint.

35. These Defendants deny the averments in paragraphs (54), (55), and (56), and further deny that they have any liability to the Plaintiff under the "third cause of action" of the Complaint.

36. As to paragraph (57), these Defendants incorporate by reference their responses to the prior paragraphs of the Complaint.

37. These Defendants deny the averments in paragraphs (58), (59), and (60), and further deny that they have any liability to the Plaintiff under the "fourth cause of action" of the Complaint.

38. These Defendants generally deny that the so-called Public Funds and Facilities Statute, codified as §16-1-28, Code of Alabama 1975, is unconstitutional, either on its face or as allegedly applied, under the First and/or Fourteenth Amendments to the United States Constitution.

39. These Defendants affirmatively aver that the Public Funds and Facilities Statute, codified as §16-1-28, Code of Alabama 1975, is not violative of either the First or Fourteenth Amendments to the United States Constitution in that said statute, on its face and as applied, does not abridge or infringe any right to free "expression" protected under the First Amendment, does not infringe or deny any right to free "association" protected under the First Amendment, is not sufficiently vague or overbroad to be violative of the First Amendment and/or the Fourteenth Amendment, and has not been so applied as to deny or abridge any right to equal protection

- 6 -

0028

of the laws as guaranteed by the Fourteenth Amendment to the United States Constitution.

40. These Defendants affirmatively aver that enactment of the Public Funds and Facilities Statute, codified as §16-1-28, Code of Alabama 1975, is a permissible exercise of the sovereign power of the State of Alabama, and that neither the First Amendment nor the Fourteenth Amendment to the United States Constitution compels the State of Alabama, acting through these Defendants under the circumstances of this case, to subsidize through public funds or promote through availability of publicly-owned or financed physical facilities, the views or agenda of the Plaintiff.

This the 20th day of October, 1993.

*Wally Walker*

J. Fairley McDonald, III
George W. Walker, III

COPELAND, FRANCO, SCREWS & GILL, P.A.
Post Office Box 347
Montgomery, Alabama 36101-0347
(205) 834-1180

Counsel for Defendants FREDERICK P. WHIDDON and DALE T. ADAMS

- 7 -

0029

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the _20th_ day of October, 1993, I have served a copy of the foregoing upon the following counsel of record by United States Mail, postage prepaid and properly addressed:

Fern Singer, Esq.
WATTERSON AND SINGER
Post Office Box 530412
Birmingham, Alabama  35253

Ruth E. Harlow, Esq.
William B. Rubenstein, Esq.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
132 West 43rd Street
New York, New York  10036

Howard A. Mandell, Esq.
Post Office Box 4248
Montgomery, Alabama  36103

_Wally Walk_
Of Counsel

- 8 -

0030

GAY LESBIAN BISEXUAL ALLIANCE, )

        Plaintiff,                )

v.                               )   CIVIL ACTION NO. 93-T-1178-N

JIMMY EVANS, in his official     )
capacity as Attorney General     )
of the State of Alabama;         )
et al.,                          )

        Defendants.              )

THOMAS C. CAVER, CLERK
BY _____
    DEPUTY CLERK

## ORDER

In this lawsuit, plaintiff Gay Lesbian Bisexual Alliance (the "GLBA"), a student organization at the University of South Alabama, challenges the enforcement of § 16-1-28 of the Alabama Code 1975 (Michie Supp. 1993), a 1992 statute which, according to the GLBA, "was enacted by the Alabama legislature ... to restrict the speech and associational rights of gay and lesbian student groups on Alabama state university campuses,"[1] and which is now being used by officials at the University of South Alabama to prohibit the GLBA from receiving public funding and using state facilities.[2]

_____

1. Plaintiff's complaint filed on September 27, 1993, at 1.

2. Section 16-1-28 provides:

   "(a)  No public funds or public facilities shall be used by any college or university to, directly or indirectly, sanction, recognize, or support the activities or existence of any organization or group that fosters or promotes a lifestyle or actions prohibited by the sodomy and sexual misconduct laws of Sections 13A-6-63 to 13A-6-65, inclusive.

   (b)  No organization or group that receives
   (continued...)

The GLBA claims that the statute, facially and as applied, violates the first and fourteenth amendments to the United States Constitution, as enforced through 42 U.S.C.A. § 1983 (West 1981). The jurisdiction of the court has been invoked pursuant to 28 U.S.C.A. §§ 1331 (West 1993), 1343(a)(3) (West Supp. 1993). The GLBA seeks declaratory and injunctive relief, and has named as defendants the Attorney General of the State of Alabama and the President and the Dean of Students of the University of South Alabama. This matter is now before the court on the Attorney General's motion requesting that he be dismissed from this litigation. For the reasons given below, the motion will be denied.

The Attorney General contends that he is not a necessary party. At issue in this litigation, however, is a <u>state</u> statute, whose ultimate enforcement lies with the state. Because the GLBA seeks to have this court enjoin the State of Alabama from enforcing § 16-1-28 and because the eleventh amendment to the United States

---

2. (...continued)
public funds or uses public facilities, directly or indirectly, at any college or university shall permit or encourage its members or encourage other persons to engage in any such unlawful acts or provide information or materials that explain how such acts may be engaged in or performed.

(c) This act shall not be construed to be a prior restraint of the first amendment protected speech. It shall not apply to any organization or group whose activities are limited solely to the political advocacy of a change in the sodomy and sexual misconduct laws of this state."

2

Constitution bars the GLBA from naming the state itself as a defendant, <u>Pennhurst State School & Hospital v. Halderman</u>, 465 U.S. 89, 100-03, 104 S.Ct. 900, 908-09 (1984); <u>Hans v. Louisiana</u>, 134 U.S. 1, 10 S.Ct. 504 (1890), the organization must name an appropriate state official as a defendant. <u>Ex Parte Young</u>, 209 U.S. 123, 157, 28 S.Ct. 441, 453 (1908).

The Attorney General argues that the President and the Dean of Students of the University of South Alabama are responsible for the enforcement of § 16-1-28 at the university. An appropriate defendant in an action challenging the validity of a state statute is that state officer who, "by virtue of his office, has some connection with the enforcement of the act," <u>Ex Parte Young</u>, 209 U.S. at 157 28 S.Ct. at 453. The Alabama Attorney General is the chief law enforcement officer of the state, and, in this capacity, is ultimately responsible for the enforcement of § 16-1-28 not only in general, but specifically against the GLBA and the University of South Alabama itself. Indeed, it is allegedly in reliance on an "advisory opinion" from the Attorney General that University of South Alabama officials have continued their enforcement of § 16-1-28 against the GLBA.[3] The GLBA has properly named the Alabama Attorney General as a defendant. <u>See, e.g.</u>, <u>id.</u> at 161, 28 S.Ct. at 454 (Attorney General's "power by virtue of his office sufficiently connected him with the duty of enforcement to make him a proper party to a suit").

_____

3. Plaintiff's complaint filed on September 27, 1993, at 12-14.

3

0033

The Attorney General argues that he will comply with any final decision that this or any appellate court might render in his absence. The GLBA responds that, should it prevail in this litigation, it would be entitled to more than the mere "word" of a current Attorney General. The court agrees that the Attorney General's suggestion would not provide an assurance of adequate relief. Should the GLBA prevail, it would be entitled to both current and prospective relief barring further enforcement of the statute. Only a formal injunction against the current Attorney General as a named party would serve this purpose because it would bind not only him but his successor. It is, therefore, necessary that the Attorney General remain a party to this litigation if the court is to retain the authority to enter a formal injunction which would bind both him and his successor.

The Attorney General argues that he is obligated by neither state nor federal law to defend § 16-1-28. The court agrees. Delchamps, Inc. v. Alabama State Milk Control Board, 324 F.Supp. 117 (M.D. Ala.1971) (per curiam) (three-judge court) (under the supremacy clause, a state attorney general does not have an obligation to defend a legislative enactment that he considers unconstitutional). However, this principle of law is not a reason to dismiss the Attorney General as a defendant, when his presence is necessary for adequate relief. This legal principle merely allows the Attorney General the discretion either to defend § 16-1-28 or to concede its unconstitutionality, a prerogative which he still retains as a defendant in this litigation.

4

Accordingly, for the above reasons, it is ORDERED that the motion to dismiss filed by defendant Jimmy Evans, as Attorney General of the State of Alabama, on October 8, 1993, is denied.

DONE, this the 27th day of December, 1993.

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
(NORTHERN DIVISION)

GAY LESBIAN BISEXUAL          )
ALLIANCE,                     )
                              )
          Plaintiff,          )
                              )
vs.                           )    CIVIL ACTION NO. CV-93-T-1178-N
                              )
JIMMY EVANS, et al.,          )
                              )
          Defendants.         )

### ANSWER OF DEFENDANT JIMMY EVANS

Comes now Defendant Jimmy Evans, in his official capacity as Attorney General of the State of Alabama, by and through his attorney, and files this his Answer to the Complaint filed by Plaintiff Gay Lesbian Bisexual Alliance:

1. To the extent that Paragraph 1 requires any answer of this Defendant, the allegations of said Paragraph are denied, and this Defendant demands strict proof thereof.

2. Defendant acknowledges that the Court has jurisdiction over the subject matter of this action.

3. Defendant admits that venue is proper in the Middle District of Alabama.

4. Defendant lacks sufficient knowledge or information to either admit or to deny the allegations of Paragraph 4.

0036

5. Admitted.

6. Admitted.

7. Defendant lacks sufficient knowledge or information to either admit or to deny the allegations of Paragraph 7.

8. Admitted.

9-10. Admitted.

11. Defendant admits the allegations of the first sentence of Paragraph 11 but lacks sufficient knowledge or information to either admit or to deny the allegations of the second sentence.

12-13. Defendant is without sufficient knowledge or information to either admit or to deny the allegations of Paragraphs 12 and 13.

14. Defendant lacks sufficient knowledge or information to either admit or to deny the allegations of Paragraph 14.

15. Defendant lacks sufficient knowledge or information to either admit or to deny the allegations of Paragraph 15.

16. Defendant lacks sufficient knowledge or information to either admit or to deny the allegations of Paragraph 16.

17. Admitted, except Defendant lacks sufficient knowledge or information to either admit or to deny that the opinion letter was issued while the "bill was being considered by the Alabama legislature".

18. Defendant lacks sufficient knowledge or information to either admit or to deny the allegations of Paragraph 18.

19. Defendant lacks sufficient knowledge or information to either admit or to deny the allegations of Paragraph 19.

- 2 -

20. Defendant admits the allegations of the first two (2) sentences of Paragraph 20 but denies the allegations of the last two (2) sentences of said Paragraph and demands strict proof thereof.

21. Admitted.

22. Defendant lacks sufficient knowledge or information to either admit or to deny the allegations of the first sentence of Paragraph 22 and denies the allegations of the second sentence of Paragraph 22 and demands strict proof thereof.

23. Defendant denies the allegations of Paragraph 23 and demands strict proof thereof.

24. Defendant lacks sufficient knowledge or information to either admit or to deny the allegations of the first sentence of Paragraph 24 and denies the allegations of the second sentence of Paragraph 24 and demands strict proof thereof.

25. Defendant denies the allegations of Paragraph 25 and demands strict proof thereof.

26-29. Defendant denies the allegations of Paragraphs 26 through 29 and demands strict proof thereof.

30-33. Defendant lacks sufficient knowledge or information to either admit or to deny the allegations of Paragraphs 30 through 33.

34. Defendant admits that Defendant Adams wrote a letter to him, dated February 12, 1993, seeking an opinion from his office concerning the statute in question.

0038

35-38. Defendant lacks sufficient knowledge or information to either admit or to deny the allegations of Paragraphs 35 through 38.

39. Defendant admits the allegations of Paragraph 39.

40-41. Defendant lacks sufficient knowledge or information to either admit or to deny the allegations of Paragraphs 40 and 41.

42-44. Defendant lacks sufficient knowledge or information to either admit or to deny those allegations of Paragraphs 42 through 44 relating to the activities and fears of GLBA. Defendant denies the allegations of Paragraphs 42 through 44 relating to the role and effect of the challenged statute and demands strict proof thereof.

45. Defendant incorporates by reference his answers to the prior Paragraphs of the Complaint.

46-48. Defendant denies the allegations of Paragraphs 46 through 48 and further denies that he has any liability to the Plaintiff under the "First Cause of Action" of the Complaint.

49. Defendant incorporates by reference his answers to the prior Paragraphs of the Complaint.

50-52. Defendant denies the allegations of Paragraphs 50 through 52 and further denies that he has any liability to the Plaintiff under the "Second Cause of Action" of the Complaint.

53. Defendant incorporates by reference his answers to the prior Paragraphs of the Complaint.

- 4 -

0039

54-56. Defendant denies the allegations of Paragraphs 54 through 56 and further denies that he has any liability to the Plaintiff under the "Third Cause of Action" of the Complaint.

57. Defendant incorporates by reference his answers to the prior Paragraphs of the Complaint.

58-60. Defendant denies the allegations of Paragraphs 58 through 60 and further denies that he has any liability to the Plaintiff under the "Fourth Cause of Action" of the Complaint.

### Prayer for Relief

(1) Defendant denies that the Public Funds and Facilities Statute, codified as §16-1-28, Code of Alabama (1975), is facially unconstitutional under the First and Fourteenth Amendments to the United States Constitution.

(2) Defendant denies that the Public Funds and Facilities Statute, as applied, is unconstitutional under the First and Fourteenth Amendments to the United States Constitution.

(3) Defendant denies that Plaintiff is entitled to any injunctive relief concerning further enforcement or application of §16-1-28 of the Code of Alabama (1975).

(4) Defendant denies that Plaintiff is entitled to a reasonable attorney's fee and costs.

(5) Defendant denies that Plaintiff is entitled to any different or further relief of any type or nature.

0040

Defendant affirmatively alleges that the Public Funds and Facilities Statute, codified as §16-1-28, Code of Alabama (1975), is constitutional on its face and as applied.

This the $\underline{18^{th}}$ day of February, 1994.

Howard A. Mandell

ATTORNEY FOR JIMMY EVANS, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF ALABAMA

25 South Court Street
Post Office Box 4248
Montgomery, AL   36103
(205) 262-1666

- 6 -

■ 0041

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing ANSWER have been furnished to the following by United States Mail, postage prepaid, on this the $\underline{/8^{th}}$ day of February, 1994:

>      Honorable Fern Singer
>      Attorney for Alabama Civil Liberties Union
>        of Alabama
>      Post Office Box 530412
>      Birmingham, Alabama  35253
>
>      Honorable Ruth E. Harlow
>      Attorney for American Civil Liberties Union
>        Foundation
>      132 West 43rd Street
>      New York, New York  10036
>
>      Honorable J. Fairley McDonald, III
>      Honorable George W. Walker, III
>      Attorney for Defendants Frederick P.
>        Whiddon and Dale T. Adams
>      Post Office Box 347
>      Montgomery, Alabama  36101-0347

Howard A. Mandell

- 7 -

0042

Each Probate Judge, Sheriff, District Court Clerk, the Clerk and Register of the Circuit Court, County Commission Chairman and Municipal Clerk is required by law to preserve this slip or pamphlet in a book kept in his office until the Act is published in permanent form.

# ALABAMA LAW

(Regular Session, 1992)

Act No. 92-439

H. 454 – Reps. Turnham, Sanderson, Fuller, Burke, Gaines, Flowers, White, Knight, Higginbotham, Carothers, Starkey, Bowling, Lindsey, Beasley, Anderson, Williams, Letson, Cosby, Morrow, Carter, Ford, Walker, Harvey, Biddle, Payne, Carns, Hawkins, Hammett, Hooper, Cullins, Warren, Hall, Johnson, Laird, Haynes, Dolbare, Black (L), Blakeney, Petelos, Mikell, Turner, McMillan, McKee, Cagle, Crow, Hogan, Mathis, Newton (C), Poole, Holladay, Layson, Clay, Rockhold, Gullatt, Sanderford, Parker (T), Smith (C), Powell, McDaniel, Hill, Collins, Richardson, Smith (R), Haney, Millican, Venable, Gaston, Curry, Willis, Morton, Rogers (F), Rich, Newton (D), Butler

## AN ACT

To prohibit any college or university from spending public funds or using public facilities, directly or indirectly, to sanction, recognize, or support any group that promotes a lifestyle or actions prohibited by the sodomy and sexual misconduct laws; to prohibit any group from permitting or encouraging its members or others to engage in or provide materials on how to engage in the lifestyle or actions.

*Be It Enacted by the Legislature of Alabama:*

**Section 1.** No public funds or public facilities shall be used by any college or university to, directly or indirectly, sanction, recognize, or support the activities or existence of any organization or group that fosters or promotes a lifestyle or actions prohibited by

the sodomy and sexual misconduct laws of Sections 13A-6-63 to 13A-6-65, inclusive, of the Code of Alabama 1975.

**Section 2.** No organization or group that receives public funds or uses public facilities, directly or indirectly, at any college or university shall permit or encourage its members or encourage other persons to engage in any such unlawful acts or provide information or materials that explain how such acts may be engaged in or performed.

**Section 3.** This act shall not be construed to be a prior restraint of the first amendment protected speech. It shall not apply to any organization or group whose activities are limited solely to the political advocacy of a change in the sodomy and sexual misconduct laws of this state.

**Section 4.** This act shall become effective immediately upon its passage and approval by the Governor, or upon its otherwise becoming a law.

Approved May 14, 1992

Time: 11:48 A.M.

I hereby certify that the foregoing copy of an Act of the Legislature of Alabama has been compared with the enrolled Act and it is a true and correct copy thereof.

Given under my hand this 19th day of May, 1992.

GREG PAPPAS
Clerk of the House

1

2

3

4    EXPRESSING SUPPORT OF THE STUDENT SENATE OF THE STUDENT

5    GOVERNMENT ASSOCIATION OF AUBURN UNIVERSITY.

6

7    By Senators Dial, Amari, Waggoner, Lipscomb, Barron, Preuitt,

8    Foshee, Dixon and Owens

9

10        WHEREAS, the State of Alabama has criminal laws

11   which prohibit certain acts (see Section 13A-6-65 and 13A-5-

12   12, Code of Alabama, 1975); and

13        WHEREAS, the Senate of Alabama believes that the

14   majority of the students in the universities and colleges of

15   this state share the same values and beliefs of the majority

16   of the citizens of this state; and

17        WHEREAS, the Senate of Alabama recognizes that the

18   students in the universities and colleges of this state are

19   the future leaders of the state; now therefore

20        BE IT RESOLVED BY THE SENATE OF THE LEGISLATURE OF

21   ALABAMA, That this body commends Student Government

22   Associations, the Student Senates, and their leaders, and

23   indeed students when they take courageous stands against

24   positions and actions that are not only prohibited by laws of

25   the State of Alabama but are contrary to the values and

26   beliefs of the people of this state.

27        BE IT FURTHER RESOLVED:

28        1.  That the Senate of Alabama commends future

29   leaders of this state for standing against the threats and

30   pressures of campus organizations which may desire to be

31   chartered but which indeed advocate the violation of any law

32   of this state.

0045

1          2. That the Senate of Alabama recognizes that, as
2  an example, the Student Government Association, the Student
3  Senate, and numerous students at Auburn University took
4  courageous stands, when on November 25, 1991 and January 7,
5  1992 they boldly objected to what is or may be considered the
6  "politically correct" position prevalent on many college
7  campuses across this country in the acceptance of erotic life
8  styles.

9          3. That the Senate of Alabama does not condone
10  violations of the laws of the State of Alabama, nor does it
11  recognize an erotic life style as an acceptable alternative
12  life style, but rather acknowledges that the State of Alabama
13  is and resolves that it shall remain, historically traditional
14  in its views of the family, and that the State of Alabama is a
15  place where families can live and grow without being debased
16  or immoralized.

17          4. That copies of this resolution be sent to all
18  Board of Trustee members, all university and college
19  Presidents, and all Presidents of Student Senates for the
20  respective universities and colleges in this state.

21
22                          I hereby certify that the
23                          above is a true, correct
24                          and accurate copy of
25                          Resolution No. 92-005 by
26                          Senator Dial, et al, filed
27                          with the Senate of Alabama
28                          on February 1, 1992.
29
30
31
32
33                          McDowell Lee
34                          Secretary of Senate

James
Hoper
Sanderson

1 •

2

. 3

4

5          :              :

6      :

. 7

8    HR  /// __  EXPRESSING SUPPORT OF THE STUDENT SENATE OF THE

9              STUDENT GOVERNMENT ASSOCIATION OF AUBURN UNIVERSITY.

10

11          WHEREAS, the Auburn Gay and Lesbian Association

12   requested approval of a charter as an on-campus student

13   association by the Student Senate of the Student Government

14   Association of Auburn University and on November 25, 1991, the

15   Student Senate denied the request; and

16          WHEREAS, on January 7, 1992, Dr. Pat Barnes,

17   Vice-President of Student Affairs, acting on behalf of

18   President James Martin, granted the charter to the Auburn Gay

19   and Lesbian Association notwithstanding the prior decision of

20   the Student Senate; and

21          WHEREAS, the Student Senate by Resolution of January

22   13, 1992, expressed dissatisfaction with the ruling of the

23   administration; stated that the Auburn Gay and Lesbian

24   Association did not meet the ideas entrusted to the Student

25   Senate on behalf of the students of Auburn University; and

26   respectfully requested the administration to reconsider and

27   reverse its decision, which request the administration denied;

28   and

29          WHEREAS, the State of Alabama has criminal laws,

30   which prohibit sodomy, sexual perversion, and otherwise

31   unnatural sex acts; and

32          WHEREAS, the House of Representatives of Alabama

33   recognizes that the students in the universities and colleges

**0047**

1  of this great state are the future leaders of the state; now
2  therefore,

3          BE IT RESOLVED BY THE HOUSE OF REPRESENTATIVES OF
4  THE LEGISLATURE OF ALABAMA, That this body commends the
5  Student Government Association, the Student Senate, and its
6  leaders, and the students of Auburn University for their
7  courageous stand against positions and actions that are not
8  only prohibited by laws of the State of Alabama but that are
9  contrary to the values and beliefs of the people of this
10  state.

11          BE IT FURTHER RESOLVED:

12          1.  That the House of Representatives of Alabama
13  commends these future leaders of this state for standing
14  against the threats and pressures of the Auburn Gay and
15  Lesbian Association and the American Civil Liberties Union.

16          2.  That the House of Representatives of Alabama
17  recognizes that the Student Government Association, Student
18  Senate, and the students of Auburn University have done the
19  right thing, regardless of what is considered the "politically
20  correct" position prevalent on college campuses across this
21  country of accepting the homosexual life style.

22          3.  That the House of Representatives of Alabama
23  does not condone violations of the laws of the State of
24  Alabama, nor does it recognize the homosexual life style as an
25  acceptable or legal alternative life style, but rather
26  acknowledges that the State of Alabama is and resolves that it
27  shall remain, historically traditional in its view of the
28  family, and that the State of Alabama is a place where
29  families can live and grow without being debased or
30  immoralized.

31          4.  That the House of Representatives of Alabama
32  requests all interested parties to recognize the correctness
33  of the position of the Auburn Student Senate and to support
34  that position in every way.

8 0048

1          5.   That the House of Representatives of Alabama
2     calls upon the Board of Trustees of Auburn University to
3     reverse the position of the Auburn University administration
4     and to support the Student Senate of the Student Government
5     Association of Auburn University to deny a charter to the
6     Auburn Gay and Lesbian Association.

7          6.   That copies of this resolution be sent to the
8     Board of Trustees of Auburn University, the President of
9     Auburn University, and the Student Senate of the Student
10    Government Association of Auburn University.

0049

# HOUSE OF REPRESENTATIVES

## ALABAMA STATE HOUSE
## MONTGOMERY, ALABAMA 36130

DISTRICT NO. 73
MONTGOMERY COUNTY

PERRY O. HOOPER, JR.
4121 CARMICHAEL ROAD
MONTGOMERY, ALABAMA
36106-3640
OFFICE 205/270-0105
MONTGOMERY 205/242-7683

COMMITTEES:
CHAIRPERSON, COMMERCE, UTILITIES
AND TRANSPORTATION
INDUSTRIAL DEVELOPMENT AND
ECONOMIC GROWTH
TOURISM, ENTERTAINMENT
AND SPORTS
LOCAL LEGISLATION NO. 8
MONTGOMERY

February 18, 1992

The Honorable James H. Evans
Attorney General
State of Alabama
Montgomery, Alabama  36130

RE:  Sections 13A-6-63,
13A-6-64, and 13A-6-65,
Code of Alabama 1975, -
Crimes of Sodomy and
Sexual Misconduct.
#LRS92-783

Dear Mr. Evans:

Sections 13A-6-63 and 13A-6-64 of the Code of Alabama
1975, prohibit the crime of sodomy. Section 13A-6-65 of the
Code of Alabama 1975, likewise prohibits deviate sexual
intercourse also making such crime of sexual misconduct a
criminal offense.

I would appreciate your opinion as to whether an
organization that professes to be homosexual or lesbian may
use state funding or state supported facilities to foster or
promote those illegal, sexually deviate activities as defined
in the sodomy and sexual misconduct laws under Sections
13A-6-63, 13A-6-64, and 13A-6-65 of the Code of Alabama 1975,
copies of which are enclosed herein.

I would appreciate your advice at the earliest possible
date.

Thank you for your assistance.

Sincerely,

Perry O Hooper, Jr.
District 73

POH/bb

Enclosure

8 0050

## § 13A-6-63. Sodomy in the first degree.

(a) A person commits the crime of sodomy in the first degree if:

(1) He engages in deviate sexual intercourse with another person by forcible compulsion; or

(2) He engages in deviate sexual intercourse with a person who is incapable of consent by reason of being physically helpless or mentally incapacitated; or

(3) He, being 16 years old or older, engages in deviate sexual intercourse with a person who is less than 12 years old.

(b) Sodomy in the first degree is a Class A felony. (Acts 1977, No. 607, p. 812, § 2315.)

I. General Consideration.
II. Decisions Under Prior Law.

### I. GENERAL CONSIDERATION.

Cross references. — See Commentary following § 13A-6-64. As to consent generally, see § 13A-2-7. As to lack of consent as element of sodomy, see § 13A-6-70.

Cited in Showers v. State, 407 So. 2d 167 (Ala. Crim. App. 1980); Showers v. State, 407 So. 2d 169 (Ala. 1981); Barksdale v. State, 410 So. 2d 484 (Ala. Crim. App. 1982).

Collateral references. — 81 C.J.S., Sodomy, §§ 1-8.

70 Am. Jur. 2d, Sodomy, § 1 et seq.

Admissibility, in prosecution for sexual offense, of evidence of other similar offenses. 167 ALR 565, 77 ALR2d 841.

Entrapment to commit offense of sodomy. 52 ALR2d 1194.

Assault with intent to commit unnatural sex act upon minor as affected by latter's consent. 65 ALR2d 748.

Consent as defense for prosecution for sodomy. 58 ALR3d 636.

### II. DECISIONS UNDER PRIOR LAW.

Editor's note. — In light of the similarity of the provisions, decisions under former § 13-1-110 are included in the annotations for this section.

This section includes all carnal copulation. — This section is broad enough in its terms to embrace all unnatural carnal copulations, whether with man or beast. Woods v. State, 10 Ala. App. 96, 64 So. 508 (1914); Parris v. State, 43 Ala. App. 351, 190 So. 2d 564 (1966).

This section is broad enough to include an averment that defendant knew the order of nature carnally knew a female. Brown v. State, 32 Ala. App. 131, 22 So. 2d 445 (1945); Parris v. State, 43 Ala. App. 351, 190 So. 2d 564 (1966).

This section embraces all unnatural carnal copulations, whether with man or beast.

Boyington v. State, 45 Ala. App. 176, 227 So. 2d 807 (1969).

This section includes sodomy and bestiality and is broader in scope than both combined. Parris v. State, 43 Ala. App. 351, 190 So. 2d 564 (1966).

A crime that consists of sexual relations between persons of the same sex, or with beasts, or between persons of different sex in an unnatural manner, whether denominated specifically as sodomy, buggery, bestiality, cunnilingus or otherwise, or whether described generally as a crime against nature, involves moral turpitude. Williams v. State, 55 Ala. App. 436, 316 So. 2d 362 (1975).

One may be convicted of an attempt. — In view of former § 13-9-3 allowing a conviction for an attempt to commit an offense, a conviction may be had for attempt to commit an offense denounced by this section. Tarrant v. State, 12 Ala. App. 172, 67 So. 626 (1915).

Indictment in language of section is sufficient. — An indictment, in the language of this section, is sufficient to apprise the accused of the charge against him, and is not defective. Boyington v. State, 45 Ala. App. 176, 227 So. 2d 807 (1969).

It is sufficient merely to charge accused with crime of "sodomy," or of "the crime against nature," the crime being too well-known and too disgusting to require other definition or further details or description. Boyington v. State, 45 Ala. App. 176, 227 So. 2d 807 (1969); Horn v. State, 49 Ala. App. 489, 273 So. 2d 249 (1973).

Sodomy as used in connection with statutes prohibiting the crime against nature is interpreted in its broad sense and held to include all acts of unnatural copulation with mankind or beast. Boyington v. State, 45 Ala. App. 176, 227 So. 2d 807 (1969).

0051

If both are arrived at years of discretion, the perpetrator and consenting party are both liable to the same punishment. LaBryer v. State, 45 Ala. App. 33, 222 So. 2d 361, cert. denied, 284 Ala. 732, 222 So. 2d 366 (1969).

"Years of discretion" for the purposes of the responsibility in criminal law, absent a modifying statute, is usually said to range from 14 years and upward. The 14 year line, however, can be moved in either direction. LaBryer v. State, 45 Ala. App. 33, 222 So. 2d 361, cert. denied, 284 Ala. 732, 222 So. 2d 366 (1969).

But presumption is not conclusive. — The presumption (creating the risk of nonpersuasion) is that the adult pathic is prima facie an accomplice. However, this presumption is not conclusive, being merely of fact. LaBryer v. State, 45 Ala. App. 33, 222 So. 2d 361, cert. denied, 284 Ala. 732, 222 So. 2d 366 (1969).

Adult can be subjected to diminished responsibility if he acts under duress. LaBryer v. State, 45 Ala. App. 33, 222 So. 2d 361, cert. denied, 284 Ala. 732, 222 So. 2d 366 (1969).

If one is forced to commit an act of this kind, he or she is not an accomplice. LaBryer v. State, 45 Ala. App. 33, 222 So. 2d 361, cert. denied, 284 Ala. 732, 222 So. 2d 366 (1969).

Prosecuting witness as accomplice. — See note to § 12-21-222.

Proof of penetration is necessary. — While it is not necessary to a conviction for an offense denounced by this section that there should be any proof of emission, yet proof of penetration is required. It must, as in rape, be shown that the res was in the re, but to no particular depth. Tarrant v. State, 12 Ala. App. 172, 67 So. 626 (1915).

Proof of penetration is essential to a conviction of a crime against nature. Horn v. State, 49 Ala. App. 489, 273 So. 2d 249 (1973).

Such proof may be by circumstantial as well as by direct evidence. Horn v. State, 49 Ala. App. 489, 273 So. 2d 249 (1973).

Evidence held sufficient to sustain conviction of sodomy. — See Fuller v. State, 39 Ala. App. 90, 94 So. 2d 788 (1957).

## § 13A-6-64. Sodomy in the second degree.

(a) A person commits the crime of sodomy in the second degree if:

(1) He, being 16 years old or older, engages in deviate sexual intercourse with another person less than 16 and more than 12 years old.

(2) He engages in deviate sexual intercourse with a person who is incapable of consent by reason of being mentally defective.

(b) Sodomy in the second degree is a Class C felony. (Acts 1977, No. 607, p. 812, § 2316; Acts 1979, No. 79-471, p. 862, § 1.)

I. General Consideration.
II. Decisions Under Prior Law.

### I. GENERAL CONSIDERATION.

Cross references. — As to effect of ignorance or mistake upon liability, see § 13A-2-6. As to consent generally, see § 13A-2-7. As to lack of consent as element of sodomy, see § 13A-6-70.

Collateral references. — 81 C.J.S., Sodomy, §§ 1-8.

70 Am. Jur. 2d, Sodomy, § 1 et seq.

Admissibility, in prosecution for sexual offense, of evidence of other similar offenses. 167 ALR 565, 77 ALR2d 841.

Entrapment to commit offense of sodomy. 52 ALR2d 1194.

Assault with intent to commit unnatural sex act upon minor as affected by latter's consent. 65 ALR2d 748.

Consent as defense in prosecution for sodomy. 58 ALR3d 636.

### II. DECISIONS UNDER PRIOR LAW.

Editor's note. — In light of the similarity of the provisions, decisions under former § 13-1-110 are included in the annotations for this section.

This section includes all carnal copulation. — This section is broad enough in its terms to embrace all unnatural carnal copulations, whether with man or beast. Woods v. State, 10 Ala. App. 96, 64 So. 508 (1914); Parris v. State, 43 Ala. App. 351, 190 So. 2d 564 (1966).

This section is broad enough to include an averment that defendant against the order of nature carnally knew a female. Brown v. State, 32 Ala. App. 181, 22 So. 2d 445 (1945); Parris v. State, 43 Ala. App. 351, 190 So. 2d 564 (1966).

This section embraces all unnatural carnal copulations, whether with man or beast. Boyington v. State, 45 Ala. App. 176, 227 So. 2d 807 (1969).

0052

This section includes sodomy and bestiality and is broader in scope than both combined. Parris v. State, 43 Ala. App. 351, 190 So. 2d 564 (1966).

A crime that consists of sexual relations between persons of the same sex, or with beasts, or between persons of different sex in an unnatural manner, whether denominated specifically as sodomy, buggery, bestiality, cunnilingus or otherwise, or whether described generally as a crime against nature, involves moral turpitude. Williams v. State, 55 Ala. App. 436, 316 So. 2d 362 (1975).

One may be convicted of an attempt. — In view of former § 13-9-3 allowing a conviction for an attempt to commit an offense, a conviction may be had for attempt to commit an offense denounced by this section. Tarrant v. State, 12 Ala. App. 172, 67 So. 626 (1915).

Indictment in language of section is sufficient. — An indictment, in the language of this section, is sufficient to apprise the accused of the charge against him, and is not defective. Boyington v. State, 45 Ala. App. 176, 227 So. 2d 807 (1969).

It is sufficient merely to charge accused with crime of "sodomy," or of "the crime against nature," the crime being too well-known and too disgusting to require other definition or further details or description. Boyington v. State, 45 Ala. App. 176, 227 So. 2d 807 (1969); Horn v. State, 49 Ala. App. 489, 273 So. 2d 249 (1973).

Sodomy as used in connection with statutes prohibiting the crime against nature is interpreted in its broad sense and held to include all acts of unnatural copulation with mankind or beast. Boyington v. State, 45 Ala. App. 176, 227 So. 2d 807 (1969).

If both are arrived at years of discretion, the perpetrator and consenting party are both liable to the same punishment. LaBryer v. State, 45 Ala. App. 33, 222 So. 2d 361, cert. denied, 284 Ala. 732, 222 So. 2d 366 (1969).

"Years of discretion" for the purposes of the responsibility in criminal law, absent a modifying statute, is usually said to range from 14

years and upward. The 14 year line, h can be moved in either direction. LaB State, 45 Ala. App. 33, 222 So. 2d 36 denied, 284 Ala. 732, 222 So. 2d 366 (1

But presumption is not conclusive. presumption (creating the risl nonpersuasion) is that the adult pathic is facie an accomplice. However, this presur is not conclusive, being merely of fact. La v. State, 45 Ala. App. 33, 222 So. 2d 361 denied, 284 Ala. 732, 222 So. 2d 366 (19

Adult can be subjected to dimin responsibility if he acts under du LaBryer v. State, 45 Ala. App. 33, 222 S 361, cert. denied, 284 Ala. 732, 222 So. 2 (1969).

If one is forced to commit an act of kind, he or she is not an accomp LaBryer v. State, 45 Ala. App. 33, 222 S 361, cert. denied, 284 Ala. 732, 222 So. 2d (1969).

Prosecuting witness as accomplice. — note to § 12-21-222.

Proof of penetration was necessary. While it was not necessary to a conviction for offense denounced by former § 13-1-110 th there should be any proof of emission, yet a proof of penetration was required. It must, as in re, have been shown that the res was in the re, b to no particular depth. Tarrant v. State, 12 A App. 172, 67 So. 626 (1915).

Proof of penetration was essential to a co viction of a crime against nature. Horn v. Stat 49 Ala. App. 489, 273 So. 2d 249 (1973).

Such proof could be by circumstantial e well as by direct evidence. Horn v. State, 4 Ala. App. 489, 273 So. 2d 249 (1973). See als Tarrant v. State, 12 Ala. App. 172, 67 So. 62 (1915).

Evidence held sufficient to sustain con viction of sodomy. — See Fuller v. State, 39 Ala. App. 90, 94 So. 2d 788 (1957).

A pathic acting under duress in permitting an unnatural sexual crime is no an accomplice. Stevens v. State, 333 So. 2d 852 (Ala. Crim. App. 1976), cert. denied, 333 So 2d 855 (Ala. 1976).

### §§ 13A-6-63 and 13A-6-64 Commentary

Alabama law was general in its scope as denouncing any crime against nature. Former § 13-1-110. There were no degrees of the offense, and it included all "unnatural" copulation with man or beast, whether homosexual or heterosexual in nature. Woods v. State, 10 Ala. App. 96, 64 So. 508 (1914); Brown v. State, 32 Ala. App. 131, 22 So. 2d 445 (1945); Tarrant v. State, 12 Ala. App. 172, 67 So. 626 (1915).

Sections 13A-6-63 and 13A-6-64 provide a more specific definition of the types of acts proscribed. See "deviate sexual intercourse," § 13A-6-60(2). That which is specific, however, by definition excludes the general. Hence, an inventive mind could conceive of acts, presently unlawful and generally distasteful, yet not covered

0053

by these sections, primarily bestiality in many forms, and acts committed by consenting adults in private, whether heterosexual or homosexual.

Under the original draft deviate conduct between consenting adults was not criminal under this article. It was deemed that such acts are not a subject of active regulation—especially marital relations—and when so prosecuted they many result are the product of either the use of the social and domestic regulator or else of vengeful or disgruntled relatives or associates. In sum, the draft was homosexual is "a little like throwing Brer Rabbit into the briar patch." See Van, C. J. Perkins v. North Carolina, 234 F. Supp. 333 (W.D.N.C. 1964).

No attempt, therefore, was originally made to regulate consensual acts performed in private. But such conduct was included by the legislature, and homosexual conduct is still criminal. See § 13A-6-65(a)(3).

Sections 13A-6-63 and 13A-6-64 are directed toward those acts, sexual in nature, committed on persons without consent, under circumstances where normal sexual intercourse would be considered rape, and they correspond to §§ 13A-6-61 and 13A-6-62 in their degrees and classifications.

Under the original act, mistake or ignorance of the other's true nature was less than 16 years of age) or mental deficiency operated as a partial defense if one offense was reduced to a Class A misdemeanor of sexual misconduct, § 13A-6-64(c), but was not a complete defense. (Acts 1977, No. 607, § 2315.) The 1979 legislature deleted this "honest mistake" defense (Acts 1979, No. 471); thus, defendant engages in deviate sexual intercourse with another person 12-16 years of age, or mentally defective, at his peril.

*Cross References:*

Consent, § 13A-6-70.
Deviate sexual intercourse, § 13A-6-60(2).
Forcible compulsion, § 13A-6-60(8).
Mentally defective, § 13A-6-60(5).
Mentally incapacitated, § 13A-6-60(3).
Physically helpless, § 13A-6-60(7).

## § 13A-6-65. Sexual misconduct.

(a) A person commits the crime of sexual misconduct if:

(1) Being a male, he engages in sexual intercourse with a female without her consent, under circumstances other than those covered by sections 13A-6-61 and 13A-6-62; or with her consent where consent was obtained by the use of any fraud or artifice; or

(2) Being a female, she engages in sexual intercourse with a male without his consent; or

(3) He or she engages in deviate sexual intercourse with another person under circumstances other than those covered by sections 13A-6-63 and 13A-6-64. Consent is no defense to a prosecution under this subdivision.

(b) Sexual misconduct is a Class A misdemeanor. (Acts 1977, No. 607, p. 812, § 2310.)

I. General Consideration.
II. Decisions Under Prior Law.

0054

## I. GENERAL CONSIDERATION.

Cross references. — As to consent generally, see § 13A-2-7. As to lack of consent as element of sexual misconduct, see § 13A-6-70.

Cited in Smith v. State, 409 So. 2d 455 (Ala. Crim. App. 1981); Barksdale v. State, 410 So. 2d 484 (Ala. Crim. App. 1982).

Collateral references. — 75 C.J.S., Rape, § 16.

79 C.J.S., Seduction, §§ 31-43.

65 Am. Jur. 2d, Rape, §§ 7-14.

Cross-examination of prosecuting witness as to sexual morality. 65 ALR 421.

Subsequent intermarriage of parties, forgiveness, compromise, etc., as defense to prosecution for seduction. 80 ALR 833.

Facts preventing a valid marriage between prosecutrix and defendant as defense. 85 ALR 123.

Intercourse accomplished under pretext of medical treatment. 70 ALR2d 824.

Rape by fraud or impersonation. 91 ALR2d 691.

## II. DECISIONS UNDER PRIOR LAW.

Editor's note. — In light of the similarity of the provisions, decisions under former § 13-1-112 are included in the annotations for this section.

Offense of seduction defined. — Under former § 13-1-112 the offense of seduction could be defined as inducing a chaste, unmarried woman, by means of temptation, deception, arts, flattery or a promise of marriage, to engage in sexual intercourse. Mitchell v. State, 42 Ala. App. 41, 151 So. 2d 752 (1962), cert. denied, 275 Ala. 696, 151 So. 2d 761 (1963).

Elements of offense. — The elements to be established by the state, to the required degree, in the prosecution were: (1) That the prosecutrix indulged in sexual intercourse with the appellant; (2) that she was seduced into such act by the appellant by means of temptation, deception, arts, flattery or promise of marriage, and (3) that the prosecutrix was unmarried and chaste at the time of the alleged seduction. Mitchell v. State, 42 Ala. App. 41, 151 So. 2d 752 (1962), cert. denied, 275 Ala. 696, 151 So. 2d 761 (1963).

Temptation, deception, flattery and art defined. — Deception was the act of deceiving; the intentional misleading of another by falsehood spoken or acted. Temptation was that which tempted to evil; an evil enticement or allurement. Flattery was an effort to influence another by the use of false or excessive praise, insincere complimentary language or conduct. Art was the skillful and systematic arrangement or adaption, of means for the attainment of some desired end. The arts of the seducer were crafty devices, by words or acts, or both, which influenced the female to yield to sexual intercourse. Hall v. State, 134 Ala. 90, 32 So. 750 (1902); Brand v. State, 13 Ala. App. 390, 69 So. 379 (1915); Hayes v. State, 19 Ala. App. 241, 96 So. 647 (1923).

Married woman could not be seduced. — See Martin v. State, 19 Ala. App. 251, 96 So. 734 (1923); Young v. Young, 236 Ala. 627, 184 So. 187 (1938).

Reformed prostitute could be seduced. — A prostitute could be a victim of rape but was not the subject of seduction. However, a fallen woman could reform and have the virtue of chastity, thus being within the protection of former § 13-1-112. Suther v. State, 118 Ala. 88, 24 So. 43 (1898).

Simple intercourse was not seduction. — Simply having sexual intercourse with a woman, though she was reluctant to do so, did not constitute seduction. Smith v. State, 13 Ala. App. 399, 69 So. 402 (1915); Clemons v. State, 17 Ala. App. 533, 86 So. 177 (1920); Hayes v. State, 19 Ala. App. 241, 96 So. 647 (1923).

Court's refusal to give jury requested charge that mere fact that accused had sexual intercourse with prosecutrix did not render accused guilty of seduction was reversible error. Johnson v. State, 29 Ala. App. 33, 191 So. 267 (1938).

Nor was necessarily intercourse between engaged parties. — Former § 13-1-112 was not aimed at such sexual intercourse as might occur between such man and woman merely, not based upon one or more or all of the essential means designated in the statute, and if sexual intercourse occurred between man and woman, though engaged to be married, and such sexual intercourse was not the result of such promise to marry, etc., the act of the parties did not come within the terms of the former section. Vowell v. State, 20 Ala. App. 322, 101 So. 780 (1924).

The mere fact of a man and woman having sexual intercourse pending an engagement to marry was not an offense within former § 13-1-112. Johnson v. State, 29 Ala. App. 33, 191 So. 267 (1938).

And offense did not occur when the intercourse is mutually animalistic. — If the moving cause of the sexual intercourse upon the part of the woman was merely a mutual agreement to gratify the animal passion, and not as a result of the several inhibited means enumerated in former § 13-1-112, there was no offense under the former section. Vowell v. State, 20 Ala. App. 322, 101 So. 780 (1924).

What constituted proposal of marriage. — If the words and conduct of the man reasonably implied a promise of marriage and were so understood by the girl, it was sufficient. No particular words of art were necessary for a proposal of marriage. Mitchell v. State, 42 Ala. App. 41, 151 So. 2d 752 (1962), cert. denied, 275 Ala. 696, 151 So. 2d 761 (1963).

0055

**Promise of marriage and intercourse must have constituted cause and effect.** — Promise of marriage, and subsequent illicit cohabitation, were not necessarily sufficient to make out the offense. They must have stood to each other as cause and effect — that is, the one must have been the exciting or producing cause of the other — or the statutory crime was not committed. Ex parte Oehning, 91 Ala. 558, 8 So. 280 (1891); Watts v. State, 3 Ala. App. 244, 63 So. 18 (1913).

**Effect of promise to provide for woman.** — Where it appeared that the man accused of the seduction boasted of his wealth to the unfortunate woman and promised her that he would provide for her if she would yield her person to his embraces, and such promise and persuasions were renewed from day to day until the woman finally yielded, it constituted seduction. Smith v. State, 13 Ala. App. 399, 69 So. 402 (1915).

**Married man who gave his sister-in-law a drink of liquor as a stimulant, caught her alone in a few minutes and taking her in his arms told her of his past kindness to her and promised to continue so if she would yield to him, was guilty of seduction, if she yielded.** Smith v. State, 13 Ala. App. 399, 69 So. 402 (1915).

**Marriage following seduction was a defense.** — Where the seduction was accomplished under promise of marriage, and the promise had been kept and performed, the prosecution could be allowed or conviction had after such marriage. Martin v. State, 19 Ala. App. 761, 99 So. 734 (1923).

**Chastity of female was presumed,** and such presumption continued until there was evidence to the contrary of such a character as raised in the minds of the jury a reasonable doubt of such chastity. Suther v. State, 118 Ala. 88, 24 So. 43 (1898); Smith v. State, 13 Ala. App. 399, 69 So. 402 (1915).

Until there was evidence to the contrary, the chastity of a woman was presumed. Mitchell v. State, 42 Ala. App 41, 151 So. 2d 752 (1962), cert. denied, 275 Ala. 696, 151 So. 2d 761 (1963).

**Burden of proof on state.** — Prosecution had to show beyond reasonable doubt promise of marriage or other deceptions designated in former § 13-1-112. Poland v. State, 25 Ala. App. 213, 143 So. 209 (1932), holding that evidence that intercourse was accomplished by force and without consent of prosecutrix, was insufficient to sustain conviction for seduction.

To prove seduction by promise of marriage, state must prove beyond reasonable doubt that there was promise of marriage, as result of which prosecuting witness submitted to defendant sexually. Parker v. State, 26 Ala. App. 91, 152 So. 510 (1934).

**Permitting question as to extent of association of prosecutrix with defendant.** — In prosecution for seduction, under former § 13-1-112, question put to prosecutrix calling for information as to defendant going with her, held not erroneous as uncertain or confusing, the phrase meaning paying particular attention to her, keeping company with her, visiting her, taking her places, showing her courtesies, favoring her and, generally speaking, getting on familiar terms with her. Satterfield v. State, 22 Ala. App. 123, 113 So. 320 (1927).

**Admissibility of evidence of intercourse subsequent to seduction.** — Evidence of acts of sexual intercourse on her part with other men subsequent to the alleged seduction were inadmissible. Smith v. State, 13 Ala. App. 399, 69 So. 402 (1915).

Permitting prosecutrix to testify to frequent acts of sexual intercourse with defendant subsequent to alleged seduction was error. Parker v. State, 26 Ala. App. 91, 152 So. 510 (1934).

When the state offered evidence of the prosecutrix tending to show one specific instance of intercourse, going into the details, evidence of subsequent relations was inadmissible, the state having showed the time of the alleged seduction. Pope v. State, 137 Ala. s. 56, 34 So. 840 (1903).

**Admissibility of evidence of birth of child.** — Evidence that subsequent to the alleged seduction prosecutrix gave birth to a child was inadmissible. Davis v. State, 18 Ala. App. 482, 93 So. 259 (1922); Maske v. State, 19 A.a. App. 75, 95 So. 204 (1923); Martin v. State, 19 Ala. App. 761, 99 So. 734 (1923).

The child was a product of a child, the alleged fruits of a seduction to prove the paternity of the defendant, and the jury could consider the resemblance of the two as corroborative evidence of cohabitation. Tarver v. State, 17 Ala. App. 424, 85 So. 855 (1920).

Entering of child was immaterial in seduction prosecution unless child was fruit of seduction, and then only for purpose of corroborating prosecutrix as to time of seduction and as to fact that she had had sexual intercourse. Parker v. State, 26 Ala. App. 91, 152 So. 510 (1934).

The mere fact of giving birth to a child, and the proof of this fact, has been held to be insufficient corroboration in the total absence of any other corroboratory evidence. Mitchell v. State, 42 Ala. App. 41, 151 So. 2d 752 (1962), cert. denied, 275 Ala. 696, 151 So. 2d 761 (1963).

**Nature of corroboration required.** — To meet the requirements of former § 13A-6-65 as to corroboration, the corroboration had to be of some material fact tending to the guilt of the accused, that such material would not be in its nature formal, and it was not enough that that

# OFFICE OF THE ATTORNEY GENERAL



**92-00212**

**JIMMY EVANS**
ATTORNEY GENERAL
STATE OF ALABAMA

**MAR 1 9 1992**

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130
AREA (205) 242-7300

Honorable Perry O. Hooper, Jr.
Member, House of Representatives
73rd District
456 South Court Street
Montgomery, AL   36104

> Colleges and Universities –
> State Funds – Sexual Misconduct
>
> Public monies may not be used
> to fund the activities of an
> organization which supports
> behavior which directly or
> indirectly encourages sexual
> misconduct.

Dear Representative Hooper:

This opinion is issued in response to your request for an opinion from the Attorney General.

## QUESTION

> May an organization that professes to
> be comprised of homosexual and lesbian
> individuals use state funding or state-
> supported facilities to foster or promote
> sexually deviate activities as set forth in
> Sections 13A-6-60, et seq., Code of Alabama
> 1975, as last amended, and in particular
> Section 13A-6-65(a)(3), supra?

## FACTS, LAW AND ANALYSIS

In the context of your question as it is framed, your facts reflect that the homosexual or lesbian organization under consideration fosters or promotes activities that violate Alabama statutes prohibiting sodomy and sexual misconduct, i.e., the organization encourages its members or others to engage in sodomy or deviate sexual intercourse within the State of Alabama.

As a general rule, public funds and facilities may not be used to incite, promote, or advocate conduct which is a violation of Alabama criminal law. In rendering this opinion, we understand your question to be, and answer it as, a use of state funds or facilities related to unlawful conduct and not First Amendment protected-speech activities.

There are a number of federal circuit court cases which touch upon this question which were generally based upon the Supreme Court case of Healy v. James, 408 U.S. 169 (1972). There is no United States Supreme Court ruling on the issue of homosexual rights as discussed in the federal circuit court cases. However, Healy v. James, supra, clearly sets the standard to be as follows:

> "The critical line heretofore drawn for determining the permissibility of regulation is the line between mere advocacy and advocacy 'directed to inciting or producing imminent lawless action and . . . likely to incite or produce such action.'" 408 U.S. 188.

Consequently, a distinction must necessarily be made between things that an organization may advocate concerning changes in laws as opposed to advocating the actual breaking of existing laws.

In Bowers v. Hardwick, 478 U.S. 186, 92 L.Ed.2d 140, 106 S.Ct. 2841, Justice White, writing for the majority, observed:

> "Sodomy was a criminal offense at common law and was forbidden by the laws of the original 13 States when they ratified the Bill of Rights. In 1868, when the

0058

> Fourteenth Amendment was ratified, all but 5
> of the 37 States in the Union had criminal
> sodomy laws. In fact, until 1961, all 50
> States outlawed sodomy, and today, 25 States
> and the District of Columbia continue to
> provide criminal penalties for sodomy
> performed in private and between consenting
> adults. [Cite omitted.] Against this
> background, to claim that a right to engage
> in such conduct is 'deeply rooted in this
> Nation's history and tradition' or 'implicit
> in the concept of ordered liberty' is, at
> best, facetious." 92 L.Ed.2d at 147.

The criminal acts that you refer to in your question are
the Alabama laws prohibiting sodomy and sexual misconduct.
Sections 13A-6-63 and -64 deal with sodomy in the first and
second degrees respectively, being aggravated criminal acts.
Both involve forcible compulsion, incapacity, or sexual contact
within certain age limits of children. While such acts could
possibly be those fostered and promoted by the organizations to
which you refer, it is more likely that the statute most
commonly violated would be Section 13A-6-65(a)(3). This
section states as follows:

> "(a)  A person commits the crime of sexual
> misconduct if:
>
> . . .
>
> "(3)  He or she engages in deviate sexual
> intercourse with another person under
> circumstances other than those covered by
> Sections 13A-6-63 and 13A-6-64.  Consent is
> no defense to a prosecution under this
> subdivision."

"Deviate sexual intercourse" is defined at Section 13A-6-60
as follows:

> "(2)  DEVIATE SEXUAL INTERCOURSE.  Any act
> or sexual gratification between persons not
> married to each other, involving the sex
> organs of one person and the mouth or anus
> of another."

The several cases define and describe these actions as
including any carnal copulation, unnatural carnal copulation,
sodomy, bestiality, homosexuality, buggery, cunnilingus, or

otherwise. That any one of these single terms may not be used in the statute, as such, does not indicate that it is not a prohibited act.

The legality of such laws was upheld by the United States Supreme Court in <u>Bowers v. Hardwick</u>, <u>supra</u>. Therefore, the State of Alabama is free to enforce such laws and to prohibit activities that would be in violation of them.

The State of Alabama Criminal Code provides that an attempt to commit an act prohibited by law is a lesser-included offense. Section 13A-1-9(a)(2), <u>Code of Alabama</u> 1975. Therefore, if an organization is promoting, encouraging, demonstrating, making provisions for, fostering, or otherwise actively engaging in activities that are "likely to incite or produce such action," it would be a violation of State criminal law.

Obviously, state funds or facilities cannot be knowingly used for the commission of crime. If members of a homosexual or lesbian organization, in the college context as observed in the reported cases noted above, or in another context where state support is involved, are engaged in attempts to incite or produce unlawful action, or are actually engaged in unlawful action, there is a violation of state law, and state funds or facilities, directly or indirectly, may not be used to foster or promote such unlawful activities.

## CONCLUSION

It is our opinion that an organization that professes to be comprised of homosexuals and/or lesbians may not receive state funding or use state-supported facilities to foster or promote those illegal, sexually deviate activities defined in the sodomy and sexual misconduct laws under Sections 13A-6-63, 13A-6-64, and 13A-6-65 of the <u>Code of Alabama</u> 1975.

I hope this sufficiently answers your question. If our office can be of further assistance, please do not hesitate to contact us.

Sincerely,

JIMMY EVANS
Attorney General
By:

JAMES R. SOLOMON, JR.
Chief, Opinions Division

JE/PCD/dn
0863N

█ 0060



# HOUSE OF REPRESENTATIVES

## ALABAMA STATE HOUSE
## MONTGOMERY, ALABAMA 36130

DISTRICT NO. 73
MONTGOMERY COUNTY

PERRY O. HOOPER, JR.
4131 CARMICHAEL ROAD
MONTGOMERY, ALABAMA
36106-8540
OFFICE 205/270-0108
MONTGOMERY 205/242-7583

COMMITTEES:
CHAIRPERSON, COMMERCE, UTILITIES
AND TRANSPORTATION
INDUSTRIAL DEVELOPMENT AND
ECONOMIC GROWTH
TOURISM, ENTERTAINMENT
AND SPORTS
LOCAL LEGISLATION NO. 9
MONTGOMERY

FOR IMMEDIATE RELEASE (MARCH 19)

For further information contact:
Perry O. Hooper Jr. at 242-7683

MONTGOMERY - Today, State Representatives Perry O. Hooper, Jr. and Mark Gaines received a response from Attorney General Jimmy Evans on the Attorney General's opinion whether an organization that professes to be homosexual or lesbian may use state funding or state supported facilities to foster or promote sodomy or other illegal sexually deviate activities. Rep. Hooper requested the opinion from the Attorney General's office on Feb. 18.

"The Attorney General's opinion to our inquiry is very clear," Hooper said. "Briefly, the opinion stated that public monies may not be used to fund the activities of an organization which supports behavior which directly or indirectly encourages sexual misconduct. The bottom line is we need to protect our children and students from the most deadly of diseases - AIDS," said Hooper.

"I have supported from the very beginning the action

0061

taken by the Student Government Association at Auburn in
refusing to grant a charter to the Auburn Gay and Lesbian
Association," Hooper said. "I am not out to persecute, "
said Hooper, "only I want to see that Alabama's laws are
objectively upheld." Hooper stated, "We hear about how
unfair it is to discriminate against homosexuals. But who
in their right mind would put them in any position within
our educational system where they might become role models
of the young? I say - can anything destroy the possibility
of happiness for a young person more than turning him or her
away from traditional marriage and family life, to the
dismal sewers of sodomy and lesbianism? Is it not moral
cowardice that so many are publicly silent about what we all
know, in our hearts, to be true? I think Alabama's laws on
sodomy is right and needs to be reaffirmed."

Hooper said that he thanks many across the state for
the hundreds of letters and telephone calls of support for
his resolution supporting Auburn's SGA vote. "I want to
express my deepest appreciation to Attorney General Jimmy
Evans for the concise legal opinion, the Auburn Alumni
Association, the Rutherford Institute, Students for a
Healthy Auburn and the SGA of Auburn, and my colleagues in
the legislature for their support," Hooper said.

0062

Rep. Gaines said, "I applaud and commend Attorney General Evans for joining in this strong stand. We do not seek to invade anyone's bedroom - we merely seek to keep them in the bedroom and out of public funded facilities."

-30-30-30-

0063

'FILED

MAR 2 3 1992

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF A'

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

AUBURN UNIVERSITY,              )
                                )
          Plaintiff,            )
                                )
v.                              )    CIVIL ACTION NO. $92\text{-}H\text{-}374\,\mathcal{E}$
                                )
THE AUBURN GAY AND LESBIAN      )
ASSOCIATION, THE RUTHERFORD     )
INSTITUTE OF ALABAMA, INC.,     )
THE AMERICAN CIVIL LIBERTIES    )
UNION FOUNDATION (NATIONAL      )
LESBIAN AND GAY RIGHTS          )
PROJECT), THE CIVIL LIBERTIES   )
UNION OF ALABAMA, AND JIMMY     )
EVANS, IN HIS OFFICIAL          )
CAPACITY AS ATTORNEY GENERAL    )
OF THE STATE OF ALABAMA,        )
                                )
          Defendants.           )

## COMPLAINT

Plaintiff Auburn University (AU) represents to the court as follows:

### Jurisdiction

1.   Jurisdiction of the Court is based on Title 28 U.S.C. §§ 1331, 2201; 42 U.S.C. § 1983; and the first and fourteenth amendments to the United States Constitution.

2.   This is an action for a declaratory judgment pursuant to 28 U.S.C. § 2201, for the purpose of determining an actual case and controversy between the parties named above.

### Parties

3.   Plaintiff AU was created under the Constitution of Alabama (1901), Amendment No. 161 (formerly Sec. 266) and placed under "the management and control of [its] Board of Trustees."  It is a "body corporate" charged with all "duties, liabilities, and

█ 0064

responsibilities" necessary "to promote the ends of its creation." §§ 16-48-1, 2, 4, Code of Alabama (1975). Its main campus is located in Auburn, Lee County, Alabama.

4. Dr. James E. Martin was President of AU until his resignation became effective On March, 1, 1992 and he was President at all pertinent times relating to this controversy.

5. Dr. Pat H. Barnes is Vice President for Student Affairs of AU and she held this position at all pertinent times relating to this controversy. As Vice-President, Dr. Barnes reports directly to the President and she manages and controls the Office of Student Affairs which has oversight authority over campus clubs and organizations on the main campus, including the Student Government Association (SGA). Student clubs and organizations, when formally recognized and chartered by the SGA, are given access to University facilities for their meetings, may utilize some University publications, and may apply (although with no guarantee of success) to the SGA for financial grants derived from student activity fees. Such organizations must conduct their affairs in accordance with University rules and regulations and are subject to discipline by AU.

6. The defendant Auburn Gay and Lesbian Association (AGLA) is an unincorporated association allegedly composed of AU students, faculty and staff which received official recognition by AU on January 7, 1992, after complying with all University rules and regulations and successfully serving a probationary period of one year.

2

7.    The defendant Rutherford Institute of Alabama, Inc. (Rutherford Institute) is an Alabama corporation and describes itself as a "litigation and education civil liberties organization engaged in the protection of constitutionally protected civil rights."    The Rutherford Institute has actively opposed AU's recognition of AGLA, and has threatened to sue AU if it does not rescind and withdraw such recognition.

8.    Students for a Healthy Auburn (SHA) is allegedly a group of approximately sixty AU students, organized for the purpose of resisting AU's recognition of AGLA.  Since the SHA has not applied for University recognition, since its members' and officers' identities are not known, and since it has no known street address at which this complaint could be served, it may not be possible to serve SHA with this complaint.  Therefore, in the interest of time, AU has not made SHA a party defendant hereto although AU invites, and does not object to, SHA's intervention as a defendant in this action.

9.    The defendant The American Civil Liberties Union Foundation (National Lesbian and Gay Rights Project) (ACLU) is a special project of the American Civil Liberties Union designed to support the rights of lesbians and gay men.  ACLU is headquartered in and organized under the laws of the State of New York and has an affiliate in each state of the United States, including Alabama. The ACLU has taken the position that AGLA should be recognized by AU and it has threatened to sue if AU should rescind or withdraw its recognition of AGLA.

3

0066

10. The defendant The Civil Liberties Union of Alabama (ACLU/Ala) is the Alabama affiliate of the American Civil Liberties Union.

11. The defendant Jimmy Evans is sued only in his official capacity as the Attorney General of Alabama (the Attorney General) which is required by Section 6-6-227, Alabama Code (1975), in any proceeding bringing into question the constitutionality of a state statute. As Attorney General, Jimmy Evans has issued an official opinion that AU's recognition of AGLA is contrary to the laws of the State of Alabama.

## Facts

12. In May of 1990, AGLA applied to AU for recognition as an AU student organization. (Ex. A).

13. On November 12, 1990, the Student Senate of SGA granted AGLA probationary status for one year, at the end of which AGLA would be considered for permanent charter. (Ex. B).

14. During the year of probation, AGLA complied with all rules and regulations governing the issuance of a permanent charter. SGA Code of Laws, Ch. 403.4. The Organizations Committee of the SGA voted AGLA the most outstanding new student organization of 1990.

15. On November 25, 1991, upon expiration of the one year probationary period, SGA reviewed AGLA's request for a permanent charter and voted to deny it, although AGLA had satisfied all AU's requirements for its recognition.

4

16. On December 9, 1991, the ACLU and ACLU/Ala challenged the SGA decision denying AGLA's charter and threatened litigation against AU. (Ex. C).

17. On January 7, 1992, acting on advice of AU legal counsel (inside and outside), Dr. Barnes, AU's Vice President of Student Affairs, overruled the SGA and granted AGLA a charter. (Ex. D). Dr. Barnes took such action to avoid a possible violation by AU of AGLA's rights to free speech and free association, protected by the first and fourteenth amendments to the United States Constitution, as enunciated and applied by all federal courts which have dealt with this issue, including the Courts of Appeals for the Eighth, Fifth, Fourth, and First Circuits and by United District Courts in Georgia and Tennessee.

18. On January 8, 1992, SGA President Jon Waggoner appealed from Dr. Barnes' decision to President Martin, who, on January 9, 1992, denied SGA's appeal and affirmed the action earlier taken by Dr. Barnes. (Ex. E).

19. On January 13, 1992, the SGA Student Senate requested that AU "review, reconsider and reverse" the administration's decision to grant AGLA's charter (Ex. F).

20. On January 14, 1992, the SGA was notified that the prior decision of Dr. Pat Barnes had been reaffirmed. (Ex. G).

21. Thereafter, the Rutherford Institute issued a press release publicly condemning AU's decision to grant a charter to AGLA in the following language:

5

0068

## AU APPROVED OF HOMOSEXUAL GROUP

The Rutherford Institute of Alabama is providing attorneys for the legal representation of the Student Senate of the Student Government Association of Auburn University. It is our opinion that the Student Government acted legally and properly at all times during the student organization approval process. It was the decision of Vice President Pat Barnes and the Auburn University administration that was improper and resulted in the approval of the Auburn Gay and Lesbian Association as a campus organization.

Although the ACLU has publicly stated that it won the case, that is not correct. There was in fact no case because the Auburn administration succumbed to the threat of monetary damages made by the ACLU against the University and its Trustees. The homosexual advocates won the issue by default.

We commend the AU SGA for its actions. It did not succumb to the baseless threats. Its goal was to uphold the historic values of Auburn University. The SGA recognized the need to protect the integrity of student organizations at AU.

As a legal fact, the cases relied upon in the threats by the ACLU are lower appellate court opinions which are constitutionally weak and suspect. Current insight into the United States Supreme Court clearly indicates that any prior intermediate court rulings requiring the approval of on-campus homosexual organizations will not be permitted. The Chief Justice of the United States Supreme Court has spoken to that point.

The constitutionality of anti-sodomy criminal laws such as the State of Alabama has, is well-settled. Additionally, the high incidence of AIDS among homosexuals, the sexual freedom debate, the high cost of health care, and the protection of maturing students are all valid legal reasons for the denial of this Charter. Unfortunately, the AU administration failed to recognize the validity of these objections in the interest of expediency. As a result, our common historic traditional attitudes are destroyed, but homosexual rights to perverse and unnatural sex are permitted to flourish.

(Ex. H).

22. On January 16, 1992, by an anonymously authored letter, SHA contacted AU alumni requesting that they "ask the Board of

6

▌ 0069

Trustees to instruct [President Martin] to uphold Alabama law by supporting the SGA denial of the [AGLA] charter" and threatened immediate litigation. (Ex. I).

23. On January 22, 1992, one of the attorneys for the Rutherford Institute wrote the AU Board of Trustees urging them to reverse President Martin in the following language:

> I represent the Student Senate of the Auburn Student Government Association. Of course, you are aware of Dr. Pat Barnes overriding the decision of the Student Senate not to approve the Gay & Lesbian Association. I am sure you further know that the students at Auburn are in disagreement with Dr. Barnes' decision and respectfully requested by Student Senate Resolution of January 13, 1992 a reconsideration and reversal of that decision. On January 14, 1992, the Administration rejected that request.

> We believe the threat of a lawsuit by the ACLU prompted all of this action. We realize that there are important and potentially costly proceedings at stake. There are also extremely important issues at stake. The students respect your authority.

> The purpose of this letter is to encourage you as a Trustee to reconsider the decision of the University. You have lawyers who have rendered you a legal opinion. The organization with which I am affiliated is knowledge-able in these constitutional matters. We would like the opportunity to meet with your lawyers or other represen-tatives to discuss what strategies might be available to resolve this situation and the potential outcome.

> I requested that opportunity informally and there was no response. The court decisions that have apparent-ly been relied upon are dated, unstable, and subject to reversal. There is no Supreme Court decision on the issue of Gay rights groups on campus. There is also no precedent that adequately addresses the "advocacy versus action" dichotomy that exists in these cases.

(Ex. J).

24. Acting on advice of counsel, AU has continued to refuse to rescind its action granting a charter to AGLA. With emotions

7

escalating, this controversy has continued unabated, with the public media repeatedly publicizing and taking positions on the controversy, and other public entities criticizing AU's action in granting a charter to AGLA. (Ex. K). AU trustees have received voluminous, and often intemperate, correspondence from both sides of this controversy. On January 31, 1992, the Alabama State Senate made a "full body statement" commending the SGA "for standing against the threats and pressures of campus organizations which may desire to be chartered." (Exs. L, K-22). On February 8, 1992, the Auburn Alumni Association, a national organization, passed a resolution "strongly support[ing] the student government association's position and requesting the University to reconsider its decision" and requesting the Board of Trustees to "review every legal avenue available to them to determine if there is a legal basis under federal and state law to support the decision of the student government association." (Ex. M). On February 20, 1992, the Montgomery Advertiser, in its Sunday edition, called on the Board of Trustees to "Resist Gay Activism," saying "it can start with Auburn trustees backing state law and their student government, defending the action in court if necessary." (Ex. K-35). On February 26, 1992, the Alabama State House of Representatives, by a vote of 64-3, called upon the Auburn Board of Trustees to revoke the charter of AGLA. (Exs. N, K-44). On February 26, 1992, Governor Guy Hunt expressed his support for the SGA's position. (Exs. K-41, K-42).

8

0071

25. On February 19, a state legislator allegedly made a formal request for an opinion from the Attorney General to determine the legality of AU's course of action. (Exs. K-32, K-33). On March 19, 1992, in response to this request, the Attorney General issued an opinion (Ex. O) that an organization, like AGLA, "may not receive state funding or use state-supported facilities," without violating various criminal statutes of the State of Alabama, Section 13A-6-63, 64, 65 and Section 13A-1-9(a)(2), <u>Code of Alabama</u> (1975). The Attorney General's opinion may conflict with applicable federal court decisions, which have uniformly, and without exception, held that organizations, like AGLA, have a right to recognition guaranteed by the first and fourteenth amendments to the United States Constitution.

26. Acting on advice of counsel that a revocation of AGLA's charter would violate its rights of free speech and assembly, guaranteed by the first and fourteenth amendments to the Constitution of the United States, the AU Board of Trustees has taken no action to revoke AGLA's charter. In commentary by various public media, in resolutions by various public organizations, and in speeches, correspondence and petitions by various public officials and private citizens, it has been repeatedly suggested that AU's legal position, based on the decisions of numerous circuit courts of appeals and district court decisions in Georgia and Tennessee, is no longer viable because it is not consistent with the currently prevailing "climate of legal opinion" in this country, resulting from changes in court personnel, both in the Supreme Court and in

9

0072

the lower federal courts. The AU Board of Trustees, under its authority to "manage and control" the University, has the power to make a final and binding determination of this matter and to reverse the central administration's decision to recognize AGLA, if this becomes necessary and proper under the circumstances. The Board of Trustees has deferred taking action pending a judicial determination of the applicable law governing this controversy.

27. There is a real case or controversy between the various defendants and between plaintiff and the various defendants with respect to whether or not AGLA has a constitutional right to recognition by AU. By repeatedly threatening litigation, each side of this controversy has created a confrontational atmosphere which is eroding the Trustees' authority to govern the University, is impairing the Trustees' relationship with the legislature (in a time of fiscal shortfalls and proration), and with its alumni whose support is critically important, and with the tax paying public who ultimately will decide the University's fiscal future, thereby causing irreparable and continuing damage to AU.

28. This controversy can only be abated if this Court declares the rights and legal obligations of the parties hereto by affording the relief prayed for hereunder.

WHEREFORE, THE PREMISES CONSIDERED, the plaintiff prays that this Honorable Court will take jurisdiction of this declaratory judgment action, will accelerate proceedings on this matter, will make the defendants parties to this litigation with instructions to address this controversy at the earliest practical time, and, on

10

🔲 0073

hearing this case, will declare the rights and legal relations of the parties hereto. More specifically, the plaintiff prays that this Court will adjudge:

Whether AGLA and its membership have constitutional rights of free speech and assembly, protected by the first and fourteenth amendments, which entitle them to recognition on the same basis as other student organizations recognized at AU.

Finally, the plaintiff prays that this Court will tax attorney's fees and costs against the defendants and order such other, further and different relief which may be necessary and proper under the circumstances.

Dated this _23rd_ day of _March_ , 1992.

Respectfully submitted,

_T. W. Thagard_

T. W. Thagard, Jr.

_Thomas D. Samford III by TWTJ_

Thomas D. Samford, III

Attorneys for the Plaintiff
Auburn University

OF COUNSEL:

T. W. THAGARD, JR.
DAVID R. BOYD
LESLIE M. ALLEN
BALCH & BINGHAM
Post Office Box 78
Montgomery, AL 36101
(205) 834-6500

11

0074

THOMAS D. SAMFORD, III, ESQ.
Office of General Counsel
Auburn University
101 Samford Hall
Auburn, AL  36849
(205) 844-5176

0075

May 29, 1990

Dr. Pat H. Barnes
Vice President for Student Affairs
Cater Hall
Auburn University, AL 36849

Dear Dr. Barnes:

The Auburn Gay and Lesbian Association requests permission to form a student organization at Auburn University. Six meetings have been held in Foy Union during Spring Quarter with an average attendance of 25 persons. This organization's purpose will be social, service, and support of gays, lesbians, and other interested individuals at Auburn University. Activities will include weekly meetings, educational forums, picnics, and community service.

Enclosed are two copies of our constitution.

There is a great need within Auburn University for a gay and lesbian organization. We request your assistance in receiving a probationary charter and eventually official recognition from the Student Senate.

Sincerely,

Mike Green, President
Auburn Gay and Lesbian Association

enclosures

Ex. A

0076

# STUDENT GOVERNMENT ASSOCIATION

**TERRY McCARTHY**
PRESIDENT

**MERLE FLOWERS**
VICE PRESIDENT

**MARK McKINNON**
TREASURER

**DIANE STEWART**
ADM. VICE PRESIDENT



332 FOY UNION BLDG.
AUBURN UNIVERSITY
AUBURN UNIVERSITY, AL 36849-5134
(205) 844-4240

It is my pleasure to inform you that on November 12, 1990 the Student Senate approved your request for official recognition of Auburn Gay & Lesbian Association. This organization will be on probationary status for one year at which time you will be considered for a permanent charter. Contact must be made with the Organizations Advisor or the Organizations Board within (60) days after the expiration date of your probationary charter i.e. December 21, 1991.

With your probationary charter you are entitled to use University facilities and appear in University publications. If you have any questions about the privileges of chartered organizations, the Organizations Advisor, Mr. Tim Hebson, in the Office of Student Affairs, is available to help you. His office is in Cater Hall, telephone, 844-4710.

Please note that organizations are no longer obligated to print the informational advertisement in The Auburn Plainsman due to changes in the Code of Laws. However, as Chairman of the Board of Student Organizations, I strongly recommend this advertisement as a way of promoting your organization. Also, keep in mind that the Campus Calendar in The Auburn Plainsman is a service given to all chartered organizations to announce activities and meetings free of charge.

Enclosed is an organizations information card which must be kept up-to-date by all chartered organizations. Please fill it out and return to me as soon as possible.

Sincerely,


Beth Martin
Chairman Organizations Board

cc: Mr. Tim Hebson
    Organizaitions File
    Merle Flowers

Ex. B

0077



LESBIAN AND GAY RIGHTS PROJECT

National Headquarters
132 West 43 Street
New York, NY 10036
(212) 944-9800

Nadine Strossen
PRESIDENT

Ira Glasser
EXECUTIVE DIRECTOR

Richard Zacks
TREASURER

William B. Rubenstein
DIRECTOR AND STAFF COUNSEL

Ruth E. Harlow
STAFF COUNSEL

Nan D. Hunter
OF COUNSEL

Paul D. Hendley
Michael Perelman
STAFF ASSISTANT

December 9, 1991

Michael B. McCartney, President Pro Tempore
Board of Trustees, Auburn University
331 Albert Raines Blvd.
Gadsden, Alabama 35902-1890

Dr. James E. Martin, President
Auburn University, Office of the President
107 Samford Hall -- College Street
Auburn, Alabama 36849-5113

Dr. Pat H. Barnes, Vice President for Student Affairs
Auburn University, Office of Student Affairs
201 Cater Hall -- Thach Avenue
Auburn, Alabama 36849

Dear Mr. McCartney, President Martin, and Vice-President Barnes:

We write on behalf of our client the Auburn Gay and Lesbian Association (AGLA).
On November 25, 1991, the Auburn University Student Senate refused to recognize AGLA
as a permanently-chartered student group at the University. As the Student Senate's vote
was based solely on prejudice against AGLA, its actions clearly violated well-established
constitutional law. Accordingly, we call on you to overrule the Student Senate and to grant
AGLA its charter. If you have not taken these actions by the beginning of·the next term,
we will have to pursue legal action to redress this constitutional harm.

The facts concerning the Student Senate's actions are not in dispute. In the summer
of 1990, AGLA applied for and was granted a probationary one-year charter. During that
year, the group was voted the Most Outstanding New Student Organization by the
Organizations Committee of the Student Government Association, which also unanimously
recommended that the group be given a permanent charter. In the fall of 1991, AGLA
applied for such a permanent charter. It is acknowledged that the group has properly
complied with all of the requirements for becoming a recognized student group set forth in
Chapter 403.4 of the Student Government Association Code of Laws. Nonetheless, at its
meeting on November 25, 1991, the Student Senate, by a vote of 23-7, denied the group a
permanent charter. The only reason discussed for denial of the charter was the Senators's

0078

Ex. C

dislike of the group. Such a decision is, of course, an unconstitutional infringement on the group members's freedom of association.

Our contention that the students's rights have been violated is well supported by several decades of unwavering constitutional law directly on point. See, e.g., Gay and Lesbian Students Ass'n v. Gohn, 850 F.2d 361 (8th Cir. 1988); Gay Students Services v. Texas A & M University, 737 F.2d 1317 (5th Cir. 1984); Gay Lib v. University of Missouri, 558 F.2d 848 (8th Cir. 1977), cert. denied sub nom. Ratchford v. Gay Lib, 434 U.S. 1080 (1978), reh. denied 435 U.S. 981 (1978); Gay Alliance of Students v. Matthews, 544 F.2d 161 (4th Cir. 1976); Gay Students Organization of the Univ. of New Hampshire v. Bonner, 509 F.2d 652 (1st Cir. 1974); Student Coalition for Gay Rights v. Austin Peay University, 477 F.Supp. 1267 (M.D.Tenn. 1979); Wood v. Davison, 351 F.Supp. 543 (N.D.Ga. 1972).

This precedent compels you to reverse the Student Senate's actions. Indeed, your legal obligations are so obvious that your failure to act in these circumstance will amount to a violation of a clear constitutional mandate and thus you will not be immune from a judgment for money damages against you personally. See Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982) ("government officials performing discretionary functions" will be shielded from monetary liability only "insofar as their conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known"). Accord Hafer v. Melo, 60 U.S.L.W. 4001, 4002 (Nov. 5, 1991).

We look forward to hearing directly from you in writing by the beginning of next term – that is, no later than the close of business on Friday, January 17, 1992 – that you have overruled the Student Senate and granted permanent recognition to AGLA. If we have not heard from you by then, we will have to pursue resolution of this issue through legal channels. As we hope to avoid the necessity of litigation, we anticipate your response.

Sincerely,

William B. Rubenstein, Esq., Director
ACLU National
Lesbian and Gay Rights Project

Fern Singer, Esq.
Civil Liberties Union
of Alabama

cc:   Thomas D. Samford, III, University General Counsel
      Lee F. Armstrong, General Counsel

0079

# Auburn University

Auburn University, Alabama 36849-5147

Office of the Vice President
for Student Affairs
Katharine C. Cater Hall

January 7, 1992

Telephone: (205) 844-4710
ATTNet: 221-4710

**CONFIDENTIAL**

Mr. Jon Waggoner, President
Student Government Association
Foy Union
Campus

Dear Mr. Waggoner:

The process for chartering student organizations is set out in the Student Government Association Constitution and Code of Laws and is performed by the Student Senate and the SGA Organizations Committee and Board, under authority delegated by the President of Auburn University and under the oversight of the Office of Student Affairs. Our method of self-government by the students of Auburn University performs an essential educational function and has resulted in significant contributions to the University community and mission. We appreciate and endorse our Student Government Association.

The delegation of this authority, however, does not relieve Auburn University of the responsibility to assure that the activities conducted under such delegated authority conform to rules of law. The ultimate responsibility and authority in this regard must rest in administrative authorities.

After careful review of the facts presented, consultation with our attorney and consideration of the actions and advice of the Student Senate and SGA leadership, and on advice of counsel, it is my decision that the Auburn Gay and Lesbian Association be recognized as a chartered student organization with the privileges and responsibilities applicable to other chartered organizations. This decision should not be understood to indicate lack of full confidence in our system of student government, but it is believed to be essential to a responsible use of public and University resources and to compliance with applicable law.

Sincerely,

Pat H. Barnes
Vice President for Student Affairs

c:  Mr. Scott Sprayberry        Dr. James E. Martin
    Mr. Steven A. Migalski      Mr. Thomas D. Samford, III
    Mr. C. Grant Davis

0080

Ex. D

A LAND-GRANT UNIVERSITY



# Auburn University

Auburn University, Alabama 36849-5113

Office of the President
107 Samford Hall

Telephone: (205) 844-4650
ATTNet: 221-4650
FAX: (205) 844-6179

January 9, 1992

CONFIDENTIAL

Mr. Jon Waggoner
President
Student Government Association
322 Foy Union Building
CAMPUS

Dear Mr. Waggoner:

This letter is in response to our meeting January 8, 1992, at which you, as President of the Student Government Association, appealed the decision of Dr. Pat H. Barnes, Vice President for Student Affairs, that "the Auburn Gay and Lesbian Association be recognized as a chartered student organization with the privileges and responsibilities applicable to other chartered organizations." Please be advised that I affirm the action taken by Dr. Barnes.

Very sincerely,

James E. Martin
President

ca

xc: Dr. Pat H. Barnes
Mr. Thomas D. Samford, III

0081
Ex. E



AUBURN UNIVERSITY

STUDENT SENATE

# Resolution

**WHEREAS** the Constitution of the Student Government Association of Auburn University creates and delegates authority to the Student Government Association by Auburn University, and by Title V of the Student Government Association Code of Laws, this includes the procedures and Student Senate approval of on-campus student organizations; and

**WHEREAS** within the discretion of the authority delegated, the Student Senate on November 25, 1991, denied approval of the Charter of the Auburn Gay and Lesbian Association as an on-campus student association; and,

**WHEREAS** acting on advice from University Attorneys, Vice President of Student Affairs, Pat Barnes, on behalf of President James Martin, granted the charter to the Auburn Gay and Lesbian Association on January 7, 1991 upon the objection of the duly elected officers of the Student Government Association; and,

**WHEREAS** the Student Senate has determined that although the actions of the administration are questionable under the laws of the State of Alabama, it is not presently desirable for the Student Government Association to take legal action against the Auburn University administration.

**IT IS THEREFORE RESOLVED AS FOLLOWS:**

The Student Senate of the Student Government Association of Auburn University believes that its duty is to act in regard to the best interest and rights of the students of the University and subject to the laws of the State of Alabama. As a result of this belief and commitment, the Student Senate has rejected the Charter of the Auburn Gay and Lesbian Association because said group does not meet the ideas entrusted to the Student Senate on behalf of the students of Auburn University.

The Student Senate recognizes that the State of Alabama

Ex. F

has laws in effect prohibiting sodomy and sexual misconduct, viz. SS13A-6-63, & 65, 1975 Code of Alabama. The Student Senate is advised that such laws are constitutional under the United States Constitution by virtue of a ruling of the Supreme Court of the United States, viz., Bowers v. Hardwick, 106 S.Ct. 2841 (1986).

The Student Senate recognized the reality of the threats of legal action made by the American Civil Liberties Union based upon certain intermediate court rulings. However, based upon legal advice, it is not the opinion of the Student Senate that such court rulings are constitutionally sound. Based upon either legal precedent and the current Chief Justice and Justices of the United States Supreme Court, we believe the lower courts would be overruled. In fact, there exists no United States Supreme Court precedent to uphold the allegations of the American Civil Liberties Union.

BE IT FURTHER RESOLVED, that the Student Senate of Auburn University disagrees with the actions of the University Administration in overruling its decision. The administration's action may, among other things, permit the violation of valid state criminal laws, promote immoral behavior, and increase health risks.

IT IS FURTHER RESOLVED, that the administration of Auburn University is urged to review its decision and based upon said review, reconsider and reverse that decision, permitting to stand the original decision to deny the Charter as determined by the Student Senate on November 25, 1991. The Student Senate of the Student Government Association does not seek to discriminate against any individual who may be a member of the Auburn Gay and Lesbian Association; however, we share the concerns expressed by United States Supreme Court Chief Justice Rehnquist:

> "Here the Question is not whether Gay Lib as an organization will abide by University regulations. Nor is it really whether Gay Lib will persuasively advocate violations of the sodomy statute. Instead, the question is whether a University can deny recognition to an organization, the activities of which expert psychologists testify will in and of themselves lead directly to violations of a concededly valid state criminal law." Gay Lib v. University of Missouri, 558 F.2d 848, cert. denied 434 U.S. 1080 (1978)

It is the organization and the matters for which it stands to which the Student Government Association objects. We believe Justice Rehnquist when he says, "while respondents disavow any intent to advocate present

8 0083

violations of state law, the organization intends to engage in far more than political discussion." Id. 1083. The Student Senate does not wish to run such inherent risks on behalf of the present and future students of Auburn University and the leadership that these students might provide to this state and nation.

Done by Resolution of the Student Senate of the Student Government Association of Auburn University on this the 13th day of January, 1992.

Jon Waggoner
SGA President

Scott Sprayberry
SGA Vice President &
Student Senate President

8 0084



# Auburn University

Auburn University, Alabama 36849-5147

Office of the Vice President
for Student Affairs
Katharine C. Cater Hall

Telephone: (205) 844-4710
ATTNet: 221-4710

January 14, 1992

CONFIDENTIAL

Mr. Jon Waggoner, President
Student Government Association
Foy Union
Campus

Dear Mr. Waggoner:

Auburn University acknowledges the request of the Student Senate expressed in their Resolution adopted January 13, 1992, and Auburn University reaffirms the action set out in my letter of January 7, 1992, to Mr. Jon Waggoner. Please understand that this decision is based on current law concerning rights under the First Amendment to the United States Constitution and not on judgments concerning conduct.

Sincerely,

Pat H. Barnes
Vice President for Student Affairs

mr

c: Mr. Scott Sprayberry
   Mr. C. Grant Davis
   Dr. James E. Martin
   Mr. Thomas D. Samford, III

0085

Ex. G

# THE RUTHERFORD INSTITUTE
## OF ALABAMA, INC.

Suite 376, 2100 Southbridge Parkway, Birmingham, AL 35209
(205) 879-9100

A. Eric Johnston, Esq.
President
Thomas O. Kotouc, Esq.
Vice-President

James E. Lowden, Jr.
Executive Director

FOR IMMEDIATE
RELEASE

## AU APPROVAL OF HOMOSEXUAL GROUP

The Rutherford Institute of Alabama is providing attorneys for the legal representation of the Student Senate of the Student Government Association of Auburn University. It is our opinion that the Student Government acted legally and properly at all times during the student organization approval process. It was the decision of Vice President Pat Barnes and the Auburn University administration that was improper and resulted in the approval of the Auburn Gay and Lesbian Association as a campus organization.

Although the ACLU has publicly stated that it won the case, that is not correct. There was in fact no case because the Auburn administration succumbed to the threat of monetary damages made by the ACLU against the University and its Trustees. The homosexual advocates won the issue by default.

We commend the AU SGA for its actions. It did not succumb to the baseless threats. Its goal was to uphold the historic values of Auburn University. The SGA recognized the need to protect the integrity of student organizations at AU.

As a legal fact, the cases relied upon in the threats by the ACLU are lower appellate court opinions which are constitutionally weak and suspect. Current insight into the United States Supreme Court clearly indicates that any prior intermediate court rulings requiring the approval of on-campus homosexual organizations will not be permitted. The Chief Justice of the United States Supreme Court has spoken to that point.

The constitutionality of anti-sodomy criminal laws such as the State of Alabama has, is well-settled. Additionally, the high incidence of AIDS among homosexuals, the sexual freedom debate, the high cost of health care, and the protection of maturing students are all valid legal reasons for the denial of this Charter. Unfortunately, the AU administration failed to recognize the validity of these objections in the interest of expediency. As a result, our common historic traditional attitudes are destroyed, but homosexual rights to perverse and unnatural sex are permitted to flourish.

**NEWS RELEASE**

Ex. H 0086

The Rutherford Institute is a litigation and education civil liberties organization engaged in the protection of constitutionally protected civil rights. For more information, contact Eric Johnston, (205) 897-9100.

0087

Students for a Healthy Auburn
P. O. Box 276
Auburn University, AL 36831

January 16, 1992

Dear Dr. Busta,

Would you believe that the Auburn Administration is forcing our student representatives to sanction homosexuality on our campus, an activity that is illegal under Alabama law? We are asking for your immediate help to appeal to the Board of Trustees. They are meeting on January 27th.

Here is what happened. Auburn University's Student Government Association denied a charter to the Auburn Gay and Lesbian Association (AGLA) by a vote of 23 to 7 on 11/25/91. (AGLA needed 21 votes for approval.) However, on January 8, University Vice-President for Student Affairs Pat Barnes announced that she was overruling the SGA and granted the charter to AGLA. The President concurred.

The administration apparently caved in to baseless threats of the American Civil Liberties Union. While lower courts have made questionable rulings, there is NO United States Supreme Court precedent to uphold ACLU's threats. Actually, the Supreme Court in 1986 upheld the Georgia sodomy law (Bowers v. Hardwick, 106 S. Ct. 2841). Alabama law prohibits sodomy and sexual misconduct (§§13A-6-63, 64 & 65, 1975 Code of Alabama). Additionally, Mr. Rehnquist has written an opinion which directly supports SGA's position today. Since he is now Chief Justice and the Court is much more conservative, some Constitutional authorities predict the denial of AGLA's charter would be upheld 7-2.

Our group of over 60 student leaders met on January 12 to pray and formulate action. We are this week circulating on campus a petition like the enclosed to appeal to the Auburn Trustees to instruct the administration not to force us to charter AGLA and condone illegal acts.

Will you as a member of the national Auburn Alumni Association Board of Directors immediately ask the Board of Trustees to instruct the President to uphold Alabama law by supporting the SGA denial of the Auburn Gay and Lesbian Association charter?! Whatever the University's official position, they can anticipate the expense of litigation reaching the Supreme Court because students and parents know they can sue the University for the use of their fees to support violation of Alabama law. Surely, the University will want to be on the side of the overwhelming majority of Auburn students, parents and alumni (as well as the law) before the Supreme Court in a decision for the that is critically needed for the welfare of the entire nation.

As one student said at our meeting:

*Auburn University would like for us to be quiet and accept the advancement of immorality on our campus. When Auburn sanctions homosexuality by giving AGLA the charter, they put their stamp of approval on this lifestyle. We the students of Auburn are the university. We respect authority, but if we are silent, we sanction homosexuality.*

Auburn University has been a safe and wholesome learning environment for students. We want to keep it that way. We are counting on your help, and we covet your prayers. Please act right away.

0088

Ex. I

A. Eric Johnston, Esq.
President
Thomas O. Kotouc, Esq.
Vice-President

Thomas F. Parker IV, Esq.
Secretary-Treasurer
James E. Lowden, Jr.
Executive Director

January 22, 1992

Dr. Wayne Teague
State Superintendent of Education
Gordon Persons Building
Montgomery, AL   36130

RE: Auburn University Student Senate
    Gay and Lesbian Association

Dear Dr. Teague:

I represent the Student Senate of the Auburn Student Government Association. Of course, you are aware of Dr. Pat Barnes overriding the decision of the Student Senate not to approve the Gay & Lesbian Association. I am sure you further know that the students at Auburn are in disagreement with Dr. Barnes' decision and respectfully requested by Student Senate Resolution of January 13, 1992 a reconsideration and reversal of that decision. On January 14, 1992, the Administration rejected that request.

We believe the threat of·a lawsuit by the ACLU prompted all of this action. We realize that there are important and potentially costly proceedings at stake. There are also extremely important issues at stake. The students respect your authority.

The purpose of this letter is to encourage you as a Trustee to reconsider the decision of the University. You have lawyers who have rendered you a legal opinion. The organization with which I am affiliated is knowledgable in these constitutional matters. We would like the opportunity to meet with your lawyers or other representatives to discuss what strategies might be available to resolve this situation and the potential outcome.

I requested that opportunity informally and there was no response. The court decisions that have apparently been relied upon are dated, unstable, and subject to reversal. There is no Supreme Court decision on the issue of Gay rights groups on campus. There is also no precedent that adequately addresses the "advocacy verses action" dichotomy that exists in these cases.

We are prepared to meet at your convenience with you or your lawyers or to otherwise provide information as you may request. We encourage you to accept this offer so that you can properly assess the appropriate position to take.

On behalf of the students at Auburn, I am

Yours very truly,

A. Eric Johnston
President

AEJ:jc

4 Sections, 36 Pages

"Keeping Auburn Informed"

Volume 98, Number 9

# The Auburn Plainsman

Auburn University

Thursday, December 5, 1991

Auburn, Ala.

# SGA vote denies permanent charter to AGLA

## Senate decision to block may lead to litigation

**Paige Oliver**
*Editorial Page Editor*

Auburn may find itself in court over whether a homosexual organization should be officially recognized if the SGA Senate's decision to block a permanent charter for the Gay and Lesbian Association (AGLA) is not overturned.

The senate voted by secret ballot 23-7 Nov. 25 to deny a permanent charter to the AGLA, a "social, support and service group" that has maintained probationary status for the last year.

Steve, one of the co-presidents for the AGLA who asked that his last name not be used, said the group will file suit against the University if a permanent charter is not granted by Jan. 8, the first day of winter quarter.

The senate's action followed more than an hour of discussion on the matter, including the presentation of a petition signed by some 440 students expressing their opposition to any allocation of student activity fees to the organization and calling for the denial of a permanent charter for the group.

"I think what the senate was doing tonight is expressing the voice of is that the student population that

is not apathetic has spoken."

Waggoner said of the possibility of a civil suit. "The law does not say that we should fund such individuals."

Olivia Turner, executive director of the Civil Liberties Union of Alabama, however, said the decision is a "blatant violation of these students' constitutional right to freely associate and their right to equal treatment under the law."

Bill Rubenstein, director of the gay and lesbian task force for the ACLU, has been retained as a pro bono attorney for the case.

All 30 senators present at the meeting said they had received phone calls from constituents regarding the gay and lesbian charter. One member said she received 37 calls, though it was not clear whether those who called the senators advocated or opposed the group's charter.

Pam, one of the co-presidents of the AGLA who asked that her last name not be used, said she was glad to hear that senators were polling their constituencies about the charter as well, but added that such an approach is discriminatory, since it is not done when other organizations are being considered

See PERMANENT, page A-16

students' belief that an organization of homosexuals, while it has every right to meet according to U.S. laws, is not an organization in accordance with the beliefs of the "Auburn Family," "SGA President Jon Waggoner said after the meeting.

"I think all we can be confident of is that the student population that

## Co-president talks about civil rights

**Amanda Brooks**
*Assistant News Editor*

The following are excerpts from an interview with Steve, co-president of AGLA.

**Q: Why do you think the SGA voted to deny the charter?**

A: There may be some individuals in the SGA who simply don't realize what they did on Monday night was break the law and discriminate against us on the basis of the content message of our group, that they did not agree with the content message, and thus thought that that was a basis for not giving us our charter. That, however, is a violation of the First Amendment right of freedom of association, and I think there are a lot of SGA board members who don't realize the severity of the decision they made and the severity being that the law was broken.

**Q: Some senators said they were voting the way their constituents would have them vote. Do you think this is why they voted

against the charter?**

A: I think a lot of the SGA senators view themselves as junior politicians and think it's important to vote according to their constituency. However, the SGA Senate should be responsible for following that which is outlined in the code of laws, and nowhere in the code of laws does it suggest that an organization should be given a permanent charter based on what the SGA senators' constituents believe.

**Q: Are there other reasons they voted against the charter?**

A: I think a lot of the SGA senators may be 18, 19 or 20-year-old individuals, possibly from rural parts of Alabama, and may believe that they have never seen a living gay person before. The only way they can deal with it is to close their minds to the issue and say, 'No, I don't want to deal with the it,' instead of approaching it from an educational perspective by trying to find out all they can respective to homosexuality, to gay identity and to AGLA. If they did, I think the vote would have been a lot different.

**Q: A petition with the signatures of 440 people opposed the charter for AGLA was presented to the Senate. What

do you think about the petition?**

A: As far as the petition is concerned, if given the opportunity, we could get a petition with over a thousand names, with thousands of names (supporting the charter). The issue of a petition is mentioned nowhere in the code of laws. Petitions are not used for the basis of granting a permanent charter to any of the other organizations on this campus, and the use of that petition was prejudicial because it was treated so differently from the way all other organizations are treated when they go before the board to obtain a permanent charter.

**Q: Who do you think was behind the petition?**

A: Scout Johnson (senator at large) of the SGA was definitely behind the petition. He seemed proud when he stood there with the petition in his hand, and I don't really think he understood what he was doing was acting prejudicially, and what he was doing was violating our civil right to associate on the basis of common interest.

**Q: By saying that he was behind it, do you mean you think he started the petition?**

A: I'm not sure if he started it or

See AGLA, page A-16

Waggoner reads the section on organization charters from the *Tiger Cub.*

# Academe forgets freedom

Continued from A-3

discovered universal standards after all, so we can say that our forefathers were bigots, racists, sexists, etc. Why this is taken seriously is one of the curiosities of contemporary political discussions.

Despite the fact that a version of anti-individualism, namely Soviet-style socialism, has been totally discredited as a possible life-affirming political-economic system, most of the prominent American political philosophers favor some version of socialism or, as some of them have come to label the system, communitarianism.

Despite pockets of serious study of and regard for the political theory of individualism, there is not much respect for the distinctively American political tradition these days in the academic community.

We no longer respect individual liberties much and certainly have not bothered to shape the laws that address contemporary problems in terms of the principles that champion those rights. Instead,

ours is a bloated welfare state in which everyone is conscripted to do everyone some good, however presumptuous and tyrannical such policies happen to be.

While this period of time — 200 years after the forging of one of humanity's most noble legal documents — is certainly a wrong one to celebrate, the substance of what we should be celebrating is not faring well in the halls of academe.

Fortunately, the American people, so long as their right to free thought is still respected in at least the law, are still in charge. And they could make the difference between a future guided by the principles that gave birth to our nation and a future guided by alien ones that will steer it back to the dark ages of feudalism, arbitrary rule by caesars, kings, dictators and other power seekers who always know better how others should live their lives.

One can only hope human beings are free to choose and it is their choice where we will be headed in the next 200 years — toward expanded freedom or toward increasing tyranny.

*The Auburn Plainsman*

to get involved, attend meetings Thursdays at 5 p.m. in Foy Union basement, B-100.

# Permanent charter denial may spur civil lawsuit

Continued from A-1

for a permanent charter.

"I think we serve a very large community," she said, noting that the last few meetings have drawn an average of 54 people. "We could have come up with more than 440 names if we had sent a petition around."

Vice President for Student Affairs Pat Barnes told the senate at Monday's meeting that their primary role was to determine whether the AGLA had met the 10-item criteria established for organizations seeking a permanent charter.

"This is not a question of

religious values, ethics or moral turpitude," she told the senate. "Yes, you are representing constituencies, and obviously your constituencies have spoken to you. But you're casting the vote tonight —not for Auburn University."

Wagoner disputed Barnes' comments, saying such an interpretation would indicate the senate only functions as a "rubber stamp" on a permanent charter.

Permanent charter status would have allowed the group free use of campus meeting facilities and eligibility for student activity fee allocations.

Only 40 of the more than 300 campus organizations receive

student activity fees, however, which are allocated annually by the senate.

"We'd be entitled to (ask for student activity fees), and if we did apply, I don't think we'd get the money anyway," Pam told the senate during discussion of the matter.

Probationary status, which was granted to the group late last year, provides potential organizations with all the privileges of a permanent charter on a limited basis of 14 months.

"We made it, and we came through strong, and I think the vote was ridiculous," Pam said. "We followed their constitution so well

that they gave us an award for doing so, and I think that their decision was based in bias and discrimination."

The AGLA was voted Most Outstanding New Organization by the 10-member organizations board of the SGA, which unanimously supported the permanent charter. Organizations Board Chairman Beth Martin, a graduate school senator, said she has received "threatening and harassing" phone calls concerning her support of the group during the last several weeks.

Barnes said several upper-level administrators met Nov. 26 to discuss the senate's action and its implications.

# AGLA co-president speaks out on Senate decision

Continued from A-1

not. I do know he was the gentleman that focused very much on the petition.

Q: Please summarize the feelings of AGLA's members toward the decision.

A: We feel resentment toward the SGA. They have violated our freedom to assemble, and we will use all avenues required to obtain our permanent charter. We will stop at nothing less than a permanent charter with all of the amenities a

permanently chartered organization is entitled to, and a formal apology by the SGA.

Q: Has anybody from the administration been in contact with your group since this decision was made?

A: There's been a phone call from the Office of Student Affairs. It was very vague. When I say vague, I'm referring to the decision to overturn the SGA's vote. There's been little talk as to what the administration can and will do. However, we've been working with them in every

hope that they will see that SGA has violated the Constitution of the United States and will overturn their decision.

Q: How have you been working with the administration?

A: We have had several meetings with them over the past couple of months. We had a meeting the morning of the vote, and we're convinced that the Office of Student Affairs realizes we should be granted our permanent charter. Dr. Pat Barnes and Mr. Grant Davis urged the SGA to vote in a positive

direction.

They did not vote in a positive direction, and I think the Office of Student Affairs was disappointed.

It is my understanding that the administration wants to avoid litigational proceeding.

Q: How is the American Civil Liberties Union involved?

A: The ACLU helped get the temporary charter. The ACLU is on hold, prepared to help us get our permanent charter if the SGA's decision is not overturned.

---

LEMANS SQUARE

CHATEAU

*It's all here ...*

---

Kappa Kappa Gamma
Congratulates

Sheryl Barbee          Terri Hahn
Melanie Boyd           Sarah Roberts
Jennifer Campbell      Debbie Scholz
Stephanie Denney       Leigh Thompson
Kristin Dill           Yvonne Thornhill

---

*Zeta Tau Alpha*

congratulates

# Controversy will lead to best

**Christy Kyser**
News Editor

The recent publicity surrounding the denial of a club charter for homosexuals and the negative allegations involving the athletic department should result in the best successor for President James E. Martin, SGA President Jon Waggoner said.

"At first I was worried that the negative publicity might have a bad effect on the presidential search. But every candidate knows exactly what is going on at this University (both negatively and positively), and no candidate has backed down based on the negative publicity," Waggoner said.

Waggoner said he feels the candidates currently see the position as a challenge.

The NCAA is conducting an investigation of the athletic department for alleged violations stemming from taped conversations of coaches, alumni and former Auburn cornerback Eric Ramsey.

> "... every candidate knows exactly what is going on at this University, and no candidate has backed down based on the negative publicity.
>
> –Jon Waggoner

The tapes allegedly prove illegal cash payments were made to Ramsey during his college football career.

Martin's successor may also face a lawsuit following the recent denial of a permanent club charter for the Auburn Gay and Lesbian Association by the SGA Senate.

The association claims it has met all the requirements stipulated in the *Tiger Cub* for the charter and charges actions by the senate as "discriminatory."

Michael McCartney, president pro tempore of the Board of Trustees, said in a press release that the Presidential Search Advisory Committee hopes to have a small list of candidates to present to the board by Jan. 1.

"The Presidential Search Advisory Committee continues to work on schedule," McCartney said in the release. "In addition to reviewing vital and other support information, the committee has begun the important task of conducting personal interviews with a small group of candidates."

The release also stated background investigations of all possible candidates will begin at the conclusion of the personal interviews.

"We wish to assure all the Auburn family that our single overriding concern is that we will have identified the best possible leadership for Auburn University at this point in its development," McCartney said.

Celine Bufkin/Staff

's 5-6 record, the

# ver holiday sales this year

## s blamed on poor football record, unstable economy

negative publicity in the athletic tctor which inhibits holiday shopping. ublicity in the athletic department and ot being a plus for Auburn buying,"

nders Bookstore, agreed with Johnston the football season on the purchase of

tre reluctant to purchase luxury items and sweatshirts because of the losing

pick up closer to Christmas," Anders

said. "People really haven't got their game face on for holiday shopping yet."

Anders is celebrating its 25th anniversary this season, and Anders said he hopes purchases will rise as a result of the percentage sales held to commemorate the occasion.

Robert Ritenbaugh of the University Bookstore, said purchases are picking up now the football season is over.

"Now that the agony of the Iron Bowl is behind us, people might find themselves back in the Auburn spirit."

Ritenbaugh added that sales the weekend of the University of Florida game were down some 50 percent.

"No enthusiasm in the fans translates to low enthusiasm in the store," he said.

Chris Stewart/Staff

**SIDE**

dent Health Center reports e in the number of cases of mptoms. **Page A-15**

**IY GIFT LIST**
s, Pat Dye and others discuss Christmas gift for humanity

### UP, UP AND AWAY
Some Auburn students are earning their wings at the local airport and heading for the great wide open. **Page B-1**

### BLAZERS FREEZE TIGERS
The UAB defense shut down the Tigers 88-74 in a pre-Iron Bowl basketball game

**WEEKEND WEATHER**

A warming trend will begin today as temperatures are rising. Today's high should be in the 50s, after below-freezing temperatures last night.

For the weekend, the temperatures will keep going up, hovering in the 60s and perhaps hitting 70 degrees Saturday.

0093

to Birmingham-Southern Trees returned to the Birmingham Botanical Gardens or to the college by Jan. 4 will be replanted. For more information, call the BSC conservancy at 226-4934.

Nevertheless, he said, he felt confident his search eventually would be successful.

Perhaps anticipating the obstacles that some graduates face, Dr. Charles McCallum, president of UAB, encouraged them to follow the maxim that life does not present problems, only opportunities.

Perhaps the most optimistic of those receiving degrees yesterday were graduate students who never gave up their full-time jobs.

Loretta Taylor, 39, for example, continued to pursue a nursing degree at University

## People
■ NAMED — Dr. Marshall Urist, as director of general surgery division at the University of Alabama at Birmingham

■ NAMED — Steadman Harrison, as director of the Chemotherapy Research Department at Southern Research Institute.

■ JOINED — Richard Taylor, as director of the Information Management Division in the Administrative Services Department at Southern Research Institute.

## Meetings
■ Arts Task Force of Alabama Inc., general quarterly meeting, 5 p.m. today at Jefferson County Dove Hospital Health Resource, focus on Americans with Disabilities Act and how it affects people with the HIV virus.

Compiled by Post-Herald reporter Janet Howard, health & science update appears each Monday.

---

better, they would be hiring and there would be a lot more jobs available," said one graduating accounting student who asked not to be identified.

versity Hospital while pursuing a master's degree in nursing. "With the shortage of nurses, I am reaping the benefits," she said.

Susan Landrum, 36, said almost all of the students receiving master's degrees in business administration yesterday pursued the degrees as a way to advance in their current jobs.

"I think it will give me some more options in the future," she said.

## Fear called basis in AU denial of gay group

*Associated Press*

TUSCALOOSA — The president of the Gay-Lesbian Alliance at the University of Alabama said Auburn University's refusal to grant a charter to a similar group on that campus stems in part from unfounded fears.

"I think they're afraid of something they don't understand," said Claude Bock, who has railed with organizers of the proposed Auburn group.

"One of the reasons we seek to form these orga-

Lynn Barnett of Sylacauga sends her father a thank-you note during commencement

In addition to the 1,354 diplomas being granted, Lawrence DeLucas was presented the first Distinguished Alumnus Award from the UAB National Alumni Society.

DeLucas, who has five degrees from UAB, including an M.D. from the School of Optometry and a doctoral degree in biochemistry, is the first graduate of the university ever selected as an astronaut.

He was selected in May to serve

nizations is to dispel the misconceptions and untruths of what we're all about," said Bock, an art studies major.

He said a major misconception "is that gays are just after sex, and that's just not true."

"There's also the stereotypes of the effeminate male and masculine female," he said. "They tend to give a wrong impression about us and our lifestyle."

The refusal by Auburn administrators to grant

*Stephen Gates/Post-Herald*

ceremonies at UAB. Miss Barnett received a degree in studio art yesterday.

as a payday specialist on a 13-day flight scheduled for June.

DeLucas thanked his former professors as well as his parents and his wife for helping make his dream of flying into space possible.

"I am proud of being an alumnus of this distinguished university," he said. "And I hope to continue to make UAB proud of me."

a charter to a group of gays and lesbians will likely be tested in court by the American Civil Liberties Union, Bock said.

Bock, a senior, said public perception of homosexuals has improved on campus since the Tuscaloosa group organized. He said the organization has between 25 and 40 members.

It estimated that about 2,000 homosexuals attend the university. The Gay-Lesbian Alliance at Tuscaloosa received $500 from the Student Government Association this year.

---

# Decatur center routes millions to legislative 'pets'

*Associated Press*

DECATUR — Records show a $93,500 ballpark at Grand Bay and $10,000 salary for a state senator's son were funded with taxpayer money routed through a Decatur job center to legislators' pet projects.

Records at Calhoun Community College obtained by The Decatur Daily show the Legislature funneled $3.3 million through the Alabama Center for Commerce and Industry last year for senators and House members to use in their districts.

A Russell County jury last month acquitted state Sen. Danny Corbett, D-Phenix City, on an ethics charge stemming from his use of a consulting firm through the center to a consulting company that Corbett created.

Sen. Ray Campbell, D-Town Creek, is director of the job-training center. Records show 32 contracts the center awarded in the 1990-91 fiscal year ending Sept. 30 totaled $3,333,942.

Among contracts the job-training center let in the last months of the budget year were $93,500 for a park in Home Wood and Grand Gommit

## Ballpark, school supplies included

Troy State University-Montgomery and Tennessee River Valley Association each received a second contract out of the 1991 budget to pay for services in 1992. The center's state education appropriation tumbled from $4.9 million in 1991 to $3.85,000 in this year's budget.

Crum Foshee Jr., son of state Sen. Crum Foshee, D-Andalusia, is paid about $10,000 annually out of the Troy State-Montgomery contract.

talked to Harper about getting money for improvements at the park. Harper suggested they talk to officials at Southwest State Technical College about getting the school to do the work, Pate said. Harper called Pate later and told him a contract would be let by the quality center, Pate said.

The contract names the park as receiver of the money and Southwest State as the contractor.

also includes audio and visual materials and equipment.

Morgan County Superintendent Howard Morris said the system's $22,375 will be spent for computer programs for administrative training. The goal is to better track student progress, he said.

Marsha Folsom, wife of Lt. Gov. Jim Folsom Jr., was paid $10,000 a year out of the contract money for almost two years to perform the services. The contract calls for TRVA to help prepare the area for an expected economic boom from a solid rocket motor booster plant to

pal Kenneth Harding said $10,000 of the school's $46,750 contract with the quality center bought library books to meet accreditation standards. The remainder went to buy 2 acres to develop as a practice facility for athletics and the band, pave and light the student parking lot and buy computer equipment, Harding said.

Willard Townsend, superintendent of Jackson County schools, said the $32,725 his office received from the center was to purchase property

---

"When they got outside they attacked the chief," Colley said.

During the struggle, Jimmy Barsh grabbed Hay's pistol and struck the chief on the head several times with the butt of the gun, Randolph County Sheriff Chief Deputy William Dillard said.

At 9:15 a.m. the post office called the sheriff's department, saying there was a scuffle in the parking lot. When Colley and two other officers arrived, Hay was semi-conscious on his back in the parking lot, Dillard said.

"They had none of their own weapons. They had stolen one round from the chief's gun, but didn't hit anybody," Colley said.

Another scuffle broke out when Colley and his officers arrived.

Jimmy Barsh was holding the pistol, Dillard said, and refused to drop it. When he put the pistol down, his mother picked it up. Officers eventually took the gun from her and then the other brother went after an officer's gun.

Randy Vinson, a reserve deputy, then wrestled with Barry Barsh. During their struggle, Vinson's gun accidentally fired, but no one was hurt, Colley said.

Federal Postmaster Ed Warren declined to comment.



Graphic by SUSAN MacDONALD/Staff

(map showing Montgomery, Greenville, Dohan, Mobile, I-85, U.S. 231)

**Legend**
- Nine 18-hole courses and one par-3 course
- Nine 9-hole courses and one par-3 course

---

rector of the retirement system, says tens of Alabama could turn into one of the best investments in the history of this Butler County community.

When Mayor Ernie Smith and other Greenville leaders heard about the retirement system's involvement in building championship golf courses throughout the state, an invitation was extended to RSA Director David Bronner.

Dr. Bronner and Bobby Vaughan, president of Sunbelt Golf Corp., which is developing the multimillion-dollar project, accepted the invitation and literally dropped in while en route by plane to Mobile to take a look at the project in the Port City.

They were impressed on the spot when they were taken to Greenville's Sherling Lake, said Mayor Smith.

"I remember Bobby Vaughan saying 'Boy, this would make a great golf course,' and I think that," we looked "em in the eye and said 'Let's do it,'" and the project took off from that point."

One of six golf course pro-

---

Smith believes it will be with the golf tees.

"Avid golfers will be able to spend a full day at our course without ever having to play the same hole twice. We think our course may rank as the best in the state under this project."

— Ernie Smith
Mayor of Greenville

enhanced, not hurt, by the golf course.

In a letter to Gov. Guy Hunt during the summer, a Mobile man branded the project a "tremendous wrong," and accused "a few local politicians" of trying to destroy Sherling Lake.

Nothing could be further from the truth, Mayor Smith said, because the golf course and lake are going to complement each other in the long run.

Sherling Lake is actually two lakes — one covers 27 acres and

The Greenville golfplex will have four, nine-hole courses. Three will be of championship caliber and length, while the fourth will be a par-3 course.

"Avid golfers will be able to spend a full day at our course without ever having to play the same hole twice," said Mayor Smith. "We think our course may rank as the best in the state under this project."

Mayor Smith said construction of the golf course has been supported by the private sector as

---

going to invest about $30 million from bond interest money and a grant to build walking trails and deer-related facilities, Mayor Smith said. "We're investing in the future, not just spending money."

City Councilman Chris Waller said the golf course project will have a major impact on Greenville's future, producing economic dividends for many years.

"I think once people see it, they will come from near and far to play here," Mr. Waller said. "It's going to be something not generally seen in this part of the state."

A major selling point for Greenville is Interstate 65. Dr. Bronner, Mr. Vaughan and other project developers insist on easy access to each of the six current courses either under construction or in development.

"The interstate puts us close to everything, and I think it's going to really help us in the years ahead," Mr. Smith said. "There's no doubt in my mind that this will be a great success."

---

# Auburn officials may surrender to avoid conflict

ADVERTISER 12/22/91

■ The Auburn Gay and Lesbian Association has said it will sue the university if its permanent charter is turned down

By TRACEY McCARTNEY
Staff Writer

Auburn University officials might find it quicker — and cheaper — to give a charter to a gay and lesbian campus organization than force the group to win the charter in court.

If the Auburn Gay and Lesbian Asso-

ciation makes good on its threat to sue for an official charter, it will have two decades of court decisions on its side.

The association took all the steps outlined in the *Tiger Cub*, Auburn's freshman handbook, to gain a charter.

It was granted a probationary charter in November 1990 and was recently chosen "Best New Organization" by the Organizations Board of the Student Senate.

On Nov. 25, the night of the vote on the group's permanent charter, university officials warned senators their job was to determine whether the organization had complied with the university's rules, not whether the group's goals and activities are popular.

But some senators — one armed with a petition — cited the wishes of their student constituents to keep the organization from receiving university funds. And in a secret ballot, the Student Senate voted 23-7 against the Auburn Gay and Lesbian Association's permanent charter.

Bill Rubenstein, an attorney and director of the American Civil Liberties Union Lesbian and Gay Rights Project, is now representing the association and is negotiating with the university.

Auburn University President James Martin, who plans to leave the university by April, said in a recent interview that he is examining the student gov-

ernment bylaws to determine whether he has the authority to veto the Student Senate action.

"We may have to make a decision," he said. "It may lead to litigation. But I hope it won't."

If the school's administration fails to overturn the Student Senate's action, Mr. Rubenstein said he is confident the group eventually will win its charter in court. "The precedent in this area is exceedingly clear," he said.

But the Supreme Court — stacked with conservative Reagan and Bush appointees — has never heard a case like this.

"I would be surprised if the Supreme

Court were interested," Mr. Rubenstein said. "They may hear it if they're interested in overturning bad precedent."

"That's not likely, because the First Amendment rights to freedom of expression and assembly are at issue, not homosexuality, he said.

"It's not a clear-cut liberal/conservative issue," he said. "Yes, the court is more conservative and less solicitous of lesbian and gay rights. But some of the more honest members are strong protectors of the First Amendment."

Please see AUBURN, 7D

# Panel to study wildlife crime

By JOHN BRINKLEY
Scripps Howard News Service



WASHINGTON — A House Judiciary subcommittee plans to hold a hearing next year on wildlife crime in America and the federal government's response to it.

In early 1992, Judge Sterling again ruled in the university's favor, agreeing the ban was based on the university's ban on social groups.

But in August 1984 the appeals court again overturned Judge Sterling's ruling, refusing to accept his conclusion the ban on Gay Student Services was not related to the group's activities.

The U.S. Supreme Court refused to hear an appeal in April 1985.

In March 1987, the Gay and Lesbian Student Association at the University of Alabama sued John Gole, the vice chancellor of student affairs, over the student senate's denial of funds for the association, which was officially funded but denied money.

U.S. District Judge H. Franklin Waters ruled in favor of the university, saying the denial of funds was not a violation of the group's First Amendment right to association.

However, an appeals court in June 1988 reversed that ruling, stating the university violated the First Amendment when it denied funding based on the group's activities.

## Auburn

Continued from 1D

Continued from 1D

Past federal court cases on the issue of gay campus organizations have much in common. The next of them is gay campus groups were treated differently than other organizations, and the universities sought to justify inconsistent treatment by claiming they were trying to prevent or discourage students against homosexual conduct.

And decisions in these cases have turned on two key questions: whether a university violates a group's First Amendment right to free speech and association by refusing it recognition, and whether the university had an equal protection obligation when it denied recognition.

When Dr. Boone claimed the university had the right to ban the group "because homosexual conduct is illegal," U.S. District Judge Charles N. Bothms vetoed the charter.

Recognition of the group would lead to violations of sodomy laws, the university's board of trustees, and its personal and psychological interest in providing for those who may be troubled about their sexual identity, and an image problem for the school, he said.

The organization instead appealed to university President Robert Riggs and then to Chancellor Roy S. Nicks, who, after a hearing, upheld the charter denial.

The coalition then appealed to the chancellor with the promise that it would not engage in certain activities, but the chancellor would uphold the board's decision and reaffirmed its previous action.

The coalition then sued, and U.S. District Judge Thomas A. Wiseman ruled in favor of the university. He said he had no right to question the judgment of officials on certain issues because their ideas do not conform with the law.

* After eight years of litigation, Gay Student Services filed for a charter in April 1976 and sued when the university, through its president for student services, denied it. The group was then denied by a ruling that the charter the group was likely to incite violations of Texas sodomy laws.

U.S. District Judge Ross Sterling dismissed the suit on procedural grounds by the university, but the U.S. Circuit Court of Appeals reversed the dismissal and ordered him to hear the case.

In a November 1981 nonjury trial, university officials testified.



*AU Journal 1/8/92*

# AU reverses SGA decision on gay group

By The Associated Press

AUBURN — Auburn University administrators approved a charter for a gay and lesbian group, reversing a decision by student government leaders.

The action makes the Auburn Gay and Lesbian Association a sanctioned campus organization.

"I don't view it as an overturn, but more as a continuation of the process," said Pat Barnes, the university's vice president of student affairs.

Ms. Barnes said the Auburn Gay and Lesbian Association and the Student Government Association were notified of the decision by hand-delivered letters.

American Civil Liberties Union representatives said they were considering a legal challenge of the SGA's overwhelming November decision to deny the charter.

On Dec. 12, Auburn President James Martin said a decision about the group's charter would be made early this year.

Dr. Martin, who has announced his resignation effective March 1, said Tuesday night he was not aware of a decision to grant the charter.

"That is why I have vice presidents," he said.

Ms. Barnes said letters of notification were addressed to SGA President Jon Waggoner and the Auburn Gay and Lesbian Association office. Representatives of the two groups could not be reached immediately for comment.

Student Government Association Senator Beth Martin, who sponsored the group's initial charter, said she thought Dr. Martin had to make the decision to reverse the SGA vote.

"I didn't think (Ms. Barnes) had the authority to do that," Miss Martin said.

Student senators overwhelmingly rejected the charter in November, even though the group — which had previously garnered accolades as the SGA's "outstanding new organization of the year" — had fulfilled all pro-

(Please see GAY Page 3A)

---



## Healing

20- to beat, choke and drag her to death in Kendallville, Ind., in November. The dog can now eat and drink normally.

---

**INSIDE**

0% chance
rs Thursday

mostly cloudy
d a 50 percent
f rain Thursday.
be in the low 60s.
ght will be in the
There's a 60 percent of rain tonight.
latest weather
on, call Weather-2-6800.

rs.................6B
..................2D-8D
17109...........7B

---

# Council snubs McBride nominations

**By John Gerome**
Staff writer

Whether it was political punishment or government reform, the Montgomery City Council completed a shakeup Tuesday of the informal system it uses to appoint members of city boards and commissions.

The council overrode District 9 Councilman Rick McBride's nominations to the Water Works and Sanitary Sewer Board.

Dr. McBride offered three different candidates for a single spot on the board, only to see all of them defeated in what has become a familiar 6-3 vote.

Instead, the City Council approved District 3 Councilman Joe Reed's nomination to the water board, Montgomery lawyer Terry Davis.

Mr. Davis, who frequently represents Alabama State University, is Mr. Reed's nephew. He replaces banker Tony Gontko, who resigned from the board because he moved to Dothan.

The vote marked the second time in about a month City Council members disregarded tradition and challenged each others' selections to the multitude of boards and commissions that oversee city government.

An unwritten practice, adopted in 1975, assigns specific

board and commission nominations to individual council members. No law prevents council members from challenging the selections, but until last month, the full council routinely approved them.

Mr. Reed recently attacked the selection system, calling it unfair.

Among other inequities, the five white representatives control more than twice as many nominations as the four black representatives.

Mr. Reed contends the system should be overhauled so each council member has an equal

(Please see COUNCIL Page 3A)

## Animal shelter hopes to get new home

## Hunt

majority black district. One
Alabama will be limited to its
current seven districts, at least
one incumbent will suffer when
the black district is drawn.

Gov. Hunt had predicted
earlier in the day the court
would grant a stay.

"I and all the people of Ala-
bama appreciate the Supreme
Court's swift consideration of
this issue," he said in a
statement. "The court's decision
today seems to be entirely con-
sistent with the law."

The Barbour County judge, in
his Dec. 27 ruling, had given
Gov. Hunt until Jan. 14 to call
the special session. But Gov.
Hunt quickly appealed the deci-
sion to the state Supreme Court
and asked for a swift ruling.

Gov. Hunt and legislative lead-
ers have been feuding since early
fall over the governor's alleged
commitment to call a special ses-
sion.

The legislative leaders, who
are Democrats, say the governor
committed to the special session
during the 1991 regular session.

Gov. Hunt said Tuesday he re-
members discussing several pos-
sible special sessions and even
talked about dates, but he said
he made no commitments.

He said he is still not sure
whether he'll call a special
session but should make up his
mind in a few days.

Gov. Hunt acknowledged his
legislative liaisons have been
polling legislators on whether
they favor a special session and
on their wish list of topics.

Most have asked for workers
compensation, and about 25 per-
cent have named redistricting,
he said.

The governor said he should
make a decision within a few
days.

## Gay

bationary requirements in the
student constitution.

With Tuesday's reversal — ef-
fective immediately — the group
will receive the same campus
benefits as any student organiza-
tion, such as a fraternity or so-
rority.

Ms. Barnes declined to specu-
late on possible legal problems
associated with the adminis-
tration's actions.

"I think it would be presump-
tuous of me to make any antic-
ipations at this point," she said.

## Merger

tailed plan, which he said "may
or may not" name a president.

The proposal promises pro-
grams will be "enhanced and ex-
panded" through the merger and
the efficiency it will bring.

The merger also will lead to
long-term savings as purchasing,
student services and other oper-
ations common to both schools
are combined, according to the
draft proposal.

Students enrolled in programs
at either school will be allowed
to continue under the same
terms under which they entered
the school, and their degrees will
bear the name of the school they
entered until the merged school
is accredited and recognized by
the Southern Association of Col-
leges and Schools.

Under the proposal, all em-
ployees of both schools will re-
tain their salaries, tenure,
accrued leave and seniority.

Mr. Taunton has been presi-
dent of Patterson 10 years longer
than Thad McClammy has been
president at Trenholm State
Technical College, but Mr. Taun-
ton said John Tyson Jr. of Mo-
bile, vice-chairman of the Board
of Education, has told him Mr.
McClammy probably will be
president of the merged schools.

Mr. Tyson could not be
reached for comment Tuesday,
but he has said earlier that he
told Mr. Taunton it was possible
Mr. McClammy would get the
job.

Mr. Taunton said Tuesday he
would "weigh all the options
available to me" if not named to
the presidency and would not
rule out a lawsuit.

Paul Hubbert, executive secre-
tary of the Alabama Education
Association, has said college

presidents do not fall under the
state's tenure or fair dismissal
laws, but Mr. Taunton said he
reads the law differently.

"It's never been tested be-
fore," he said.

Under most consolidations, the
president not chosen to run the
combined operation is given the
title of provost. Duties of the
provost vary from merger to
merger.

Based on the proposal's prom-
ise to preserve employees' sen-
iority, Mr. Taunton said he
expects to be the president.

Past performance and experi-
ence would enter into a decision
on the presidency, Dr. Gainous
said.

"I would suspect that would
have some bearing; I don't know
how much," he said.

Asked what other factors
would enter into the decision,
Dr. Gainous replied, "That I
have not considered. At this
point, it's rather premature for
me to be at that level."

Mr. McClammy also said he
does not know whether he has
the inside track for the presiden-
cy and prefers to leave it up to
the board.

"I don't have any feelings on
the matter," Mr. McClammy said
Tuesday. "At this point it's a
matter before the board. I don't
have any control over it."

## Council

share of nominations.

Although he is not ready to
propose sweeping changes, Mr.
Reed said he will continue to
support minor alterations to bal-
ance the nominations.

"When the time comes, the ap-
propriate time, I will be ready to
make that motion, but as long as
we have at-large seats I'm going
to insist that (the appointments)
be redistributed," he said.

Dr. McBride said he doesn't
object to some reshuffling, but
not in the manner it is being
done.

He argued that Tuesday's ac-
tion was orchestrated by Mayor
Emory Folmar and his political
allies on the City Council as a pu-
nitive strike.

Dr. McBride, along
cilmen E.T. "Bud"
and Richard Moncus.
at odds with the may:
al issues.

Last month, the cc
rode nominations by
bers and Mr. Moncus
the more prestigious
commissions.

Mr. Moncus called
"power play" by May

"It appears the
have been angled ou
Dr. McBride said.

"I don't mind shar
is part of life. But p:
ing when they twi:
and take it away fro
what I call equity an

Both Mr. Chamb:
Moncus supported D
selections to the v
Don Hardegree, P:
son and G. Hal Walk:

Opposed were B
District 2; Mr. Ree
more, District 4; J
erson, District 5;
monds, District 6:
Reynolds, District 7

## Shelt

tains a small fish p
last used as a pastur
the donors, George

Currently zoned
ral use, a change in
land would have to
by the city before
can begin, Ms. Man:

Approval of the
new animal shelter
of the gift, said M
owns the land alon
ter Netta "Mickey"

Tuesday, Mr. Jo
why he and his sil
give the land to the

"I think it wil:
body," Mr. Jones :
it a long time and
any use out of it. I
mane Society was 1
place to build a ne
I felt this was a g
put it to a good use

He and his brot
ther Ingalls, purch
about 15 years a;
said Mr. Jones,
death of his brot

## Postmaster general plans to quit post





Take ar

# Gays, lesbians celebrate AU campus charter

■ Student Government Association President Jon Waggoner strongly opposed the charter

**By BLAIR ROBERTSON**
Staff Writer

AUBURN — Hailing it as a victory for constitutional rights, gay and lesbian students at Auburn University celebrated Wednesday after the administration decided to overrule the Student

Senate and grant a campus charter to their group.

But the school's student government president is questioning the decision and said he will ask President James Martin to veto it.

The Auburn Gay and Lesbian Association, which saw its request for official recognition handily denied by the Student Senate in November, was granted full privileges Tuesday by Pat Barnes, vice president for student affairs.

Gay students, supported by the Amer-

ican Civil Liberties Union, had pledged to file suit if they were not given a campus charter, a form of recognition that allows specific privileges, including a designated place to meet, free advertising in the campus newspaper and the opportunity to apply for funding.

"With this action, the Auburn University administration is implicitly recognizing that the Student Senate acted unconstitutionally," the group said in a written statement. "We are glad to be recognized as an Auburn University student organization with all the privileges

and responsibilities of an officially chartered organization. We intend to continue serving the entire community — gay, lesbian, bisexual and heterosexual.

"Our purpose remains the same — to provide educational intervention, to be a social and support group and to serve the community at large."

While the group hailed the decision, Student Government Association President Jon Waggoner began a strategy to challenge the administration.

He said the administration's actions were unprecedented and he would ask

Dr. Martin to veto the decision. If necessary, he said he would pursue the case in court.

Dr. Martin declined to discuss the matter Wednesday, his secretary said.

In an interview Wednesday, Mr. Waggoner drew comparisons with Satanic worship, pedophilia, even murder, as he discussed his opposition to the gay organization.

Referring to the state's law against sodomy, Mr. Waggoner said the group encourages "criminal activity" and that

Please see CHARTER, 4A

# Blue-Gray seating irks councilmen



■ Mayor Folmar said the
co…. lmen sho l t loo…

# Frisco City plant fire leaves 278 jobless

■ Frisco City Mayor Billy McCrory describes the fire as an economic catastrophe for the region

Mr. Moncus gave his to his teen-
age son

Ex K-5
0099

# Three arrested, crack seized in undercover drug investigation

## Staff and Wire Reports

WETUMPKA — An undercover drug investigation Tuesday night netted three people, including a juvenile, while a fourth person was charged with disorderly conduct, Elmore County law enforcement officials said.

Elmore County Sheriff Bill Franklin said an undetermined amount of crack cocaine was seized during the two-hour operation in the Crenshaw Village community.

The investigation also included Central Alabama Drug Task Force and Alabama Beverage Control Board law enforcement officers, Sheriff Franklin said.

George Bell, 25, of 145 Crenshaw Drive and Bobby Smith, 19, of 136 Crenshaw Drive each were charged with unlawful distribution of a controlled substance.

Mr. Bell was still being held Wednesday night in the Elmore County Jail, but Mr. Smith was released. Bond for each was set at $1,000.

A 16-year-old also reportedly was selling drugs and was turned over to county juvenile officials, Sheriff Franklin said.

Deputies also charged David Elmore, 33, of 148 Crenshaw Drive with disorderly conduct after he tried to interfere in the investigation, Sheriff Franklin said. He was released from jail on $1,000 bond.

## Montgomery teen-ager shot during argument

A Montgomery teen-ager received a superficial gunshot wound during an argument at a Columbia Avenue apartment early Wednesday, police said.

The victim, 17-year-old Ayanna Sharp, was shot with an unknown caliber handgun at 357 B Columbia Ave. about 12:30

## No publicity

From Monday morning through Wednesday morning, Montgomery police classified nine incident reports "no publicity," meaning police refused to allow reporters or any other member of the public to see them.

The reports document the initial complaints crime victims give investigators. They describe the type of offense, names of victims, location of the incident and extent of injury, damage or property loss.

Department policy allows police to decide, at their sole discretion, which reports will not be publicized. Police have said they will not publicize reports when victims ask that they be kept secret.

In each case, however, Judge Drinkard ruled those sentences could be served concurrently.

Langford sold about 28 grams of cocaine to undercover agents between April 26 and June 3, according to a grand jury indictment.

## Two pickups stolen from local dealership

Two pickups were stolen from an east Montgomery car dealership over the weekend, according to police reports.

The trucks were stolen from Blount-Strange Automotive at 645 East Blvd. between Sunday night and Monday morning, Montgomery police reports state. The combined value of the trucks — both 4-wheel drive 1991 Ford Explorers — is about $18,600.

State law prohibits law enforcement agencies from releasing names of juvenile suspects. On its own authority, the Montgomery Police Department also refuses to release reports about rapes and crimes in which the victim is under age 18.

*The Montgomery Advertiser* seeks information about identity and has a policy against identifying rape victims or suspects under the jurisdiction of the juvenile court, although the department also reflects a personal and crimes involving juveniles.

The newspapers advise their readers that the Police Department's policy of secrecy keeps them from publishing the extent of crime in Montgomery.

with a chair late Tuesday night during a fight with her boyfriend, was listed in fair condition at a local hospital.

Ethel Simpson, 45, of 26 Davis Drive, was recovering from a possible skull fracture at Baptist Medical Center after the scuffle, which took place at her apartment, according to police reports.

Ms. Simpson was hit over the head with a chair during the altercation, said Capt. Wyatt Gantt, a Montgomery Police Department spokesman.

Her boyfriend suffered minor cuts on his right leg in the fight, Capt. Gantt said.

Montgomery firemedics treated Ms. Simpson for a possible skull fracture and a broken arm after the fight, he said.

No charges have been filed in the incident, which police have [...]

## Continued from 3A

crates in the back, he said. The robbers all appeared to be teenagers, he said.

No suspects were in custody Wednesday, Capt. Gantt said.

# Seats

## Continued from 3A

gone, Mr. Moncus, Dr. McBride and Mr. Chambers received their tickets.

"When we got," he says, that's what they got," the mayor said. "To the best of my knowledge, Mr. Chambers hadn't come in some time. And I don't remember Dr. McBride being at some."

Dr. McBride of District 9 has never attended the Blue-Gray game, but Mr. Chambers of District 8 attended as recently as 1990.

Both men said they've always received complimentary seats in the "mayor's box" — a reserved

# ✓Charter

## Continued from 3A

homosexuality is inherently dangerous.

"In the Student Senate's opinion, sexual orientation was not a basis for an organization, and more than that, sexual activity that is against the law was not a basis for an organization," Mr. Waggoner said. "We don't have a murderer society; we don't have a pedophile society."

Mr. Waggoner said he supports laws against homosexuality.

"Personally, I think that any activity that increases health risks should be against the law," Mr. Waggoner said.

When asked if there should be

# Horse

## Continued from 3A

"He's a six-year veteran of the city's Sanitation Department, where he drives a garbage truck," he said.

After the holdup, Mr. Ross found himself stranded near the Victory-Land dog track in Shorter, between the two 40-yard lines.

"This year I got four tickets on the 10-yard line," Dr. McBride said.

Mr. Moncus, who defeated Herchel Christian in an October runoff for the District 1 council seat, said the mayor's slight was "indicative of the child-like activities he does when he doesn't get his way."

"The councilman has been at odds with Mayor Folmar since he pledged during his campaign to try to wrestle the City Council away from the mayor's influence.

In coordination with Dr. McBride and Mr. Chambers, Mr. Moncus has voted against the position taken by the mayor and his

laws concerning heterosexual sex, Mr. Waggoner said sex outside of marriage and premarital sex should be legal.

"There are laws in the Alabama code pertaining to sodomy and adultery but they are rarely enforced.

Dr. Barnes refused to respond to Mr. Waggoner's comments, but William Rubenstein, director of the ACLU's National Lesbian and Gay Rights Project, expressed his impatience with the SGA president.

banna cutters, and there are many, wanted to bring a major

"Nobody stopped to pick me up," he said. He arrived home about 3 a.m., he said.

Mr. Ross, a Virginia Avenue resident, told police he will press charges if his attackers are caught, Capt. Gantt said.

political allies on the council on several recent issues.

"He thinks he is punishing us," Mr. Moncus said of Mayor Folmar.

Other council members contacted Wednesday said they wanted to stay out of the fray.

District 2 Councilman Billy Turner said he did not attend this year's game but always buys his own tickets when he does attend.

Mark Gilmore, who represents District 4, said he received a number of tickets from the mayor, and used them to take some youngsters to the Blue-Gray Classic.

They sat at about the 40-yard line, in the mayor's box, Mr. Gilmore said.

"The case is over. We won. The university has made its decision," Mr. Rubenstein said Wednesday from Boston.

He said 20 years of legal precedent supports granting a charter to the group, and Mr. Waggoner's argument has been rejected by federal courts on several occasions.

In a letter to Mr. Waggoner from Dr. Barnes, the vice president states the authority of the Student Senate "does not relieve Auburn University of the responsibility to assure that the activities conducted under such delegation of authority conform to rules of the law. The ultimate responsibility and authority in this regard must rest in administrative authorities."

omy with a rollover effect that could generate $5 million, Mrs

# Puppy alerts mom that child was in po

By The Associated Press

COLDWATER — Paula Moore knew something was wrong when she looked out the window into her back yard and didn't see her son, Taylor Bailey. Then she noticed his puppy running around the swimming pool, occasionally stopping to look into the deep end.

The 3-year-old boy had been riding a new Christmas toy on the pavement around the pool — his Playland race track. Although the pool had been empty since summer, several feet of rain water had collected in the deep end and combined with dirt, leaves and other debris, leaving the pool a slippery mess.

"I took off down there because I didn't see Taylor," said Mrs. Moore, of the Coldwater community between Anniston and Oxford.

"When I got down there, I saw his Big Wheel in the pool, and then I saw him floating.

"I jumped down in there, but I couldn't throw him out. And I couldn't come out with

*Ala-Journal   1/9/92*

him because I kept slipping on the bottom of the pool. It was slippery, and it wasn't level.

"I screamed and hollered, but nobody came. So I just threw him as hard as I could to the part of the pool where there wasn't any water."

She then ran next door where her neighbor, Larry Holmes, was standing outside. It was 4:10 p.m., and family members say Taylor had been floating face-down and unconscious in the chilly water for about 10 minutes before his mother found him.

"I told Larry, 'I think Taylor's drowned,'" Mrs. Moore said. "He took off for the pool and told me to call 911. By the time I got back to the pool, he had Taylor on his side. He was making low noises. You could tell he was breathing."

Thanks to his Rottweiler puppy T-Bone, his mother, Mr. Holmes, Oxford Emergency Medical Services paramedics who arrived at 4:15 p.m. and doctors and nurses at Regional Medical Center, Taylor survived the near-drowning, which plunged his body tempera-

ture to 86 degrees.

Ironically, the cold pool water mi saved him from further injury. Do children are more resilient than cold-water accidents because when submerged; their smaller bodies co faster than an adult's. That sends co to the brain, preventing cellular dam

Treatments for a lower body tem include warming a victim with pumping a warm saline solution th tube into the stomach and admi enemas with a warm saline solution.

Apparently all of these methods w to help Taylor, and by Tuesday he w mal 3-year-old again, coloring and with stuffed animals in his hospi The IV was removed from his arn enjoyed a big lunch of fish, tater t puppies and milk. Released Tuesc he was home and recovering.

So was his mother.

"Larry saved his life, and I'm so

...(Please see PUPPY

---

# Gays encourage 'criminal activity,' SGA leader says

By Blair Robertson
Staff writer

AUBURN — Hailing it as a victory for constitutional rights, gay and lesbian students at Auburn University celebrated Wednesday after the administration decided to override the Student Senate and grant a campus charter to their group.

But the student government president is questioning the decision and said he will ask President James Martin to veto it.

The Auburn Gay and Lesbian Association, which saw its request for official recognition handily denied by the Student Senate in November, was granted full privileges Tuesday by Pat Barnes, vice president for student affairs.

Gay students, supported by the American Civil Liberties Union, had pledged to file suit if they were not given a campus charter, a form of recognition that allows specific privileges, including a designated place to meet, free advertising in the campus newspaper and the opportunity to apply for funding.

"With this action, the Auburn University administration is implicitly recognizing that the Stu-



**Waggoner**

dent Senate acted unconstitutionally," the group said in a written statement. "We are glad to be recognized as an Auburn University student organization with all the privileges and responsibilities of an officially chartered organization. We intend to continue serving the entire community — gay, lesbian, bisexual and heterosexual.

"Our purpose remains the same — to provide educational intervention, to be a social and support group and to serve the community at large."

While the group hailed the decision, Student Government Association President Jon Waggoner began a strategy to challenge the administration.

He said the administration's actions were unprecedented and he would ask Dr. Martin to veto the decision. If necessary, he said he would pursue the case in

(Please see GAYS Page 6A)

---



**INSIDE**

### Expect clouds, highs in the mid-50s Friday

Expect cloudy skies and lows in the mid-40s tonight in the tri-county area. Friday will be cloudy with highs in the mid-50s.

For the latest weather information, call Weatherline® at 262-6800.

| | |
|---|---|
| Ann Landers | 4D |
| Classified | 2C-8C |
| Comics, puzzles | 5D |
| Death notices | 1C |
| Editorials | 8A |
| Movies | 4D |
| Sports | 1B-5B |
| Television | 4D |

If you don't have your Journal by 5 p.m., please call our Customer Service Department before 6:30 p.m. at 269-0010 and one will be delivered.

Emergency room:
Humana-Montgomery
Emergency maternity service:
Jackson

---

# Some co

By John Gerome
Staff writer

While choice seats ne yard line awaited most of the Montgomery Cit for last month's Blue Star Football Class councilmen at odds mayor were banished to seating.

"I thought it was as very childish," said Councilman Richard M I was two seats over have fallen over th Cramton Bowl."

Mr. Moncus, along McBride and E.T. "Bi bers, received the c

---

# Todd rec

By Elizabeth Hayes
Staff writer

The state reimburse A.W. Todd more than inside the state in his and from his Russellvi

It is unusual for a s car extensively on st official said.

Mr. Todd said all hi trips to Russellville —

"If I'm not on state age," Mr. Todd said.

Ex. K-6

0101

## CONTINUED...

## Gays

court
Dr. Martin declined to discuss the matter Wednesday, his secretary said.

In an interview Wednesday, Mr. Waggoner drew cumparisons with Satanic worship, pedophilia, even murder, as he discussed his opposition to the gay organization.

Referring to the state's law against sodomy, Mr. Waggoner said the group encourages "criminal activity" and that homosexuality is inherently dangerous.

"In the Student Senate's opinion, sexual orientation was not a basis for an organization, and more than that, sexual activity that is against the law was not a basis for an organization," Mr. Waggoner said. "We don't have a murderer society; we don't have a pedophile society."

Mr. Waggoner said he supports laws against homosexuality.

"Personally, I think that any activity that increases health risks should be against the law," Mr. Waggoner said.

When asked if there should be laws concerning heterosexual sex, Mr. Waggoner said sex outside of marriage and premarital sex should be illegal.

There are laws in the Alabama code pertaining to sodomy and adultery, but they are rarely enforced.

Dr. Barnes refused to respond to Mr. Waggoner's comments, but William Rubenstein, director of the ACLU's National Lesbian and Gay Rights Project, expressed his impatience with the SGA president.

"The case is over. We won. The university has made its decision." Mr. Rubenstein said Wednesday from Boston.

He said 20 years of legal precedent supports granting a charter to the group, and Mr. Waggoner's argument has been rejected by federal courts on several occasions.

In a letter to Mr. Waggoner from Dr. Barnes, the vice president states the authority of the Student Senate "does not relieve Auburn University of the responsibility to assure that the activities conducted under such delegation of authority conform to rules of the law. The ultimate responsibility and authority in this regard must rest in administrative authorities."

## Puppy

she said. "I'm still crying. I haven't been able to sleep be-

emergency care his young patient received.

"After having a temperature of 88 yesterday and being very hypothermic, he could have died," Dr. Caballero said. "But he's ready to go home today. It's really amazing. It's a miracle."

## Todd

A quick review by the budget officer turned up no others who have claimed an exemption to a Finance Department rule that state ears be used for travel, but that does not mean other exemptions have not been made, Mr. Rowe said. However, he said, such exemptions are rare, "except on a specific, exceptional basis," such as health reasons.

Mr. Todd said he made arrangements to use his Lincoln Towncar right after he took office. In a Jan. 16, 1991, letter approved by then-Finance Director Robin Swift, Mr. Todd wrote, "In accordance with rules promulgated by the Finance Department, please be advised that I intend to drive my personal vehicle on mileage attending to state business instead of a state-owned vehicle."

Mr. Todd said because he lost an arm in a bunting accident when he was a boy, he "can't drive (just) any car." Mr. Todd usually has a driver, and his car has a handle above the passenger's door that helps him get out.

Mr. Todd logged 27,818 miles last year for in-state travel from January to the end of November, according to vouchers filed with the state comptroller's office.

He was reimbursed $6,793.67, for an average of 24 cents per mile. Mr. Rowe said automobiles in the state motor pool are operated at 19 cents a mile.

Mr. Todd's per diem payments came to $2,667.50, according to the vouchers. The state pays a set amount of "per diem" — for food and lodging — for stata officials on business away from the office. For an overnight stay, the rate is $50.

Almost half of Mr. Todd's trips, 72 out of 156, had Russellville as their final destination, many with several stops in between. Several round trips began and ended there when Mr. Todd had business in northern Alabama on the weekend.

Mr. Hamrick said he could account for all but $869 in mileage involving travel to Russellville. He said much of the travel early in the year to the Russellville area could have involved meeting with legislators and others.

He also said Mr. Todd

and wasting money on his personal travel expenses, but Mr. Todd replied that he was doing his job, visiting farmers throughout the state.

"I ain't never stole nothing, and I ain't going to this time," Mr. Todd said in a recent interview.

Mr. Todd said he has consulted with one of the department's lawyers, who said he hasn't done anything wrong.

Mr. Todd also said that if he is on state business and then needs to attend to a personal matter, he would be unable to do so in a state car.

Mr. Todd said he regularly works through the weekend at his Russellville home and keeps a listed number so that farmers can reach him. But he said that's not why he charges the state mileage.

"I was doing something (on state business), or I wouldn't be up there," he said.

State law requires the commissioner of agriculiure to "reside at the state capital" while in office except during an epidemic. Mr. Todd does have a Montgomery residence and drives a state-owned 1989 Chevrolet Caprice around town, Mr. Hamrick said.

Many of Mr. Todd's trips apparently included overnights in Russellville when he had business in Huntsville, Cullman and other north Alabama cities, according to the travel vouchers. Mr. Hamrick said Mr. Todd often schedules business in north Alabama toward the end of the week.

Mr. Todd made several trips to Cullman, where the Department

of Agriculture is tryir lish a farmer's marke agnostics laboratory turned on several o Russellville after com business in Cullman.

A Finance Departn dural manual state should be incurred o the most direct route.

Some of the trave indicate Mr. Todd wa sellville only.

For example, N attended a Huntsvill tional Airport Gala and dinner Thursday Mr. Hamrick's researc

But Mr. Todd's trav for that date, which is the state comptrolle indicates only that he Montgomery to Russe Hamrick said Mr. T have driven to Hunt someone else and the claimed mileage.

Mr. Todd returned gomery on Monday, A went back to Russell days later, April 25, t arships and awards t Alabama A&M Un School of Agriculture ville, Mr. Hamrick fs travel voucher indic that he went from M to Russellville on the 2

Other business thar Todd to Russellville last year included a zens' appreciation d Florence-Lauderdale on May 17; a League palities convention in on May 19; a meeting bama Rural Developn cil on May 30; a mo



0102

# Auburn president won't veto gay student charter

By BLAIR ROBERTSON
Staff Writer

AUBURN — Auburn University President James Martin will not intervene in a decision by one of his vice presidents to grant a charter to a gay student organization, a university spokesman said Thursday.

Dr. Martin had final authority to veto the decision by Pat Barnes, vice president for student affairs, but indicated in a meeting with student leaders Wednesday afternoon that he supported Dr. Barnes' decision.

Dr. Barnes on Tuesday overruled the Student Senate's Nov. 25 decision to deny the Auburn Gay and Lesbian Association a campus charter. The action sparked an outcry from student government leaders, who said their authority had been usurped by Dr. Barnes' unprecedented declaration.

Student Government Association President Jon Waggoner, who opposed official recognition of AGLA because he felt it encouraged violation of the state's sodomy laws, met with Dr. Martin and Dr. Barnes Wednesday to urge a veto.

"The decision by Pat Barnes will not be overturned by Dr. Martin," said AU spokesman Bob Lowry. "The decision by Pat Barnes was a decision of the Auburn University administration and it will not be overturned by him."

Mr. Waggoner said his meeting with the two administrators left him pondering his next move. He has suggested he might pursue the matter in court, but has not reached a decision. Members of the AGLA, backed by the American Civil Liberties Union, had threatened to sue if they were not granted a campus

charter, which provides certain privileges and the opportunity to apply for funding.

"Dr. Barnes and Dr. Martin are in favor of the charter of the group. (Their attorneys) have certainly done research that proves to them that we don't have a case. I disagree with that research," Mr. Waggoner said Thursday.

Mr. Waggoner says he has received hundreds of letters and telephone calls from students on campus and people throughout the state supporting the SGA's decision to refuse to recognize

the gay student group.

In a related matter, Mr. Waggoner said he wanted to clarify a report in The Montgomery Advertiser on Thursday that indicated he felt premarital sex should be against the law. In the Thursday interview, which was recorded, Mr. Waggoner said that "all sex that is not in a marriage should be against the law."

Mr. Waggoner said he was referring to adultery and he does not believe premarital sex should be illegal.

## Litter citations a priority

By JOHN GEROME
Staff Writer

Montgomery city officials have aggressively enforced a re-vamped weed and litter ordinance passed by the Montgomery City Council last year, issuing 113 citations in three and a half months.

While the city did issue a lot of tickets — many to people who dragged their feet after being warned to clean up their property — the true test of the ordinance will come this spring when the growing season begins, May-or Emory Folmar said.

"It has proven effective for litter control," the mayor said. "But we've not had an opportunity to test it for weed control. The ordinance was adopted at the end of the weed season.

With the consent of the state Legislature, the City Council revamped a weed and litter ordinance that had been on the books for years.

# Two shelter employees shot at while working

By MATT SMITH
Staff Writer

Two Montgomery Humane Shelter employees were shot at while working outside the shelter's kennel on Thursday morning, according to police reports.

The shots were fired from the Cedar Park apartment complex across Mobile Road, workers in the Humane Shelter on the other side of Mobile Road said. The shooting might have been prompted by humane officers' impounding a dog at the complex last week, according to a worker, who asked to remain anonymous.

The employees were cleaning off a porch at the shelter's kennel at 3559 Mobile Road about 11:30 a.m. when the first shot was fired, one woman said.

"All of a sudden, I heard a shot and saw a ricochet off a brick," she said.

A second shot, about a minute later, glanced off a fence at the kennel, she said. A third shot came after another minute.

"We went inside and didn't come back out," she said.

She and her co-worker could see "four or five" people standing across Mobile Road watching the building. They would walk back and forth from apartment to apartment like they were playing a game," she said.

The woman told police she would not be able to identify any of the people across the road, said Capt. Wyatt Gantt, a Montgomery Police Department spokesman.

Police are investigating the shooting as a case of reckless endangerment, he said. Witnesses told police they last saw the gunmen running away in the 3500 block of Young Drive, the main road running through the apartment complex.

Shelter employees are looking for a site for a new shelter, partly because of crime in the area, Montgomery County Humane Officer Mary Mansour said. Prostitutes walk the streets around the shelter, and humane workers and police have foiled several attempted burglaries there, she said.

Last summer, a man wounded in an apparent drug deal at Cedar Park came wandering into the shelter seeking medical help, she said.



# Residents soon can apply

# Sanction of homosexual group at AU will stand

AUBURN (AP) — Auburn University officials won't reverse a decision in which they overruled the student senate in granting a campus charter to a homosexual group.

Student Government Association president Jon Waggoner challenged the administration granting a charter to the Gay and Lesbian Association and said he would ask Auburn President Jim Martin to reverse the decision.

Bob Lowry, a spokesman for Martin, said Thursday the administration's decision would not be changed. Lowry said he spoke to Martin Thursday morning about Waggoner's complaint.

Lowry said Martin was involved in the decision to grant the charter.

Attorneys for the American Civil Liberties Union had planned a lawsuit against the university over the denial of the charter.

The Auburn Gay and Lesbian Association, which claims about 50 active members, was denied a charter in November when the student Senate voted on it.

Auburn Vice President Pat Barnes, in charge of student affairs, granted the charter on Tuesday.

"I feel Dr. Barnes' position hasn't been based on the realm of her authority, but I respect her opinion as a vice president of the university, nonetheless," Waggoner said.

Auburn has a total student population of about 21,800. A campus group has to have at least 15 members to request a charter.

The charter allows specific campus privileges, including a designated place to meet, free advertising in the campus newspaper and the opportunity to apply for funding.

In a statement, the association said, "We intend to continue serving the entire community — gay, lesbian, bisexual and heterosexual. Our purpose remains the same: to provide educational intervention, to be a social and support group and to serve the community at large."

Waggoner drew comparisons with satanic worship, pedophilia, even murder, as he discussed his opposition to the gay organization.

Referring to the state's felony law against sodomy, Waggoner said the group encourages "criminal activity" and that homosexuality is inherently dangerous.

"In the Student Senate's opinion, sexual orientation was not a basis for an organization, and more than that, sexual activity that is against the law was not a basis for an organization," Waggoner said. "We don't have a murderer society; we don't have a pedophile society."

Ms. Barnes refused to respond to Waggoner's comments, but William Rubenstein, director of the ACLU's National Lesbian and Gay Rights Project, expressed his impatience with the SGA president.

"The case is over. We won. The university has made its decision," Rubenstein said Wednesday from Boston.

He said 20 years of legal precedent supports granting a charter to the group, and Waggoner's argument has been rejected by federal courts on several occasions.

The University of Alabama has sanctioned a campus organization for gay students.



Jon Waggoner

# United Way elects first woman head

By Walter Bryant
News staff writer

Alice Williams became the first woman chairman of the United Way of Central Alabama's board of directors when the board elected her at Thursday's annual meeting.

"I'm following in my father's footsteps," she said.

Her father, Jack D. McSpadden, retired executive vice president of Liberty National Life Insurance Co., served as chairman of the 1952 United Way campaign and chairman of the board of directors in 1962.

"In this office I have overall responsibility for the mission of the agency," Mrs. Williams said.

She formerly served as a board vice president and chairman of United Way's planning committee which makes long-range plans for



Ex. K-8
0104

## METRO•STATE

# Auburn charter for gay group opposed

**Associated Press**

AUBURN — Church leaders and some Auburn University alumni have joined students opposing a campus charter for a gay and lesbian group granted by the school's administrators.

Auburn spokesman Herb White said the off-campus support came Monday after the Student Senate overwhelmingly approved a resolution urging Auburn President Jim Martin to "reconsider and reverse" his Jan. 7 decision to grant the char-

ter for the Auburn Gay and Lesbian Association.

The Student Senate in a Nov. 25 vote rejected the charter. Martin later approved it despite the senate's vote.

The gay and lesbian group, representing about 50 active members, would be chartered to use the university to get it a charter, with the help of the Lesbian and Gay Rights Project of the American Civil Liberties Union.

While said church leaders and "a significant number" of alumni had

contacted the board of trustees and Martin in opposition to the group receiving a charter. A new student group, Students for a Healthy Auburn, formed recently to oppose the charter.

However, White said, "as far as I know, it's a closed issue."

Some university officials have claimed that homosexual groups encourage "violations of state sodomy law. Federal courts have ruled in favor of such organizations' rights to a charter.

Student Government Association

President Jon Waggoner and SGA Vice President Scott Sprayberry prepared the resolution along with statements that federal court decisions upholding such charters were not constitutionally sound and could be overturned by the U.S. Supreme Court.

Attorneys affiliated with the Rutherford Institute, a conservative Birmingham legal organization, offered to help pursue a suit to overturn the Auburn Gay and Lesbian Association's charter, Waggoner told the Senate.

# Walk to school hazardous for some, board told

**By John Staed**
*Post-Herald Reporter*

About 97 children, who now must walk through hazardous conditions to Hudson Middle School, should be bused to school, a neighborhood association president told the Birmingham Board of Education yesterday.

"Every day our children are put at risk," said David Harris, president of the North Birmingham Neighborhood Association.

Children from the Collegeville area must walk across railroad tracks, through isolated sections and streets with run-down and vacant homes, he said. The area also is bordered by several industries.

Because the children live within

the 2-mile cutoff for bus service, school officials have said they cannot provide bus service to them.

The state Department of Education reimburses schools for transportation outside the 2-mile range, but the local system must pay for transportation within that distance, Superintendent Cleveland Hammonds Jr. said.

To run the buses to the Collegeville area for Hudson Middle School would mean a change in policy, cost more and invite other areas to request bus service, Hammonds said.

Hammonds said he could not provide an estimate of what the change in policy would cost.

Harris said he has been seeking a change in the policy for more than a

year, without success, and has turned to the school board to overrule the superintendent.

The school board yesterday took no action on Harris' request.

Hammonds said he will present a report during the Jan. 28 meeting, set at 7 p.m. at Smith Middle School. He also said a tour will be arranged to show how the 2-mile rule affects several schools in the area.

Harris appeared to pick up support from two board members, Hank Nelson III and Hazel Germany, who said the area was hazardous for children to walk through.

"I probably would not want my kids to walk that route to school," Nelson said.

In other action, the board accepted

$200,000 from the Jefferson County Commission to be spent on athletics and voted to spend $170,482 on computer equipment for a take-home computer program.

---

**BAKERY**

**MOCHA CREAM CAKE**
**CARROT CAKE**

*"With Freshness And Taste*
*They Are The Best,"*
*Look For Our Ad each Week!*

**TOM & JIM'S BAKERY**
3324 Avenue E, Ensley • 780-9255

---

## Alabama update

### Coroner to appeal Mississippi conviction

FLORENCE — The Lauderdale County coroner plans to appeal his conviction of driving while intoxicated as he drove a body to a funeral in Mississippi. Coroner Billy Richardson, 50, was convicted Monday night at Sandersonville, Miss., by Municipal Judge Jimmy Hill, who also is mayor. The judge fined Richardson $321 for DUI and possession of beer in the December incident.

### TVA plans to eliminate 280 full-time jobs

KNOXVILLE — The Tennessee Valley Authority will eliminate about 280 full-time employees, it announced yesterday. They will have six months to possibly find a job within TVA," spokesman John Moulton said. Afterward, they will be laid off.

### UA fraternity, sorority leaders OK reforms

TUSCALOOSA — University of Alabama fraternity and sorority leaders have dropped opposition to proposed reforms that could integrate the 17 clubs on campus. The students agreed to participate in return for a stronger voice in designing reforms.

### Elderly couple's slayer sentenced to death

PRATTVILLE — A 25-year-old man convicted in the 1990 murders of an elderly Prattville couple was sentenced to death while a relative pleaded that he not die. The Prattville jury found Sylvester Ephraim, 25. He was one of three men charged in the deaths of Napoleon Goodson, 76, and his wife, Lena Bell Goodson, 82.

### Man trapped in freezer for 40 minutes

ATTALLA — An Attalla man was treated at a hospital and released after being trapped upside down in a freezer at an industrial plant for about 40 minutes in a temperature of about 30 degrees below zero. Ray Hendrix, 23, an employee at Millard Refrigerated Service, had gone into the freezer Monday night to locate empty spaces behind a stack of boxes. He had climbed nearly 30 feet and was standing on a stack of wooden pallets when he fell, according to reports. His left ankle caught in a pallet and he was left hanging upside down, said Sgt. Robert Dillard, an Attalla paramedic. Two co-workers found him.

Ex. K-9
0105

Associated Press

resident Paul Hewit a frequent
vote in disproportionately high
the nation's senior citizens, who

The monthly magazine Modern Maturity, which now reaches 22 million homes, was begun
partly to hawk AARP-sponsored products

against the new law was one
whelming

numbers, the authority of any
other groups that make Congress
quake.

Some consider the association
almost a shadow government.
Philip Longman, an expert on
aging issues, was fired by a Flor-
ida congressman after he crit-
icized AARP on a network tele-
vision show. It is, he said. "just
beyond the pale for most poli-
ticians to consider taking a posi-
tion that's contrary to AARP's
agenda.

vote in disproportionately high
association to speak for them. lct
alone to shape their views, may
be overstated.

Beholden to a constituency
almost as vast as that of Con-
gress, some aging experts charge
that AARP seems reluctant. or
unable. to move with boldness or
dispatch beyond the handful of
issues on which it has the broa-
dest consensus.

the headquarters staff, which
also influences what issues the
organization will pursue.

"There is no democratic proc-
ess built into the organization
because it was a sales operation
from the beginning." said Jack
Carlson, a former AARP exec-
utive director.

While most members tend to
be conservative, particularly on
fiscal matters, AARP's profes-
sional staff has almost a Great
Society devotion to the welfare

of senior citizens, often with go-
ernment help.

"Its process for decision-mak-
ing involves a highly sensitive
 balancing of social policy ne...

said.

In 1983, for instance, AARP
gathered ...elf behind a major
expansion ... Medicare coverage
for catastrophic illness financed
by a new ...ax on the more
affluent ...y. Hewit senior pro-
fession. The backlash

A year later, a chastened C...
gress repealed the whole pla...
but not until House Ways ar...

Please see AARP, C2

# Teacher sees lessons to be learned from AU gay flap

■ A debate about the Auburn Gay
and Lesbian Alliance's right to exist
has been going on for more than a
year

By BLAIR ROBERTSON
Staff Writer

AUBURN — Like every good teacher, Bar-
ry Burkhart always looks at the world's fail-
ures and successes for lessons he can deliver
to his Auburn University students.

Everything from the civil strife in Yugosla-
via to the influence of the William Kennedy
Smith trial and the failings of the Rev. Jim-
my Swaggart find their way into his lectures.

In the past five weeks, Dr. Burkhart, a psy-
chology professor and nationally recognized
authority on human sexuality, has found an-
other laboratory study — the struggle be-
tween gay and lesbian students and the Stu-
dent Government Association.

On Nov. 25, the Student Senate, in a se-
cret-ballot vote, shocked members of the
Auburn Gay and Lesbian Alliance by handily
rejecting their request for a campus charter.
On Wednesday, Pat Barnes, vice president
for student affairs, overruled the students
and granted the alliance its charter.

By Thursday, Dr. Burkhart, the faculty
adviser for Auburn Gay and Lesbian Alli-
ance, had fired off a letter to Dr. Barnes
praising her decision and urging her to
begin a process of education about the issues
raised in this controversy.

For more than a year now, students and
officials have been debating the alliance's
right to exist. In the weekly campus newspa-

per, letters on the issue — man... of them
angry — out-number practically e...r other
topic. And the fall issue of the car... is liter-
ary and news magazine created a ... with a
feature on Auburn Gay and Lesbian Alliance
that included a cover photo of a ga couple
holding hands.

The administration's decision to avoid a
seemingly inevitable court chal...nge by
granting the alliance its charter really ...ded the
gal side of the debate even through rum-
blings persist in the student government hi-
erarchy.

"My hope at this point," Dr. Burkhart said
in an interview Thursday, "is that this crisis
is also an opportunity for the university com-
munity to come together to engage ... a num-
ber of self-review and dialogue about what
are the real principles at stake here, which I
think revolve around acceptance and re-
spect."

This is where I think the university has
an educational responsibility to do some-
thing about this. That's my call to the vice
president in my letter. Let us bring the stu-
dents together to wrestle with these issues.

Dr. Burkhart readily acknowledges he
has no place to venture far beyond his
he... Poor campus office to c... ter stu-
dents who feel the gay lifes... e immoral.

Wad... e, and cautious, I... Jon
Wad... r... the Sta... president...
sponsor... the Burkhart's ... a human
sexuality ... a leading opp...er of the
Auburn ... Lesbian Alliance.

"I would ... prefer not to ... that is, to
my class ... prepare the fact th... we don't
know he ... to ... Wedhall km... to... ho...a

sexuality is bad or that it is inherently sinful,
or that it's inherently wrong biological.

"Then I would say, 'Let's examine what w...
do know about it. We know that it appears...
all cultures throughout all times. The be-
summary we can make is that it is a natura
variation of human sexuality" he said.

As he watched the debate about the ga...
and lesbian group develop. Dr. Burkha...
said he was reminded of a phenomenon. th...
appears in every culture, a feeling of "us
versus them," something he refers to as "old
brain" thinking.

"We are witnessing this around the world
right now," he said. "The problem is that
there has to be an 'other' underneath us in
order for us to feel OK. Whether it was Nazis
and Jews, or Southern white people and
black people, or Serbs and Croats, it is the
same. We create distinctions that enable us
to maintain illusions about ourselves."

Still, despite Dr. Burkhart's call for toler-
ance of diversity, the Auburn campus re-
mains hostile territory for gay students... a
predicament best illustrated by the number
of students and professors who insist on re-
maining in the closet. Of 50 or so Auburn Ga...
and Lesbian Alliance members, not one was
willing to disclose his or her full name to..
publication for fear of reprisal. Several pro-
fessors also have said their sam-sex prefe-
ences must remain a closely guarded secret

Burkhart said of coming out of the closet.
"This is not a culture of acceptance. The
data show that the general population has a
negative bias against homosexual people

Please see LESSONS, C5



By BLAIR ROBERTSON/Staff
Burkhart is a psychology professor and an authority on human
sexuality

Ex. K-10 0106

tal doing 10,000 CAT scans, there are five hospitals doing 2,000 scans each. And then they have to charge each patient so much more to pay for their equipment and personnel," she said.

"But our over-65 population is growing and you will see a real increase of that age group in the

# Duke's plan may not harm Bush

**Washington Post Report**

NEW ORLEANS — Although David Duke is using the notion of running as an independent in the fall as a threat against the Republican establishment, it is by no means certain that his third-party candidacy would hurt President Bush and help Democrats. Rep. Duke acknowledged as much Thursday when he said he expected the Democrats to nominate Arkansas Gov. Bill Clinton, who he said had some appeal to Rep. Duke's core constituency among working-class Southern whites.

"Clinton says some things people want to hear," Rep. Duke said. "His sentiments on workfare instead of welfare echo what I've been saying for a long time. I don't think he's sincere about it, but he's saying the some of the same things I am. If it comes down to Bush and Clinton, a lot of my people might go to Clinton. And Bush cannot win without my constituency."

# Lessons

**Continued from 10**

Seventy-five percent of the people believe it would be OK to discriminate against gay people. That's a very powerful piece of data because Americans as a culture are zealous about liberty and about being free from the tyranny of the law, being free from the tyranny of the majority. That's why we have the Bill of Rights."

It would be a shame, the professor added, musing over the recent events on campus, if the historic granting of the Auburn Gay and Lesbian Alliance charter did not spark a new era of learning at Auburn.

After all," he said, "that's the purpose of a university, to say these things exist. Universities are the citadels of truth, the houses of reason."



TOSHIBA 30" Cable Compatible Big Screen TV W/REMOTE CONTROL, STEREO, On-Screen Graphics **$89?**

MAGNAVOX 41" BIG SCREEN CABLE READY COLOR TV WITH Stereo Hi-Fi & dbx≡NR, Remote STEREO ON-SCREEN GRAPHICS **$1497**

ZENITH 46" BIG SCREEN TV STEREO W/ Digital Surround System, Teletex Stock Market Reports, On-Screen GRAPHICS & MULTI-BRAND REMOTE **$1999**

RCA 35" COLOR TV HOME THEATRE WITH PIC-IN-PIC, STEREO REMOTE, TV STAND AND ON-SCREEN DISPLAY **$1999**

## MUSIC SYSTEMS

PANASONIC RACK SYSTEM SCR100 COMPLETE SYSTEM **$177**

MAGNAVOX MX8080 100-WATT RACK SYSTEM COMPLETE SYSTEM **$344**

PANASONIC SCRC821 100-W RACK System W/ 5-Disc Rotary CD Changer COMPLETE SYSTEM **$477**

## AUDIO SPEAKERS

KLH P820/822 2-WAY, 8-INCH SPEAKER SYSTEM **$22⁸⁸ EA.**

PIONEER CSG303 3-WAY, 12-IN. SPEAKER **$66 EA.**

PIONEER CSG911 4-WAY 150-WATT SPEAKER **$119 EA.**

## COMPACT DISC PLAYERS

SANSUI CD2700 CD PLAYER W/ FULL FUNCTION REMOTE CONTROL AND 1-BIT MASH D/A CONVERTER **$98**

TEAC PDC400 5-DISC CAROUSEL COMPACT DISC MULTI-PLAYER WITH REMOTE AND 4x OVERSAMPLING **$159**

PIONEER PDM460 MULTI-PLAY CD PLAYER WITH 6-DISC MAGAZINE AND 8x OVERSAMPLING **$177**

### MICROWAVES VACUUM CLEA

GE SUBCOMPACT EASY TO CLEAN MICROWAVE OVEN WITH 15-MIN. TIMER

NATIONALLY SOLD MICROWAVE Oven With Touch Controls & Stirrer FAN EVENLY DISTRIBUTES ENERGY

EUREKA UPRIGHT VACUUM CLEANER W/ LIFETIME LUBRICATED MOTOR

### AUDIO HI-STEREO COMPO

H.H. SCOTT RS300 30-WATT AM-FM STEREO RECEIVER W/ 16 PRESET MEMORY & SURROUND SOUND

PIONEER SX1900 40-WATT AM-FM STEREO RECEIVER W/ GRAPHIC EQUALIZER

JVC RX205TN 40-WATT AM-FM SYNTHESIZER RECEIVER WITH 40-Preset Stations & Surround

SANSUI R750AV 55-WATT AM-FM STEREO AUDIO VIDEO RECEIVER W/ SURROUND, 24-Presets Remote & 5-Band Equalizer

H.H. SCOTT RS1000 100-WATT STEREO RECEIVER W/ 24-PRESETS, EQUALIZER SURROUND SOUND AND REMOTE

PIONEER VSX3800 100-W. AUDIO/ VIDEO RECEIVER WITH EQUALIZER, REMOTE AND DOLBY SURROUND

### CAR STER

IN-DASH AM-FM CAR STEREO RADIO W/ AUTO REV. & CASS. TAPE PLAYER

PIONEER AM-FM STEREO CASS. TAPE PLAYER W/ AUTO. REV. & LOCKING FF & REWIND

PIONEER SUPERTUNER AM-FM 28-W HI-Power AM-FM CD Player W/ Best Station MEMORY SEEK TRACK SCAN & CLOCK

NO RAINCHECKS. ALL QUANTITIES ARE LIMITED TO INVENTORY AT EACH ST

0107

...have displays and will also be giving away several thousand dollars in prizes. The show is sponsored by WKKR, 97.7 "Kicker" FM which will broadcast live from the Mall's center court area.

Participating in the show this year are: Uniroyal-Goodrich Tire Company, East Alabama Medical Center, Employment Resources, Comm Pak, Master Lock, Vermont American, Deep Rock Manufacturing Company, WestPoint Pepperell, Farmer's National Bank, Leshner Industries, RUS, Craftmaster Printers, 1st National Bank of Opelika, Master Graphics, and Southern Union State Junior College.

Auburn University, the Lee County Extension Service, the Opelika Chamber of Commerce and the Auburn/Opelika Convention and Visitor's Bureau will also have displays.

## Lee County PALS meet Monday night

The Lee County Chapter of Alabama PALS, People Against A Littered State, will meet Monday at 7 p.m. in Courtroom 2 at the Lee County Justice Center on Hamilton Road in Opelika. The Nominating Committee will offer a name to fill the president's position vacated by Ralph Mirarchi.

## OHS Band Boosters meeting Tuesday

The Opelika Band Boosters will meet on Tuesday, Jan. 21, at 7:30 p.m., in the band room at OHS. All supporters please plan to attend.

## Opelika offices closed for MLK birthday

The City of Opelika will observe Monday, Jan. 20th (Martin Luther King Jr.'s Birthday) as a holiday. City Hall will be closed and the garbage pickup will be changed as follows: Monday, no garbage pickup; Tuesday, pick up Monday's route; Wednesday, pick up Tuesday's route; Thursday and Friday, no change in schedule.



## INSIDE

Business ...................................... 6A
Classified ads ....................... 1-5D
Dear Abby ................................. 1C
Editorial .................................... 4A
Goings On .................................. 8B
Menus ........................................ 8D
Break ....................................... 1-6C
Obituaries ................................. 6D
Sports .................................... 1-7B
TV Guide ................................... 8B
Weather roundup ................... 10A

# Politics vs personal life

## AU's Waggoner has ideas for how both should be

### By SAMUEL T. HARPER
#### O-A News Staff Writer

Jon Waggoner shudders slightly when confronted with the notion that Ernest Hemingway — the 21-year-old's favorite author — may have been homosexual.

"Yeah, I've heard that," Waggoner — an English major — says. "All I can say is that I love his work but I don't think I would have liked him as a person."

As president of Auburn University's Student Government Association, Waggoner at first appears an unlikely candidate to lead the, so far, unsuccessful conservative charge against the chartering of a gay and lesbian group on campus. Congenial and somewhat boyish, he disarmingly displays Dr. Seuss' "Oh, the Places You'll Go" before storing it on a shelf behind a satirical "Where's Dan Quayle" book.

Nonetheless, Waggoner's pleasantly toned assertions are much more cutting and powerful in print. He is a young man with the calculating gleam of politics in his eyes.

Born in Tucker, Ga., an old Southern town in the shadow of the chiseled Stone Mountain tribute to Dixie's Confederate warriors, Waggoner's blood is of aristocracy. He says he has served as an understudy to his cousin, Republican State Sen. Jabo Waggoner of Birmingham, and is hoping that genetics pays off for him in the future.

Presently, however, it is the issue of the Auburn Gay and Lesbian Association that is occupying his time.

"I would like to pursue (politics)," he says, seated in his plush office. "But I need to learn a lot more about the system. I'm sort of naive about all the goings on in government."

It is a clever naivete. Waggoner, a Republican, was 10 years old when Ronald Reagan took over the presidency. He is now among a young conservative movement which is seeking older values for a changing world.

Like Reagan and President George Bush, whom Waggoner cites as his role model, he considers himself strongly Christian.

He says it is possible to separate self and state, and disagrees with the notion that such a view has the appearance of being philosophically convenient.

"In any decision I would make that involves my own personal self, I certainly try to maintain my biblical values first and foremost. But in a decision that is going to involve my constituency, I try to think of a societal ethic and I look to those leaders that I have mentioned earlier for an example of how to legislate separate your own moral values from your positions on them."

Waggoner says he has been misquoted as favoring passage of a law forbidding pre-marital sex. "I personally don't believe in pre-marital sex. Biblically, we're commanded not to do that. Yet, it would be ludicrous to even think about having a law against pre-marital sex. I think that's something best maintained and practiced behind closed doors. I...

# Bush to expand He

WASHINGTON (AP) — President Bush will seek a sharp increase in funding for the Head Start program, expanding the number of poor preschool children receiving federally financed educational, medical and nutritional services, the White House announced Friday.

Seeking an election-year spotlight for his proposal, Bush on Tuesday will visit a classroom at the Emily Harris Head Start Center at Catonsville, Md., six miles west of Baltimore.

and their parents and unveil his spending request.

The increase to be included in the fiscal 1993 budget would be the largest ever for the 27-year-old Head Start program. White House statement said. Head Start would receive $2 billion in fiscal 1993 and serve more than 822,000 children from low-income families.

In his three previous budgets, Bush asked Congress for Head Start increases of $250 million in fiscal 1990, $500 million in...

Ex. K-11
0108



STUDENT POLITICIAN — Jon Waggoner, above, president of Auburn University's Student Government Association has been at the center of a controversy concerning the charter of a gay and lesbian group at the university. — Photo by Woody Marshall

placeholder

on't think it's government's place to dictate those things."

Homosexuality, in Waggoner's terms, is in degree a greater biblical sin than pre-marital sex and, therefore, should be shunned and should be illegal.

Is here he makes the transition from individual to public interpretation, saying he opposes a charter to the AGLA for societal reasons, not personal ones.

"From the beginning, I guess the thing that got me attracted to the issue in wanting to make a difference was the money. That's what caught my attention. It wasn't the immorality in the group, I think it was the funding.

"Because I see a potential problem with our country, on the whole, and with our university on the local level. If we are to fund an organization, based on

(See Waggoner Pg. 10A)

x

# Yeltsin appeals to army

MOSCOW (AP) — Russian President Boris Yeltsin said Friday that the Commonwealth of Independent States will divide the former Soviet navy but warned that if member states spurn a unified army, Russia will form its own.

"Russia stood up and is standing up for the unified armed forces. But if the majority of the republics start forming their own armed forces, we will have no choice but to do the same thing," he said.

As the largest and most populous republics, a Russian military could far outnumber anything assembled in the other 10 commonwealth states.

The dispute over control of the 3.7-million-strong Soviet military has dominated the first weeks of the Commonwealth and hampered political and economic reforms.

Yeltsin spoke to more than 5,000 former Soviet officers gathered to press their claims for a unified military and to reassure the servicemen he could not pretend that he hadn't already emerged.

The tension was reflected inside and outside of the cavernous Palace of Congresses. A few pro-Communist demonstrators on the street waved red Soviet flags urged the officers to preserve the military and reportedly hit a heckler with a placard, the Russian Information Agency said.

Inside, the officers fell into raucous debate after Yeltsin's speech and at one point refused to let a reformist officer speak. A poll of the officers found 72 percent in favor of a unified command.



---

# ad Start program

The 1990 and 1991 requests already have been trumpeted by the administration as the two largest one-time funding increases in Head Start history.

In his 1988 campaign for president, Bush promised to expand Head Start to reach all eligible year-old children.

Although Head Start funding is nearly doubled during his administration, Bush has fallen short of his goal.

The announcement Tuesday was part of Bush's effort to demonstrate he is sympathetic to the

economic hardships suffered by recession-plagued Americans.

In his first campaign appearance in New Hampshire, Bush on Wednesday assured voters, "I care. We're trying."

The White House also is working on a package of tax cuts for the middle class and tax breaks for corporations.

A centerpiece is expected to be an increase of at least $500 in the deduction families with children can claim and creation of a new tax credit for first-time

x

x

0109

...who go with authority officials to lobby federal officials public transportation issue.

In a separate opinion, the commission said state conservation officials can play host to legislators at quail or deer hunts on private lands. Such events are considered a social occasion instead of "a thing of value," the commission ruled.

## Jury rules against man in garbage-fee rufusal

FLORENCE (AP) — The state's Solid Waste Disposal Act cleared a legal hurdle when a Lauderdale County jury ruled against a man who refused to pay a garbage fee.

Michael Beard of Killen, last week was convicted of not paying his monthly solid waste disposal fee. He has refused to pay the $7 monthly charge since the county enacted the program in August 1988.

The sentencing will be announced Feb. 10 by Lauderdale County Circuit Court Judge Donald Patterson. Beard could face a fine of up to $200.

## State will test 125 drums found near mill

SELMA (AP) — State environmental officials will test the contents of some of the 125 drums discovered near a paper mill.

Catherine Lamar, a spokeswoman for the Alabama Department of Environmental Management said most of the 25 filled drums were found to have contained grease or fiberglass waste. She said 100 of the drums were empty.

ADEM inspectors toured the site Friday off Alabama 14 in a ravine at International Paper Co.'s Hammermill plant.

IP spokeswoman Lisa Mahaffey said the drums contained non-hazardous grease and resins that were not an environmental threat.

## Fish-dioxin advisory lifted by state

MONTGOMERY (AP) — The Alabama Department of Public Health lifted the last remaining fish consumption advisory for dioxin.

The Health Department has removed the warning against eating Alabama shad caught below the Scott Paper and International Paper mills on the Mobile River in Mobile,

# waggoner
### (From Pg. 1A)

something such as sexual preference . . . then we're getting into a dangerous precedent of the government funding people's own private lives.

"But I don't think it's the place of the government to fund somebody for a choice that person has made."

Waggoner says that by merely meeting in the student center, the AGLA is already using student funds. With its charter, the AGLA can now petition student government for direct funding.

"That opens up a whole new can of worms. The money they could get from that to be spent by just a certain group of people who have chosen to act in a certain way could damage the university and the entire system in our country."

Waggoner fails to address the fact that the SGA has chartered groups, such as the Chess Club, which operate on the premise of choice or preference. And he does not make note of a previously chartered — though now defunct — group, The Auburn Democratic Socialists of America, which listed among its purpose of being the "overthrow of capitalism."

And recently, a scientist, Simon LeVay, said he had discovered a cluster of brain cells

# "YES, THERE IS LIFE AFTER BREAST CANCER. AND THAT'S THE WHOLE POINT."
### —Ann Jillian

A lot of women are so afraid of breast cancer they won't practice breast self-examination or ask their doctor about a mammogram. And that's what frightens me.

Take it from someone who's been through it all: Life is just too wonderful to give up on.

But to enjoy it, you do have to give up being afraid to take care of yourself.

shi- — though not necessari- ca tive — between the hypothalamus and sexuality. If LeVay proves that the cluster of brain cells causes homosexuality, then the debate over homosexuality as a learned or preferred sexual orientation will be at least partially — settled.

"I think that if that were proven, then I certainly would have a change of thought," Waggoner responds.

Not much, however. He says that traits —"genetic or behavioral — must be controlled in order for an individual to conform to the more traditional roles of masculinity and femininity laid down by society.

"I like to eat a lot. Genetically, I love to eat. But I have to compensate for that and control my urges to eat, I think God then has made me with those characteristics, but now it's up to me to do my duty to society and to God to correct those things I as much as I can. That's where I think genetics come into play."

But, he adds, "I don't think that sexual preference is genetic. But I think tendencies may be being feminine or being masculine may be genetic."

## ATTENTION
### • MATURE CITIZENS •

We Offer RETAIL SALES/ASST.
* Human Relations
* Cashier Concepts
* Marketing
* English

All Material Furnished

## EARN WHILE YOU LEARN!
$2.00/Hour Room In Classroom Instruction

**ARE YOU**
* 55 Years or Older
* In Good Health
* Enthusiastic About Life
* Willing To Work?

We Need You!
"In Retail Jobs!"
**CALL TODAY!**

## JOB SEEKING SKILLS, INC.
# 745-0773



Crump backed his vehicle onto the front end of a Sheriff's Department patrol car.

Crump was released Sunday from the Walker County Jail on $1,900 bond, after being charged by Parrish Police with driving under the influence, eluding police officers, driving with a suspended license and running a stop sign. Crump had not yet been served with the new warrant charging him with reckless endangerment.

Jacobs said officials are "contemplating additional misdemeanor charges."

Sheriff's Maj. Earl Robins said reserve deputies are unpaid volunteers who assist his agency. They are trained, wear uniforms, drive marked patrol cars, have arrest powers and are subject to the same regulations as paid deputies in the use of firearms. Robins said it was too early to say whether there was a "policy violation" related to Saturn's use of his gun.

The major said that, according to Sheriff's Department guidelines, an officer is authorized to use his weapon "in defense of himself or a third party, or when he thinks a person is about to escape and has the potential of harming someone in making that escape."

Saturn said the reserve deputy would not be barred from duty during what the lieutenant said was a routine internal investigation.

# proposed for federal protection

By Frank Sikora
News staff writer

A federal agency is proposing that 11 species of mussels found in Alabama waterways be listed as endangered or threatened.

Paul Hartfield of the U.S. Fish and Wildlife Service in Jackson, Miss., said the miniature creatures face extinction because of pollution, altering of their habitats and incidental loss during commercial harvesting.

"It's not just the mussels, it's the entire aquatic community that is threatened," he said. "We have an extinction crisis that is in proportion to the loss of tropical forests. Our rain forest is in the rivers."

There are eight species of mussels proposed for the endangered list, three for the threatened list, he said.

"Those that we feel are endangered have died out in 90 percent of their historic habitat," Hartfield said. "Those that are threatened have disappeared from about 50 percent of their habitat."

Proposed for endangered protection under the Endangered Species Act are:

■ Upland combshell, found only in the Black Warrior and Cahaba rivers.

■ Southern acornshell, found only in the streams along the Coosa. It was once found in the Cahaba River, but has not been detected there in recent years.

■ Coosa moccasinshell, found in the Coosa, although some individual specimens have been noted in the Cahaba and Black Warrior rivers.

■ Southern clubshell, once found in most rivers and streams in the state, it is now found only in the Alabama River.

■ Dark pigtoe, found in the Black Warrior.

■ Southern pigtoe, found in upper stretches of the Coosa.

■ Ovate clubshell, found in small streams in Greene County. It once was found in many rivers of the state. It was last collected in the Cahaba in 1978.

■ Triangular kidneyshell, found in the Black Warrior River. It was once found in many rivers.

Hartfield said the species proposed for the threatened list are known as fine-lined pocketbook, orange-nacre mucket and Alabama moccasinshell, all found along stretches of the Alabama River.

Mussels usually are 1 to 4 inches long. The 11 proposed for protection have no commercial value, Hartfield said, but as an indication of change in the environment. Protection under the Endangered Species Act would allow the government to restrict certain activities along the waterways.

getting over the general anesthesia, the procedure itself involves making two to three incisions, long enough for the scope to pass through. Those incisions usually are closed with one stitch and are hardly noticeable in a week or so.

If Miss Fonda's rehabilitation program follows the norm, she will be doing leg lifts and some exercises to regain full range of motion in the joint within a day or two, then add a stationary bike to the routine as well as weights.

"With surgery, you have a certain amount of deconditioning," Ferguson said. "So the better shape you are prior to surgery, the quicker the going after the surgery in terms of getting the muscle tone back."

Bill Livingston, president of One to One Personal Fitness Training, also said that someone in good physical condition is less likely to suffer a sports-related injury, but when a fit person is hurt, the recovery time does decrease.

He said skiing was one of those sports where the force of a wrong move or fall could cause damage to the knees.

Attempts to reach Andrews for comment on Miss Fonda's surgery and recovery were unsuccessful, as were attempts to reach a spokesperson for the actress and her husband.

B'HAM NEWS 1/28/92

# Auburn petitioned to revoke charter of homosexual group

By Justin Fox
News staff writer

MONTGOMERY — Auburn University's student body president Monday presented a petition to the university's Board of Trustees asking them to override President James Martin and revoke the charter of a homosexual student group.

After listening to Student Government Association President Jon Waggoner, trustees did not discuss the issue at their meeting at Auburn University at Montgomery Monday.

But one trustee said that doesn't mean he and his colleagues plan to ignore the matter.

Waggoner said a group calling itself Students for a Healthy Auburn had gathered more than 12,000 signatures by Monday af-

ternoon on its petition calling on trustees to revoke the charter of the Auburn Gay and Lesbian Association.

Waggoner said about 4,000 of Auburn's 21,786 students had signed the petition while the rest of the signatures came from "people around the state."

Trustee Jack Venable of Tallassee said the university's attorneys had advised trustees not to comment.

"I simply do not believe at this point that the issue is dead," Venable said. "But I really do not feel like I can say much more about the issue at this point."

The association, a support group for homosexual students at Auburn, received a probationary charter as a student organization in 1990. But in November, the Student Govern-

ment Association Senate voted 23—7 to deny the group a permanent charter, citing alleged health dangers and the fact that Alabama law prohibits sodomy.

Auburn Vice President for Student Affairs Patsy Barnes overruled the SGA's decision, and was backed up by President Martin. Martin said federal courts have ruled that public universities cannot ban homosexual student groups from campus.

Waggoner, however, quoted a 1978 dissent to one of those rulings by current U.S. Chief Justice William Rehnquist, and the letter he read to trustees called on them to "stand in court with us . . . and set a positive Supreme Court precedent for the nation."

Waggoner said he is not a member of Stu-

dents for a Healthy Auburn, but had signed the petition personally. He said he is not on the board of which he is a non-voting member.

He said the leaders of Students for a Healthy Auburn did not want their names made public, a stance he attributed to the fact that most members of the Auburn Gay and Lesbian Association also have refused to go public.

Waggoner said homosexuals at Auburn have every right to meet, but not to be subsidized by the state and fellow students.

Chartered student groups at Auburn are given free meeting space on campus, discounts on advertising in campus publications and the opportunity to apply to the SGA for money.

Waggoner gave trustees copies of an Auburn student magazine with photos of young

men holding hands, along with a recent SGA petition advertisement in the Auburn Plainsman that showed a picture of two half-naked young men holding a condom.

According to the Students for a Healthy Auburn letter Waggoner read to trustees, these are "concrete indications that the university's charter sanctioning homosexuality has already opened the door for the advocacy of homosexuality and homosexual recruiting at Auburn."

The letter continued, "History shows that public acceptance of homosexuality is the final stage in the destruction of a nation from within."

Homosexual student support groups are active on most major college campuses in the U.S., including the University of Alabama.



...ligh... so the office will be lit up like a circus, he said. He plans to install an alarm system as well. In the meantime, he is asking for mercy.

A few days ago he scribbled "Please do not rob my office any more" on a placard and stuck the

**(Please see SIGN Page 4A)**

*Staff photographer A...*

**Robbed twice, Mr. Thomas hopes sign will keep away 'hard-hearted' crimin...**

# Bush readies 'Operation Domestic Storm'

*By The Associated Press*

WASHINGTON — President Bush will use tonight's State of the Union address for an election-year appeal to Congress to wage the economic equivalent of the Persian Gulf War.

President Bush is expected to challenge the House and the Senate to approve by early March his program to fight the recession, congressional and administration sources said.

The 9 p.m. EST speech, dubbed "Operation Domestic Storm" by some advisers,

comes with President Bush's approval ratings at the lowest point of his presidency.

"It will have a great deal of meat in it," presidential spokesman Marlin Fitzwater said. One Bush campaign memo calls the speech the "defining event" of his presidency.

But Democrats — and GOP challenger Pat Buchanan — already are attacking the president's expected "growth package" for not going far enough.

President Bush is proposing a blend of tax breaks and spending programs to prod the economy and help the economically disad-

vantaged. The proposals range fr... credits for new home buyers and... exemptions for families to more m... health and food programs for poor ch...

More about White House plans... cuing the economy will come with the... of the president's proposed $1.5 trill... get for fiscal 1993. The budget was sc... for release Wednesday, but the (... Management and Budget said M... would be delayed because of "printi... lems."

The Washington Post and The N...

**(Please see BUSH...**

*ala. Journal 1/28/92.*

# Trustees mum on action regarding group's charter

**By Tracey McCartney**
*Staff writer*

Auburn University's student body president tried once more to keep a gay and lesbian group off campus, but AU trustees were mum Monday about what action, if any, they would take on the matter.

Student Government Association President Jon Waggoner, a non-voting member of the board, delivered a petition from Students for a Healthy Auburn, a group formed for the purpose of opposing the university charter of the Auburn Gay and Lesbian Association.

The petition bore more than 12,200 signatures, about a third of which were those of Auburn students, Mr. Waggoner said. The student group had mailed petitions all over the state, and many of the signatures were delivered by facsimile machine, he said.

The petition asked the trustees to rescind the charter granted to the gay group Jan. 7 by AU President James Martin over the objections of the Student Senate, which had voted overwhelmingly Nov. 25 to deny the group official university status.

Mr. Waggoner, who has publicly opposed the group but said he has no official connection with Students for a Healthy Auburn, said Monday he was simply delivering the petition to the board on behalf of his constituents.

He would not identify the organizers of the group.



**Waggoner**

Michael McCartney of Gadsden, chairman of the board of trustees, said board members had been advised by a university attorney not to discuss the issue.

Opponents of the gay group had claimed the group encourages violations of the state's law against sodomy.

However, the group, relying on about two decades of federal court decisions, have threatened to sue the university if it did not grant the charter.

Mr. Waggoner pledged not to sue the university to have the

**(Please see TRUSTEES Page 4A)**

---

**INSIDE**



**Expect Wednesday's highs to be in mid-50s**

Expect cloudy skies and highs in the upper 50s Wednesday in the tri-county area. Lows tonight will be in the mid-40s. There's a 30 percent chance of rain.

For the latest weather information, call Weatherline® at 262-6800.

| | |
|---|---|
| Ann Landers | 8C |
| Classified | 4B-10C |
| Comics, puzzles | 7C |
| Death notices | 7A |
| Editorials | 8A |
| Movies | 2C |
| Pick of the Pack | 2B |
| Sports | 1B-4B |
| Television | 2C |

If you don't receive your Journal by 5 p.m., please call our Customer Service Department before 6:30 p.m. at 269-0010 and one will be delivered.

**Emergency room: Baptist**
**Emergency maternity service: Jackson**

---

# Narcoti... suspect...

**■ Police roundup**

**By Ishmael Ahmad and Stephen Merelma...**
*Staff writers*

Montgomery narcotic... total of $18,900 worth... sources and arrested fi...

About 8:45 p.m. Sat... Department narcotics... dential informant, pur... cocaine from drug dea... on East Boulevard, sai... spokesman. The drug... $11,500, he said.

Immediately after th... arrested and each cha... caine with the intent t...

U.S. Attorney Jim W... suspects also have be... carrying a firearm... offense.

The suspects are: ... Gaston Ave.; Reginald... Ave.; Kenneth Stovall... Phifer, 23, 651 W. So... 19, 1029 Highland Vill...

A sixth suspect was... East South Boulevard... lice arrived, Capt. Ga... find 74 grams of crac... confiscated the drug, v...

If convicted, each s... to life in prison and b... lion for the drug off...

---

**COMING TOMORROW:** Great new recipe...

Ex. K-13
0112

## CONTINUED...

## Trustees

charter overturned, but said the conservative U.S. Supreme Court could overturn past decisions.

He said Auburn should not have an official organization based on sexual orientation.

"I'm a heterosexual; I haven't formed a heterosexual organization," he said. "I practice — well, I wouldn't say I practice heterosexual sex, but I am a heterosexual."

## Sign

sign in the yard in front of his office at 2903 Chestnut St.

"He laughed Monday about the sign and his hopes that robbers will hear his appeal and practice their lawbreaking elsewhere.

"Get my neighbor," a good natured Mr. Thomas said as a joke. "Maybe they will go next door and leave me alone.

"I'm just saying, 'Back off,' " he said. "They're killing me. They stole everything twice. My insurance company is going to cancel me. They (insurance agents) want to know what I'm doing to stop them from breaking in."

He erected the sign out of frustration, he said. And though it offers little protection against the devices of thieves, he said he thinks it might help because even "a hard-hearted criminal" will go elsewhere if asked politely.

"If you were a robber and read that sign would you come in and do it again?" he asked, somewhat sincere but with a touch of humor.

A home builder, he has operated Frank Thomas Builder Inc. at the same location for 15 years, he said. These break-ins are the first times he's ever been burglarized.

During the two burglaries thieves entered through a window and a door, he said. The first was Christmas Eve night. He said intruders took everything mechanical — the telephone, the television, an anwering machine, a typewriter, a calculator, tools, even a chain saw.

"The worst thing about it is they took a hind quarter of deer meat out of my refrigerator," Mr. Thomas said. Stalking the deer a weekend before had been ex-

Rep. Browder said the court ruling "is not the end of the ball-game."

"All of us would prefer that the Legislature, the elected representatives of the people of Alabama, be able to resolve this issue," he said.

Rep. Campbell said Reps. Erdreich and Harris "get shafted," but apparently have many constituents in their district supportive of the court plan.

Rep. Erdreich said he didn't like his district as drawn by the court.

"This, frankly, is judicial activism," he said. "I don't know of any state in the union where the state legislature was prohibited from acting by a judiciary rushing in," Rep. Erdreich said.

Rep. Harris also said he had problems with the court order. He said the judges asked the professor who was their technical consultant to determine if there was "any apparent reason that Claude Harris be moved" from his current district. Rep. Harris said that request apparently caused an earlier draft of the redistricting plan to be adjusted slightly so that Rep. Harris' home was in the new majority black district.

"One of the things about the order that surprised me was the efforts that the judges made to put me in a minority district," Rep. Harris said.

"I just don't know what their motivations were."

Gov. Hunt said he had not seen the plan, but based on what he had heard the suburban Birmingham district "would probably be the strongest Republican district."

The judges set a Friday deadline for parties to file objections focusing on the accuracy of the population figures in the remapping plan. However, attorneys on all sides of the dispute agreed on the accuracy of the figures going into the trial.

Redistricting is required every 10 years to reflect population shifts registered by the census count. A goal this year is to create a majority-black district that creates the possibility of the first black being elected to Congress from Alabama since Reconstruction.

The court's plan would make District 7 a majority-black district, drawing black voters from part of Jefferson County and part of Montgomery County to go with others in the majority-black middle class in the form of an increase of rt least $500 in the per-

Gantt.

Mr. McKissick was taken to Jackson Hospital in a private vehicle for treatment, police said.

Detectives later discovered a 36-year-old Wellington Road man had sought treatment at Humana Hospital-East Montgomery for a gunshot wound to his left thumb.

The Wellington Road man, who police declined to identify, is being investigated as a possible suspect in the shooting, Capt. Gantt said.

## Bush

Times reported in today's editions that Budget Director Richard Darman was rewriting portions of the national health care section of the budget to address concerns of congressional Republicans.

The Times said Rep. Bill Gradison, R-Ohio, and other Republicans on Capitol Hill were concerned about a proposal to impose a new tax on health insurance benefits that affluent people receive from their employers. And they also were concerned about a proposal to increase Medicare premiums for people with high incomes, the Times said.

The Post said the congressional Republicans had been led to believe the health care provisions would not be announced until mid-February, after significant consultation with them. President Bush's chief of staff, Samuel Skinner, told Mr. Darman to delete the details, the Post said.

President Bush has said he'll exert the same leadership in overseeing the economic rescue plan that he used in forging the coalition that a year ago drove Iraq from Kuwait.

The president was expected to reflect on the Gulf War victory as well as on the breakup of the Soviet Bloc and the easing of East-West tensions. Officials said the speech will present a dual assessment of the state of the union.

While President Bush will seek to be solemn and realistic on the economy, he will be upbeat on the nation's international standing, the officials said.

"It'll be forthright and candid about the economic challenges ahead of us and it'll lay out a blueprint that people can understand and will go to the point," Mr. Fitzwater said Monday.

President Bush's proposals include income-tax relief for the

## *Immig into Ai*

By The Washington Post

NEW YORK — It difficult to gain illegal the United States.

Gaining illegal ent evoke images of famil through Mexico in sneaking by the Borde the dead of night.

Many still enter t States by crossing the de at night, but there for such a hassle. A wants to come to t States need only bu ticket and arrive at M John F. Kennedy Int Airport. The border open, according to Ir and Naturalization S cials.

A flood of illegal Kennedy, expected 10,000 this year, has INS detention facilitie

As a result, virtually is allowed in. Thos proper entry documen a tourist visa, are deta ly at the airport ar appear at a hearing immigration judge —

## Kohl: 'E

By The Associated Press

LONDON — The e coin, the butt of jokes cow in Germany an doesn't want it in his p

The German leader "EH-cue," "eh-COO" whom you ask — is a common currency of t munity. It's the Engl currency unit."

"Having a common will certainly not be ca better name," Mr. Koh He didn't say what it

## Leaders

By The Associated Press

ALGIERS, Algeria leadership of the part Algeria's independe ruled for three decad signed, state radio today.

The Natio

0113

The Montgomery Advertiser

# AU student leader gives trustees petition against homosexual group

**By TRACEY McCARTNEY**
Staff Writer

Auburn University's student body president made a final stab Tuesday at keeping a gay and lesbian group off campus, but AU trustees were mum about what action, if any, they would take on the matter.

Student Government Association President Jon Waggoner, a non-voting member of the board, delivered a petition from Students for a Healthy Auburn, a group that recently started to oppose the university charter of the Auburn Gay and Lesbian Association.

The petition bore more than 12,200 signatures, about a third of which were those of Auburn students, Mr. Waggoner said.

The student group had mailed petitions all over the state, and many of the signatures were delivered by facsimile machine, he said.

The petition requested the trustees to step in and rescind the charter granted to the gay group Jan. 7 by AU President James Martin over the objections of the Student Senate,

**Waggoner**

which had voted overwhelmingly Nov. 25 to deny the group official university status.

Mr. Waggoner, who has publicly opposed the group but said he has no official connection with Students for a Healthy Auburn, said Monday he was simply delivering the petition to the board on behalf of his constituents.

He declined to identify the organizers of the group.

Michael McCartney of Gadsden, chairman of the board of trustees, said on Monday board members had been advised by a university attorney not to discuss the issue.

Opponents of the gay group had claimed the group encourages violations of the state's law against sodomy.

However, the group, relying on about two decades of federal court decisions, had threatened to sue the university if it did not grant the charter.

Mr. Waggoner pledged not to sue the university to have the charter overturned but said the conservative Supreme Court could overturn past decisions.

He does not believe Auburn should have an official organization based on sexual orientation, he said.

"I'm a heterosexual; I haven't formed a heterosexual organization," he said. "I practice — well, I wouldn't say I practice heterosexual sex, but I am a heterosexual."

# Police say incident being investigated

**By PENNY L. POOL**
O-A News Staff Writer

Police are investigating the firing of a pellet gun near a group of Auburn University students, believed to be members of the Auburn Gay and Lesbian Association.

The Tuesday night incident occurred in the parking lot adjacent to Noble Hall — a men and women's residence hall on West Magnolia Avenue.

A written news release from Auburn University states that no one was injured in the 11:25 p.m. incident, according to Auburn University Police Chief Jack Walton.

An AU student is believed to have fired a pellet rifle from inside Noble into the campus parking lot near five students.

Executive Director of AU Public Relations Herb White said he could not confirm the students involved were members of the AGLA, whose request for a club charter has been a highly controversial issue.

White, who was out of town until late Wednesday afternoon, said his information about the incident was scant but said there was some indication that the students were AGLA members.

When questioned about missing details, he said, the news release was all that could be released since the matter was under investigation.

However, he did say "The Disciplinary Committee of the university will be involved in this process very shortly...Certainly, disciplinary action will be a matter of general course."

White said he could not speculate on potential penalties which would depend on the disciplinary committee and the seriousness of what occurred.

The rule against having firearms on campus was violated, he said, noting even a pellet gun "is a dangerous weapon fired at close range. We're not taking the incident lightly."

Repeated calls to Walton to verify whether official charges had been filed were not returned. The release, however, said no arrest had been made and no information about the student was given. The release did note that a pellet gun was recovered.

"We've been talking about it all day," said Matt James, a residence adviser at Noble. He did not see anything but said he had

(See **Incident** Pg. 2A)



**SHOOTING SITE** — The courtyard outside Noble Hall on the Auburn University campus is where five members of a gay and lesbian association claim they were shot at with a pellet gun. — Photo by Woody Marshall

## project hinted at

Ex. K-15
0115



Shelia Shadrick alleged that the Talladega County district attorney's office threatened her with jail to get her help and then advised her to lie to her lawyer during the investigation into the county.

But Circuit Judge Jerry Fielding rejected her claims Tuesday, finding after listening to the tapes that Ms. Shadrick was not threatened, intimidated or coerced and her right to counsel was not violated.

Shadrick, owner of the Sunset Inn retirement home, faces theft charges for cashing rent checks when she managed the home for the county.

Shadrick testified that she had a two-year love affair with Hann and she was given $50,000 in cash and jewelry.

While Hann was under investigation, Shadrick was approached about rent checks she had endorsed, according to testimony.

She told investigators that Hann gave her authorization to cash county checks.

## Coalition allowed permits for protests

HUNTSVILLE (AP) — Any member of a Huntsville minority-rights coalition can now request a city parade permit to hold protest demonstrations downtown.

James Dawson, a member of the Coalition of Citizens for Equality and Justice, recently had been told by Mayor Steve Hettinger that no march permits would be approved unless requested by coalition spokesman Wiley Day.

Day had asked Hettinger in a Jan. 16 letter to issue coalition march permits to him only.

The mayor now says any member of the group can apply for a permit.

## Genetic test results may mean new trial

SCOTTSBORO (AP) — A judge is considering whether an error in the interpretation of a genetic sample warrants a new trial for convicted murderer Waylon Dwight Perry in Scottsboro.

Perry, 38, was convicted in December 1988 in the robbery and beating death of 79-year-old Bryce Wallace.

'th the court's plan.

'There are five of the seven congressmen who are happy as pigs in the sunshine," said Campbell, who is also co-chairman of

# Outrage
### (From Pg. 1A)

not include this portion of the shooting.

And, members noted, in order to fire a shot from the rear of the building, the shooter would have had to enter another dorm room.

"In my opinion," said Jim, "he was obviously trying to scare us."

AGLA members claim the incident was sparked — at least in part — by recent statements made by Student Government Association President Jon Waggoner, who they claim is fomenting a dangerously anti-gay environment on campus.

"Jon Waggoner and his fellow hatemongers have created an atmosphere of hatred and bigotry that has led people to believe this is appropriate behavior," Steve said.

Waggoner, who has compared homosexuality to pedophilia in recent weeks, adamantly denied any connection between his stand against the AGLA and Tuesday night's incident, and called for the arrest of the perpetrator.

"We need to make sure that

# Incident
### (From Pg. 1A)

heard the person was not shooting at the students. The person with the pellet rifle allegedly shoots at a lamp post out front of the hall. The police came and got the gun but did not arrest the student, he said.

"I think this is going to work in favor of the ALGA," James said. Saying he was not for or against the group, he said he found the SGA President Jon Waggoner's stand against the group "interesting."

"I think this is kind of sad actually," James said, "The whole basis of this country is freedom.

ALGA adviser Dr. Donna L. Sollie said she did not have as much information as she would like but she did not believe it was an accident.

"Barry (Burkhart) and I have

(In the proposed majority-black district) might form "Jefferson County, ...e could conclude the winner would come from Jefferson County," Horn said.

person is prosecuted ... if they are guilty," Waggoner said. "I wouldn't advocate that type of activity and I want it made perfectly clear that I am against anyone taking the law into their own hands."

With Barnes leading the way, the AU administration earlier this month overturned a SGA decision to deny a charter to the AGLA. Waggoner has since been at the forefront of a movement to reverse the administration decision and revoke the AGLA's charter.

Earlier this week, Waggoner presented AU's Board of Trustees with a petition containing some 12,000 names seeking to reverse the AU administration's recognition of the AGLA. The petition is sponsored by "Students for a Healthy Auburn." Members of that group remain confidential.

Steve, meanwhile, demanded action from the university in ensuring the safety of AGLA members and pledged to push for the prosecution of the shooter.

"This is intolerable," he said. "We want this person arrested and prosecuted to show people that we are not going to tolerate any more of this."

talked about this and I think we agree the Office of Students Affairs must act responsibly and step forward and denounce this incident," Sollie said.

Dr. Barry Burkhart is the other ALGA adviser. Attempts to reach him were unsuccessful.

"I think it was an outrageous act and the university administration should take a stand that this kind of violence should not occur and take a stand for the right of this group to exist," Sollie added.

"I think it is imperative that they respond. I think the administration needs to take a stand in terms of protecting the rights of the students and they need to make a statement about the importance of the need for tolerance, for diversity on a college campus," the associate professor in family and child development added.

Repeated attempts to reach top officials in the Office of Student Affairs were unsuccessful.

# Opelika-Auburn News

**88TH YEAR, NUMBER 23**   (205) 749-6271   **16 PAGES/35¢**



# AGLA claims members fired at

**By SAMUEL T. HARPER**
**O-A News Staff Writer**

Members of an Auburn University gay and lesbian organization expressed outrage Wednesday following a pellet-gun incident on campus that they consider a hate crime.

The Auburn Gay and Lesbian Association also complained of a lack of cooperation with the AU administration and campus police following a Tuesday night episode during which someone allegedly fired shots from a pellet rifle at members of the group.

"We signed arrest warrants today and the guy is still in his dormroom," said Steve, the pres-ident of AGLA, who declines to have his last name printed for fear of retaliation.

The incident took place amid rising levels of tension and anti-homosexual rhetoric involving the AU Student Government Association and the AGLA.

"We are people and the administration should uphold our right to go to school peacefully," Steve said. "The administration knew months ago that something like this might happen, and they've done nothing to try to prevent it."

Auburn's University Relations did not address the complaints raised by the AGLA Wednesday.

"We asked for a police report about the shooting incident

Meanwhile, Dr. Pat H. Barnes, AU vice president of Student Affairs, said Wednesday night that she had been out of town until late Tuesday afternoon and did not have details on the incident.

"At this point in time, I have not talked to any members of the (AU) police department or anyone in the AGLA, so it would be premature to comment on that without having a chance to talk to the members involved," Barnes said.

Members of the AGLA said they had finished hanging signs Tuesday night and were deciding on a dining place — standing in front of AU's Noble Residence Hall — when they heard a "pop"

near a sidewalk lamp at about 11:25 p.m.

"Some people said it sounded like a shot but some of us didn't think anything about it," said Jim, an AGLA member who was present during the pellet-gun incident. "We looked up on the third-story of the (dormitory) and saw a window open and someone standing in it."

Members said they then walked around to the rear entrance of the dormitory because an AGLA member went to go inside to get his check book. Then another shot whizzed by, members said.

The official AU report ...

(See Outrage Pg. A3)



## Developer caught in ... war

... AU ... News Staff Writer

## The budget dollar

**$1,516,700,000,000**

# Police say incident being investigated

**By PENNY L. POOL**
**NOA News Staff Writer**

Police are investigating the ... of a pellet gun near a group of Auburn University students ...

believed to be members of the Auburn Gay and Lesbian Asso-

**JON WAGGONER**

Shelia Shadrick alleged that the Talladega County district attorney's office threatened her with jail to get her help and then advised her to lie to her lawyer during the investigation into the county.

But Circuit Judge Jerry Fielding rejected her claims Tuesday, finding after listening to the tapes that Ms. Shadrick was not threatened, intimidated or coerced and her right to counsel was not violated.

Shadrick, owner of the Sunset Inn retirement home, faces theft charges for cashing rent checks when she managed the home for the county.

Shadrick testified that she had a two-year love affair with Hann and she was given $50,000 in cash and jewelry.

While Hann was under investigation, Shadrick was approached about rent checks she had endorsed, according to testimony.

She told investigators that Hann gave her authorization to cash county checks.

## Coalition allowed permits for protests

HUNTSVILLE (AP) — Any member of a Huntsville minority-rights coalition can now request a city parade permit to hold protest demonstrations downtown.

James Dawson, a member of the Coalition of Citizens for Equality and Justice, recently had been told by Mayor Steve Hettinger that no march permits would be approved unless requested by coalition spokesman Wiley Day.

Day had asked Hettinger in a Jan. 16 letter to issue coalition march permits to him only.

The mayor now says any member of the group can apply for a permit.

## Genetic test results may mean new trial

SCOTTSBORO (AP) — A judge is considering whether an error in the interpretation of a genetic sample warrants a new trial for convicted murderer Waylon Dwight Perry in Scottsboro.

Perry, 38, was convicted in December 1988 in the robbery and beating death of 79-year-old Bryce Wallace.

---

with the court's plan.

"There are five of the seven congressmen who are happy as pigs in the sunshine," said Campbell, who is also co-chairman of

# Outrage
### (From Pg. 1A)

not include this portion of the shooting.

And, members noted, in order to fire a shot from the rear of the building, the shooter would have had to enter another dorm room.

"In my opinion," said Jim, "he was obviously trying to scare us."

AGLA members claim the incident was sparked — at least in part — by recent statements made by Student Government Association President Jon Waggoner, who they claim is fomenting a dangerously anti-gay environment on campus.

"Jon Waggoner and his fellow hatemongers have created an atmosphere of hatred and bigotry that has led people to believe this is appropriate behavior," Steve said.

Waggoner, who has compared homosexuality to pedophilia in recent weeks, adamantly denied any connection between his stand against the AGLA and Tuesday night's incident, and called for the arrest of the perpetrator.

"We need to make sure that

# Incident
### (From Pg. 1A)

heard the person was not shooting at the students. The person with the pellet rifle allegedly shoots at a lamp post out front of the hall. The police came and got the gun but did not arrest the student, he said.

"I think this is going to work in favor of the ALGA," James said. Saying he was not for or against the group, he said he found the SGA President Jon Waggoner's stand against the group "interesting."

"I think this is kind of sad actually," James said, "The whole basis of this country is freedom.

ALGA adviser Dr. Donna L. Sollie said she did not have as much information as she would like but she did not believe it was an accident.

"Barry (Burkhart) and I have

---

(In the proposed minority-district coming from Jefferson County. I could conclude the winner would come from Jefferson County," Horn said.

person is prosecuted — if they are guilty," Waggoner said. "I wouldn't advocate that type of activity and I want it made perfectly clear that I am against anyone taking the law into their own hands."

With Barnes leading the way, the AU administration earlier this month overturned a SGA decision to deny a charter to the AGLA. Waggoner has since been at the forefront of a movement to reverse the administration decision and revoke the AGLA's charter.

Earlier this week, Waggoner presented AU's Board of Trustees with a petition containing some 12,000 names seeking to reverse the AU administration's recognition of the AGLA. The petition is sponsored by "Students for a Healthy Auburn." Members of that group remain confidential.

Steve, meanwhile, demanded action from the university in ensuring the safety of AGLA members and pledged to push for the prosecution of the shooter.

"This is intolerable," he said. "We want this person arrested and prosecuted to show people that we are not going to tolerate any more of this."

talked about this and I think we agree the Office of Students Affairs must act responsibly and step forward and denounce this incident," Sollie said.

Dr. Barry Burkhart is the other ALGA adviser. Attempts to reach him were unsuccessful.

"I think it was an outrageous act and the university administration should take a stand that this kind of violence should not occur and take a stand for the right of this group to exist," Sollie added.

"I think it is imperative that they respond. I think the administration needs to take a stand in terms of protecting the rights of the students and they need to make a statement about the importance of the need for tolerance, for diversity on a college campus," the associate professor in family and child development added.

Repeated attempts to reach top officials in the Office of Students Affairs were unsuccessful.

# Editorial

## The Auburn Plainsman

**Managing Editor**
Alyson S. Linde

Scene Editor, Kate Greene
Photography Editors, Rob Cheek
and Clint Clark

Art Editor, Chris Stewart
Graphics Editor, T.E.D. Andrick

...ey Day, Jay Evans and Sean Selmon, Assistant
...y, Tim Ponick and James Foster, Assistant
...g and Mtry Speake, Assistant Perspective Edi-
Photography Editor: Ryan Gay, Assistant Copy
...d Jowl Newkirk, Assistant Technical Editors:

**Production Director**
George Govignon
**Assistant Production Director**
Darren Wright

Michael Hoya, Amber Ivey, Marylea
Production Artists: Thomas Alford, Jennifer
...pes, Greg Mattox, Michael Mitchell, and
Manager: Jeffrey Chubick, Copy Editors:
...nde, PMT Specialist: Randy Thompson.

...th the copyright symbol (©) are copyright-
an. Other publications desiring to use
s may obtain information about purchas-
ts from The Auburn Plainsman business

## Money takes control over all decisions

It is only my personal belief, but when the administration gave a charter to the AGLA, I don't think it had anything to do with human rights.

Before you think this column is about gay rights, or lack thereof, let me state the real purpose of this column. It is about money.

As the old cliche goes, "Money makes the world go round," and some things will never change.

Everything in this country (or most everything) will come down to economics, no matter how much that fact is denied.

Take the Super Bowl. Thousands of protesters turned up at the big game, to argue, among other things, that using names like "Redskins" for mascots is racist. There were many other groups who sought out the game for different protests, but the Indian Rights Group was the most relevant to the game.

**GREG KLEIN**
*EDITOR*

Jack Kent Cooke, the Skins' owner, won't even meet with the protest group. Cooke, an independently wealthy man, doesn't need to please fringe groups to turn a profit. His money will keep coming.

Similarly, after the World Series, the protesters targeted the Atlanta Braves. Upper management even met with head protester Clyde Bellacourt. No name change is expected, despite Jane Fonda's awareness of the problem. Owner Ted Turner has invested too much money into promoting his team to make a change. Developing a new logo and advertising the change also costs money.

In writing this column I'm reminded about Joseph Heller, who is most famous for writing Catch 22. In an interview with PBS journalist Bill Moyers, Heller states that he doesn't vote because it is a myth that voting can affect a change.

What Heller does is donate money to political campaigns or lobbying groups he supports. Money he believes can help accomplish something.

Look at the beer companies.

For years, groups have lobbied Congress for tighter regulations on beer ads. Some believe that no beer ads should be on television.

In response companies like Anheiser-Bush have spent millions of dollars on ads preaching responsibility. During the Super Bowl there were more "Don't drink and drive" ads then there were Bud Bowl spots.

Think Congress is going to regulate these ads? If your answer is yes, then either you aren't paying attention or maybe I need to mention lobbying.

Some people would call it bribing, but what is wrong with interest groups spending their money dining and giving gifts to their political representatives or everyone's representatives or the staffs of everyone's representatives.

If they happen to kick in some campaign money, the next time one of those politicians runs for re-election, what's the harm?

At this point in the column, I should make some sweeping generalization about capitalism or proclaim myself a socialist or something, but I can't.

I don't always like the way our government works, but it is certainly better than non-commerce forms of rule.

However, some friendly advice: follow the money.

From the timber groups to beer companies to the military, money sets policy, and big business usually is as involved in government as the politicians are.

The AGLA is here because it ultimately would have cost Auburn more then it was worth to fight it. Maybe not in legal fees, but in tuition or some other form.

And unless you can hit the University or any other group where it really hurts, on the bottom line, then all you are doing is wasting your breath and a lot of paper.

## Johnny can pray, but he can't read



Can you say "prayer...

...rash right now and
not reveal it publicly. Additionally
separating sin... what it boils down

ghts in mind, Alabama's primary has been this election season. At first glance, the move tate's voters. Since it is the day of many local I increase, and the likelihood of candidates

on't be the case. On the same day, California and once again Alabama and its voters may

from the high profile Super Tuesday was Alabama from this region, it is the only thing :omplished. However, if the move was under-campaigns and candidates into the state to \lambda labama will suffer again. Someone should endar better, because most candidates will be here I come," before Alabamians get the

# e and confusing

sf at Auburn has always been that our fellow niversity of Alabama got special, or at least om the state government. Now, after consult-itution, we are sure of it.

e Amendments dealing with the Board of ool differ. According to Amendment 161, the .ed and appointed by the governor, and each year term. No limit exists on the number of erve.

\lambda labama board is constructed in a different s self-perpetuating – that is, each departing her replacement. Terms are for only six years, : three terms if he or she chooses.

us that apply to Alabama, No. 264 and No. provisions for the "board of trustees of state is may lead one to believe Auburn is the one tment, those codes apply only to University of y of the other state schools. Is the Constitution a campus is *the* State University? Sadly, we is belief is perpetuated every time the State iding for the two schools.

may be merits to both systems, all the univer-cluding our own, will suffer because no stan-s. Their actions, powers and service are praci-a result.

i state ever learn that separate can never be

0122

Admittedly, parents and the com-munity are doing all they can. We're seeing more fundraisers and more donations to the PTA.

But when you just got laid off from DP with 249 of your co-work-ers after four years of work, extra cash is tight.

Quite simply, the schools need more money. A lot more money. (Just ask our Edukashun Prezidant. He promised that, if I remember correctly.)

As things stand, your average American breadwinner can't afford (or doesn't want) to pay more taxes – regardless of whether Johnny can't read.

American industry is strapped for

Au Plainsman 1/30/92

# Open minds would help Auburn improve



**VALERIE SMITH**
**COPY EDITOR**

Before deciding to attend Auburn, I also considered the Uni-versity of Georgia. It had a good journal-ism school, and just about all my high school chums were going there. But, alas, my mother had many objections to that uni-versity.

Those objections were based on a "scandal" which had happened a few years before, when a professor claimed athletic coaches were putting pressure on her to pass athletes, regardless if they deserved to or not. Although I pleaded with my mother to allow me to matriculate there, she stead-fastly refused me that pleasure.

I packed my bags and headed to the oh, so clean and innocent Auburn and made mom happy. Lit-tle did she know Auburn would soon yearn to have such piddling problems as UGA did so long ago. The problems UGA had with its

their command is unknowable – out those portions of it made public are staggering.

According to the 1991 *Yearbook of American and Canadian Church-es,* 50 U.S. communions, represent-ing a membership of 46 million Americans, voluntarily or publicly supplied information about the donations they received last year.

Those 46 million citizens donated close to $14,000,000,000.

An additional $3,000,000,000 was received in the way of "benev-olence."

The *Yearbook* goes on to say, "Not all bodies in the U.S. or Cana-da gather financial data centrally, and some have information but do

athletic program cannot even begin to rival those Auburn is having now, but even more importantly, Auburn is having a problem with free-dom – both aca-demic and personal.

I wish Auburn's only problem was the NCAA investi-gation – that wouldn't affect a grad-uating senior. What I am concerned about is the fact that a brilliant scholar like Charles Curran or an organization like the Auburn Gay and Lesbian Association could be subjected to such hostility. I guess I was naive in thinking a college campus is a place to exchange ideas and beliefs, a place where almost everyone is open-minded enough to accept the idiosyncrasies of others.

The only thing most people in Auburn care about is football. Iron-ically, the whole reason I came here is because my mother thought

more giving to(xs) tnan tne mem-bership of all those communions surveyed.

Whether religious organizations are taxable is merely a matter of legal interpretation.

If the churches are viewed as supplying a service to the public (no different than an establishment dealing in crackers, wine and phi-losophy), they are indeed highly profitable ventures. The amount of money donated back to the needy does not represent a large portion of their intake, boys and girls (of course, we don't have that particu-lar statistic. I can't imagine why it wasn't publicly released...).

As for the whole church and state

Auburnites weren't as zealous about the game as those in Athens. How could she be so foolish?

Living in Auburn is like living under the martial law of the "moral" majority. Tolerance is frowned upon. Those who support and practice academic freedom are fired. One of my best teachers was "let go" before his contract ran out because he was too "controversial," and he didn't play the game.

The University is operating with total disregard for any freedom – be it religious, personal or academic. *Plainsman* writers who don't believe in God are publicly humili-ated in the editorial pages by people who call themselves Christians.

These people must not be reading the same Bible I am. In mine, Jesus teaches tolerance and love, not closed-mindedness and hate.

As for personal freedom, the stu-dents have made sure that this only applies to white, heterosexual stu-dents.

By trying to overturn President James E. Martin and Pat Barnes'

decision to grant the AGLA a char-ter, the SGA is attempting to violate the most sacred document of this country, as well as the University's own Constitution, citing the AGLA does not represent the Auburn fami-ly.

Most students here are content to live in their upper-middle class world, learning edited versions of history and being denied the oppor-tunity to have wonderful teachers like Charles Curran or Allen Shel-ton. Most of them believe the AGLA should be forced back into the closet.

I am not writing these things because I hate Auburn. I say them because I love Auburn.

I have seen what Auburn could be – a campus with complete toler-ance of academic, religious and personal freedom – a place where liberals and conservatives could; exchange ideas and a place where football is a pastime, not a religion.

This is the place my mother believed in, and this is the place I want to believe in, too.

ni I'm sure tne corporate commu-nity wouldn't protest too much.

If you can't stomach the idea of taxing your local church, then I can urge two other possible solutions to you. One is to finally go ahead and legalize marijuana and tax it, instead.

The other is to donate some of that hard-earned cash you're giving to folks you see one morning a week and turn it over to your local PTA. Try giving to your local branch of the Church of the Mind. Who knows what the rewards may be? Maybe your kid won't have to timeshare his books, after all.

Besides, how can a child learn about the Bible if he can't read it?

These are tragic occurrences that weigh heavily on our lives. God cares about helping and healing every struggle in our lives. God's goal is to bring each one of us to a joy-filled, purposeful life. These purposes center around the original intentions God had for mankind in the beginning of time.

WE BELIEVE that God created us in His image, "male and female," for the purposes of

Romans 1:24-32 mentions homosexuality along with envy, murder, strife, deceit, gossip, slander and the disobedience of children, among others. All these sins can be equally forgiven. We have loved, accepted, counselled, and befriended people in these situations in the past. We will continue to do so.

WE FURTHER BELIEVE that when we make decisions that are

Tracy Boyd
Baptist Campus Ministry
Buzz Amason
Campus Crusade for Christ
Vic Black
Navigators
Rev. Paul Hahn
Reformed University Fellow
Rob Bailey
World Wide Discipleship

# Consent makes homosexuality different

Editor, The Plainsman:

As a resident of Auburn for more than 10 years, I have noticed that homosexuality becomes an issue at Auburn on almost a yearly basis.

Homosexuality is an emotional subject for many people, and as such the arguments for or against the rights of homosexuals are usually based on emotion rather than sound reasoning.

However, I would like to address the tendency of some people to write (letters to the editor) (Mike Fellows, January 16th issue) that compare the immorality of homosexuality to acts such as incest, rape and murder.

To quote Mr. Fellows, "Suppose

a group asked to promote participation in incest, bestiality, murder or rape. Their actions are no worse either morally or legally than this group (AGLA)..."

I can not speak for offenses on the rest of the animal kingdom, but two things clearly separate homosexuality from incest, rape and murder. They are consent and victimization. Homosexuality involves consenting partners. Incest and rape are acts in which no consent is given. The results of such acts cause psychological pain on a victim that is sometimes unbearable. I would suggest that anyone who would argue that homosexuality is morally or legally compatible to murder may want to

work on his skills of reason.

Mike Fellows may have have lived a charmed life and has never know a victim of rape, incest or murder. If he had, he would understand the severity of these horrible acts.

Many students at Auburn have not been exposed to the iniquities of the outside world. To them, incest, rape and murder are not yet a reality. But as their lives progress, there is a real chance that these things will happen to them or someone they love. Then the homosexual living next door, and yes, paying taxes too, may not seem so threatening or immoral.

Joy Malone
Class of 1982

## Plainsman Policies

The Auburn Plainsman is the student newspaper of Auburn University. The Plainsman is produced entirely by students and funded fully by advertising revenue and subscriptions. Office space in the basement of Foy Union is donated by the University. The phone number is 844-4130.

The Plainsman is published every Thursday during the academic year, including summer quarter. The summer editor and business manager are chosen by the Communications Board. Faculty adviser is journalism professor Ed Williams. The editor and business manager choose their respective staffs. All students interested in working at The Plainsman are welcome to apply. experience is not necessary. Staff meetings are at 5 p.m. each Thursday.

**Editorials**

Unsigned editorials represent the views of the Plainsman editorial board, which consists of the editor, managing editor, editors and news assistant editors. Personal columns represent the views of the author.

Errors of fact will be corrected the following week on the second page of the section on which it occurred.

**Letters**

The Plainsman invites opinions to be expressed in letters to the editor. Letters must be typed or legibly written. Letters no longer than 300 words are subject to being cut without notice. The editor has the right to edit or refuse any letter. Letters must be signed and presented with a valid student ID by Monday at 3 p.m.

**Advertising**

Campus Calendar is provided as a service of The Plainsman to all University-chartered student organizations to announce activities. Announcements must be submitted on forms available in the office during regular business hours. Deadline is Monday at 5 p.m.

Classified ads cost 25 cents per word for non-students and 20 cents per word for students. There is a 14-word minimum. Forms are available at the office during regular business hours. Deadline is Tuesday at 11 a.m. The local advertising rate for display ads is $4.25 per column inch. Deadline is Friday at 5 p.m.

---

downgrade the Liberal Arts curricula and faculty would have been incredible in the 1890s when my father got a non-technical degree and in the 1920s when I got a non-technical degree. It is even more incredible in 1992 when we remember the numerous lawyers, doctors and teachers of history, English and social sciences who earned Auburn degrees.

Thousands of students, including several other of my kin, have gotten

education.

There isn't a single land grant institution in the country that limits its offerings to agriculture and mechanics. The Universities of Wisconsin, Illinois, Georgia, and California, and Cornell and Ohio State, MIT, Purdue, and Penn State, among many others, are land grant institutions that have distinguished arts and sciences programs.

Liberal Arts are necessary first to make educated people out of

education.

The 1862 Morrill Act (establishing land-grant schools) included "scientific and classical studies" as essential. The past trustees who renamed API as Auburn surely knew that a true university requires a free-thinking faculty in control of all curricula.

J.B. McMillan
Class of 1929

# AGLA isn't only group that should go

Editor, The Plainsman:

I have a problem, and I need to express my concern.

I was thumbing through the Glomerata and noticed a picture of the parachuting club! Now I've got nothing against people who like to drive my Beamer through questionable parts of town after dark, and if somebody wants to jump out of a perfectly good airplane, that's his business. However, as a University organization, the parachuting club may request money from the student activity fees budget, and that means I may be funding their activities of which I don't approve. Besides, it's probably illegal, and if it's not, it oughta' be. Other clubs and campus organizations get away

with similar exploitation. The UPC gets all kinds of money to show old movies. Who wants to watch an old movie? They are also sponsoring a concert with The Cult and Lenny Kravitz – long-haired screaming homosexual sympathizers who have no business in the South. Which reminds me that those Gays and Lesbians are trying to screw their charter. I think it's understood why those people make me uncomfortable.

My problem is not that I disapprove of the actions of my neighbors. After all, I am a good American and I always say, "Live and let live." My problem is that I am being forced to fund their activities. Some righteous guys and gals had a petition last week against the AGLA, and I wondered where the petitions were against the UPC

and the parachuting club. I think no petitions against these organizations exist despite their possible use of student activity dollars. So, come next week, I'm gonna' have a petition against the UPC, the parachuting club, and I think I'll throw in the cycling club too. (They shave their legs ya' know.) Let me know all the clubs you don't like, and I'll include them on the petition. I'm sure we can all think of a bunch. If you have good beliefs, and if you give a damn about making people around you have similar beliefs, sign the petition against the AGLA, and sign mine as well.

Ashley Powell
03PS

# Paper's error spurs unfounded attack

Editor, The Plainsman:

I would like to request the publication of the following letter which is prompted by the scurrilous, defamatory personal attack made upon me by Nathan Basik. His vilification of me can be attributed only to ignorance and prejudice. In order to correct the misstatements he has made about me and my career at Auburn the following facts are presented:

In my letter to The Plainsman, I identified myself as "Retired University Professor." The Plainsman incorrectly changed this to "Retired AU Professor."

I joined the Auburn faculty in 1957 as an instructor in sociology. At the end of the 1964 academic year, as a tenured assistant professor of sociology, I resigned to take a similar position at Bowling Green State University in Ohio. Anyone with an interest in facts and

truth can find this information in University bulletins.

Basik's strange claim that "this theory that the holocaust never existed" can once again be attributed only to a closed, prejudiced mind and is without substantiation.

Russell L. Bliss
Retired University
Professor

## More letters on A-16

0123

# Letters

## 10 organizations ns will never have

Plainsman:

been on our office while, and we would e it with everyone else

5. *Plainsman* Personnel with a Pulitzer Prize Honorary Society
6. MENSA
7. AUPD Admiration Society
8. Faculty with a Clue Association

Clubs You Will Never um:

for Academics Over

ol Reforestation Club tudents Society
s for Academic

9. Sorority Girls for the Moderate Use of Perfume
10. I Can Get Along With People Different From Me Club

Steve Dannelly, 09CS
Beth Allen, 06CS
Kevin Sullivan, 09CS

## n should leave

Plainsman:

ence to the "Joe rticle in last week's e a message for Jim "Joe Random." Jim, if

you don't like it here, do us all a favor: Transfer.

Michael Puffe
04MIS

## World needs different types of people

Editor, *The Plainsman:*

Have the events that transpired over the past year with the AGLA and student body brought you to any new conclusions or realizations? I certainly have noticed that these events represent the attitudes and mind-sets of present day society. And, eventually, it is these attitudes and mind-sets of people that shape the future.

We as students should see this time in our lives in terms of how it is going to shape the future. The Big Picture here is that discrimination and prejudice have surrounded the AGLA issue since day one. If you can look out see that, then take a closer look and read between the lines of what people have said and written.

First of all, we must all remember that people are different, and we must respect that fact with a positive attitude. Different is not bad, it is good. It makes this world

an interesting place in which to live. Also, I believe that our differences are what make us unique individuals who can each contribute our own talents and perspectives to improving the world. I am always eager to meet people with different backgrounds and views on life. That does not mean I have to agree with or like their views or lifestyles, but I do have to accept them on the basis of their personal freedom.

Gay people are some of the most humorous, energetic, creative and peaceful people. I would hate to think how boring this world would be without their contributions to all countries, cultures and races. Without gay musicians, artist, writers, educators, leaders and politicians their talents and contributions would be non-existent and we never have the chance to enrich this world.

The problems arise when people close their minds thus reducing everything to black and white. In

order to stay open-minded, ask questions like, "How can we condemn someone for having a different lifestyle or for being different at all? If homosexuals are expressing sincere love for each other then how can that be wrong?" As long as homosexuals are not hurting anyone, let them be. If gays and lesbians are truly happy with the direction their lives are going in, then I am happy for them.

Imagine if we as a nation still did not grant blacks their civil rights? If that were the case, I would be ashamed to call myself an American. In the past, we let our prejudice cause discrimination. The same thing is happening here in Auburn.

Someone's right to be gay is a basic freedom, and this country "Thank God" lets us be free and protects our freedom. To hamper that freedom in any way sends us back to the days when society thought it was all right to make someone sit in the back of a bus

because they were different.

Basically, what I am trying to say is that discrimination, prejudice and oppression are keeping this University and community from progressing toward equality, freedom and peace. The mind-sets of people here and everywhere have to change in order to make the world a better place. Hopefully, through education and mutual open-mindedness we will eventually realize that being different is natural and normal.

It concerns me that people will leave this University with mind-sets that instill prejudice and discrimination into future generations. Auburn please open your minds. What will become of the future if ignorance keeps breeding ignorance?

Tony Traveis
Concerned Student for
Human Rights and Peace

## cure law should be abolished

insman:

ity of authors who AGLA charter in last nsman generously rms morals, values, oles and democratic umbly suggest that

tolerance and mutual respect. And our morals and ethics were personal, our own.

That the recognition and inclusion of this minority in such a large and diverse institution as Auburn would raise such a reactionary response is only

heterosexuals, indeed by more married couples, than by homosexuals.

This law should be repealed because it can only function to permit the state to intrude into the most personal, private aspect of human relationshins. Perhans repeal

## Seaborn responses

## Paul's message misinterpreted

Editor, *The Plainsman:*

In reference to John Seaborn's

persecute Christians. Saul did. Read Acts 9.

Also contrary to Seaborn, the Rible is more than "direct meaning"

The Bible remains a book that is documentation of actual events in history as well as a narrative of narables to aid in the daily living of

0124

# THE ALABAMA JOURNAL ★

**104th Year—No. 21**

Montgomery's Afternoon Newspaper

Thursday, January 30, 1992 ★

Copyright 1992 the Advertiser Co.

25 Cents

**STATE**

### Jackson parents in grocery business

— PAGE 2A

**NATION**

### Dahmer 'groupies' line up for his trial

— PAGE 8A



## Police take gun allegedly used to shoot at gay group

By the Associated Press

AUBURN — Auburn University police confiscated a pellet rifle allegedly used to shoot at members of a new organization for homosexuals, whose president says a student government campaign is fostering anti-gay hysteria.

No one was injured when someone fired a pellet gun at a group of students standing in a dormitory parking lot at about 11:25 p.m. Tuesday, according to a news release from University Police Chief Jack Walton.

A student inside the dormitory, Noble Hall, was believed to have fired the shots. No one has been arrested in the shooting.

The Auburn Gay and Lesbian Association, however, contends the incident was a hate crime against its members stemming from a campaign by the Student Government Association to revoke the group's organizational charter.

The association also charged Wednesday that the university administration and the police were not taking the incident seriously enough.

"We signed arrest warrants today, and the guy's still in his dorm room," said the group's president, Steve, who spoke on condition that his last name not be used.

"The administration knew months ago that something like this might happen, and they've done nothing to try to prevent it."

The university's head of public relations director, Herb White, said disciplinary action would be taken against those who fired the shots. He said the suspect also violated the rule against weapons on campus.

"We're not taking the incident lightly," Mr. White said.

Members of the Gay and Lesbian Association, however, said they had finished positi-

(Please see GUN Page 6A)



## House OKs workers comp bill

County Jail in Clayton.

He said he would like to draw attention to how seriously overcrowded and antiquated his jail is, but added, "this isn't what I had in mind."

## Suspects

ing, a Montgomery police detective testified Mr. Harris told him he had a 7mm hunting rifle, Mr. Oryang had a .45-caliber carbine and Mr. Gibson had an assault rifle the night of the shootings.

## Gun

ing signs Tuesday night and were standing in front of Noble Hall deciding where to go eat dinner when they heard a "pop" near a sidewalk lamp.

"Some people said it sounded like a shot, but some of us didn't think anything about it," said Jim, a member of the gay and lesbian group who declined to give his last name. "We looked up on the third story of the (dormitory) and saw a window open and someone standing in it."

The group then walked around to the rear of the building because one person wanted to go inside to get his checkbook. Then they heard another shot. Members said that the person would have had to enter another dorm room to fire the second shot.

Jim said the suspect "was obviously trying to scare us."

The police report does not mention a second shot.

Matt James, a residence adviser at Noble Hall, said the person with the pellet rifle has been known to shoot at a lamp post in front of the hall. Mr. James said police confiscated the rifle but didn't arrest the student.

Auburn's vice president of student affairs, Pat Barnes, said Wednesday night it would be premature for her to comment until she had talked to police and the Gay and Lesbian Association.

Ms. Barnes was instrumental in the administration's decision to overrule the Student Government Association and charter the Gay and Lesbian Association as an official university organization.

SGA President Jon Waggoner on Monday presented a petition containing 12,200 signatures to the Auburn University board of trustees. The petition circulated by Students for a Healthy Auburn asked the board to revoke the gay group's charter.

## Ruling

Armed with the court order, Mr. Armstrong said the judge's ruling, in his opinion, shows school board members, employees and Superintendent Thomas Bobo violated his son's constitutional and civil rights. He said he plans to file a civil suit against the board of education.

According to the court order provided by Mr. Armstrong, the judge found the city ordinance "unconstitutionally vague" in this case. The order stated the judge found the box cutter to be a tool, "as is clearly indicated by its hardware store logo." The item had the words "Ace Hardware" imprinted on the side.

Judge Dorrough further stated the student could not be expected to know the full meaning of the city ordinance because of its vagueness. "No person should be required to speculate as to the meaning of a statute or ordinance at the peril of his freedom," Judge Dorrough wrote. "Likewise, laws which leave total

ruling, but, in his opinion, the order "does not affect any decision of the Montgomery County Board of Education."

He said board members never want lawsuits brought against them, "but some of them we can't help. This will now have to be addressed to the board."

Mr. Armstrong said he and his attorney, Dennis Pierson, have been before the board many times since the September 1991 arrest and suspension attempting to have his son's record expunged, but they have gotten nowhere.

Mr. Armstrong, a former police officer who ran unsuccessfully for Montgomery County sheriff in 1990, said time has run out for board members.

"It's too late now to wipe the record clean," he said. "I've taken time off work, spent a lot of money, lost sleep over this. It's just too late. I'm filing a civil suit against the board for lack of due process and violations of my son's civil rights."

Mr. Armstrong, a building contractor who drives the car in which the box-cutter was found, said his son was "caught, tried, convicted and sentenced by one person in one day — is that due process?" He also said the arrest record could hamper his son's future progress. His attorney agrees.

"The suspension hurt his grades," Mr. Pierson said of his client's son. "He's a senior, and he's trying to make them up because he wants to go to college next year. This could possibly hurt his chances for higher education, and ultimately his career opportunities."

Mr. Armstrong said his son was suspended and arrested for something a judge found to be unconstitutional, therefore, anything that happened as a result should have been wiped clean from the student's record.

## Bill

The panel of rate-setting doctors was a concession by Gov. Hunt to the Medical Association of the State of Alabama, although the association was not supporting his bill.

recommend fees for their respective services. Hospital fees would be negotia with individual hospitals.

All fees recommended by the boards would be subject to gubernatorial veto.

The bill would also create an administrative review of disputed workers compensation claims. In a concession to opponents, Gov. Hunt agreed to delay the effective date of that step, aimed at keeping cases out of court, until January 1993. The administrative judges would be funded from a 1-percent assessment of premiums paid by businesses.

"It's an open-ended appropriation," said Rep. Poole.

## Bush

adelphia stop, where he will address the Chamber of Commerce, is the first in a string of out-of-town appearances aimed at winning allies to pressure Congress to pass his economic recovery plan.

President Bush headed right back to Capitol Hill on Wednesday after his State of the Union address the night before to lobby Republican lawmakers and leaders of both parties for his package of tax cuts and breaks for home buyers.

He also sent Congress a bulging $1.52 trillion budget for fiscal 1993 that foresees a $353 billion deficit next year after record red ink of almost $400 billion in 1992.

President Bush said he was "just delighted" with the initial response to Tuesday night's address.

He emphasized the importance of quick action in this election year.

"I've offered to lay aside politics for a period of time. I do think it's important ... to move on that deadline date because we cannot let it drift," the president said as he met with Senate Republican leaders.

Democrats, who control both House and Senate, were cool to his March 20 pass-it-or-fight deadline. "We don't operate that way," Senate Majority Leader George Mitchell, D-Maine, said.

Researchers today evidence that the fem be trying to find good their offspring.

That supports one than a dozen proposed tions of why so many fer mals have multiple sex during a reproductiv when it takes only one fertilize their eggs.

Such behavior has b in a wide variety of ani cluding honeybees, oth chimpanzees, baboons supposedly monogamous

In the new study, res found evidence that proportion of a female offspring were born ali snake had more sexual during a given fertility c

The female snakes c sperm for months befo tion. By having sex with

## President buoys slu

By The Associated Press

MIAMI — Boat builde the rich sank their busin Bush's call to repeal the

"I would say the anno couragement," said J. Wellcraft Marine Corp. sales are off nearly 90 pc

"The repeal will imm on spec and I think will ing immediately," he sai

The tax applies to pr than $100,000, as well furs and private planes.

It was enacted last y $500 billion deficit-redu to generate about $1. through 1995, but collec expectations.

"A bill of goods was so rich with a luxury tax," of Egg Harbor Yachts in

"We forgot the blue-co ing the boat," he said. buys our yacht is not a D

The company declared five employees that ren 255 hope a tax repeal co "We are quite excit



**Doors by Decora**

3332 ATLANTA HIGHWAY
MONTGOMERY, AL 36109
1-800-359-7557
277-7910

"VISIT OUR NEW FACTORY SHOWROOM"
For
DOORS • JAMBS • SIDELITES • TRANSOMS
Handcrafted From the Finest Hardwoods
Beveled • Leaded • Stained Glass
*Custom Designs*
FREE ESTIMATES • COMPLETE INSTALLATION

# WOMEN'S
# CLEAN UP SALE
Fall and Winter
# CLEARANCE
Shoes
# TAKE AN EXTRA

FIRS

ST

S

BECAUSE YOU'R
WITH T

Come Experience Ou
Barcalounger Gallery
One Of Its Kind in Ala

BARCA LOUNG

the University of Alabama raised tuition on its campuses late last year, and the Auburn University board of trustees Monday approved a tuition hike of 10 percent for students on the main campus and 12 percent on its Montgomery branch.

University leaders, including

Please see TBU, 9C

## nan van

Although falling rain soaks his hair, Benjamin Saunders, left, doesn't let dark skies dampen his enthusiasm for an afternoon game. He and Benjamin Smith turned out in the drizzle earlier this week to dribble the basketball at a court in the Brighton Estates area of Montgomery. Weather forecasts call for sunny skies in the Montgomery area today.

# Third teen-ager faces charges in Elsmeade shooting incident

- Detectives charged a 14-year-old girl in what police called a gang-related shooting

By MATT SMITH
Staff Writer

Police have charged a third teen-ager in connection with a gang-related shooting in southeast Montgomery.

Wednesday morning shooting in Elsmeade subdivision, off Woodley Road in southeast Montgomery, said Sgt. Mike Ward, a Montgomery police spokesman.

The shooting took place about 12:30 a.m. Wednesday, when a group of people were driving into the house, police said. There were no injuries.

Police arrested four teen-agers

Police also filed additional charges against two men already in custody.

Detectives charged a 14-year-old girl with burglary, theft and shooting into a Hackberry Lane house in what police called a gang-related shooting.

# Auburn student accused of firing pellet rifle at gays

- Jason Jacobs, 18, was charged with reckless endangerment and discharging a weapon within Auburn city limits

By BLAIR ROBERTSON
Staff Writer

AUBURN — Jason Jacobs, an Auburn University pre-med student accused of firing a pellet rifle toward a group of gays, was released on $1,000 bail Thursday shortly after campus police arrested him on two misdemeanor charges.

No one was injured in the incident, which occurred late Tuesday as five members of the Auburn Gay and Lesbian Association finished putting up fliers on campus.

The shots came from a third-story

window of a campus dormitory, Noble Residence Hall. One of the five gay students, James Sinclair, who lives in the dorm, signed an arrest warrant early Thursday, prompting the arrest of Mr. Jacobs.

Mr. Jacobs, 18, of Fort Lauderdale, Fla., was charged with reckless endangerment and discharging a weapon within Auburn city limits, both misdemeanors.

He also will face two campus disciplinary committees along with another student, who owned the gun but whose name was not made public, according to Bob Lowry, an Auburn spokesman. Firing a gun and possessing a gun on campus both are grounds for possible expulsion, Mr. Lowry said.

While the pellet shots, which sent the gay students running for cover, were barely audible in the late-night air, reports of the incident have touched off a

controversy far louder on the campus of 22,000 students.

The Alabama Civil Liberties Union rushed to the gay group's defense, dispatching a representative to the AGLA's weekly meeting Wednesday night.

Barry Burkhart, a psychology professor and an AGLA faculty adviser, blamed the campus' growing anti-gay sentiment on the university administration, which granted the group its charter three weeks ago but has been reluctant to speak out on the issue. Student Government Association refused in November to officially recognize the group.

"In November, I called Pat Barnes (vice president for student affairs) and I said I am very concerned that the university's position of neutrality and that we will only do things that are legally

required is simply going to serve as, in some indirect way, a catalyst to a climate of violence and that, for one don't want to see someone hurt," he said. "I think it's possible that the university to not take a stand on this."

Dr. Barnes could not be reached for comment. But her colleague, Grant Davis, director of student activities, said: "We are certainly concerned with the safety and welfare of all Auburn University students and we will pursue any means necessary to address having a safe campus."

But in the lobby of Noble Hall on Thursday, where bodies were sprawled in front of a blaring television, students were quick to take a stand.

On this conservative campus, where it is not uncommon to see students with a copy of the Bible tucked under their arm between Faulkner and Freud,

By MARK MILLER/Staff

## Neighborhood shooting

May Street resident Lizzie Peterson makes a statement to a Montgomery police officer while firemedics treat her for wounds she suffered from shotgun pellets in a Thursday afternoon shooting. She and Fred Peterson, left, received minor wounds in the 4:20 p.m. shooting, said Sgt. Mike Ward, a Montgomery police spokesman. Sgt. Ward said a relative fired at the pair with a 12-gauge shotgun. They have not pressed charges against the 34-year-old man, the police spokesman said.



perdido Key beach mice from a hotel complex.

A multimillion-dollar development is under construction directly west from the area of the Baldwin County key that is a federally listed critical habitat of the endangered beach mice.

Ray Vaughan, a Montgomery lawyer who filed the suit Monday in U.S. District Court in Mobile, said a biological report prepared by the U.S. Fish and Wildlife Service in July stated the planned development could wipe out the only remaining Perdido Key beach mice.

"Nothing has been done to prevent any of that from happening," Mr. Vaughan said. "We want them to do whatever it takes. Hopefully, that won't mean stopping the development, but it could."

Not only has the federal government issued the biological report, but it also failed to implement a recovery plan it already has drawn up for the beach mice.

Please see ROBERT, 2C

there was a clear division between supporters and opponents of the gay students. Only a few shrugged their indifference.

"A lot of people here are really religion-oriented and their religion tells them homosexuality is mortal sin," said Karen Parr, a sophomore from Gadsden, who wore one of hundreds of small ribbons AGLA members passed out Thursday to condemn the shooting. "It's not just the AGLA — it's anything. A lot of people are very scared of anything different."

"The shooting was just totally sad and uncalled for," said Melinda had been me, I would have He should be expelled fr...

That touched off a fir...

y firemedics remove an accident victim from a on West Boulevard near the Birmingham gh- cident, which occurred about noon Thursday, car and two pickups. A Montgomery Fire De- kesman said the firemedics took one person to pital-Montgomery for treatment.

say, and can be done with much bags to keep grass clippings out of the lake.

The lake's water-treatment plant operators, Police Chief Kenny Culpepper and Mayor Thurmon Murphree say abiding by the ordinance is the best way to keep the water clean. Most residents comply, they say, and

ugger threat to the water than cutting the grass.

The area fronting Bill and usie Eidson's home grows over with kudzu. "We've tried to leave it alone, but it's hard," Mrs. Eidson said. "I think maybe it's time to re-evaluate the law. People made these restrictions many years ago."

## Anniston depot to gain 100 jobs, lawmakers say

Associated Press Report

WASHINGTON — The closure of Mainz Army Depot in Germany will result in the transfer of an estimated 100 jobs to the Anniston Army Depot in east Alabama during the next fiscal year, Alabama lawmakers announced Thursday.

The Anniston facility is one of four domestic Army depots that will share in the planned transfer of 1 million hours of annual workload from two maintenance facilities at the Mainz installation.

The additional workload will augment the regular work at the Anniston facility and could lead to an increase in hiring during the fiscal year that begins Oct. 1, according to the announcement by U.S. Rep. Glen Browder of Jacksonville and U.S. Sens. Howell Heflin and Richard Shelby.

"The 100 jobs we will be receiving are in tank and heavy vehicle maintenance," Sen. Heflin said. "If we are successful in our ongoing battle to keep missile maintenance in Anniston, there could be an even larger gain."

The other three domestic Army depots that will benefit from the shutdown of Mainz are Letterkenny Army Depot in Pennsylvania, Red River Army Depot in Texas and Tooele Army Depot in Utah.

## Officials arrest 23 Mexicans

suffer for what happened in his own home that's not right"

## Auburn

Continued from 1C

Amy Cornelius, a freshman from Thomasville who found a seat in the lobby.

"You don't have any damn proof he shot at them," Miss Cornelius said. "You don't know what was going through his mind."

Miss Cornelius added that the debate on AGLA comes down to "North against South."

"I think the people are blowing it out of proportion," she said. "All the people for AGLA, they're not from around here. I was raised in the church, and in the Bible it says it's morally wrong to be gay. I think it's good that people are standing up so strongly for what they believe in."

The AGLA's Wednesday night meeting, attended by 70 people, saw members and supporters wrestle with ideas to respond to both the shooting incident and the criticism of the group.

"I felt overwhelming outrage at what happened last night," Olivia Turner of the ACLU told the group. "There is certainly a feeling that we've won the battle and lost the war. This is really about understanding and fairness and social justice. It's not about lawsuits and criminal justice — it's about hearts and minds."

## Guard

Continued from 1C

other guardsmen in Troy at the 167th Movement Control Unit, which has 45 members.

"We've been knowing it was coming for about a month," Master Sgt. Grady Stephens said. "I guess they'll try to slot as many of us as they can, but there are so many high-ranking officers in our unit it could be hard to place them all. Some of them will be left out in the cold."

Eleven soldiers in the 167th now are on a classified mission with the Japanese army in Japan called "Operation Keen Edge," Sgt. Stephens said. The soldiers are expected to return to Troy on Monday, he said.

Alabama has the nation's largest Guard contingent, and it will be the only state with more than 20,000 troops after the reductions.

Gen. Smith said no armories should be forced to close — provided there are no additional cuts.

"Efforts are being made to place a similar type of unit in the armory where a unit is being inactivated," he said. "This will allow a National Guard member to continue to perform the same or a similar job for which he or she is trained."

The cuts have to be in place by Sept. 30, and members of the disbanded units will be allowed to join new groups.

1C

ry plans are re- endangered spe- l law.

x under con- include a hotel, ightclub on Ala- the east side of thin the city lim- ich.

ase, the Jackson, was out of town be reached for lay.

attorneys rep- DeWeese have in experts who e and could find e tiny, sand-col-

han has said the ways on the site inge around dif- he key in differ- vithout room to could be wiped orm, he said. nate about 200 n two separate

development di- \labama Conser- not known pre- the Perdido Key ys in the ecology

ason we have to ecause we don't ntial value," Ms.

of species in an ; to ensure that e higher the di- ter the strength. e loss of any sin- poses less dan-

Stephen Gates, Post-Herald

Brem Post 1.31.92

...lcs aerobics. The exercises stress stretching, lrs. coordination and flexibility. The class is taught ass on Tuesdays and Thursdays from 10 a.m. to lse 11 a.m. at the school, which is at 1220 50th St. act South.

## ...ger acquitted ...nt charges

...Cook, 42, testified that Ms. Barnhill was an obsessive utes, fan who telephoned him many times, telling him she the loved him. He denied having an affair with her.

Cook said he and Ms. Barnhill became friends because nber of her role as a member of the Myrtle Beach news media in the early 1980s, when Alabama relied on publicity to ne to gain exposure.

jury The woman alleged Cook had a scar she had seen on his lower abdomen.

two Dr. Steven Cremer privately examined Cook during a tele- break in the trial and testified that he found no scars.
tion-

Cook also presented a tape recording on which a woman can be heard pleading with Cook's secretary to e256 have the singer call her. The woman also said on tape i the that she loved Cook.
fam-
Ms. Barnhill said the tape had been altered.

# AU student arrested for firing pellet gun

**Associated Press**

AUBURN — An Auburn University student was arrested yesterday for firing a pellet gun in an incident that a newly chartered organization for homosexuals deplored as an example of hate crime on campus.

Bob Lowry, a spokesman for the university, said the student was arrested by campus police on a charge of firing a gun inside city limits and on a reckless endangerment charge based on a warrant signed by another student. He said both charges are misdemeanors.

Police said the gun was fired about 11:25 p.m. Tuesday. No one was injured, but members of the Auburn Gay and Lesbian Association were in the area putting out fliers about an upcoming meeting and said the shot was meant to intimidate them.

The name of the student arrested and other details were not released by Lowry, campus police or city police. Lowry said the arrested student will face university disciplinary hearings, as will the owner of the pellet rifle, another student whose name was withheld.

Dr. Barry Burkhart, an Auburn psychology professor who has been at the university since 1974 and is adviser to the gay organization, said there have been a number of incidents of "outrageous" conduct against the group on campus. He said they included hostile language in leaflets and harassing telephone calls.

The shooting occurred one day after student government leaders gave trustees a petition purporting to contain more than 12,000 signatures of students and others in the community, seeking to revoke the charter given to the Auburn Gay and Lesbian Association.

"The climate is not good," said Burkhart. "A university needs to be a place where there exists a large degree of tolerance. It is a place where new ideas need to be tested."

Burkhart said that 60 or 70 students are involved in the newly chartered organization at Auburn, a campus of nearly 22,000 students.

Members of the organization said they had finished posting signs Tuesday night and were standing in front of a dormitory, Noble Hall, when they heard a "pop" near a sidewalk lamp. The group then walked around to the rear of the building, where they heard a second shot.

Police and university officials declined comment on whether there was evidence to indicate whether the shot or shots were intended for the gay organization.



...e plates are getting ly blue and white tags, ull, drivers say.

...erk in the county Department complaints about the new

..."One lady told me this us vote on the tag." vho don't care one way or en't much better," said He said the new ones are t as good as others." id, "A tag's a tag." woman for the Alabama

## Suspects in shooting arrested

Fairfield police had two suspects in custody yesterday in connection with the Tuesday morning shooting death of Warren Sams, 25, of 325 55th St. Fairfield. Investigators recovered a gun from the Birmingham motel room where the suspects were staying that could prove to be the weapon used to kill Sams. Police would not release names of the suspects, who had not been charged last night. One suspect was captured around midday yesterday at the Interstate Motel, 5921 First Ave. North. The second suspect was picked up by Birmingham police yesterday afternoon outside the motel after they received a tip that he had returned to the area.

## Montevallo sets College Night

College Night, a University of Montevallo homecoming event in which students compete by producing full-length musicals, will be Feb. 12-15 at the university. Tickets for the annual event go on sale at 10 a.m. Feb. 7 in the lobby of Palmer Hall. Prices range from $1 to $6.

## Late Hoover official honored

The Jefferson County Commission has passed a resolution in honor of the late John Wayne Campbell.

## Astronomy lectures to begin

The Alabaster Astronomy Club next week will begin a special series of lectures explaining the basics of astronomy. The first session will be 7:30 p.m. Thursday at the Alabaster Public Library, 900 First Ave. West. Jim Meadows will discuss "How to Find Your Way Around the Sky." He will show how to use a star chart to identify stars, constellations and planets.

## Readathon starts tomorrow

The Jefferson County school system will begin its reading program for February with a Readathon 10 a.m. to 5 p.m. tomorrow at the Riverchase Galleria. The event will be held in the upstairs commons area next to Rich's Department Store. Events include readings by educators and television personalities and a grandma rapper, a storyteller and puppets will perform. The Readathon is to encourage reading.

## Hoover library debuts Sunday

Hoover's new public library will debut Sunday with a ribbon-cutting ceremony on open house. Ceremonies begin 2 p.m. at the facility, 200 Municipal Drive. Patrons will be allowed to browse through the main library, view exhibits in the meetin... artist Don Rankin.

Ex. K-20
0129



AU women blasted by
Tennessee Vols. 1B

Children's series makes
perfect outing. 2C

Grisly details
brought out. 7A

funny

See weather 10A

## IN BRIEF

**Horse conference
scheduled Saturday**

The 1992 Horse Science
Short Course will be held Feb.
1, at the Ham Wilson Livestock
Arena, on the Auburn Univer-
sity Campus.

Registration for the one-day
event will begin at 8:30 a.m.,
and the conference will start
at 9:25 a.m.

The course is geared toward
adult horse producers, owners
and horse clubs, but older
youth (16 and older) will also
find the course informative.

Conference fees are $25 at
the door.

The registration fee covers
all presentations, lunch and
a copy of the published pro-
ceedings.

For more information about
the short course, contact
Cindy McCall, Extension Ani-
mal Scientist, Auburn Univer-
sity, AL, 36849-5415 or call
(205) 844-1556.

**PTA planning meeting**
scheduled Feb. 10

---

# Charges filed in pellet-gun incident

## AGLA advisor calls on university to denounce shooting

**By SAMUEL T. HARPER**
**O-A News Staff Writer**

Auburn University authorities charged
a first-year student Thursday in
connection with a pellet-gun shooting
incident that has left members of a
campus gay and lesbian organization fear-
ful of retaliation.

"A bunch of people are afraid to be
alone tonight," said Steve, president of
the Auburn Gay and Lesbian Association.
"We just don't want to take any chances.

"People are shooting at us."

The AGLA's advisor, meanwhile, called
on the university to officially denounce
the Tuesday night incident in which a
student fired pellets from a dormitory
window at AGLA members standing out-
side the dorm.

"The vice president or the president
should issue a statement saying that this
kind of activity will not be tolerated,"
said Dr. Barry Burkhart, an AU
psychology professor. "They need to say

there is no place for biased hate crimes
at Auburn University."

On Wednesday, AGLA members signed
an arrest warrant for AU freshman Jason
Jacobs, whom they accused of firing a
pellet gun at them.

On Thursday, Auburn University police
charged Jacobs with reckless endanger-
ment and discharging a firearm within
the city limits, both misdemeanors.

"According to the University Relations
department, Jacobs will also be referred
to the AU Student Disciplinary
Committee. Additionally, another student
who owned the pellet gun — will
go before the committee, said AU
spokesman Bob Lowry.

University policy does not allow for
firearms on campus or in university hous-
ing, he said.

Because of a campus privacy act, the
pellet gun owner's name was withheld,
Lowry said.

Citing an already hostile anti-homosex-
ual environment on the AU campus,

Burkhart said the university's silence
regarding the incident is perpetuating
the situation.

"I think it's increasing because there's
a lot more attention being drawn to it,"
said Burkhart.

Additionally, Burkhart accused the AU
Student Government Association of "polit-
ical grandstanding" in the AGLA contro-
versy.

The SGA, led by student President Jon
Waggoner, is seeking to reverse a ruling
earlier this month by the AU adminis-
tration that granted a charter to the
AGLA.

"The political grandstanding by the
SGA has to stop," Burkhart said. "If the
issue is closed, then it's time to give it
up."

Steve, who does not release his last
name in print out of fear of retaliation,
said the situation could heat up if the
university does not intervene.

"Until they come out with a formal
condemnation of this violence, a lot of

people are going to think it's all right
to do so," he said.

The university has yet to issue a state-
ment condemning the shooting. But Dr.
Pat H. Barnes, vice president for Student
Affairs, said Thursday night that the uni-
versity is planning to release a statement
— possibly today — but would not
elaborate on its substance.

"It's certainly not in anyone's interest
to make an uncertain event a volatile
one," Barnes said.

"Therefore, I should reserve comment
until the university is prepared to release
a statement."

Barnes, who signed the order granting
the AGLA charter, had been out of town
until Wednesday afternoon, and said she
has not had time to evaluate the situation.

Meanwhile, AGLA members passed out
ribbons on campus Wednesday in con-
demnation of the shooting.

"We got a lot of support," Steve said.
"We handed out between '400 and 500
ribbons."

# New computer

Ex. K-21
0130

# State Senate joins the fight over AU gays

**By PHILLIP RAWLS**
Associated Press Writer

The Alabama Senate, unable to resolve a dispute over worker compensation legislation, jumped into another fight by supporting Auburn University students opposed to a homosexual group on campus.

"We shouldn't legitimize those students with abnormal lifestyles and support them with student fees," state Sen. Lowell Barron, D-Fyffe, said after helping pass a resolution opposing the Auburn Gay and Lesbian Association.

The association's president said the resolution would not hinder the group. "We will continue to remain as a strong force on the Auburn University campus."

The Senate passed the two-page resolution on a voice vote Friday while taking a pause in its debate of a worker compensation insurance bill. The resolution began by recounting Alabama laws against sexual misconduct and deviate sexual intercourse. Then it praised leaders of the Student Government Association and Student Senate "for standing against the threats and pressures of campus organizations which may desire to be chartered but which indeed advocate the violation of any law of this state."

According to the resolution, "The Senate of Alabama does not condone violations of the laws of the state of Alabama, nor does it recognize an erotic lifestyle as an acceptable alternative lifestyle, but rather acknowledges that the state of Alabama is and resolves that it shall remain historically traditional in its views of the family, and that the state of Alabama is a place where families can live and grow without being debased and immoralized."

An Auburn pre-med student, Jason Jacobs of Fort Lauderdale, Fla., was charged Thursday with firing a pellet rifle at gay association members as they put up fliers on campus. No one was injured by the shots Tuesday night.

The association president said no public official at Auburn or in Montgomery has denounced the violence.

The Auburn Gay and Lesbian Association applied last year to become an officially recognized



Barron says gays live 'abnormal lifestyles' and shouldn't be supported with student fees

student group on the east Alabama campus. On Nov. 25, the Auburn Student Senate rejected the group's request for a campus charter. Two days later, Pat Barnes, the university's vice president for student affairs, overruled the students and granted the alliance a charter that allows it to meet in university buildings.

But then SGA leaders appealed to the Auburn board of trustees on Jan. 7 to reverse the decision. The trustees have taken no action and said their lawyers advised them not to comment since the case may go to court.

Sen. Barron, an Auburn pharmacy graduate, said he was disappointed in the way some administrators and faculty leaders have supported the group. "Sometimes they get awfully liberal at Auburn."

Auburn SGA President Jon Waggoner, a leader of the movement to deny recognition to the Gay and Lesbian Association, is the cousin of state Sen. Jabbo Waggoner, R-Vestavia, who helped draft the resolution.

"I don't think there is a charter on the Auburn campus or any other campus based on sexual preference," Sen. Waggoner said.

By DAVE MARTIN/Associated Press

Capitol ... tion of flying the American, State and Confederate Battle flags over the Capitol.
le pro-
... tradi-

# THINK
## AGAIN AGAIN AGAIN

Ex. K-22
0131

Advertiser 2/4/9?

# Suit could complicate investigation of Hunt

**By KATHERINE BOUMA**
Staff Writer

Attorney General Jimmy Evans says he doesn't know if a grand jury will be finished with Gov. Guy Hunt's ethics case before a related federal lawsuit goes to trial this spring.

Gov. Hunt's suit, in which he claims the state ethics law does not apply to him, is scheduled for trial April 27.

"We're approaching a point where some grand jury resolution of the matter should take place," Mr. Evans said.

He said if the grand jury has completed its investigation and is prepared to vote on the matter before the suit is tried, prosecutors will have to advise the grand jury the suit is pending. He said that won't lead him to stall the investigation, though.

"We're going on with what we're doing," he said.

The Alabama Ethics Commission referred the case to Mr. Evans for investigation after unani-

mously ruling there was probable cause to believe Gov. Hunt might have violated the ethics law by taking nearly $10,000 in church offerings while traveling to 18 preaching engagements on state airplanes.

Gov. Hunt, who is a Primitive Baptist preacher, has reimbursed the state for the "love offerings" he received.

Mr. Evans said the governor's lawsuit also will influence other ethics cases pending in Alabama, although he has not extensively researched the possible effects.

"The governor in his suit said the ethics law does not apply to the executive branch," Mr. Evans said. "Sheriffs — they're in the executive branch. Mayors are in the executive branch."

U.S. District Judge W. Harold Albritton of Montgomery still could shelve the trial by granting the governor's request for a summary judgment in the case.

Advertiser 2/4/92

# Legislators defeat resolution supporting anti-gay stand at AU

**By JOHN D. MILAZZO**
Staff Writer

The Alabama House on Monday defeated a resolution in support of Auburn University's Student Government Association efforts to deny a gay and lesbian organization a campus charter.

The resolution, similar to one approved Friday in the Senate, was soundly defeated on a voice vote.

The resolution, sponsored in the House by state Rep. Allen Sanderson, R-Birmingham, recounted state laws against sexual misconduct and deviant sexual intercourse and commended the SGA and Student Senate for their opposition to "positions and actions that are not only prohibited by laws of the state of Alabama but that are contrary to the values and beliefs of the people of this state."

The Auburn Gay and Lesbian Association applied last year for a campus charter to become an officially recognized AU organization.

On Nov. 25, the Auburn Student Senate rejected the group's request, only to be overruled Jan. 7 when Pat Barnes, vice president for student affairs, granted the charter.

The resolution pointed to what it called the "correctness of the

position" of the Auburn Student Senate and lauded the SGA for not adopting the "politically correct position prevalent on college campuses ... of accepting the homosexual lifestyle."

The voice vote defeating the resolution came after state Rep. Pete Turnham, D-Auburn, asked House members not to intervene and to leave the AU Board of Trustees to contend with the issue.

The resolution "jumped into the internal affairs of Auburn University that has a constitu-

tionally established Board of Trustees," and other officials should handle such matters, Rep. Turnham said.

He doubts an election "statewide would have very little support for such an organization, but that's not the question here," Rep. Turnham said.

While there is nothing binding in law in such a resolution, he said, passage of the measure would continue to "fan the interest" of the "liberal press" in the nation that he said has focused interest on the AU issue.



**By JAMIE STURTEVANT/Staff**

a Burgess of Elmore County, attend rally Monday

ention and Research Center at niversity of Alabama at Birmingham, medical costs the first ear following a spinal cord or ead injury average $100,000.

"I see Billy making some progress — he is moving a finger that e couldn't move a year ago. But e hasn't had any physical therapy. That costs thousands of dollars, and we can't pay for it," said Ms. Nolen. "I wonder how much progress he could have made if we'd had some help. That's why we need this law."



**MOST NEW CARS $100 OVER INVOICE**

# PRICED TO SELL

**'92 SEDAN DEVILLE**
With Moon Roof
List 35,558 AS LOW AS $25,995

**'91 PARK AVENUE OR 98 OLDSMOBILE**
AS LOW AS $16,995

**'91 CADILLAC BROUGHAM-SEVILLE OR DEVILLE**
AS LOW AS $19,995

GM Program Cars
Factory Warranty
New Car Financing

OPEN SUNDAY 2-6

## charles bell motors, inc

Pontiac, Chevrolet, Oldsmobile, Buick, Cadillac, GEO, GMC Trucks
Tuskegee, AL    Open Sunday 2-6    (short drive/BIG SAVINGS)

262-4644    or    1-800-844-BELL

LUBE OIL & FILTER CHANGE $14.95 (most cars)

Weak Credit, Little Money    Little Credit, No Credit

oposed bill sets

# METRO • STATE

# State House kills resolution opposing gay group

By Bill Poovey
Associated Press

MONTGOMERY — The Alabama House yesterday killed a Senate-passed resolution opposing the Auburn University Gay and Lesbian Association.

The House defeated the resolution on a voice vote after Rep. Pete Turnham, D-Auburn, pleaded with lawmakers not to get involved in the dispute between student leaders and the university administration.

"The resolution that the Senate has converged on (the dispute) like it's a dead animal," Turnham said. "We don't want (a char-ter), but a resolution is going to keep the press on it. I beg you, leave it up to the trustees."

Turnham said the attention was embarrassing for the university.

The association applied last year to become an officially recognized student group on the Auburn campus. On Nov. 25, the Auburn Student Senate rejected the group's request for a campus charter. Two days later, Pat Barnes, the university's vice president for student affairs, overruled the students and granted the alliance a charter that allows it to meet in university buildings.

SGA leaders appealed to the Auburn board of trustees on Jan. 7 to reverse the decision. The trustees have taken no action and said their lawyers advised them not to comment since the case may go to court.

Rep. Allen Sanderson, R-Birmingham, brought up the resolution in the House and said he was opposed to the homosexual group having access to the same student fees as other campus groups.

"I'm not sure at this point in time we ought to spend state funds on an organization that what it promotes is against the law," Sanderson said.

In pushing the bill through the Senate last week, Sen. Lowell Barron, D-Fyffe, said the Legislature "shouldn't legitimize these students with abnormal lifestyles."

The failed resolution included references to Alabama laws against sexual misconduct and deviate sexual intercourse. It praised leaders of the Student Government Association and the Student Senate "for standing against the threats and pressures of campus organizations which may desire to be chartered but which do indeed advocate the violation of any law of this state."

The president of the Auburn Gay and Les-bian Association, who would not identify himself only by his first name of Steven, said last week that the association members "resent the implication that we are debasing and immoralizing the situation of the state of Alabama.... Homosexuality is not illegal in this state or any state in this country."

An Auburn student was charged last week with firing a pellet rifle at association members as they posted fliers on the campus. No one was injured.

The association president said no public official at Auburn or in Montgomery has denounced the violence.

---

## Shelby has $2.5 million for 1992 campaign

By Thomas Hargrove
Post-Herald Washington Bureau

WASHINGTON — He may not face a big-re opponent, but U.S. Sen. Richard Shelby $2.5 million ready for his re-election campaign against any one who does challenge him this year.

Alabama's junior Democratic senator reported in campaign disclosure (filed) yesterday with the Federal Election Commission

---

# Rapid transit study group approved by Legislature

Post-Herald Montgomery Bureau

MONTGOMERY — Two Jefferson County local bills, including one creating a rapid rail transit study and one provision for the Birming-ham area, await Gov. Guy Hunt's signature.

The bills, sponsored by state Sen. Jim Ben-nett, D-Homewood, have gained final approval from both chambers of the Legislature.

Bennett said the rail study commission was created because $37 million in federal funds are available for Alabama to fund rail transportation, but the state has no agency to receive the money.

The five-member commission is to study the feasibility of a rapid rail transit system, possibly along overcrowded U.S. 280 south into Shelby County or to an international airport if one is built in the area

"Can you imagine driving your car at 15 miles an hour on 280 and a train going 80



---

**Legislative summary**

Here is a summary of action on the Alabama Legislature yesterday, the eighth and final day of the special session:

**House**
■ Defeated a Senate-passed resolution opposing the Auburn University Gay and Lesbian Association.

■ Approved a Senate-passed bill that allows county commissions to redraw districts based on the 1990 census.

■ A motion to send the workers' compensation bill to a conference committee was being debated late last night.

**Senate**
■ Passed a water(down) version of Gov. Guy Hunt's workers' compensation bill...

By Alvin Benn
Staff writer

SELMA — James Henry Bibby, a convicted sex offender jailed Sunday on charges of kidnapping and raping a 9-year-old girl, has complained to police they are "picking" on him.

Bibby, 26, was arrested almost a year to the day he left state prison where he served part of an eight-year sentence for sexually molesting a 3-year-old girl in 1986. Part of his sentence was served in the Dallas County Jail and part was earned under a "good time" program.

Being held under $150,000 bond at the Dallas County Jail, Bibby is charged with kidnapping, rape and enticing a minor for immoral purposes, according to Selma Police Chief Randy Lewellen.

Roy Brown, spokesman for the state Department of Pardons and Paroles, said Monday that Bibby was not on parole at the time of his latest arrest as originally thought by local authorities.

Mr. Brown said Bibby had "completed" his sentence because of accumulated "good time" while in prison.

Chief Lewellen said Sunday it was thought Bibby had been on parole because his release in 1991 occurred after he had served less than half the eight-year term for the sexual molestation conviction four years ago.

Sgt. Anita Barlow, who arrested Bibby on Sunday morning and Detective David Evans, who interrogated him following his arrest, said Monday he complained about being a police "target" because of his earlier conviction.

"He told me we were picking on him because of his record," said Sgt. Barlow, who stopped Bibby about two miles from the [...] where the 9-year-old gi[...] abducted.

"I told him if he tried to [...] I would be picking on him,'[...]

In the incident Sunday,[...] brought back to the superm[...] ing abducted, and Bibby v[...] utes later by Sgt. Barlow w[...] the suspect and the vehicle[...]

The alleged victim was [...] young male friends when [...] Chief Lewellen said. He s[...] told to go into the store by[...] thing to help wash his car, [...] their friend was gone.

The chief said the boys [...] mother's house and report[...]

ALA. JOURNAL 2-4-92

## House won't support Auburn gay bill

From staff reports

A resolution supporting Auburn University's Student Government Association efforts to deny a gay and lesbian organization a campus charter failed in the Alabama House on Monday.

The resolution, similar to one approved Friday in the Senate, was soundly defeated on a voice vote.

The resolution, sponsored in the House by Rep. Allen Sanderson, R-Birmingham, recounted state laws against sexual misconduct and deviant sexual intercourse and commended the SGA and Student Senate for their opposition to "positions and actions that are not only prohibited by laws of the state of Alabama but that are contrary to the values and beliefs of the people of this state."

The Auburn Gay and Lesbian Association applied last year for a campus charter to become an officially recognized AU organization.

On Nov. 25, the Auburn Student Senate rejected the group's request, only to be overruled Jan. 7 when Pat Barnes, vice president for student affairs, granted the charter.

The resolution pointed to what it called the "correctness of the position" of the Auburn Student Senate and lauded the SGA for not adopting the "politically correct position prevalent on college campuses ... of accepting the homosexual lifestyle."

The voice vote defeating the resolution came after Rep. Pete Turnham, D-Auburn, asked House members not to intervene and to leave the AU Board of Trustees to contend with the issue.

The resolution "jumped into the internal affairs of Auburn University that has a constitutionally established Board of Trustees," and other officials should handle such matters, Rep. Turnham said.

He doubts an election "statewide would have very little support for such an organization, but that's not the question here," Rep. Turnham said.

### AG: Jury not finished with Hunt case

Attorney General Jimmy Evans says he doesn't know if a grand jury will be finished with Gov. Guy Hunt's ethics case before a related federal lawsuit goes to trial this spring.

Gov. Hunt's suit, in which he claims the state ethics law does not apply to him, is scheduled for trial April 27.

"We're approaching a point where some grand jury resolution of the matter should take place," Mr. Evans said.

He said if the grand jury has completed its investigation and is prepared to vote on the matter before the suit is tried, prosecutors will have to advise the grand jury the suit is pending. He said that won't lead him to stall the investigation, though.

"We're going on with what we're doing," he said.

The Alabama Ethics Commission referred the case to Mr. Evans for investigation after unanimously ruling there was probable cause to believe Gov. Hunt might have violated the ethics law by taking nearly $10,000 in church offerings while traveling to 18 preaching engagements on state airplanes.

Gov. Hunt, who is a Primitive Baptist preacher, has reimbursed the state for the "love offerings" he received.

Mr. Evans said the governor's lawsuit also will influence other ethics cases pending in Alabama, although he has not extensively researched the possible effects.

"The governor in his suit said the ethics law does not apply to the executive branch," Mr. Evans said. "Sheriffs — they're in the executive branch. Mayors are in the executive branch."

## Postal employee[...]

From staff reports

Montgomery police a[...] death of a 32-year-old W[...] whose body was found [...] Monday morning.

Marcus Powell of 2[...] Apartment 196, was a U.[...] ployee, police said. His [...] "secured from the insic[...] entered it about 10:30 a.[...] police spokesman Capt. [...]

"We do not suspect fou[...]

### Getaway car trace[...]

The getaway car used [...] robbery of the Montgom[...] ees Credit Union was [...] three days before the h[...] lice said.

The car, a 1983 gray C[...] 1314 S. Hull St., within [...] bery.

The car, worth $2,500, [...] 8 from La Place, La., a M[...] port stated Monday. La [...] 10, about 10 miles east of[...]

The Alabama Journa[...] errors that appear in this [...]

Readers who wish to [...] ther ours or those of our [...] tact the city editor at 261-[...]

Corrections and clarif[...] promptly.

The PAC reports showed that senators received the following contributions from the three groups in 1990 and 1991. Jefferson and Shelby County senators are indicated in bold type.

**Senators voting for Sen. Jack Floyd's substitute to the workers' compensation bill:**

John Amari, R-Birmingham: TRIAL, $12,000; Alabama Medical PAC, $4,000.
Jim Bennett, D-Homewood: TRIAL, $12,500.
Ray Campbell, D-Town Creek: TRIAL, $36,000; Alabama Medical PAC, $2,000.
Danny Corbett, D-Phenix City: TRIAL, $10,000.
Bobby Denton, D-Tuscumbia: Alabama Medical PAC, $2,000; Progress PAC, $1,000.
Michael Figures, D-Mobile: TRIAL, $10,000; Alabama Medical PAC, $3,000.
Jack Floyd, D-Gadsden: TRIAL, $5,000.
Crum Foshee, D-Andalusia: TRIAL, $10,000; Alabama Medical PAC, $5,000; Progress PAC, $3,000.
Doug Ghee, D-Anniston: TRIAL, $18,000; Alabama Medical PAC, $6,000; Progress PAC, $5,000.
Earl Hilliard, D-Birmingham: TRIAL, $51,500; Alabama Medical PAC, $3,000.
Fred Horn, D-Birmingham: Alabama Medical PAC, $2,000; Progress PAC, $1,000.
Charles Langford, D-Montgomery: TRIAL, $20,000; Alabama Medical PAC, $2,000.
Pat Lindsey, D-Butler: TRIAL, $79,000.
Wendell Mitchell, D-Luverne: TRIAL, $8,000; Alabama Medical PAC, $3,000; Progress PAC, $2,000.
Mac Parsons, D-Hueytown: TRIAL, $10,500; Alabama Medical PAC, $3,000.
Hank Sanders, D-Selma: TRIAL, $10,000.
Jim Smith, D-Huntsville: Alabama Medical PAC, $6,000; Progress PAC, $2,500.



**1. Jack Floyd**

Bob Wilson, D-Jasper: TRIAL, $55,000; Alabama Medical PAC, $5,000; Progress PAC, $6,000.
Steve Windom, D-Theodore: Alabama Medical PAC, $5,000; Progress PAC, $2,000.

**Senators voting against Floyd's substitute:**

Chip Bailey, D-Dothan: Alabama Medical PAC, $6,000; Progress PAC, $3,000.
Lowell Barron, D-Fyffe: Alabama Medical PAC, $2,000; Progress PAC, $1,000.
Ann Bedsole, R-Mobile: Alabama Medical PAC, $5,000; Progress PAC, $2,000.
George Bolling, D-Fayette: Alabama Medical PAC, $4,500; Progress PAC, $2,000.
Ryan deGraffenried, D-Tuscaloosa: None.
Gerald Dial, D-Lineville: Alabama Medical PAC, $4,000; Progress PAC, $1,000.
Larry Dixon, R-Montgomery: Alabama Medical PAC, $2,000; Progress PAC, $1,000.
Frank "Butch" Ellis, R-Columbiana: Alabama Medical PAC, $4,500; Progress PAC, $3,000.
Don Hale, R-Cullman: Alabama Medical PAC, $2,000; Progress PAC, $500.
Albert Lipscomb, R-Magnolia Springs: none.
Ted Little, D-Auburn: Alabama Medical PAC, $3,000; Progress PAC, $1,000.
Hinton Mitchem, D-Albertville: Alabama Medical PAC, $2,000; Progress PAC, $1,000.
Walter Owens, D-Centreville: Alabama Medical PAC, $3,000; Progress PAC, $3,000.
Jim Preuitt, D-Talladega: Alabama Medical PAC, $10,000; Progress PAC, $3,000.
Bill Smith, D-Huntsville: Alabama Medical PAC, $7,500; Progress PAC, $4,500.
Jabe Waggoner, R-Vestavia Hills: Alabama Medical PAC, $6,000; Progress PAC, $2,000.

# House stands aside on AU issue

MONTGOMERY (AP) The Alabama House of Representatives refused to join the Senate in taking sides in an Auburn University dispute over a homosexual group.

The House defeated a Senate-passed resolution Monday opposing the Auburn Gay and Lesbian Association. Rep. Pete Turnham, D-Auburn, pleaded with lawmakers not to get involved in the dispute.

"The liberal press of this country have converged on it like it's a dead animal," Turnham said of the dispute. "We don't want it (charter) but a resolution is going to keep the press on it. I beg you, leave it up to the trustees."

Turnham said the attention focused on the dispute over the homosexual association was embarrassing students and alumni.

The association applied last year to become an officially recognized student group on the Auburn campus. On Nov. 25, the university Student Government Association rejected the group's request for a campus charter. Two days later, Pat Barnes, the university's vice president for student affairs, overruled the students and granted the alliance a charter that allows it to meet in university buildings.

challenger running against him, collected contributions to during the ... il six months of last year.

Since be...g sworn into office in 1987, Shelby has raised al for his re-election campaign.

Richard Sellers of Montgomery, an unsuccessful GOP can gress in 1986, is the only candidate who has announced plan Shelby, a Tuscaloosa lawyer.

Sellers' year-end campaign finance report had not been f with either the Secretary of State's office in Montgomery or t the Senate in Washington.

Under federal election law, candidates must begin regul their contributions and expenses once they raise or spend $5 end reports had to be postmarked by last Friday to comply wi

Shelby, who raised $1.16 million in the first half of 1991, s raising efforts during the last half of the year after several publicans, including Gov. Guy Hunt and former state Sen. I Birmingham, announced they would not challenge him.

During the last half of 1991, he collected $368,719 from inc 202 from special interest political action committees, $18,5 cratic Party committees and $64,031 in interest.

After spending $98,407 during the six-month period, he h sitting in the bank as the election year began.

Shelby's PAC contributions came from a variety of special with PACs of banks and other financial institutions leadin $64,500 in contributions during the last half of 1991.

A member of the Senate Banking Committee, Shelby co from PACs associated with financial interests in the first six

Winning a seat on the Senate Energy and Natural Resou last year also appears to have helped Shelby's fund-raising lected $44,750 from PACs of energy interests during the last and $20,500 in the first half.

Other major sources of PAC money for Shelby in the most period were defense contractors, $30,500; media and commi ests, $27,000; pro-Israel groups, $25,000; organized labor, $2 terests, $19,000; and farm groups, $16,000.

Shelby's biggest expenditure during the last half of 1991 he paid Washington political consultant Scott Gale. He also pa 281 from his campaign fund for travel reimbursements.

## Samford's Knapp receives regional

Capt. Robert W. Knapp, assistant professor of aerospace st ROTC Detachment 012 at Samford University, has been nar east region officer of the year. A graduate of Georgia Tec master's degree from Central Michigan University and has I the Samford ROTC Detachment since 1989.

**MY ANS**

Ex. K-26

0135

# The Auburn Plai

# State House, Senate disagree on resolution

## Legislative bodies take opposing views on supporting group fighting AGLA charter

**Kim Chandler**
News Editor

> 'I think the House's decision to oppose the anti-gay resolution is a major victory for the Gay and Lesbian Association here at Auburn.'
>
> –Steve

The Alabama House of Representatives voted Tuesday night to reject a resolution similiar to one previously approved by the Senate supporting a group of Auburn students' fight against the Auburn Gay and Lesbian Association charter.

The two-page resolution was introduced into the Senate by Sen. Jabo Waggoner (R-Mountain Brook), uncle of SGA President John Waggoner.

It commended the SGA for taking "courageous stands against positions and actions that are not only prohibited by laws of the State of Alabama but are contrary to the values and beliefs of the people of this state."

Senator Ted Little (D-Auburn) said the resolution brought before the Senate was never voted upon, but merely filed.

If it had come to vote, Little said he would have abstained because his constituents include people on both sides of the AGLA controversy.

Little said harsh wording in the original proposal was "watered down" so it could be filed without being debated.

"I knew it did not need to be debated on. The Legislature has too many other pressing matters to be intervening in the internal affairs of Auburn University. It's now time to leave it to the trustees."

Little said Rep. Pete Turnham (D-Auburn) also requested the House of Representatives not get involved in the resolution immediately prior to its defeat.

Steve, co-president of AGLA, said, "I think the House's decision to oppose the anti-gay resolution is a major victory for the Gay and Lesbian Association here at Auburn. It represents a major victory for the gay and lesbian community in the southeast. Although this one battle has been won, we are only on the road to overcoming the entire war against hatred and bigotry."

Steve also said he hoped the AGLA will be able to put much of the controversy behind it.

"I think it's time for the entire Auburn community to recognize the fact that the Auburn Gay and Lesbian Association has been officially recognized; that we're here to stay. (Then) we would be given the opportunity to redirect our focus in a positive light."



## Gray skies clear

**Pansies and other flowers were thanks to warm temperatures sunshine. They don't make Feb**

# Group's member decides to file charges,

Ex. K-27

0136

of Alabama but are contrary to the values and beliefs of the people of this state."

Senator Ted Little (D-Auburn) said the resolution brought before the Senate was never voted upon, but merely filed.

If it had come to vote, Little said

Little said Rep. Pete Turnham (D-Auburn) also requested the House of Representatives not get involved in the resolution immediately prior to its defeat.

Steve, co-president of AGLA, said, "I think the House's decision to

I think it's time for the entire Auburn community to recognize the fact that the Auburn Gay and Lesbian Association has been officially recognized; that we're here to stay. (Then) we would be given the opportunity to redirect our focus in a positive light."

## Gray skies clear u

**Pansies and other flowers were i thanks to warm temperatures sunshine. They don't make Febru**

# Group's member decides to file charges,
# freshman charged with endangerment

**Kim Chandler**
News Editor

An Auburn freshman has been charged in connection with last week's pellet-gun shooting incident involving Auburn Gay and Lesbian Association members.

Jason Jacobs, 01PM, was charged last Thursday by the AUPD with the misdemeanor offenses of reckless endangerment and discharging a firearm within the city limits.

The arrest was made after an AGLA member signed a warrant Wednesday. Originally the member stated that he wasn't going to press charges.

Jacobs will have to appear before

the Auburn Student Disciplinary Committee, said Bob Lowery, a spokesman from University Relations.

The pellet gun used in the shooting belonged to another student who will also have to go before the disciplinary committee for having a firearm in University housing, Lowery said.

The gun's owner's name is being withheld because of a campus privacy act, Lowery said.

Steve, co-president of AGLA, said the group is "requesting that the administration of the University take formal steps to prevent further violence on the campus against all under-represented groups – that's blacks, hispanics, gays and lesbians and the handicapped."


Kamand Shaiban/Staff

**Noble Hall, located on Magnolia Avenue, was the site of a shooting incident that has again focused attention on Auburn.**

# Comm Board appoints new *Circle* editor

■ **Publication candidates approved. See story, A-7**

**Ashley Day**
Assistant News Editor

The Communications Board appointed a replacement editor for *The Auburn Circle* at its Feb. 4 meeting.

The board voted 5-4 to appoint Jennifer Trible, 03JM, to the position after going into executive session to discuss both applicants.

Trible was chosen over R. Perrin Ehlinger, a *Circle* staff member and author of the controversial poem *Sand Visions* which appeared in the last issue of the magazine.

Trible replaced resigning editor Chris Smith,

effective Wednesday. She will serve until spring quarter when an editor for the full 1992-93 school year will be chosen.

Morale was high at Tuesday night's staff meeting, Trible said.

"I plan to have the staff help me formulate what Auburn's relationship with the *Circle* is," she said.

Trible is a first-quarter transfer student who last attended school in Oklahoma City, Okla., for one quarter. Before that, she attended North Hennepin College in Minneapolis, Minn., where she was editor of the student newspaper.

Smith said he was satisfied with the Comm Board's decision and would assist the new editor in any way needed.

"I think Perrin (Ehlinger) would have done a good job, but I think Jennifer (Trible) was also qualified," Smith said.

"She is obviously ambitious and dedicated.

I'm sure she'll do a fine job."

As editor, Trible said she would like to work with the staff and make some changes.

"I'd like to be more visible and have better communication with all aspects of the campus – administration, faculty and students," she said.

"I'm not running from controversial issues, but I want to better establish the purpose of the *Circle*, as it should reflect the broad range of students and faculty at Auburn."

Trible said she feels past issues of the magazine addressed only a "very narrow audience," and she wants to expand.

There are plans to solicit submissions from all departments directly through the use of flyers and memos sent to faculty members, she said.

"I think this is a good time for the *Circle* to have a fresh face and a new perspective," she said.

"It is a challenge I willingly accept."

## INSIDE

| | |
|---|---|
| Briefs | A-2 |
| Campus Calendar | A-2 |
| Editorials | A-8 |
| Letters | A-9,10 |



**SLAM IT, BABY**
Men's tennis team starts off season with a bang thanks to win against Southern Mississippi. Page C-1

**METAMAGICAL T**
Advanced mathematics and intelligence reveal the impo alphanumerical revolution.

0137

has been accomplished yet to facilitate that change. However, the students, faculty and residents of Auburn have an excellent opportunity to help that change.

With the state in dire need of more education funding, history professor Wayne Flynt has organized an "old-fashioned town meeting" to discuss the needed changes and propose solutions. The meeting is Feb. 11, and your input is crucial.

Although the Board of Trustees approved a tuition raise, this measure is just a small Band-Aid for a huge problem. While the quick fix was needed to help Auburn, it will only cover inflation and not much else. The increase won't help ease the problems caused by the ongoing proration.

What will help Auburn, the other institutes of higher education and the other public schools in Alabama is an increase in property taxes. The state of Alabama has the lowest property taxes in the country. Flynt and others believe the property tax needs to be increased to about 30 mills over a period of time. Since there is also strong opposition to this, or any new tax, plans need to be made to win public support.

Everyone who supports tax reform or realizes the need for greater funding of education should attend the Feb. 11 meeting and/or get involved with pro-education groups like A+ to help with the proposals.

Only through your participation will education get the attention it deserves.

# Do unto others...

I t should go without saying that despite one's personal or political views, violence should never be a means of settling disputes.

Unfortunately, last Tuesday's incident where several members of the Auburn Gay and Lesbian Association were allegedly fired at with a pellet gun indicates that at least some people need to hear this message.

That anyone would be subject to such treatment is appalling. Despite the controversy surrounding the AGLA's newly-granted charter, no one in the group, or any other for that matter, should be subject to acts of violence perpetrated against them.

Whether one agrees with the charter or the circumstances surrounding it, views can be expressed in a variety of ways. Sign a petition. Call the SGA. Call the Board of Trustees. However, to fire a gun, even a pellet gun, or in any way physically harm or threaten AGLA members, or anyone opposing views, is not only criminal, but reprehensible.

Among the student outcry against the shooting has been a welcome voice – that of the SGA and President Jon Waggoner. While some feel the SGA's stand encouraged physical retaliation, nothing could be farther from the truth. As responsible students with a concern for human life, if not human rights, Waggoner and the SGA have also spoken out against bodily harm to anybody because of their views. For this, they deserve acclaim.

And people who consider violence as a means to express their views should consider how they would feel if it was their life or well-being that was threatened.



has its own potential, its own history, its own culture and its own desires.

and brilliant if given the opportunity – if selected. How do you know if you don't wake up in the morning

"Bl. met cam

# Many good deeds hid



**CHRISTY KYSER**
**STAFF WRITER**

I was jogging around campus the other day, when I needed to stop to breathe on a bench in front of Langdon Hall. Just when I was to the point of hyperventilation, a squirrel jumped up and sat beside me, all the while nibbling on a twig. I know it sounds weird and hard to believe, but check this out – he started talking!

No kidding!

He cocked his head to one side, took the twig from his mouth and asked me what was going on with his school. Well, I was sure I was crazy, so I squeezed my eyes shut, shook my head and looked once again beside me.

"I asked you a question," he replied with a scowl on his face and tiny, furry arms folded across his chest.

So I thought, what the heck, I'll play along with this. Soon the cameras will come out of the bushes, and I'll be famous.

When I asked what school, the squirrel replied, "No, you out-of-shape, future unemployed communications major. Auburn!!!! First, there is a parade symbolizing what a fraternity calls Southern tradition,

but what black students call racist. Then, an extremely noted, intelligent Catholic theologian gets the boot because he dared to express his own views and then some ex-football jock sparks an investigation into my athletic department with a tape recorder no bigger than myself!"

By this time, the squirrel was pacing back and forth along the bench, one hand behind his back and the other hand twirling the twig between his two front teeth.

He seemed deep in thought when he whirled around and said, "I mean, all the animals are talking about it, man. Like, one of my friends heard some students say that some homosexuals were shot at by a pellet gun just because they're gay.

"Boy, I know how that goes. People shoot at me all the time just because I'm a squirrel. It really sucks, man.

"I just don't think there is anything good about this school anymore," he said with a sigh and sank down on the bench with his furry, brown head hung low.

Well, this squirrel had gone too

far. sch else

"
rode ty a this my face

"I Tru com fill den that that betw will

I beg rel. nice wife buil

"( Arts head

B perk only on t But acce this

I SG. push

W

0138

# Letters

# SGA condemns acts of violence

Editor, *The Plainsman*:

It was reported to the SGA that someone fired a pellet rifle at several of the members of the Auburn Gay & Lesbian Association. The SGA is unaware of this activity, who may have done it, or what their motivation might have been. We are concerned with upholding the law of the State of Alabama, and we would not employ, nor condone, any unlawfulness.

We join with the AGLA in condemning anyone who would take this type of action. We would further call upon the appropriate law enforcement officials to investigate and bring to justice any guilty person.

The SGA is committed to the highest ideals and values of the University and the State of Alabama. We believe in the rule of law, and that the differences that exist between the SGA, the administration, and the AGLA will

be determined in that manner. We know there are those in similar circumstances that would like to take such decisions into their own hands. We are not a part of that, and would disassociate ourselves with anyone who suggested any such activity.

For more information, contact Jon Waggoner, telephone (205) 844-4240.

**Jon Waggoner**
**SGA President**

# Natural rights exist in society

Editor, *The Plainsman*:

My colleague Professor Delos McKown characterizes rights as "guarantees that we humans may be and do what we wish to be and do ... and immunities against other humans who would prevent us from being or doing what we wish to be and do..."

Yet, first, rights are not proposed as anything like that. Having a right to one's life is no guarantee or immunity, only a moral prohibition against others acting in certain ways, a prohibition that others may well choose to ignore. Indeed, that is why, in many places, governments are established so as to secure our rights. And even that does not guarantee anything – governments can be very inept at protecting us from those who would attack us.

Professor McKown continues by asking, "Don't human beings have

natural rights just by virtue of being rational creatures?" And he answers with a "No." His reason is that "nature grants no guarantees..." Since, however, rights are not guaranteed at all, his answer misses the point, even though it is correct.

The concept "natural rights" is a rather technical one, signifying the kind of justification some people believe may be given for the claim that human beings as human beings have certain rights. And what the justification tries to show is that because we are human, certain actions taken by others are morally and politically wrong. There is no guarantee implicit in this, only the idea that when we understand what a human being is (as such), this will enable us to learn how we ought to ought not to act toward such a being, simply in virtue of his or her humanity. But "ought implies can." We ought to be honest, but can be dishonest; ought to follow the rules

of logic, but can be illogical, etc. So, again, there is no guarantee or immunity involved here at all, only a moral assertion that may or may not be true, and one natural rights theorists argue can be shown to be true when we understand human nature.

I believe had Professor McKown given an accurate characterization of rights – as moral and political prohibitions instead of guarantees or immunities – he would not have been able to dismiss natural rights so easily.

This is a complex matter, and I do not mean to defend natural rights in a few words. Anyone with further interest might like to look at my book, *Individuals and Their Rights* (Open Court, 1989).

**Tibor R. Machan**
**Philosophy Department**

ears ago, 1982: T
Association for the
) on the argument
nd two months lat

ears ago, 1977: A
astic-coated Alab

ears ago, 1972: U
tion of a Departm
tion of the Depart

think it's time for th
tion has been off
Your focus in a p
troversy surroundi

# Group lo

Editor, *The Plainsman*:

To the general
munity of Auburn,
cided that the time h
over the past few years
subjected to many le
seemingly omniscien
vocalizing their c
opposing group. The
is ripe to spread a lin
to the members of th
even if you are homose
LOVE YOU!

To the members of
en if you are homopt
LOVE YOU!

## Quote shows need for diversity

ersecution of a minority in the
of religion, and last but not
the Grand Wizard, himself.
iat is going on here!? Can't we
iccept everyone's differences
ill live, study, party and cheer
the AU Tigers together
efully? As far as I'm
erned, the "Auburn Family"
des all of us, no matter what
ifferences.

Randall Jones
03IND

extends to intimidating, threatening
or attacking another person. It is
time for the administration to lay
down the law in this case and
firmly state that such violence and
hate crimes are intolerable and
repercussions of future actions will
be swift and severe. A delayed
reply by the administration sends a
signal that such an action is at best

We are now waiting to see if the
members of the administration and
the student opposition movement
can show their own form of
courage by condemning the
conduct of the assailant, stating that
such behavior is unacceptable and
declaring that further similar
actions are intolerable. In doing so
they would be making a stand for

Bruce Keisling
Meg Milligan
Peter Moore
Deanna Owen
John Ozone
Dawn Symuleski
Jim Werth
Tom Mattke

# Image tarnished by controversy

Editor, *The Plainsman*:

People used to think Auburn was
a friendly place, the "Loveliest
Village on the Plains." Now if you
mention Auburn, people think of
scandal and hatred; scandals like
the Curran affair Eric Ramsey and
hatred like that for the AGLA.

This must be the "Auburn
family" that Jon Waggoner conned
everyone on – a family of people
distrustful of their fellow students,

and those who would shoot at
people from a third story dorm
room window. Many of us now
walk this campus in disgust of a
moralistic and practically defunct
SGA wondering which student will
be shot at next and why.

The actions of Jon Waggoner and
his "moral police" force in the SGA
have taken hatred and
discrimination on this campus to a
new high – their words and deeds
are just as responsible for this

attempted shooting as if one of
them had pulled the trigger himself.

The only hope of change here
now, the only chance we have, is to
open our minds a little. Go to an
AGLA meeting, it is open to the
public, and everyone knows where
the group meets. But, more
importantly, use your voting power
this spring to voice your opinion.

Stacy Hall
04 VMB

# Students should work for health

Editor, *The Plainsman*:

Having lived my entire life of 22
years here in Auburn, this
community has become a part of
my consciousness, The University
provided by grandparents'
livelihood, my parents' livelihood
and now mine. The love I have for
the school and the town is indelible
and undeniable.

I can't believe how naive I was to
think we could have a living,
understanding mosaic of people
here without it being stained by

racists and homophobes. I welcome
the beautiful diversity of people of
all races, religions and sexual
orientations and am truly saddened
by those who to poison the
community under the guise of
"Students for a Healthier Auburn."

For the first time in my life I am
ashamed to be associated with
Auburn. I thought I grew up among
sensible, supportive folks.

If you truly want to make Auburn
a healthier place, devote your
efforts to a legitimate group such as
the Lee County AIDS Outreach or

Habitat For Humanity. Don't cloak
your hatred in euphemisms. Work
for something positive and
constructive.

My heart is on my sleeve.
Auburn doesn't have to be a
synonym for rejection and
backwardness. Let's join together
to welcome those who may be
different from us.

Edwin Walls
03JM

n issue

ndability and accuracy.
tird, JD's statement that the
t to bear arms was included in
Constitution for "national
nse" is only partly correct. This
vision was mainly intended to
re against our own government
r becoming too powerful and
ving individual liberties.
) also states that he cannot walk
iss campus or visit Washington
hout fearing for his life.
ngely, both of these places have
le it illegal to carry weapons. If
it he says about enacting the
it "common sensical" gun laws
orrect, these should be two of
places where he feels most
ire. If not, perhaps he is guilty
the hypocrisy for which he
ned the NRA.

Hays Webb
03 HF

).C.

nit them and not years later.
lly, sentences and/or
chments should be harsher to
s deterrents to other would be
inals. Effective criminal
ol will hurt the criminals and
he law-abiding citizens. If this
not happen, law-abiding
ens could become criminals
iuse laws were enacted that
away our rights.

Yvonne R. Roberts
01PCE

# Society must return to holy wars

Editor, *The Plainsman*:

There is a war going on in
Auburn. A spiritual war.

This is nothing new – it has been
going on for years here (and all
over the world), but I believe we
are in the midst of a key battle at
this University. Satan would love
nothing more than to devour
Auburn and leave it in spiritual ruin
(2 Peter 5:8), and right now he is

taking some big steps to do just
that. The AGLA controversy; the
abortion issue; the apparent
resurgence of the occult, mysticism,
and the new age movement; the
blatant blasphemy of God and His
Word are all attacks from Satan –
part of his plan to destroy Auburn.

Listen up, Christians – those of
you who call Jesus Lord – read
Ephesians 6, put on your spiritual
armor and go to war on your knees!

God has given us a spirit of power,
love and a sound mind (2 Timothy
1:7), so use it.

The victory is ours, but the battle
won't be won in the loud debates of
bright TV-camera lights, but in the
still quiet presence of the most high
God.

Drew Brady
03IH

0140

# Adviser says lack of communication responsible for AGLA controversy

### 'Grandstanding' led to media attention

**Misty M. Speake**
Assistant Scene Editor

The media battle that now surrounds the Auburn Gay and Lesbian Association could have been avoided through better communication, according to the faculty advisor of the AGLA.

Psychology professor Barry Burkhart said he has ambivalent feelings about the media attention "to an issue that's really not an issue."

"It really distresses me to see Auburn portrayed as an intolerant and hateful place," Burkhart said.

Had the SGA granted the charter originally, he said, "there would have been absolutely no consequences."

However, Burkhart still thinks a lot can be learned from the controversy.

"The learning experience is about learning how to come together and accept one another and learning to have tolerance of things that in our childhood we may have been taught to be intolerant of," he said.

"The learning of tolerance is something that we do just like learning algebra, calculus, or psychology."

Burkhart said Charles Pierce, an American philosopher, described 3 ways of knowing which included knowing by tradition, knowing by authority, and knowing by empiricism or science.

"The university is dedicated to the latter of those ways of knowing. We don't say 'I know that the earth is the center of the universe because the church tells me so.' What we do here is come to know how the earth exists in relation to the other bodies in the universe, by telescopes, measurements, and investigations.

"That is what Pierce means when he describes knowing by empiricism," he said.

Burkhart said students can learn tolerance by applying this theory.

"To simply accept something because that's what you've been told is not the proper way of coming to know," he said.

Religious arguments brought up by people in the controversy are questionable, Burkhart said.

"I find it a curious kind of irony that people use Christianity to promote intolerance. Christianity teaches acceptance," he said. "Remember the parable of the good Samaritan. What Christ was teaching there was that our responsibility to the other [person] supersedes our religious or national differences, or even our sexual differences."

"It is what's in our heart that makes us Christians. That's why I find this more than ironical — hypocritical," Burkhart said.

Burkhart said the opposing forces can come to an understanding through communication. "In fact, that's one of the purposes of the AGLA, to promote communication, dialogue, and understanding," he said.

"One of the things I encourage students to explore is how we may live together in our differences; that strength comes not in homogeneity, but in the alloy of our differences."



# Attn: Advertisers

### This February 13th, take advantage of a **UNIQUE** advertising opportunity.

*The Auburn Plainsman* will publish a supplementary coupon clipper *TEAR YOUR HEART OUT.* For the discount rate of $3.25, run a coupon that will maximize your returns. For more information contact your advertising representative or call our offices at (205)-844-4130.   The Auburn Plainsman

0141

# Group plans AGLA support rally

**Jay Evans**
Assistant News Editor

Out South, an Atlanta-based support organization for bisexuals, homosexuals and lesbians, will be sponsoring a support rally on Auburn's campus Saturday to be held in the free speech area near the Eagle's Cage.

Jim, publicity chairperson for the Auburn Gay and Lesbian Association, said, "They want to have a support rally in support of gay and lesbian students at Auburn University and the AGLA, and also they wanted to denounce any forms of bigotry and hatred which have been directed at the AGLA."

Steve, co-president of the AGLA, said, "A week ago, Out South contacted us and asked us if we wanted some support. We wanted the support of our fellow gay and lesbian community here in the Southeast because we were outraged that the University hasn't formally condemned the violence that occurred on campus," in reference to last week's shooting incident at Noble Hall.

Thomas, a member of AGLA said, " Out South is a new group

that heard about the shooting. They want to show the gay and lesbian community in Auburn that there is massive support outside.

"The people that are coming are not necessarily gay. Many straight people are coming in support. It is a commendable effort."

Steve agreed the anger over the university's lack of action spreads far outside of Auburn's gay community.

"Other gay and lesbian communities within the Southeast are also outraged with the administration's lack of action against the violence, and are thus coming to the campus to support the AGLA," Steve said.

"We ( the AGLA) are not sponsoring or co-sponsoring this. ( Out South) told us they wanted to put together a support rally to show exactly how much support in the Southeast there is for our organization."

Out South also requested permission to hold a parade on campus and another rally at Duck Samford Park. Both of these requests were denied.

Jim said, "We haven't been given a reason for that, but at this point, it is really not a big deal."

He also said the Martin Luther King Foundation in Atlanta will be sending a representative to speak at the rally, but he does not yet know who.

Out South anticipates the size of the crowd to be about 5,000 people, but Jim said he expects the crowd to be smaller, about 300 to 400 people. He said the event will be widely publicized.

"As far as the gay and lesbian community goes, this is going to be publicized in every gay and lesbian publication in the Southeast, and there are quite a few of them," Jim said.

The possibility of further acts of violence directed against the AGLA concerns Jim, but he said the AGLA will not take part in any confrontation.

"As far as violence directed toward us, we're taking a totally non-violent stance, abiding by the philosophies of King and Ghandi. If people are going to throw rocks at us, then they'll throw rocks at us, and they'll be arrested," Jim said.

## Adviser respons

'Grandstandin to media attent

**Misty M. Spe:**
Assistant Scene E.

The media battle tha rounds the Auburn Ga: bian Association could avoided through better c tion, according to the fa sor of the AGLA.

Psychology profes: Burkhart said he has a feelings about the medi "to an issue that's rea issue."

"It really distresses Auburn portrayed as an and hateful place," Burkl

Had the SGA granted originally, he said, "th have been absolutely quences."

However, Burkhart st lot can be learned from versy.

"The learning exp about learning how to cc er and accept one an learning to have toleranc



# Don't miss your Valentine kiss

Send the FTD®

Att

The Auburn Plainsm
the discount rate of
contact your advertis

...inside — who was calling himself "Al Wilson" ...mes the night before his arrest: once in person ...nsolved Mysteries" came on, the second time ...ecognized him as the fugitive on the show, and ...ime after the show. The third time, Burnside ... Curtis Acton said.

...e back with a knife and stuck it in the table,"
"He said he's 'going to kill somebody.' "
...t U.S. Attorney Robert Posey said that was ...way of warning Acton not to report him to po-

...esses said that on at least two occasions after



Keith Boyer/Post-Herald
...ne by volunteer workers.

## to housing

...ders can help by loosening their loan un-
...les a bit to allow more people to qualify
...s. Governments can trim housing codes
...dinances that place unnecessary limita-
...cts.

...tical support is another good idea. "Let
... take all the credit," he said.

...s forum was sponsored by the Junior
...irmingham, Metropolitan Birmingham
...he Homeless and the Leadership Bir-
...inn Association.

..., director of Leadership Birmingham,
...xtremely pleased, not only by the num-
...who attended the forum but by the mix-
...and entities they represented.

...tives of the homeless coalition,
...profit groups, the construction industry,
...e city housing office also spoke.

...kers mentioned the Bethel-Ensley Ac-
...BEAT, project that is redeveloping the
...neighborhood as an example of what
...ople can do by getting different seg-
...onmunity involved in developing affor-
...Several area churches have donated
...ided volunteers to build new homes in
... The first two houses are nearing com-

...f the forum said they plan a second
... at a month.

...eague will assign one of its members to
...coalition. The league phone number is

In Florida, Burnside is charged with first-degree mur-
...der in the Feb. 17, 1988, stabbing death of his ...'e, An-
...tte. He is also charged with attempted fir. ...gree
...murder in connection with the shooting of her co-worker,
Dave Otteny.

Manatee County, Fla., sheriff's Deputy Art Horn, who
was in Birmingham watching the trial, said he arrested
Burnside in December 1987 for violating a domestic vio-
lence law and a court order to stay away from his 24-
year-old wife.

Most of what jurors learned about the Florida charges
came through closing arguments.

*Bham Post 2/7/92*

## UA students seek ruling on funding gay group

### SGA to ask Evans to decide legality

Associated Press

TUSCALOOSA — Student leaders
at the University of Alabama voted
last night to ask the Alabama attor-
ney general whether it is legal to
give university funds to a campus or-
ganization for homosexuals.

The resolution approved by the
university's Student Government As-
sociation comes on the heels of a con-
troversy involving a recent Auburn
University charter given to the Au-
burn Gay and Lesbian Association.

Student leaders at Auburn have
asked the university trustees to re-
voke the charter issued by the school
administration. The Auburn SGA
contends the group is based on activ-
ity that is illegal under the state so-
domy law.

In Tuscaloosa, UA Student Senator
Liles Burke said the resolution asks
Attorney General Jimmy Evans to
clarify whether it is legal to provide
funds to such organizations. Burke
said the student leaders were not dis-
criminating against gays by passing
the resolution.

John Howard of the university's
Gay Lesbian Association said he was
displeased with the SGA vote, but
that he expected the attorney gen-
eral to uphold the group's rights.

University of Alabama President
Roger Sayers said in a statement last
night that the issue of whether gay
and lesbian students have a right to
associate and function on the campus
was settled almost a decade ago.

"Our position has not changed,"
Sayers said. "The rights affecting
the recognition and funding of stu-
dent organizations are also well set-
tled in law.

"I do find it a little unusual that
students as independent as ours are
asking the attorney general how they
may spend their money."

sistent with wanting to commit suicide?
was facing those charges in Florida, he
caught, he knew he had nothing to live for.

Posey argued that Burnside wanted to
"A person who is savvy enough to avoid b
three years is savvy enough to know that,
wasn't going to shoot the officers that'll
for me,' " he said.

He said Burnside didn't put a fully loa
bag of bullets in the truck to kill himselt
man planning to kill himself. That's a ma:
a firefight if it comes to that."

## HOME THROWN

call 323-6397 for a money saving subscription

Birmingham Post-Herald



## THE LONGER YOU STAY, THE LESS YOU PAY.

BRING IN THIS AD FOR
REDUCED RATE ON SECOND NIGHT

With so much to enjoy
in Birmingham, why not
stay an extra night for
only $69. You'll enjoy a
spacious first-class two-
room suite with microwave
and refrigerator. Relax at our indoor
pool or workout at the nearby
SPORTSLIFE FITNESS CENTER — with
our compliments. You'll also get a
free and complete cooked-to-order
breakfast daily along with
complimentary cocktails** each
evening.

It's a great deal to begin with, and it
gets even better if you
stay the second night.
For reservations and
information on other
packages, call your travel
agent or call us:

1-800-433-4600

## CROWN STERLING SUITES
BIRMINGHAM
2300 Woodcrest Place
Birmingham, AL 35209
(205) 879-7400  Fax (205) 870-4523

89
69

**CALL 24 I
MOVIE HO
591-66

ALL MOVIES ST**

### wildwood
591-6684 m 140 & Lak
FINAL ANALYS
MEDICINE MA
FRIED GREEN TOMAT
SHINING THROU
HAND THAT ROCKS THE
GRAND CANYC
PRINCE OF TID
FATHER OF THE BR
HOOK (PG
J.F.K. (R)
LAST BOY SCO
FREELACE (F
BEAUTY & BEAST (G) /
LOVE CRIMES (R)
ALL MOVIES STER

### festival
591-6684 w
MEDICINE MAN
FINAL ANALYSIS
FRIED GREEN TOMATO
SHINING THROUG
HAND THAT ROCKS THE
GRAND CANYON
FATHER OF THE BRI
PRINCE OF FIDES
HOOK (PG)
J.F.K. (R)
BEAUTY & BEAST (G) /
KNIFE (PG-13) / LAST BOT
ALL MOVIES STEREO

### galleria
591-6684 w
MEDICINE MAN
FINAL ANALYSIS
FRIED GREEN TOMATOES
FRIED GREEN TOMATOES
SHINING THROUGH
SHINING THROUGH
HAND THAT ROCKS THE C
J.F.K. (R)
BEAUTY & BEAST (G) / ADRIAL I.
MY GIRL (PG) / BOKS
COBB THEATRE

### center point
591-6684 m Carson R
FINAL ANALYSIS
HAND THAT ROCKS THE C
HOOG (PG)
MY GIRL (PG)
LAST BOY SCOUT
BEAUTY & BEAST (G) / CAM

0143
Ex. K-28

## Carmike Cinemas.

### Carmike 10
3443 Lorna Rd    822-5237
Behind RYAN'S FAMILY STEAK HOUSE by Hoover.
FEATURE TIMES FOR FRIDAY, SATURDAY and SUNDAY.
twenty-one
1:30-3:30-5:30-7:30-9:30 (R)
FATHER OF THE BRIDE

### Medicine Man
COLONNADE (PG-13)
12:30-2:45-5:00-7:15-9:30

### Colonnade 10
Colonnade Pkwy-1-459 & 280    969-3843
FRIED GREEN TOMATOES
1:00-4:00-7:00-9:45 (PG-13)
SHINING THROUGH
1:15-4:15-7:10-9:30 (R)
FINAL ANALYSIS

Ex. 0144   K-29

... can't guarantee. I'm just telling you that it works for us."

In the last 10 months, the highway Department has pumped sand in front of the beach homes threatened by the erosion.

"It's scary to think that we'll be facing, another March and April without any relief," said Nancy Worley, a charter who has become a spokeswoman for the beach residents. "Those were our worst months last year. I think we're looking at some potentially serious problems."

The $5 million lawsuit against the state over the jetties was presided over by Baldwin County Circuit "dge Charles Partin.

(according to testimony at last year's trial, developers sold some homes on the lagoon with the promise 'that the concrete jetties would be kept open to allow passage of small boats into the gulf from the lagoon.

In June 1991, the state agreed to restore, nearly a mile of eroded beach, and pay an undetermined amount of damages to homeowners whose property was damaged.

---

## Support for Salvation Army stable despite slow economy

By Greg Garrison
News staff writer

In spite of the recession-plagued economy, support for the benevolence work of the Birmingham-area Salvation Army has not suffered, said steady commander Major Henry Gonzalez said.

In 1991, the Birmingham Metropolitan Area Command of the Salvation Army had the largest annual community meeting in the country, drawing 1,000 to 1,300 people to its annual celebrations.

The Salvation Army had a budget of $3 million, Gonzalez said. About 25 percent of that funding came from United Way, 20 percent from federal grants and the rest from community contributions and fundraising events, he said.

"We consider this a plus because the current economic climate," Gonzalez said. "Birmingham 'is a great city for helping others. In bad times and Birmingham has responded to the needs of the Army."

More than 60,000 people were

served by Birmingham-area Salvation Army programs last year, he said.

"They were fed, clothed, given shelter or counseling, attended Salvation Army events or functions, were visited in hospitals, jails or other institutions, or received Christmas assistance," Gonzalez said.

The Birmingham-area Salvation Army, which has the largest annual community meeting in the country, draws 1,000 to 1,300 people to its annual celebrations.

"It gives the Army an opportunity to thank the community for its fine support the previous year," Gonzalez said.

This year's dinner, the 25th annual event, has been set for March 11, with Florida Atlantic University head football coach and former pro football standout Bobby Bowden as the keynote speaker. The dinner will be at 7 p.m. in Boutwell Auditorium.

---

Bham Post 2/11/92

## Homosexual-group funding questioned

By Joe Nabbefeld
News staff writer

TUSCALOOSA — The University of Alabama student president expected to decide today whether to kill a request that the state attorney general review the legality of funding for homosexual student groups.

Motivated by the Auburn University controversy, the UA Student Government Association voted 7-14 Thursday to ask Attorney General Jimmy Evans to decide whether it's "ethical or legal" for SGA to provide the UA Gay/Lesbian Alliance $500 a year.

Other student groups receive similar funding. But because Alabama law prohibits sodomy, supporters of the resolution argued that funding the alliance sanctions an illegal activity.

The Auburn SGA recently voted to deny a charter and funding to a homosexual group but the administration overruled that. The Alabama Senate then passed a resolution to support the Auburn SGA, but the House killed that.

The UA request only goes to the attorney general, however, if SGA President Trey Boston agrees to sign it, Boston said Monday.

Boston has until Thursday to decide, but said he plans to do so today. He said Evans will eventually rule on the matter regardless of whether

SGA asks him to. And that "the larger issue is what kind of image" such actions create for Alabama nationally.

SGA Vice President Thad Huguley said such a measure reinforces a "backward, redneck" image of the state.

Before Thursday's vote, UA President Roger Sayers issued a statement saying homosexual groups have a legal right to the same opportunities as other student groups.

"I do find it a little unusual that students as independent as ours are asking the attorney general how they may spend their money," Sayers said.

The Gay/Lesbian Alliance estimate UA has as many as 2,000 homosexual students.

---

left the two women there, Cardwell said. No one was injured, Cardwell said.

Nancy W Bruch

## Man, 44, dies; had earlier been jailed

A Homewood man who was brought to the city's jail this weekend on charges of public intoxication died Monday from apparent head injuries, police and hospital officials said.

Rudy Jay Jones, 44, of 123 Squaw Valley Ave., died at 11:20 a.m. at University Hospital, said hospital spokesman Hank Black.

Jones was arrested early Sunday after a taxi driver called police to report a man who did not pay a fare by his 135 Lodge apartment, said Homewood Police Chief William West.

Jones was conscious when he was brought to the Homewood Jail on Sunday and was fed breakfast before being moved to his jail room, West said. He spent about 11 hours in jail before it was noticed he was ill, police said.

About 2 p.m. Sunday, jailers checked on Jones after other inmates said he was frothing at the mouth and appeared to be having a seizure, West said.

He was taken to Cooper Green Hospital and later transferred to University Hospital with head injuries, hospital officials said.

West said it was learned later that Jones had been involved in an incident in Birmingham. Police there were notified about the case Sunday night or Monday, West said.

Jones had earlier told Birmingham police he had fallen, and he was not believed to have been injured, West said.

He would not comment further on the investigation.

Roni Ben Kayne



Henry Gonzalez

The Salvation Army also will hold its annual Adult Rehabilitation Center awards banquet at 7 p.m. Monday, Feb. 17, at the center, 1401 F.L. Shuttlesworth Drive. The awards banquet honors the work of men in the rehabilitation program. The advisory slate of officers for 1992 and new council members will be installed at the banquet. Speakers will be Maj. Dick North and Col. Fred L. Ruth.

---

## Berry student, 18, charged with assault

Hoover police have filed two petitions with Jefferson County Family Court charging a 16-year-old Berry High School student with two cases of third-degree assault on a school principal and counselor Jan. 31.

Hoover Capt. Vicki Dortch refused to release the name of the student. School officials said the student ran between a ninth-grade unit Principal Kathy Wheaton and counselor Sue Yarborough while the officials chased a female student.

Mrs. Yarborough's nose was broken when she was knocked against a brick wall. Mrs. Wheaton was bruised when pushed into a steel pole.

Ginny MacDonald

## Trussville schools discussion planned

Parents and educators concerned about a move to form a Trussville school system will meet at 6 p.m. Wednesday at Clay Elementary School. The meeting is being organized by Save Our Schools, a group of residents from Grayson Valley, Argo, Clay, Chalkville and Roebuck Plaza who want to keep Trussville schools open to children who live outside the city.

Speaking at the meeting will be representatives of the Jefferson County Board of Education and the state Department of Education, said Donna Key, a teacher at Clay Elementary who founded the group.

# Gay rights rally held on campus

**■ Alabama student group attends rally. See story, A-10**

**Kim Chandler**
News Editor

"We're here. We're queer. Get used to it."

This was the cry of about 400 people who attended a gay rights rally in front of the Eagle's Cage Saturday.

The demonstration, organized by OutSouth, a gay activist group based out of Atlanta, was to express the homosexual community's concern with the situation at Auburn, OutSouth co-president Michael Strickland said.

Strickland said the group particularly wanted to address the issue of hate-crimes, saying it was the Feb. 3 pellet gun shooting incident which motivated many of the demonstrators to attend the rally.

"We are just asking for them (homosexuals) to stand up for what they believe in, to demand for protection.

"This kind of violence deserves a response," Strickland said.

The three-hour rally was highlighted by speakers from Queer Nation, the American Civil Liberties Union and the National Organization for Women.

A crowd of about 100 counterdemonstrators turned out to watch the rally. Some held signs



Many participants in Saturday's rally held signs or wore items of clothing that explained their sentiments about gay rights.
Rob Check/Staff

that said, "Faggots Go Home" and "AGLA, Auburn Gays like AIDS," which were confiscated by plainclothes police officers because

a permit had not been issued for a counterdemonstration.

**See RALLY, page A-18**

## Alumni group commends SGA actions

**Jay Evans**
Assistant News Editor

The national Auburn Alumni Association issued a statement supporting the SGA in what it called "The Auburn Gay and Lesbian controversy."

The statement urged the administration and the Board of Trustees to "review every legal avenue available to determine if there is a legal basis under federal and state law to support the position of the Student Government Association."

The decision comes on the heels of a recent unsuccessfull attempt by the State Legislature to also pass a resolution commending the actions of Auburn students fighting the AGLA charter.

This resolution was introduced into the State Senate by Sen. Gerald Dial (D-Lineville) and not Sen. Jabo Waggoner as previously reported by *The Plainsman*

The statement also said, "We support the laws of Alabama on issues related to this subject. We

**See ALUMNI, page A-18**

# Recor[d]
# declar[...]
# for SG[...]

**■ Official list of can[...]
See story, A-15**

**Kim Chandl[er]**
News Editor

A lot of people w[ant]
Waggoner's job.

A record number [of]
candidates will be run[...]
SGA President this sprin[...]

This is the highest n[umber]
ever run Susannah Jon[...]
elections director, said.

Waggoner ran unopp[osed last]
year, and in the 1990 [...]
there were only two pr[esidential]
candidates.

Jones attributed the i[ncrease in]
number of candidat[es to a]
growing interest in S[GA and]
campus politics.

"A lot more stud[ents are]
realizing that the stake[s are too]
high to sit back and do [nothing]
and that the SGA do[es make]
decisions that are imp[ortant to]
them," Jones said.

Waggoner said,"I am [pleased]
that the apathy level is [down]
and that so many peo[ple...]

---

*Moving on up*

# Legislature considers increasing number[...]

**Eric S. Bruner**
Staff Writer

Auburn may see new faces on its Board of Trustees as early as December if a proposed bill sails smoothly through the State Legislature.

The bill, sponsored by Sen. Ted Little (D-Auburn), was approved by the Senate Constitution and Elections Committee in Montgomery last week.

The proposal could potentially add three members to the board, all of whom could be residents of another state.

Little was concerned that the board may be "too involved in politics."

"We have a hard-working board," Little said. But, he added, "a progressive board, one that wants to broaden its setting with other geographical ideas, should contain

out-of-state influence.

"There is nothing wrong with having an influx of ideas from another area," he said.

Little said the bill would promote such an exchange and allow individuals like Ben Gilmer the opportunity to participate in trustee proceedings.

Gilmer, CEO and president of AT&T, is an example of the many Auburn graduates who are not Alabama residents but would

make fine additions to the board, Littl[e]
said. Under existing constitution[al]
provisions, Gilmer would be excluded.

Little said the bill is a "progressive [step]
in the direction of a self-perpetuating Boar[d]
of Trustees," similar to that found at th[e]
University of Alabama.

"I am satisfied that a self-perpetuatin[g]
board has less political baggage," Littl[e]
said. "I am not trying to grind a politic[...]

---

**Race relations discussed**

Continued from A-1

- implement a more diverse activity program through UPC.
- encourage student leaders to attend BSU meetings.
- form a committee of both white and black student leaders on campus to discuss weekly issues of racism.
- submit a budget proposal for the Finance Committee.
- promote greater diversity of races at the April 24 Harmony Picnic.

"I think this meeting was a success, although the name was misleading," Liz Humphrey, SGA assistant secretary of public relations and one of the organizers of the forum, said. "This meeting was really not for race relations, not voicing their opinion.

"I challenge other students to convey their ideas to their student leaders," she said.

Some students did not feel the forum was a success, just "token" efforts.

Pete Shephard, 01 APS, said, "They were just giving us a bunch of lip service, thinking we were

## Alumni association passes resolution

Continued from A-1

condemn any acts of violence associated with this or any other activity or issue."

The Jefferson County Auburn Club brought the resolution before the national alumni association because of its concern over the AGLA situation, but many other local clubs have also expressed concern, said to Rusty Allman, president of the National Auburn Alumni Association.

"We have input from many

alumni around the country who are concerned about this issue," he said.

The resolution was passed unanimously by the alumni association's board of trustees, which is comprised of 14 members and approved by its executive committee.

"(The resolution) is pretty inclusive. It shows the intent of the (alumni association's) board of trustees."

"We came to this decision after a great deal of discussion," Allman said.

## AIDS awareness high

Continued from A-9

that thinks it is just a homosexual disease?

"I wouldn't say only in the United States, but it's predominant in the United States."

So should all these students get tested?

"Not necessarily. Anybody who is concerned and feels they ought to go get tested. But if they don't like they'd've had any high risk behavior, then I don't think it's a big deal.

"The thing everybody is trying to get to us is for a while now everyone's talked about whether you were in a high risk group such as an IV drug user or a homosexual or whatever.

"But what everybody's trying to get people to understand is there's

really no high risk group; there's high risk behaviors. If people are behaving unsafely, then they need to protect themselves and their partners."

If you could change one thing in this community about this what would you do?

"I guess I'd like to see where people tend to do things that scare them, for lack of a better word; people need to wake up and quit saying what's going on and know enough about it that they're not biased or prejudiced, thinking that anyone associated with AIDS and HIV, is must be, a terrible person.

"I think there's a lot of fear going on. I think if we can get over that hurdle, then I think we can make a big difference."

## Rally draws 400 AGLA supporters

Continued from A-1

Tim Nammah, 02PB, was one of the counterdemonstrators. "The Student Senate made a decision as to what the students wanted, and I think Pat Barnes was way out of line in what she did," he said.

Michael Boles, 04FI, said, "I think it's all right to be queer, but I don't get out here and make a big deal of it and obstruct traffic to tie up everybody's good time."

A shouting match broke out between students and demonstrators after two male

demonstrators kissed, prompting yells of "sick" from the students nearby.

Stephanie White, 04MK, asked one of the demonstrators, "We don't have a heterosexual support group. Why do they need one? I don't agree, and I don't like it when they show public affection."

Joey Monley, a graduate student at the University of Alabama and a member of the University Gay and Lesbian Alliance responded to the shouts, "We're just here demonstrating for our rights because we don't get the same legality (as heterosexuals)."

the choices they've made, as minorities," Waggoner said, referring to the 1986 court case of Bowers vs Hardwick.

Waggoner said Wednesday an open forum is scheduled for Feb. 25 in Broun Auditorium from 7 to 9 p.m. with members of student activity fee projects. All students are invited to attend.

"There was a lot of talking about symbolic efforts. If you can create an environment when everyone can come forward, like the AGLA, then that's the first step," he said.

Speakers at the meeting were TShirts which read "Shock me. I'm for Human Rights" and held signs which read, "What about other minorities" and "Minority status does not only refer to race."

Some members of the crowd wanted all minorities present to be able to speak. Some members of the forum was for race relations and not other minorities.

"The Supreme Court of the United States and the SGA do not recognize homosexual because of

## Condoms elicit diverse opinions

Continued from A-9

daughter to. "We whole concept of (condom availability) being a necessity goes against the ideal that the University is trying to put out for parents of incoming students," Campbell said.

Vice President Scott Sprayberry ... daughter, a resolution, was ... comment-

The two reasons for considering the resolution tested to be helpful don't have the students weren't to buy their ... have the money to buy their place to buy them, he said.

"But the senate decided the students here how to ...

Betty McCreery, nursing supervisor at the health department, said the department "has troubles getting condoms and keeping them in. I have to reserve what I have for my patients and the people that walk in here and need them."

Buying condoms and stocking them can get to be pretty expensive, the said.

Having a program on campus for free availability of condoms would be helpful "if the condoms were used and used properly," McCreery said.

Smith said perhaps Auburn's reluctance to promote condom week more than it is

too.

"I'm not so sure that's a bad thing. I want my kids to have my values too. But my kids face things today that I never did. I want them to be informed about these situations when they come buy them," Smith said.

The Rev. David Bargezi, of the Episcopal student center, said, "People are engaging in sexual activity should do so responsibly. So if they're going to have sex, they should use condoms. If (distributing) would help, it's a good thing. ..."

But on Auburn's campus, handing out of free condoms ...

## Experience it



Is your SLR camera calling you to get it out of the box, dust it off and start

using it? ... photographer/family ... together. ...

Then join the exciting world of Plainsman photography and work at an award-winning

## Senate hopeful criticizes gay rights, interest groups

**Sean Selman**
Assistant News Editor

Richard Sellers, a Republican who is running against Sen. Richard Shelby for the U.S. Senate this year, made an informal campaign visit to Auburn's SGA meeting Monday night, blasting political action committees and gay rights groups.

Sellers, an Auburn alumni, told SGA senators he is running a campaign that will not accept donations from political action committees (PACs).

"I left the U.S. Senate in 1977 pretty much disgusted," Sellers said. Sellers interned with Sen. John Sparkman of Alabama from 1972 until 1974 and was a member of the U.S. Senate Foreign Relations Committee from 1974 until 1977.

"Special interests, usually just a handful of four or five major financially wealthy special interests, control politics in Washington D.C. They control politics in Montgomery, Ala., and it's just not right," Sellers said.

Sellers said candidates of the Democratic party must have four major interest groups backing them if they want their party to nominate them.

"The Republican party's just not like that," Sellers said. "(The Republican party has) special interests, but they don't dominate the party. In fact, to make this issue very, very clear in the upcoming election, I'm taking no political action committee money at all."

Sellers also took a stand against gay and lesbian groups forming both nationally and locally.

"This is an issue that is addressed regularly by the U.S. Senate, and that question is this -- when the founding fathers wrote the Constitution, the 14th Amendment, the Equal Protection Clause, was it written in order to make gay and lesbian groups equal with every other group on campus? And I don't think so," Sellers said.

"This is something, as a U.S. Senator, that I do want to address. This is more than just one group (referring to the AGLA) getting a charter at

## Dollars and Sense

# Auburn generates revenue despi

**Tony Scalzi**
Staff Writer

Despite the economic condition of America in 1991, Auburn had an increasingly positive impact on the state and local economy.

"Aside from the $150 million appropriated by the state for the fiscal year that ended last September. The University has generated more than $184 million in revenues," said Don Large, acting Vice President for Business and Finance.

University Relations said the University's expenditures have grown by 40.3 percent since 1987, from $243.7 million to $342 million this past year, a nearly $100 million growth in almost five years.

In Alabama, the University provided jobs for more than 9,000 people statewide, distributing more than 184 million in payroll dollars into the state's economy.

Auburn's spending for salaries and wages increased from 1986-87 to 1991 from about $133 million to $184 million, an increase of nearly

39 percent.

In addition, University employees paid $1.4 million in city occupational taxes to the City of Auburn in support of local education and services.

Large said there are also different intangibles the University provides, such as having an impact on local businesses.

Many Auburn business owners agreed that the University has a significant impact on sales.

"Like most businesses in town, without the University, we would be gone," said Greg Glasscock, owner of Auburn Sports. "Obviously, the store here is oriented toward activities of people who are college aged.

"We sell a fair amount of youth baseball equipment, but tennis, racquetball and roller-blades are a majority of student sales," he said.

In terms of a percentage, Glass-

cock said he did not know what the ratio of sales is between townspeople versus college students, but he said most of the merchandise sold at Auburn Sports target college students.

Mark Morgan, owner of Toomer's Drugs, said University faculty and students provide about half of his business. He said if a business wants to be successful in Auburn, it needs to have a good mixture of townspeople and students.

"Very few businesses, from my experience, aren't successful if they just target one market," said Morgan, who has owned Toomer's since September 1986. "I think you must have a good mixture and something that appeals to both groups.

"I think one thing that has kept a business like Toomer's here for so many years is that I appeal to both the townspeople and the college people," he said.



# The most reusable piece of plastic on



The *AT&T Calling Card* will never go to waste. You can use it to ma

0147

Sellers said candidates of the Democratic party must have four major interest groups backing them if they want their party to nominate them.

"The Republican party's just not like that," Sellers said. "(The Republican party has) special interests, but they don't dominate the party. In fact, to make this issue very, very clear in the upcoming election, I'm taking no political action committee money at all."

Sellers also took a stand against gay and lesbian groups forming both nationally and locally.

"This is an issue that is addressed regularly by the U.S. Senate, and that question is this - - when the founding fathers wrote the Constitution, the 14th Amendment, the Equal Protection Clause, was it written in order to make gay and lesbian groups equal with every other group on campus? And I don't think so," Sellers said.

"This is something, as a U.S. Senator, that I do want to address. This is more than just one group (referring to the AGLA) getting a charter at Auburn. This is a major national and international issue," Sellers said.

"This one issue is not the biggest in the world," Sellers said toward the end of his speech. "But it is a national issue.

"This is not something that affects just Auburn University. This is something that will be moved into the 21st century, and it has a lot to do not only with your future, but, more importantly, your children and grandchildren's future."

After Sellers' speech, the SGA Senate passed a resolution stating that all institutions at the Auburn/Opelika/ Lee County Town Meeting and the Auburn University's Tax Reform Committee should "take the appropriate actions to support tax and education reform in the state."

The Senate's Budget and Finance Committee also reported it will meet Thursday at 5:30 p.m. to discuss raising student activities fees by $2 or $3.

Committee chairman Chris Apostle said a fee hike of $3 could provide about $120,000 for groups who requested funds for next year.

SGA President Jon Waggoner said, "The SGA will be investigating the possibility of getting some excess money for lighting." It also may attempt some type of funding drive to ask private sources to donate funds for more campus lighting.

Waggoner also urged senators to ask their constituents to volunteer for Eagle Watch duty.



# The most reusable piece of plastic on



The *AT&T Calling Card* will never go to waste. You can use it to m

anywhere to anywhere. Once you have one, you'll never need to apply for another. It's t

to call state-to-state on AT&T when you can't dial direct. □ And now you could als

the long distance calls you make with your card.* □ Of course when you use yo

always be connected to the reliable service you've come to expect from AT&T. □

only one way to describe the *AT&T Calling Card* in today's college environ

**Get an *AT&T Calling Card* today. Call 1 800 654-0471 Ext. 9728.**

*Must make at least $30 worth of AT&T Long Distance calls with your AT&T Card per quarter. Calls covered by special AT&T pricing plans are not included
©1992 AT&T

neighbor they were told to love.

THE DEVIL IN DRAG

Shall the children of Satan cast out
hate?
Shall the children of Christ cast out
charity?
Nay, we shall know them by their
fruit.
Whosoever sits in judgement, let

weep, for their righteousness shall
cover them as filthy rags, when
their judgement is judged.
And the Devil's robes of
righteousness shall wax scarlet on
them in that day!

Douglas Burleson
Architecture Department

After seeing all the Biblical
passages here on the editorial
page lately, I figured I would
throw in my favorite quote as
well: Proverbs, 31:6-7. Look it
up, and party on. Remember,
the Bible told you to do it.

Stephen M. Arndt
01CSSS

"The good ol' boy imagery of fishing and fast pick-up trucks
Smith, co-coordinator for the A+ Educational Reform Group.

# Controversy needs to be put to rest

Editor, *The Plainsman:*

It has been fascinating to me to
watch the debates and controversy
surrounding the AGLA and their
new charter. I would like to address
both major parties participating in
the riff-raff. However, before I do, I
wish to state my personal stand on
homosexuality. Make no mistake, I
firmly believe homosexuality is
morally and ethically wrong.

To those in the AGLA and those
supporting the AGLA: You have
been granted your charter, but keep
in mind that you did so only as a
result of an authoritarian action by

the Auburn administration. The
majority of students do not want
you around and do not accept you
as social equals. Your recent ploys
to gain support (i.e. Jeans Day,
Heterosexual Questionnaires and
posters of Jon Waggoner with KKK
members) only serve to hurt your
plea for acceptance.

To those opposing the AGLA:
They have their charter. You should
leave it alone. Don't waste your
time fighting minority groups. This
campus is big enough for all of us.
Also, be careful with your
arguments against the granting of
the AGLA charter. The Alabama

Anti-Sodomy Law is not a good
one to use as a weapon against the
AGLA. Sodomy includes all sexual
acts except penal/vaginal
intercourse. Oral sex, even with
your wife, would be illegal under
this law.

It is time for the students of
Auburn University to rally around
causes that truly effect our lives.
Proration for instance. Whether or
not this university has a
homosexual group is not going to
affect your education or life.

Todd Armistead
02CJ/LE

# Fight "good" fight with love in heart

Editor, *The Plainsman:*

In the past weeks there have been
many militant accusations directed
toward anyone who opposes the
AGLA charter. *The Plainsman* has
been filled with these volatile
emotion-based accusations.

Last week's "Moondog Report"
contained (libel) and vulgarity
toward Jon Waggoner too vile to
print. Releases from the AGLA
continually contain charges of
hatred and bigotry. After hearing
that the SGA and Students for a

Healthy Auburn had made
statements denouncing violence on
our campus, the AGLA response
was, "they have (still) not done
enough to rescind their campaigns
of hate."

In response, many of us are
tempted to fight fire with fire, but I
call you to nobler actions. We must
not fight out of hostility, but out of
love. We must show compassion
toward homosexuals, because they
are human beings. Do not
misunderstand, our concern for
them does not require us to accept

their life-style. In fact, if one is well
informed on the dangers of
homosexuality, *our* concern
demands that we withhold social
acceptance of their behavior.

So please, Auburn, let's not
lower ourselves to useless name
calling, or compromise values to
avoid controversy. Instead we must
fight the good fight, stand up for
ethical values and do it all with the
motivation of love.

Mike Fellows

# BSU's attitude encourages racism

Editor, *The Plainsman:*

This letter is in response to the
informational letter sent by William
Josephson in the Feb. 6 edition.

Mr. Josephson stated the goal of
the BSU is to
"discourage...institutional and
individual acts and symbols of
racism."

Although I applaud a group that
is willing to take on the arduous
effort to stand for their beliefs, I am
taken back by the contradiction

inherent in this group.

It appears obvious to me that the
name of the group, the BLACK
STUDENT UNION, displays just
such an "institutional symbol of
racism." If this group is open to all
races and facets of life, why would
their chosen epithet be so limited in
scope?

If any group, with the same goals
as the BSU, took on the name of
THE WHITE STUDENT
LEAGUE, there would be an
upheaval in the system similar to

what we are experiencing with the
AGLA.

I am by no means degrading the
efforts of the BSU, nor am I blind
to the fact that their members do
come from various walks of life.
But in the group's self proclaimed
goals of providing harmony
between the races, I must advise
they start by reflecting on their own
structure and attitude.

P. Hearne
06BA

# Individual but united sl

Editor, *The Plainsman:*

I have written five letters to *The
Auburn Plainsman*, this being the
first letter that I have submitted. I
have frowned away from turning
these letters in simply because I did
not feel that they would have a
significant effect on our student
body. I have finally reached a point
where I can no longer remain
unspoken or unheard.

I am an Auburn football player. I
practice almost every day of the
year so that I can perform my best
for eight S.E.C. games. I have faced
many challenges on the field that
have tested both my mental
toughness and my character. The
greatest challenge I have faced in
my last few college years is not
trying to beat Alabama or
Tennessee but instead trying to
have a more active role in the
University.

Recently, I have experienced
some situations on this campus that
I need to address. Last week one of
my closest friends from high school
came to see my girlfriend happened
to be an extremely intelligent black
woman.

I felt sure that I could show her
our University and introduce her to
our friendly Auburn "family."
When we went out on Friday night
every time we walked into a public
place people stopped what they
were doing to stare as if a black

woman and white man could
close enough friends to g
together. I was embarrasse
only for my friend, but also f
University's narrow-mindec
This narrow-minded att
recently surfaced with the pa
of the AGLA charter. Where a
headed as a student body
university?

I am a non-conformist. Alt
I play college football some
favorite interests are practicin
Kwon Do, sneaking into God'
play the piano, writing poetry
nobody is watching.I am my
person. Most of all, I am a st
of life who knows the true val
an open mind.

When the Auburn foun
fathers created this university
had one main purpose in min
produce the highest quality stu
possible. The founders want
give a home to all young men
women who shared a com
thirst for knowledge. A home
discriminated not on the basi
religion or skin color or se
initiative for learning and des
excel.

I bought a *Time* maga
yesterday that contained an ar
written about Japan and the Ui
States. The Japanese, accordi
*Time*, "...tend to believe
America's racial and cult
diversity are weaknesses,

# Forum encourages e

Editor, *The Plainsman:*

I am writing on behalf of the
Freshman Forum.

The Freshman Forum is a branch
of the Student Government
Association which consists of 12
outstanding freshman students.
Freshman Forum's goal is to
promote leadership and
involvement within the freshman
class.

On Feb. 18 at 4p.m. in Langdon
Hall, Freshman Forum will be
hosting a Freshman Assembly for
FRESHMEN ONLY! The purpose
of this assembly is to help freshmen

become more aware of S
activities and projects.

The members of Fresh
Forum feel it is hard for fresh
to get involved, mainly due
lack of information. It is for
reason we are sponsoring
assembly. We hope to provide
information they need to bec
involved. In addition, we hop
give those freshmen attending
chance to ask questions abou
activities they are interested in.

All freshmen are stron
encouraged to attend this assem
The information will be prese
in an entertaining and informa

# National gun control

Editor, *The Plainsman:*

I am writing to address some of
the inaccuracies raised by responses
to my previous letter of Jan. 23.

One writer has distorted the facts
by saying that crime control and

station- a massive and expen
undertaking. And I do not be
that the NRA would be agreeab
a tax on guns which woul
needed.

In my previous letter, I calle
a ban on all automatic wea

Due to space limitations many letters submitted this week have been held for future consideration.
Although every effort will be made to run all letters, we are under no obligation to do so. In the future
priority will be given to letters that meet the requirements listed in the policies below. That includes
meeting the deadline of 3 p.m. Monday and not exceeding the 300-word limit. Priority will also be
given to letters which cover new topics as opposed to ones that argue points which other letters,
stories and editorial pieces have addressed. *The Plainsman* regrets any inconvenience this may cause.

# Plainsman Policies

# Funding of gay groups questioned

### Lilla Hood and Kim Chandler
Staff Writers

The gay and lesbian organization at the University of Alabama is having its funding questioned by campus leaders.

UA's SGA passed a resolution last Thursday requesting Attorney General Jimmy Evans to issue an opinion on whether homosexual support groups may legally receive university funding.

UA's SGA President Trey Boston vetoed the resolution Tuesday stating in a release that it "would be considered "an attack on homosexuals."

However, Auburn's SGA President Jon Waggoner said the issue of funding has yet to be successfully settled.

"It will probably wind up in court," Waggoner said.

UA's GLA has received university funding for the past three years, and the $500 the organization was appropriated in 1991 will be used for activities promoting campus education about homosexuality, Cindy Vordenbaum, a former GLA vice president, said.

One activity the GLA sponsors is a Speakers' Bureau which provides panel discussion on homosexuality to university classes.

Speakers' Bureau has a phone listing in the UA campus newspaper. Interested professors call and request members to address classes.

"We answer any questions and try to dispel any myths about gays and lesbians," she said.

Vordenbaum said she believes the program has been successful. "When we leave the class, (the students) see that we are more alike than different. That's what educa-

tion is all about."

The GLA also sponsors Gay And Lesbian Alliance Week each year. GALA Week consists of a gay and lesbian film festival, guest speakers and a party at the end of the week.

About 30 of GLA's 100 members attended the OutSouth rally Saturday to express their concerns about the situation homosexuals are faced with at Auburn, last year's GLA president John Howard said.

Howard said Auburn's administration should take an official stand against the shooting incident.

"We are very disappointed and upset with the (Auburn) administration," Howard said.

"It's very critical that they take a stand to defuse the explosive situation that it is now."



**Members of the Univ**
**Lesbian Alliance cam**
**support the AGLA. Th**

# Discov

### Jennifer Bann
Staff Writer

The scientist who dis AIDS virus will lecture next week.

Max Essex, the University research discovered the protein re deadly effects of the HIV present a lectur

"Pathogenesis of Retrovi Suppresion: Prospects fc Vaccine" at 3:45 Fel lecture will be held in the Veterinary Medicine': Overton Auditorium



# Democrats' tax plan robs rich, helps poor

By SAM LUTHER
Associated Press Writer

WASHINGTON — Democrats on the tax-writing House Ways and Means Committee began outlining by Thursday the details of a soak-the-rich tax cut for the middle class that also includes part of the capital-gains tax reduction demanded by President Bush.

"It's clear 90% we have a 5% dump tax on the middle class," said

■ Presidential spokesman Marlin Fitzwater likened the Democrats to 'weasels going into a hole'

... sagged economist Cynthia Latta slowly ...

Rep. Jim Moody, D-Wis, told reporters after Democrats on the tax-writing panel ended a day of closed-door deliberations. "This is going to be a tax reduction for most Americans, especially those at middle-income levels," he said.

"You can bet your life we'll be in the 92nd percentile of approval when we come out with this tax package," said Rep. Dan Rostenkowski, D-Ill, chairman of the full committee.

The White House stepped up its attack on the Democrats' tax plan even before details began filtering out. Presidential

Please see TAX ...

---

## Banner day

Jep Dalton gets ready for Valentine's Day today by ...

for his wife outside their Arrowhead Drive home in Montgomery ...

ing with the occasion, the Entertainment Life section just ...

look at the various musical styles used in love ballads. See story ...

By PATRICK ...

---

# AU student fined $50 for shooting incident

By BLAIR ROBERTSON
Staff Writer

■ The Jan. 28 incident touched off a controversy, as gay students claimed they were victims of a hate crime

AUBURN — An Auburn University student accused of firing a pellet rifle from a dormitory window toward a group of gay students was acquitted Thursday on the more serious of the two misdemeanor counts.

Jason Jacobs, 19, of Fort Lauderdale, Fla., had pleaded guilty to discharging a firearm within the city limits and was fined $50, plus $44 court costs.

But on the charge of reckless endangerment, Municipal Judge Joe S. Bailey ruled the prosecution failed to prove Mr. Jacobs knew there were people standing below the dormitory when he fired the weapon. Mr. Jacobs had contended he was aiming at a lamppost.

The weapon was a .177-caliber pump-action pellet rifle, according to testimony.

The Jan. 28 shooting touched off a controversy among students, some of whom had recently received a campus charter for the Auburn Gay and Lesbian Association, claimed they were victims of a hate crime.

Reports of the shooting prompted an Atlanta-based gay-rights group, OutSouth, to organize a rally on campus Saturday that attracted 150 people.

In the trial, Mr. Jacobs' attorney, Rus-

Please see STUDENT ...

---

# Survey shows Alabamians favor reforms in tax system

■ The information released Thursday showed that the largest

Legislature and Gov. Guy Hunt has taken a precipitous plunge over the past two years, with 72 percent rating the government

shows that a majority of people are ready to see something happen with tax reform and ... they want to see it now," said Dotherie

vored tax reform, 19.4 percent opposed it and 18.1 percent either did not know or declined to respond.

---

(left column article)

for the state. That is something it could be well used for."

But Gov. Hunt said he has not definitely decided what he might do with leftover campaign funds at the end of his term in January 1995. He said his suggestion of using the money after he leaves office was "just my thoughts."

"I'm just going to keep my options open and see what the future holds," he said.

The Republican governor, who is barred by law from seeking a third straight term, has said he hopes to go home to his farm in Holly Pond when his second term ends.

The governor received contributions totaling more than $240,000 in 1991, even though he has announced no future political plans. Records also show his political campaign organization, Friends of Guy Hunt, spent $296,000 last year. Gov. Hunt said that left him with a balance of "something over $200,000."

Records filed by Friends of Guy Hunt show the governor earned $426,000 in his campaign account. But Gov. Hunt said that total was inflated by "in-kind" contributions, such as materials.

Records filed with the secretary of state show that Gov. Hunt started the 1991 reporting period with $627,189 in his political fund. He had $58,080 in interest earnings.

Records show $43,565 was paid to the governor's son, Keith, who occasionally works as an aide to his father.

---

GOOD MORNING!

## Overheard

"The biggest problem I've got right now is that I can't seem to get to sleep."

Please see REVIVAL ...

---

Ex. K-31

0151

## Survey

Continued from 1A

favor tax reform, she said. Even so, majorities in all categories — except those with less than eighth-grade educations favored tax reform.

In response to a follow-up question to those in the "opposed" or "don't know" categories, 71.3 percent said they would support reforms if local voters had control over the way a tax increase was spent.

Terry Abbott, spokesman for Gov. Hunt, said results of the poll revealed trends in public opinion similar to those detected by the administration.

"I think (the results) bode well," for legislative initiatives considered important both "by the governor and the legislative leadership," Mr. Abbott said.

Tax reform has been stated priority for the current legislative session by Gov. Hunt and the Senate and House leadership, "to make the system fair and accountable," Mr. Abbott said.

Results of the poll "sound like the kind of things we've heard from people in the state and those people are right," he said.

Following education as the highest area of concern in the poll was the desire to see the Legislature do something to improve the economy, cited by 14 percent of respondents.

Also identified in the poll were tax and budget concerns — cited

by 9 percent — and such health issues as health care for the elderly, health insurance and bringing down health-care costs — 4 percent.

Legislative accountability, the way the process works — or doesn't work — and general frustration with the Legislature's past performance and productivity were cited by 5 percent of those polled.

The question, "What would you most like to see the Legislature do this year?" elicited such responses as, "Get to work," "Return their salary increase," "Show courage," "Do something," and "Go home," said Mr. Abbott.

"The things they (participants) say are really very reasonable and rational," said the pollster, Mr. McCullum.

## Revival

Continued from 1A

are poised for improvement" and "the retail sales advance may be providing "additional confirmation that the worst is behind us."

"It is no time for fireworks," he said, "but these are positive signs."

Some analysts said the better-than-expected sales could help reduce chances the Federal Reserve will further ease credit to nurse the economic revival.

Susan Phillips, one of two new Fed governors, repeated assurances of other top Fed officials that the central bank is unwilling to move further if consumer confidence do not improve.

But she told a group of banking executives in Washington on Thursday that positive signals in the economy now outweigh the negative ones and that this was "helping to lay the groundwork" for sustained economic expansion.

The Commerce Department report also showed retail sales

were better in the previous two months than first thought. It revised December's originally estimated 0.4 percent decline to a 0.1 percent gain and said sales in November were unchanged rather than down 0.3 percent.

"The revisions are encouraging at the January increase," said one analyst. "Now we have three months that don't look as bad as we thought they were."

The revisions meant that sales in 1991 rose 0.8 percent instead of the 0.1 percent reported last month. Still, it was the slowest annual advance since sales were unchanged in 1961 recession.

## Student

Continued from 1A

After two of the association students heard a second shot fired from inside the dormitory, Noble Residence Hall, and call the campus police.

Jim Sinclair, the association member who signed the arrest

warrant, also declined to comment following the hearing.

But an association member in the gallery clearly was frustrated after the verdict.

"My speeding ticket cost me more than $50, but this woman, who declined to be identified, "I guess I should have shot a gun out of Noble Hall and recklessly endangered 20,000 students."

Mr. Jacobs and another student, whose name has not been made public, still face possible disciplinary action from a campus review board. It is a violation of university policy to possess firearms on campus, and the students are found guilty by the campus panel, they could face expulsion, according to Bob Lowry, NCSU spokesman.



2 Twin Spindle Headboards + 2 Twin Size Bedding Sets + 2 Twin Size Bed Frames

Cherry or Oak

2 + 2 + 2 = $499.95

Pick the pieces You need Now and Add More Later!

Hardwood solids, veneers and grain engraved wood products with practical laminate tops in your choice of cherry or oak finish

FREE DELIVERY  **BISHOP-PARKER**  CONVENIENT FINANCING

3035 East South Blvd. ● Shop 10 'til 6, Fri. 'til 9 ● Phone: 281-6400

0152

"We Design and Install Canvas Awnings"

I.L. Strauss Awning Co.

Montgomery    262-6308

CALL 264-4561 to place your

FREE CLASSIFIED ADS

Largest Selection
Prices Start at
$199

fine furniture
Barrows
Club

STORE HOURS
MONDAY-FRIDAY 10-7
SATURDAY 10-6
2231 E. South Blvd.
Montgomery, AL
281-5051

YOU'LL LOVE OUR
SPECIAL WEEKEND
CAR RENTAL RATE

GET YOUR WEEKEND OFF TO A SPECIAL START
WITH OUR SPECIAL WEEKEND RATE.

9 99 PER DAY

(Friday Noon to Monday
Noon-2 Day Minimum)

# ALABAMA GOVERNMENT/POLITICS

# Rep. Hooper seeks AG's opinion on funding for Auburn gay group

**By DAN MORSE**
Staff Writer

A state legislator opposed to an Auburn University student homosexual group is hoping for a new ally in Alabama's ancient laws on sodomy and "sexual misconduct."

Rep. Perry Hooper Jr., R-Montgomery, has asked Alabama Attorney General Jimmy Evans to determine if Auburn's Gay and Lesbian Association should receive state funds like other campus groups. The attorney general's opinion is pending.

Under Alabama law, certain sex acts are illegal. But the law cited by Rep. Hooper is vague and doesn't specifically address homosexual acts.

But Rep. Hooper said he believes the group is promoting illegal activity and therefore shouldn't receive state funds.

"I don't like what's going on and what they're promoting," Rep. Hooper said.

Rep. Hooper said that on a recent Sunday morning, Feb 9, his child was getting ready for church when the child saw a newspaper picture of two men kissing. The two men were part of a rally at Auburn.

"It upset me, it upset my wife," Rep. Hooper said.

Auburn's Student Government Association in November denied a campus charter to the Gay and Lesbian Association. The administration then overruled the government association.

Meanwhile, students at the University of Alabama began questioning the legality of the funding given that university's student homosexual group. Alabama's student government Senate voted to seek an opinion from the attorney general, but the petition was vetoed by the group's president. The attorney general's office had said the student group did not qualify to seek an opinion.

Enter Rep. Hooper, who, as a legislator, does have the authority to ask for an attorney general opinion.

Mr. Evans has received the request, but his office has not rendered an opinion, said Maryanne Melko, Mr. Evans' spokeswoman.

Efforts to get an on-the-record comment from the Auburn Gay and Lesbian Association were unsuccessful.

Jon Waggoner, president of Auburn's Student Government Association, said he would welcome an opinion. But he added, "Whatever the outcome, it probably won't affect us a whole lot."

The ruling will be simply an opinion, Mr. Waggoner said.

He said campus debate on the subject has quieted some, but whether the charter should exist has become an issue for those campaigning for student government offices.

Most students don't believe the group should receive funding, Mr. Waggoner said.

# Thigpen warns inmates may gain early release

**By PAUL NEWBERRY**
Associated Press Writer

Prison Commissioner Morris Thigpen warned Tuesday that some inmates may be set free after a state prison closes in the spring.

Mr. Thigpen also said there probably will be an announcement by the end of the week on which prison will close due to funding cutbacks.

"We've just about arrived at

"We're talking about a $7 million reduction in the budget," Mr. Thigpen said. "We don't feel there's any other way to bring about that sort of reduction."

Mr. Thigpen had said no inmates would be turned loose as they were a decade ago during the Gov. Fob James administration. Instead, they would be crowded into other prisons.

But Tuesday, Mr. Thigpen said the closing could lead the courts








Ex. K-32
0153

# Hooper believes AU group promotes illegal activity, hopes to nix funding

**By Dan Morse**
Staff writer

A state legislator opposed to an Auburn University student homosexual group is hoping for a new ally, — Alabama's ancient laws on sodomy and sexual misconduct.

Rep. Perry Hooper Jr. of Montgomery, has asked Alabama Attorney General Jimmy Evans to determine if Auburn's Gay and Lesbian Association should receive state funds, like other campus groups. The attorney general's opinion is pending.

Under Alabama law, certain sex acts are illegal. But the law cited by Rep. Hooper is vague and doesn't specifically address homosexual acts.

But Rep. Hooper said he believes the group is promoting illegal activity and therefore shouldn't receive state funds.

"I don't like what's going on and what they're promoting," Rep. Hooper said.

Rep. Hooper said that on a recent Sunday morning, Feb. 9, his child was getting ready for church when the child saw a newspaper picture of two men kissing. The two men were part of a rally

at Auburn.

"It upset me, it upset my wife," Rep. Hooper said.

Auburn's Student Government Association in November denied a campus charter to the Gay and Lesbian Association. The administration then overruled the government association.

Meanwhile, students at the University of Alabama has begun questioning the legality of the funding given that university's student homosexual group. Alabama's student government Senate voted to seek an opinion from the attorney general, but the petition was vetoed by the group's

president. The attorney general's office had said the student group did not qualify to seek an opinion.

Enter Rep. Hooper, who, as a legislator, does have the authority to ask for an attorney general opinion.

Mr. Evans has received the request, but his office has not rendered an opinion, said Maryanne Melko, Mr. Evans' spokeswoman.

Efforts to get an on-the-record comment from the Auburn Gay and Lesbian Association were

(Please see HOOPER Page 8A)

---

# THE ALABAMA JOURNAL

Wednesday, February 19, 1992 ★

104th Year—No. 35

*Montgomery's Afternoon Newspaper*

Copyright 1992 The Advertiser Co.

25 Cents



# Funding cuts may free inmates

By The Associated Press

Corrections officials probably will announce by week's end which of Alabama's prisons they plan to close, and a release of inmates could follow, said Commissioner Morris Thigpen.

Mr. Thigpen announced Feb. 7 he would close a prison by spring because the Department of Corrections lost 5 percent of its state appropriation this year, and

# Groups endorse tax plan

## CONTINUED...

# Consumer prices rise 0.1% in Janua

By The Associated Press

WASHINGTON — Consumer prices rose just 0.1 percent in January, the best inflation performance in six months, the government said today.

The Labor Department credited falling energy costs and a drop in food prices for the good showing in its Consumer Price Index.

The January advance, which matched a similarly tiny 0.1 percent rise in July, followed a revised December gain of 0.2 percent. The December gain had originally been reported as a 0.3 percent increase.

If January's increase held steady for 12 months, it would result in an annualized rate of inflation of just 0.9 percent. While economists are not forecasting that good a performance this year, they do expect consumer prices will rise by only 3 percent to 3.5 percent for the whole year.

That would mark little change from last year's 3.1 percent increase, when the recession and falling oil prices combined to give the country its best news on prices since 1986.

"We believe that inflation has stabilized and it is not an immediate problem," said David Wyss, an economist with DRI-McGraw Hill, a consulting firm in Lexington, Mass.

The Bush administration, worried about a sick economy in an election year, has continually pointed to the good news on

that the Federal Rese plenty of room to cut rates further.

Federal Reserve Cl Alan Greenspan was t before Congress on th thinking about interest r cies today, but few analy looking for any chang Greenspan's recent star the central bank has eased credit enough to s covery.

The small 0.1 percent rise in prices reflected sharp energy costs fell for time since last July, declin percent.

That drop included a cent fall in gasoline cost left pump prices 18.1 perc lower than a year ago. November 1990 followi dam Hussein's invasion wait.

Home heating oil co clined for a second cons month, dropping 5.5 per January. They now are percent below their 199 Natural gas and electrici also fell in January by amounts.

Food prices dropped percent, their first declin last August. The decline by a sharp 7.1 percent fal cost of fresh fruits and bles and a 12.4 percent di in egg prices. Beef an prices fell as well by amounts.

The price declines

---

# Hooper

unsuccessful.

"Jimmy Waggoner, president of Auburn's Student Government Association, said he would welcome an opinion. But he added, "Whatever the outcome, it probably won't affect us a whole lot."

"The ruling will be simply an opinion, Mr. Waggoner said.

"He said campus debate on the subject have quieted some, but whether the quarter should exist has become an issue for those campaigning for student government officers.

"I think students don't believe the group should receive funding," Mr. Waggoner said.

# Tax

Business Council of Alabama.

"If someone would have told me a year ago that they were going to move this far ... it's ... a historic event, a monumental plan — and they were going to have John Dorrill and Farm Bureau, Paul Hubbert and AEA, and the local boards, the business community, Republicans and Democrats all fairly well in agreement to a great extent, I would have said, 'Good luck, dream on, we'll see you next year,'" Lt. Folsom said at the briefing.

"I think it's a great day in Alabama ... it's an investment in Alabama in the right direction of Alabama in the future," said Mr. Dorrill.

Local units of Mr. Dorrill's farmers group is one of the state's opposing property tax increases.

While Mr. Guilebeaux of Alabama Arise said he isn't satisfied with the tax package, but he said it moved in the right direction of lifting the tax burden from poor

# Moncus

$30,000.

Mr. Moncus' only prior discretionary fund expenditure was in December, when he gave $1,000 to send Capitol Heights Junior High School cheerleaders to Dallas for the Cotton Bowl parade. He said at the time he was honoring a commitment made by Mr. Christian.

In other action, the council refused to consider Mr. Moncus' nomination of Lee Helms as an alternate member of the Planning Commission. Council rules require a unanimous vote to consider agenda items on their first week before the council.

Council members Alice Reynolds, Mark Gilmore, Earl and Leu Hammonds voted against considering the nomination.

"I really had no reason," Mrs. Reynolds said. "We've not voted on very many appointments the first time around."

Mr. Helms ran unsuccessfully for the District 8 council seat. He late crossed district lines to help Mr. Moncus' campaign.

# Tenure

members of the education task committee of the Tax Reform Task Force, which drafted several changes in the tax code and changes in education designed to make voters more willing to support the tax changes.

Neither side claimed victory in the debate, which came about after an all-night meeting.

"Nobody lost, and nobody won," Dr. Sims-DeGraffenried said in an interview Tuesday.

Both probably will get some

be done without spending an arm and a leg and taking three or four years."

The bill would allow involuntary transfer of tenured teachers until the 10th day of classes, provided the local school superintendent first seeks volunteers willing and qualified to make the move.

Now, school systems must make teacher transfers before the school year begins.

The bill also would require the superintendent to prove he needs to make the transfer, but a teacher appealing the transfer to a hearing officer must prove the transfer was "arbitrary or capricious or based upon personal or political reasons" on the part of the school superintendent or local school board.

Dr. Hubbert and Dr. Sims-DeGraffenried also reached agreement on a proposal that scraps the lengthy appeals processes which are different for teaching and non-teaching personnel now in the law and replaces them with one shorter process.

Under the proposal, a tenured employee who is fired by a local board of education could appeal the decision to a hearing officer chosen by the American Arbitration Association.

The school system and employee would share the cost of the hearing officer, who would conduct a hearing much like a trial, with evidence and subpoenaed witnesses.

The hearing officer would make his ruling for or against the employee. The local board of education, which would not be bound by the decision. If the hearing officer found against the

# Bush

hailed his win as wake-up call to all Washington that included the Democratic congressional leadership that backs a middle-class tax cut that Mr. Tsongas opposes as a politically popular gesture that would do little to help the economy.

When he was interrupted by a ringing phone at his victory rally, Mr. Tsongas quipped: "Answer the phone and tell George Bush — 

Mr. Tsongas today was headed to his home state of Massachusetts, where March 3, he'll get a chance to persuade America he's not a regional candidate Tuesday in South Dakota and his New Hampshire victory cements him as the favorite in Sunday's Maine caucuses.

Gov. Clinton was off to Georgia and Florida, characterizing his second-place showing as a "stunning victory" after weeks of campaign crisis over a tabloid allegation of infidelity and his use of a deferment to avoid the Vietnam draft.

"New Hampshire tonight has made Bill Clinton the comeback kid," the candidate said. "I feel like the big winner."

"I know that in November that we're going to win a great victory ... against Pat Buchanan," Gov. Clinton joked.

Both Mr. Tsongas and Gov. Clinton hoped for success ... and ... scoffed at the notion any late entry to the Democratic field could have success — even as they invited all comers.

Democratic Chairman Ronald Brown was skeptical there would be an

# Not guilty

## Judge acquits student of reckless endangerment charge

**Sean Selman**
Assistant News Editor

Auburn student Jason Jacobs, 01CPJ, was acquitted last Thursday on a charge of a reckless endangerment stemming from his firing a pellet gun at a streetlight outside of Noble Hall Jan. 28.

The incident sparked controversy on the Auburn campus because members of the Auburn Gay and Lesbian Association, who were standing beneath the streetlight at the time of the incident, claimed Jacobs was shooting at them.

Jacobs was charged with reckless endangerment and with discharging a firearm within city limits.

Jacobs pleaded guilty to the charge of discharging a firearm within city limits and was acquitted of reckless endangerment, Walker said.

The *Opelika-Auburn News* quoted Auburn Municipal Judge Joe Bailey as saying there was not "one scintilla of evidence" that Jacobs was attempting to shoot at the AGLA members in

front of Noble Hall.

Jacobs' attorney, Russell K. Bush, said Bailey sentenced Jacobs to pay $50 in fines and $44 in court costs.

Bush's only comment on the case was, "My client was pleased with the outcome." Jacobs said he did not wish to comment on the case.

AGLA members said they were posting flyers outside of Noble Hall when they heard something hit the globe of the street light above them.



# Ramsey scandal leads to legislation

**Eric S. Bruner**
Staff Writer

The splash of last year's Eric Ramsey controversy recently rippled into the State Legislature and was met by two bills intended to eliminate the chance of such a scandal ever occurring again.

Sen. John Ammi, R-Jefferson

County, would make recording a conversation without the consent of all parties involved a misdemeanor. Law enforcement officers, however, are exempt from this bill.

Ammi said the Ramsey scandal caused him to investigate the source of scholarship funds.

"To my amazement, I learned that there ...

# Editorial

## The Auburn Plainsman

### Editorial Staff

**Editor**
Greg Klein

**Managing Editor**
Alyson S. Linde

Copy Editor, Valerie Smith
News Editor, Kim Chandler
Sports Editor, Mark Littleton
Perspective Editor, Scott Wilkerson
Technical Editor, Chappell Chauncey

Scene Editor, Rebe Greene
Photography Editor, Bob Cook
and Chal Clark
Art Editor, Linda Barnett
Graphics Editor, T.S.D. Sandrick

Assistant News Editors: Ashley Day , Joy Evans and Sam Selmon, Assistant
Sports Editors: Seth Blomeley, Tim Penick and James Foster, Assistant
Scene Editors: Gene X. Hwang and Mary Sparks, Assistant Perspective
Editor : John Seaborn, Assistant Photography Editor : Ryan Gay, Assistant
Copy Editors: Jenny Kopelowski and Janel Newkirk, Assistant Technical
Editors: Lisa Hood and Amy Turner.

### Business Staff

**Business Manager**
Isabel Sabillón

**Production Director**
George Govignon
Assistant Production Director
Darren Wright

Advertising Representatives: Michael Hays, Amber Ivey, Marylea Boatwright
and Lisa Brooks, Production Artists: Thomas Alford, Jennifer Coley, Carl
Hubbert, Amy Johns, Greg Mattox, Michael Mitchell, Adam Perschall and
Amanda Pollard, Circulation Manager: Jeffrey Chubick; Copy Editors:
Christy Johns and Alyson S. Linde, PMT Specialist: Randy Thompson.

Advertisements marked with the copyright symbol (©) are
copyrighted by The Auburn Plainsman. Other publications desiring to
use copyrighted advertisements may obtain information about
purchasing copies of advertisements from The Auburn Plainsman
business office at 844-4130.

Contents protected by Auburn University copyright regulations.

### Know your candidates

N... ....
for leadership positions on campus... so it... it's for the student
...

## Homosexuals aren't breaking sodomy laws

How many times have you heard the following statement this quarter? "I don't think that the AGLA should get a charter because they violate the Alabama sodomy laws." If you are like me, then you have heard it quite a lot, from a variety of people, and although that statement may or may not hold water in court, those who make it are wrong on one important point.

Maybe they should have consulted the actual Criminal Code of Alabama. I did, and guess what? If you guessed that no sodomy laws are broken by homosexuals, then you are way ahead of the game.

Before we explore the codes, let's get some definitions clear. The first is sexual intercourse. "Penetration," is the way the code describes it.

Next is deviate sexual intercourse. This is what people mean when they say sodomy, it involves, "any act of sexual



**GREG KLEIN**
Editor

gratification between people not married to each other, involving the sex organs of one person and the mouth or anus of another." By its very nature, homosexuality is sexually deviate according to the codes.

Now on to sodomy. In fact, there are two types of sodomy - first and second degree. Neither deals with homosexual acts.

First degree sodomy (statute 13A-6-63) can take place in three ways. The first is if a person commits deviate sexual intercourse by force. In other words, it is a type of rape. The second way is by having deviate sex with a person incapable of consent due to mental or physical incapacity. Finally, first degree sodomy can take place if one of the people is younger than 12.

First degree sodomy is a Class A felony, comparable with rape or

first degree murder.

Second degree sodomy (statute 13A-6-64) can be committed two ways.

The first is when a person older than 16 engages in deviate sexual intercourse with a person older than 12, but younger than 16. The second is when a person engages in sexually deviate intercourse with a person unable to consent due to mental defectiveness (such as temporary insanity).

Sodomy in the second degree is a Class C felony.

Guess what folks? That's it for sodomy laws in Alabama. They deal with lack of consent, rape and age, but there is no statute that makes homosexuality a sodomy crime.

That comes in statute 13A-6-65 affectionately titled sexual misconduct.

The third part of this statute spells that out. It occurs when a person "engages in deviate sexual intercourse (remember the definition) with another person" in a manner not covered by the sodomy laws.

No gender distinction is apparent in the code. In this state, and several others, especially in the South, sex is a crime unless you are married.

Also important is this sentence in the sexual misconduct code, "Consent is no defense to a prosecution under this subdivision."

Maybe most important in the code, unlike sodomy, sexual misconduct is not a felony. It is a Class A misdemeanor punishable by no more than a year in jail, but usually "punished with a fine and treated like a traffic violation," said Mike Watkins, the former police officer who brought the codes to my attention.

"I just hate when people don't know what they are talking about," said Watkins, who now works for the University.

They keep saying homosexuals break the sodomy laws, but they are wrong. It doesn't take much to read the laws and get the correct information."

No, it doesn't, Mike. Thanks. Now everyone in Auburn should know about our laws.

## People shouldn't live in fear of others

My squirrel came back.

For those of you who missed my column two weeks ago, a squirrel talked to me in front of Langdon Hall about reputation. Well,



**CHRISTY ...**

five years. I also learned I was the first human he had ever talked to.

As the conversation continued, I decided to ask Floyd ...
... been bothering me...

these steps for fear of being labeled as a ' lover' or the reverse — trying to be white. But I decided to put color aside and just see what the organization was about."

Floyd looked interested in the topic and said, "Do you think you're the only person interested in ... ... associate with things that scare

It was nice to see SGA President Jon Waggoner at the BSU meeting. This was justification that the minority forum held two weeks ago was not just political rhetoric.

The group is not some militant "Black Power" organization. Nor do they spend an hour whining ... it's a predominantly white ...

building, a resource which is available to residents at no cost.

The current Auburn office of Alabama Power, located on Gay Street, is continually congested,

access than they now have.

It is my understanding that the building would sit on 11 acres, and would be centered on the 30-acre site. The remaining acreage would

welcome to expand on this site.

Boyd Scebra



# More AGL

# AGLA should show more courage

Editor, The Plainsman:

I am writing this column/letter in response to this whole Auburn Gay and Lesbian Association fiasco. The AGLA has been around for a couple of years so now, I feel, they have finally warranted a (letter) from yours truly.

...If the people of Auburn are ever going to accept a group as warped as the AGLA is, the members of the AGLA are going to have to show a little more courage than they have demonstrated so far I.E. giving their full names and showing their faces on television without hiding behind the protection of a William Kennedy Smith cloud. People will argue that if the AGLA give their full names or reveal their identity, terrible things could happen to this group of "men and women." But there was a group, a few years

back, that wanted rights as the AGLA wants. This group I am referring to was made up by MEN such as: Thomas Jefferson, Ben Franklin, and my all-time favorite, John Hancock. These men wanted rights too. They wanted the right to form their own country, to be free from the watchful hand of the mother country. Our fathers of this great country had the courage enough, they were MAN enough to sign a declaration of independence WITH THEIR FULL NAMES. They didn't sign "Stevie" or "Joey" or "Butch".

Sympathizers of the AGLA will again argue that unconditional revealing of the member's identity will result in persecution, bad phone calls, name calling and so forth. But, you people, let's just imagine what would have happened to those brave souls that signed the

declaration of independence and we had lost the revolution, parish the thought. I would think that England would have dished out punishment a tad bit greater than just a few pesky phone calls and a bad name or two. The fathers of this great country believed in what they were doing to the degree that they didn't care what happened to them even if we had lost the revolution....had enough courage to sign their full names and let it be known to all that read that great document. If it wasn't for these brave signees, groups like the AGLA wouldn't even have a spark of a chance to do anything normal...

You might ask me why John Hancock is my favorite? The reason, because he signed his name the very biggest of all.

Alex Powell
Class of 1991

# Govern with love, not laws

Editor, The Plainsman:

While I listened to a discussion between "Brother Tom" Carlisle and students on the concourse the topic moved to the law and love of God. These students argued that the love of God needs to come before the law. This sounded good to me because it meant that they would not push their law on others without first giving their love. However, some of these students chose to sign a petition against the Auburn Gay and Lesbian Association (AGLA). In effect they chose to try to govern people with their law and not their love. Is there some hypocrisy here?

Another argument I heard against the AGLA was that there may be persons on campus that are unsure of their orientation and could choose homosexual relationships over heterosexual relationships because there is a group (AGLA) that would support them. This might be a good argument for kids in high school. However, the men and women of Auburn University, for the most part, are over the age of eighteen. They have a right to do what they want if they do not infringe on other's rights. They have a right to choose even if it

might be a mistake for them as an individual.

I would also like to respond to Prof. Patrick F. Pendergast's "Alumnus questions secret group" (1/16/92). The Student Government Association (SGA) voted to lift the member publication requirement for the safety of the members of the group. The SGA vote represents a democratic vote to ensure the personal safety of this minority group. As for the argument that the AGLA has set a precedent for student groups like Neo-Nazis, Skin Heads, KKK, IRA, and the PLO, Prof. Pendergast has committed the logical fallacies of slippery slope and faulty analogy. The AGLA, as far as I know, does not preach hate or violence towards others as do the groups he lists.

The professor also calls Auburn a closed society- a host society. Auburn is an open society that survives due to a larger host- the United States Of America. The SGA is run by a constitution, however, it too is subject to the host society and it's constitution, the United States Constitution.

A related argument is that the AGLA meetings will lead to violations of the sodomy law. This

is not a very good argument. Heterosexuals meet through as variety of clubs and some relationships lead to premarital intercourse, this is also a violation of law. However, there are relationships that do not lead to intercourse. Just because one is around persons of the same sexual orientation- Heterosexual/Homosexual- does not mean that intercourse will occur. For many people there must be love and person attraction above and beyond opportunity.

And finally, our country, America, is based on separation of Church and State. This is very elemental to our peaceful existence sans civil wars. In America affairs between people are governed by human law, not religion. Affairs between people and Gods or whatever higher being one chooses to worship, if any, are just that, between the higher being and the individual. These are two very different needs. One does not go to a baker for car repairs. The Law takes care of your body- the Lord, or whatever, takes care of your soul.

Michael R. Hoyt
04 SCR

# Letters

# Writers give theme suggestions

Editor, *The Plainsman:*

The AGLA sponsored an event to allow people to show their support. The event was called "Jeans Day." We thought that it was a good idea, however, we did think that the theme was too commonplace. Many people wear jeans every day and this might have caused some confusion as to whether they were supporting the AGLA or if they were just wearing their normal clothes.

In order to keep such confusion from occurring again, we would like to suggest some more out of the ordinary themes for AGLA Support Days:

1. "Walk on the Concourse" Day
2. "Wear a Jacket When it's Cold" Day
3. "Go to Class" Day
4. "Complain About Your Professor" Day
5. "Take a Shower" Day
6. "Eat Three Meals a Day" Day
7. "Use the Restroom at least once a day" Day
8. "Use an Umbrella when it's Raining" Day
9. "Check Your Mail" Day
10. "Get a Parking Ticket" Day

We realize that few people do these things on a daily basis, so we hope that these ideas will be helpful for those who want to show their support. Please don't thank us, we just want to help you use your right to free speech more creatively.

Rodney Hodges
02 ME

Chris Smith
02 EE

# Sex laws not against AGLA

Editor, *The Plainsman:*

Jon Waggoner and his disciples seem intent on distorting the facts and using innuendos to further their cause.

First of all, Mr. Waggoner and his friends in Students for a Healthy Auburn (SHA) claim that state law prohibit homosexuality. STATE LAW DOES NOT DO THIS! These laws prohibit fellatio, cunnilingus, and sodomy. These are acts committed by BOTH heterosexuals and homosexuals. What these few sex practice "t

the state has any business regulating sexual activity between consenting individuals is a separate argument). Simply being homosexual is not against the law. It is ludicrous to assume that since sodomy may be practiced by some homosexuals, that the AGLA is in the business of promoting sodomy and therefore encouraging its members to violate state law. Mr. Waggoner should know better.

If Mr. Waggoner and the SHA are really concerned about the health of Auburn students they should sponsor more educational ...ther

volunteer to work with groups such as Lee County Aids Outreach. Better yet, they should work to repeal the rule prohibiting the free distribution of condoms on campus.

Over the last twenty years, every time a group such as the AGLA has had to sue a university in order to gain official recognition they have won. Every single time they have won! The AGLA has every right to be an officially recognized organization. You do not have to like it but you must accept it as fact.

Jay Horton
AU '83

# Ho

Editor, *T,*

I thin
explain
Auburn
your lif
by your
We
some t
compa
same
some
and w
Tw
Flor
cared for the most part ....
either...until 30 homo/lesbian couples started grubbing in a Wendy's restaurant around lunchtime. That clever act cause more anti-gay support than all the preachers speaking for a year. So

opening up ra......
tried to start an Auburn Heterosexual Singles Club they would be thrown out of the building. Hey, everyone has a pretty good idea after the kissing

# students

...sode at (last) rally. The AGLA i't just for emotional support. I ight have been born at night, but I asn't born last night. People know 'hat's going on. Even onservative, reserved, lagging 'risionaries like the majority of students who came to Auburn because of this atmosphere of outdated values. Oh well, it made Auburn one of the best schools in the nation.

Oh yeah, the SGA is the voice of the apathetic student body but, then again, we're just students who are the energy of this school and pay your salaries.

Willard J. Allen
03 IND

0 1 5 9

Nancy King Dennis, Metro Editor   Allen Phillips, Community Affairs Director

The Montgomery Advertiser is an independent newspaper wholly distinct from the Alabama Journal, which is also owned solely by the Ad.   Co. All news and opinions are the responsibility of the management of The Montgomery Advertiser, which is rendered only at the common good and to conscience.

200 Washington Ave., Montgomery, Ala. 36104        262-1611

## Advertiser 2/20/92

# Resist Gay Activism

### Battle Not Over Access, But Lifestyle

For some time we have refrained from commenting on the Auburn University battle over allowing recognition to a homosexual student group, but events Tuesday in San Francisco, of all places, jar us out of lethargy.

In that city which combines the worst traits of both Sodom and Gomorrah, a task force commissioned by the United Way of the Bay Area has delivered what amounts to an ultimatum to the Boy Scouts of America: Allow avowed homosexuals to be Scout leaders and Scout members, or be tossed out of the United Way. At risk are some $849,345 allocated to the six local Bay Area councils for 1992-93 by the United Way, and about $326,000 annually in funds directed by donors specifically to the Boy Scouts.

Also at risk, of course, are the values, principles and standards of nearly 100,000 youth who participate in Bay Area Boy Scout programs.

To the everlasting credit of the Boy Scouts of America, the national chief executive immediately that day issued a response saying Scouting's values are not for sale, that the task force recommendations which have not yet been voted on by the United Way board are unacceptable, and that Scouting would not under any circumstances embrace "a position that is unacceptable and untenable."

Frankly, even in what some call the Granola State — the land of fruits, nuts and flakes — we never thought it would come to this: Trying to coerce the Boy Scouts (for God's sake!) to have to embrace — or accept — avowed homosexuals at all levels.

And that reminds us of Auburn, which is in an extraordinary irony: The Student Government Association is trying to uphold values, decency and the laws of the state, while the administration has overturned the students' action and is allowing a gay and lesbian association to receive a charter, giving it access to university rooms, listings in campus publications, and the right to request funds for operations.

The administration in the dying days of the less-than-glorious administration of Dr. James Martin, who throws in the towel as president effective March 1, caved in to the threat of a suit by the American Civil Liberties Union. The "L" in ACLU should stand for Licentiousness regarding its stand on restraints of any kind, but,

name-calling aside its argument in this case is problematic.

It is true that lower courts have, when dealing strictly with issues of access, ruled in favor of gay groups; it is unlikely that the U.S. Supreme Court, in its current composition, would do likewise, and this is not a simple access case, in the view of some lawyers involved in Auburn's situation. The U.S. Supreme Court has never squarely resolved the precise issue before the Auburn administration," notes one.

It is surprising that the Auburn University Board of Trustees, a group that feels no hesitation in micro-managing the athletic program, is strangely silent and brooding on the matter — especially since some 26,000 alumni in two weeks signed a petition to the board urging it to "Intervene on behalf of the SGA's position (denial of the charter) and to instruct President Martin, whose authority is given to him by said trustees, to overturn the decision made by Dr. (Pat) Barnes, thus upholding Alabama law." Barnes is a lieutenant of Martin's.

The Alabama law referred to are sodomy laws (which the U.S. Supreme Court upheld in a Georgia case in 1986), and alumni and students point to an ad and an article in two student publications to show that "the university's charter sanctioning homosexuality has already opened the door for the advocacy of homosexuality and homosexual recruiting at Auburn."

Gays groups paint their cause in terms of civil rights and fairness and equality; if that doesn't work, they accuse opponents of what they coin as "homophobia." Actions like those in California (where movements start and often spread) and in Auburn by homosexual "rights" advocates have changed our sullen acceptance of the fairness of "access" proposals to outspoken opposition to a movement which clearly isn't interested in equality and fairness but in fostering a lifestyle — a lifestyle of sodomy, of destruction of traditional values, of changing others.

Boys and girls in the Bay Area. Young men and women at Auburn. The "gay rights" groups can push one way; it's time for others to push back. It can start with the Auburn trustees backing state law and their student government, defending their action in court if necessary.

# Just Plain Alabama

### Tags Miss Chance To Promote State

Alabama's new license plates are beginning to show up on the highways in large numbers, and so far the reviews are less than rave. Many motorists are saying that the plates are too plain and have

But auto tags have become a major way for states to project a positive image. In that department, the new tag is a bust.

We suggest that in future years, some tourism-oriented



paigning and misrepresenting his last New Hampshire campaign.

"I never did take the pledge," Bush said plaintively, referring to the no-new-taxes pledge in New Hampshire in 1988. There may be some pettifogging, hairsplitting, lawyerly sense in which Bush's claim is not technically false — perhaps he did not sign a piece of paper — but he pointedly said he would not raise taxes and he won New Hampshire only because of his barrage of negative ads saying Bob Dole could not be trusted not to raise taxes.

Bush complaining about negative campaigning is a merriment. Never mind the Willie HortonPledge of Allegiance-Boston Harbor shelling of Dukakis, or the branding of Dole as "Senator Straddle" regarding taxes. But do remember the 1988 press release in which Bush's Iowa campaign suggested Eliza-

in 1960. But by November, Bush may be as bedraggled as Carter was in 1980.

Lots of people were prepared to vote for Carter, but few really wanted to — few felt any passion. Reagan understood that he would win if he just passed the "presidential threshold" test — if he was seen as a plausible alternative to the incumbent for whom few felt enthusiasm. Today, both Tsongas and Clinton probably could pass the presidential threshold test with a majority of voters.

Bush has lost not only a substantial minority of Republicans, he has lost almost all of the minority that matters most, the conservatives who comprise the base for any Republican president.

know what he looks day Tsongas won a state with fewer say, metropolita N.C.), most Americ pursed look and t personality. Like a chusetts politicia first seem to have on a pickle, yet lik Coolidge he has a a politician's price being understating

But no longer.

Clinton finishe enough second t "See you down So can still hope — a embarrassment — sitting governor dent since FDR in or some numbers Pitney of Claremo

Since the Demo vention in 1832, has won the Whit out carrying a ma



# Schwarzenegger Outshone B

By DAVID S. BRODER

GOFFSTOWN, N.H. — Regardless of the "spin" the White House puts on the New Hampshire primary returns, there were two unmistakable signs that President Bush faces serious political problems this year. One is the Schwarzenegger phenomenon and the other is the Shop 'n' Save factor. Put them together and they spell trouble for the incumbent.

In hopes of injecting some energy into what was a notably lethargic campaign against conservative challenger Patrick Buchanan, the Bush operatives went to Hollywood for Arnold Schwarzenegger — and got more than they bargained for. Accompanying Bush on his final campaign swing here the Saturday before the primary, the "Terminator" star stirred much more excitement than the liberator of Kuwait could evoke.

As a shill for Bush the actor has the same fatal flaw Reagan did when he was warming up the crowds in Nixon's losing 1960 and 1962 races.

In both cases, the supposed star of the show was so overshadowed in personality and presence by the "second banana" that he was diminished, not aided, by having him along. Bush normally looks and sounds like a vigorous leader, but next to Schwarzenegger he — like most mere mortals — seemed a shrimp. And his message at the moment is notably limp.

For the thousands of New Hampshire voters angry and frustrated at the economic plight of their state, the answers Bush gave at his "town meeting" in the high school here were not very satisfactory.

The opening question — a plea for relief from the tight reg-

ulations and strict bank lending policies that have forced so many home and business foreclosures — brought forth a murky 112-word Bush answer that signaged all over the lot:

"One thing we're trying to do is to relieve this credit crunch by doing a better job on regulation. We've called in all the regulators. We can't go back to forging bad practices; we're not going to do that....The best answer...is trying to get these regulators to go forward and...take a hard look at the existing regulations, as we've done....And so I'm optimistic these banks will begin to start making loans....I think it's going to move in the right direction. On Fannie May, it's tough because those are independent and we can't snap our fingers and control them....But credit crunch, it's hurt us....One thing that's cost us and has hurt the deficit is the money that the government has had to put in to cover the depositors. One good thing is not one single depositor has lost money. And I'm determined to keep it that way. But I think this change in regulations is going to help."

My suspicion that Bush's reassurances weren't cutting it with voters here was confirmed Sunday afternoon in the parking lot of the Bedford Shop 'n' Save. The first voter I met was Peter Smith of Bedford, a traveling salesman. "Bush needs to pay a little more attention to the economy," he said. "He's pumping some help into New Hampshire

now, but it's sho all stuff, not lo I'm on the road need to rebuild ture of this count

The second was a retired Arm moved to Man from Massachuset from Michael D he said, "has no expectations."

The third was I Manchester, a Velcro-USA fact she was "off something shoul done about this ony long before too much attent affairs and no own people's nee

All three of the for Bush last tin registered them planned to vote ator Paul Tsong her as "quiet, intelligent, I lil said, "and I love I'm a Democrat th

Peterson said for Bush "reluct because "Pat Bo his name to thing a racist and a l he's trying to di nature."

Smith said he "interesting" but "Bush's grasp of the planned to v publican primary was uncertain wh he for Bush or f "as a fellow D: I've got to say the most sense."

Remember the — and the S effect — and yo why George Bu problem on his ha

# Educational System Must Ch

Rome was a superpower for hundreds of years, but her powers began to diminish after 200-

try by federal a latism.   These become so over



Mr. Schambeau is celebrating the 71st anniversary of Schamb's Foodland grocery store in Bayou La Batre t...s month.

As part of the anniversary sale, Mr. Schambeau commissioned the reproduction of a book written by the late Julian Lee Rayford of Mobile called "Whistlin' Woman and Crowin' Hens."

In recalling the 71 years since the grocery opened, Mr. Schambeau talked about his parents, George and Merttie Schambeau, and his grandfather, Chopa Schambeau, and the years the family has been in the grocery business in Bayou La Batre and Cedar Point on the Alabama coast.

"My grandfather, Chopa, married Belle Dorlon, whose family owned the small grocery store located at that time at Cedar Point," Mr. Schambeau said. "That was in the 1800s, and in those days the only route to Dauphin Island was by boat. They would load the groceries onto the boat by using a rail that ran from the back of the store to where the boats docked."

Crum Schambeau's father and mother, George and Merttie, married in 1916, the same year of a disastrous storm. George Schambeau was in the seafood business, shipping live terrapins, crabs and oysters to northern cities by railroad.

"I guess we've got just about anything you would want, n Bayou La Batre Reeboks to hardware, clothing and groceries," Mr. Schambeau said. Some items have been in the store for a long, long time, but if you need a horse collar you could most likely find one.

"We try to meet the needs of the community, whatever those needs are," he added. "That was what my father started and we have continued. We are just a country store, with some old things and some new."

In the 71 years, the store has weathered the good times and the bad times.

"Daddy opened the store the same year I was born," Anita Schambeau said, "and he use to tell us when things get bad to grab a paint brush and start painting. It's no telling how many coats of green paint we've put on that building."

She also recalled some of the unusual but successful advertising promotions her father has attempted.

"In 1962, he hired Earl Rankin to fly this airplane," she said. "Crum had loaded the plane with ping pong balls. Some of the balls had been stuffed with $1, $5, $10 and one had a $100 bill."

The airplane, according to the story, was sup-

**(Please see STORE Page 4A)**

arge northern hai-
, on Sunday. This
nal Park is one of
e donating to a re-
the world's rarest

# a party for you

Mr. Kuykendall said, get a banquet room night, share dinner, cake and give the ople name tags that rthday they are cele-

as young, it was kind " Mr. Kuykendall re- an you imagine o a 5-year-old why irthday?" ndall said his father potential problem

while his mother was in labor.

"I was born at 8 or 9 at night," he said. "My father was saying, 'Hang on,' but my mother said, 'No, I can't.' "

As Mr. Kuykendall grew up, he celebrated his birthday in non-leap years March 2, his father's birthday.

When you ask him how old he is, it all depends.

"If I'm at the circus, I'm always 5, but if I'm in the liquor store," I'm 23," he said.



## INSIDE

### Expect 70% chance of showers tonight

Expect a 70 percent chance of rain tonight in the tri-county area. Lows will be in the low 60s. Highs on Tuesday will be in the low 70s. There is a 50 percent chance of rain.

For the latest weather information, call Weatherline® at 262-6800.

| | |
|---|---|
| Ann Landers | 6D |
| Classified | 1C-8C |
| Comics, puzzles | 5D |
| Death notices | 6B |
| Editorials | 8A |
| Movies | 4D |
| Pick of the Pack | 2B |
| Sports | 1B-6B |
| Television | 4D |

If you don't have your Journal by 5 p.m., please call our Customer Service Department before 6:30 p.m. at 269-0010 and one will be delivered.

Emergency room: Baptist
Emergency maternity service: Baptist

# battle under new laws

y corner
upset the
hootings
country
treets.
Japan as
rictly en-
the Ya-
icates do

laborate
code ro-
usually
be drop-
npetitive
ice social

income
ding op-
g rack-

ets, and the sex and drug trades.

But increasingly, they are playing the stock and real estate markets and becoming "fixers" in private disputes – helping land developers evict stubborn tenants or "negotiating" settlements after car accidents.

"Japan isn't like the United States," said the gangster. "We don't have so many lawyers, and it takes forever to get through the courts. So people come to us."

Their growing financial activities – annual underworld income is estimated at $10 billion – have been linked to several scandals, including allegations of bribery involving members of the ruling Liberal Democratic Party.

The new laws aim at stopping the cash flow. Once a group is designated a gangster organization, members can be arrested for

**(Please see GANGSTERS Page 4A)**

ALA-JOURNAL 2/24/92

# Gay AU grad surprised by campus rift

By The Associated Press

AUBURN — An Auburn University graduate trying to organize an Auburn Gay and Lesbian Alumni Association expressed surprise at the rift between two student groups on campus.

"There's been some form of gay and lesbian association at Auburn since the 1970s," said Padraig McLoughlin, a 1982 Auburn graduate who is a college mathematics instructor in Atlanta.

"A number of the staff and faculty there now are gay," he said.

Mr. McLoughlin is working to start the alumni group as the Auburn Gay and Lesbian Association controversy smolders in the background.

Mr. McLoughlin, who is chairman of the Atlanta chapter of the Gay and Lesbian Alliance Against Defamation, said the forerunner of the AGLA — the "Auburn Lambda Organization" — was close to receiving a charter in 1986 when it was revealed that an AU student had contracted the HIV virus.

**(Please see GRAD Page 4A)**

CW. Autauga, Elmore and Montgomery county honorolls

Ex. K-36
0161

prosecute under current law."

Takaji Kunimatsu, head of the National Police Agency's Criminal Investigation Division, said gangs have grown dramatically over the past 10 years, and "gotten much more clever."

In efforts to soften the coming crackdown, the Yamaguchi-gumi and other gangs have begun to incorporate as bogus companies.

radicals. But gangsters are human; and they have human rights.

Mr. Endo argues that by singling out gangsters, the laws violate the constitutional guarantee of equality, infringe on their property rights and freedom of assembly.

Lawyers like Mr. Endo, who has coached some of Japan's top mob bosses on the law, are a mi-

yet decided whether to fight the laws in the co...

But its top .16 bosses have been ordered to donate $154,000 each by the end of the month to cover the costs of adapting to the new rules, he said.

"A lot of people are going to be heading out of town for awhile, myself included, until we can figure out what to expect," he said. "Better safe than sorry."

Try this safe, simple, effectiv the symptoms of embarrass gus. *Fungi Nail*® fights, thi colored nails. Two powerfi agents fight infection on toe. germails and work to elimina fungus. Easy to apply as na prescription necessary.

*Do You Use Artificia* Then use *Fungi Nail*® to pro fungus associated with artifi *Available: Footcare & Cosm.*
**Harco, Big B Eckerd, Pricegu** *and other fine drug st.*

## Talks

Israeli border after halting rocket attacks. But an estimated 800 guerrillas remained. Sheik Hassan Nasrallah, leader of the Iranian-backed Hezbollah, or Party of God, said, "Our resistance should never stop." The fundamentalist movement's spiritual mentor, Sheik Mohammed Hussein Fadlallah, echoed his view.

Both men were addressing a Beirut rally attended by about 20,000 Shiites to mourn Nasrallah's predecessor, Sheik Abbas Musawi, who was assassinated with his wife and son in an Israeli helicopter gunship ambush in south Lebanon a week ago.

Secretary of State James Baker has been a low-key monitor of the talks until now but recently sent a message to a senior Palestinian adviser, Faisal Husseini, that he would like to bridge the two sides' position.

Martin Indyk, executive director of The Washington Institute, a private research group, suggested, however, that this was unlikely to happen unless the Palestinians flesh out their proposal for local self-rule and the Israelis provide a detailed response.

While holding talks with a joint Palestinian-Jordanian delegation, Israel planned simultaneous discussions with Syria and with Lebanon.

These fronts have been less promising.

Israel is willing, in principle, to extend limited self-rule to Palestinians on the West Bank and in Gaza, but its disagreements with Syria and Lebanon are sharper.

Syria wants to recover the Golan Heights, which it lost to Israel in the 1967 Six-Day war, while Lebanon seeks Israel's ouster from a security zone on Lebanese territory that shields Israeli villages from guerrilla attacks.

Israel's primary objective in the negotiations is to gain recognition from the Arabs. Only Egypt, in a 1979 treaty, has taken that step. It recovered Sinai in exchange. At this point, at least, Israeli Prime Minister Yitzhak Shamir is unwilling to surrender land in a deal with Israel's other Arab neighbors.

Israel is pressing to shift the discussions closer to home, and Mr. Baker promised that would be considered at some point.

# GET O OF DEB
**CHAPTERS 7 & 13**
**CALL ANYTIME DAY OR**
**SHINBAUM, THIEM & HOWELL, P.C**
**ATTORNEYS AT LA**
WE CAN STOP CREDITOR ACTI

| REPOSSESSIONS | |
| FORECLOSURES | |
| GARNISHMENTS | |
| JUDGEMENTS | |

## 269-4440
OUTSIDE MONTGOME: 1-800-735-3328
608 S. Hull Street

*NO REPRESENTATION IS MADE THAT THE QUALITY C SERVICES TO BE PERFORMED ARE GREATER THAN OF LEGAL SERVICES PERFORMED BY OTHER LAWYER.*

## Shelby

commander, said veterans in Alabama were "elated" over Sen. Shelby's initiative to kill funding for the program.

"A veteran who served this

county is entitled by law to get medical services through the VA system," Mr. Kapelka said. "Right now there's not enough nurses, doctors, hospitals or

medicine to take care of the veterans we have."

Mr. Kapelka said Alabama now has four VA hospitals and 400,000 veterans.

## Grad

"Panic overtook the campus," said Mr. McLoughlin, then a graduate student. "At one point, an effeminate man's tires were slashed. He wasn't even gay, just effeminate."

Mr. McLoughlin, however, said the truth set him free. He decided to "come out" — to reveal his sexual identity.

"My friend (who contracted the AIDS virus) died. He had told me that there is nothing

more important than the truth. The truth is the ultimate safety."

Mr. McLoughlin is one of the few white instructors on the predominantly black Morehouse College campus in Atlanta.

As for his AU alumni status, Mr. McLoughlin said the formal AU Alumni Association is trying to dissociate itself from the fact that it represents gay graduates. Recently, the AU Alumni Association threw its support behind the Student Government Associ-

ation, which is seeking to revoke the AGLA's charter.

Betty DeMent, assistant vice president of Alumni Affairs, did not respond to requests for comment about Mr. McLoughlin's plans.

Nevertheless, Mr. McLoughlin said he would continue trying to set up a support group for AU gay graduates.

"We are doctors, lawyers, Catholics, Baptists." he said. "We are just people."

## Store

posed to fly low over the football field at the school and dump the ping pong balls out of the plane at a time and date which had been advertised earlier.

"Earl Rankin flew the airplane, flew it real low, and it was a beautiful day," she recalled, laughing hard at the memory of that special promotion. "When

he opened the door to the plane to throw out the balls over the football field the wind was blowing the wrong way.

"I'll tell you now, we like to have had some killings — people were going in other people's yards — there was more fussing, fights and arguments than you've ever heard in all your life."

Wiping the tears from her eyes, Mrs. Schambeau continued, "Neighbors wouldn't speak to neighbors for months. People had jumped fences, torn down gates, stomped flowers, and even threw their children over fences to pick up those ping pong balls. They were just having a good time."

# GR JIM

**SAAB Lease 0 Do**
$299°°
48 month Closed End Lease. First Payn Deposit due at inception. Payment base turned in at end of lease or bought for "

# FINAN(
The Saab 900 is anything but ordinary. It's why Saab owners love them.
The Saab 900 is also more affordable than by a 6 year/ 80,000 mile warranty. And the . quality cars combined with true customer . Saab 900 Safer. More Stylish. With 40 years

0162

## Metro update

### Arbor Day Foundation honors Birmingham

Birmingham has been named a Tree City USA by the National Arbor Day Foundation. In addition, the Birmingham Urban Forestry and Tree Commission will be awarded a $20,000 federal Urban and Community Forestry Program grant tomorrow during the Birmingham City Council's weekly meeting. To become a Tree City, a community must meet four standards: a tree board or department, a city tree ordinance, a comprehensive community forestry program and an Arbor Day observance.

— Stephen Kipp

### Jeff State official named to textbook board

Mike Chobrian, director of the Center for Professional Development at Jefferson State Community College, has been named to the Editorial Advisory Board of Collegiate Press. The advisory board helps develop editions of college and university textbooks.

— John Stoed

### Teleconference to consider gel implants

The American Society of Plastic and Reconstructive Surgeons is sponsoring a nationwide interactive teleconference on the issue of silicone gel breast implants from 11 a.m. to 1 p.m. Saturday in Birmingham. The conference will be held at Haynes auditorium, across from Baptist Medical Center Princeton, 710 Princeton Ave. Southwest.

— Elaine Witt

### Law firm adds $10,000 to scholarship fund

Maynard Cooper Patterson and Gale, one of Alabama's top law firms, in December gave $10,000 to the scholarship fund named after the firm. The fund was established by its namesake in 1988, and after the firm's recent gift, which was matched by the university with proceeds from the 1991 Fiesta Bowl, the scholarship fund stands at $40,000. Maynard Cooper has pledged to give $40,000 more during the next four years, according to a university press release. Scholarships awarded from the fund will be primarily directed toward minority students, according to the release.

— Nick Patterson

### Pharmacists' drug trial could begin today

The federal trial for three Etowah County pharmacists could begin today in Birmingham. William Grady Bice, 51, Linda Bice, 45, and John Kevin Bice, 27, all of the Glencoe or Gadsden area, were indicted in November by a federal grand jury on a total of 163 counts. Those counts include numerous drug charges.

---

## Plan to add judgeships ...

By Peggy Roberts
Post-Herald Montgomery Bureau

MONTGOMERY — The U.S. Department of Justice has refused to endorse a plan to add Circuit Court judgeships in Bessemer and Montgomery.

These judges will have to wait until a federal judge rules whether the state's at-large judicial election system is racially discriminatory.

The Alabama Legislature last year passed a law creating these two new seats, but they are located in areas of heavy black population. Under the Voting Rights Act, new Alabama judgeships must be pre-cleared by the federal government before they are put on a ballot.

The new judges were to have been elected this year and to have taken office in 1991.

The positions are being stalled pending a federal lawsuit filed in 1988 by the Southern Christian Leadership Conference, a black political group that is alleging the election system is unfair to blacks.

The case was tried in December and attorneys for each side filed briefs last month. "We're awaiting the decision from Judge (Truman) Hoke," said Dave Boyd, a Montgomery attorney who is representing the state in the case. Alabama would have to go along with a new system for electing judges. But if the state wins, election of the new judges would proceed on the first general election ballot as it is practical, Boyd said.

Lawmakers created the new Bessemer and Montgomery positions on the recommendation of the Alabama Supreme Court. The state's highest court decided these areas needed an additional judge based on caseload, size of the circuit and other factors, said Thelma Braswell, director of Court Relations for the Administrative Office of Courts.

Under the current system, circuit judges are elected on an at-large system within each circuit. Jefferson County currently has 14 judges, Montgomery has seven.

Of Jefferson County's judges, three are assigned specifically to Bessemer. Although they are all considered Jefferson County judges, the judges who serve in Bessemer are chosen by Bessemer residents in the primary, but face all Jefferson County voters in the general election.

Each judge serves a six-year term.

The Justice Department approved plans to add a new judge in the 19th District, which covers Autauga, Elmore and Chilton counties. The black population in that district isn't large enough to be considered in the SCLC lawsuit.

---

## AU grad organizing gay alumni group

Associated Press

AUBURN — An Auburn University graduate who as a student talked about his homosexual dates in code names to avoid ridicule 10 years ago is trying to organize an Auburn Gay and Lesbian Association.

Padraig McLoughlin, a college mathematics instructor in Atlanta, is working to start the alumni group as the Auburn Gay and Lesbian Association smolders in the background.

"There's been some form of gay and lesbian association at Auburn since the 1970s," said McLoughlin, a 1983 Auburn graduate.

He expressed surprise at the rift between the AGLA and the AU Student Government Association.

"A number of the staff and faculty there now are gay," he said.

McLoughlin remembers his days at Auburn University, days when he would talk to friends about dating "Bridget."

"We used to use code letters to talk about things," said McLoughlin.

"Bridget was a man.

"You'd use the first letter of the name of the person you were dating and change it to a girl's name," McLoughlin said in a interview from Atlanta. "For instance, if you were talking about Bill, it was 'Brigid.'"

McLoughlin is chairman of the Atlanta chapter of the Gay and Lesbian Alliance Against Defamation.

---

## Tax charges against Katopodis dropped

Charges that former Jefferson County Commissioner John Katopodis failed to pay state sales and employee withholding taxes have been dropped.

The charges were dropped at the request of state revenue Commissioner James Sizemore when Katopodis paid the taxes and filed his tax returns, according to court records.

Katopodis had been charged with failing to pay sales taxes from April to September 1991 and withholding taxes from Sept. 30, 1989, to June 1991, at Robert Turner Optical.

The case, originally set for hearing in December, was rescheduled several times before it was dismissed Feb. 19.

A spokeswoman for the department of revenue said the case was handled in a routine manner.

Information Specialist Beverly Thompson said Katopodis had to pay penalties and interest on the late taxes.

— Nick Patterson

---

## State may help schools not making the grade

Associated Press

School Ability Test, which measures ing about six school systems, Teague ... Teachers and aptitude said. He said there are about 20 systems ...

that many, Teague said.

He said the department would conduct in-service training for teachers ...

---

Carmike 10
322-3237

THE GREAT MOUSE DETECTIVE
1:00-3:00-5:00-7:00 (R)

PROSPERO'S BOOKS
1:00-4:00-7:00-9:45 (R)

GRAND CANYON
1:15-4:15-7:00-9:40 (R)

THE PRINCE OF TIDES
1:15-4:15-7:00-9:40 (R)

HOOK
1:00-4:00-7:00-9:45 (PG)

FATHER OF THE BRIDE
12:45-3:00-5:15-7:30-9:45 (PG)

MY OWN PRIVATE IDAHO
1:30-3:00 AM

FREEJACK
12:30-2:45-5:00-7:15-9:40 (R)

JUICE

---

### The Problem
## NAIL FUNGUS

### The Solution
## FUNGI NAIL®

Try this safe, simple, effective remedy for ...

# AU graduate wants to organize gay alumni group

**Associated Press Report**

AUBURN — An Auburn University graduate who as a student 10 years ago talked about his homosexual dates in code names to avoid ridicule is trying to organize an Auburn Gay and Lesbian Alumni Association.

Padraig McLoughlin, a college mathematics instructor in Atlanta, is working to start the alumni group as the Auburn Gay and Lesbian Association controversy smolders in the background.

"There's been some form of gay and lesbian association at Auburn since the 1970s," said Mr. McLoughlin, a 1982 Auburn graduate.

Mr. McLoughlin remembers his days at Auburn University, days when he would talk to friends about dating "Bridget."

"We used to use code letters to talk about things," he said.

Bridget, of course, was a man.

"You'd use the first letter of the name of the person you were dating and change it to a girl's name," Mr.

McLoughlin said in a recent interview from Atlanta. "For instance, if you were talking about Bill, it was 'Bridget.'"

Mr. McLoughlin, who is chairman of the Atlanta chapter of the Gay and Lesbian Alliance Against Defamation, said the forerunner of the AGLA — the "Auburn Lambda Organization" — was close to receiving a charter in 1986 when it was revealed that an AU student had contracted the HIV virus.

"Panic overtook the campus," said Mr. McLoughlin, then a graduate student. "At one point, an effeminate man's tires

were slashed. He wasn't even gay, just effeminate."

Mr. McLoughlin, however, said the truth set him free. He decided to "come out" — to reveal his sexual identity.

"My friend (who contracted the AIDS virus) died. He had told me that there is nothing more important than the truth. The truth is the ultimate safety."

Mr. McLoughlin is one of the few white instructors on the predominantly black Morehouse College campus in Atlanta. As for his AU alumni status,

Mr. McLoughlin says the formal AU Alumni Association is trying to dissociate itself from the fact that it represents gay graduates. Recently, the AU Alumni Association threw its support behind the SGA, which is seeking to revoke the AGLA's charter.

Nevertheless, McLoughlin said he would continue trying to set up a support group for AU gay graduates.

"We are doctors, lawyers, Catholics, Baptists," he says. "We are just people."

## ALL ABOUT ALABAMA

## Shortage of movers expected on base

Army Capt. John MacPherson said that although he has applied



# Mental care for children a tax burden

■ Child advocates say putting children in private psychiatric hospitals is too costly

**Associated Press Report**

Alabama's dependence on Medicaid to pay for children sent to private psychiatric hospitals began a little more than two years ago. Amy Fornsby, who was then director of the state Department of Human Resources, reluctantly set up the

2-27-92
Lee County Eagle
2-26-92

# This story has played out

Stan Voit
Editor

I think I've read all the stories I want to read about gay rights at Auburn University. This is a story which has taken on a life of its own far beyond its intrinsic news value, fueled by some reporters.

There should be no question that gays at Auburn have inherent rights both as citizens of this country and as students at Auburn University. Some of the opposition to this idea comes from people who have taken a populist viewpoint to this issue. If civil rights were put to a vote in the 1960s South, it would have failed miserably, but that would not have validated the opponents' position. America is a country founded on freedom of expression and speech. Those freedoms should not be determined in a political tug of war won by the side with the strongest arms and widest audience.

All of that aside, though, it amazes me how many news stories have been generated by this issue. Is this a story which has captured the imagination of Alabamians? Or is it a story which people have grown tired of, which has ceased to become legitimate news but has degenerated into posturing and name-calling, dutifully covered by play-along newspeople?

I suspect the story has played out, and would probably go away were it not for reporters who find it convenient, easy, to keep churning out stories because of their own fascination with it, and their own jaded perception over what is news and what it is people want to read and view.

Did the photo of two guys kissing, which was published in The Montgomery Advertiser, accurately represent the tone and actions at the gay rights rally, or was it intended to shock and irritate the readers and draw unjustified attention to the paper? If the latter were the objective, it succeeded. What next, pictures of aborted fetuses at anti-abortion rallies? Dirty-dancing shots of Bill Clinton and Gennifer Flowers? The rally was peaceful and orderly and didn't deserve such a provocative photo accompanying it.

It is frightening, even discouraging, to think that some newspapers and TV stations have sunk to the depths of The Star and National Enquirer in an effort to attract an audience. I fear that some editors and station managers are playing up this gay rights story at Auburn because of its titilating, evocative nature rather than its news value. Media have a responsibility to...well, be responsible, to give stories the attention they deserve, not the attention which pleases the reporter and unjustifiably excites the audience.

One would think, reading some papers, that Auburn University is a campus embroiled in turmoil, with students fighting students, faculty fighting administrators, homosexuals out recruiting fine Southern boys and girls and having sex at Eagles Nest, football players driving BMWs with tape recorders hidden under their shirts, etc., etc., etc.

Media have an obligation to report news whether it's good or bad. Of that no one can or should disagree. Auburn University has received its share of negative publicity, and it has deserved most of it. But this remains a college campus which is educating young people in an atmosphere or peace and good will. Reporters, including myself, should remind themselves that balanced coverage of any issue, and any institution, is fair and right. And when the story has played itself out, get off of it and go on to something else.

Ex. K-39
0165

# The Auburn Plainsman

ersity | Thursday, February 27, 1992 | Auburn, Ala.

Clint Clark/Staff

minally liable for underage drinkers
s this fraternity band party.

## kes greeks

## or drinkers

residence, but it can be at a
country club, motel, hotel or any
other unit designed for dwelling.

Erle Morring, IFC president,
said passage of this bill would
definitely affect both fraternities
and sororities.

He said fraternities already
have to follow University and
bill insurance policies on drinking.
Two-thirds of the fraternities
on this campus fall under the
Fraternity Insurance Purchasing
Group, which is a risk
management organization that

*See GREEKS, page A-16*

# SGA sponsors open issues forum

## AGLA, minority relations dominate Tuesday night discussion

Jennifer Ropelewski
Assistant Copy Editor

Minority relations on campus and
the Auburn Gay and Lesbian
Association were the main subjects
of the somewhat emotional debate
at the open issues forum sponsored
by the SGA Tuesday night.

The two-hour forum was
mediated by Grant Davis, director
of student activities, and students
were invited to direct questions and
comments to the six-member panel
representing the SGA, the UPC,
*The Circle, The Glomerata,* the
Graduate Student Organization and
WEGL FM 91.1.

The forum was proposed by SGA
President Jon Waggoner to give

students an opportunity to be heard
by the groups funded by student
activity fees.

"We just want to be accessible
and answer questions that people
may have," Waggoner, who
represented the SGA on the panel,
said.

The forum was not designed to
address one particular issue, but
was aimed to provide ground for
discussion of all the issues that
have gone on in the past year,
Martha Juneman, 03GSW and co-
organizer of the event, said.

"(The forum was held) also to
talk about campus lighting or ...
issues that a lot of times people

*See FORUM, page A-16*



Ryan Guy/Staff

SGA President Jon Waggoner and AGLA co-president Steve face
off at the Open Issues Forum held Tuesday.

# Hunt supports SGA stance on AGLA

## Graduate plans gay alumni group

Kim Chandler
News Editor

Gov. Guy Hunt commended the
actions of Auburn's SGA against
the Auburn Gay and Lesbian
Association charter in an on-
campus address Wednesday to the
SGA's High School Leadership
Conference.

Hunt said he supported the
"SGA's efforts to deny AGLA a
charter."

He complimented Jon
Waggoner's overall leadership of
the SGA.

"Jon here is leader of the SGA,
showing leadership, speaking out
on the things he believes in,
showing the kind of things that are
necessary in today's world.

Hunt said he did not want to get
involved in the AGLA controversy.

About 125 high school students
from 25 schools around Alabama

*See HUNT, page A-14*

Kim Chandler
News Editor

A group of Auburn graduates are
attempting to organize an Auburn
Gay and Lesbian Alumni
Association.

Morehouse College math-
ematics instructor Pat McLoughlin
and six other Auburn graduates are

in the process of fund-raising so
they can establish the organization.

Support needs to be established
for homosexual alumni as well as
current Auburn students,
McLoughlin said.

"We love Auburn, and we also
love being lesbian and gay. We
want to let them know we're here."

*See ALUMNI, page A-14*

# firefighters give more than time



Clint Clark/Staff

Student firefighters John Hoar and Nequette
demonstrate their hose-handling skills at their
weekly drill held outside the Wire Road

fire station. All of the firefighters assigned there
are volunteers, 90 percent of which are college
students.

3   "You learn a lot about what a     we are very progressive and want to     county. This year the Southwest
y   fireman   does   and   his     implement new ideas. We aren't     Station had a $56,000 budget

# City ordinance may ban public smoking

## Expansion of law will protect non-smokers

Patrice Fry
Staff Writer

Auburn might become a smoke-
free city if plans discussed at last
week's city council meeting to
expand the non-smoking
ordinance from city buildings to
all public buildings are carried out.

Auburn Mayor Jan Dempsey
said she supports the non-smoking
ordinance expansion.

"With the University controlling
so much of the city, when it
decided to make University
buildings non-smoking, it made it
possible to coordinate and extend
this policy citywide for all public
buildings," Dempsey said.

Dempsey explained why the
ordinance had not been seriously
discussed before.

"We were concerned about
enforcement because police have a
lot to do, but about four months
ago, Dr. Earl Fox, state director,

as a blueprint from which to draw
Auburn's plan.

Alabama is one of only five
states which does not have
statewide ordinances restricting
smoking in public buildings, Jim
McVay, state director of health
promotion, said. "There are 13
cities in the state of Alabama that
restrict smoking through these
ordinances," he said.

"Some suspected that there
would be problems with a non-
smoking ordinance," McVay said
"But for other cities, it's been very
popular because 75 percent of the
adult population in Alabama does
not smoke. As a result, there have
been more and more requests
placed to implement such a plan."

McVay said, "The major issue
involved is that just about
everyon
for yo
shows i
adverti

Ex. K-40
0166

## sponsibility

What this is going to do is make
body that is in control of any
dence be liable if alcohol is
ed. This will certainly affect
rnity houses," she said.

alton said if the bill passes, he
ries about the effects on the
lens.

I would sort of hate to see it end
way. You're going to see a lot
raternity officers end up with
ce records because they are in
rol of the house."

he bill states that violators of
law will be charged with a
demeanor and could face up to
months in jail and a fine of up
1,000.

reeman was unavailable for
ment on the bill.

## Forum addresses students' concerns, questions

### Continued from A-1

forget about because they're
overshadowed by big controver-
sies," she said.

"Somebody out there might
have a question that doesn't con-
cern something controversial.
They just want to know what's
going on with how their money
is being spent. And that's really
the main point."

But most of the issues
addressed were controversial.
Once, an exchange between
Waggoner and Steve, the co-
president of the AGLA, was
stopped by the mediator because
of its personal nature.

Waggoner made his opposition
to the AGLA clear. "I personally
will do everything I can to see
that charter is taken away from
(the AGLA)," he said.

Waggoner later apologized to
the audience for his handling of
AGLA issues at the forum.

Other issues brought up by the
AGLA were discrimination and
violence.

Waggoner said, "I think if you
had not come forth for a charter,
there would not be as good a
chance for violence in the first
place."

But the SGA will continue to
condemn any illegal or violent
acts, he said. "As far as violence

goes ... I will do everything I can
short of going down and trying
to take the gun away from some-
body that's trying to shoot you."

The Kappa Alpha Old South
parade and racial discrimination
were also frequent topics of dis-
cussion.

"What are your suggestions to
a solution?" Waggoner asked
about the KA issue. "Consider
the fact that if you say, 'Cancel
the parade,' you have a com-
pletely unhappy group of people
on one side and a very happy
group on the other side, but you
don't have a unified Auburn
working together to solve a prob-
lem.

"The only thing that's going to
promote harmony among the stu-
dents is for some agreement to
be reached amongst us," he said.

Waggoner also addressed
minority recruitment and retain-
ment.

The SGA has had forums to
keep up race relations and to find
out what the problems are in that
area, he said.

Waggoner, as well as panel
members Steven Saars from
UPC, Jennifer Tribble from *The
Circle* and Tracy Guenther from
WEGL, encouraged all students,
especially minorities, to get
involved in campus organiza-
tions.



ould Picasso have
n so blue if he had
about the great sales
*J&M* bookstore?

% off Windsor Newton oil
and acrylic paints.

ce among some students
he parade incites racial

otiations were given a
:adline before the matter
ver to the SGA.
ie IFC has met with both
d taken minutes of the
The next step in the
ns will consist of an
between both groups of

the respective minutes.

Carmela Davis, president of BSU, said the March 1 deadline is not absolute, however, if positive steps are being made.

IFC president Erle Morring said, "We're very pleased with how things are coming."

KA president John Huff said he "would like to see (the situation) get solved so that both sides will be satisfied."

Theodore L. Becker of the political science department was asked by the BSU to step in and help mediate the negotiations.

Becker was asked to participate in the mediation because of the possibility of a conflict of interest in the IFC. He said, however, he can help mediate only if all parties agree on his role in the process.

"I think it's very important to see this get solved. It's important for Auburn University, the state of Alabama and the United States. I would like to see the students resolve this themselves," Becker said.

"I think that this can be solved in some way that this will be a win-win situation, where neither side will come out losing," he said.



za
it®

" in Auburn

## Gay alumni

### Continued from A-1

He said the group will not attempt to affiliate with the Auburn Alumni Association. "We don't want to cause anyone discomfort," he said. Earlier this month, the Auburn Alumni Association passed a resolution commending the actions of the student leaders fighting the AGLA charter.

McLoughlin said Auburn has always had an active homosexual community, but the social conditions for gays have improved since he was at Auburn.

"Then, we were very secretive. It was rough," he said. "It's different in the 1990s. Now we tell our parents."

Some type of organization for homosexuals on Auburn's campus has existed since 1974, McLoughlin said. He said a group known as Auburn Lambda was close to receiving a University charter in 1989 until negative publicity surrounding a student with AIDS turned the tide of public opinion.

McLoughlin received his bachelor's degree from Auburn in 1982 and his master's in 1986. He was an SGA graduate school senator and ran unsuccessfully for SGA president in 1983.

## Hunt visits

### Continued from A-1

were attending the conference.

Hunt also spoke on the efforts to reform Alabama's tax system.

"Most of us don't want more taxes, but at the same time, there comes a time when more money is needed.

But Hunt also said a tax increase is necessary only when accountability can be given.

Hunt suggested pay cuts for himself, the Legislature and President James E. Martin as an alternative to proration.

"That would stop proration, but no one wants to hear that."

Hunt also stressed the need to have "a vision of tomorrow in education." in Alabama.

Hunt said he supports AIDS education in Alabama high schools, saying there is a need for formal education, but he said a need also exists for strong family ties and education from the family.

# WE'RE LOOKING FOR CUSTOMERS WHO ARE SHORT ON TIME, PATIENCE AND MONEY.



## Why?

Because these are the customers who appreciate our high speed copying services most. They're amazed by how fast we duplex, collate, staple, package and deliver any number of copies. They're grateful they no longer have to endure the frustrations of using a copy machine on really big jobs. But what they like most is how little we charge for our high speed services.

Use our high speed copying services. Because making copies shouldn't be hard on

## Moving, changing roommates, just can't take it anymore?

Before you change apartments, look for the deals in the Classified section

uld like to see you
ish your goals for Auburn
ty.

Camille Chiles
ecretary of Academic
Affairs
1991-92

Leigh Ann Lane
Secretary of Public
Relations
1991

**15 years ago, 1977:** Eldridge Cleaver, black activist and former information director for the Black Panther Party, stated that after a world tour he had found the United States to be far ahead of the rest of the world in democracy and civil whites.

**20 years ago, 1972:** 12 flags containing the orange and blue seal of Auburn University were to accompany former SGA president and 1958 graduate Ken Mattingly in the Apollo 16 manned mission to the moon. The flags, a suggestion by several of the NASA engineers who were also Auburn alumni, were to unfurled on the moon and returned with the crew back to earth.

# Quote of the week:

"We love Auburn, and we also love being lesbian and gay," said Pat McLoughlin, a Morehouse College mathematics instructor and Auburn alumnus, regarding the formation of an Auburn Gay and Lesbian Alumni Association.

## *Advertiser* makes right call on AGLA

'nalism

an to go down in history
iinly are wasting your
as a graduate student in
.ience.

you do feel so overly
in yourself, do something
Make a trip over to the
n office and contribute
iance to what you call a
oric understanding of
i." Let's see what sort of
ind radiant light you can

C. W. Bell
04JM

g breed

I the difference in the
how you feel walking
campus devoid of life
having shady trees that
:rrels and offer a place to
arm day.

his letter sounds cheesy,
we should all go out and
trees for the University.
start at the library since
: tell me they could be
in five to seven years.
olias near Foy will be
:r since they have been
longer.

ght you'd like to know.
meone a little more
ible about this situation
mehow assist the
on future projects or
nsight on this problem.

Editor, *The Plainsman:*

Last Thursday, Feb. 20, I was both shocked and elated to read the opinion of *The Montgomery Advertiser* on the AGLA issue. Add *The Advertiser* to the list of SGA supporters: The National Alumni Association, with a unanimous vote of support; the state Senate in the form of a resolution; 21,000 alumni, staff, faculty, students and taxpayers in a resolution asking the trustees to overturn the administration's decision; schools across the country who have now begun processes to take gay charters away; and most of all, the majority of students at Auburn University. The amount of support is overwhelming.

The liberal *Montgomery Advertiser* has officially cited its opinion that the case should go to court for a decision. (This would require a reversal by the trustees of the administration's decision.) The editorial board acknowledges the lower court decisions that would favor the AGLA, but states that "it is unlikely that the U.S. Supreme Court, in its current composition, would do likewise; and this is not a simple access case. The U.S. Supreme Court has never squarely resolved the precise issue before the Auburn administration." *The Advertiser* goes on to say, "Actions like those in California (threats against the Boy Scouts of America by gays advocating homosexual scout leaders) ... and in Auburn by homosexual rights advocates have changed our sullen acceptance of the fairness of 'access' proposals to outspoken opposition to a movement which clearly isn't interested in equality and fairness but in fostering a lifestyle..." Even *The Montgomery Advertiser* realizes that this movement is an infringement upon the rights of "normal" Americans.

What, then, does the editorial tell us about what we should be doing?

To students, I would say that it says our original views about the AGLA receiving a charter do have great merit. Yes, I'm tired of this issue too, but what are we if we don't fight for our beliefs? Don't say, "I'm against the AGLA, but I'm just going to keep quiet and hope this all ends." What if America had done this in the Gulf War?

What if Martin Luther King had gotten tired of the Civil Rights Movements when he knew it was right? Fight for your beliefs. Call or write the trustees and the governor.

To the trustees, how many more people will have to support us, the students, before you hear us? Please, represent us and your state. Fight the ACLU; not us. Auburn waits for your leadership. Help!

David D. Miller
04FI

## Ramsey bill won't solve real problem

Editor, *The Plainsman:*

We are all by now all-too-familiar with the Eric Ramsey/Auburn University scandal. Eric and his secret tapes (truthful or otherwise) are making our school, our students and our state look bad. Our reputation is being impeached. Clearly something must be done. Thank God that Jabo Waggoner is on the ink. The man has a

And not only does this idea close the door on future Erics, it spares Auburn University (and others) the consequences of painful (and possibly extremely embarrassing) truth.

Why not? We all know that no act is illegal, immoral or unethical until there exists a witness to that act. Murder isn't murder until the body is found, and "illegal" payments to athletes are really legal these goals is furthered by creating a situation in which illicit acts are free from scrutiny. Where is the truth, morality or honor in protecting future law breakers?

When I first read about Jabo's bill, as reported in the *Plainsman* (2/20/92), I laughed aloud. But the seriousness of the issue sobered me very quickly. It is not (even a little bit) funny. The mere fact that Jabo Waggoner is serious about this idea

0169

# Hunt backs SGA's gay group fight

**By Blair Robertson**
Staff writer

AUBURN — Gov. Guy Hunt took a public stand for the first time Wednesday on the issue of an Auburn University gay student group, saying he supported efforts to have the group's campus charter revoked.

Later in the day, the Alabama House of Representatives approved a resolution praising the Auburn University Student Government Association for opposing the charter.

The charter has been a controversial issue on and off campus since early January, when the AU administration overruled the Student Senate and granted the charter to the Auburn Gay and Lesbian Association, giving the association access to campus facilities and making it eligible for AU funding.

"I support the SGA's position," the governor told reporters. "I think that's sufficient for me to say that because I'm not ... trying to get into the controversy ... But I think it's a good position."

Gov. Hunt later said "homosexuality is illegal under state law now." But homosexuality specifically is not illegal here. The state's sodomy and sexual misconduct laws outlaw oral and anal sex between unmarried people.

Referring to the gay student group, Gov. Hunt said, "I think the question is what is acceptable behavior in society. You don't tell an individual how to live as an individual, but you've got other things, such as state support, taxpayer support, that sort of thing. That's at issue here."

SGA President Jon Waggoner, who has presented a petition

*(Please see HUNT Page 14)*

# U.S. pres

By The Associated Press

WASHINGTON – One after the Persian Gulf War forces in Saudi Arabia are operating Patriot missil fenses and a potent fleet o bat aircraft. And there stated plan for them to home soon.

"We're leaving our c open, and the Saudis are to permit that," said one m officer familiar with M troop deployment plans. T ficer discussed U.S. m involvement there on th dition of anonymity.

There are 24,823 U.S. sc sailors, airmen and Marir maining in the gulf, accor Central Command headqu at McDill Air Force Bas That compares with a w peak of 541,000.

Prior to Iraq's invasion wait in August 1990, th U.S. armed force statione area was the Middle Eas fleet of about a half doze and 2,000 sailors. It has the gulf since the late 194

Pentagon officials ha since the war ended a y Friday that there was ne to keep air or ground for manently in Saudi Aral Army expects to finish by the enormous task of home millions of tons o ment sent to Saudi Ara the ground war.

Yet the continued pre Saudi Arabia and ne states of a sizeable U.S. da, probably numberi than 200 planes, belies th



## Summit explosion

Fireworks explode over the Alamo on Wednesday as part of the festivities at the San Antonio Summit. President Bush and Latin American leaders are in the Texas city for the two-day drug summit. Related story, Page 5 A.

Ala. Journal 2/27/92

# *Hunt aides say governor exempt from de*

By The Associated Press

Gov. Guy Hunt's office requires detailed flight information from any official wanting to use a state airplane, but aides said Gov. Hunt is exempt from the order.

Under the rule, the administration has required state officials to ask Gov. Hunt's office for approval before using a state airplane. Department heads must fill out a form providing the names of everyone on a planned flight, a "description of state business to be conducted," and the funding source.

Terry Abbott, the governor's press secretary,

made by the governor, w the attorney general's $10,000 in church offerin expense to far-flung pre Hunt is a Primitive Bapt

M
ern

Ex. K-41

0170

health, peace, temperance and safety of the community."

"This is not what we need with people holding ABC licenses; when they don't listen to you and it leads to further tragedy," ABC Agent Dennis Hill said at the Feb. 20 ABC Board hearing.

Ms. Coggins testified she did not have the money to make the suggested changes.

The board also considered testimony from Donna English, sister of the second shooting victim. In January, Jerry Cartee, 36, of Hope Hull was shot in the head after an argument over a bet on a pool game inside the lounge, police said.

Ms. Coggins has 30 days to appeal the ABC decision to circuit court, the letter showed.

Sgt. White said lounge owners whose licenses have been revoked usually appeal the decision.

"I'd be surprised if she didn't file an appeal," he said.

## Hunt

with 22,000 signatures to the Auburn board of trustees, urging the board to revoke the charter, said he was pleased by the remarks.

The House approved the resolution by state Rep. Mark Gaines, R-Homewood, on a 64-3 vote.

The resolution commends students "for their courageous stand against ... actions that are not only prohibited by laws of the state of Alabama but that are contrary to the values and beliefs of the people of this state."

The Associated Press contributed to this article.

## Ingram

Exposure to the chemicals can irritate the skin, eyes, nose and throat, and cause dizziness, headaches and loss of consciousness. Chronic exposure can cause mutations and damage to the skin, liver, kidneys, brain and bone marrow, and can cause death.

ADEM has ordered Ingram, which is near Deatsville, to assess the soil and ground water contamination.

During an Oct. 31 ADEM inspection, staff members noticed the school was using hazardous materials in both its automobile repair and carpentry training programs, although the college has never notified ADEM or the U.S. Environmental Protection Agency that it was doing so.

Hazardous waste generators are required to give notice.

ADEM officials said school authorities apparently did not know they had to follow special procedures in handling hazard-

government spending.

And then wrote Mr. Sizemore in asking for more information. At the bottom Anderson wrote: "P.S. I really am sorry."

Mr. Sizemore resubmitted the request with a more detailed explanation — he wanted to visit tax service centers and meet with Russell Corp. officials — and the Alexander City-Gadsden trip was approved. The flight to Birmingham was canceled.

Mr. Anderson, a Hunt appointee now heading the Alabama Department of Economic and Community Affairs, said Wednesday he heard complaints from some state officials after implementing the policy.

"I'm sure if someone didn't raise hell with me, they meant to," Mr. Anderson said. Mr. Anderson said he did not specifically remember his letter, but he agreed with Mr. Abbott that the governor did not need to provide flight information.

"The governor does not have to ask his employees for permission to do anything," said Mr. Anderson.

Gov. Hunt's current chief of staff, Mr. Nabors, did not return telephone calls seeking comment.

Flight logs at the state hangar show Gov. Hunt's office was billed for 66 state plane rides last year after the policy took effect. Gov. Hunt virtually always travels on the state's Citation II jet, which hangar officials say costs about $800 an hour to operate.

## Autauga

now occupied by Republican Jim Ross of Autaugaville.

Former Autauga County Probate Judge Jim Corley, speculated as a District 2 candidate, attended the meeting but did not announce any campaign plans.

In addition to the County Commission and school superintendent, offices scheduled for election this year are the Autauga County Board of Education and the district attorney's office. The district attorney's jurisdiction also includes Chilton and Elmore counties.

## Gulf

aircraft could not be released.

The Navy has F/A-18 Hornet attack planes, F-14 Tomcat fighters, EA-6B Prowler electronic jammers and A-6E Intruder attack planes. The Navy's roughly 90 aircraft are accompanying

ships, the Marine Expeditionary Unit is equipped with AV-8B Harrier attack jets, transport and attack helicopters, an infantry battalion, an artillery battery and tank and amphibious assault platoons.

# Malaysia drops AIDS colony plan

<small>By The Associated Press</small>

KUALA LUMPUR, Malaysia — Under international and domestic pressure, the government has dropped a plan to banish AIDS victims and carriers of the virus to an isolated settlement, the country's health minister said today.

The government is now studying plans for a hospice, a center for terminally ill people including patients in advanced stages of AIDS, on the outskirts of Kuala Lumpur, said the minister, Lee Kim Sai.

Suggestions that certain wards in hospitals be set aside for treatment of lesser-affected AIDS victims are also being studied, he said.

Mr. Lee said domestic and foreign criticism of the plan to segregate AIDS carriers influenced the government to drop the AIDS colony plan.

The Malaysian Medical Association was one organization to opposed the plan. Its president, Dr. Pius Martin, said recently:

"A settlement for AIDS patients or carriers might curb the spread of the disease. However, the move must consider the impact on the family and also the quality of life in the settlement."

Malaysian Bar Council officials also noted that it might be illegal to isolate AIDS carriers in a special settlement or colony.

About 35 people have died of AIDS in Malaysia. About 1,800 carriers of the HIV virus from which the disease develops have also been identified.

AIDS is spread most often through sexual contact, contaminated needles or syringes shared by drug abusers.

stay in force even if Col. Gadhafi surrenders the Libyans Washington suspected in midair bombing of two Western jetliners several years ago.

The officials said the administration is not seeking Col. Gadhafi's ouster and has no immediate plans to attack Libya militarily if Col. Gadhafi does not comply with U.N. demands.

In interviews, the officials said the administration believes it can build on the diplomatic momentum of charges that tie Libya to the bombings of a Pan Am jet in 1988 and a French UTA flight in 1989 to mount a campaign to force an end to Col. Gadhafi's 22-year

Short

We'd like to talk about a delicate subject.

# GET OUT OF DEBT!

**CHAPTERS 7 & 13**
**CALL ANYTIME DAY OR NIGHT**
**SHINBAUM, THIEMONGE & HOWELL, P.C.**
**ATTORNEYS AT LAW**



E 0171

win," he said.

The plan also creates a district likely to elect Alabama's first black U.S. representative since Reconstruction.

The committee slightly revised the plan approved last week by the Senate, shifting about 300 voters on the border of Pickens County into the district of U.S. Rep. Tom Bevill, D-Jasper.

Rep. Box said Rep. Bevill requested that change to put the Bevill Lock and Dam on the Tennessee-Tombigbee Waterway in his district. It also would put Gardendale in north Jefferson County in Rep. Bevill's district.

Rep. Box said the plan approved by the committee also slightly changed the Senate-approved lines in Montgomery.

He said the Senate-approved



Herrmann said the hospital lobby will fight the bills

general, should support the burden," said hospital association president Michael Horsley. "We support a broad-based, general tax because Medicaid is a societal issue. If you tax hospitals and nursing homes, you are taxing only sick people. It's a sick tax, in essence, if it's only applied to those who use hospital services," Mr. Horsley said.

Ms. Herrmann said she understands the hospitals' viewpoint.

"But unfortunately, in these economic times, this is the only industry we can look to for increased revenues," she said.

If the Legislature does not approve the new taxes on health care providers, the loss would amount to $638.5 million in federal and state money, she said.

If the bills don't pass, the Medicaid agency says it must:
● Eliminate maternal and child health preventive services.
● Lay off 110 employees.
● Reduce patient income limit for nursing home care from $1,266 to $400 per month.

plan would unfairly weaken the political clout of Jefferson County by carving it into three congressional districts.

"It's an absolute shame we are going to split up voters in Jefferson County for no reason" into three districts, Rep. Curry said.

A panel of Republican-appointed federal judges in January ordered an interim redistricting plan for use in the event the Legislature fails to adopt a plan of its own.

Any legislative plan would require pre-clearance by the Justice Department to determine its impact on minority voting strength. That could take 60 days and candidate qualifying is scheduled to start next week for primaries on June 2.

Sen. Ghee said, "Time is our



Ghee said he would sponsor an identical Senate bill

worst enemy. Since we're doing our constitutional duty, I feel like the Justice Department and the federal judges will give us the benefit of the doubt as far as time."

Rep. Curry said the 23 Republicans in the House would oppose Rep. Box's plan. It would also have to get past Gov. Guy Hunt, who could hold it for 10 days.

no action.

Later, four senators in a round of name callin Senate floor.

The bill would make nent a water office wit Alabama Department nomic Affairs. The offi ated last summer by e order, deals with water ment and water use.

It has been touted as essary tool for negotiatic surrounding states abou allocations and has opposed by the Birmingh ter Works and Sewer Bo largest water board in the

The bill was delayed day when it was pushed end of the committee age did not come up before tl ing ended for lack of a qu

Sen. Gerald Dial, D-L the bill's sponsor, said Se ny Corbett, D-Phenix Ci chairs the Senate E Affairs Committee, prom bill would be first on the Sen. Dial said for "the fi in 17 years a senator something eyeball-to-t and he went back on his v

Advertiser 2/27/92

# Hunt against gay charter

**By BLAIR ROBERTSON**
Staff Writer

AUBURN — Gov. Guy Hunt took a public stand for the first time Wednesday on the issue of an Auburn University gay student group, saying he supported efforts to have the group's campus charter revoked.

Later in the day, the Alabama House of Representatives approved a resolution praising the Auburn University Student Government Association for opposing the charter.

The charter has been a controversial issue on and off campus since early January, when the AU administration overruled the Student Senate and granted the charter to the Auburn Gay and Lesbian Association, giving the association access to campus facilities and making it eligible for AU funding.

"I support the SGA's position," the governor told reporters. "I think that's sufficient for me to say that because I'm not ... trying to get into the controversy ... But I think it's a good position."

Gov. Hunt later said "homosexuality is illegal under state law now." But homosexuality specifically is not illegal here. The state's sodomy and sexual misconduct laws outlaw oral and anal sex between unmarried people.

Referring to the gay student group, Gov. Hunt said, "I think the question is what is acceptable behavior in society. You don't tell an individual how to live as an individual, but you've got other things, such as state support, taxpayer support, that sort of thing. That's at issue here."



2015 EAST BLVD/MO[...]
272-2444 • 1-800-8
*Some restrictions may apply on re*

# Each One Tea

# Central Alabama

# Train

Saturday

9:00 [...]

Westminister Pre 2515 Woodley Road (c
Registrat
$5 donation req
To register te



**Largest Selection Prices Start at**
**$199**

GUARANTEED
PRICE
PROTECTION

STORE HOURS
MONDAY-FRIDAY 10-7
SATURDAY 10-6

Barrows furniture guarantees you will find the same exact item advertised for less for a full sixty days. Anytime you see an item advertised for less than you have paid in a Club Member, Barrows will not only refund the difference, we will refund your Club Fee of $29.95

**Barrows** fine furniture **Club**

2251 E. South Blvd.
Montgomery, AL

281-5051




***Telephone Pioneers of America***
ANSWERING THE CALL OF THOSE IN NEED

**Crepe Myrtle Tree Sale**
**Saturday,**
**Feb. 29**
**9 a.m.-1 p.m.**

$3 ea.

Ex. K-42

0172

ADDRESSING STUDENTS — Alabama Gov. Guy Hunt visited Auburn on Wednesday and addressed a group of high school students at a leadership conference. During his talk, Hunt said he anticipated that statewide tax and education reform was in the offing. — Photo by Woody Marshall.

# Hunt sides with SGA on gay issue

**By SAMUEL T. HARPER**
**O-A News Staff Writer**

Gov. Guy Hunt threw his support Wednesday behind the Auburn University Student Government Association's effort to revoke the charter of a campus gay and lesbian association.

"I support the SGA's position," Hunt told reporters following an address to a group of prep students attending a high school leadership conference in Auburn. He declined to elaborate on his position.

"I think that's sufficient for me to say because I'm not trying to get into the controversy

involved," the governor said. "I think it's a good position."

The SGA is seeking to revoke the Auburn Gay and Lesbian Association's charter and is awaiting a decision by the AU Board of Trustees on its request.

During his speech, Hunt lauded SGA President Jon Waggoner for his leadership of the AU student body. Waggoner has been at the forefront of the anti-AGLA movement.

"Jon here, as leader of the student government, showing leadership; speaking out on the things he believes in; (has been) showing the kind of things that are necessary in today's world."

Later, however, Hunt said he was complimenting Waggoner on his efforts in organizing Wednesday's conference, not on his AGLA stand.

"I wasn't necessarily talking about that," Hunt said. "I was talking about his leadership overall as SGA president. I understand he's done an excellent job."

The governor also gave a lukewarm — and vague — endorsement of AIDS education in the state's schools. He also noted that "homosexuality is illegal under state law now" and bluntly said "no" when asked if he would be in support of changing that

law.

"I think that it certainly is a point for education. I think people need to be taught about the dangers...However, I do... that we should — at all — th... that is going to solve the problems. People know the dangers of smoking, yet we continue to lose thousands of people each year to lung disease because of smoking."

"In our society we give what education we can, but I think a lot it has to come from strong family ties and we've got to do everything we can to continue that family tradition — sticking together and family morals."



# Board pulls nuclear plug on 'nation's oldest plant

BOLTON, Mass. (AP) — The ...tion's oldest commercial ...clear power plant in ...eration, a target of safety ...tests because of its age, is ...ing shut down for good and ...be dismantled, its owner ...d Wednesday.

The board of directors of Yan... Atomic Electric Co. voted ...usly against restarting ...neg...st Yankee Rowe ...ich has been idled since

demand for electricity as well as the expense of addressing concerns raised by Nuclear Regulatory Commission staff and others about the condition of the massive steel container housing the reactor.

At issue was whether the 33-foot-high, 8-inch-thick steel vessel had grown brittle and become more likely to fail because it had been continually bombarded with neutron radiation.

months.

"The technical criteria we must meet and the path we must follow to restart the plant are not sufficiently defined to justify spending that amount of money," Andrew C. Kadak, Yankee Atomic president and chief executive officer, said in a statement.

The utility has spent at least $5 million to prepare for reactor tests, Kadak said at a news conference.

He said the utility will spend

...the teacher and principal ...ure process. The other has ...ted Hunt against the state's ...ck leadership.

Hunt is drawing fire because ...a case revolving around a fed... court ruling late last year ...t gives the state's pre...minantly black colleges — ...abama State University and ...abama A&M — $10 million ...ch in new money for buildings ...help compensate for a history ...low funding.

Earlier this week, the Legislature narrowly defeated a bill in favor of a Hunt-backed ...asure — that would have ...owed ASU and A&M to con...uct new buildings without the ...proval of the Alabama Com...sion on Higher Education ...HE). The state's other uni...sities are required to gain ...h approval from ACHE.

Hunt's version allows only the ...rt-ordered money to be ...empt from the ACHE. He led ...charge to kill the previous

(See Governor Pg. 2A)

Ex. K-43

0175

tem if the tax increase could be levied on residents only in the northeast portion of the county.

See Trussville, Page 4C



NEWS STAFF PHOTO/HAL YEAGER

...e walks through Linn Park down- ...s of the Japanese magnolia tree, one of the first harbingers of spring. Daffodils, hyacinths and crocuses also have been heralding the new season.

# House asks AU to revoke homosexuals' charter

By Justin Fox
News staff writer

MONTGOMERY — The Alabama House of Representatives Wednesday called on Auburn University's trustees to revoke the charter of the Auburn Gay and Lesbian Association.

The resolution, which passed by a 64-3 vote, came up for discussion after resolutions critical of judges and Japanese politicians and preceded one endorsing Velcro-fastened neckties for police use.

"We are drifting so far afield," said Rep. Bill Fuller, D-LaFayette, during the debate over the Auburn resolution. "I predict the next person up ought to prepare a resolution condemning homosexual Japanese circuit judges."

The Auburn homosexual student group has been a center of controversy since November, when the Senate of Auburn's Student Government Association voted to deny it a charter as an official campus organization.

Auburn's administration, citing past federal court rulings guaranteeing homosexual student groups' right to meet, reversed the SGA's decision in January.

The House resolution, sponsored by Rep. Mark Gaines, R-Homewood, commended SGA leaders and called upon Auburn's trustees to reverse the administration's position. The state Senate passed a similar resolution earlier this month.

Gaines said his resolution did not intrude on homosexuals' civil rights.

"I don't care what they do — just keep it in the bedroom," he said.

"Basically this boils down to promotion of a certain form of sex," Gaines said. "If we're going to promote it, why not wife-swapping and bestiality."

Rep. Alvin Holmes, D-Montgomery, was the only vocal opponent.

"I don't think people ought to be gay — I think they ought to have a wife and children," Holmes said. "But I can't support a resolution that says you can't form an organization, that you can't march on your campus."

Holmes said Gaines and Rep. Perry Hooper, D-Montgomery, a co-sponsor, were just seeking publicity.

"I'm not doing this out of political expediency," Hooper said. "I'm doing it because it's a moral issue."

"No you're not," Holmes shot back. "You're doing this thing to help you politically.

"I'm so sick and tired of you all trying to be like George Wallace," Holmes said. "You can't get elected like that anymore, by being a demagogue."

Voting against the resolution were Holmes, Rep. Demetrius Newton, D-Birmingham, and Rep. Sundra Escott-Russell, D-Birmingham. Thirty-eight members did not vote.

The House voted down a resolution by Rep. Morris Anderson, D-Decatur, condemning Japanese Prime Minister Kiichi Miyazawa and other Japanese politicians for making disparaging remarks about American workers. The vote was 14 against, to 11 for, with 80 not voting.

# on gets one-day suspension of wolf's escape from zoo

...ire red wolf ...esday a one-...nt zoo direc-

...ission today,

...oing to be ...to be a per-...ally a vindi-

...in a tug-of-...and Recre-...and the Ala-...cted him for ...his Director ...arges of in-



efficiency, incompetency and neglect of duty for not immediately notifying the Park Board about January's red wolf escape.

Elovitz called the suspension a "pro forma face-saving device by the park board."

"They created a molehill that they exploded into a mountain," he said.

Board Commissioner Charlie Waldrep, whose committee oversees the zoo, disputed Elovitz's claim.

"We never created any mountain out of a molehill. There is not any board member who had anything to do with Mike Williamson being disciplined and certainly no board member had anything to do with the red wolf escaping," Waldrep said.

Miller gave no explanation for why he suspended Williamson, Elovitz said.

Miller said he could not comment about any personnel matter, and referred questions to Assistant City Attorney Bill Pate.

"It's difficult for me to tell Melvin not to comment, then make a comment on an individual," Pate said. "Because of the potential for litigation, I can't comment about an individual case."

Pate said Miller's decision was "in his (Miller's)

judgment the right and proper thing to do."

"I'm going to back him up as long as there's nothing that appears to me improper about it," Pate said. "Melvin has never done anything I consider improper or unreasonable."

Elovitz said Williamson will return to work Friday and "will act diligently, professionally and competently."

"He wants to put the entire incident behind him and act vigorously to meet the best interests of the zoo," Elovitz said.

While the suspension brings to a close any disciplinary action against Williamson, the zoo still must answer criticism from the federal program that oversees the red wolf program.

Program coordinator Roland Smith in a recent letter blasted the zoo's handling of the wolf's escape and efforts to recapture it.

"The Birmingham Zoo appears to have handled this situation in a very unprofessional manner," he wrote.

New zoo Director Jerry Wallace has until March 15 to respond to allegations that zoo employees bungled the case. Williamson has called the allegations "distorted and full of outright lies."

# ander dies in West End gunfire

...t End led to ...ater dead,

...n the upper

body while visiting a friend at 544 Fulton Ave. SW shortly after 4 p.m. Wednesday, said police spokeswoman Sgt. LaFaree King-Walker.

He died at University Hospital at 4:29 p.m., she said. Lewis became Birmingham's 25th homicide victim of the year.

The West End teenager was shot when an argument broke out among Lewis' friend and two

other men in the Arlington-West End neighborhood south of Legion Field, Sgt. King-Walker said.

Lewis, who was shot while standing inside the doorway of the home, appears to have been "an innocent bystander," Sgt. King-Walker said.

Police late Wednesday were looking for two brothers wanted in connection with the slaying, Sgt. King-Walker said.

Ex. K-44
0174

# Advertiser Should Back Free Speech At AU

I have long been a supporter of The Advertiser, but no more. I hate both the editorial entitled "Radical Gay Activism." Not only is the article filled with inaccurate and bizarre logic, but it is written in flagrant disregard for human rights, civil rights, and legal rights of association.

I am well aware of the law, having moved from state to state, I've seen the processes by which intolerance struggle capped by Christian services vs. Texas A&M University (1984), the 5th Circuit Court of Appeals held that because Texas A&M allowed other groups to organize, denying Auburn's SGA) to take a negative stance on homosexuality, it had established a "limited public forum" and could not deny a gay organization official recognition. Even in Mississippi a state that would have sodomy laws (Alabama), student groups cannot be sanctioned or prevented from merely advocating revision of sodomy law.

These examples merely illustrate a quarter century of case law. In late 1991, for example, in a North Carolina case, millions of dollars in damages were awarded to a similar group which was knowledgeable against established rights on a university. If you or your (unnamed) legal source think that a more "conservative" high court — one that upheld the burning as political free speech — will practice our rights, you are living in a different world. The point is that you should have researched your subject before writing and seeking a solid-free opinion before you. No professional or political posturing by you, Mr. Waggoner's SGA, or the Alabama Senate will alter the facts and the outcome in this case.

I would have expected true conservatives — people to preserve the freedoms of speech and staff, but to fight it by those who believe in your editorial is drivel of a high order. Everyone is, or should be, something by something in society. Some are deeply offended by those who practice ruly children to sit-down restaurants, by those who smoke, drink, or wear obnoxious perfume, who do not, or wear obnoxious perfume, while Schlafly, Jane Fonda, Cal Thomas, or Strom Thurmond.

The true conservative, unlike the moralistic bigot, would not pass proscriptive laws against such people or deny them their rights. By simply failing to support legislation to protect their rights. The true conservative realizes that by bridging others' rights, his or her own become menaced, as such, the so-called Judeo-Christian "ethic" has

By BALDWIN B. SMITH
100 years ago (1892) — Mr. Franklin Moore of the

# Letters To The Editor

no status in law. It bears remembering that we do not live in a Christian nation, but in a nation containing a myriad of religions. Despite the sentiments of Mark Twain, Christ save us from some of these Christians!

Human life is a shared experience in this "bazaar of nationalities and characters" and we all should have guarantees of freedom of expression, with a balancing of rights. When personally offensive behavior and speech is non-violent and easily avoided by those offended, there are no legal issues; otherwise, the courts will provide redress.

More generally, the conservative antidote to speech we don't like, ideas and associations we don't like, is to deny, suppress, or regulate such ideas. It is to provide forums for reasoned discussion of issues or ideas in our society.

What newspaper, editor, reporter, or TV commentator would invite, with open arms, the establishment of a Media Bureau at the Federal Trade Commission? The very idea that the press sets limits on the speech and association of the Auburn Gay and Lesbian Association — a lawful assembly at a public institution of higher learning!

As Christ reportedly told Pilate 2,000 years ago when he said: "Let truth and falsehood grapple, who ever knew Truth put to the worse in a free and open encounter?"

My final prediction, which (in fairly safe prediction) will not see a third Pulitzer prize for The Advertiser, abandoned the broader interests of the community you hope to serve.

ROBERT B. EXELUND Jr.
Auburn

## Mouth Washing

Reference the letter published on Feb. 20, in the Montgomery Advertiser on Feb. 26, as written by J.L. Chestnut Jr., a Selma attorney.

After careful perusal of the scatological article, I would conclude that Mr. Chestnut is miffed at someone.

I personally do not believe that Mr. Chestnut has furthered the cause of peaceful co-existence by his irrational outburst. The very fact that he sees fit to poke fun at is the one who bore him the brain, the life, and the opportunity to be of great service to

## From Advertiser-Journal Files

the last and final effort. Mr. DiMaggio, a big slugger in the heavy-hitting lineup of the...

Just anger is a reality. Striking out irrationally is not. Subtituting your anger with a more acceptable means would tend to serve a more fruitful result.

If teaching is the proper term, I — too — was at the tail of this process in 1944, when this system in a lower-learning group. I believe that system is proper. I would have been uncomfortable in the company of future doctors, lawyers and scientists that — beyond the scope of its essential tools.

Mr. Chestnut, I would suggest that you re-think, reform, and regroup. Too, a little mouth-rinsing with some Oxysol wouldn't hurt.

FRANK HARDY
Montgomery

## Library Complaint

The "improved" Montgomery County Library on Lawrence Street is a disgrace to any library standing in this country. I recently made my second visit to the library just the other day, the second time I came away angry and disgusted.

When I walk into a library I want books to be my first view, neatly shelved or displayed. I want the books to entertain me, to inform me, and learn something from us. Let me entertain you, I want to know that love of books and learning are why this building was built.

Walking into the library on Lawrence Street is not even as pleasant as walking into a hospital lobby. A few magazines are visible on some shelves at the very right of the main floor. The circulation Desk is left of the lobby. The books are gray bins and cardboard boxes) for a book burning. I would estimate 1,000 books were dumped behind the stacks waiting to be re-shelved.

Upstairs, the large art books stood on their edges as they had for the all the months since my last visit. Not only does this practice damage the bindings, but you cannot read the title on any of the books shelved above the 3-foot level. The shelves are metal and appear to be adjustable. There is certainly enough room in this expanded facility, if only they'd adjust the shelves to accommodate the large books!

I recall that Mr. Doughtie took a lot of down at the Lawrence Street library opening last year. I wish he could have been at the library today and seen all the school children hanging around the lobby of the library scooping up all that wonderful into the library's recreational hour.

No doubt the staff at the Lawrence Street building could use an education in what it means to work in a public service job (service being the key word). I say if promotion needs to serve — Mr. Doughtie got for the Lawrence Street Library should be re-named — the M.r. Doughtie Memorial Hall of Shame.

ANNE C. ARMISTEAD
Montgomery

```
 1
 2
 3
 4    EXPRESSING SUPPORT OF THE STUDENT SENATE OF THE STUDENT
 5    GOVERNMENT ASSOCIATION OF AUBURN UNIVERSITY.
 6
 7    By Senators Dial, Amari, Waggoner, Lipscomb, Barron, Preuitt,
 8    Poshee, Dixon and Owens
 9
10              WHEREAS, the State of Alabama has criminal laws
11    which prohibit certain acts (see Section 13A-6-65 and 13A-5-
12    12, Code of Alabama, 1975); and
13              WHEREAS, the Senate of Alabama believes that the
14    majority of the students in the universities and colleges of
15    this state share the same values and beliefs of the majority
16    of the citizens of this state; and
17              WHEREAS, the Senate of Alabama recognizes that the
18    students in the universities and colleges of this state are
19    the future leaders of the state; now therefore
20              BE IT RESOLVED BY THE SENATE OF THE LEGISLATURE OF
21    ALABAMA, That this body commends Student Government
22    Associations, the Student Senates, and their leaders, and
23    indeed students when they take courageous stands against
24    positions and actions that are not only prohibited by laws of
25    the State of Alabama but are contrary to the values and
26    beliefs of the people of this state.
27              BE IT FURTHER RESOLVED:
28              1.  That the Senate of Alabama commends future
29    leaders of this state for standing against the threats and
30    pressures of campus organizations which may desire to be
31    chartered but which indeed advocate the violation of any law
32    of this state.
```

0176

Ex. L

1       2. That the Senate of Alabama recognizes that, as
2    an example, the Student Government Association, the Student
3    Senate, and numerous students at Auburn University took
4    courageous stands, when on November 25, 1991 and January 7,
5    1992 they boldly objected to what is or may be considered the
6    "politically correct" position prevalent on many college
7    campuses across this country in the acceptance of erotic life
8    styles.

9       3. That the Senate of Alabama does not condone
10   violations of the laws of the State of Alabama, nor does it
11   recognize an erotic life style as an acceptable alternative
12   life style, but rather acknowledges that the State of Alabama
13   is and resolves that it shall remain, historically traditional
14   in its views of the family, and that the State of Alabama is a
15   place where families can live and grow without being debased
16   or immoralized.

17      4. That copies of this resolution be sent to all
18   Board of Trustee members, all university and college
19   Presidents, and all Presidents of Student Senates for the
20   respective universities and colleges in this state.

21
22                                    I hereby certify that the
23                                    above is a true, correct
24                                    and accurate copy of
25                                    Resolution No. 92-005 by
26                                    Senator Dial, et al, filed
27                                    with the Senate of Alabama
28                                    on February 1, 1992.
29
30
31
32
33                                    McDowell Lee
34                                    Secretary of Senate

0177

The Auburn Alumni Association is concerned about the controversy surrounding the chartering of the Auburn Gay and Lesbian Association. Upon consideration of the issues and hearing the concerns of Auburn alumni, in particular those of the Jefferson County Auburn Club, we state the following:

1. We support the action taken by the Student Government Association in refusing to grant a charter to the Auburn Gay and Lesbian Association and, further, we strongly support the Student Government Association's position requesting the University to reconsider its decision.

2. We request that the Administration and, if necessary, the Board of Trustees, review every legal avenue available to them to determine if there is a legal basis under Federal and State law to support the position of the Student Government Association.

3. We are asking our Counsel to provide to the Administration and the Board of Trustees, any legal material that said Counsel may consider pertinent to this issue.

4. We support the laws of Alabama on issues related to this subject.

5. We condemn any acts of violence associated with this or any other activity or issue.

0178

Ex. M

1

2

3

4

5

6

7

8    HR _III_    EXPRESSING SUPPORT OF THE STUDENT SENATE OF THE

9              STUDENT GOVERNMENT ASSOCIATION OF AUBURN UNIVERSITY.

10

11             WHEREAS, the Auburn Gay and Lesbian Association

12    requested approval of a charter as an on-campus student

13    association by the Student Senate of the Student Government

14    Association of Auburn University and on November 25, 1991, the

15    Student Senate denied the request; and

16             WHEREAS, on January 7, 1992, Dr. Pat Barnes,

17    Vice-President of Student Affairs, acting on behalf of

18    President James Martin, granted the charter to the Auburn Gay

19    and Lesbian Association notwithstanding the prior decision of

20    the Student Senate; and

21             WHEREAS, the Student Senate by Resolution of January

22    13, 1992, expressed dissatisfaction with the ruling of the

23    administration; stated that the Auburn Gay and Lesbian

24    Association did not meet the ideas entrusted to the Student

25    Senate on behalf of the students of Auburn University; and

26    respectfully requested the administration to reconsider and

27    reverse its decision, which request the administration denied;

28    and

29             WHEREAS, the State of Alabama has criminal laws,

30    which prohibit sodomy, sexual perversion, and otherwise

31    unnatural sex acts; and

32             WHEREAS, the House of Representatives of Alabama

33    recognizes that the students in the universities and colleges

0179

Page 1

1 of this great state are the future leaders of the state; now
2 therefore,

3 BE IT RESOLVED BY THE HOUSE OF REPRESENTATIVES OF
4 THE LEGISLATURE OF ALABAMA, That this body commends the
5 Student Government Association, the Student Senate, and its
6 leaders, and the students of Auburn University for their
7 courageous stand against positions and actions that are not
8 only prohibited by laws of the State of Alabama but that are
9 contrary to the values and beliefs of the people of this
10 state.

11 BE IT FURTHER RESOLVED:

12 1. That the House of Representatives of Alabama
13 commends these future leaders of this state for standing
14 against the threats and pressures of the Auburn Gay and
15 Lesbian Association and the American Civil Liberties Union.

16 2. That the House of Representatives of Alabama
17 recognizes that the Student Government Association, Student
18 Senate, and the students of Auburn University have done the
19 right thing, regardless of what is considered the "politically
20 correct" position prevalent on college campuses across this
21 country of accepting the homosexual life style.

22 3. That the House of Representatives of Alabama
23 does not condone violations of the laws of the State of
24 Alabama, nor does it recognize the homosexual life style as an
25 acceptable or legal alternative life style, but rather
26 acknowledges that the State of Alabama is and resolves that it
27 shall remain, historically traditional in its view of the
28 family, and that the State of Alabama is a place where
29 families can live and grow without being debased or
30 immoralized.

31 4. That the House of Representatives of Alabama
32 requests all interested parties to recognize the correctness
33 of the position of the Auburn Student Senate and to support
34 that position in every way.

0180

1　　　　　　5.　That the House of Representatives of Alabama
2　calls upon the Board of Trustees of Auburn University to
3　reverse the position of the Auburn University administration
4　and to support the Student Senate of the Student Government
5　Association of Auburn University to deny a charter to the
6　Auburn Gay and Lesbian Association.

7　　　　　　6.　That copies of this resolution be sent to the
8　Board of Trustees of Auburn University, the President of
9　Auburn University, and the Student Senate of the Student
10　Government Association of Auburn University.

0181

# OFFICE OF THE ATTORNEY GENERAL



**JIMMY EVANS**
ATTORNEY GENERAL
STATE OF ALABAMA

**MAR 1 9 1992**

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY ALABAMA 36130
AREA (205) 242-7300

Honorable Perry O. Hooper, Jr.
Member, House of Representatives
73rd District
456 South Court Street
Montgomery, AL  36104

> Colleges and Universities –
> State Funds – Sexual Misconduct
>
> Public monies may not be used
> to fund the activities of an
> organization which supports
> behavior which directly or
> indirectly encourages sexual
> misconduct.

Dear Representative Hooper:

This opinion is issued in response to your request for an
opinion from the Attorney General.

## QUESTION

May an organization that professes to
be comprised of homosexual and lesbian
individuals use state funding or state-
supported facilities to foster or promote
sexually deviate activities as set forth in
Sections 13A-6-60, _et seq._, _Code of Alabama_
_1975_, as last amended, and in particular
Section 13A-6-65(a)(3), _supra_?

Ex. 6  0182

## FACTS, LAW AND ANALYSIS

In the context of your question as it is framed, your facts reflect that the homosexual or lesbian organization under consideration fosters or promotes activities that violate Alabama statutes prohibiting sodomy and sexual misconduct, i.e., the organization encourages its members or others to engage in sodomy or deviate sexual intercourse within the State of Alabama.

As a general rule, public funds and facilities may not be used to incite, promote, or advocate conduct which is a violation of Alabama criminal law. In rendering this opinion, we understand your question to be, and answer it as, a use of state funds or facilities related to unlawful conduct and not First Amendment protected-speech activities.

There are a number of federal circuit court cases which touch upon this question which were generally based upon the Supreme Court case of Healy v. James, 408 U.S. 169 (1972). There is no United States Supreme Court ruling on the issue of homosexual rights as discussed in the federal circuit court cases. However, Healy v. James, supra, clearly sets the standard to be as follows:

> "The critical line heretofore drawn for determining the permissibility of regulation is the line between mere advocacy and advocacy 'directed to inciting or producing imminent lawless action and . . . likely to incite or produce such action.'" 408 U.S. 188.

Consequently, a distinction must necessarily be made between things that an organization may advocate concerning changes in laws as opposed to advocating the actual breaking of existing laws.

In Bowers v. Hardwick, 478 U.S. 186, 92 L.Ed.2d 140, 106 S.Ct. 2841, Justice White, writing for the majority, observed:

> "Sodomy was a criminal offense at common law and was forbidden by the laws of the original 13 States when they ratified the Bill of Rights. In 1868, when the

〜

> Fourteenth Amendment was ratified, all but 5
> of the 37 States in the Union had criminal
> sodomy laws. In fact, until 1961, all 50
> States outlawed sodomy, and today, 25 States
> and the District of Columbia continue to
> provide criminal penalties for sodomy
> performed in private and between consenting
> adults. [Cite omitted.] Against this
> background, to claim that a right to engage
> in such conduct is 'deeply rooted in this
> Nation's history and tradition' or 'implicit
> in the concept of ordered liberty' is, at
> best, facetious." 92 L.Ed.2d at 147.

The criminal acts that you refer to in your question are
the Alabama laws prohibiting sodomy and sexual misconduct.
Sections 13A-6-63 and -64 deal with sodomy in the first and
second degrees respectively, being aggravated criminal acts.
Both involve forcible compulsion, incapacity, or sexual contact
within certain age limits of children. While such acts could
possibly be those fostered and promoted by the organizations to
which you refer, it is more likely that the statute most
commonly violated would be Section 13A-6-65(a)(3). This
section states as follows:

> "(a) A person commits the crime of sexual
> misconduct if:
>
>         . . .
>
> "(3) He or she engages in deviate sexual
> intercourse with another person under
> circumstances other than those covered by
> Sections 13A-6-63 and 13A-6-64. Consent is
> no defense to a prosecution under this
> subdivision."

"Deviate sexual intercourse" is defined at Section 13A-6-60
as follows:

> "(2) DEVIATE SEXUAL INTERCOURSE. Any act
> or sexual gratification between persons not
> married to each other, involving the sex
> organs of one person and the mouth or anus
> of another."

The several cases define and describe these actions as
including any carnal copulation, unnatural carnal copulation,
sodomy, bestiality, homosexuality, buggery, cunnilingus, or

otherwise. That any one of these single terms may not be used in the statute, as such, does not indicate that it is not a prohibited act.

The legality of such laws was upheld by the United States Supreme Court in Bowers v. Hardwick, supra. Therefore, the State of Alabama is free to enforce such laws and to prohibit activities that would be in violation of them.

The State of Alabama Criminal Code provides that an attempt to commit an act prohibited by law is a lesser-included offense. Section 13A-1-9(a)(2), Code of Alabama 1975. Therefore, if an organization is promoting, encouraging, demonstrating, making provisions for, fostering, or otherwise actively engaging in activities that are "likely to incite or produce such action," it would be a violation of State criminal law.

Obviously, state funds or facilities cannot be knowingly used for the commission of crime. If members of a homosexual or lesbian organization, in the college context as observed in the reported cases noted above, or in another context where state support is involved, are engaged in attempts to incite or produce unlawful action, or are actually engaged in unlawful action, there is a violation of state law, and state funds or facilities, directly or indirectly, may not be used to foster or promote such unlawful activities.

## CONCLUSION

It is our opinion that an organization that professes to be comprised of homosexuals and/or lesbians may not receive state funding or use state-supported facilities to foster or promote those illegal, sexually deviate activities defined in the sodomy and sexual misconduct laws under Sections 13A-6-63, 13A-6-64, and 13A-6-65 of the Code of Alabama 1975.

I hope this sufficiently answers your question. If our office can be of further assistance, please do not hesitate to contact us.

Sincerely,

JIMMY EVANS
Attorney General
By:

JAMES R. SOLOMON, JR.
Chief, Opinions Division

JE/PCD/dn
0863N

8 0185

FILED

MAY 1 1 1992

AUBURN UNIVERSITY

    Plaintiff,

v.

THE AUBURN GAY AND LESBIAN
ASSOCIATION, et al.,

    Defendants.

)
)
)
)
)
)
)
)
)
)

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.
CA NO. 92-D-374-E MONTGOMERY, ALA.

## MEMORANDUM OPINION

This matter is before the court on plaintiff Auburn
University's complaint for declaratory judgment filed March 23,
1992. Auburn University is Alabama's largest public institution of
higher education. The Auburn Gay and Lesbian Association (AGLA) is
an unincorporated group of Auburn University students.

In May 1990, AGLA applied to Auburn University for recognition
as a student organization. The Student Senate granted AGLA
probationary status for one year. During that year, AGLA complied
with all of the rules and regulations necessary to obtain a
permanent charter. However, when the probationary period expired,
the Student Senate, an organ of the Student Government Association
(SGA), voted not to grant AGLA a permanent charter.

On December 9, 1992, AGLA, joined by defendants American Civil
Liberties Union (ACLU) and its Alabama affiliate, the Civil
Liberties Union of Alabama (CLU-A), challenged the SGA's decision
to deny the charter. Auburn University's Vice President of Student
Affairs, Dr. Pat Barnes, relying on advice of counsel, overruled
the SGA and granted AGLA a charter. SGA President Jon Waggoner
appealed this decision to Auburn University President James Martin.

President Martin, again relying on advice of counsel, upheld Dr. Barnes' decision. A few days later, the SGA Student Senate requested that Auburn review the administration's decision to grant the charter. Auburn, again relying on advice of counsel, upheld Dr. Barnes' decision.

At this point, defendant Rutherford Institute of Alabama (RIA), issued a press release, opposing the university's actions. It has allegedly threatened to sue if Auburn University does not rescind AGLA's charter.[1] The ACLU has allegedly threatened to sue if Auburn *does* revoke the charter. Alabama Attorney General Jimmy Evans issued an opinion stating that AGLA is not entitled to receive state funds because it advocates activities which violate Alabama's sodomy statute.[2]

Auburn University states that it has been the target of considerable adverse publicity. The administration has come under pressure from those on both sides of the issue. It seeks a declaratory judgment from this court as to the legality of its decision to grant AGLA a charter. More specifically, it asks the court to determine whether AGLA has constitutional rights of free speech and association protected by the first and fourteenth amendments which entitle it to recognition by Auburn University on the same basis as any other student organization.

The Declaratory Judgment Act, 28 U.S.C. § 2201, allows a federal court to "declare the rights and other legal relations of

---

[1] In its motion to dismiss, RIA denies this allegation.

[2] In the context of Alabama law, the Attorney General's opinions are not accorded precedential weight, but are advisory and protective only.

2                                                    0187

any interested party" in a "case of *actual controversy* within its
jurisdiction" (emphasis added). The Act does not create
jurisdiction where it does not otherwise exist. Skelly Oil Co. v.
Phillips Petroleum Co., 339 U.S. 667, 70 S. Ct. 876 (1950).
Although the Act allows a prospective defendant to sue to establish
its nonliability, Beacon Theatres, Inc. v. Westover, Cal., 359 U.S.
500, 79 S. Ct. 948 (1959), the party may only do so if it alleges
facts giving rise to a ʲusticiaʰle "case cr controversy" within the
meaning of Article III, section 2 of the Constitution. Wright,
Miller & Kane, Federal Practice and Procedure: Civil 2d, § 2757
(1983). The conflict between parties must rise to the level of a
"substantial legal controversy, between parties having adverse
interests, of sufficient immediacy and reality to warrant the
issuance of a declaratory judgment," before such relief can be
granted. Maryland Cas. Co. v. Pacific Coal & Oil Co., 312 U.S. 270,
273 (1941). In short, the bare jurisdictional statute cannot create
the power to pronounce the law.

The Supreme Court expounded on the meaning of the
Constitution's cases and controversies requirement in the important
case of Flast v. Cohen, observing that

> the judicial power of federal courts is
> constitutionally restricted to 'cases' and
> 'controversies.'. . . In part those words
> limit the business of federal courts to
> questions presented in an adversary context
> and in a form historically viewed as capable
> of resolution through the judicial process.
> And in part those words define the role
> assigned to the judiciary in a tripartite
> allocation of power to assure that the
> federal courts will not intrude into areas
> committed to other branches of government.
> 392 U.S. 83, 94-95 (1968).

3

This language is sensitive to the command of Article III, § 2 of the Constitution. Flast obviously binds this court, the Constitution obviously constrains this court, and ample precedent in this Circuit and in sister courts amplifies the point. See, e.g., Kerr v. City of West Palm Beach, 875 F.2d 1546 (11th Cir. 1989); Thiqpen v. Smith, 792 F.2d 1507, reh'q denied, 798 F.2d 1420 (11th Cir. 1986); Dixie Elec. Co-op v. Citizens of Alabama, 789 F.2d 852, 857 (11th Cir. 1986); Church of Scientology Flag Serv. Org. v. City of Clearwater, 777 F.2d 598 (11th Cir. 1985); Webster v. Mesa, 521 F.2d 442, 444 (9th Cir. 1975); Norvell v. Sangre de Cristo Devel. Co., 519 F.2d 370 (10th Cir. 1975).

The federal courts will not essay the law or the rights of parties where an issue has not ripened from mere speculation into an actual controversy. An application of a challenged regulation, disparate treatment, or other tangible harm must be visited on a complaining party before the court will assume jurisdiction. See Webster, 521 F.2d at 444.

Auburn University contends that this matter is ripe for the court's review because it has created a "confrontational atmosphere" which threatens to erode the adminstration's ability to govern the university and its ability to maintain good relations with alumni and with the Alabama legislature. However, a "confrontational atmosphere" is not the same thing as a "justiciable controversy." At present, it is a matter of speculation whether Auburn University will pursue some course of action which might infringe AGLA's rights. This would be the catalyst infusing this matter with constitutional life. Because its charter has not been revoked, AGLA has suffered no substantial

4

injury.

This court should not be made a referee in squabbles about the university's relations with its alumni and the legislature and in its own internecine squabbles among constituencies, unless and until a justiciable controversy is presented. Because jurisdiction is, literally, the power to pronounce the law, the court would arrogate unto itself supreme and obtrusive powers if it did as the plaintiff requests and declared rights in a controversy that has yet to erupt. Its intuitions would then be used to guide future courts in actual controversies -- a result this court cannot countenance given the absence of a genuine controversy here.[3]

The same is true of defendants ACLU and CLU-A. Their grievance could not possibly blossom until AGLA suffers a deprivation at the hands of the institution. Likewise, while defendant RIA might be opposed to Auburn University's decision, it nonetheless lacks standing to sue and the court cannot see its posture as a current ostensible defendant given the fact that it has not sued anyone nor infringed anyone's rights at this time.

On the basis of the cited authorities expressing a clear prohibition on adjudicating nonjusticiable causes, which could only

---

[3] For all his adult life, the undersigned has heard the State of Alabama, many of its officials, and some of its citizens roundly denounce the United States and its Courts for their intervention in State matters. Given that history, the position of Auburn is, to say the least, interesting.

Having followed the advice of counsel on at least three prior occasions, the Board now invites the Court to decide for it a controversial issue, thus saving the Board from its own students and alumni. For the reasons stated, the Court respectfully declines the invitation, confident that the Board will continue to follow the sage advice of counsel, and, heeding the admonition of Robert E. Lee that "[d]uty is the sublimest word in our language," will do its duty by deciding the matter before it, without fear or favor, bound only by the law and the Constitution.

5

▮ 0190

the court must dismiss plaintiffs' claims. Each of the cited authorities recognizes that the ripeness issue is inextricably bound with the question of standing to sue, and this is an elementary hornbook premise. <u>See</u> Wright, Miller & Cooper, <u>Federal Practice and Procedure: Jurisdiction 2d</u> § 3532.2 (1984).

DONE this //th day of May, 1992.

For De Ment

UNITED STATES DISTRICT JUDGE

0191

# House bill aims to end funding of gay groups

By Sandee Richardson
Student Life Editor

The controversy involving gay and lesbian student groups is once again on the legislative agenda in Montgomery.

Rep. Pete Turnham, D-Auburn, has authored and introduced a bill which aims to make it illegal for groups such as the Gay/Lesbian Alliance to receive funding from universities.

Bill #454 would block any public college from "spending public funds to sanction any group that promotes a lifestyle prohibited by the sodomy and sexual misconduct laws."

The bill is before the House Judiciary Committee, and Turnham said he feels certain the bill will "sail right on through without ever slowing down."

He said the judiciary committee will meet next Wednesday, and possibly have the bill on the legislative calendar for a vote Thursday.

If the bill were to pass, it would likely have little trouble getting Governor Guy Hunt's signature. Hunt told the Associated Press Thursday that he supports Auburn student leaders in their effort to revoke a campus charter for the Auburn Gay and Lesbian Association.

"I think the question is what is acceptable behavior in society. You don't tell an individual how to live as an individual, but you've got other things, such as state support, taxpayer support, that sort of thing. That's at issue here," Hunt said.

Turnham said his bill received the signature of 75 of the House's 105 members on its first day of circulation.

"While we cannot keep them (homosexual groups) from organizing, we can keep them from receiving any public monies," he said.

Turnham said he feels confident the bill will meet no opposition in the House or the Senate because, "we are fed up with this so-called movement these people are carrying on."

"We are going to make sure no public money is going to help these people carry on their bad ideas," he said.

The forces of opposition in the House may not be great in number, but Rep. Alvin Holmes, D-Montgomery, vowed to fight the passage of the bill. Holmes was one of just three representatives who earlier this week opposed a resolution supporting Auburn's SGA in its fight against giving university recognition to the Auburn Gay and Lesbian Association.

"As a civil rights leader, I have been arrested 26 times and I'm going to tell you this — I will fight for any group's right to organize, protest and be treated equally, whether I agree with them or not," he said.

Holmes said he is going to fight the bill because he believes it is unconstitutional and infringes on

see Bill, page 3

2/28/92 CW

## Bill

2/28/92 CW

• continued from page 1

individual rights. He said he believes the bill raises some "serious constitutional" questions.

"Just because I'm not gay, doesn't mean that I'm not going to fight for the rights of the gay and lesbians," he said. "I'm a freedom-fighter, and I'm going to fight this bill because they deserve the same rights and privileges as everyone else."

Holmes said he believes that if the bill passes, it will set a dangerous precedent.

Leaders in the University gay community are promising they will not be silent if Bill #454 passes.

Former G/LA President John Howard said, "There are some basic constitutional rights involved here, and if this bill passes you can bet there will be a court fight.

"If they put us out of business for the breaking of those laws (sodomy and sexual misconduct laws), they'd have to put out every fraternity in this state as well," he added.

Rep. Mark Gaines, R-Homewood, said he would throw his support behind the bill. Gaines authored the resolution praising the Auburn SGA for opposing a campus charter for a homosexual group.

"This state does not need to be supporting an organization that promotes illegal activity," he said.

Although Gaines said he has never spoken to a member of the G/LA, he said he feels the G/LA promotes a separate lifestyle that advocates deviant sexual behavior.

University Director of Student Life Kathleen Randall has a different interpretation of the group's purpose.

"I feel that their purpose is to promote tolerance," she said. "I think they see themselves as a group that educates others."

Randall said she did not know what jurisdiction the lawmakers have over the funding of student organizations, but said she would check into the matter.

"Our procedures will be the same as they've always been. The G/LA remains a recognized organization, and if they choose to request funds from the SGA that will take place in March," she said.

0192

# Measure targets homosexual groups

3/5/92  T-NEWS

From staff and wire reports

MONTGOMERY — A state House committee on Wednesday approved a bill that would not allow state money to go to any group that promotes a lifestyle prohibited by Alabama's sodomy and sexual misconduct laws.

The House Judiciary Committee approved the bill sponsored by Rep. Pete Turnham, D-Auburn, clearing it for action on the House floor.

The measure is partly aimed at the Auburn University Gay and Lesbian Association. Student leaders at Auburn are trying to reverse a decision by university administrators to charter the homosexual group as a campus organization. That makes it eligible for university funds.

A similar homosexual group at the University of

## UA adviser says 'straight people' also violate sodomy laws.

Alabama has had a campus charter for years, is funded as a campus organization and members of the Gay and Lesbian Association say they hope to remain that way.

"I'm concerned about what is happening in Montgomery, but again I want to point out that our members are not the only ones in this state to violate state laws," said Annabel Stephens, G/LA faculty adviser at UA.

"Straight people also violate the so-called sodomy laws, and our organization is not organized to promote the breaking of the law.

"Our students also pay activity fees from which the

G/LA funding comes," she added. "We also believe that there are plenty of court rulings that say you cannot deny funding to an organization like ours based on free speech and free association considerations."

Cindy Vordenbaum, president of the UA G/LA, said, "My personal feeling is that this state has other problems that are much more important to deal with than the $500 a year our group gets at the University of Alabama.

"We are very concerned about the direction the Alabama Legislature is taking but feel that we will remain an active group on campus and a group that is accepted on campus for many years to come.",

Turnham has said he has more than 79 House members who are co-sponsors of his bill.

# Gay groups dealt setback by Evans

🔳 The ruling could have an impact on any of the gay organizations at several public colleges and universities throughout the state

**By TRACEY McCARTNEY**
Staff Writer

The attorney general's office dealt a setback to college gay and lesbian organizations Thursday, writing in an opinion that state funds should not be used for their support.

"I applaud and commend Attorney General (Jimmy) Evans for joining in this strong stand," said state Rep. Mark Gaines, R-Homewood, who, along with state Rep. Perry Hooper, R-Montgomery, requested the opinion. "We do not seek to invade anyone's bedroom — we merely seek to keep them in the bedroom and out of public-funded facilities."

"A group that professes to be comprised of homosexuals; and/or lesbians may not receive state funding or use state-supported facilities to foster or promote those illegal, sexually deviate activities defined in the sodomy and sexual misconduct laws," according to the opinion.

Alabama law defines "deviate sexual intercourse" as oral or anal sex between any two unmarried persons.

Sodomy laws prohibit non-consensual deviate conduct, and the sexual misconduct law covers deviate conduct between consent-



**Evans' opinion could boost a bill that would prohibit spending state funds on college gay and lesbian organizations**

ing adults.

The laws are not restricted to homosexuals.

The opinion could give a boost to a bill sponsored by state Rep. Pete Turnham, D-Auburn, which would prohibit spending state funds on college gay and lesbian organizations.

The controversy over campus gay and lesbian organizations stems from a battle at Auburn University over the Auburn Gay and Lesbian Association's official campus charter.

It could, however, have an impact on any of the gay organizations at several public colleges and universities throughout the state. Most campus gay groups receive no direct state appropriations, but legislators have said they consider state funding to include the use of campus facilities for meetings.

The AGLA charter, which was granted by AU Vice President for Student Affairs Pat Barnes over the objections of the Auburn Student Senate, entitles it to meet on campus and to have its meetings announced in campus publications.

Auburn University Student Government Association president Jon Waggoner, the leader of a continued fight to rescind the AGLA's charter, praised the opinion.

"I'm excited. I think that's great for Auburn and our situation. I had expected that would be the ruling, but certainly the opinion of the attorney general is great backing for the decision the Student Senate made," he said.

Members of the AGLA could not be reached for comment, but Martin McCaffery, president of the Civil Liberties Union of Alabama, said his organization will consult attorneys about the opinion.

"We're disappointed with his opinion," Mr. McCaffery said. "We will be consulting our legal advisers as to the possible repercussions of the opinion."

The CLUA and the American

**Please see SETBACK, 12A**

# Setback

**Continued from 1A**

Civil Liberties Union's Gay and Lesbian Rights Project have followed the Auburn case closely, and the project's director, New York lawyer William Rubenstein, has intervened on the group's behalf with Auburn administrators. He could not be

reached for comment Thursday.

Rep. Hooper said in a prepared statement that he is not seeking to discriminate against homosexuals.

"But who in their right mind would put them in any position within our educational system where they might become role models of the young?" he said. "I say — can anything destroy the possibility of happiness for a

young person more than turning him or her away from traditional marriage and family life to the dismal sewers of sodomy and lesbianism?"

The opinion, which is not binding law but can offer some protection to those who are sued for acting on it, was signed by James Solomon, the chief of the opinions division in the attorney general's office.

🔳 0194

# Leaping Into the Fray Over Gay Group at Auburn

Special to The New York Times



MONTGOMERY, Ala., March 19 — Montgomery residents say this lovely river port
has always been genteel except when the Alabama Legislature was in session. The legislators, many of them small-town lawyers, used to spit tobacco, engage in noisy debates and throw their peanut shells onto the floors.

But even the legislators are models of decorum now. The spittoons and peanut shells have disappeared, and many of the lawmakers, some of whom have nicknames like Noople, Skippy, Crum and Jabo, have traded in their plaid sport coats for tailored gray suits.

Some lawmakers are even taking a measured approach to an issue that in Legislatures past would surely have incited streams of invective: A measure on the current calendar of the Alabama House, Bill 454, seeks to limit gay groups on the campuses of the state's colleges and universities.

It would "prohibit any college or university from spending public funds to sanction any group that promotes a life style prohibited by the sodomy and sexual misconduct laws" that the state enacted in 1977. Supporters of the bill said it would prevent universities from recognizing groups like the Auburn Gay and Lesbian Association, whose charter was recently approved by administrators at Auburn University, about 50 miles east of here.

The bill's chief architect, Representative Pete Turnham, Democrat of Auburn, hesitates to insert his religious beliefs into the debate. "Sometimes you should not let your religious and personal views get involved in your clear thinking," he said. "My objective has never been to keep somebody from meeting and marching on campus, but simply to prevent state money from being used to promote the breaking of state laws."

* * *

Nonetheless, deep feelings underlie both sides of the dispute.

"If the charter of this group is allowed to stand," said Representative Mark L. Gaines, a Homewood Republican who is a co-sponsor of the bill, "you've opened the door for organizations that promote bestiality and wife-swapping."

But Carol Daron, an assistant professor of English at Auburn, said,



"If the charter of this group is allowed to stand, you've opened the door for organizations that promote bestiality and wife-swapping," said Repre-

sentative Mark L. Gaines, a co-sponsor of a bill in the Alabama legislature that seeks to limit gay groups on state college and university campuses.

Associated Press for The New York Times

"It's an absurd bill, an absolutely outrageous and embarrassing bill."

The House bill, which was approved by the Judiciary Committee in early March, is but one development in four months of debate about the gay group at Auburn. The group's faculty adviser, Donna Sollie, said it "as granted a probationary charter from the university's Student Government Association in 1990, and noted that the group won an award from the student government as the outstanding new organization.

But when time came for a vote on the group's permanent charter last November, sentiment within the student government had changed. The vote was 23 to 7 against granting the charter. The student government president, Jon Waggoner, 21, attributed the change to advice given by the Rutherford Institute, a Christian legal defense organization. "We found, because we were dealing with state laws, that we had legal grounds to deny the charter," he said.

In January, however, the vice president of student affairs at Auburn, Patricia Barnes, overruled the student government and granted the charter. Mr. Waggoner asserted that the uni-

versity was pressured by threats of legal action. Dr. Barnes has refused to comment on her decision.

Whatever the reasoning behind the university's action, the members of Auburn Gay and Lesbian Association felt vindicated. But reaction was swift and virulent. Students opposed to the group collected 21,000 signatures, 4,000 of them from students, on a petition asking the Auburn board of trustees to rescind approval of the charter.

Demonstrations by these students and by supporters of the gay group have led to heated words and at least one incident in which a pellet gun was fired near the gay demonstrators.

The debate has continued to widen, with the national Auburn Alumni Association endorsing the students' petition. The trustees will meet on Monday to consider the matter.

And then there is House Bill 454, which would spread the controversy to include all the colleges and universities in Alabama, some of which also have gay groups on campus. The House sponsors preparing to debate the bill were heartened by a favorable advisory opinion that the state attorney general issued today.

Complicating the debate, the state's anti-sodomy and sexual misconduct laws are unclear because the specific activities outlawed are never listed. Critics of the law say activities like oral sex between married heterosexuals could be considered crimes.

* * *

At a recent reception, some lawmakers suggested that the Legislature was stepping into territory where it should not go. "I don't think the Legislature ought to be involved in something like that," said State Senator James Bennett, Democrat of Homewood. "We've got a lot of important work to do down here."

Others say they would support the bill out of a simple matter of religious conviction or legal interpretation. But for some, support for the bill, like a slavish adherence to fashion, may be rooted in a fear of ridicule.

Representative David Barnes, Democrat of Birmingham, said that the bill will "pass in a minute."

"People are saying if you vote against the bill," he said, "people will think you're a homosexual, and that'll send the wrong message back home."

0195

# Bill prohibits funding for gay student groups

MONTGOMERY, Ala. (AP) — College students got a lesson in real-life politics when they convinced the Alabama Legislature to pass a bill designed to keep homosexual groups from using university buildings.

The bill by Rep. Pete Turnham, D-Auburn, passed the Senate 23-0 Thursday night. The House approved it earlier, and it now goes to the governor for signing into law.

Students from Auburn University and the University of Alabama lobbied the Legislature almost daily to pass the bill. Several senators left the Senate chamber after the vote Thursday night to congratulate the students who were waiting in the Senate lobby.

"We usually fight it out on the football field, but we worked together for righteousness," Auburn Student Government Association President Pat Sefton said after the Senate's vote.

The bill would make it illegal for public funds or buildings to be used by a university to support or sanction any group "that fosters or promotes a lifestyle or actions prohibited by the sodomy and sexual misconduct laws" of Alabama.

Sen. Danny Corbett, D-Phenix City, objected to the bill, saying lawyers had advised him that it's unconstitutional.

Sen. Albert Lipscomb, R-Magnolia Springs, argued that it would pass a court test. "It does not interfere with First Amendment rights," he said.

The controversy over gay and lesbian student groups on Alabama campuses started in November when the Auburn SGA voted to deny a campus charter to the Auburn Gay and Lesbian Association. The university overrode the decision and allowed the group to use campus buildings.

Sefton said the group doesn't deserve university recognition "because they are breaking and fostering the breaking of Alabama's sodomy and sexual misconduct laws."

Barry Burkhart, faculty adviser to the Auburn Gay and Lesbian Association, was out of town and could not be reached for comment.

The bill passed the Senate amid much joking. Several senators cast their votes with deep, guttural voices, and Sen. Bobby Denton, D-Tuscumbia, used a fake effeminate voice to jokingly tell his colleagues, "I urge you to vote no."

## Roll call

MONTGOMERY, Ala. (AP) — Here is the vote Thursday night by which the Alabama Senate gave final approval to a bill designed to prohibit universities from providing funds or buildings to homosexual student groups:

Voting for (23) — Bailey, Bedsole, Bolling, Campbell, deGraffenried, Denton, Dial, Dixon, Ellis, Foshee, Ghee, Hale, Horn, Lipscomb, Little, Mitchell, Mitchem, Owens, Preuitt, Sanders, J. Smith, Waggoner and Windom.

Voting against (0).

Absent or not voting (12) — Amari, Barron, Bennett, Corbett, Figures, Floyd, Hilliard, Langford, Lindsey, Parsons, B. Smith and Wilson.

Mobile Press
Friday 1 May 92

0196

# Homosexual prohibition roll call

MONTGOMERY, Ala. (AP) — Here is the vote Thursday night by which the Alabama Senate gave final approval to a bill designed to prohibit universities from providing funds or buildings to homosexual student groups.

Voting for (23): Bailey, Bedsole, Bolling, Campbell, deGraffenried, Denton, Dial, Dixon, Ellis, Foshee, Ghee, Hale, Horn, Lipscomb, Little, Mitchell, Mitchem, Owens, Preuitt, Sanders, L. Smith, Waggoner and Windom.

Voting against (0).

Absent or not voting (12): Amari, Barron, Bennett, Corbett, Figures, Floyd, Hilliard, Langford, Lindsey, Parsons, B. Smith and Wilson.

Mobile Register
Friday 1 May 92

TELEPHONE (205) 460-6111
SUITE 122 • MOBILE ALABAMA 36688

OFFICE OF THE PRESIDENT

February 12, 1993

Honorable James Evans
Attorney General, State of Alabama
11 South Union Street
Montgomery, Alabama 36104

Dear Attorney General Evans:

An association recognized by the Student Government Association, known as the Gay, Lesbian and
Bisexual Alliance, has requested a certain budget appropriation request to the Student Government
Association. As noted in a copy of the charter of the organization, the organization does not
promote a lifestyle prohibited by the Sodomy and Sexual Misconduct laws of Section 13(a)-6-63 to
13(a)-6-65 of the Code of Alabama 1975. Please see attached charter relating to the Gay, Lesbians
and Bisexual Alliance.

The student organization has requested of the Student Government Association total funds of
$698.00, which will be for the purpose of the social support committee, the public relations
committee, the finance and administration committee (for banking fees), and especially for the
speaker's bureau and forum committee. The major request is to provide moneys for a guest speaker,
an attorney and director of the ACLU's Gay and Lesbian Rights Project.

An opinion is respectfully requested as to whether the University of South Alabama, and specifically
its Student Government Association, can provide such funding, in view of Act No. 439, Acts of
Alabama, 1992, Regular Session, passed into law on May 14, 1992, which prohibits any college or
university from spending public funds to sanction any group that promotes a lifestyle prohibited by
the sodomy and sexual misconduct laws.

Your response to this matter is greatly appreciated.

Sincerely,

Frederick P. Whiddon

/jm

Attachment

0198

GAY AND LESBIAN STUDENT ALLIANCE

of the

University of South Alabama

Advisor:  Dr. Larry Schehr

President:  Terri F. Elliott

Vice President:  James Verdier

Secretary:  Caron Crooke

Treasurer:  Daniel Fisher

0199

PURPOSE OF THE GAY AND LESBIAN STUDENT ALLIANCE

To provide a foundation for unification for homosexual and non-homosexual people of the student population, in order to draw support to further our efforts in educating all members of the university community on the fears and dangers of homophobia and to provide a support system for South Alabama's homosexual students.

18 December 1991

M E M O R A N D U M

To:     Ms. Sally Cobb
        Student Activities

From:   Lawrence R. Schehr
        Professor of French

Re:     Gay and Lesbian Student Alliance

I have been asked to be the official faculty adviser for the Gay
and Lesbian Student Alliance (GLSA).    I  have  accepted  this
invitation and will serve in this capacity.

0201

To Whom it may concern:

We, the undersigned (see membership list), wish to form
the Gay and Lesbian Student Alliance (GLSA) at the University
of South Alabama. We formally request that we be recognized
as an organization on the campus of South Alabama. The
primary goal of GLSA is to further basic human rights and
awareness within the university, among the students, and
in the community-at-large.

Thank you for your time and cooperation.

With Respect,

Terri F. Elliott, president
And the charter members of
GLSA

0202

## JUSTIFICATION FOR NEED

Whereas the needs of gay and lesbian students have not been met in the past at the University of South Alabama, this organization will attempt to address these needs by focusing in emotional, political, and psychological awareness of the homosexual student.

The organization will serve as an open forum where current political issues can be discussed. Through its activities, fora, and discussions, the Gay and Lesbian Student Alliance (GLSA) will help heighten the awareness of the student body to the needs of its large gay and lesbian population and will work fervently to combat homophobia and to foster understanding of the dangers of homophobia on a university campus.

We will also invite gay and lesbian individuals in the community who are successful and who can therefore provide positive role models to students.

This organization will provide information and assistance on issues that consern the general health and well-being of its members and the university community as a whole. The organization will be a support system for its members and an information source for the entire university community.

STATEMENT OF COMPLIANCE WITH UNIVERSITY

RULES AND REGULATIONS


We, the members of the Gay and Lesbian Student Alliance
do, hereby, agree to conform and respect all university rules
and regulations in meetings, on and off campus; and    during
all GLSA functions.

0204

PURPOSE:

The purpose of Glsa is to provide a foundation for
unification for homosexual and nonhomosexual people of
the student population, in order to draw support to
further our efforts in educating all members of the
university community on the fears and dangers of homo-
phobia and to provide a support system for the Univer-
sity of South Alabama's homosexual students.

ARTICLE ONE: TERMS OF OFFICE FOR OFFICERS

Elections of the officers of this organization will be
held at hte next to last meeting in May. Terms of
office will be for one year. A candidate for office
must be a student in good standing (2.00 GPA) at USA
and must be a member in good standing in GLSA.

ARTICLE TWO: MEETING TIMES

A. Meetings will be held every Wednesday.
B. The meeting times will be from 5 pm- ;pm on the
   first and third Wednesdays of every month and from
   7 pm- 9 pm on the second and fourth wednesdays.
C. Officer's meetings will be held weekly or as deemed
   necessary by an officer.
D. This article may be amended by a majority vote of
   all members.

ARTICLE THREE: OFFICES AND COMMITTEES

A. President
   1. The president will preside at all general and
      officer's meetings.
   2. The president will determine the agenda for
      both meetings.
   3. The president will be the official spokesperson
      in all situations concerning GLSA.
   4. The president may delegate these and other
      duties to the vice-president and/or committees
      as need be in conformance with the constitutional
      powers of the other offices.
   5. The president will call for committees when
      appropriate and approved by a majority vote
      of members present.
   6. If the president is unable to complete the term
      of office, the vice-president will assume the
      presidency.

B. Vice-President
   1. The VP will preside at any time the president cannot.
   2. The VP will accompany the president to all
      official meetings involving faculty, press, counsel,etc
   3. The VP will oversee all committees and collect
      all reports to be submitted to the president,
      except for the Executive Committee.
   4. If the VP is unable to complete the term of
      office, a special election will be called to

      fill the office for the remainder of the term·

C. Secretary
   1. The secretary will record all minutes of regular
      and officer meetings and submit a record to the
      president.
   2. The secretary will be responsible for all correspondence.
   3. Any published announcements will and must be
      approved by a majority of members present.
   4. If the secretary is unable to complete the term
      of office, the remaining $four$ officers will
      appoint a new secretary , subject to the appro·
D. TReasurer
   1. The treasurer will be responsible for the collection
      of dues from the members.
   2. The treasurer will keep current records and give
      a financial report at each regular meeting.
   3. The treasurer will confer with the president
      regarding all finances of GLSA and implement
      all financial transactions.
   4. In order to avoid the misuse of GLSA funds,
      the president and the vice-president will be
      required to approve all expenditures after their
      presentation by the treasurer.
   5. At least two officer's signatures will be required
      on all checks.
   6. If the treasurer is unable to complete the term
      of office, the remaining four officers will appoint
      a new treasurer.
E. Parliamentarian
   1. This position will be appointed by the Officers.
   2. The parliamentarian will be responsible for
      maintaining order during meetings and will
      determine the order of who is to speak.
   3. May delegate responsibility if he/she cannot
      attend a meeting, only with presidential approval.
   4. If the parliamentarian cannot complete the term
      of office, the remaining officers will delegate
      a new parliamentarian.
F. Executive Committee
   The executive committee includes all officers and
   four to six members at large who volunteer for the
   position and who will attend at least two committee
   meetings per month. If more than six members
   volunteer, a majority vote of members present will
   select at least four members in good standing to
   represent the members at large.
G. Committees can be formed with presidential approval
   and/or majority vote if the need arises.
ARTICLE FOUR: DUES
   A. Dues are $5.00 per quarter or $10.00 per year(3 quarters).
   B. No prorations will be made for those joining the
      group during the term or for those paying dues late.
   C. Persons of limited means may obtain presidential
      approval in order to qualify for a reduced rate
      of $1.00 per quarter.
   D. MEMBERSHIP IS CONTINGENT ON THE PAYMENT OF DUES.
      NO EXCEPTIONS!!!!

0206

ARTICLE FIVE: QUALIFICATIONS FOR MEMBERSHIP
  A. Membership in this organization is limited to those
     persons over the age of majority (18).
  B. Membership in GLSA is open to all persons regardless
     of race, creed, gender, religion, national origin,
     physical challenges, or sexual orientation. Member-
     ship in GLSA is not indicative of any sexual orientation
     but of  personal philosophical convictions.
  C. Persons seeking membership in GLSA should understand
     the philosophy and purpose of GLSA and
     express a basic agreement with those beliefs.
  D. There are two levels of membership In GLSA: Members
     and Associates.
     1. Members
        a. Membership is defined by the payment of dues
           as defined in Article 4 and active parti-
           cipation (attendance of at least two general
           meetings per month) in the group's functions.
        b. ONLY PERSONS MEETING THE MEMBERSHIP REQUIREMENTS
           WILL BE ELIGIBLE TO VOTE.
     2. Associates
        a. Associates are persons who meet one but not
           both membership requirements.
        b. Associates are welcome to participate in any
           general or committee functions of GLSA but
           are not eligible to vote.
        c. Associates are not eligible to hold office or
           to chair committees but may serve on a committee.
ARTICLE SIX: REPRIMAND AND EXPULSION OF A MEMBER OR ASSOCIATE
  A. To endanger the integrity and/or emotional or physical
     well-being of any member or associate or faculty
     member warrants reprimand or expulsion from GLSA,
     subject to a majority vote of members present.
  B. A written notice of this action will be given to
     the person in question two weeks prior to the vote.
     At the time of the notice, the member or associate
     will be advised to bring forth materials and/or
     persons that may assist in defense against the charges.
     This evidence will be reviewed by the members before
     the vote is taken.
  C. A reprimand consists of a written statement which
     includes a description of the offense, and will be
     given in cases of lesser offenses than those which
     warrant expulsion.  Reprimanded members will become
     associates for one calendar year.
  D. Expulsion will be the required punishment for major
     offenses such as:  publication of the members' and
     associates' names, phone numbers, and addresses;
     deliberate slander of any person involved in or with
     GLSA or any faculty member; or any comparable offense.
  E. Reprimands will only be given once, a second offense
     will be subject to expulsion.

F. Any person who has been expelled may petition for
readmittance into GLSA after one calendar year,
subject to a majority vote by all members.

ARTICLE SEVEN: SELECTION OF A FACULTY ADVISOR
A. Any potential advisor will be contacted by the president.
B. A meeting will be set up between the potential
advisor, the president, the vice-president, and
any interested members. A faculty agreeing to become
an advisor to GLSA will then meet with the general
membership. A mojority vote of the members present
will be required to approve the selection of the newe
advisor.
C. bThe faculty advisor will be present at all elections
,and voting procedures for reprimands or expulsions.
D. The advisor will be responsible for parliamentary
proccdure during the elections and confirm the
results of the vote.

ARTICLE EIGHT: ELECTION PROCEDURES
A. Elections will be held at the next to last meeting in may.
Terms of office will be one year beginning at the last mee
in May. This last meeting will be a "formal" meeting
where the offices are turned over to their successors.
B. A list of the members will be published two weeks
prior to the election. Only persons on the voting
list will be eligible to vote.
C. Nominations will be taken one week prior to the elections.
All nominations must be heard and seconded. Nominees
need not be present to be placed on the ballot;
however, they may decline nomination before the vote
is taken. No nominations will be taken the night of the
elections.
D. The advisor will be responsible for parliamentary
procedure during the elections.
E. Candidates will be allowed three minutes to speak
Before the election of their respective office in
order to make any statements concerning intent,
and      and ability for the office.
F. All elections will be conducted by secret ballot
unless changed by a majority vote of members present.
G. Members unable to attend the elections may submit, in
advance, a written, signed ballot to the advisor.
This must include the members student ID number and
turned in, in person.
H. A simple majority vote will be sufficient for the
election of an officer.
I. In the event that a single nominee declines the
nomination on election night a write in vote will
be allowed.

ARTICLE NINE: IMPEACHMENT OF OFFICERS
A. Any officerswho becomes an associate will be immediately
removed from office. The office will be filled
by the provisions stated in Article 3.

0208

B. Any officer who fails to perform the specific duties assigned to the office will be removed from office subject to approval of a two-thirds majority of all members.

C. Any officer who is reprimanded is subject to removal from office by the consenting vote of a two-thirds majority of all members. An officer who is expelled will be removed from office.

ARTICLE TEN: AMENDING THE CONSTITUTION.

A. A request for an amendment to the constitution may be made by any member.

B. The addition of an amendment will be decided by a majority vote of two-thirds of all members.

# OFFICE OF THE ATTORNEY GENERAL



93-00281

JIMMY EVANS
ATTORNEY GENERAL
STATE OF ALABAMA

JUL 2 9 1993

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130
AREA (205) 242-7300

Honorable Frederick P. Whiddon
Office of the President
University of South Alabama
Mobile, AL  36688

>                        Colleges and Universities -
>                        State Funds - Sexual
>                        Misconduct
>
>                        University Student Govern-
>                        ment Association subject to
>                        § 16-1-28, Code.

Dear Dr. Whiddon:

This opinion is issued in response to your request for an opinion from the Attorney General.

## QUESTION

> May the University of South Alabama
> Student Government Association provide
> funding to the Gay, Lesbian and Bi-Sexual
> Alliance without violating § 16-1-28,
> Code of Alabama 1975, concerning the
> provision of funds to any group that
> promotes a lifestyle prohibited by the
> sodomy and sexual misconduct laws?

## FACTS, LAW AND ANALYSIS

On February 19, 1992, the Office of the Attorney General issued an opinion addressed to the Honorable Perry O. Hooper, A.G. No. 92-00212, that concluded:

> "It is our opinion that an organization
> that professes to be comprised of homo-
> sexuals and/or lesbians may not receive
> state funding or use state-supported
> facilities to foster or promote those

0210

> illegal, sexually deviate activities
> defined in the sodomy and sexual
> misconduct laws under §§ 13A-6-63,
> 13A-6-64, and 13A-6-65 of the Code of
> Alabama 1975."

Subsequent to that opinion, the Alabama Legislature
enacted Act No. 92-439 which is codified as § 16-1-28, Code
of Alabama 1975. Subsection (a) of this statute provides:

> "No public funds or public facil-
> ities shall be used by any college or
> university to, directly or indirectly,
> sanction, recognize, or support the
> activities or existence of any organi-
> zation or group that fosters or promotes
> a lifestyle or actions prohibited by the
> sodomy and sexual misconduct laws of
> Sections 13A-6-63 to 13A-6-65, inclusive."

In view of our previous opinion and the legislature's
action, we are constrained to answer your question in the
negative. Student Government Associations are subject to the
provisions of § 16-1-28, Code, supra.

## CONCLUSION

The Student Government Association may not provide funds
to any organization that fosters or promotes a lifestyle or
actions prohibited by §§ 13A-6-63 to 13A-6-65, inclusive,
Code of Alabama 1975.

I hope this sufficiently answers your question. If our
office can be of further assistance, please do not hesitate
to contact us.

Sincerely,

JIMMY EVANS
Attorney General
By:

JAMES R. SOLOMON, JR.
Chief, Opinions Division

JE/PCD/dn
W3.93/OP

0211

GAY LESBIAN BISEXUAL ALLIANCE, )
)
Plaintiff, )
)
vs. )
)
JIMMY EVANS, in his official capacity )
as Attorney General of the State of ) Civil Action
Alabama, FREDERICK P. WHIDDON, in his ) No. 93-T-1178-N
official capacity as President of the )
University of South Alabama, and DALE )
T. ADAMS, in his official capacity as )
Dean of Students of the University of )
South Alabama, )
)
Defendants. )

## DECLARATION OF GEORGE HITE WILSON

George Hite Wilson, pursuant to 28 U.S.C. § 1746, declares
as follows:

1. I have been the president of the Gay Lesbian Bisexual
Alliance at the University of South Alabama (USA) since fall
quarter of 1992. Prior to becoming president, I served as vice
president and as secretary of this student group. I have been a
member of the group since its first full quarter as an official
university organization, the winter quarter of 1992. This
declaration is based upon my personal knowledge and experience.

2. When this student organization was first formed, it was
called the Gay and Lesbian Student Alliance (GLSA). We changed
our name in the winter quarter of 1993 to the Gay Lesbian
Bisexual Alliance (GLBA). I will refer to the group as GLBA
throughout this declaration.

■ 0212

## Background and General Impact of Section 16-1-28

3. As stated in the organization's constitution, the purpose of GLBA "is to provide a foundation for unification for homosexual and nonhomosexual people of the student population, in order to draw support to further our efforts in educating all members of the university community on the fears and dangers of homophobia and to provide a support system for the University of South Alabama's homosexual students."

4. Stated another way, the founding president of GLBA, Terri Elliott, wrote that "[t]he primary goal of GLSA is to further basic human rights and awareness within the university, among the students, and in the community-at-large" in her request for official recognition of the group. In her "Justification for Need" for such a group at USA, Ms. Elliott emphasized that "[t]he organization will serve as an open forum where current political issues can be discussed. Through its activities, fora, and discussions, [the GLBA] will help heighten the awareness of the student body to the needs of its large gay and lesbian population and will work fervently to combat homophobia[.]" During the past two years, we have attempted to serve those functions.

5. Membership in GLBA and participation in its activities are open to all students at USA. GLBA does not discriminate on the basis of sexual orientation or on any other basis. GLBA has heterosexual members, as well as gay, lesbian and bisexual members. At various times throughout its history, GLBA has had a sub-group called "Straight But Not Narrow," a group of

2

heterosexuals who participate in the activities of GLBA to affirm the equality of gay, lesbian and bisexual people.

6. GLBA does play a unique role for gay, lesbian and bisexual students because it is the only campus organization at USA (1) that aims, within the group and more broadly, to make the university environment supportive for gay, lesbian and bisexual students and (2) that focuses primarily on social, political and cultural issues and events of interest to gay, lesbian and bisexual people.

7. I am a gay man. I have personally experienced employment discrimination based upon my sexual orientation. That discrimination led me to return to school and to resume my education at USA in the fall of 1991. The supportive atmosphere that GLBA works to create and the issues about which GLBA aims to increase dialogue at the university are thus very important to me. I have many other interests as well, however, and during the last two years I have also been active in other campus groups and organizations, including serving as a board member of Jaguar Productions and (beginning in the fall of 1993) as a senator in the Student Government Association (SGA).

8. Since I have been president of the GLBA, I have particularly worked to expand the organization's political activities and to ensure that the organization advances AIDS awareness and education on the USA campus. Examples of issues that have been of interest to and discussed by GLBA during the last two years include: the lack of legal protections against

3

0214

discrimination based upon sexual orientation (in Alabama or nationally); the failure of hate crime statutes to punish anti-gay violence; the differential treatment of gay men and lesbians by the United States military; the widely prevalent feelings of homophobia (that is, prejudice toward and fear of homosexuals) among other university students and other residents of Alabama; the lack of knowledge among others in the university community about gay people and our history; the danger of heterosexuals assuming that AIDS is only a gay problem; the failure of many in the university community and beyond to take precautions against the spread of HIV; and discrimination against people with AIDS.

9. GLBA has never had as one of its purposes the goal of bringing about violations of any of the criminal laws of Alabama.

10. Although most of the members of GLBA would likely endorse the position that private, consensual oral or anal sex engaged in by any couple, heterosexual or homosexual, should not be criminalized, GLBA itself has never specifically advocated or lobbied for a repeal of Alabama Criminal Code Section 13A-6-65(3).

11. GLBA typically meets weekly, in one of the university's buildings, with the first part of the meeting dedicated to political and business issues and the second part of the meeting dedicated to our social and support functions.

12. In addition to the group's own weekly meetings, GLBA strives to expand its presence in the larger university community. GLBA members visit classes and participate in forums

4

on behalf of the group to discuss discrimination against gay men and lesbians, homophobia, and AIDS-related issues. Even more importantly, GLBA has wanted to sponsor many of its own forums, to present films every quarter, and to frequently bring in respected outside speakers to highlight gay history, gay political issues, and HIV awareness and prevention for the campus community.

13.  For our organization to serve its purposes, GLBA's visibility as a group of students that believes in equality and fair treatment for gay, lesbian and bisexual people must be apparent to all students, faculty and administrators at USA. GLBA must be able to shape its own programs and convey its own messages, separate and apart from the programs of the school or of other organizations. Our ability, however, to expand GLBA's presence on campus, to sponsor GLBA's own events, and to advance GLBA's political goals within the university community has been severely limited by the new Alabama Education Code Section 16-1-28 and the application of that law to our group. Because of the university's approach to this law (and later the Attorney General's interpretation of it), GLBA has uniquely been unable to use an on-campus bank account, to spend SGA funds, and to operate with equal status among all the student groups at USA (as explained in more detail below).

14.  The enforcement of Section 16-1-28 has interfered with GLBA's ability to attract new members and to maintain existing members. Supposedly to enable the school to comply with that

5

law, GLBA is being treated differently and less favorably than any other student organization by the university administration. This signal from the university, backed up by the state law and the subsequent Attorney General's opinion under it, that our group is somehow uniquely tainted has made gay, lesbian and bisexual students less willing to have a public profile on campus and thus less willing to participate in the activities of GLBA. The university's stance and the law have similarly discouraged heterosexuals from being associated with this disfavored group.

15. The "second-class citizenship" that GLBA has been given by the university, under the purported requirements of Section 16-1-28, is in direct contradiction to the goals and beliefs of the organization. GLBA's very point is that gay, lesbian, and bisexual students and groups affiliated with them should be treated in the same fashion as other students and groups at USA. By forcing GLBA to limit its own programs, refusing to allow the SGA funding of GLBA without a prior request for guidance from the Attorney General, and later initiating a unique, invasive "fact-finding" effort to evaluate GLBA while funding continued to remain unavailable, the university has harmed the group and its goals.

16. Although the enforcement of Section 16-1-28 against GLBA has so far focused on issues surrounding SGA funding and the university's control of public monies, the language of the statute seems to us to apply equally to the use of any campus facilities. We fear that if GLBA continues to be considered a

6

group covered by the restrictions in Section 16-1-28, we will eventually be deprived of our status as a recognized student organization and denied the ability to meet anywhere on USA's campus. Complete enforcement of Section 16-1-28 against GLBA would mean the end of the organization, for it is an organization specifically designed and joined for purposes of addressing the atmosphere and the discussion of various issues on the campus of this university.

## Chronology of Section 16-1-28's Enforcement

17.   In early 1992, GLBA was aware of difficulties that our counterpart at Auburn University was having in obtaining and maintaining official recognition as a student group at Auburn. The Auburn Student Government Association, and many others at Auburn and throughout the state, were voicing their opposition to that school's recognition of the Auburn Gay and Lesbian Association (AGLA). Eventually, the state legislature issued resolutions in support of those opposing AGLA. Auburn University also brought a law suit in federal court concerning its recognition of AGLA. At around the same time, the state legislature began considering the bill that became Section 16-1-28. Everything that GLBA read and heard about this bill, as well as the timing of its consideration by the legislature, indicated that the bill's target was gay-focused student groups such as ours, although the bill itself did not state that as its purpose or make such a purpose apparent.

7

0218

18. In approximately March or April of 1992, Dean Dale
Adams came to one of GLBA's weekly meetings to discuss with us
the situation of gay-oriented student groups on Alabama
university campuses. It was unusual for the Dean to come to one
of our meetings.

19. At that time, GLBA was planning on holding a dance,
open to everyone at USA, to celebrate our first year of
existence. The Dean advised us that GLBA should postpone having
a dance until the controversy about gay-affiliated student groups
had quieted down in the state. He specifically mentioned the
bill that was being considered by the state legislature and
advised that we wait until after the legislature had concluded
its deliberations on that bill. Dean Adams stated that he
believed the bill would not be passed by the legislature.

20. Because GLBA wanted to maintain good relations with the
Dean and the school, and because we had been led to believe that
we would only need to curtail our activities for a very short
time, GLBA did follow Dean Adams's advice and postponed the
dance. Thus, even before Section 16-1-28's passage, that
legislation began to affect our activities.

21. After our first year of existence, the 1991-92 school
year, GLBA decided that it wanted to learn about and obtain SGA
funding to help the group expand its activities. The first step
that we took toward improving our financial situation and
obtaining SGA funding was to request the opening of an on-campus
bank account for GLBA. Having such an account would allow us to

8

0219

maintain GLBA's small treasury (from our membership dues, bake sales, etc.) without paying commercial bank fees and would allow us to fully take advantage of the SGA funding process. In June of 1992, Carol Story, then the president of GLBA, wrote a letter to the university administration requesting such an account.

22. The university took the position that if we placed funds in such an account, those funds would be subject to Section 16-1-28 and could not be spent by GLBA -- at least until the legal questions around that law were clarified. The school effectively denied our request by informing us that, at that time, such an account would be useless or even detrimental to our financial situation, given the school's interpretation of Section 16-1-28 as possibly relating to GLBA. During the summer of 1992, Dean Adams conveyed to GLBA this position with regard to the requested on-campus bank account and informed us that USA was seeking advice to clarify the meaning of Section 16-1-28.

23. In Dean Adams's conversations with me at about this time, it was clear to me that the only recognized student group about which the school was concerned, given the school's new legal restrictions under Section 16-1-28, was GLBA. (From the summer of 1992 until the filing of this law suit, Dean Adams and I have spoken about GLBA's status in light of the new statute on an average of two or three times per quarter.)

24. Despite our setback with respect to the on-campus bank account, GLBA pressed ahead in the fall quarter of 1992, still optimistic that any difficulties related to Section 16-1-28 would

9

⚙ 0220

quickly be over. We worked to plan an array of activities for commemoration of World AIDS Day on December 1, 1992. On November 4, 1992, I submitted a Budget/Appropriation Request form to Brian D'Angelo of the SGA for consideration at an upcoming SGA meeting. This budget request asked for $100 to be appropriated to GLBA to pay for publicity posters for our World AIDS Day events.

25. Before the SGA formally considered GLBA's fall quarter 1992 budget request, I was called to a face-to-face meeting with Michael Mitchell, president of the SGA, and Dean Adams. At that meeting, Dean Adams reiterated that the university did not understand its obligations under the new statute. He stated that funding could not go directly to the GLBA because USA had not received clarification about the law's requirements. He indicated that USA had asked the Attorney General to interpret the law. Instead of the SGA considering GLBA's budget request, Dean Adams directed that funding for the World AIDS Day publicity be funneled through one of the SGA's own committees.

26. Through that process, the SGA Public Relations and Advertising Committee paid for the printing of campus posters for GLBA's World AIDS Day program. On December 1, 1992, we held our planned symposium, including panels on Safer Sex for Women, Safer Sex for Men, HIV/AIDS 101, and a People Living With AIDS panel. The panels on safer sex practices of necessity discussed using condoms during oral and anal sex, whether heterosexual or homosexual, and provided students information about the relative HIV risks associated with different sexual practices. In

10

0221

addition to the educational symposium, GLBA and its supporters
chalked body outlines, along with information about Alabama
residents who had died of AIDS, on campus sidewalks as a powerful
reminder of the impact of this disease.

27. At the beginning of the winter quarter of 1993, GLBA
again presented a Budget/Appropriation Request form to the SGA.
Our extensive plans for that quarter included attending a state
conference of all the gay-affiliated campus student groups,
establishing a gay, lesbian and bisexual resource library of
books and journals, and bringing to USA a guest speaker (which
would cost an estimated $625 in and of itself). The total we
requested from the SGA was $884.

28. Before the SGA meeting during which the senate would
vote on GLBA's request, however, I received a phone call from
Michael Mitchell. He informed me that Dean Adams had directed
the SGA to table the budget request until the request could be
reviewed by the Attorney General. I told Mitchell that I would
like to meet with him about this decision to table GLBA's funding
request and, about an hour later, went to Mitchell's SGA office
with two other GLBA members. The date was January 25, 1993.

29. We met with Mitchell and the SGA treasurer, Joel
McCallister. Mitchell informed us that the GLBA request had been
reviewed by the executive council and approved for funding in the
amount of $651, but that the SGA would have to table that request
as directed by Dean Adams. Dean Adams joined the meeting after
approximately 15 minutes. He explained that the USA attorney,

11

Maxey Roberts, had specifically advised him not to approve any
funding to the GLBA until the Attorney General had issued a
ruling on providing funds to our group.

30. GLBA was left in the position of having extensive plans
for the winter quarter, but being barred from obtaining the
significant SGA funding the group needed to carry out those plans
-- even though the SGA's executive council had approved and would
have recommended to the full SGA senate funding of $651. When
the SGA senate did meet later that night to consider winter
quarter 1993 budget requests, the GLBA request had been removed
from the list under consideration.

31. Within the next couple of days, I received a letter
from Dean Adams that reiterated the university's position that
"we need clarification before we can proceed with funding." Dean
Adams asked me to "submit a complete list of speakers, topics,
and overall purpose for the activities you propose for funding.
This will be submitted for review by the attorney general's
office."

32. In response to Dean Adams's letter, I prepared a more
detailed version of our winter quarter 1993 Budget/Appropriation
Request form. This request, for a total of $698, specified that
the guest speaker we sought to bring to campus was attorney
William Rubenstein, who would provide information on gay, lesbian
and bisexual legal issues. The request also explained the
potential benefits of our planned activities -- including
"improved relations with community and campus," "eliminating

12

■ 0223

barriers which exist from homophobia and fear," and explaining "the law and its interpretation and how it affects the community, homosexual and heterosexual."

33. I checked in with Dean Adams on several occasions during the winter quarter. On each occasion, I was told that the university had received no word from the Attorney General. Thus, GLBA continued to be "in limbo" with regard to SGA funding, its winter quarter 1993 request tabled. We could not proceed with our most important but most expensive planned event for that quarter, attorney Rubenstein's visit to the campus. Subsequent to the forced GLBA cancellation of his planned winter quarter 1993 speech, Mr. Rubenstein has never spoken on the USA campus.

34. By this point, GLBA's frustration with the negative impact of Section 16-1-28 and the university's approach to it was mounting. Each quarter the President of the university holds a luncheon to meet with various students. At the President's Luncheon during either the winter or spring quarter of 1993, I asked President Whiddon why the school was singling GLBA out for purposes of enforcing the new statute and complained about the lack of basis for treating GLBA differently than other campus groups. President Whiddon did not explain why GLBA alone was the target of the university's enforcement efforts, but instead moved on to another topic.

35. GLBA decided in the spring quarter of 1993 to try once again for SGA funding. I submitted a detailed Budget/ Appropriation Request form asking for a total of $720 from the

13

SGA.  For the spring quarter, the centerpiece of our activities
would be a GLBA speaking engagement by John Howard, a graduate
fellow from Emory University, in May.  We also requested funding
for Red Cross trainings in HIV/AIDS instruction.

36.  The SGA initially took the position that it could not
provide us with funding, given Dean Adams's prior directive.  At
the SGA senate meeting on April 19, 1993, however, the senate
voted to fund our speaker's bureau activities (totalling $570).
I was in attendance at that meeting.  Members of the senate
believed that the GLBA should receive funding, notwithstanding
Section 16-1-28, because our planned speaker's bureau programs
(Mr. Howard's appearance and the training of our members in
HIV/AIDS education) were clearly appropriate and beneficial
educational activities.

37.  Dean Adams was also at the meeting.  He informed the
senate that it should do what it had to do, and that he would do
what he had to do.  He stated again that he would have to refuse
to approve the actual payment of funds until the university
received an opinion from the Attorney General.

38.  Dean Adams's statement at the meeting, and the lack of
a response from the Attorney General many months after GLBA was
first told that legal clarification of Section 16-1-28 was
necessary, made it apparent that another quarter might end
without GLBA having access to SGA funding -- even though the SGA
had authorized it -- and that we would likely have to cancel a

14

▇ 0225

second planned speaker. Mr. Howard's planned appearance was only a few weeks away.

39. To avoid losing Mr. Howard's appearance at USA altogether, I proposed to Jaguar Productions that it sponsor a speech by him. By that time in the spring quarter, however, it was too late for Jaguar Productions to fit him into its schedule for that quarter. Plans did begin to form to have him as a Jaguar Productions speaker in some subsequent quarter.

40. In fact, the entire spring quarter elapsed with still no word from the Attorney General's office and still no ability by GLBA to actually spend SGA funds or to use an on-campus bank account. I continued to check in with Dean Adams throughout the quarter, but his position never changed. GLBA was indeed forced to cancel its program with Mr. Howard.

41. To proceed any farther with our plans for a GLBA-sponsored speech and campus visit by Mr. Howard, GLBA would have had to have committed to paying (or actually paid) several hundred dollars for Mr. Howard's expenses and honorarium. GLBA obviously could not proceed to that point because, without SGA funding forthcoming, we had no source for that kind of significant money.

42. At no point during either the winter or spring quarters was there ever a dispute within GLBA as to the speaker we planned for the quarter. At no point did GLBA ever withdraw its requests for SGA funding.

15

43. On June 23, 1993, Dean Adams sent me a short letter confirming that USA was still waiting for "an opinion as to the legality of funding your organization's request."

44. By the summer of 1993, the university's approach had forced GLBA to scale down its plans. We were not having any success planning significant events and actually obtaining the SGA funds that we needed to carry them out. GLBA submitted a much smaller budget request to the SGA that summer, just in case the university were to receive an opinion from the Attorney General and free up GLBA's access to school funding. In response to our summer quarter 1993 budget request for $198.85, the SGA voted on July 26 to reimburse me for $16.31 -- the costs for GLBA's annual President's Award for Excellence certificates. I did eventually receive this $16.31.

45. Despite this exceedingly small payment, the university had not changed its position with regard to GLBA using an on-campus bank account or receiving SGA funding. During the summer of 1993, I again requested the opening of an on-campus account. Dean Adams informed me that the situation was the same; such an account would be of no use to the group, because any funds deposited would become university property and subject to Section 16-1-28. Such funds could not be dispersed to GLBA until the school determined the meaning of that statute and its potential application to our group.

46. At the end of July 1993, the Attorney General issued a written opinion letter about Section 16-1-28, GLBA, and the

16

receipt of SGA funds. Although the letter concluded that GLBA
could not receive SGA funds given the restrictions of the
statute, Dean Adams informed me that the university felt that the
issue was still unresolved.

47. Dean Adams later sent me a memorandum, dated August 26,
1993, that informed GLBA that the university would be "appointing
a fact-finding group" to examine GLBA and that "[b]ased on this
group's finding we will determine your eligibility for funding."
Dean Adams apologized for this further delay and stated that
"[h]opefully we can have our fact finding completed by the
beginning of fall quarter."

48. GLBA did not understand the basis for the Attorney
General's conclusion that our group could not receive public
funding under Section 16-1-28. Nor did we understand the basis
for an intrusive investigation of our activities and the lives of
our members. Dean Adams's memorandum did not discuss any
parameters for such an investigation, but did make clear that
"you and members of the group will be interviewed." GLBA, a
group that includes some members who especially guard their
privacy because of widespread discrimination based upon sexual
orientation, was being singled out for special examination by the
school. This further eroded our status at the university and
further inhibited our ability to even maintain our own
membership, let alone have a strong presence on campus.

49. The fact-finding investigation had not been completed,
nor did it even seem to be yet underway, by the first day of the

17

▓ 0228

fall quarter 1993. That day GLBA filed this suit to challenge Section 16-1-28 and its application to our group. The university has apparently put the investigation of GLBA on hold during this litigation.

50. GLBA has never been told what, if anything, it could do to ensure that Section 16-1-28 did not cover GLBA's activities or its members and therefore bar it from receiving public funds and using public facilities at the university.

51. GLBA and its members believe that they are entitled to the same rights of freedom of speech, freedom of association, and equal protection as everyone else enjoys. GLBA seeks to exist without special handicaps or special scrutiny, and with control over the group's own programs and the group's own expression at USA.

I declare under penalty of perjury that the foregoing is true and correct.

March |\ , 1994

George Hite Wilson

18

0229

GAY LESBIAN BISEXUAL ALLIANCE,        )
                                        )

           Plaintiff,             )

           vs.                      )

JIMMY EVANS, in his official capacity )
as Attorney General of the State of   )   Civil Action
Alabama, FREDERICK P. WHIDDON, in his )   No. 93-T-1178-N
official capacity as President of the )
University of South Alabama, and DALE  )
T. ADAMS, in his official capacity as  )
Dean of Students of the University of  )
South Alabama,                     )
                                         )

           Defendants.           )

## DECLARATION OF MICHAEL MITCHELL

Michael Mitchell, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the president of the Student Government Association (SGA) at the University of South Alabama (USA). I have held this position since 1992. I make this declaration based upon my personal knowledge.

2. During one quarter in my tenure as SGA president, the Gay Lesbian Bisexual Alliance (GLBA) at USA was allocated several hundred dollars in funding by the SGA. The vote in favor of this significant funding occurred in the early part of 1993. The funding was for the purpose of bringing in a speaker from out-of-town to give a GLBA-sponsored speech on the USA campus.

3. After the SGA allocation of funding, I did not discuss whether the speaking engagement would actually go forward as planned with anyone from GLBA.

4. Later in the quarter of the SGA allocation of funding, I recall one conversation with Dean Dale Adams about the planned GLBA speaker, in which I informed him that the SGA had not gotten any further paperwork associated with GLBA's planned event.

5. After the allocation of funding, it did become apparent to me that the GLBA event never took place, because the organization never submitted receipts to the SGA for processing and reimbursement.

6. GLBA never withdrew its request for SGA funding after the funding allocation; rather, the group simply never submitted receipts for reimbursement of the allocated funds.

7. If the GLBA had submitted receipts for reimbursement, the decision as to whether to permit actual payment of the funds -- given the law concerning college facilities and funds that had been passed by the state legislature -- would have been made by Dean Adams and perhaps other university officials.

8. During this school year, the existence of the Attorney General's opinion issued in the late summer of 1993 has made a majority of SGA senators unwilling to allocate money to the GLBA; the senators believe that such an allocation might mean that they personally would be violating the new state law. The Attorney General's opinion and the continuing uncertainty about what the statute means have in effect guaranteed that the GLBA will not be

2

voted any significant funds by the SGA until this law suit
resolves whether the new law should have any impact on our
funding decisions.

I declare under penalty of perjury that the foregoing is
true and correct.

March \_11\_, 1994

Michael Mitchell

3

0232

GAY LESBIAN BISEXUAL ALLIANCE, )
                                            )
                    Plaintiff,              )
                                            )
         vs.                                )
                                            )
JIMMY EVANS, in his official capacity       )
as Attorney General of the State of         )    Civil Action
Alabama, FREDERICK P. WHIDDON, in his       )    No. 93-T-1178-N
official capacity as President of the       )
University of South Alabama, and DALE       )
T. ADAMS, in his official capacity as       )
Dean of Students of the University of       )
South Alabama,                              )
                                            )
                    Defendants.             )

## DECLARATION OF JOHN W. BALES

John W. Bales, pursuant to 28 U.S.C. § 1746, declares as
follows:

1. I am an alumnus of Auburn University in Auburn, Alabama.
I am currently a member of the board of directors of the Auburn
Gay and Lesbian Association (AGLA). I have been a member of AGLA
for over two years. I provide this declaration based upon my
personal knowledge.

2. In late 1991 and early 1992, a controversy erupted on
the Auburn campus when it came time for the Student Government
Association (SGA) to vote on whether AGLA would be granted
permanent status as a recognized organization at the school. In
November 1991, the Auburn SGA voted to deny AGLA its permanent
charter; this decision was eventually overruled by the school
administration in early 1992. The dispute about whether AGLA

should be officially recognized by the school generated extensive press coverage, commentary by all kinds of individuals and groups, and resolutions in the state legislature.

3.   Once the university determined that AGLA should be officially recognized and a law suit filed by the university in early 1992 did not alter that result, however, our organization hoped that its rightful position at the school was firmly established and that it could get on with its functions on campus.   Unfortunately, in the late spring of 1992, the state legislature passed a new statute that again clouded our position on campus.   This statute pertaining to the use of facilities and funds on university campuses, Alabama Code § 16-1-28, has interfered with our ability to succeed and to grow as a campus organization.

4.   This new statute, as documented by press coverage and the common general view as to its purpose, is seen as a measure that arose out of the prior controversy at Auburn and as a law that specifically targeted gay and lesbian campus groups.

5.   Because we, as members of AGLA, fear that the new statute may be enforced against us, we have been very conservative in our on-campus activities in the hopes of at least continuing to exist as a recognized organization.   We have decided, for example, that we will not apply for school funding until it becomes absolutely clear that such funding is consistent with state legal requirements.   We are eligible to apply for such funding under Auburn SGA rules.

2

0234

6. This decision to forego school funding, a decision we feel the statute has forced us to make, has limited our activities and caused us to postpone communication and advocacy projects that otherwise would have taken place. For example, AGLA considered printing up a resource list of books and other materials that are available in the Auburn school library on homosexuality, homophobia, and other topics we believe to be very important. We would then distribute this resource pamphlet to students outside the group. We determined, however, that without school funding we could not proceed with this project.

7. Because of this new statute, we must carefully review all of our ideas for projects and programs to ensure that they will not jeopardize our relationship with university officials or the state and cause the new state law to be invoked against us. This review of what we should or should not do is complicated by the fact that no one really understands the precise conduct or speech that would violate the funds and facilities statute. Even though the law has not yet been enforced against us, it is having a negative effect on our organization and its mission.

8. AGLA is a chartered campus organization that provides support for lesbian and gay students and that educates the entire university community about discrimination, diversity and other

3

critical issues. We hope that this new law will be removed as an obstacle to our activities on Auburn's campus.

I declare under penalty of perjury that the foregoing is true and correct.

March 9 , 1994

John Bales

4

0236

GAY LESBIAN BISEXUAL ALLIANCE,              )
                                            )
              Plaintiff,                    )
                                            )
        vs.                                 )
                                            )
JIMMY EVANS, in his official capacity       )
as Attorney General of the State of         )    Civil Action
Alabama, FREDERICK P. WHIDDON, in his       )    No. 93-T-1178-N
official capacity as President of the       )
University of South Alabama, and DALE       )
T. ADAMS, in his official capacity as       )
Dean of Students of the University of       )
South Alabama,                              )
                                            )
              Defendants.                   )

## PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION
## OF FACT TO DEFENDANTS WHIDDON AND ADAMS

Plaintiff hereby requests, pursuant to Rules 26 and 36 of

the Federal Rules of Civil Procedure, that Defendants Frederick

P. Whiddon and Dale T. Adams admit, for the purposes of the

pending action only, the truth of each and every one of the

following numbered paragraphs. If Defendants cannot admit all of

the information set forth in a given paragraph or must qualify

their admission, Defendants shall specify so much of the

paragraph as is true and shall deny or qualify the remainder.

### REQUESTS FOR ADMISSION OF FACT

1. The University of South Alabama ("USA"), in order to

attempt to comply with its obligations under Section 16-1-28 of

the Alabama Education Code, has determined that it will undertake

a fact-finding inquiry regarding the members and activities of

the Gay Lesbian Bisexual Alliance ("GLBA") at USA.

2.   USA has not informed any other student organization at the university, aside from GLBA, that the university will undertake a fact-finding inquiry regarding such other organization in connection with Section 16-1-28.

3.   USA has not decided to undertake a fact-finding inquiry regarding any other student organization at the university, aside from GLBA, in connection with Section 16-1-28.

4.   In order to attempt to comply with its obligations under Section 16-1-28, USA instructed its Student Government Association ("SGA") at some point during the 1992-93 school year to "table" or delay allocating any SGA funds to GLBA until the university could assess the situation further.

5.   At some point during 1992, USA informed GLBA that if it used an on-campus bank account, all of its funds in that account could be confiscated as a result of Section 16-1-28.

6.   USA has not informed any other student organization, aside from GLBA, that Section 16-1-28 raises any issue with regard to such other organization's on-campus bank account.

2

0238

7. USA does not clearly understand its obligations under Section 16-1-28.

Dated: November 12, 1993

_Fern Singer_
Fern Singer
Watterson and Singer
Post Office Box 530412
Birmingham, Alabama 35253
(205) 871-3980
As Cooperating Attorney
for the ACLU of Alabama

_Ruth E. Harlow_
Ruth E. Harlow
William B. Rubenstein
American Civil Liberties
Union Foundation
132 West 43rd Street
New York, New York 10036
(212) 944-9800, Ext. 545

ATTORNEYS FOR PLAINTIFFS

3

0239

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

**GAY LESBIAN BISEXUAL ALLIANCE,** §
§
   **Plaintiff,**     §
**v.**           §  **Civil Action No. CV-93-T-1178-N**
§
**JIMMY EVANS, in his official**  §
**capacity as Attorney General**  §
**of the State of Alabama;**   §
**FREDERICK P. WHIDDON, in his**  §
**official capacity as President**§
**of the University of South**   §
**Alabama; and DALE T. ADAMS,**  §
**in his official capacity as**  §
**Dean of Students of the**    §
**University of South Alabama,**  §
§
   **Defendants.**     §

### RESPONSES TO FIRST SET OF REQUESTS FOR ADMISSION

  NOW COME the Defendants FREDERICK P. WHIDDON and DALE T. ADAMS, by and through undersigned counsel, and state the following as their responses to the Plaintiff's first set of requests for admission in the above-entitled and numbered cause:

  1. These Defendants deny request (1) as framed. University of South Alabama does admit that, after receiving the Attorney General's opinion dated July 29, 1993, it appointed a fact-finding body to determine whether the Gay Lesbian Bisexual Alliance is an organization which fosters or promotes a lifestyle or actions prohibited by §§13A-6-63 to 13A-6-69, inclusive, <u>Code 1975</u>. That body, however, has not issued any findings or conclusions.

  2. These Defendants admit the substance of request (2).

  3. These Defendants admit the substance of request (3).

4. These Defendants deny request (4).

5. These Defendants deny request (5).

6. These Defendants admit request (6).

7. These Defendants deny request (7).

This the ___16th___ day of December, 1993.

_____

J. Fairley McDonald, III
George W. Walker, III

COPELAND, FRANCO, SCREWS & GILL, P.A.
Post Office Box 347
Montgomery, Alabama 36101-0347
(205) 834-1180

Counsel for Defendants FREDERICK P.
WHIDDON and DALE T. ADAMS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the ___16th___ day of December, 1993, I have served a copy of the foregoing Responses upon the following counsel of record by United States Mail, postage prepaid and properly addressed:

Fern Singer, Esq.
WATTERSON AND SINGER
Post Office Box 530412
Birmingham, Alabama 35253

Ruth E. Harlow, Esq.
William B. Rubenstein, Esq.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
132 West 43rd Street
New York, New York 10036

Howard A. Mandell, Esq.
Post Office Box 4248
Montgomery, Alabama 36103

_____
Of Counsel

- 2 -

0241

| | | |
|---|---|---|
| GAY LESBIAN BISEXUAL ALLIANCE, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. |
| | * | 93-T-1178-N |
| JIMMY EVANS, in his official | * | |
| capacity as Attorney General | * | |
| of the State of Alabama, | * | |
| FREDERICK P. WHIDDON, in his | * | |
| official capacity as President | * | |
| of the University of South | * | |
| Alabama, and DALE ADAMS, in his | * | |
| official capacity as Dean of | * | |
| Students of the University of | * | |
| South Alabama, | * | |
| Defendants. | * | |

## DEFENDANT ADAMS' RESPONSE
## TO PLAINTIFFS' FIRST SET OF INTERROGATORIES
## TO DEFENDANTS WHIDDON AND ADAMS

COMES NOW Defendant Dale Adams, and would respond to the Plaintiffs' First Set of Interrogatories to Defendants Whiddon and Adams, as follows:

By and through counsel for Defendant Adams, a general objection to the term "Defendants" is raised, because it calls for knowledge beyond that of the Defendant when it includes "any of the employees, agents, or representatives of the University of South Alabama", in that it is not possible to have knowledge of all of the actions, statements, communications, by any and all employees, agents or representatives of the University of South Alabama. Responses to the interrogatories are predicated upon the knowledge that the Defendant Adams has as of this time.

1. State whether Defendants communicated in any way with any member of the Alabama state legislature or any of its committees or offices regarding the legislature's consideration of the

0242

bill that became Section 16-1-28 of the Alabama Education Code. If so, describe each such communication.

> To my knowledge, no Defendant communicated with any member of the Alabama State Legislature or any of its committees or offices regarding the legislature's consideration of a bill that became Section 16-1-28 of the Alabama Education Code, except that I was requested by the University's Office of Government Relations to review the proposed bill. Further, Representative Ken Kvalheim, a member of the University's Board of Trustees, discussed with me the proposed bill generally, and advised that he did not believe it would pass. In my discussion with Rep. Ken Kvalheim, I advised him that I had concerns about the effect such legislation would have on the University of South Alabama and the Gay Lesbian Bisexual Alliance, a student organization registered at the University of South Alabama. He advised me again that he did not believe that the legislation would pass.

2.     State whether Defendants in early 1992 made any written or oral statements to the press or to USA students, faculty, trustees or alumni about the Alabama state legislature's consideration of the bill that became Section 16-1-28 of the Alabama Education Code. If so, describe each such statement.

> Not to my knowledge, except that I may have mentioned the bill to the President of the Student Government Association, advising him of a general overview of the proposed legislation. Also, I may possibly have spoken with officer(s) of the GLBA about it and possibly with officials of Auburn University. I have no documents on which to base a time or date or nature of discussion.

3.     State whether Defendants at any time from May 14, 1992, to the present have made any written or oral statements to the press or to USA students, faculty, trustees or alumni about Section 16-1-28 of the Alabama Education Code. If so, describe each such statement.

> The only statements made to USA students since May 14, 1992 to the present, were when the Gay Lesbian Bisexual Alliance representatives would ask me about the status of funding and the effect of Section 16-1-28 of the Alabama Education Code, to which I responded that

- 2 -

0243

the University would have to seek an Attorney General's opinion with regard to that matter, which the University did, in February, 1993, with an Attorney General's opinion received on or about July 29, 1993. In addition, on a quarterly basis, there are luncheons with student leaders on campus, including a representative of the Gay Lesbian Bisexual Alliance. Such representatives from time to time would raise the question of funding, and the reason for an Attorney General's opinion. Such questions were responded to generally, as it was the opinion of the University attorney, Ms. Maxey Roberts, that it would be necessary to seek an Attorney General's opinion with regard to funding, due to Section 16-1-28, Code of Alabama, 1975.

Specifically, it had been determined that the provision of University space and facilities for which there was no specific charge would be appropriate under the guidelines for registration of University organizations. However, there was a concern with regard to whether there could be funding by the Student Government Association. The Student Government Association receives its funding from a portion of the Student Activity Fee, which is collected by the University of South Alabama on a quarterly basis as a part of the overall registration of students. Such funding is allocated to student organizations, as well as to SGA projects and services. The SGA holds regular quarterly budget meetings, at which the SGA considers requests for funding. Funding is not automatic, and there is no entitlement to funding by an organization. The activities that are to be funded or subsidized must benefit the University and the students in a timely and direct manner. Organizations seeking such funding must be able to show that a substantial effort has been made to fund a project by the organization, itself. No individual organization can receive more than $1500 in one SGA fiscal year. Funding is often much less than $1500 per student organization, and many student organizations that are registered by the University never receive funding, either because they do not request such funding or that they do not meet the allocation rules that are set forth by the SGA Code of Laws, a copy of which is attached as Attachment 1.

In addition to the above and foregoing, I was asked by a reporter from the Mobile Press Register to comment upon the GLBA. I made general comments upon their activities and that they were a registered organization on campus and that they were provided the use of

- 3 -

0244

University facilities, as are other student organizations registered on campus. I no longer have a copy of the subject article.

4. State whether Defendants at any time from January 1, 1992 to the present have made any written or oral statements to the press or to USA students, faculty, trustees or alumni about the presence or activities of gay-identified student groups at USA or other schools. If so, describe each such statement.

No, except as set forth in the response to interrogatory No. 3.

5. State when and how each Defendant became aware of the specific requirements of Section 16-21-28 of the Alabama Education Code after that provision had been enacted.

Upon passage of Section 16-1-28, the subject Code section was forwarded to the University of South Alabama. The newspaper carried a story of such. The Office of Governmental Relations at the University provided me with a copy of same.

6. Describe the date, all participants, and a summary of the discussion for each and every meeting in which Defendants have participated that discussed or related to USA's compliance with Section 16-1-28.

There are no records on which I can recapitulate dates, discussions or participants in meetings, etc., in which Defendants may have participated with regard to USA's compliance with Section 16-1-28. Generally the discussions from time to time would be if the Gay Lesbian Bisexual Alliance requested funding, that it would be necessary to obtain an Attorney General's opinion. In the Fall of 1992, it was believed that the Gay Lesbian Bisexual Alliance stated that it did not intend to request funding, and because of that, there was not a request for an attorney general's opinion earlier in time. I recall having a couple of discussions with the University's attorney and with Dr. Whiddon. I also talked with Mr. Michael Mitchell, President of the Student Government Association with regard to the issue of funding the GLBA. I had advised Mr. Mitchell that the University did provide facilities for the GLBA to meet or to have functions; however, if the GLBA specifically asked for funding from the SGA, which was part of the student activity fee collected by the

- 4 -

University, that because of Section 16-1-28, there was a question as to whether or not such allocation could be in fact made to the GLBA. The concern was that the language of the statute appeared to imply that any state funding could not be used by the University, the SGA to fund or support an organization which may violate Section 16-1-28. I advised him at that time that the University would need to seek an Attorney General's opinion in the event the GLBA requested funding.

After the SGA funded the GLBA request in the Winter or Spring Quarter of 1993, I did not receive any transmittal regarding the funding, in accordance with the SGA Code of Laws relating to rules for allocation for SGA funding, a copy of which was previously submitted as a part of my response to interrogatory No. 3. I asked Michael Mitchell what had happened, and he stated that the members of the GLBA had had a controversy over the type of speaker who would be brought. The GLBA had withdrawn the request to fund the speaker. I have no other knowledge of the nature of the controversy and I did not inquire.

However, the GLBA was approached by me and Jaguar Productions to advise the GLBA that if it wanted a speaker on a particular topic related to AIDS, or any program of an educational nature. The Jaguar Productions would be glad to fund such speaker as a general interest speaker for the entire University community. In fact, that is what occurred in the Winter quarter of 1993.

Further, recently, in the Fall, 1993, at an SGA meeting, the status of the lawsuit was reviewed and discussed. Generally what was mentioned was that a lawsuit had been brought against the University and University officials, which related to whether or not the GLBA should be prohibited from being funded by the SGA, and that the nature of the law, Section 16-1-28, was as interpreted by the Attorney General, and was our only guide. All actions were frozen until this issue was resolved.

7. Describe the date, the parties, and a summary of the discussion for each and every phone or face-to-face conversation in which Defendants have participated that discussed or related to USA's compliance with Section 16-1-28.

In addition to the response to interrogatory No. 6 above, during the period from June through August, 1993, I discussed the general issue of Section 16-1-28, but not the University's

- 5 -                                                                     ▒ 0246

compliance, with various Student Affairs officers at the state public higher education institutions in Alabama with regard to what actions those institutions were carrying out.

Generally what I learned from the other institutions, which included the University of Alabama in Birmingham, the University of Alabama in Huntsville, and the University of Alabama in Tuscaloosa, was that they were either ignoring the law as it might apply to them, or that they had been advised by their university counsel that the law was so vague or had such questions with regard to constitutionality that the position of the institution would be that they would proceed with providing funding under the usual mechanisms for student organizations at their particular campuses. However, the extent to which those organizations were actually funded out of state dollars or student activity fees, versus merely being provided a place to meet and facilities in which to have functions, was not discussed by me with the student affairs officers.

I talked with Pat Barnes at Auburn, and I talked with Kathleen Randall at the University of Alabama at Tuscaloosa, and Mr. Gauld, and with Jeannie Fischer at the University of Alabama at Huntsville, and asked them how they were handling the situation. University of Alabama in Birmingham advised that they were not complying, based on advise of the system attorney. Ms. Randall, University of Alabama, Tuscaloosa, had talked with the administration, and administration was in favor of registering the organization, which of course the University of South Alabama had already done, and funding the organization, and they decided to take any adverse publicity from the shoulders of the administration, in the event that anyone raised a question related to that.

8. Describe the date, all participants, and a summary of the discussion for each and every meeting in which Defendants have participated that discussed or related to the Gay Lesbian Bisexual Alliance ("GLBA") at USA.

Please refer to response to interrogatories No. 6 and No. 7 above. Also from time to time the GLBA would be discussed at the Student Services staff meetings. Specifically, discussions would center about whether or not the organization had requested funding, which the GLBA did not request with the SGA, except on one specific occasion, which was

- 6 -

0247

withdrawn, and further, the necessity of going forward with an Attorney General's opinion in the event that request was made. A copy of the applicable Student Services staff meetings is attached as Attachment 2.

In the Spring Quarter, 1993, I met with officers of the GLBA and the faculty advisor with regard to plans for the Spring dance and social event. A concern that we had was that there could be an effort to break up the event or for problems to ensue, because part of the entertainment was presented by female impersonators. It was open to all students on campus. However, there was a concern for security. I met with the officers of the organization about security, and that was thoroughly discussed to assure that there would be no problem a the social event or dance.

9. Describe the date, the parties, and a summary of the discussion for each and every phone or face-to-face conversation in which Defendants have participated that discussed or related to the GLBA at USA.

Please refer to response to interrogatories 6, 7, and 8 above. From time to time, I would have general discussions with the GLBA president to determine what activities the GLBA was involved in. This is not unusual, and I do this with many student organizations. I further wanted to stay in touch with him to see if they were going to ask for any funding. He was clearly advised, and had been advised from the beginning, that the University would certainly provide facilities and space for meetings and social activities, but that for specific funding of specific projects, we would have to seek an Attorney General's opinion. I had also advised him that if that request was outstanding for a period of time, we certainly wanted to work with the GLBA, so that if it wanted a speaker on campus or if the GLBA needed some support of some other type, we would work with the membership, so that they would not be prevented from having a speaker because we were awaiting a decision with regard to whether or not we could fund the GLBA. I wanted the GLBA president to be aware that if he had any questions or concerns or felt that there were any problems on campus for the GLBA or the members of the GLBa, because of their involvement with the GLBA, that I was there to assist him and the members of the GLBa in whatever way possible.

- 7 -

🖼 0248

10. Describe the date, all the participants, and a summary of the discussion for each and every meeting in which Defendants have discussed Section 16-1-28 or its enforcement with any other state employees or officials, including but not limited to the Attorney General of Alabama.

Please refer to response to interrogatory No. 7. In addition, the only communication of which I am otherwise aware is a specific request from Dr. Whiddon as president of the University of South Alabama to the Attorney General for an opinion with regard to Section 16-1-28, and its enforcement.

11. Describe the date, the parties, and a summary of the discussion for each and every phone or face-to-face conversation in which Defendants have discussed Section 16-1-28 or its enforcement with any other state employees or officials, including but not limited to the Attorney General of Alabama.

Please see response to No. 7 and No. 10 above.

12. State whether Defendants believe that GLBA "fosters or promotes a lifestyle or actions prohibited by the sodomy and sexual misconduct laws of Sections 13A-6-63 to 13A-6-65, inclusive." If Defendants answer in the affirmative, state:

a) Which section(s) of those provisions of the Alabama criminal law are implicated by GLBA's activities;

b) how Defendants believe that GLBA "fosters or promotes a lifestyle or actions" that are prohibited by the section(s) listed in response to subsection (a).

The request for an Attorney General's opinion dated July 29, 1993, was specifically to determine the definition under Section 16-21-28, as to what organizations would "foster or promote a lifestyle or actions prohibited by the sodomy and sexual misconduct laws of Sections 13A-6-63 to 13A-6-65, inclusive."

I was not certain as to what organizations would be deemed to "foster or promote a lifestyle or actions prohibited by the sodomy and sexual misconduct laws of Sections 13A-6-63 to

- 8 -

0249

13A-6-65, inclusive" , as that language is used in Section 16-21-28, Code of Alabama, 1975. The University administration was not certain as to that utilization of the terminology, either. Therefore, an Attorney General's opinion was requested, advising as to that. When the Attorney General's opinion responding to this request did not provide clarification, the defendants felt it appropriate to appoint a fact finding body to undertake an inquiry as to whether or not the GLBA fell within the statute. Prior to the commencement of any work on the part of the committee, the litigation was filed, so the inquiry could never to undertaken. Based on the description of the GLBA's purposes in its charter, and my understanding of the GLBA's activities, and my understanding of the words "foster or promote" as they are generally use, I do not personally believe that the GLBA comes under the statue.

13. With respect to Defendants' denial of the allegations in paragraph 14 of plaintiff's complaint, state:

a) all facts and circumstances that Defendants contend support Defendants' denial of the allegations in that paragraph; and

b) identify all documents that support Defendants' factual contentions in response to subsection (a) above.

I did not have adequate information on which to admit this allegation.

14. With respect to Defendants' denial of the allegations in paragraph 30 of plaintiff's complaint, state:

a) all facts and circumstances that you contend support your denial of the allegations in that paragraph;

The University took no action to prevent the student group from registering and from providing information and education to others in the University community. The GLBA has been, since its initial request, a registered organization. During that year, the University of South Alabama did not interfere with the GLBA's ability to function as a registered student organization or with its constitutional rights. Throughout the year, I advised the GLBA that

- 9 -

if the GLBA requested funding, the University would need to request an Attorney General's opinion because of the Public Funds and Facilities Statute. However, my office also worked with the GLBA to advise it of assistance with regard to speakers that the organization desired without separate and specific funding. Support of the GLBA included allowing utilization of University facilities, including a ballroom for a dance sponsored by the GLBA in the Winter or Spring quarter of 1993, provision for allowing a reimbursement to the president of the GLBA for monies that had been expended on various functions by the GLBA, which funding was provided through the SGA, and advice to the GLBA that money placed in a University account might be prohibited from certain uses. The latter is not an unusual situation, and some student organizations do not have internal accounting for such reason. As noted in the attached statement with regard to opening bank accounts, it is not unusual for student organizations not to have an account within the institution. The University does offer some banking services through the business office to registered student organizations, usually. However, as I noted to the GLBA, if the University held GLBA funds and then it was determined that the University could not fund the GLBA, there might be a question as to how those funds could be utilized. To prevent that, I suggested that it might be well for the GLBA to open an outside bank account. This is not an unusual measure for student organizations, as can be seen in the section for student organizations on opening bank accounts that many organizations do in fact have bank accounts outside the institution, and that some suggestions as to what needs to be considered in opening such are made within the guidelines.

It should further be noted that SGA was asked to fund a speaker, and the SGA appropriated the funds. That request was not denied. The GLBA subsequently withdrew the request because there was a controversy over the choice of speaker within the organization. My office, through Jaguar Productions, an internal part of the University, sponsored a speaker that was on the subject matter the GLBA had originally decided. The speaker was a professor from Emory University, Dr. Howard, who spoke on the history of Gays in the South. He also held an afternoon seminar open to all students. The content of his speech at night, which I attended, was to give an overview of the civil rights struggle for gays and lesbians in the South. He cited historical events, as well as giving reasons for the difficulty for gays in the South.

- 10 -

0251

Also, please see response to interrogatory No. 6.

b) identify all documents that support Defendants' factual contentions in response to subsections (a) above; and

None

c) provide the name, address, and telephone number for all persons who Defendants believe have knowledge of any of Defendants' faculty contentions in response to subsection (a), above.

Dr. Dale Adams, USA, UC 111, Mobile, AL 36688, 460-6171;
Ms. Paula Smith, Jaguar Productions, USA, UC 108, Mobile, AL 36688, 460-7144;
Mr. Michael Mitchell, SGA president, USA UC 280, Mobile AL 36688, 460-7191;
SGA Senate, USA UC 280, Mobile AL 36688, 460-7191;
Mr. George Hite Wilson, USA, UC 280, Mobile AL 36688, 460-7172.

15.     With respect to Defendant's denial of the allegations in paragraph 31 of plaintiff's complaint, state:

  a) all facts and circumstances that Defendants contend support Defendants' denial of the allegations in that paragraph;

As set forth in response to interrogatory No. 14, the GLBA was not singled out as being denied a University bank account. I advised the GLBA that if the GLBA placed monies, whether its own fees or dues, into a University account that the University controlled or held, the University might be in a position to deny the organization's ability to expend those funds through a requisitioning process, because of the Public Funds and Facilities Statute. Other student groups are also advised that if expenses do not meet requirements of state law, as certain entertainment expenses would not, they would not be able to utilize funding that was through a University account, and required the requisitioning process through the University accounting system.

As noted in responses to interrogatory No. 6 and No. 14, funding, as well as payment of items through funding, must meet SGA funding rules set forth in the attached, as well as the

- 11 -

University rules with regard to what maybe funded and what cannot be funded. For example, the University cannot write a check for or allow funding for reimbursement of alcoholic beverages. Also, there would be limitations as to reimbursement for travel, lodging and registration fees, by the University, as well as under Chapter 701 of the SGA Code of Laws, a copy of which is attached.

Further, if it would appear that the funding does not benefit the University and students in a direct manner, for example, if an organization wanted to donate generally to a particular outside interest, then funding could not be directed through the internal mechanism of the University, and could not be reimbursed or made through SGA funding, as set forth in the guidelines for allocating funding for and student organization. For example, a student organization may feel that it is appropriate to give to a not-for-profit entity that has a particular mission or scope, even though it may be an excellent not-for-profit entity, or may have an excellent end result, generally for the public, it would be difficult to fund that through SGA funding or through a University account. For such reason, I advised the GLBA that there were limitations on University accounts, and they needed to be aware of those.

b)  identify all documents that support Defendants' factual contentions in response to subsection (a) above;

None.

c)  provide the name, address and telephone number for all persons who Defendants believe have knowledge of any of Defendants' factual contentions in response to subsection (a) above.

Myself; Mr. Bob Broach, Associate Controller, USA AD 380, Mobile AL 36688, 460-6244.

16.    With respect to Defendants' denial of the allegations in paragraph 32 of plaintiff's complaint, state:

0253

a) all facts and circumstances that Defendants contend support Defendants' denial of the allegations in that paragraph;

The GLBA was never barred from receiving funding. The SGA appropriated $600 of funds on the only occasion the GLBA requested funding under the allocation rules of the SGA, following the format that the SGA required. That request was for a speaker in the Winter quarter, 1993. Within the GLBA organization, there was disagreement as to which speaker would be selected, and the GLBA withdrew the request for funding before funding was made and before the recommendation for funding and the sign-off for funding that is required for all organizations was directed to the Dean of Student Services. Therefore, there was never a rejection of the funding by the Dean of Student Services or by the University, but it was withdrawn before the University could proceed through the allocation channels that is necessary. Any funding that is made pursuant to the SGA Code of Laws under chapter 700, Allocation Rules, and chapters 701 through 703, must receive the subsequent approval or sign-off process through the University at the Dean of Student Services level. That never occurred in this instance because before that requisitioning process for funding reached the Dean of Student Services office, the GLBa withdrew the request.

Jaguar Productions, which is an internal part of the University, working with students and presenting speakers and programs of interest, obtained a speaker with an emphasis on the subject matter that had originally been contemplated by the GLBA. John Howard, History of Gay and Lesbian America, October 11, 1993, and Dr. Dan McGee, Homosexuality -- Morals Dimensions of the Current Debate, November 15, 1993. The arrangements for Dr. Howard's appearance on campus had been made prior to the lawsuit being filed.

b) identify all documents that support Defendants' factual contentions in response to subsection (a) above;

None.

0254

c) provide the name, address, and telephone number for all persons who Defendants believe have knowledge of any of Defendants' factual contentions in response to subsection (a) above.

Dr. Dale Adams, Dean of Student Services, USA, UC 111, Mobile, AL 36688, 460-6171; Mr. Michael Mitchell, SGA president, USA UC 280, Mobile AL 36688, 460-7191; Mr. George Hite Wilson, USA, UC 280, Mobile AL 36688, 460-7172.

17. With respect to Defendants' denial of the allegations in paragraph 35 of the plaintiffs' complaint, state:

a) all facts and circumstances that Defendants contend support Defendants; denial of the allegations in that paragraph;

In the Summer quarter of 1993, and not the Summer quarter of 1992, I advised the GLBA that there could be limitations on their own funds if they placed those funds in a University account, and that I would not recommend at this time, given the uncertainty of the law and the lack of an Attorney General's opinion on how it affected funding of the GLBA, that they not open a University account. However, at no time did I tell them that they were prohibited from opening a University account through the Business Office, pursuant to the Section on opening bank accounts found in the attachment that has previously been noted. Rather, as noted above, I advised them that if they did that, the University might be in a position to not be able to allow them access to those funds, because they might be deemed to be in violation of state law, and further, that there were other restrictions on expenditures from those accounts. The University accounts, even if they are student organization accounts, must meet all state laws, with regard to what expenses can be made from state funds, and therefore, if the organizations had expenditures outside of those that could be paid from State funds, those could not be approved.

b) identify all documents that support Defendants; factual contentions in response to subsection (a) above;

None.

- 14 -                                                              ▉ 0255

c) provide the name, address, and telephone number for all persons who Defendants believe have knowledge of any of Defendants factual contentions in response to subsection (a) above.

Dr. Dale Adams, Dean of Student Services, USA, UC 111, Mobile, AL 36688, 460-6171;
Mr. Michael Mitchell, SGA president, USA UC 280, Mobile AL 36688, 460-7191;
Mr. Bob Broach, Associate Controller, USA AD 380, Mobile AL 36688, 460-6244.
Mr. George Hite Wilson, USA, UC 280, Mobile AL 36688, 460-7172.

18.     With respect to Defendants' denial of the allegations in paragraph 36 of plaintiff's complaint, state:

a) all facts and circumstances that Defendants contend support Defendants' denial of the allegations in that paragraph;

As noted above, there was never a refusal of SGA funds to go directly to the GLBA. When I advised the GLBA that if it was funded, we would need to obtain an Attorney General's opinion with regard to the ability to fund the GLBA, because of the statute, the GLBA took other mechanisms. They were never refused SGA funding.

First of all, in the Fall quarter of 1992, defendants never refused to allow SGA funds to directly to GLBA. The GLBA never requested funds in the Fall quarter, 1992. At all times, the GLBA was advised that if it requested funding, there would need to be a request for an opinion from the Attorney General's office. There was a request made by the University administration, and specifically the defendants, that the GLBA work with the University so that the GLBA could process its own needs and at the same time allow the University to seek an appropriate opinion and to work through the process of that. The president of the GLBA did request reimbursement for some small expenses, and the SGA refunded that individual for some expenses in association with some program or project of the GLBA that was not stopped in any way and the GLBA president was reimbursed for those expenses. Subsequently, the GLBA's one request for funding, as noted in response to these interrogatories, was for a speaker and before the requisitioning process that would have carried out the SGA approval for such funding reached the Dean of Students Services office for sign-off of the requisitioning process, the GLBA had withdrawn the request for the funding, because of an internal disagreement within the GLBa as to what speaker would be asked.

- 15 -

█ 0256

b) identify all documents that support Defendants; factual contentions in response to subsection (a) above; and

None.

c) provide the name, address, and telephone number for all persons who Defendants believe have knowledge of any of Defendants' factual contentions in response to subsection (a) above.

Dr. Dale Adams, Dean of Student Services, USA, UC 111, Mobile, AL 36688, 460-6171;
Mr. Michael Mitchell, SGA president, USA UC 280, Mobile AL 36688, 460-7191;
Mr. George Hite Wilson, USA, UC 280, Mobile AL 36688, 460-7172.

19. With respect to Defendants' denial of the allegations in the second sentence of paragraph 37 of plaintiffs; complaint, state:

a) all facts and circumstances that Defendants contend support Defendants' denial of the allegations in that paragraph;

First of all, to respond to this, the complaint must be deemed to refer to the Winter and Spring quarters of 1993. I never, and to my knowledge Defendant Whiddon never, directed the SGA to table the GLBA's budget request at any time. I consistently advised the GLBA that if it wanted specific funding, we would need to seek an Attorney General's opinion with regard to the applicability of the Public Funds and Facilities Statute. However, during the Winter quarter, 1993, the GLBA asked for funding from the SGA. The SGA allocated funding for a speaker for the GLBA. Before the requisitioning process for final approval of that allocation for funding came to me, as Dean of Student Services, the GLBA withdrew its request for a speaker, because as I understood the matter, the members of the GLBA disagreed as to the speaker to be brought. Therefore, there has never been a denial of funding for the GLBA by me or by Dr. Whiddon. I have never, and to my knowledge Dr. Whiddon has never directed the SGA to table GLBA budget requests.

- 16 -

b) identify all documents that support Defendants; factual contentions in response to subsection (a) above;

Minutes of SGA meetings.

c) provide the name, address, and telephone number for all persons who Defendants believe have knowledge of any of Defendants' factual contentions in response to subsection (a) above.

Dr. Frederick P. Whiddon, President, USA, AD 130, Mobile AL 36688, 460-6111.
Dr. Dale Adams, Dean of Student Services, USA, UC 111, Mobile, AL 36688, 460-6171;

20. With respect to Defendants' denial of the allegations in paragraph 38 of plaintiff's complaint, state:

a) all facts and circumstances that Defendants contend support Defendants denial of the allegations in that paragraph;

b) identify all documents that support Defendants' factual contentions in response to subsection (a) above,

c) provide the name, address, and telephone number for all persons who Defendants believe have knowledge of any of Defendants factual contentions in response to subsection (a) above.

Please see response to interrogatory No. 16.

21. With respect to Defendants' denial of the allegations in paragraph 41 of plaintiff's complaint, state:

a) all facts and circumstances that Defendants contend support Defendants denial of the allegations in that paragraph;

0258

As noted in response to interrogatories 14, 15, 16, and 19, the University never prevented the GLBA from opening an internal bank account, and further, never denied funding to the GLBA, because the only instance in which funding was specifically requested was withdrawn before I had an opportunity to approve or disapprove such funding. A fact-finding committee was appointed, as set forth in response to interrogatory No. 12, and the work of that committee did not go forward because the GLBA filed suit against the University prior to the committee commencing its work.

b)    identify all documents that support Defendants' factual contentions in response to subsection (a) above, and

No others except as set forth in responses to other interrogatories.

c) provide the name, address, and telephone number for all persons who Defendants believe have knowledge of any of Defendants factual contentions in response to subsection (a) above.

Dr. Dale Adams, Dean of Student Services, USA, UC 111, Mobile, AL 36688, 460-6171;
Mr. Michael Mitchell, SGA president, USA UC 280, Mobile AL 36688, 460-7191;
Mr. George Hite Wilson, USA, UC 280, Mobile AL 36688, 460-7172.

22.    With respect to Defendants' denial of the allegations in the first two sentences of paragraph 44 of plaintiff's complaint, state:

a)    all facts and circumstances that Defendants contend support Defendants denial of the allegations in that paragraph;

The University has never hampered or silenced the GLBA. Please see response to interrogatories 6, 14, and 16 and 20. The GLBA's constitution, a copy of which has been submitted in request for production of documents in this lawsuit, speaks for itself, and sets forth the reason for the organization of the GLBA. All of the purposes and activities of the GLBA cannot be specifically stated or definitively stated.

0259

b) identify all documents that support Defendants' factual contentions in response to subsection (a) above,

GLBA constitution and bylaws, an organization file submitted pursuant to response for production of documents.

c) provide the name, address, and telephone number for all persons who Defendants believe have knowledge of any of Defendants factual contentions in response to subsection (a) above.

Dr. Dale Adams, Dean of Student Services, USA, UC 111, Mobile, AL 36688, 460-6171;
Mr. Michael Mitchell, SGA president, USA UC 280, Mobile AL 36688, 460-7191;
Mr. George Hite Wilson, USA, UC 280, Mobile AL 36688, 460-7172.

23.     Identify each and every person whom Defendant may use as an expert witness, whether by affidavit or deposition, in creating the record in this matter. For each expert witness, describe : (1) the person's education and relevant training and experience; (2) his or her employment history; (3) a summary of the expert's proposed testimony and expert opinion; (4) all documents and facts upon which the expert may base his testimony or opinion; (5) a list of all the expert's published and unpublished writings that relate to the subject matter of the expert's proposed testimony; and (6) a list of all other cases in which the expert has provided testimony during the past five years, specifying the name of the case, the case number, the court, the date, and the party by which the expert was retained.

At the present time, to my knowledge, expert witnesses have not been identified.

24.     If Defendants' response to any numbered request in plaintiff's first set of admission of fact to Defendants Whiddon and Adams, served herewith, is anything other than an unqualified admission, provide the following information for each such response:

a) state all facts and circumstances that you contend support your refusal to unqualifiedly admit the request;

b) identify all documents that support your refusal to unqualifiedly admit the request; and

- 19 -

0260

c) provide the name, address, and telephone number for all persons who Defendants believe have knowledge of any of the factual contentions upon which Defendants base their refusal to unqualifiedly admit the request.

For a request for admission of fact 1, I would refer to the responses set forth hereinabove.

With regard to request for admissions No. 4, I would refer you to responses to the interrogatories set forth above.

With regard to request for admissions No. 5, I would refer you to responses to the interrogatories set forth above.

With regard to request for admissions Nos. 6 and 7, I would refer you to interrogatory responses set forth above.

Dale T. Adams

On this 22nd day of _December_, 1993, personally appeared before me Dale T. Adams, Dean of Student Services, University of South Alabama, who after first being duly sworn does acknowledge and certify that the above and foregoing Response to Plaintiff's First Set of Interrogatories is true and correct to the best of his knowledge.

Notary Public
My Commission Expires: 7/1/96

SEAL

- 20 -

0261

This the $27th$ day of December, 1993.

J. Fairley McDonald, III
George W. Walker, III

COPELAND, FRANCO, SCREWS & GILL, P.A.
Post Office Box 347
Montgomery, Alabama   36101-0347
(205) 834-1180

Counsel for Defendants FREDERICK P.
WHIDDON and DALE T. ADAMS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the $27th$ day of December, 1993, I have served a copy of the foregoing Response upon the following counsel of record by United States Mail, postage prepaid and properly addressed:

Fern Singer, Esq.
WATTERSON AND SINGER
Post Office Box 530412
Birmingham, Alabama   35253

Ruth E. Harlow, Esq.
William B. Rubenstein, Esq.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
132 West 43rd Street
New York, New York   10036

Howard A. Mandell, Esq.
Post Office Box 4248
Montgomery, Alabama   36103

Of Counsel

0262

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAY LESBIAN BISEXUAL ALLIANCE,　　＊
　　　Plaintiff,　　　　　　　　　　　＊
　　　　　　　　　　　　　　　　　　　＊
v.　　　　　　　　　　　　　　　　　＊　　Civil Action No.
　　　　　　　　　　　　　　　　　　　＊　　93-T-1178-N
JIMMY EVANS, in his official　　　　＊
capacity as Attorney General　　　　＊
of the State of Alabama,　　　　　　＊
FREDERICK P. WHIDDON, in his　　　　＊
official capacity as President　　　＊
of the University of South　　　　　＊
Alabama, and DALE ADAMS, in his　　＊
official capacity as Dean of　　　　＊
Students of the University of　　　＊
South Alabama　　　　　　　　　　　＊
　　　Defendants.　　　　　　　　　　＊

## DEFENDANT WHIDDON'S RESPONSE
## TO PLAINTIFFS' FIRST SET OF INTERROGATORIES
## TO DEFENDANTS WHIDDON AND ADAMS

COMES NOW defendant Whiddon, and would respond to the Plaintiffs' First Set of Interrogatories to Defendants Whiddon and Adams, as follows:

Defendant Whiddon would raise a general objection to the term "Defendants" to refer to not only defendants Whiddon and Adams, but also to any of the employees, agents, or representatives of the University of South Alabama, in that it is not possible to have knowledge of all of the actions, statements, communications, by any and all employees, agents or representatives of the University of South Alabama. Responses to the interrogatories are predicated upon the knowledge that the defendant Adams has as of this time.

1.　　State whether defendants communicated in any way with any member of the Alabama state legislature or any of its committees or offices regarding the legislature's consideration of the

0263

bill that became Section 16-1-28 of the Alabama Education Code. If so, describe each such communication.

> To my knowledge, I did not communicate with any member of the Alabama State legislature or any of its committees or offices regarding the legislature's consideration of a bill that became Section 16-1-28 of the Alabama Education Code.

2. State whether defendants in early 1992 made any written or oral statements to the press or to USA students, faculty, trustees or alumni about the Alabama state legislature's consideration of the bill that became Section 16-1-28 of the Alabama Education Code. If so, describe each such statement.

> Not to my knowledge.

3. State whether defendants at any time from May 14, 1992, to the present have made any written or oral statements to the press or to USA students, faculty, trustees or alumni about Section 16-1-28 of the Alabama Education Code. If so, describe each such statement.

> The only statements made to USA students since May 14, 1992 to the present, were when the Gay Lesbian Bisexual Alliance representatives would ask me about the status of funding and the effect of Section 16-1-28 of the Alabama Education Code, to which I responded that the University would have to seek an Attorney General's opinion with regard to that matter, which the University did, in February, 1993, with an Attorney General's opinion handed down on July 29, 1993. In addition, on a quarterly basis, there are luncheons with student leaders on campus, including a representative of the Gay Lesbian Bisexual Alliance. Such representatives from time to time would raise the question of funding, and the reason for an Attorney General's opinion. That was responded to generally since it was opinion of the University attorney that it was necessary to have an Attorney General's opinion with regard to funding because of Section 16-1-28 of the Alabama Education Code.

- 2 -

■ 0264

4.      State whether defendants at any time from January 1, 1992 to the present have made any written or oral statements to the press or to USA students, faculty, trustees or alumni about the presence or activities of gay-identified student groups at USA or other schools. If so, describe each such statement.

See response to interrogatory No. 3.

5.      State when and how each defendant became aware of the specific requirements of Section 16-21-28 of the Alabama Education Code after that provision had been enacted.

Upon passage of Section 16-1-28, the subject Code section was forwarded to the University of South Alabama. The newspaper carried a story of such. The Office of Governmental Relations at the University provided me with a copy of same.

6.      Describe the date, all participants, and a summary of the discussion for each and every meeting in which defendants have participated that discussed or related to USA's compliance with Section 16-1-28.

There are no records on which I can recapitulate dates, discussions or participants in meetings, etc., in which defendants may have participated with regard to USA's compliance with Section 16-1-28. Generally the discussions from time to time would be if the Gay Lesbian Bisexual Alliance requested funding, that it would be necessary to obtain an Attorney General's opinion. The University had determined that the University space and facilities for which there was no charge to a student organization would be appropriate and provided. With regard to funding, funding is not automatic and is processed in accordance with SGA rules.

In the Fall of 1992, I understand that the Gay Lesbian Bisexual Alliance stated that it did not intend to request funding, and because of that, there was not a request for an Attorney General's opinion earlier in time. I also recall having some discussions with Dr. Adams

0265

and/or with the University attorney. The discussions were general and related to assuring the University's compliance, and taking appropriate actions as seeking an Attorney General's opinion.

7.     Describe the date, the parties, and a summary of the discussion for each and every phone or face-to-face conversation in which defendants have participated that discussed or related to USA's compliance with Section 16-1-28.

Please refer to response to interrogatory No. 6 above.

8.     Describe the date, all participants, and a summary of the discussion for each and every meeting in which defendants have participated that discussed or related to the Gay Lesbian Bisexual Alliance ("GLBA") at USA.

Please refer to response to interrogatory No. 6 above.

9.     Describe the date, the parties, and a summary of the discussion for each and every phone or face-to-face conversation in which defendants have participated that discussed or related to the GLBA at USA.

Please refer to response to interrogatory No. 6 above.

10.     Describe the date, all the participants, and a summary of the discussion for each and every meeting in which defendants have discussed Section 16-1-28 or its enforcement with any other state employees or officials, including but not limited to the Attorney General of Alabama.

The only communication of which I am aware is the specific request I made, as President of the University of South Alabama to the Attorney General, for an opinion with regard to this matter. A copy of that request and opinion is attached to these interrogatory answers.

- 4 -

🔲 0266

11. Describe the date, the parties, and a summary of the discussion for each and every phone or face-to-face conversation in which defendants have discussed Section 16-1-28 or its enforcement with any other state employees or officials, including but not limited to the Attorney general of Alabama.

Please see response to No. 10 above.

12. State whether defendants believe that GLBA "fosters or promotes a lifestyle or actions prohibited by the sodomy and sexual misconduct laws of Sections 13A-6-63 to 13A-6-65, inclusive." If defendants answer in the affirmative, state:

a) Which section(s) of those provisions of the Alabama criminal law are implicated by GLBA's activities;

b) how defendants believe that GLBA "fosters or promotes a lifestyle or actions" that are prohibited by the section(s) listed in response to subsection (a).

> The Defendants were not certain what organizations would "foster or promote a lifestyle or actions prohibited by the sodomy and sexual misconduct laws of Sections 13A-6-63 to 13A-6-65, inclusive," as that terminology is used in §16-21-28, so the Defendants requested the Attorney General to issue an opinion advising the University on that issue. When the Attorney General's opinion responding to this request did not provide clarification, the Defendants felt it appropriate to appoint a fact-finding body to undertake an inquiry into whether the GLBA falls within the statute. This litigation started prior to the commencement of any work on the part of this committee, so the inquiry has never been undertaken. Based on the description of the GLBA's purposes in its charter, the Defendants' understanding of the GLBA's activities, and the Defendants' understanding of the words "foster or promote," the Defendants do not personally believe that the GLBA comes under the statute.

- 5 -

13.     With respect to defendants' denial of the allegations in paragraph 14 of plaintiff's complaint, state:

a)     all facts and circumstances that defendants contend support defendants' denial of the allegations in that paragraph; and

b)     identify all documents that support defendants' factual contentions in response to subsection (a) above.

I do not have adequate information on which to admit this allegation.

14. With respect to defendants' denial of the allegations in paragraph 30 of plaintiff's complaint, state:

a) all facts and circumstances that you contend support your denial of the allegations in that paragraph;

The University took no action to prevent the student group from registering and from providing information and education to others in the University community. During that year, the University of South Alabama did not interfere with the GLBA's ability to function as a registered student organization or with its constitutional rights. Throughout the year, Dr. Adams advised the GLBA that if funding was requested by the GLBA, the University would need to request an Attorney General's opinion because of the Public Funds and Facilities Statute. Support of the GLBA included allowing utilization of University facilities, including a ballroom for a dance sponsored by the GLBA in the Winter or Spring quarter of 1993, provision for allowing a reimbursement to the president of the GLBA for monies that had been expended on various functions by the GLBA, which funding was provided through the SGA, and advice to the GLBA that money placed in a University account might be prohibited from certain uses. SGA was asked to fund a speaker, and the SGA appropriated the funds. That request was not denied, to my knowledge. The GLBA withdrew the request

- 6 -

0268

after its approval because there was a controversy over the choice of speaker. Thereafter, the Dean of Student Services office, through the Jaguar Productions, an internal part of the University, sponsored a speaker on the subject matter the GLBA had originally requested. I have never, and to my knowledge, Dr. Dale Adams has never, turned down, denied, or otherwise prohibited the approval of a request for funds by SGA to the GLBA or denied a University internal banking account to the group.

b)    identify all documents that support defendants' factual contentions in response to subsections (a) above;

None to my knowledge.

c) provide the name, address, and telephone number for all persons who defendants believe have knowledge of any of defendants' faculty contentions in response to subsection (a), above.

Upon advice of Dr. Adams, the following individuals may have knowledge of the contentions in response to subsection (a):

Dr. Dale Adams, USA, UC 111, Mobile, AL 36688, 460-6171;
Ms. Paula Smith, Jaguar Productions, USA, UC 108, Mobile, AL 36688, 460-7144;
Mr. Michael Mitchell, SGA president, USA UC 280, Mobile AL 36688, 460-7191;
SGA Senate, USA UC 280, Mobile AL 36688, 460-7191;
Mr. George Hite Wilson, USA, UC 280, Mobile AL 36688, 460-7172.

15.    With respect to defendant's denial of the allegations in paragraph 31 of plaintiff's complaint, state:

a)  all facts and circumstances that defendants contend support defendants' denial of the allegations in that paragraph;

As set forth in response to interrogatory No. 14, the GLBA was not singled out as being denied a University bank account. The GLBA was advised that if the GLBA placed monies, whether its own fees or dues, into a University account that the University controlled or held,

- 7 -

the University might be in a position to deny the organization's ability to expend those funds through a requisitioning process, because of the Public Funds and Facilities Statute. Other student groups are also advised that if expenses do not meet requirements of state law, as certain entertainment expenses would not, they would not be able to utilize funding that was through a University account, and required the requisitioning process through the University accounting system. The University never banned the GLBA from opening an account within the University business office system.

b)    identify all documents that support defendants' factual contentions in response to subsection (a) above;

None of which I have control, custody or possession.

c) provide the name, address and telephone number for all persons who defendants believe have knowledge of any of defendants' factual contentions in response to subsection (a) above.

Upon information provided by Dr. Adams, the following individuals may have some knowledge of the factual contentions in response to subsection (a) above:

Dr. Dale Adams, USA, UC 111, Mobile, AL 36688, 460-6171;
Mr. Bob Broach, Associate Controller, USA AD 380, Mobile AL 36688, 460-6244.

16.    With respect to defendants' denial of the allegations in paragraph 32 of plaintiff's complaint, state:

a)  all facts and circumstances that defendants contend support defendants' denial of the allegations in that paragraph;

The GLBA was never barred from receiving funds. The SGA appropriated $300 to $400 of funds on the only occasion the GLBA requested funding. That was for a speaker, in the Winter quarter, 1993. The GLBA organization disagreed as to which speaker would be selected, and withdrew the request for funding before a decision could be made on whether there would or would not be a provision for such funding. Subsequently, Jaguar

- 8 -

0270

Productions, an internal section of the University which works with students, obtained a speaker with an emphasis on the subject matter that had originally been contemplated by the GLBA.

b)     identify all documents that support defendants' factual contentions in response to subsection (a) above; and

None, to my knowledge.

c)  provide the name, address, and telephone number for all persons who defendants believe have knowledge of any of defendants' factual contentions in response to subsection (a) above.

Dr. Dale Adams, USA, UC 111, Mobile, AL 36688, 460-6171;
Ms. Paula Smith, Jaguar Productions, USA, UC 108, Mobile, AL 36688, 460-7144;
Mr. Michael Mitchell, SGA president, USA UC 280, Mobile AL 36688, 460-7191;
SGA Senate, USA UC 280, Mobile AL 36688, 460-7191;
Mr. George Hite Wilson, USA, UC 280, Mobile AL 36688, 460-7172.

17.     With respect to defendants' denial of the allegations in paragraph 35 of the plaintiffs' complaint, state:

a)  all facts and circumstances that defendants contend support defendants' denial of the allegations in that paragraph;

The GLBA was only advised that there were restrictions on the use of funds that could be placed in a University account.

b)     identify all documents that support defendants; factual contentions in response to subsection (a) above;

None, to my knowledge.

- 9 -

0271

c) provide the name, address, and telephone number for all persons who defendants believe have knowledge of any of defendants factual contentions in response to subsection (a) above.

> Dr. Dale Adams, USA, UC 111, Mobile, AL 36688, 460-6171;
> Mr. Bob Broach, Associate Controller, USA AD 380, Mobile AL 36688, 460-6244.

18. With respect to defendants' denial of the allegations in paragraph 36 of plaintiff's complaint, state:

a) all facts and circumstances that defendants contend support defendants' denial of the allegations in that paragraph;

> As noted above, there was never a refusal by University officials of funding from the SGA to the GLBA, because when Dr. Adams advised the GLBA that if funding occurred, the University would need to obtain an Attorney General's opinion with regard to that. The GLBA took no other steps. It is my understanding that the GLBA withdrew its only request for funding of a speaker, which was the only request made to the SGA thus far for funding of the GLBA prior to having that request forwarded to Dr. Adams for approval or denial.

b) identify all documents that support defendants; factual contentions in response to subsection (a) above; and

> None, to my knowledge.

c) provide the name, address, and telephone number for all persons who defendants believe have knowledge of any of defendants' factual contentions in response to subsection (a) above.

> Upon information provided by Dr. Adams, the following individuals would have knowledge of that:
>
> Dr. Dale Adams, USA, UC 111, Mobile, AL 36688, 460-6171;
> Mr. Michael Mitchell, SGA president, USA UC 280, Mobile AL 36688, 460-7191;
> Mr. George Hite Wilson, USA, UC 280, Mobile AL 36688, 460-7172.

0272

Members of the SGA, USA UC 280, Mobile AL 36688, 460-7191;

19.   With respect to defendants' denial of the allegations in the second sentence of paragraph 37 of plaintiffs; complaint, state:

a)   all facts and circumstances that defendants contend support defendants' denial of the allegations in that paragraph;

Upon information provided by Dr. Adams, as well as my own understanding and knowledge of the matter, neither I nor Dr. Adams ever directed the SGA to table the GLBA's budget request. The GLBA was advised by Dr. Adams that if it wished specific funding, it would need to advise Dr. Adams, because it would be necessary to seek an Attorney General's opinion. The SGA requested funding for a speaker, as set forth in response 16 to these interrogatories. The GLBA withdrew that funding request prior to the request being forwarded to Dr. Adams, because, based on Dr. Adams' information provided to me, the GLBA had a controversy over the speaker to be brought to the campus. Because of such controversy, the GLBA withdrew the request for funding and funding prior to it being approved or disapproved by Dr. Adams. There was never a disapproval of funding for GLBA activities by Dr. Adams or by me.

b)   identify all documents that support defendants; factual contentions in response to subsection (a) above;

None, to my knowledge.

c)   provide the name, address, and telephone number for all persons who defendants believe have knowledge of any of defendants' factual contentions in response to subsection (a) above.

Dr. Frederick P. Whiddon, President, USA, AD 130, Mobile, Alabama 36688, 460-6111;
Dr. Dale Adams, USA, UC 111, Mobile, AL 36688, 460-6171;
Mr. Michael Mitchell, SGA president, USA UC 280, Mobile AL 36688, 460-7191;
Mr. George Hite Wilson, USA, UC 280, Mobile AL 36688, 460-7172.
Others in the SGA, USA UC 280, Mobile AL 36688, 460-7191;

- 11 -

0273

20.     With respect to defendants' denial of the allegations in paragraph 38 of plaintiff's complaint, state:

a)  all facts and circumstances that defendants contend support defendants denial of the allegations in that paragraph;

b)  identify all documents that support defendants' factual contentions in response to subsection (a) above, and

c)  provide the name, address, and telephone number for all persons who defendants believe have knowledge of any of defendants factual contentions in response to subsection (a) above.

Please see response to interrogatory No. 16

21.     With respect to defendants' denial of the allegations in paragraph 41 of plaintiff's complaint, state:

a)  all facts and circumstances that defendants contend support defendants denial of the allegations in that paragraph;

b)  identify all documents that support defendants' factual contentions in response to subsection (a) above, and

c)  provide the name, address, and telephone number for all persons who defendants believe have knowledge of any of defendants factual contentions in response to subsection (a) above.

Please see response to interrogatory Nos. 14, 15, 16, 17, and 19.

22.     With respect to defendants' denial of the allegations in the first two sentences of paragraph 44 of plaintiff's complaint, state:

0274

a) all facts and circumstances that defendants contend support defendants denial of the allegations in that paragraph;

b) identify all documents that support defendants' factual contentions in response to subsection (a) above, and

c) provide the name, address, and telephone number for all persons who defendants believe have knowledge of any of defendants factual contentions in response to subsection (a) above.

Dr. Dale Adams, Dean of Student Services, USA, UC 111, Mobile, AL 36688, 460-6171;
Mr. Michael Mitchell, SGA president, USA UC 280, Mobile AL 36688, 460-7191;
Mr. George Hite Wilson, USA, UC 280, Mobile AL 36688, 460-7172.

23.    Identify each and every person whom defendant may use as an expert witness, whether by affidavit or deposition, in creating the record in this matter. For each expert witness, describe : (1) the person's education and relevant training and experience; (2) his or her employment history; (3) a summary of the expert's proposed testimony and expert opinion; (4) all documents and facts upon which the expert may base his testimony or opinion; (5) a list of all the expert's published and unpublished writings that relate to the subject matter of the expert's proposed testimony; and (6) a list of all other cases in which the expert has provided testimony during the past five years, specifying the name of the case, the case number, the court, the date, and the party by which the expert was retained.

At the present time, to my knowledge, expert witnesses have not been identified.

24.    If defendants' response to any numbered request in plaintiff's first set of admission of fact to defendants Whiddon and Adams, served herewith, is anything other than an unqualified admission, provide the following information for each such response:

a) state all facts and circumstances that you contend support your refusal to unqualifiedly admit the request;

b) identify all documents that support your refusal to unqualifiedly admit the request; and

0275

c) provide the name, address, and telephone number for all persons who defendants believe have knowledge of any of the factual contentions upon which defendants base their refusal to unqualifiedly admit the request.

For a request for admission of fact 1, I would refer to the responses set forth hereinabove.

With regard to request for admissions No. 4, I would refer you to responses to the interrogatories set forth above.

With regard to request for admissions No. 5, I would refer you to responses to the interrogatories set forth above.

With regard to request for admissions No. 7, I would refer you to interrogatory responses set forth above.

Frederick P. Whiddon

On this 2/ day of December, 199 3 , personally appeared before me Frederick P. Whiddon, President, University of South alabama, who after first being duly sworn does acknowledge and certify that the above and foregoing Response to Plaintiff's First Set of Interrogatories to Defendants Whiddon and Adams is true and correct to the best of his knowledge.

SEAL

Notary Public
My Commission Expires: 7/1/96

§ 0276

- 14 -

This the 23rd day of December, 1993.

_____

J. Fairley McDonald, III
George W. Walker, III

COPELAND, FRANCO, SCREWS & GILL, P.A.
Post Office Box 347
Montgomery, Alabama    36101-0347
(205) 834-1180

Counsel for Defendants FREDERICK P.
WHIDDON and DALE T. ADAMS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 23rd day of December, 1993, I have served a copy of the foregoing upon the following counsel of record by United States Mail, postage prepaid and properly addressed:

Fern Singer, Esq.
WATTERSON AND SINGER
Post Office Box 530412
Birmingham, Alabama    35253

Ruth E. Harlow, Esq.
William B. Rubenstein, Esq.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
132 West 43rd Street
New York, New York    10036

Howard A. Mandell, Esq.
Post Office Box 4248
Montgomery, Alabama    36103

_____
Of Counsel

-15-

0277

GAY LESBIAN BISEXUAL                )
ALLIANCE,                           )
                                    )
        Plaintiff,                  )
                                    )
vs.                                 )    CIVIL ACTION NO. CV-93-T-1178-N
                                    )
JIMMY EVANS, et al.,                )
                                    )
        Defendants.                 )

## DEFENDANT JIMMY EVANS' ANSWERS
## TO INTERROGATORIES

Comes now Defendant Jimmy Evans, in his official capacity as
Attorney General of the State of Alabama, and files these his
Answers to the Interrogatories propounded by Plaintiff:

Defendant Evans raises a general objection to the term
"Defendants" as this word is defined in Plaintiff's First Set of
Interrogatories. Defendant Evans supervises a large staff, and
there is absolutely no way he can have knowledge of all of the
actions, statements, and communications of his Office's employees,
agents, or representatives. As a result, Defendant Evans' Answers
are based upon the knowledge that he has at this time.

■ 0278

1. State whether Defendant communicated in any way with any member of the Alabama state legislature, or any of its committees or offices, regarding the legislature's consideration of the bill that became Section 16-1-28 of the Alabama Education Code. If so, describe each such communication.

Answer: Yes. Defendant Evans received a request from Representative Perry O. Hooper, Jr. regarding the Legislature's consideration of a bill then being discussed by the Legislature. Defendant Evans does not recall whether there were any oral communications between Representative Hooper and himself. A copy of Representative Hooper's written request, dated February 18, 1992, and the Attorney General's response are attached as Exhibits A and B to these Answers.

2. State whether Defendant, in early 1992, made any written or oral statement to any other state official, state agency or state institution, to the press, or to the public about the Alabama state legislature's consideration of the bill that became Section 16-1-28 of the Alabama Education Code. If so, describe each such statement.

Answer: Defendant Evans does not recall his having made any such written or oral statements.

3. State whether Defendant, at any time from May 14, 1992, to the present, has made any written or oral statements to any other state official, state agency or state institution, to the press, or to the public about Section 16-1-28 of the Alabama Education Code. If so, describe each such statement.

- 2 -

<u>Answer</u>: Defendant Evans does not recall his having made any such written or oral statements.

4. State whether Defendant, at any time from January 1, 1992, to the present, has made any written or oral statements to any other state official, state agency or state institution, to the press, or to the public about the presence or activities of gay-identified student group(s) at any Alabama school(s). If so, describe each such statement.

<u>Answer</u>: Defendant Evans does not recall his having made any such written or oral statements.

5. Describe the date, all the participants, and a summary of the discussion for each and every meeting in which Defendant has discussed Section 16-1-28 or its enforcement with any other state employees or officials, including, but not limited to, any officials at the University of South Alabama or another state university.

<u>Answer</u>: Defendant Evans does not recall his having attended such a meeting.

6. Describe the date, the parties, and a summary of the discussion for each and every phone or face-to-face conversation in which Defendant has discussed Section 16-1-28 or its enforcement with any other state employees or officials, including, but not limited to, any officials at the University of South Alabama or another state university.

<u>Answer</u>: Defendant Evans does not recall his having participated in such a phone or face-to-face conversation.

7. Describe the date and the nature of any effort by Defendant to make any person or institution aware of Section 16-1-28's requirements or to enforce those requirements.

Answer: Defendant Evans does not recall his having made such effort. His Office did, of course, furnish President Whiddon with a written Opinion letter, dated July 29, 1993. (Exhibit C)

8. Describe the date and the nature of any inquiry to Defendant about Section 16-1-28 or its requirements.

Answer: Other than the written request made by President Whiddon, Defendant Evans has no recollection of any such inquiries.

9. Describe each and every fact about the Gay Lesbian Bisexual Alliance ("GLBA") at USA that Defendant found relevant in coming to his opinion, regarding the use of public funds, that was issued in July of 1993 to Honorable Frederick P. Whiddon.

Answer: To the best of his recollection, the only information Defendant Evans had available to him at the time the July 29, 1993, Opinion was issued to President Whiddon was the information contained in President Whiddon's February 12, 1993, letter and attachments thereto, which letter and attachments are attached as Exhibit D to these Answers.

- 4 -

10. Identify each and every person whom Defendant may use as an expert witness, whether by affidavit or deposition, in creating the record in this matter. For each expert witness, describe: (1) the person's education and relevant training and experience; (2) his or her employment history; (3) a summary of the expert's proposed testimony and expert opinion; (4) all documents and facts upon which the expert may base his testimony or opinion; (5) a list of all the expert's published and unpublished writings that relate to the subject matter of the expert's proposed testimony; and (6) a list of all other cases in which the expert has provided testimony during the past five years, specifying the name of the case, the case number, the court, the date, and the party by which the expert was retained.

Answer: Defendant Evans is not, at this time, in a position to identify any expert witnesses, nor to provide the requested information. Defendant Evans' Answer will be supplemented at the appropriate time in the event he intends to use an expert witness in this matter.

Howard A. Mandell

ATTORNEY FOR JIMMY EVANS, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF ALABAMA

25 South Court Street
Post Office Box 4248
Montgomery, AL 36103
(205) 262-1666

- 5 -

STATE OF ALABAMA                    )

COUNTY OF MONTGOMERY                )

Before me, the undersigned authority, a Notary Public in and for said State at Large, personally appeared JIMMY EVANS who, after being made known to me and being first duly sworn by me, says that the information contained in the foregoing Answers to Interrogatories is true and correct to the best of his knowledge, information, and belief.

_____
Jimmy Evans

SWORN TO AND SUBSCRIBED before me on this the _8th_ day of February ~~January~~, 1994.

_____
Notary Public
My Commission Expires: 3/15/97

- 6 -

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing ANSWERS TO INTERROGATORIES have been furnished to the following by United States Mail, postage prepaid, on this the 9th day of February, 1994:

>Honorable Fern Singer
>Attorney for Alabama Civil Liberties Union
>  of Alabama
>Post Office Box 530412
>Birmingham, Alabama   35253
>
>Honorable Ruth E. Harlow
>Attorney for American Civil Liberties Union
>  Foundation
>132 West 43rd Street
>New York, New York   10036
>
>Honorable J. Fairley McDonald, III
>Honorable George W. Walker, III
>Attorney for Defendants Frederick P.
>  Whiddon and Dale T. Adams
>Post Office Box 347
>Montgomery, Alabama   36101-0347

Howard A. Mandell

- 7 -

GAY LESBIAN BISEXUAL ALLIANCE,  *

    Plaintiff,                            *

VS.                                          *        CIVIL ACTION NO.:
                                  93-T-1178-N

JIMMY EVANS, in his official           *
capacity as Attorney General of
the State of Alabama, FREDERICK   *
P. WHIDDON, in his official
capacity as President of the           *
University of South Alabama, and
DALE T. ADAMS, in his official       *
capacity as Dean of Students of
the University of South Alabama,    *

    Defendants.                          *

### RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS BY DEFENDANTS WHIDDON AND ADAMS

1.    Produce documents that list or otherwise indicate the complete membership of USA's Board of Trustees, including their terms of office, at all times from January 1, 1992, to the present.

        Attached as Attachment I is the subject list.

2.    Produce all minutes from any USA Board of Trustees meeting from January 1, 1992, to the present.

        The minutes from USA Board of Trustees meetings from January 1, 1992 to the present will be available in the Office of the University Attorney, 131 Administration Building, for review upon request, during usual and regular business hours.

3.    Produce documents that list or otherwise indicate the complete membership and structure of USA's administration, including job titles for each individual named, at all times from January 1, 1992, to the present.

        Attached as Attachment II are pages 6 through 32 of the Faculty Handbook which described the University Administration.

0285

Members of the senior administrative staff are indicated by alphabetic letters and are identified as follows:

A.   President - Dr. Frederick P. Whiddon
B.   Senior Vice President for Academic Affairs - Dr. Charles Connell
C.   Dean of Student Services - Dr. Dale T. Adams
D.   Dean of Enrollment Services - Dr. J. David Stearns (Assistant Vice President for Enrollment Services)
E.   Vice President for University Services and Planning - Mr. V. Gordon Moulton
F.   Vice President for Medical Affairs - Dr. Albert Pruitt
G.   Senior Administrator-University Medical Center - Mr. Stephen H. Simmons
H.   Vice President for (Finance and) Business Affairs - Mr. Doyle M. Dillard
I.   Treasurer and Controller - Mr. M. Wayne Davis
J.   Director of Public Relations - Mr. George Smith

4.   Produce any and all job description(s) or other summaries of job duties that exist for the position of President of USA.

> Attached as Attachment III is a copy of an excerpt from page 6 of the Faculty Handbook which describes the job duties of the President of the University of South Alabama.

5.   Produce any and all job description(s) or other summaries of job duties that exist for the position of Dean of Students or Dean of Student Services at USA.

> Attached as Attachment IV is a copy of pages 24 and 25 of the Faculty Handbook which describes the job duties of the Dean of Student Services as well as those positions over which the Dean has supervisory responsibility.

6.   Produce all documents that constitute, reflect, or relate to any rules, regulations, policies, or practices concerning the official recognition or registration of student organizations at USA.

> Attached as Attachment V is page 5 of the student publication "Keep The Connection"

7.   Produce all documents that constitute, reflect, or relate to any rules, regulations, policies, or practices concerning the activities of registered student organizations at USA.

> Attached as Attachment VI are pages 7 through 11 of the section entitled "Event Planning" of the student publication "Keep The Connection"

0286

8.     Produce all documents that constitute, reflect, or relate to any rules, regulations, policies, or practices concerning the allocation of USA Student Government Association (SGA) funds to student groups at USA.

> Attached as Attachment VII is page 6 of the student publication "Keep The Connection" on which the section "SGA Funding" appears.

9.     Produce all documents that constitute, reflect, or relate to any rules, regulations, policies, or practices concerning the use of SGA Funds, other public funds, or public facilities by student groups at USA.

> Attached as Attachment VIII is page 6 of the student publication "Keep The Connection" on which the section "Funding & Accounting" appears. Also please refer to response to number 13 (Attachment XI).

10.    Produce the SGA Code-of-Laws.

> Attached as Attachment IX are pages 116 through 131 of the student handbook, "Lowdown"

11.    Produce all documents that constitute, reflect, or relate to any rules, regulations or policies that govern the behavior of students at USA.

> Attached as Attachment X are pages 86 through 92 of the student handbook, "Lowdown", in which the Code of Student Conduct is set forth.

12.    Produce all documents that constitute, reflect, or relate to any rules, regulations, policies, or practices that would govern or restrict the activities of a student group at USA in any way, and that have not already been produced in response to the requests above.

> Attached as Attachment VI in response to #7 hereinabove are pages 7 through 11 of the student publication "Keep The Connection"

13.    Produce all documents that constitute, reflect, or relate to any rules, regulations, policies, or practices concerning the use of USA property or facilities by persons or groups not associated with the university.

> Attached as Attachment XI are pages 11, 12, & 13 of the student publication "Keep The Connection" that relate to the use of University facilities.

14. Produce all documents that list, summarize, describe, or discuss any or all of the registered student organizations that have existed at USA at any time from January 1, 1990, to the present.

> Attached as Attachment XII are pages 28 through 47 of the 1986-91 student publication, "Lowdown"; the 1992-93 publication "Gang's All Here; the 1993-94 publication "Make The Connection"; and a brochure entitled "FAB - Freshmen Activities and Assistance Board - We're Here To Help You . . . Get Involved"

15. Produce all documents that concern, refer to or relate to Plaintiff Gay Lesbian Bisexual Alliance (GLBA) becoming a registered student organization at USA, including but not limited to any application materials and any documents that discuss consideration of GLBA's application.

> Attached as Attachment XIII are copies of the GLBA's applications for recognition as a registered student organization

16. Produce all documents that constitute, reflect or refer to any communication to or from any member(s) of the USA administration (including but not limited to Defendants) and any other person that concerned a fact-finding effort in 1993 to learn more about GLBA's members and/or activities.

> Attached as Attachment XIV are memos dated September 17, 1993, September 29, 1993, and October 13, 1993 relating to the fact-finding effort.

17. Produce all other documents that concern, reflect or relate to USA's 1993 fact-finding effort designed to learn more about GLBA's members and/or activities.

> There are none. The committee's activities were recessed when the subject lawsuit was filed and the committee was so notified on October 5, 1993.

18. Produce all documents, if any, that concern, reflect or relate to any fact-finding effort that was contemplated or conducted by USA to learn more about the members or activities of any student organization other than GLBA at any time from January 1, 1992, to the present.

> There are none.

19. Produce all documents that constitute, reflect or refer to any communication -- to or from any member(s) of the USA administration (including but not limited to the Defendants) and any person or group -- that concerned the possible SGA funding of GLBA.

> Copies of documents relating the possible SGA funding of the
> GLBA are attached as Attachment XV.

20. Produce all documents that constitute, reflect or refer to any communication -- to or from any member(s) of the USA administration (including but not limited to the Defendants) and any person or group -- that concerning the possibility of GLBA establishing an on-campus bank account.

> Copies of documents relating to the establishment of an on-campus
> bank account are attached as Attachment XVI.

21. Produce all minutes, notes, or other documents memorializing any meetings concerning GLBA, its use of an on-campus bank account, or its receipt of SGA funds that took place at any time from January 1, 1992, to the present.

> Attached as Attachment XVII are excerpts from the minutes of the
> Division of Student Services Staff Meetings at which the GLBA,
> its use of an on-campus bank account, or its receipt of SGA funds
> took place.

22. Produce all position papers, administrative recommendations, statements of the university or its administrators, or other documents discussing GLBA that have been provided to or received from the USA Board of Trustees, the Attorney General of the State of Alabama, the SGA, USA students, USA alumni, members of the Alabama state legislature, members of the press, or anyone else.

> None except the request for an Attorney General opinion and the
> opinion attached as Attachment XVIII.

23. Produce all position papers, administrative recommendations, statements of the university or its administrators, or other documents discussing the funding of student organizations that have been provided to or received from the USA Board of Trustees, the Attorney General of the State of Alabama, the SGA, USA students, USA alumni, members of the Alabama state legislature, members of the press, or anyone else.

> See response to number 22 hereinabove.

24. Produce all documents that constitute, refer to, or relate to any communication -- to or from any person (including but not limited to the Defendants, USA staff, USA faculty, USA students, and USA alumni) and the office of the Attorney General of Alabama -- that related in any way to the use of public funds or facilities by student organizations, including but not limited to GLBA.

> There are none with the exception of those documents produced in
> response to numbers 19 and 20 described hereinabove.

0289

25. Produce all documents that constitute, refer to, or relate to any communication -- to or from any person (including but not limited to the Defendants, USA staff, USA faculty, USA students, and USA alumni) and the office of the Attorney General of Alabama -- that related in any way to the official recognition or registration of student organizations, including but not limited to GLBA.

See response to number 22 hereinabove.

26. Produce all documents that constitute, refer to, or relate to any communication -- to or from any person (including but not limited to the Defendants, USA staff, USA faculty, USA students, and USA alumni) and any member, office or committee of the Alabama state legislature -- that related in any way to the use of public funds or facilities by student organizations, including but not limited to GLBA.

None of which we are aware.

27. Produce all documents that constitute, refer to, or relate to any communication -- to or from any person (including but not limited to the Defendants, USA staff, USA faculty, USA students, and USA alumni) and any member, office or committee of the Alabama state legislature -- that related in any way to the official recognition or registration of student organizations, including but not limited to GLBA.

None of which we are aware.

28. Produce all documents concerning, referring to, or in any way relating to any applications by GLBA to receive SGA funding, including but not limited to any application forms themselves.

In addition to documents produced in response to #15 hereinabove, attached as Attachment XIX is a letter dated October 25, 1993 to a SGA Senator from the President of the GLBA.

29. Produce all documents that concern, reflect, or relate to any actual funding of GLBA with SGA funds.

There are none.

30. Produce all other documents, not already produced in response to the above, concerning, referring to, or in any way relating to the issue of whether GLBA could or should receive SGA funds or other public monies.

There are no other documents.

31. Produce all other documents, not already produced in response to the above, concerning referring to, or in any way relating to the issue of whether GLBA could or should establish an on-campus bank account.

0290

There are no other documents.

32. Produce all documents, if any, that concern, reflect or refer to any question of whether a student organization other than GLBA could or should establish an on-campus bank account at any time from January 1, 1992, to the present.

> See documents submitted in response to number 20 hereinabove (Attachment XVI) regarding the establishment of on-campus bank accounts.

33. Produce all documents that list, summarize, or discuss the SGA funding of registered student organizations at USA at any time from January 1, 1990, to the present, including but not limited to complete SGA funding budgets for each quarter during that time period.

> Attached as Attachment XX are copies of the SGA budgets as well as an excerpt from the student handbook "Lowdown" that relates to the SGA funding of student organizations.

34. Produce all documents that constitute, refer, or relate to any applications for SGA funding by any individual or group for any quarter from January 1, 1990, to the present, including but not limited to the applications themselves.

> Attached as Attachment XXI are copies of the requests from student organizations for SGA funding.

35. Produce all minutes, notes, or other documents memorializing SGA meetings, as well as meetings of any committees thereof, that considered or discussed the funding of student organizations, at any time from January 1, 1992,t o the present.

> Attached as Attachment XXII are copies of minutes from SGA meetings.

36. Produce all documents that list, summarize, or discuss how one or more funded student organization(s) have in fact spent their SGA funding, at any time from January 1, 1990, to the present.

> See documents produced in response to number 34 hereinabove (Attachment XXI) which indicate the purposes for which the requests were made.

37. Produce all other documents, for the time period January 1, 1992, to the present and not already produced in response to the requests above, that discuss, refer, or relate in any way to the SGA funding process or to SGA-funded student organizations at USA.

> There are no other documents.

0291

38. Produce all documents that list, summarize, or discuss any rental or other use of any of USA's facilities by persons or groups not associated with the university at any time from January 1, 1990, to the present.

> Attached as Attachment XXIII are lists of persons or groups not associated with the university that utilized university facilities by reserving the space through the Division of Student Services.

39. Produce all documents that list, summarize, or discuss any public speaker, not a member of USA's faculty, staff or student body, who has given a speech on USA's campus at any time from January 1, 1990, to the present.

> Attached as Attachment XXIV is a list of speakers and/or programs scheduled through the Office of Programs and Special Events in the Division of Student Services.

40. Produce all documents that list, summarize, or discuss the social events or programs, including but not limited to dances, cocktail parties, and receptions, that have in any way (directly or indirectly) been sponsored by USA, or the SGA at USA, at any time from January 1, 1992, to the present.

> Attached as Attachment XXV are copies of the events calendars produced monthly by the Division of Student Services.

41. Produce course catalogs or other descriptions of all the courses taught at USA for the academic years 1991-92, 1992-93, and 1993-94.

> Attached as Attachment XXVI is a copy of the current (1993-94) university catalog. Copies of the catalogs for 1991-92 and 1992-93 are not available for production but are available in the Office of Admissions for review during regular business hours and upon request.

42. Produce the complete USA budget for each year since January 1, 1991.

> Copies of the USA budgets for each year since January 1, 1991 will be made available for review in the Office of the University Attorney, 131 Administration Building, upon request.

43. Produce all documents that concern, refer or relate to the statute codified at Section 16/1/28 of the Alabama Education Code or to any of the bills, including House Bill 454, that led to the enactment of that section.

> None that are in our custody and control.

0292

44. Produce all documents that concern, refer or relate to any informal or officially registered student group at USA, other than GLBA, that has addressed gay and lesbian rights issues, addressed homophobia, or been composed, in part or in whole, of gay and lesbian students, at any time since January 1, 1980.

> None to our knowledge. The GLBA sponsored World AIDS Day. See attached memo (Attachment XXVIII) from the president of the GLBA to the presidents and faculty advisors of all student organizations.

45. Produce all documents than concern, refer or relate to any gay, lesbian and/or bisexual student group(s) at other Alabama colleges and universities.

> There are none.

46. Produce all other documents, not already produced in response to the above, that concern, refer or relate in any way to GLBA.

> See attached SGA resolutions (Attachment XXVII) as well as excerpts of minutes of the Student Services Staff Meetings produced in response to number 21 (Attachment XVII) hereinabove.

47. Produce all other documents, not already produced in response to the above, that Defendants may rely upon in their defense of this action.

> There are none.

48. Produce all documents, not already produced in response to the above, that are identified or referred to by Defendants in response to the accompanying Plaintiff's First Set of Interrogatories to Defendants Whiddon and Adams.

> Such documents have been produced as attachments to the subject responses.

This the 28th day of December, 1993.

_____

J. Fairley McDonald, III
George W. Walker, III

COPELAND, FRANCO, SCREWS & GILL, P.A.
Post Office Box 347
Montgomery, Alabama   36101-0347
(205) 834-1180

Counsel for Defendants FREDERICK P.
WHIDDON and DALE T. ADAMS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 28th day of December, 1993,
I have served a copy of the foregoing document upon the following
counsel of record by United States Mail, postage prepaid and
properly addressed:

Fern Singer, Esq.
WATTERSON AND SINGER
Post Office Box 530412
Birmingham, Alabama   35253

Ruth E. Harlow, Esq.
William B. Rubenstein, Esq.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
132 West 43rd Street
New York, New York   10036

Howard A. Mandell, Esq.
Post Office Box 4248
Montgomery, Alabama   36103

_____

Of Counsel

▓ 0294

UNIVERSITY OF SOUTH ALABAMA

## TRUSTEES

Honorable Otha Lee Biggs (1978 - present)
Mr. Jack R. Brunson (1989 - present)
Mr. John A. Counts (1980 - present)
Honorable E. Crum Foshee (1993 - present)
Mrs. Earl Goodwin (1963 - present)
Mr. Aubrey D. Green (1963 - present)
Honorable Ken Kvalheim (1989 - present)
Honorable W. H. "Pat" Lindsey (1993 - present)
Dr. Ullysses McBride (1985 - present)
Mr. Mayer Mitchell (1975 - present)
Honorable James P. Nix (1989 - present)
Dr. Steven Stokes (1993 - present)
Honorable Herman Thomas (1993 - present)
Mr. Plez Watson (1985 - present)
Honorable Charles Woods (1965 - present)

## FORMER TRUSTEES

Mr. Hubert Bruister (1978-1993)
Mr. Phillip Forrester (1981-1993)
Dr. James Herring (1989-1993)
Mrs. Emma Hutcherson (1984-1993)

December 22, 1993

ATTACHMENT I  0295

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
(NORTHERN DIVISION)

GAY LESBIAN BISEXUAL          )
ALLIANCE,                     )
                              )
          Plaintiff,          )
                              )
vs.                           )    CIVIL ACTION NO. CV-93-T-1178-N
                              )
JIMMY EVANS, et al.,          )
                              )
          Defendants.         )

DEFENDANT JIMMY EVANS' RESPONSE TO PLAINTIFF'S
FIRST REQUEST FOR PRODUCTION

     Comes now Defendant Jimmy Evans, by and through his attorney,

and responds to Plaintiff's First Request for Production:

     1.   Produce all documents that constitute, discuss,
          refer or relate in any way to the opinion of the
          Defendant, relating to the use of public monies at
          colleges and universities, that was issued in
          February or March of 1992 to Honorable Perry O.
          Hooper, Jr.

Response: Defendant is attaching Representative Hooper's

February 18, 1992, letter to Defendant Evans (Exhibit A), Defendant

Evans' February 19, 1992, letter to Representative Hooper

(Exhibit B), and the Attorney General's Opinion dated March 19,

1992 (Exhibit C). The Attorney General's Office also relied upon

the statutes and cases cited in the Opinion sent to Representative

Hooper. Defendant objects to producing any internal memoranda or

other documents on the following grounds: (1) the materials sought

are irrelevant and immaterial; and (2) the records requested are

protected by the deliberative process privilege, the attorney-

client privilege, and the work product doctrine.

  2.   Produce all documents that Defendant reviewed or
       relief upon in forming the opinion referred to in
       request number 1, above.

Response: Please refer to Defendant's Response to Request No. 1.

  3.   Produce all documents that constitute, reflect or
       relate to any communication to or from Defendant
       with regard to the issue posed by Representative
       Hooper or the opinion -- referred to in request
       number 1, above -- that was issued by Defendant in
       response to Representative Hooper's question.

Response: Please refer to Defendant's Response to Request No. 1.

  4.   Produce all documents that constitute, discuss,
       refer or relate in any way to the opinion of
       Defendant, relating to Section 16-1-28 of the
       Alabama Education Code, that was issued in July of
       1993 to Honorable Frederick P. Whiddon.

Response: Defendant is attaching President Whiddon's February 12,

1993, letter, along with attachments, to Defendant Evans

(Exhibit D), Defendant Evans' February 26, 1993, letter to

President Whiddon (Exhibit E), and the Attorney General's Opinion,

dated July 29, 1993, to President Whiddon (Exhibit F). The

■ 0297

Attorney General's Office also relied upon the statutes, cases, and opinions cited in the Opinion sent to Representative Hooper. Defendant objects to producing any internal memoranda or other documents on the following grounds: (1) the materials sought are irrelevant and immaterial; and (2) the records requested are protected by the deliberative process privilege, the attorney-client privilege, and the work product doctrine.

> 5. Produce all documents that the Defendant reviewed or relief upon in forming the opinion referred to in request number 4, above.

Response: Please refer to Defendant's Response to Request No. 4.

> 6. Produce all documents that constitute, reflect or relate to any communication to or from Defendant with regard to the issue posed by University of South Alabama ("USA") President Whiddon or the opinion -- referred to in request number 4, above -- that was issued by Defendant in response to President Whiddon's question.

Response: Please refer to Defendant's Response to Request No. 4. Without in any way waiving any of the above objections, Defendant Evans states that there are no documents reflecting any other communications between President Whiddon, the University of South Alabama, or any other state officials or members of the Alabama Legislature and himself.

**0298**

7.   Produce all documents that constitute, discuss, refer or relate in any way to any opinion(s) of Defendant, other than those referred to above, that were issued at any time from January 1, 1970, to the present and that concern gay-identified student groups or gay rights issues at public schools.

Response:   Defendant Evans objects to this Request in that it calls for irrelevant and immaterial documents. Defendant further objects on the grounds that such request is overbroad, oppressive, and burdensome.   Defendant Evans further objects for the reason that the request calls for documents which are protected by the deliberative process privilege, the attorney-client privilege, and the work product doctrine.   Without in any way waiving any of the above objections, Defendant Evans states that he knows of no other such Opinions.

8.   Produce all documents that constitute, discuss, refer or relate in any way to any opinion(s) of Defendant, other than those referred to above, that were issued at any time from January 1, 1970, to the present and that concern the use of public monies or facilities at colleges or universities.

Response:   Defendant Evans objects to this Request in that it calls for irrelevant and immaterial documents. Defendant further objects on the grounds that such request is overbroad, oppressive, and burdensome, and that there may be literally hundreds of Opinions that relate tangentially to the use of public monies or facilities at colleges or universities.   Defendant Evans further objects for the reason that the request calls for documents which are protected

4

by the deliberative process privilege, the attorney-client privilege, and the work product doctrine.

     9.    Produce all documents that constitute, reflect or relate to any resolutions considered by any part of the Alabama state legislature in 1992 that concerned the Auburn Gay and Lesbian Association or gay and lesbian student groups generally.

<u>Response</u>: None.

    10.    Produce all documents that concern, discuss, reflect or relate to the Alabama legislature's consideration of the bill(s) that became Section 16-1-28.

<u>Response</u>: Other than the documents identified in Defendant's Response to Request No. 1, there are none.

    11.    Produce all documents that concern, discuss, reflect or relate to Section 16-1-28 or its requirements.

<u>Response</u>: Please refer to Defendant Evans' Responses to Requests Nos. 1 and 4.

    12.    Produce all documents that concern, discuss, reflect or relate to any effort by Defendant to make any person or institution aware of Section 16-1-28's requirements or to enforce those requirements.

<u>Response</u>: Other than the documents identified in Defendant Evans' Response to Request No. 4, there are none.

5

13. Produce all documents that concern, discuss, reflect or relate to any inquiries to Defendant about Section 16-1-28 or its requirements.

Response: Please refer to Defendant Evans' Response to Request No. 12.

14. Produce all documents that constitute, reflect or refer to any state rules, regulations, policies or practices that would govern or restrict the activities of a student group at the USA, including, but not limited to, the Gay Lesbian Bisexual Alliance ("GLBA").

Response: Defendant Evans does not have personal knowledge of any such documents.

15. Produce all documents that constitute, reflect or refer to any state rules, regulations, policies or practices that would govern or restrict the use of public college or university property in Alabama by persons not associated with the school

Response: Defendant Evans does not have personal knowledge of any such documents.

16. Produce all documents that concern, discuss, refer or relate in any way to GLBA's ability to maintain an on-campus bank account at USA.

Response: Defendant Evans does not have personal knowledge of any such documents.

6

17. Produce all documents that concern, discuss, refer or relate in any way to GLBA's ability to receive Student Government Association ("SGA") funding at USA.

Response: Please refer to Defendant Evans' Response to Request No. 4.

18. Produce all documents that concern, discuss, refer or relate in any way to GLBA's ability to use public facilities at USA.

Response: Please refer to Defendant Evans' Response to Request No. 4.

19. Produce all documents that concern, discuss, refer or relate in any way to a fact-finding inquiry at USA concerning GLBA.

Response: Other than the references made in the Answers and Responses filed by Defendants Whiddon and Adams in this action, Defendant Evans has no personal knowledge of any such documents.

20. Produce all documents that concern, discuss, refer or relate to the Auburn Gay and Lesbian Association.

Response: Defendant Evans has no personal knowledge of any such documents.

7

21. Produce all documents, not already produced above, that concern, refer or relate in any way to any gay, lesbian and/or bisexual student group at any public school in Alabama.

Response: Defendant Evans has no personal knowledge of any such documents.

22. Produce all other documents, not already produced in response to the above, that concern, refer or relate in any way to Section 16-1-28.

Response: Please refer to Defendant Evans' Responses to Requests Nos. 1 and 4.

23. Produce all other documents, not already produced in response to the above, that concern, refer or relate in any way to GLBA.

Response: Defendant Evans has no personal knowledge of any such documents, other than those referred to in his Responses to the preceding Requests.

24. Produce all other documents, not already produced in response to the above, that Defendant may rely upon in his defense of this action.

Response: Defendant Evans has no other such documents at this time.

魯 0303

25. Produce all documents, not already produced in response to the above, that are identified or referred to by Defendant in response to the accompanying Plaintiff's First Set of Interrogatories to Defendant Jimmy Evans.

Response: Defendant Evans has no personal knowledge of any such documents.

_____
Howard A. Mandell

ATTORNEY FOR JIMMY EVANS, IN HIS
OFFICIAL CAPACITY AS ATTORNEY
GENERAL OF THE STATE OF ALABAMA

25 South Court Street
Post Office Box 4248
Montgomery, AL 36103
(205) 262-1666

9

▩ 0304

STATE OF ALABAMA                )

COUNTY OF MONTGOMERY            )

Before me, the undersigned authority, a Notary Public in and
for said State at Large, personally appeared JIMMY EVANS who, after
being made known to me and being first duly sworn by me, says that
the information contained in the foregoing Response is true and
correct to the best of his knowledge, information, and belief.

_____
Jimmy Evans

SWORN TO AND SUBSCRIBED before me on this the ___9th___ day
of ~~January~~ *FEBRUARY*, 1994.

_____
Notary Public
My Commission Expires: 3/15/97

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing RESPONSE TO REQUEST FOR PRODUCTION have been furnished to the following by United States Mail, postage prepaid, on this the 9th day of February, 1994:

> Honorable Fern Singer
> Attorney for Alabama Civil Liberties Union
>   of Alabama
> Post Office Box 530412
> Birmingham, Alabama   35253
>
> Honorable Ruth E. Harlow
> Attorney for American Civil Liberties Union
>   Foundation
> 132 West 43rd Street
> New York, New York   10036
>
> Honorable J. Fairley McDonald, III
> Honorable George W. Walker, III
> Attorney for Defendants Frederick P.
>   Whiddon and Dale T. Adams
> Post Office Box 347
> Montgomery, Alabama   36101-0347

Howard A. Mandell

11

0306