RECEIVED

94 MAR 18 AM 10: 23

THOMAS C. CAVER
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

NO. 93-T-1178-N

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAY LESBIAN BISEXUAL ALLIANCE,

Plaintiff,

v.

JIMMY EVANS, in his official capacity as Attorney General
of the State of Alabama, FREDERICK P. WHIDDON, in his official
capacity as President of the University of South Alabama, and
DALE T. ADAMS, in his official capacity as Dean of Students of
the University of South Alabama,

Defendants.

JOINT RECORD OF THE PARTIES
VOLUME II

FERN SINGER
Watterson and Singer
P.O. Box 530412
Birmingham, AL 35253
(205) 871-3980
As Cooperating Attorney
  for the ACLU of Alabama

RUTH E. HARLOW
WILLIAM B. RUBENSTEIN
American Civil Liberties
  Union Foundation
132 West 43rd Street
New York, NY 10036
(212) 944-9800, ext. 545

Attorneys for Plaintiff

J. FAIRLEY MCDONALD, III
GEORGE W. WALKER, III
Copeland, Franco, Screws
  & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101
(205) 834-1180

Attorneys for Defendants
  Whiddon and Adams

HOWARD A. MANDELL
25 South Court Street
Montgomery, AL 36104
(205) 262-1666

Attorney for Defendant
  Evans

# JOINT RECORD TABLE OF CONTENTS

## Volume I

1.  Stipulation By All of the Parties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0001

2.  Complaint, dated Sept. 27, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0003

3.  Answer of Defendants Whiddon and Adams, dated Oct. 20, 1993. . . . . . . . . . 0023

4.  Order Denying Defendant Evans's Motion to Dismiss, dated Dec.
    27, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0031

5.  Answer of Defendant Evans, dated Feb. 18, 1994. . . . . . . . . . . . . . . . . . . . . . 0036

6.  Act No. 92-439/H. 454 as passed by the House and the Senate of
    the Alabama Legislature and approved by the Governor. . . . . . . . . . . . . . . . 0043

7.  Resolution No. 92-005, passed by voice vote of the Alabama
    Senate on Jan. 31, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0045

8.  H.R. 111, passed by a 64-3 vote of the Alabama House on Feb.
    26, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0047

9.  Request by Hon. Perry O. Hooper, Jr., for an Attorney General's
    Opinion, dated Feb. 18, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0050

10. Attorney General's Opinion issued to Hon. Perry O. Hooper, Jr.,
    dated Mar. 19, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0057

11. Statement of Hon. Perry O. Hooper, Jr., dated Mar. 19, 1992. . . . . . . . . . . . 0061

12. Complaint with attachments in Auburn University v. The Auburn Gay
    and Lesbian Association et al., No. 92-H-374-E, Middle District
    of Alabama. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0064

13. Memorandum Opinion in Auburn University v. The Auburn Gay and
    Lesbian Association et al., dated May 11, 1992. . . . . . . . . . . . . . . . . . . . . . . 0186

14. "House bill aims to end funding of gay groups," Crimson White,
    Feb. 28, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0192

| 15. | "Measure targets homosexual groups," <u>Tuscaloosa News</u>, Mar. 5, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0193 |

| 16. | "Gay groups dealt setback by Evans," <u>Montgomery Advertiser</u>, Mar. 20, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0194 |

| 17. | "Leaping Into the Fray Over Gay Group at Auburn," <u>The New York Times</u>, Mar. 22, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0195 |

| 18. | "Bill prohibits funding for gay student groups," <u>Mobile Press</u>, May 1, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0196 |

| 19. | "Homosexual prohibition roll call," <u>Mobile Register</u>, May 1, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0197 |

| 20. | Request by Defendant Whiddon for an Attorney General's Opinion, dated Feb. 12, 1993, with complete attachments. . . . . . . . . . . . . . . . . . . . . . . . . 0198 |

| 21. | Attorney General's Opinion issued to Defendant Whiddon, dated July 29, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0210 |

| 22. | Declaration of George Hite Wilson, President of Plaintiff Gay Lesbian Bisexual Alliance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0212 |

| 23. | Declaration of Michael Mitchell, President of University of South Alabama Student Government Association. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0230 |

| 24. | Declaration of John W. Bales, Member of the Board of Directors, Auburn Gay and Lesbian Association. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0233 |

| 25. | Plaintiff's First Set of Requests for Admission to Defendants Whiddon and Adams. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0237 |

| 26. | Defendants Whiddon's and Adams's Responses to First Set of Requests for Admission. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0240 |

| 27. | Defendant Adams's Response to Plaintiff's First Set of Interrogatories. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0242 |

| 28. | Defendant Whiddon's Response to Plaintiff's First Set of Interrogatories. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0263 |

| 29. | Defendant Evans's Response to Plaintiff's First Set of Interrogatories. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0278 |

| 30. | Defendant Whiddon's And Adams's Response to Plaintiff's First Request for the Production of Documents. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0285 |

| 31. | Defendant Evans's Response to Plaintiff's First Request for the Production of Documents. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0296 |

## Volume II

| 32. | SGA Senate Minutes, Jan. 7, 1991. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0307 |

| 33. | USA File of Original and Renewal Applications for Plaintiff as Registered Student Organization (school years 91/92, 92/93, and 93/94). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0309 |

| 34. | Student Services Staff Meeting Minutes (redacted) Feb. 4, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0324 |

| 35. | Student Services Staff Meeting Minutes (redacted) Feb. 18, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0325 |

| 36. | Student Services Staff Meeting Minutes (redacted) Mar. 24, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0326 |

| 37. | Letter received by Defendant Adams on June 12, 1992, from Carol Story. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0327 |

| 38. | July 31, 1992, Memorandum from Defendant Adams to Maxey Roberts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .0328 |

| 39. | SGA Committee Budget Request Form, Social and Athletic Development Committee, dated July 1, 1992. . . . . . . . . . . . . . . . . . . . . . . . . 0329 |

| 40. | SGA Budget, Summer Quarter 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0330 |

| 41. | Student Services Staff Meeting Minutes (redacted) Oct. 6, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0331 |

| 42. | Fall Quarter 1992 Budget/Appropriation Request by Plaintiff. . . . . . . . . . . . . 0333 |

| 43. | SGA Committee Budget Request Form from Public Relations/Advertising Committee, dated Nov. 11, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0335 |

3

44. Appropriations Bill 11-16-92-01, dated Nov. 11, 1992. . . . . . . . . . . . . . . . . 0336

45. Memorandum from George Hite Wilson to Student Organization
    Presidents and Faculty Advisors, regarding World AIDS Day,
    December 1, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0337

46. Poster for World AIDS Day 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0340

47. SGA Senate Minutes, Oct. 12, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0341

48. SGA Senate Minutes, Oct. 19, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0356

49. SGA Senate Minutes, Nov. 9, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0360

50. SGA Senate Minutes, Nov. 16, 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0363

51. SGA Senate Minutes, Nov. 30, 1992 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0366

52. SGA Committee Budget Request Form from Social and Athletic
    Development Committee, dated Oct. 7, 1992. . . . . . . . . . . . . . . . . . . . . . . . . 0369

53. SGA Committee Budget Request Form from Social and Athletic
    Development Committee, dated Nov. 18, 1992. . . . . . . . . . . . . . . . . . . . . . . . 0370

54. Appropriations Bill 11-18-92-02, dated Nov. 18, 1992. . . . . . . . . . . . . . . . . 0371

55. Fall Quarter 1992 Budget/Appropriation Request by Black
    Student Union. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0372

56. Fall Quarter 1992 Budget/Appropriation Request by Greek
    Week/Interfraternity Council. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0375

57. Fall Quarter 1992 Budget/Appropriation Request by Rho Theta
    Chapter of Phi Alpha Theta. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0378

58. SGA Budget, Fall Quarter 1992. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0381

59. Original Winter Quarter 1993 Budget/Appropriation Request by
    Plaintiff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0382

60. Proposed SGA Budget for Winter Quarter 1993, including $651 to
    Plaintiff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0385

4

61. Proposed SGA Budget for Winter Quarter 1993, omitting Plaintiff's Request. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0386

62. SGA Senate Minutes, Jan. 25, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0387

63. Student Services Staff Meeting Minutes (redacted) Jan. 26, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0394

64. Letter to [George] Hite Wilson from Defendant Adams, dated Jan. 27, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0396

65. Revised Winter Quarter 1993 Budget/Appropriation Request by Plaintiff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0397

66. Letter from Michael Mitchell to Maxey Roberts, dated Jan. 29, 1993, with enclosures. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0401

67. SGA Committee Budget Request Form, Social and Athletic Committee, dated Jan. 20, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0406

68. Winter Quarter 1993 Budget/Appropriation Request by Alpha Area Council. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0408

69. Winter Quarter 1993 Budget/Appropriation Request by ASEAN Student Association. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0409

70. Winter Quarter 1993 Budget/Appropriation Request by Epsilon Area Council. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0413

71. Winter Quarter 1993 Budget/Appropriation Request by Pakistan Students Association. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0416

72. Winter Quarter 1993 Budget/Appropriation Request by Vietnamese Student Association. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0419

73. Spring Quarter 1993 Budget/Appropriation Request by Plaintiff. . . . . . . . . . . . 0422

74. SGA Senate Minutes, April 19, 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0425

75. SGA Proposed Budget, Spring Quarter 1993. . . . . . . . . . . . . . . . . . . . . . . . . 0432

76. SGA Budget, Spring Quarter 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0433

| 77. | Spring Quarter 1993 Budget/Appropriation Request by Council of International Student Organizations. | 0434 |

| 78. | Winter/Spring/Summer 1993 Budget/Appropriation Request by Chinese Students and Scholars Association. | 0440 |

| 79. | Spring Quarter 1993 Budget/Appropriation Request by Singapore Student Association. | 0443 |

| 80. | Student Services Staff Meeting Minutes, April 20, 1993. | 0447 |

| 81. | Student Services Staff Meeting Minutes, May 18, 1993. | 0449 |

| 82. | Student Services Staff Meeting Minutes, June 29, 1993. | 0450 |

| 83. | Letter from Defendant Adams to George Hite Wilson, dated June 29, 1993. | 0452 |

| 84. | Letter from George Hite Wilson to Defendant Adams, dated July 27, 1993. | 0453 |

| 85. | Check issued to George Hite Wilson from University of South Alabama in the amount of $16.31, dated Aug. 11, 1993. | 0454 |

| 86. | Memorandum from Defendant Adams to George Hite Wilson, dated Aug. 26, 1993. | 0455 |

| 87. | Memorandum to "GLBA Fact-Finding Committee" from Defendant Adams, dated Sept. 17, 1993. | 0456 |

| 88. | Memorandum from Defendant Adams regarding "Ad Hoc GLBA Committee," dated Sept. 29, 1993. | 0457 |

| 89. | Memorandum from Defendant Adams to Maxey Roberts, dated Oct. 13, 1993. | 0458 |

| 90. | Fall Quarter 1993 Budget/Appropriation Request by Plaintiff. | 0459 |

| 91. | SGA Senate Minutes, Oct. 18, 1993. | 0462 |

| 92. | SGA Senate Minutes, Nov. 1, 1993. | 0468 |

| 93. | SGA Committee Budget Request Form, Social and Athletic Committee, dated Oct. 13, 1993. | 0471 |

6

| 94. | SGA Committee Budget Request Form, Minority Affairs Committee, Fall Quarter 1993. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0472 |

| 95. | Fall Quarter 1993 Budget/Appropriation Request by Alpha Epsilon Delta. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0473 |

| 96. | Job Description of the Dean of Student Services from the Faculty Handbook. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0476 |

| 97. | "Keep the Connection," Resource Manual for Student Clubs and Organizations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0478 |

| 98. | Rules for Allocation of SGA Funds (Title VII of SGA Code-of-Laws) from 1993-95 "The Lowdown Student Handbook," as well as version in effect 1991-93. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0499 |

| 99. | Code of Student Conduct. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0502 |

| 100. | Information about the University Center, pages 14-15 from 1993-95 "The Lowdown." . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0506 |

| 101. | Information about Jaguar Productions, pages 25-26 from 1993-95 "The Lowdown." . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0507 |

| 102. | The "Mission" of USA, pages 67-68 from the 1993-95 "The Lowdown." . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0509 |

| 103. | USA Statement of Policy on substance abuse from 1993-95 "The Lowdown." . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0511 |

| 104. | Constitution of the SGA at USA, Article III. . . . . . . . . . . . . . . . . . . . . . . . . . | 0517 |

| 105. | List of Registered Student Organizations from 1993-95 "The Lowdown." . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0518 |

| 106. | "Make the Connection," 1993-94 Directory of Student Organizations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0530 |

| 107. | "The Gang's All Here," 1992-93 Student Organizations Directory. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0545 |

| 108. | "We're Here to Help You ... Get Involved," pamphlet of the Freshman Activities and Assistance Board. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0560 |

109. List of Jaguar Productions Speakers, 1990-1993 . . . . . . . . . . . . . . . . . . . . . . .0564

110. Lists of persons or groups not associated with USA that utilized
     university facilities by reserving that space, 1990-1993. . . . . . . . . . . . . . . . . 0565

Submitted as Separately-Bound Portions of the Joint Record --

1.  Original Transcript of the Deposition of Defendant Dale T. Adams, with exhibits.

2.  Original Transcript of the Deposition of Defendant Jimmy Evans, with exhibits.

RECEIVED

94 MAR 18 AM 10: 24

THOMAS SGA SENATE MINUTES
U.S. DISTRICT JANUARY 1991
MIDDLE DISTRICT ALA

SGA SENATE MINUTES
JANUARY 1991

ROLL CALL

OFFICERS PRESENT: President McDougald,Vice President  Walker,
Treasurer Hunt, Chief Justice Howell, Attorney
General Banker.

OFFICERS ABSENT: None

SENATORS PRESENT: Ammons, Bennett, Cook, Davis J.T., Davis Te.,
Johnson L, Lindsey, LeCroy, McConico, Nelson E,
Scott, Weekley, Word, McAlister.

SENATORS ABSENT: Davis Tr, DeWitt, Gray, Higgins, Hillman, Crawley,
Johnson C, Naron, Nelson L, Reed, Williams,
Hinchman, Abbott.

OFFICERS' REPORTS:

PRESIDENT: Read Thank You notes from Red Ribbon Week, and Erica
Nelson.
Mr. USA pageant is Thursday at 7:00 in the UC
Ballroom.
Wednesday at 4:00 in room 222 there will a conflict
resolution seminar.  See Keith Ammons for an
invitation.
SGA sponsored blood drive is February 4th and 5th.
See Heather to volunteer.  Meeting with Red Cross is
January 15th at 2:00.
SIMUN is January 24-26.  DSMUN is April 10-13 at the
Mobile Hilton.  There will be a meeting on January
15th at 3:00 for more information.
The Homecoming Dance is February 16th.  The band
will be Xposure.  The dance is semi-formal, at the
Riverview, $3 a person or $5 a couple.  If you buy
T-shirt, the dance is free.

VICE PRESIDENT: NONE

TREASURER: The Ski Trip was fun.
Budget meeting is January 14th.  Dress nicely,
pictures will be taken.  Budget request deadline is
Friday at 5:00.

0307

CHIEF JUSTICE:     NONE

ATTORNEY GENERAL:   NONE

COMMITTEE REPORTS:     NONE

SPECIAL ORDERS:      NONE

UNFINISHED BUSINESS:   NONE

NEW BUSINESS:        NONE

ANNOUNCEMENTS:      LeKecia--Mary Francis Berry will be here
                    January 16th at 8:00 for Black
                    Awareness Month.  January 31, KRS 1
                    will be here.  February 9th is the
                    Greek Show.
                    Keith--Next week is Sex Awareness Week.  This
                    will include a Sex Game Show, Forum
                    with Doctors, Free Condoms, and the
                    speaker Bob Hall.
                    Heather--January 21st is Martin Luther King
                    Jr.'s birthday.  We may vote to
                    cancel the meeting.
                    Franklin--Encourage all senators to come for the
                    budget meeting next week.

      MOTION:        1/07/91/01            MOTION PASSES BY
                                           ACCLAMATION
      TITLE:         Adjournment
      SPONSOR:       Keith Ammons
      STATING:       To adjourn the meeting at 8:42 p.m.

🖫 0308

# UNIVERSITY OF SOUTH ALABAMA

# APPLICATION FOR RENEWAL
# AS A REGISTERED STUDENT ORGANIZATION

NAME OF ORGANIZATION  GAY, LESBIAN, BISEXUAL ALLIANCE (GLBA)

TYPE OF ORGANIZATION (Social, professional, religious, etc.) Social/Special Interest

## OFFICERS

President George Hite Wilson

Address 608 Azalea Rd #1304

Mobile, AL  36609

Telephone 602-0524

Student Number 091819

Vice President Mindy McCuiston

Address PO Box U-1741

Mobile, AL  36688

Telephone 343-8216

Student Number 090272

Secretary Matthew Williams

Address _____

_____

Telephone _____

Student Number 100807

Treasurer M. Tate Tenorio

Address 7122 Shortline Ct

Mobile, AL  36695

Telephone 633-3684

Student Number 096193

Advisor Dr. Lawrence Schehr

Campus Address HUMB-322 _____ Campus Telephone -6291

Along with this application, submit a current list of members, the most current copy of your organization's constitution and/or by-laws, and the student organization information form.

## UPDATE THIS INFORMATION DURING THE YEAR AS SOON AS CHANGES ARE MADE.

PLEASE RETURN TO THE STUDENT ACTIVITIES OFFICE, UNIVERSITY CENTER 131. TELEPHONE: 460-7003.

# STUDENT ORGANIZATION INFORMATION FORM

Please complete this form briefly and accurately. This is the information that will be printed in our Student Organization Directory.

Name of Organization GAY, LESIBAN, BISEXUAL ALLIANCE

Purpose of Organization Provide a foundation for unification for homo-sexual and non-homosexual people of the student population, education of the university community on the fears and dangers of homphobia and provide a support system for U.S.A.'s LESBIGAY students.

Membership Requirements USA under-graduate or graduate student.

Activities Planned Speakers Bureau, social activities, film for World AIDS Day (And The Band Played On), support discussions on Coming Out to family & friends, and health issues.

President's Name George Hite Wilson

Address 608 Azalea Rd #1304

Mobile, AL 36609

Telephone Number 602-0524

Advisors Name Dr. Lawrence Schehr

Address HUMB-322
(Building)

(Room No.)
Telephone Number 460-6291

0310

## University of South Alabama
### GAY AND LESBIAN STUDENT ALLIANCE (GLSA)
### Constitution

PURPOSE:

The purpose of Glsa is to provide a foundation for unification for homosexual and nonhomosexual people of the student population, in order to draw support to further our efforts in educating all members of the university community on the fears and dangers of homophobia and to provide a support system for the University of South Alabama's homosexual students.

ARTICLE ONE: TERMS OF OFFICE FOR OFFICERS

Elections of the officers of this organization will be held at hte next to last meeting in May. Terms of office will be for one year. A candidate for office must be a student in good standing (2.00 GPA) at USA and must be a member in good standing in GLSA.

ARTICLE TWO: MEETING TIMES

A. Meetings will be held every Wednesday.
B. The meeting times will be from 5 pm- 7pm on the first and third Wednesdays of every month and from 7 pm- 9 pm on the second and fourth wednesdays.
C. Officer's meetings will be held weekly or as deemed necessary by an officer.
D. This article may be amended by a majority vote of all members.

ARTICLE THREE: OFFICES AND COMMITTEES

A. President
    1. The president will preside at all general and officer's meetings.
    2. The president will determine the agenda for both meetings.
    3. The president will be the official spokesperson in all situations concerning GLSA.
    4. The president may delegate these and other duties to the vice-president and/or committees as need be in conformance with the constitutional powers of the other offices.
    5. The president will call for committees when appropriate and approved by a majority vote of members present.
    6. If the president is unable to complete the term of office, the vice-president will assume the presidency.

B. Vice-President
    1. The VP will preside at any time the president cannot.
    2. The VP will accompany the president to all official meetings involving faculty, press, counsel,etc.
    3. The VP will oversee all committees and collect all reports to be submitted to the president, except for the Executive Committee.
    4. If the VP is unable to complete the term of office, a special election will be called to fill the office for the remainder of the term.

F. Any person who has been expelled may petition for readmittance into GLSA after one calendar year, subject to a majority vote by all members.

ARTICLE SEVEN: SELECTION OF A FACULTY ADVISOR
A. Any potential advisor will be contacted by the president.
B. A meeting will be set up between the potential advisor, the president, the vice-president, and any interested members. A faculty agreeing to become an advisor to GLSA will then meet with the general membership. A mojority vote of the members present will be required to approve the selection of the newe advisor.
C. bThe faculty advisor will be present at all elections ,and voting procedures for reprimands or expulsions.
D. The advisor will be responsible for parliamentary procedure during the elections and confirm the results of the vote.

ARTICLE EIGHT: ELECTION PROCEDURES
A. Elections will be held at the next to last meeting in may. Terms of office will be one year beginning at the last meetin in May. This last meeting will be a "formal" meeting where the offices are turned over to their successors.
B. A list of the members will be published two weeks prior to the election. Only persons on the voting list will be eligible to vote.
C. Nominations will be taken one week prior to the elections. All nominations must be heard and seconded. Nominees need not be present to be placed on the ballot; however, they may decline nomination before the vote is taken. No nominations will be taken the night of the elections.
D. The advisor will be responsible for parliamentary procedure during the elections.
E. Candidates will be allowed three minutes to speak Before the election of their respective office in order to make any statements concerning intent, and ability for the office.
and
F. All elections will be conducted by secret ballot unless changed by a majority vote of members present.
G. Members unable to attend the elections may submit, in advance, a written, signed ballot to the advisor. This must include the members student ID number and turned in, in person.
H. A simple majority vote will be sufficient for the election of an officer.
I. In the event that a single nominee declines the nomination on election night a write in vote will be allowed.

ARTICLE NINE: IMPEACHMENT OF OFFICERS
A. Any officerswho becomes an associate will be immediately removed from office. The office will be filled by the provisions stated in Article 3.

8 0312

        B.   Any officer who fails to perform the specific duties
            assigned to the office will be removed from office
            subject to approval of a two-thirds majority of all
            members.
        C.   Any officer who is reprimanded is subject to removal from
            office by the consenting vote of a two-thirds majority
            of all members.  An officer who is expelled will be
            removed from office.

ARTICLE TEN:  AMENDING THE CONSTITUTION.

        A.   A request for an amendment to the constitution may
            be made by any member.
        B.   The addition of an amendment will be decided by a
            majority vote of two-thirds of all members.

0313

## PURPOSE OF THE GAY AND LESBIAN STUDENT ALLIANCE

To provide a foundation for unification for homosexual and non-homosexual people of the student population, in order to draw support to further our efforts in educating all members of the university community on the fears and dangers of homophobia and to provide a support system for South Alabama's homosexual students.

0314

## GAY AND LESBIAN STUDENT ALLIANCE

of the

University of South Alabama

Advisor: Dr. Larry Schehr

President: Terri F. Elliott

Vice President: James Verdier

Secretary: Caron Crooke

Treasurer: Daniel Fisher

0315

## REQUEST TO FORM AN ORGANIZATION

To Whom it may concern:

We, the undersigned (see membership list), wish to form
the Gay and Lesbian Student Alliance (GLSA) at the University
of South Alabama. We formally request that we be recognized
as an organization on the campus of South Alabama.   The
primary goal of GLSA is to further basic human rights and
awareness within the university, among the students, and
in the community-at-large.

Thank you for your time and cooperation.

With Respect,

Terri F. Elliott, president
And the charter members of
GLSA

0316

## JUSTIFICATION FOR NEED

Whereas the needs of gay and lesbian students have not been met in the past at the University of South Alabama, this organization will attempt to address these needs by focusing in emotional, political, and psychological awareness of the homosexual student.

The organization will serve as an open forum where current political issues can be discussed. Through its activities, fora, and discussions, the Gay and Lesbian Student Alliance (GLSA) will help heighten the awareness of the student body to the needs of its large gay and lesbian population and will work fervently to combat homophobia and to foster understanding of the dangers of homophobia on a university campus.

We will also invite gay and lesbian individuals in the community who are successful and who can therefore provide positive role models to students.

This organization will provide information and assistance on issues that consern the general health and well-being of its members and the university community as a whole. The organization will be a support system for its members and an information source for the entire university community.

## STATEMENT OF COMPLIANCE WITH UNIVERSITY

### RULES AND REGULATIONS

We, the members of the Gay and Lesbian Student Alliance do, hereby, agree to conform and respect all university rules and regulations in meetings, on and off campus; and during all GLSA functions.

0318

# UNIVERSITY OF SOUTH ALABAMA

72/93

# APPLICATION FOR RENEWAL
# AS A REGISTERED STUDENT ORGANIZATION

NAME OF ORGANIZATION _Gay & Lesbian Student Alliance (GLSA)_

TYPE OF ORGANIZATION (Social, professional, religious, etc.) _Social/support_

## OFFICERS

President _George Hite Wilson_

Address _PO Box 81571_

_Mobile AL 36608-3093_

Telephone _666-9824_

Student Number _9819_

Vice President _vacant_

Address _____

_____

Telephone _____

Student Number _____

Secretary _Elvis White_

Address _5704 Lisloy Drive_

_Mobile, AL 36608_

Telephone _(205)-343-0319_

Student Number _81415_

Treasurer _James Verdier_

Address _PO Box U-777 USA_

_Mobile AL 36688_

Telephone _(205) 343-0811_

Student Number _80529_

Advisor _Lawrence Schehr_

Campus Address _322 Humanities_ _____Campus Telephone _460-6291_

Along with this application, submit a current list of members, the most current copy of your organization's constitution and/or by-laws, and the student organization information form.

UPDATE THIS INFORMATION DURING THE YEAR AS SOON AS CHANGES ARE MADE.

PLEASE RETURN TO THE STUDENT ACTIVITIES OFFICE, UNIVERSITY CENTER 131. TELEPHONE: 460-7003.

0319

# STUDENT ORGANIZATION INFORMATION FORM

Please complete this form briefly and accurately. This is the information that will be printed in our Student Organization Directory.

Name of Organization _Gay & Lesbian Student Alliance_

Purpose of Organization _____

_____

_____

Membership Requirements _____

_____

_____

Activities Planned _Workshops on Homophobia, women's issues, civil rights and other areas which affect the lesbian, gay bisexual and heterosexual community. A delegation from GLSA will attend the National March on Washington for Lesbian, Gay and Bi Equal Rights in April 1992._

President's Name _George Hite Wilson_

Address _PO Box 81571_

_Mobile AL 36608-3093_

Telephone Number _666-9824_

Advisors Name _Lawrence Schehr_

Address _Humanities_

_(Building)_ _322_

_(Room No.)_

Telephone Number _460-6291_

**NOTES**

_Gay & Lesbian Student Alliance (GLSA)_

_officially changed its name to the_

_Gay, Lesbian & Bisexual Alliance (GLBA)_

_effective Winter Quarter 1993_

_George Hite Wil_

_President GLBA_

0520

STUDENT ORGANIZATION INFORMATION FORM

Please complete this form briefly and accurately. This is the information that will be printed in our Student Organization Directory.

NAME OF ORGANIZATION _Gay and Lesbian Student Alliance (GLSA)_

PURPOSE OF ORGANIZATION _____

MEMBERSHIP REQUIREMENTS _Open to any student with an interest in human Rights_

ACTIVITIES PLANNED:

FALL QUARTER _____

WINTER QUARTER _guest lecturers ex._

SPRING QUARTER _Names Project with Jaguar Productions, guest lecturers._

🖾 0321

OFFICER LIST

NAME OF ORGANIZATION _Gay and Lesbian Student Alliance_

TYPE OF ORGANIZATION (social, religious, departmental, etc.) _political / social_

PRESIDENT _TERRI Elliott_

ADDRESS _720 Iris Ave._
_Mobile, AL 36606_

TELEPHONE _(205) 473-7017_

STUDENT NUMBER _9D303_

VICE-PRESIDENT _JAMES VERDIER_

ADDRESS _P.O. Box 11777_
_MOBILE, AL 36688_

TELEPHONE _(205) 341-4695 or 343-0811_

STUDENT NUMBER _80529_

SECRETARY _CARON COOKE_

ADDRESS _6011 Old Shell Road Apt. #29_
_MOBILE, AL 36608_

TELEPHONE _(205) 342-4429_

STUDENT NUMBER _79183_

TREASURER _Daniel Fisher_

ADDRESS _551 Village Green East Apt #118_
_Mobile, AL 36609_

TELEPHONE _(205) 666-3128_

STUDENT NUMBER _85601_

ADVISOR _DR. Larry Schehr_

ADDRESS (Building) _HUMANITIES_
(Room No.) _Foreign Lang. Dept._

TELEPHONE

0322

18 December 1991

M E M O R A N D U M

To:     Ms. Sally Cobb
        Student Activities

From:   Lawrence R. Schehr
        Professor of French

Re:     Gay and Lesbian Student Alliance

I have been asked to be the official faculty adviser for the Gay
and Lesbian Student Alliance (GLSA).   I have accepted this
invitation and will serve in this capacity.

0323

PRESENT: Phil Theodore, Don Christian, Sally Cobb, David Hilton, Paula Smith, Jody Dunn, Jarmora Valrie, Jon Autry, Mike Nuss, Al Clark, Dean Adams.

2. Received letter from Baptist Campus Ministries about new gay-lesbian organization on campus. Any student group seeking recognition cannot be denied (legally) unless the group advocates something that is against the law.

0324

STUDENT SERVICES STAFF MEETING

February 18, 1992

PRESENT:  John Autry, Al Clark, Mike Nuss, David Hilton, Tom Martin, Sally
Cobb, Keith Ammons, Jarmora Valrie, Don Christian, Bernita Pulmas, Phil
Theodore, Dean Adams.

3.  Have received more letters re Gay and Lesbian Student Association  (from
ministers.) S.G.A. at Alabama has asked Attorney General to get involved to
answer question if it is legal to give group money.  Alabama group is 9 years old
and UAB group is also about that old.

0325

PRESENT: Jon Autry, Jarmora Valrie, Mike Nuss, Paula Smith, Jody Dunn, Tom
Martin, Bernita Pulmas, Don Christian, Phil Theodore, Al Clark, David Hilton,
Dean Adams.

1. Auburn has asked the court to rule on Gay & Lesbian Student Alliance.
There is also a broad bill pending in the State legislature that supports
denial of money to any organization supporting sexual misconduct...the
target being sodomy. However, according to State law, sexual misconduct
also includes fornication which means that sex outside of marriage is illegal.
The court's ruling in Auburn's case would give direction to other schools now
addressing the question of the legality of funding a gay organization. The
USA group plans to go to SGA to request funds in the future.

Some letters have been received from individuals and ministers protesting
the registration of this group.

0326

Dear Sir,

We at the Gay and Lesbian
Student Alliance would like to open
an account with the University of South
Alabama. Your cooperation in this matter
will be greatly appreciated.

Thank you,

Carol Strug

President - GLSA

Mailing address:          Phone - 343-5107
311 Azalea Circle                    or 343-6657
Mobile, AL
36608

RECEIVED

JUN 12 1992

Dean of Students
University of South Alabama

ATTACHMENT XVI

0327

 **CAMPUS MEMORANDUM**

UNIVERSITY OF SOUTH ALABAMA

July 31, 1992

TO:     Ms. Maxey Roberts
        University Attorney

FROM:   Dr. Dale T. Adams
        Dean of Students

RE:     Gay & Lesbian Student Alliance

Attached find a request from the GLSA for a campus account.
I am sure this is a forerunner to asking for funds from
SGA for a social event.

With that in mind, I am asking for your opinion and
recommendation for our action on this matter in light of
the law passed in the last general assembly.

The constitution for the organization is attached.  As you
can see their purpose as stated is education and support.
I do not believe that either of these purposes are in
violation of the law.

UAB at this point has declared the group "legal" based on
their interpretation of the law (via conversation with
Ginny Gauld).  It would be my recommendation to stay the
course at this point; open an account.  We have allowed them
to continue to use the facilities.

Attach:

█ 0328

## SGA COMMITTEE BUDGET REQUEST FORM·

Must be submitted to the Vice President by the budget request deadline each quarter.  All funds requested must be directly related to the committee function and must benefit the students.  Remember, funds are extremely limited.

Check with the Vice President at the beginning of each quarter for the quarter's request deadline and your committee's account balance.

NAME OF COMMITTEE _Social and Athletic Development_

COMMITTEE CHAIR _Chris Oliver_

QUARTER: (Summer) Fall  Winter  Spring  YEAR: _1992_

TOTAL BUDGET REQUEST FOR QUARTER: ~~$1700.00~~ _1725.00_

BREAKDOWN OF BUDGET:

_Ticketmaster - $150.00/month × 4months = $ 600.00_

_Beach Trip - co-sponsored with RLC_ /_J.P. wanna_ ~~100.00~~ 125.00 _Vail Fee yes_

_Fall Orientation "Shindig"_ (_Lee 760 untpau_) = 1000.00 _General Tshirt_

BENEFITS TO STUDENT BODY: _availability of concert/event_

_tickets, social interaction for new students, publicize_

_SGA's name_

Signature of Committee Chair _Chris Oliver_

Date submitted _7/1/92_

Signature of Vice President_____

Date received_____

FOR OFFICE USE:

rec'd. _7/1/92_

acct. balance_____
as of_____

0329

## STUDENT GOVERNMENT ASSOCIATION
## SUMMER QUARTER 1992
## APPROVED BUDGET

Operating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1,500.00

Salaries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5,500.00

Appropriations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6,274.00

Campus Improvements and Safety . . . . . . . . . . . . . . . . . . . . . . . . 70.00

Hillsdale Interests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 216.00

In-House Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 545.00

Public Relations and Advertising . . . . . . . . . . . . . . . . . . . . . . . . 1545.00

Social and Athletic Development . . . . . . . . . . . . . . . . . . . . . . . . 1725.00

Recruitment and Orientation . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108.00

Geology Club . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 750.00

Knights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0.00

Panhellenic Council . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 500.00

Pi Kappa Phi . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0.00

Sigma Alpha Epsilon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0.00

Sigma Chi . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0.00

TOTAL . . . . . . . . . . . . . . . . . . . . . . $18,733.00

0330

STUDENT SERVICES STAFF MEETING
October 6, 1992

PRESENT: Jarmora Valrie, Paula Smith, Tom Martin, Al Clark, Don Christian
Mike Mitchell, Bernita Pulmas, Phil Theodore, Dean Adams.

0331

22.  The Gay-Lesbian Student Alliance will be asking SGA for money.  We are waiting for an opinion from the attorney.  I think she is waiting for an opinion from the Attorney General.

0332

11/04 Submitted to Brian U Angelo ler Budget mtg.
1/9 Request tabled for meeting; SGA will pay through PR/ Publications committee.

## BUDGET/APPROPRIATION REQUEST
(circle one)

For __Fall_____ Quarter, 19 __92__

### PLEASE PRINT IN BLACK INK OR TYPE

#### Organization Information

Name of Organization __Gay & Lesbian Student Alliance__
Number of Active Members _____ # of quarters as a registered organization __4__
Name of Organization President __George Hile Wilson__ Phone # __602-0524__
  Local Mailing Address __608 Azalea Rd #B04 Mobile AL 36609-7901__
Name of Student Submitting Request __Same_____ Phone # _____
  Local Mailing Address _____
Name of Faculty/Alumni Advisor __Dr Lawrence Schehr__ Phone # __460-6291__
  On-campus Address __322 HUMB_____

#### Financial Information

Amount of funds received from SGA this school year (since Summer Qtr.) __O_____
Does organization have an on-campus account? yes_____ no __✓_____
  If yes, account #_____

### Amount of Funds Generated by Organization

|  | This Quarter | This school year (since Summer Qtr.) |
|---|---|---|
| Local Dues | ~~120~~ 45.⁰⁰ | |
| Fund Raisers – | O * | |
| Donations | O * | |
| Other Sources | | |
| TOTAL | 128.⁰⁰ | |

Total cost of project(s) being sponsored by organization
this quarter (please attach itemized expense list)          $ __200.⁰⁰__

Total Funds Requested from SGA
(Please indicate the projects for which you are requesting funds) $ __100.⁰⁰__

(OVER)

* GLSA's ~~first~~ fall fundraiser will be a
bake sale on the day of the event, 1 Dec 92.    ▪ 0333

## Project Information

Name and Nature of Project(s) for which money is being requested: World AIDS Day - A Community Commitment: student symposium on HIV/AIDS. Printing cost of posters for campus distribution.

If Chapter 701.1 of Code-of-Laws applies, please indicate which requirement is met here: The education and outreach provided by workshops will increase awareness of HIV/AIDS issues, precautions and information.

Potential Benefits to Membership: An opportunity to serve the student body by providing information in a casual, effective manner.

Potential Benefits to Student Body: Increased education, compassion and support for the people living with AIDS and show students how to protect themselves and others against transmission of the HIV virus.

I have received a copy of the SGA Code-of-Laws and regulations concerning Allocation of SGA Funds. I have read these rules and regulations before filling out this form. I will have a representative of my organization who is knowledgeable of the project in attendance at the budget/appropriation meeting.

Signature of person submitting request: _George Hill Wilson_

FOR OFFICE USE:

_____ rec'd _____ reg. org. _____ attachments _____ funds rec'd to date

0334

## SGA COMMITTEE BUDGET REQUEST FORM

Must be submitted to the Vice President by the budget request deadline each quarter. All funds requested must be directly related to the committee function and must benefit the students. Remember, funds are extremely limited.

Check with the Vice President at the beginning of each quarter for the quarter's request deadline and your committee's account balance.

NAME OF COMMITTEE_____Public Relations / Advertising_____

COMMITTEE CHAIR_____Becky Hagman_____

QUARTER: Summer (Fall) Winter Spring    YEAR: __1992__

TOTAL BUDGET REQUEST FOR QUARTER:_____ __252.50__

BREAKDOWN OF BUDGET:_____

_____100 flyers @ 102.50 FOR WORLD AIDS DAY_____

_____Adv. Miss USA Program Book ^150.00 - For Period_____

_____

_____

_____

BENEFITS TO STUDENT BODY:_____

_____

_____

Signature of Committee Chair_Becky Hagman_____

          Date submitted_11-11-92_

Signature of Vice President_____

          Date received_____

FOR OFFICE USE:

rec'd._____          acct. balance_____
                              as of_____

Appropriations Bill # 11-16-92-01          Date: 11-11-92

Sponsor: Appropriations Committee

Appropriations Chairperson: _Bryan D'Angelo_

Senator Representing: _Bryan D'Angelo_

Purpose: Allocation Recommendation

Stating: After due consideration and majority approval by this

committee, we recommend that the _____

_Public Relations & Advertising Committee_

receive _252.50_ for the purpose of _____

_100 flyers for WORLD AIDS DAY @ $102.50 &_
_Ad in Miss U.S.A. Program Book @ $150.00_

_____.

Stipulations/Limitations _____

_____

_____

Organization's representative(s) _Becky Harlcroue_

_____

Voting Results:              In favor    Opposed to    Abstain

Appropriations Committee        2            0            C

Student Senate               ____        ____        ____

TF  F. 3 25-350-2 365 324    2/23

0336

Did I discuss
Safer Sex workshop
extensively with you?
If not, please let me
Know.     George Hite Wilson

# MEMO

From:  George Hite Wilson, President, Gay and Lesbian Student
       Alliance

To:    Student Organization Presidents and Faculty Advisors

Subject: World AIDS Day, Tuesday, December 1, 1992

The Gay and Lesbian Student Alliance (GLSA) is proud to sponsor an
HIV/AIDS student symposium on 1 December 1992. Information will be
presented on HIV/AIDS and related issues, workshops will be offered for
both male and female students addressing Safer Sex and prevention, and
a Persons Living with AIDS (PLA) Panel discussion.

## Theme: World AIDS Day 1992 - A Community Commitment

The World Health Organization (WHO) seeks to stress how vital it is for
communities of every kind to pledge themselves to the battle against AIDS.
Only through enormous commitment of money, energy and imagination by
communities of all kinds can the world hope to win the fight. *"The
community -- be it the neighbourhood, the school or college community, a
professional group or the smaller support network composed of family or
friends -- is a uniquely powerful force which needs to be harnessed if we
are to bring the AIDS pandemic under control"*, says Dr. Hiroshi Nakajima,
Director-General of WHO.

### World AIDS Day 1992 will:
~ Help dispel the still widespread ignorance about HIV and
  AIDS.
~ Help reinforce AIDS prevention activities at all levels.
~ Inspire a deep new community commitment to caring for
  people with HIV/AIDS, their families and friends.
~ Help combat denial, discrimination and isolation.

## What is planned for the University of South Alabama:

~ On Monday evening, November 30, two-person teams will draw chalk
body outlines on the sidewalks. Inside each outline will be the name of a
person who died from AIDS. Students are encouraged to personalize the
outlines if they lost someone, i.e. "My friend John." Statistics of AIDS
cases locally, statewide (Alabama, Mississippi and Florida), nationally and
internationally will be included with the drawings.

~ Tuesday, December 1 World AIDS Day, the student symposium in the
University Center will offer information/education, workshops, and panel
discussion. HIV/AIDS resources and representatives from AIDS service
organizations including Mobile AIDS Support Services, American Red
Cross and other area AIDS service providers.

**What your organization can do:**

~ Form two-person teams to make and monitor chalk outlines. Being responsible for a specific area and increase awareness .
~ Make 50 to 100 red ribbons with pins and distribute to group members and other students on World AIDS Day.
~ Attend a panel or workshop and encourage others to join you.
~ Sponsor one of the service agencies and assist in setting up tables and chairs, or provide a representative to the steering committee.

Your assistance and input will make World AIDS Day a success on campus and will solidify our community commitment. Our goal is that World AIDS Day 1992 on the USA campus will launch increased dialogue about HIV/AIDS, testing and related issues.

*Please contact me to present this information and agenda to your group during your next meeting and answer any additional questions you have.*

Sincerely,

George Hite Wilson
President, Gay and Lesbian
Student Alliance, USA
Phone 666-9824

cc: Dr. Dale Adams, Dean of Student

## What Is World AIDS Day ?

World AIDS Day is an annual day of observance designed to expand and strengthen the worldwide effort to stop AIDS. Its goal is to open channels of communication, promote the exchange of information and experience, and forge a spirit of social tolerance.

World AIDS Day provides an opportunity for talking about HIV infection and AIDS, caring for people with HIV infection and AIDS, and learning about AIDS. The only international day of coordinated action against AIDS, it is now a yearly event in most countries.

By highlighting AIDS prevention and care activities already under way and stimulating new ones, World AIDS Day helps build a lasting worldwide effort to stop AIDS.

## *World AIDS Day*





0339

**The Gay and Lesbian Student Alliance**
**with the assistance of the faculty and students of**
**The University of South Alabama presents**

# *World AIDS Day 1992*
## *A Community Commitment*




*World Health Organization Global Programme on AIDS*

### an HIV/AIDS Student Symposium
### 11:00 a.m. - 1:00 p.m. December 1, 1992
### University Center

| | | |
|---|---|---|
| Safer Sex for Women | 11:00 & 12:00 | Room 208 |
| Safer Sex for Men | 11:00 & 12:00 | Room 216 |
| HIV/AIDS 101 | 11:00 & 12:00 | Room 222 |
| Persons Living with AIDS Panel | 11:00 & 12:00 | Room 214 |

*Help increase awareness, compassion and our community*
*commitment to end the AIDS epidemic.*

For more information or to volunteer, call 666-9824.

Printing courtesy of USA Student Government Association.

0340

## SGA SENATE MINUTES
## October 12, 1992

**OFFICERS PRESENT:** President Mitchell, Vice President Phillips, Treasurer McAlister, Chief Justice Harper, Attorney General Pullum.

**OFFICERS ABSENT:** NONE

**SENATORS PRESENT:** Bell, Higgs, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith, Wilson, Davis, Haley, Lindsey,Moore,Moorer,Scott, Byrd, Green, Hegwood, Wheeler, Walker, Brantley, Rhoades, Khawaja, Ledbetter, Florez, Hogue, Mitchell.

**SENATORS ABSENT:** Thornbury.

| | | |
|---|---|---|
| MOTION: | 10/12/92/01 | PASSES |
| TITLE: | Approval of Minutes | |
| SPONSOR: | Senator Wheeler | |
| STATING: | To approve the minutes of the 10/05/92 meeting as read. | |

## OFFICER REPORTS:

President: Good evening guests and senators.

Vice
President: The yaht trip has been cancelled.

During the meeting please stand when you are recognized to speak.

Treasurer: NONE

Chief
Justice: The Supreme Court met Friday and decided the Senate is guilty of not following proper procedure as outlined in the Constitution in appropriating $6,000 to Social and Athletic Committee in the 10/05/92 meeting.

Attorney
General: NONE

**COMMITTEE REPORTS:** NONE

**SPECIAL ORDERS:** NONE

**OLD BUSINESS:** NONE

0341

**NEW BUSINESS:**

MOTION: 10/12/92/02        FAILS
TITLE: Budget proposal
SPONSOR: Senator Wheeler
STATING: To approve budget as read and go through it line by line.

MOTION: 10/12/92/03        PASSES
TITLE: Operating, Salaries, & Appropriations
SPONSOR: Senator Ammons
STATING: To approve the budget as read for operating, salaries, and appropriations.
SENATORS FOR: Bell, Higgs, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith, Wilson, Davis, Haley, Lindsey, Moore, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Walker, Rhoades, Khawaja, Ledbetter, Florez, Hogue, Mitchell.
SENATORS AGAINST: NONE
SENATORS ABSTAINING: NONE

MOTION: 10/12/92/04        PASSES
TITLE: Campus Improvements and Safety
SPONSOR: Senator Ammons
STATING: To approve the appropriation of $441.00 to Campus Improvements and Safety.
SENATORS FOR: Bell, Higgs, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith, Wilson, Davis, Haley, Lindsey, Moore, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Walker, Rhoades, Khawaja, Ledbetter, Florez, Hogue, Mitchell.
SENATORS AGAINST: NONE
SENATORS ABSTAINING: NONE

MOTION: 10/12/92/05        FAILS
TITLE: Escort Service, Hillsdale Interests, In-House Services, Public Relations & Advertising, Publications, Recruitment & Orientation, SGA Van, Social & Athletic Development.
SPONSOR: Senator Wheeler
STATING: To approve the appropriations as read for Escort Service, Hillsdale Interests, In-House Services, Public Relations & Advertising, Publications, Recruitment & Orientation, SGA Van, and Social & Athletic Development.
SENATORS FOR: Bell, Higgs, Jockisch, Ammons, Pena, Penn, Haley, Hegwood, Wheeler, Walker, Khawaja, Ledbetter, Florez, Hogue.
SENATORS AGAINST: D'Angelo, Foote, Garris, Smith, Wilson, Davis, Lindsey, Moore, Moorer, Scott, Byrd, Green, Rhoades, Mitchell.
SENATORS ABSTAINING: NONE

MOTION: 10/12/92/06        PASSES
TITLE: Previous question
SPONSOR: Senator D'Angelo
STATING: Move to previous question

0342

MOTION:    10/12/92/07                          PASSES
TITLE:     Escort Service
SPONSOR:   Senator Ammons
STATING:   To appropriate $629.80 to the Escort Service.
SENATORS FOR:   Bell, Higgs, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn,
Smith, Davis, Haley, Lindsey, Moore, Moorer, Scott, Byrd, Green, Hegwood, Wheeler,
Walker, Rhoades, Khawaja, Ledbetter, Florez, Hogue, Mitchell.
SENATORS AGAINST:    Wilson.
SENATORS ABSTAINING:    NONE

MOTION:    10/12/92/08                          PASSES
TITLE:     Escort Service
SPONSOR:   Senator Pena
STATING:   To ammend Motion 10/12/92/07 to $639.80.
SENATORS FOR:   Bell, Higgs, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn,
Smith, Wilson, Davis, Haley, Lindsey, Moore, Moorer, Scott, Byrd, Green, Hegwood,
Wheeler, Walker, Rhoades, Khawaja, Ledbetter, Florez, Hogue, Mitchell.
SENATORS AGAINST:    NONE
SENATORS ABSTAINING:    NONE

MOTION:    10/12/92/09                          PASSES
TITLE:     Previous question
SPONSOR:   Senator Wheeler
STATING:   Move to previous question.

MOTION:    10/12/92/10                          PASSES
TITLE:     Hillsdale Interests
SPONSOR:   Senator Wheeler
STATING:   To approve the appropriation of $178.00 to Hillsdale Interests.
SENATORS FOR:   Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith, Davis,
Haley, Lindsey, Moorer, Scott, Byrd, Hegwood, Wheeler, Walker, Rhoades, Khawaja,
Ledbetter, Florez, Hogue.
SENATORS AGAINST:    Bell, Higgs, Wilson, Moore, Green, Mitchell.
SENATORS ABSTAINING:    NONE

MOTION:    10/12/92/11                          PASSES
TITLE:     In-House Services
SPONSOR:   Senator Wheeler
STATING:   To approve the appropriation of $1,806.11 to In-House Services.
SENATORS FOR:   Bell, Higgs, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn,
Smith, Wilson, Davis, Haley, Lindsey, Moore, Moorer, Scott, Byrd, Green, Hegwood,
Wheeler, Walker, Rhoades, Khawaja, Ledbetter, Florez, Hogue, Mitchell.
SENATORS AGAINST:    NONE
SENATORS ABSTAINING:    NONE

0343

MOTION:    10/12/92/12                         PASSES
TITLE:        Public Relations & Advertising
SPONSOR:   Senator Ammons
STATING:    To approve the appropriation of $2,974.60
SENATORS FOR:   Higgs, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith,
Wilson, Davis, Haley, Lindsey, Moore, Moorer, Scott, Byrd, Green, Hegwood, Wheeler,
Walker, Rhoades, Khawaja, Ledbetter, Florez, Hogue, Mitchell.
SENATORS AGAINST:   Bell
SEANTORS ABSTAINING:   NONE


MOTION:    10/12/92/13                         PASSES
TITLE:        Publications
SPONSOR:   Senator Ammons
STATING:    To approve the appropriation of $10,000 to Publications.
SENATORS FOR:   Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith,
Wilson, Davis, Haley, Lindsey, Moorer, Scott, Byrd, Hegwood, Wheeler, Walker, Rhoades,
Khawaja, Ledbetter, Florez, Hogue, Mitchell.
SENATORS AGAINST:   Bell, Higgs, Moore, Green
SENATORS ABSTAINING:   NONE


MOTION:    10/12/92/14                         PASSES
TITLE:        Recruitment & Orientation
SPONSOR:   Senator Wheeler
STATING:    To approve the appropriation of $195.05 to Recruitment & Orientation.
SENATORS FOR:   Bell, Higgs, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn,
Smith, Wilson, Davis, Haley, Lindsey, Moore, Moorer, Scott, Byrd, Green, Hegwood,
Wheeler, Walker, Rhoades, Khawaja, Ledbetter, Florez, Hogue, Mitchell.
SENATORS AGAINST:   NONE
SENATORS ABSTAINING:   NONE


MOTION:    10/12/92/15                         PASSES
TITLE:        SGA Van
SPONSOR:   Senator Wheeler
STATING:    To approve the appropriation of $200.00 for the SGA Van.
SENATORS FOR:   Bell, Higgs, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn,
Smith, Wilson, Davis, Haley, Lindsey, Moore, Moorer, Scott, Byrd, Green, Hegwood,
Wheeler, Walker, Rhoades, Khawaja, Ledbetter, Florez, Hogue, Mitchell.
SENATORS AGAINST:   NONE
SENATORS ABSTAINING:   NONE

MOTION:     10/12/92/16                                        PASSES
TITLE:      Social & Athletic Development
SPONSOR:    Senator Ammons
STATING:    To approve the appropriation of $8,700.00 to the Social & Athletic
Development.
SENATORS FOR:   Bell, Higgs, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn,
Smith, Wilson, Davis, Haley, Lindsey, Moore, Moorer, Scott, Byrd, Green, Hegwood,
Wheeler, Walker, Rhoades, Khawaja, Ledbetter, Florez, Hogue, Mitchell.
SENATORS AGAINST:      NONE
SENATORS ABSTAINING:   NONE

MOTION:     10/12/92/17                                        FAILS
TITLE:      Social & Athletic Development
SPONSOR:    Senator Davis
STATING:    Move to make a stipulation on Motion 10/12/92/16 that says that the $6,000.00
appropriated to the Social & Athletic Development must be refunded to SGA before JP.

MOTION:     10/12/92/18                                        PASSES
TITLE:      Previous question
SPONSOR:    Senator Scott
STATING:    Move to previous question.

MOTION:     10/12/92/19                                        PASSES
TITLE:      Alpha Area Council
SPONSOR:    Senator Scott
STATING:    To approve the appropriation of $350.00 to the Alpha Area Council.
SENATORS FOR:   Bell, Higgs, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn,
Smith, Wilson, Davis, Haley, Lindsey, Moore, Moorer, Scott, Byrd, Green, Hegwood,
Wheeler, Rhoades, Khawaja, Ledbetter, Florez, Hogue.
SENATORS AGAINST:      Walker, Mitchell.
SENATORS ABSTAINING:   NONE

MOTION:     10/12/92/20                                        PASSES
TITLE:      Previous question
SPONSOR:    Senator Scott
STATING:    Move to previous question.

MOTION:     10/12/92/21                                        PASSES
TITLE:      Alpha Epsilon Delta
SPONSOR:    Senator Jockisch
STATING:    To approve the appropriation of $0.00 to Alpha Epsilon Delta.
SENATORS FOR:   Jockisch, Garris, Wilson, Davis, Haley, Lindsey, Scott, Byrd, Green,
Hegwood, Wheeler, Walker, Rhoades, Florez, Hogue, Mitchell.
SENATORS AGAINST:      Bell, D'Angelo, Foote, Pena, Smith, Moore, Moorer.
SENATORS ABSTAINING:   Higgs, Ammons, Penn, Khawaja, Ledbetter.

MOTION:      10/12/92/22                              FAILS
TITLE:       Alpha Epsilon Delta
SPONSOR:     Senator D'Angelo
STATING:     Amend Motion 10/12/92/21 to $172.00.
SENATORS FOR:    Bell, D'Angelo, Foote, Pena, Penn, Smith, Wilson, Lindsey, Moore,
Moorer, Wheeler, Florez.
SENATORS AGAINST:      Jockisch, Ammons, Garris, Davis, Haley, Scott, Byrd, Green,
Hegwood, Walker, Rhoades, Hogue, Mitchell.
SENATORS ABSTAINING:    Higgs, Khawaja, Ledbetter.

MOTION:      10/12/92/23                              PASSES
TITLE:       Previous question
SPONSOR:     Senator Scott
STATING:     Move to previous question.

MOTION:      10/12/92/24                              PASSES
TITLE:       Previous question
SPONSOR:     Senator Scott
STATING:     Move to previous question.

MOTION:      10/12/92/25                              FAILS
TITLE:       Alpha Kappa Delta
SPONSOR:     Senator D'Angelo
STATING:     To appropriate $750.00 to Alpha Kappa Delta.
SENATORS FOR:    D'Angelo, Foote, Pena, Penn, Smith, Wilson, Davis, Byrd, Walker,
Rhoades, Florez, Hogue.
SENATORS AGAINST:      Bell, Ammons, Garris, Haley, Lindsey, Moorer, Green,
Hegwood, Wheeler, Mitchell.
SENATORS ABSTAINING:    Higgs, Jockisch, Moore, Scott, Khawaja, Ledbetter.

MOTION:      10/12/92/26                              PASSES
TITLE:       Previous question
SPONSOR:     Senator Scott
STATING:     Move to previous question.

MOTION:      10/12/92/27                              PASSES
TITLE:       American Institute of Chemical Engineers
SPONSOR:     Senator Ammons
STATING:     To appropriate $205.00 for transportation to the American Institute of Chemical
Engineers.
SENATORS FOR:    Jockisch, Ammons, D'Angelo, Garris, Pena, Penn, Smith, Wilson,
Davis, Lindsey, Moorer, Scott, Byrd, Hegwood, Walker, Rhoades, Florez, Hogue.
SENATORS AGAINST:      Bell, Foote, Haley, Wheeler, Hegwood, Mitchell.
SENATORS ABSTAINING:    Higgs, Moore, Green, Khawaja, Ledbetter.

MOTION:     10/12/92/28                                    PASSES
TITLE:      Previous question
SPONSOR:    Senator Jockisch
STATING:    Move to previous question.

MOTION:     10/12/92/29                                    FAILS
TITLE:      Association for Computing Machinery
SPONSOR:    Senator Scott
STATING:    To appropriate $350.00 to the Association for Computing Machinery.
SENATORS FOR:    Ammons, D'Angelo, Pena, Smith, Wilson, Scott, Green, Hegwood,
Wheeler, Rhoades, Florez, Hogue.
SENATORS AGAINST:    Bell, Jockisch, Garris, Penn, Haley, Lindsey, Moorer, Walker,
Mitchell.
SENATORS ABSTAINING:    Higgs, Foote, Davis, Moore, Byrd, Khawaja, Ledbetter.

MOTION:     10/12/92/30                                    PASSES
TITLE:      Previous question
SPONSOR:    Senator Ammons
STATING:    Move to previous question.

MOTION:     10/12/92/31                                    PASSES
TITLE:      Beta/Gamma Area Council
SPONSOR:    Senator Ammons
STATING:    To appropriate $345.00 to the Beta/Gamma Area Council.
SENATORS FOR:    Bell, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith,
Wilson, Davis, Haley, Lindsey, Moorer, Byrd, Hegwood, Wheeler, Walker, Rhoades, Florez,
Hogue, Mitchell.
SENATORS AGAINST:    NONE
SENATORS ABSTAINING:    Higgs, Moore, Scott, Green, Khawaja, Ledbetter.

MOTION:     10/12/92/32                                    PASSES
TITLE:      Previous question
SPONSOR:    Senator D'Angelo
STATING:    Move to previous question.

MOTION:     10/12/92/33                                    PASSES
TITLE:      Black Student Union
SPONSOR:    Senator Foote
STATING:    To approve the appropriation of $500.00 to the Black Student Union.
SENATORS FOR:    Bell, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith,
Wilson, Davis, Haley, Lindsey, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Walker,
Rhoades, Florez, Hogue, Mitchell.
SENATORS AGAINST:    NONE
SENATORS ABSTAINING:    Higgs, Moore, Khawaja, Ledbetter.

MOTION: 10/12/92/34       PASSES
TITLE: Previous question
SPONSOR: Senator Foote
STATING: Move to previous question.

MOTION: 10/12/92/35       PASSES
TITLE: Campus Watch
SPONSOR: Senator Foote
STATING: To approve the appropriation of $200.00 to Campus Watch.
SENATORS FOR: Bell, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith, Wilson, Davis, Haley, Lindsey, Moorer, Scott, Byrd, Grenn, Hegwood, Wheeler, Walker, Rhoades, Florez, Hogue, Mitchell.
SENATORS AGAINST: NONE
SENATORS ABSTAINING: Higgs, Moore, Khawaja, Ledbetter.

MOTION: 10/12/92/36       PASSES
TITLE: Chi Omega
SPONSOR: Senator Foote
STATING: To approve the appropriation of $500.00 to Chi Omega.
SENATORS FOR: Bell, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith, Wilson, Davis, Haley, Lindsey, Moorer, Byrd, Green, Hegwood, Wheeler, Walker, Rhoades, Florez, Hogue, Mitchell.
SENATORS AGAINST: Scott.
SENATORS ABSTAINING: Higgs, Moore, Khawaja, Ledbetter.

MOTION: 10/12/92/37       PASSES
TITLE: Previous question
SPONSOR: Senator Scott
STATING: Move to previous question.

MOTION: 10/12/92/38       PASSES
TITLE: Previous question
SPONSOR: Senator Scott
STATING: Move to previous question.

MOTION: 10/12/92/39       PASSES
TITLE: Circle K
SPONSOR: Senator Ammons
STATING: To appropriate $200.00 to Circle K.
SENATORS FOR: Bell, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith, Davis, Haley, Lindsey, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Walker, Rhoades, Florez, Hogue, Mitchell.
SENATORS AGAINST: NONE
SENATORS ABSTAINING: Higgs, Wilson, Moore, Khawaja, Ledbetter.

MOTION:    10/12/92/40                               PASSES
TITLE:     Delta Area Council
SPONSOR:   Senator Wheeler
STATING:   To appropriate $95.00 to the Delta Area Council.
SENATORS FOR:   Bell, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith,
Wilson, Davis, Haley, Lindsey, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Walker,
Rhoades, Florez, Hogue, Mitchell.
SENATORS AGAINST:    NONE
SENATORS ABSTAINING:    Higgs, Moore, Khawaja, Ledbetter.


MOTION:    10/12/92/41                               PASSES
TITLE:     Black Student Union
SPONSOR:   Senator Wilson
STATING:   To reconsider Motion 10/12/92/33.


MOTION:    10/12/92/42                               PASSES
TITLE:     Black Student Union
SPONSOR:   Senator Ammons
STATING:   To give the Black Student Union $500.00 but stipulate that it is not to be used
for prizes.
SENATORS FOR:   Bell, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith,
Wilson, Davis, Haley, Lindsey, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Walker,
Rhoades, Florez, Hogue, Mitchell.
SENATORS AGAINST:    NONE
SENATORS ABSTAINING:    Higgs, Moore, Khawaja, Ledbetter.


MOTION:    10/12/92/43                               PASSES
TITLE:     Epsilon Area Council
SPONSOR:   Senator Ammons
STATING:   To appropriate $680.00 to the Epsilon Area Council.
SENATORS FOR:   Bell, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith,
Wilson, Haley, Lindsey, Moorer, Byrd, Hegwood, Wheeler, Walker, Rhoades, Florez,
Hogue, Mitchell.
SENATORS AGAINST:    Green.
SENATORS ABSTAINING:    Higgs, Davis, Moore, Scott, Khawaja, Ledbetter.


MOTION:    10/12/92/44                               PASSES
TITLE:     Previous question
SPONSOR:   Senator Foote
STATING:   Move to previous question


MOTION:    10/12/92/45                               PASSES
TITLE:     Recess
SPONSOR:   Senator Wheeler
STATING:   To break for a 5 minute recess.

OFFICERS PRESENT:        President Mitchell, Vice President Phillips, Treasurer McAlister,
                         Chief Justice Harper, Attorney General Pullum.
OFFICERS ABSENT:         NONE
SENATORS PRESENT:        Bell, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn,
Smith, Wilson, Davis, Haley, Lindsey, Moorer, Scott, Byrd, Green, Hegwood, Wheeler,
Walker, Brantley, Rhoades, Florez, Hogue, Mitchell.
SENATORS ABSENT:         Higgs, Moore, Thornbury, Khawaja, Ledbetter.

MOTION:     10/12/92/46                                          PASSES
TITLE:      Interfraternity Council
SPONSOR:    Senator Foote
STATING:    To approve the appropriation of $350.00 to the Interfraternity Council.
SENATORS FOR:    Bell, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith,
Wilson, Davis, Haley, Lindsey, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Walker,
Rhoades, Florez, Mitchell.
SENATORS AGAINST:     NONE
SENATORS ABSTAINING:    Hogue.

MOTION:     10/12/92/47                                          PASSES
TITLE:      Institute of Electrical & Electronic Engineers
SPONSOR:    Senators Ammons
STATING:    To approve the appropriation of $892.00 to the Institute of Electrical &
Electronic Engineers.
SENATORS FOR:    Bell, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith,
Wilson, Davis, Haley, Lindsey, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Walker,
Rhoades, Florez, Hogue, Mitchell.
SENATORS AGAINST:     NONE
SENATORS ABSTAINING:    NONE

MOTION:     10/12/92/48                                          PASSES
TITLE:      Institute of Electrical & Electronic Engineers
SPONSOR:    Senators Wheeler
STATING:    To amend Motion 10/12/92/47 to $500.00.

MOTION:     10/12/92/49                                          PASSES
TITLE:      Institute of Electrical & Electronic Engineers
SPONSOR:    Senator Ammons
STATING:    To amend Motion 10/12/92/48 to $709.00.
SENATORS FOR:    Bell, Jockisch, Ammons, Pena, Penn, Wilson, Haley, Lindsey, Green,
Hegwood, Wheeler, Walker, Rhoades, Florez.
SENATORS AGAINST:     D'Angelo, Foote, Garris, Moorer, Scott, Byrd, Mitchell.
SENATORS ABSTAINING:    Davis, Hogue.

MOTION:     10/12/92/50
TITLE:      Social & Athletic Development
SPONSOR:    Senator Ammons
STATING:    To take $1,178.00 from appropriations into Social & Athletic Committee.

MOTION:     10/12/92/51                                              PASSES
TITLE:      Social & Athletic Development
SPONSOR:    Senator Wheeler
STATING:    To table Motion 10/12/92/50.

MOTION:     10/12/92/52                                              PASSES
TITLE:      National Residence Hall Honorary
SPONSOR:    Senator Wheeler
STATING:    To appropriate $256.25 to the National Residence Hall Honorary.
SENATORS FOR:   Bell, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith,
Wilson, Davis, Haley, Lindsey, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Walker,
Rhoades, Florez, Hogue, Mitchell.
SENATORS AGAINST:     NONE
SENATORS ABSTAINING:     NONE

MOTION:     10/12/92/53                                              PASSES
TITLE:      National Residence Hall Honorary
SPONSOR:    Senator Ammons
STATING:    To amend Motion 10/12/92/52 to $56.25.

MOTION:     10/12/92/54                                              PASSES
TITLE:      National Student Speech Language Hearing Association
SPONSOR:    Senator Foote
STATING:    To approve the appropriation of $750.00 to the National Student Speech
Language Hearing Associationl
SENATORS FOR:    Bell, Jockisch, D'Angelo, Foote, Garris, Pena, Penn, Smith, Wilson,
Davis, Haley, Lindsey, Moorer, Hegwood, Wheeler, Walker, Rhoades, Florez, Hogue,
Mitchell.
SENATORS AGAINST:     Green
SENATORS ABSTAINING:     Ammons, Scott, Byrd.

MOTION:     10/12/92/55                                              PASSES
TITLE:      Previous question
SPONSOR:    Senator Wheeler
STATING:    Move to previous question.

MOTION:     10/12/92/56                              PASSES
TITLE:      Panhellenic Council
SPONSOR:    Senator Ammons
STATING:    To approve the appropriation of $350.00 to the Panhellenic Council.
SENATORS FOR:    Bell, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith,
Wilson, Davis, Haley, Lindsey, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Walker,
Rhoades, Florez, Hogue, Mitchell.
SENATORS AGAINST:    NONE
SENATORS ABSTAINING:    NONE

MOTION:     10/12/92/57                              PASSES
TITLE:      Residence Life Council
SPONSOR:    Senator Ammons
STATING:    To Appropriate $400.00 to the Resident Life Council.
SENATORS FOR:    Bell, Ammons, D'Angelo, Foote, Penn, Smith, Haley, Moorer, Scott,
Byrd, Hegwood, Wheeler, Walker, Rhoades, Florez, Hogue, Mitchell.
SENATORS AGAINST:    Jockisch, Garris, Pena, Green.
SENATORS ABSTAINING:    Wilson, Davis, Lindsey.

MOTION:     10/12/92/58                              PASSES
TITLE:      Residence Life Council
SPONSOR:    Senator Wheeler
STATING:    To amen Motion 10/12/92/57 to $1,150.00.

MOTION:     10/12/92/59                              PASSES
TITLE:      Previous question
SPONSOR     Senator Scott
STATING:    Move to previous question.

MOTION:     10/12/92/60                              PASSES
TITLE:      Rho Theta Chapter of Phi Alpha Theta
SPONSOR:    Senator Foote
STATING:    To approve the appropriation of $360.00 to the Rho Theta Chapter of Phi
Alpha Theta.
SENATORS FOR:    Bell, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith,
Wilson, Davis, Haley, Lindsey, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Walker,
Rhoades, Florez, Hogue, Mitchell.
SENATORS AGAINST:    NONE
SENATORS ABSTAINING:    NONE

MOTION:     10/12/92/61                              PASSES
TITLE:      Previous question
SPONSOR:    Senator Foote
STATING:    Move to previous question.

0352

MOTION:      10/12/92/62                                          PASSES
TITLE:       Student Art Association
SPONSOR:     Senator Foote
STATING:     To approve the appropriation of $600.00 to the Student Art Association.
SENATORS FOR:    Bell, Jockisch, Ammons, D'Angelo, Foote, Garris, Pena, Penn, Smith,
Wilson, Haley, Lindsey, Moorer, Scott, Hegwood, Wheeler, Walker, Rhoades, Florez, Hogue,
Mitchell.
SENATORS AGAINST:      Davis, Green.
SENATORS ABSTAINING:      Byrd.

MOTION:      10/12/92/63                                          FAILS
TITLE:       Student Art Association
SPONSOR:     Senator Byrd
STATING:     To amend Motion 10/12/92/62 to $240.00.

MOTION:      10/12/92/64                                          PASSES
TITLE:       Previous question
SPONSOR:     Senator Scott
STATING:     Move to previous question.

MOTION:      10/12/92/65                                          FAILS
TITLE:       Chess Club
SPONSOR:     Senator Ammons
STATING:     To approve the appropriation of $1,090.00 to the Chess Club.
SENATORS FOR:    Jockisch, Ammons, D'Angelo, Foote, Pena, Smith, Davis, Lindsey,
Scott, Byrd, Wheeler, Rhoades, Florez.
SENATORS AGAINST:      Bell, Garris, Penn, Wilson, Haley, Moorer, Green, Hegwood,
Walker, Hogue, Mitchell.

MOTION:      10/12/92/66                                          PASSES
TITLE:       Previous question
SPONSOR:     Senator Davis
STATING:     Move to previous question.

MOTION:      10/12/92/67                                          FAILS
TITLE:       USA Outdoors
SPONSOR:     Senator Ammons
STATING:     To approve the appropriation of $1,500.00 to USA Outdoors.
SENATORS FOR:    Bell, Ammons, Lindsey, Moorer.
SENATORS AGAINST:      Jockisch, Garris, Pena, Penn, Smith, Wilson, Davis, Haley, Byrd,
Green, Hegwood, Wheeler, Walker, Rhoades, Florez, Hogue, Mitchell.
SENATORS ABSTAINING:    D'Angelo, Foote, Scott.

0353

MOTION:     10/12/92/68                              PASSES
TITLE:      Previous question
SPONSOR:    Senator Davis
STATING:    Move to previous question.

MOTION:     10/12/92/69                              FAILS
TITLE:      USA Philosophical Foundation
SPONSOR:    Senator Foote
STATING:    To approve the appropriation of $0.00 to the USA Philosophical Foundation.
SENATORS FOR:    Foote, Davis, Scott, Wheeler, Florez, Hogue, Mitchell.
SENATORS AGAINST:    Jockisch, D'Angelo, Haley, Green.
SENATORS ABSTAINING:    Bell, Ammons, Garris, Pena, Penn, Smith, Wilson, Lindsey,
Moorer, Byrd, Hegwood, Walker, Rhoades.

MOTION:     10/12/92/70                              PASSES
TITLE:      Previous question
SPONSOR:    Senator Ammons
STATING:    Move to previous question.

MOTION:     10/12/92/71                              PASSES
TITLE:      Young Democrats
SPONSOR:    Senator Scott
STATING:    To postpone budget request for the Young Democrats indefinitely by
acclamation.

MOTION:     10/12/92/72                              PASSES
TITLE:      Previous question
SPONSOR:    Senator Wheeler
STATING:    Move to previous question.

MOTION:     10/12/92/73                              FAILS
TITLE:      Adjournment
SPONSOR:    Senator Ammons
STATING:    Move to adjourn.

MOTION:     10/12/92/74                              FAILS
TITLE:      Young Democrats
SPONSOR:    Senator D'Angelo
STATING:    To appropriate $300.00 to the Young Democrats.
SENATORS FOR:    D'Angelo.
SENATORS AGAINST:    Bell, Jockisch, Ammons, Foote, Garris, Pena, Penn, Smith,
Wilson, Davis, Haley, Lindsey, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Florez,
Hogue, Mitchell.
SENATORS ABSTAINING:    Walker, Rhoades.

0354

| | | |
|---|---|---|
| MOTION: | 10/12/92/75 | FAILS |
| TITLE: | Previous question | |
| SPONSOR: | Senator Scott | |
| STATING: | Move to previous question. | |

| | | |
|---|---|---|
| MOTION: | 10/12/92/76 | PASSES |
| TITLE: | Previous question | |
| SPONSOR: | Senator Penn | |
| STATING: | Move to previous question. | |

## ANNOUNCEMENTS:

Kerrell:      SGA flag football game Sunday, 1:00p.m.

Joel:      Get your picture taken.

| | | |
|---|---|---|
| MOTION: | 10/12/92/77 | PASSES |
| TITLE: | Adjournment | |
| SPONSOR: | Senator Haley | |
| STATING: | Move to adjourn at 12:50 a.m. | |

0355

## SGA SENATE MINUTES
## October 19, 1992

**OFFICERS PRESENT:**    President Mitchell, Vice President Phillips, Treasurer McAlister, Chief Justice Harper, Attorney General Pullum

**OFFICERS ABSENT:**    NONE

**SENATORS PRESENT:**    Bell, Higgs, Jockisch, Ammons, D'Angelo, Garris, Pena, Penn, Smith, Wilson, Davis, Haley, Lindsey, Moore, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Walker, Brantley, Rhoades, Thornbury, Khawaja, Ledbetter, Florez, Mitchell.

**SENATORS ABSENT:**    Foote, Hogue.

| | | |
|---|---|---|
| **MOTION:** | 10/19/92/01 | **PASSES** |
| **SPONSOR:** | Senator D'Angelo | |
| **TITLE:** | Approval of Minutes | |
| **STATING:** | To approve the minutes of the 10/12/92 meeting as read. | |

### OFFICER REPORTS:

President -    SGA comment boxes will be distributed around campus. Senators will be responsible for answering questions and responding to comments in their college.

I need one more person to be on the Safety Commitee. If you are interested see me.

If you are interested in purchasing a SGA sweatshirt please sign the list I'm sending around.

Vice
President -    All senators need to be on one committee.

Welcome guests. Thank you for being here.

Chief
Justice -    NONE

Attorney
General -    Presently the Traffic Committee will be working on correcting the parking problems in Epsilon and Delta parking lot. If you would like to be on this committee or have any suggestions let me know.

0356

**COMMITTEE REPORTS**: NONE

**SPECIAL ORDERS**:

George Wilson - World AIDS Day
Steve Fuller -  Project Leadership
Mike Mitchell -  CIS Senator appointed: Jonathan Lechner

**OLD BUSINESS**: NONE

**NEW BUSINESS**:

MOTION: 10/19/92/02                    PASSES
TITLE: Association for Computing Machinery
SPONSOR: Senator D'Angelo
STATING: To approve the Appropriations Bill 10/15/92/01 as read.
SENATORS FOR:    Bell, Ammons, D'Angelo, Garris, Pena, Penn, Smith, Wilson, Davis, Haley,
Moore, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Walker, Brantley, Rhoades, Khawaja,
Ledbetter, Florez, Mitchell.
SENATORS AGAINST:        Higgs, Lindsey.
SENATORS ABSTAINING:   Jockisch, Thornbury.

MOTION: 10/19/92/03                    PASSES
TITLE: Pi Kappa Phi
SPONSOR: Senator Brantley
STATING: To approve the Appropriations Bill 10/19/92/02 as read.
SENATORS FOR:    Bell, Higgs, Jockisch, Ammons, D'Angelo, Garris, Pena, Penn, Smith,
Wilson, Davis, Haley, Lindsey, Moore, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Walker,
Brantley, Rhoades, Khawaja, Ledbetter, Florez, Mitchell.
SENATORS AGAINST:        NONE
SENATORS ABSTAINING:   Thornbury.

MOTION: 10/19/92/04                    FAILS
TITLE: Pi Kappa Phi
SPONSOR: Senator D'Angelo
STATING: To amend Motion 10/19/92/03 to stipulate that any profit be given back to SGA.

MOTION: 10/19/92/05                    PASSES
TITLE: Previous Question
SPONSOR: Senator Wheeler
STATING: Move to previous question.

MOTION: 10/19/92/06                    PASSES
TITLE: Previous Question
SPONSOR: Senator Brantley
STATING: Move to previous question.

MOTION:     10/19/92/07                                    PASSES
TITLE:      USA Chess Club
SPONSOR:    Senator D'Angelo
STATING:    To approve the Appropriations Bill 10/15/92/03 as read.
SENATORS FOR:    Higgs, Jockisch, D'Angelo, Garris, Pena, Smith, Wilson, Davis, Haley,
Lindsey, Moore, Moorer, Byrd, Green, Hegwood, Wheeler, Walker, Rhoades, Khawja, Ledbetter,
Mitchell.
SENATORS AGAINST:        Ammons, Scott.
SENATORS ABSTAINING:    Bell, Penn, Brantley, Thornbury, Florez.

MOTION:     10/19/92/08                                    PASSES
TITLE:      Previous Question
SPONSOR:    Senator Byrd
STATING:    Move to previous question.

MOTION:     10/19/92/09                                    PASSE
TITLE:      Delta Area Council
SPONSOR:    Senator Wheeler
STATING:    To approve the Appropriations Bill 10/15/92/04 as read.
SENATORS FOR:    Bell, Higgs, Jockisch, Ammons, D'Angelo, Garris, Pena, Penn, Smith,
Wilson, Davis, Haley, Lindsey, Moore, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Walker,
Brantley, Rhoades, Khawaja, Ledbetter, Florez, Mitchell.
SENATORS AGAINST:        NONE
SENATORS ABSTAINING:    Thornbury.

MOTION:     10/19/92/10                                    PASSES
TITLE:      Delta Area Council
SPONSOR:    Senator Pena
STATING:    To amend Motion 10/19/92/09 to stipulate that $50.00 go for sports equipment,
$125.00 for a typewriter, $100.00 for a vacuum, and $75.00 for newsletter publications.

MOTION:     10/19/92/11                                    PASSES
TITLE:      Social & Athletic Committee
SPONSOR:    Senator D'Angelo
STATING:    To approve the Appropriations Bill 10/15/92/05 as read.
SENATORS FOR:    Bell, Higgs, Jockisch, Ammons, Garris, Penn, Smith, Wilson, Davis, Haley,
Lindsey, Moore, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Walker, Rhoades, Khawaja,
Ledbetter, Florez, Mitchell.
SENATORS AGAINST:        NONE
SENATORS ABSTAINING:    D'Angelo, Pena, Brantley, Thornbury.

MOTION:     10/19/92/12                                    PASSES
TITLE:      Social & Athletic Committee
SPONSOR:    Senator Ammons
STATING:    To amend Motion 10/19/92/11 to read that $1,178 go to the mascot program for
scholarship.

0358

MOTION:      10/12/92/13                              PASSES
TITLE:       Previous Question
SPONSOR:     Senator Scott
STATING:     Move to previous question.

MOTION:      10/19/92/14                              PASSES
TITLE:       Previous Question
SPONSOR:     Senator Scott
STATING:     Move to previous question.

## ANNOUNCEMENTS:

Kerrell:   Thursday and Friday - soccer game.
           The men's basketball schedule is out.
           Don't forget about Midnight Madness, Oct. 31st.

Joel:      All senators who have not had your picture taken get it taken tonight.

P.J.:      Greek Week starts this Saturday.
           Blood drive - Monday and Tuesday.
           Band party - Friday.

Brady:     Cross country meet - Friday 4:00p.m.

Keith:     The Danny Glover concert fell through - SGA will be getting the
           appropriated funds back.
           This week is Women's Focus Week.

Rennie:    Tuesday Nooner 11:00 - 1:00p.m. tomorrow.

Brian:     Senators, buy your yearbook.

Bryan:     Young Democrats will have voter registration set up in the UC, Wednesday
           from 11:00 - 2:00p.m.

Joey:      Songfest practice after next weeks meeting.

Anne:      Tomorrow: Political forum and Date Rape Seminar

MOTION:      10/19/92/15          PASSES BY ACCLAMATION
SPONSOR:     Wheeler
TITLE:       Adjournment
STATING:     To adjourn the meeting at 9:20 p.m.

0359

**OFFICERS PRESENT:**    President Mitchell, Vice President Phillips, Treasurer McAlister, Chief Justice Harper, Attorney General Pullum

**OFFICERS ABSENT:**    NONE

**SENATORS PRESENT:**    Higgs, D'Angelo, Foote, Pena, Penn, Smith, Wilson, Davis, Haley, Lindsey, Moorer, Scott, Byrd, Green, Hegwood, Wheeler, Walker, Brantley, Rhoades, Ledbetter, Hogue.

**SENATORS ABSENT:**    Bell, Jockisch, Garris, Moore, Lechner, Khawaja, Florez, Mitchell.

| | | |
|---|---|---|
| **MOTION:** | 11/09/92/01 | **PASSES** |
| **SPONSOR:** | Senator Scott | |
| **TITLE:** | Approval of Minutes | |
| **STATING:** | To approve the minutes of the 11/02/92 meeting as read. | |

## OFFICER REPORTS:

President:    Thanks for coming out to the SGA forum.

Those who ordered sweatshirts - your sweatshirts should be ready at next week's meeting.

We need volunteers for Get Aquainted Day on Saturday, Nov. 14th from 8:30 - 9:15 a.m.

Senator Ammons has resigned. There is now a seat open in Arts & Sciences. If you know of anyone interested let me know.

Vice
President:    Senators, please help out in the office for one hour one day per week. There is a sign up sheet going around, sign up for your hour.

At next week's meeting I will be taking nominations for Senate Protem.

Treasurer:    NONE

Chief
Justice:    Student Supreme Court will meet Friday at 6:30p.m.

I am still taking applications for Associate Justices.

Attorney
General:    NONE

## COMMITTEE REPORTS:

Minority Affairs:
Understanding Sexual Orientation
November 16th, 12:03 - 2:30p.m., UC Lobby.

Non-traditional Committee:
Panel discussion concerning financial aid, advising, and services available.
Nov. 17th, 7:00 - 9:00p.m., Humb 160

Hillsdale Interest Committee:
Brown Bag in Hillsdale
Nov. 21st, 11:00 - 2:00p.m.

## SPECIAL ORDERS:

George Wilson

Dr. Theodore & Brian Alred

## OLD BUSINESS: NONE

## NEW BUSINESS:

| | | |
|---|---|---|
| MOTION: | 11/09/92/02 | PASSES BY ACCLAMATION |
| TITLE: | Resolution 11/09/92/01 | |
| SPONSOR: | Senator Wheeler | |
| STATING: | To accept Resolution 11/09/92/01 by acclamation. | |

## ANNOUNCEMENTS:

Dr. Adams: New Code of Student's Rights & Responsibilities

Brady: Men's soccer team won Sunbelt Conference.
Cross Country will be traveling to Furman University.

Mike: Thank you to those who came out and participated in Songfest.

Trevenia: Sexual Awareness Week

Iggy: I am sponsoring a program on Student Safety Wednesday, 7:00p.m. in the
Epsilon TV Room. Please come out. It will be informative, and there will
be interesting speakers.

0361

Brian:        I hope everyone made it out to see the Art Show.  It was a success.

MOTION:        11/09/92/03              PASSES BY ACCLAMATION
SPONSOR:       Senator Scott
TITLE:         Adjournment
STATING:       To adjourn the meeting at 8:27 p.m.

0362

## SGA SENATE MINUTES
## November 16, 1992

**OFFICERS PRESENT**: President Mitchell, Vice President Phillips, Treasurer McAlister, Chief Justice Harper, Attorney General Pullum

**OFFICERS ABSENT**: NONE

**SENATORS PRESENT**: Bell, Higgs, Jockisch, D'Angelo, Foote, Garris, Pena, Smith, Wilson, Davis, Haley, Moore, Moorer, Scott, Lechner, Byrd, Green, Hegwood, Wheeler, Brantley, Khawaja, Ledbetter, Florez, Mitchell.

**SENATORS ABSENT**: Penn, Lindsey, Walker, Rhoades, Thornbury, Hogue.

| | | |
|---|---|---|
| **MOTION**: | 11/16/92/01 | **PASSES** |
| **SPONSOR**: | Senator Scott | |
| **TITLE**: | Approval of Minutes | |
| **STATING**: | To approve the minutes of the 11/09/92 meeting as read. | |

## OFFICER REPORTS:

President: We have one more meeting left this quarter.

We've had good attendence this quarter - thank you!

Thanks for keeping your office hours.

Proposing new cap and gown - pay for it and KEEP it.

Please bring one prepared question to the President's luncheon and give me the question after tonight's meeting.

Please read over the proposed Resolution of Student's Bill of Rights, and at the next meeting we'll work out a resolution.

Vice
President: Please go out and support chalking for World's Aids Day on Nov. 30th and Dec. 1st.

Thanks to those who worked your office hours.

Treasurer: NONE

Chief
Justice: We held interviews today for four Associate Justice positions. Mike will appoint them at next week's meeting.

0363

Attorney
General:     I had my first case Friday - a victory!

Malcolm X film is coming out.  If interested in seeing it, please contact me.

## COMMITTEE REPORTS:

NONE

## SPECIAL ORDERS:

Nominations of Senate Pro-tem.

## OLD BUSINESS:

NONE

## NEW BUSINESS:

MOTION:     11/16/92/02                    PASSES
TITLE:      Appropriation Bill 11/16/92/01
SPONSOR:    Senator D'Angelo
STATING:    To approve Appropriation Bill 11/16/92/01.
SENATORS FOR:    Bell, Higgs, Jockisch, D'Angelo, Foote, Garris, Pena, Smith, Wilson, Davis, Haley, Moore, Moorer, Scott, Lechner, Byrd, Green, Hegwood,Wheeler, Brantley, Khawaja, Florez, Mitchell.
SENATORS AGAINST:    NONE
SENATORS ABSTAINING:    Ledbetter.

MOTION:     11/16/92/03                    PASSES
TITLE:      Appropriation Bill 11/16/92/02
SPONSOR:    Senator D'Angelo
STATING:    To approve Appropriation Bill 11/16/92/02.
SENATORS FOR:    Bell, Higgs, Jockisch, D'Angelo, Foote, Garris, Pena, Smith, Haley, Moore, Moorer, Scott, Lechner, Byrd, Green, Hegwood, Wheeler, Brantley, Khawaja, Ledbetter, Florez, Mitchell.
SENATORS AGAINST:    Wilson, Davis.
SENATORS ABSTAINING:    NONE

MOTION:     11/16/92/04                    PASSES
TITLE:      Previous question
SPONSOR:    Senator Scott
STATING:    Move to previous question.

## ANNOUNCEMENTS:

Brian:     Picture of mine in the front page of the Vanguard.

Jerry:     Corrections in Vanguard:
        *Democrat party paid by volunteer money from Mobile Democrat Party not National.
        *Coordinator was a volunteer from Mobile Democratic Party not National Party.

Mike:     Remember the President's Luncheon.

Sweatshirt orders have been placed. We are waiting on the shirts to get here. I'm taking money after the meeting if you are still interested in purchasing a sweatshirt.

MOTION:     11/09/92/03         PASSES BY ACCLAMATION
SPONSOR:     Senator D'Angelo
TITLE:     Adjournment
STATING:     To adjourn the meeting.

0365

**OFFICERS PRESENT:** President Mitchell, Vice President Phillips, Treasurer McAlister, Chief Justice Harper, Attorney General Pullum

**OFFICERS ABSENT:** NONE

**SENATORS PRESENT:** Jockisch, D'Angelo, Foote, Pena, Penn, Davis, Haley, Lindsey, Moorer, Scott, Lechner, Byrd, Green, Hegwood, Wheeler, Walker, Brantley, Rhoades, Khawaja, Ledbetter, Florez, Hogue.

**SENATORS ABSENT:** Bell, Higgs, Garris, Smith, Wilson, Moore, Thornbury, Mitchell.

| | | |
|---|---|---|
| **MOTION:** | 11/30/92/01 | **PASSES** |
| **SPONSOR:** | Senator Jockisch | |
| **TITLE:** | Approval of Minutes | |
| **STATING:** | To approve the minutes of the 11/16/92 meeting as read. | |

| | | |
|---|---|---|
| **MOTION:** | 11/30/92/02 | **PASSES** |
| **TITLE:** | Amendment of 11/16/92 Minutes | |
| **SPONSOR:** | Senator D'Angelo | |
| **STATING:** | To amend Senator Green's announcement of the correction in the Vanguard to read that coordinator was a volunteer. | |

## OFFICER REPORTS:

President: Hope everyone had a good holiday.

Those of you who volunteered to help do the chalking after the meeting tonight, George will be your guide.

Vice
President: NONE

Treasurer: NONE

Chief
Justice: NONE

Attorney
General: NONE

## COMMITTEE REPORTS:

NONE

## SPECIAL ORDERS:

MOTION:     11/30/92/03                    PASSES
TITLE:      Associate Justices
SPONSOR:    Senator Wheeler
STATING:    To accept the appointments of Nicole Andress, Ardetha Hillis, Prametip
            Riddle, and John Henley to the Associate Justice positions.

*Swearing in of Associate Justices.

MOTION:     11/30/92/04                    PASSES
TITLE:      Defense Attorney
SPONSOR:    Senator Wheeler
STATING:    To accept the appointment of Gregory Fayard and Kerrell Goolsby to the
            Defense Attorney positions.

*Swearing in of Defense Attorney Gregory Fayard.

*Election of President Pro-tem: Senator Jockisch.

## OLD BUSINESS:     NONE

## NEW BUSINESS:

MOTION:     11/30/92/05                    PASSES
TITLE:      Appropriation Bill 11/18/92/01
SPONSOR:    Senator D'Angelo
STATING:    To approve Appropriation Bill 11/18/92/01.
SENATORS FOR:    D'Angelo, Foote, Penn, Haley, Lindsey, Scott, Lechner, Hegwood,
Wheeler, Walker, Rhoades, Khawaja, Ledbetter, Florez.
SENATORS AGAINST:    Jockisch, Byrd, Green, Hogue.
SENATORS ABSTAINING:    Pena, Davis, Moorer, Brantley.

MOTION:    11/30/92/06                    PASSES
TITLE:     Appropriation Bill 11/16/92/02
SPONSOR:   Senator Haley
STATING:   To approve Appropriation Bill 11/18/92/02.
SENATORS FOR:    Jockisch, D'Angelo, Foote, Pena, Penn, Davis, Haley, Lindsey, Moorer, Scott, Lechner, Byrd, Green, Hegwood, Wheeler, Walker, Brantley, Rhoades, Khawaja, Florez, Hogue.
SENATORS AGAINST:    NONE
SENATORS ABSTAINING:    Ledbetter.

MOTION:    11/30/92/07                    PASSES
TITLE:     Previous question
SPONSOR:   Senator Scott
STATING:   Move to previous question.

MOTION:    11/30/92/08                    PASSES
TITLE:     Resolution 11/30/92/03
SPONSOR:   Senator Wheeler
STATING:   To accept Resolution 11/30/92/03 by acclamation.

## ANNOUNCEMENTS:

Dr. Adams:   Shuttle Service
             I's like to urge you to survey those students taking classes at Kingswood to see if there's an interest in a shuttle service.

Mike:        Christmas party is the tenth of this month - spread the word!

Brian:       Lookout for the coupon bandits!

Joel:        We need your address and phone number during the holidays and for winter quarter.

MOTION:    11/30/92/09              PASSES BY ACCLAMATION
SPONSOR:   Senator Scott
TITLE:     Adjournment
STATING:   To adjourn the meeting.

0368

## SGA COMMITTEE BUDGET REQUEST FORM

Must be submitted to the Vice President by the budget request
deadline each quarter. All funds requested must be directly
related to the committee function and must benefit the
students. Remember, funds are extremely limited.

Check with the Vice President at the beginning of each
quarter for the quarter's request deadline and your
committee's account balance.

NAME OF COMMITTEE  SOCIAL AND ATHLETIC

COMMITTEE CHAIR  CHRIS OLIVER

QUARTER:  Summer  _Fall_  Winter  Spring  YEAR: ___1992___

TOTAL BUDGET REQUEST FOR QUARTER: $8,700.00  Ox̄s

BREAKDOWN OF BUDGET:  Ticketmaster Phone Line $600.00

__Midnight Madness, 25 years of Basketball Celebration.  $1000.00__

Popcorn and cokes for Movie Series $250.00

Hillsdale "Know Your Neighbor" Program  $400.00

Danny Glover  $6000.00, Reception for ED Rollins $350.00

__Intramurals fees and equipment  100.00__

BENEFITS TO STUDENT BODY:

Signature of Committee Chair

Date submitted  _10/07/92_

Signature of Vice President

Date received  _10-7-92_

FOR OFFICE USE:

rec'd._____          acct. balance_____
                              as of_____

0369

Must be submitted to the Vice President by the budget request
deadline each quarter.  All funds requested must be directly
related to the committee function and must benefit the
students.  Remember, funds are extremely limited.

Check with the Vice President at the beginning of each
quarter for the quarter's request deadline and your
committee's account balance.

NAME OF COMMITTEE _Secial . . x ⁻⁽⁾ ‿‿‿s_

COMMITTEE CHAIR _⸍⸜⸝ ⸍ ⸝ ⸜⸝⸝_

QUARTER:  Summer  Fall  Winter  Spring  YEAR: _____

TOTAL BUDGET REQUEST FOR QUARTER: _$850.00_

BREAKDOWN OF BUDGET: _____

_To  Pai  for  conie  at  Facilities  -  Per_

_Lower  or  SGA  Christmas  Party._

BENEFITS TO STUDENT BODY: _gives  students  =_

_chance  to  get  to  know  their  countess_

_in  a  social  Setting._

Signature of Committee Chair _Chris Oliver_

Date submitted _11-18-92_

Signature of Vice President _____

Date received _11-19-92_

FOR OFFICE USE:

rec'd._____      acct. balance_____
                             as of_____

0370

Appropriations Bill # 11-18-92-02                Date: 11-18-92

Sponsor: Appropriations Committee

Appropriations Chairperson: _Bryan D'Angelo_

Senator Representing: _P. J. Haley_

Purpose: Allocation Recommendation

Stating: After due consideration and majority approval by this

committee, we recommend that the _____

_Social & Athletic Committee_

receive $850.00 for the purpose of_____

_Rental of facilities & Bar Tender for_

_SGA Christmas Party._

_DEC 10, at Inst. Vi in Riverview - 6:00 till    All - Banquet that size_

Stipulations/Limitations_____

Organization's representative(s) _Chris Oliver_

Voting Results:              In favor      Opposed to      Abstain

Appropriations Committee        2              O              O

Student Senate

Fr 3.65 310 To 365 360        2/23

To cal 1269 s?

0371

Budget/Appropriation Request
(circle one)
For __Fall__ Quarter 19__92__

## PLEASE PRINT IN BLACK INK OR TYPE

Organization Information

Name of Organization __Black Student Union__.

Number of Active Members __80__ # of quarters as a registered organization _____

Name of Organization President __Casey Tullos__ Phone # __460-7030__

Name of Student Submitting Request __Casey Tullos__ Phone # _____

Name of Faculty/Alumni Advisor __Jarmora Valrie__ Phone # __460-6895__

Financial Information

Amount of funds received from SGA this school year (since Summer Qtr.) $0 _____
Does organization have an on-campus account? yes _____ no __✓__
If yes, account # _____

Amount of Funds Generated by Organization

|  | This Quarter | This school year (since Summer Qtr.) |
|---|---|---|
| Local Dues | $90 | $90 |
| Fund Raisers | $0 | $0 |
| Donations | $0 | $0 |
| Other Sources | $0 | $0 |
| TOTAL | $90 | $90 |

Total cost of project(s) for which you are requesting funds    $1470
(itemized list of estimated expenses must be attached)

TOTAL FUNDS REQUESTED FROM SGA:    $500

Total Funds Proposed by E.C. to Senate    $500.00 9th

(OVER)

0372

Project Information

Name and Nature of Project(s) for which money is being requested:_____
BSU Lip-Sync and Talent Show - this project is
for student entertainment
_____

Informational meetings - rap sessions to discuss
relevant social, personal, and academic issues

If Chapter 701.1 of Code-of-Laws applies, please indicate which requirement
is met here:_____

Potential Benefits to Membership: Membership will have hands
on experience with programming and all of the
tasks necessary to successfully program an event.
Also, membership will learn about themselves and
others in an entertaining setting and an educationa
setting.
Potential Benefits to Student Body: The student body will have
an opportunity to perform and exhibit their talents.
The informational meetings will give students
an opportunity to express their ideas on the topic
issues, as well as, a chance to develop coping skills.
I have received a copy of the SGA Code-of-Laws and regulations concerning Allocation
of SGA Funds. I have read these rules and regulations before filling out this
form. I will have a representative of my organization who is knowledgeable of
the project in attendance at the budget/appropriation meeting.

Signature of person submitting request:__Kimberly C. Jullos__

FOR OFFICE USE:

_____rec'd _____reg. org. _____attachments _____funds rec. to date

# BLACK STUDENT UNION

## ITEMIZED LIST OF ESTIMATED EXPENSES

### FALL 92

TALENT SHOW

| | |
|---|---|
| SECURITY | $120 ✗ |
| LIGHTING AND SOUND | 100 ✓ |
| PRIZES | 200 ✗ |
| MAILOUT (POSTAGE) | 150 |
| POSTERS | 100 |
| FLIERS | 25 ✗ |
| DECORATIONS | 75 $500 |
| JUDGES' GIFTS | 50 |
| TOTAL | $820 |

INFORMATIONAL MEETINGS

| | |
|---|---|
| LECTURE FEES | $500 |
| REFRESHMENTS | 100 |
| FLIERS | 50 |
| TOTAL | $650 |

| | |
|---|---|
| COMBINED TOTAL | $1470 |

0374

## PLEASE PRINT IN BLACK INK OR TYPE

Organization Information

Name of Organization___GREEK WEEK/IFC_____  _____

Number of Active Members 700  # of quarters as a registered organization N/A

Name of Organization President___N/A_____  Phone #_____

Name of Student Submitting Request P. J. Haley_____  Phone # 343-0834_____

Name of Faculty/Alumni Advisor Steve Fuller___  ____  Phone # 460-7003____

Financial Information

Amount of funds received from SGA this school year (since Summer Qtr.) 500_____.
Does organization have an on-campus account? yes_____  no x_____
If yes, account #_____

Amount of Funds Generated by Organization

|  | This Quarter | This school year (since Summer Qtr.) |
|---|---|---|
| Local Dues | None_____ | _____ |
| Fund Raisers | None_____ | _____ |
| Donations | None_____ | _____ |
| Other Sources(selling of t-shirts) | 1,500.00_____ | _____ |
| TOTAL | 1,500.00_____ | _____ |

Total cost of project(s) for which you are requesting funds   2,100.00_____.
(itemized list of estimated expenses must be attached)

TOTAL FUNDS REQUESTED FROM SGA:   ____350.00_____

Total Funds Proposed by FC to Senate          $ 350.00  gif

(OVER)

0375

Project Information

Name and Nature of Project(s) for which money is being requested:_____

_____ The project is for Greek Week end of the week Band _____

_____ Party for all University of South Alabama students. _____

_____ It will be a dry party with a Disc Jockey, a Band, _____

_____ and refreshments. _____

If Chapter 701.1 of Code-of-Laws applies, please indicate which requirement
is met here:_____

Potential Benefits to Membership:_____

_____ It builds pride in the University of South Alabama's _____

_____ Greek system and it brings members from different _____

_____ social organizations together. _____

Potential Benefits to Student Body:_____

_____ It offers off-campus and on-campus students to meet each _____

_____ other, it promotes a sense of community, it provides good, _____

wholesome recreation and fun, and it brings Greek and
non-Greek students together.

I have received a copy of the SGA Code-of-Laws and regulations concerning Allocation
of SGA Funds. I have read these rules and regulations before filling out this
form. I will have a representative of my organization who is knowledgeable of
the project in attendance at the budget/appropriation meeting.

Signature of person submitting request: _P. J. Haley_____


FOR OFFICE USE:

_____rec'd    _____reg. org.    _____attachments    _____funds rec. to date

0376

ITEMIZED LIST OF ESTIMATED EXPENSES

Cost of the Band ( The Great Indoorsmen )          $ ~~1,400.00~~ 350.00

Cost of Security ( 4 guards x 5 hours x $15.50 per hour )

 310.00

Cost of Posters ( 100 posters )                     150.00

Cost of Disc Jockey ( Keith Ammons )                100.00

Cost of Rental of the Multi-purpose Room            - 0 -

Cost of Refreshments                                140.00


TOTAL Cost of Band Party                         $ 2,100.00

TOTAL Funds Requested from S.G.A.                   700.00


TOTAL Cost Paid by Greek Week                     $ 1,400.00

0377

For __FALL__ Quarter, 19 __92__

Meeting Date __OCT 12__
Deadline Date __OCT 7__

## PLEASE PRINT IN BLACK INK OR TYPE

Organization Information

Name of Organization____RHO THETA CHAPTER OF PHI ALPHA THETA_____

Number of Active Members__20-30__ # of quarters as a registered organization _____

Name of Organization President__Thekla Wilkinson_____ Phone # __660-5098_____

Name of Student Submitting Request__Thekla Wilkinson____ Phone #__660-5098____

Name of Faculty/Alumni Advisor__Dr. Aaron Fogleman_____ Phone #__460-6210__

Financial Information

Amount of funds received from SGA this school year (since Summer qtr.) ____None_____
Does organization have an on-campus account? yes_____ no__x__
If yes, account #_____

Amount of Funds Generated by Organization

|  | This Quarter | This Year (since summer qtr.) |
|---|---|---|
| Local Dues | $10.00/Person | $40.00YTD |
| Fund Raisers | - | - |
| Donations | - | - |
| Other Sources | - | - |
| Total | $10.00 | $40.00 YTD |

Total cost of project(s):     $360.00   (Please attach itemized list of estimated expenses)

TOTAL FUNDS REQUESTED FROM SGA: __$360.00__

Total Funds Proposed by EC To SWAC     $360.00

0378

Name and Nature of Project(s) for which money is being requested: _____

The money will be used to pay for a plane ticket for our guest speaker in November. Judson Culbreth, editor of Working Mother magazine, is a former student at USA and member of our honor society.

_____

_____

If Chapter 701.1 of Code-of-Laws applies, please indicate which requirement is

met here:_____ N/A _____

Potential Benefits to Membership:_____ The potential benefit to our society will be in encouraging students to participate in Phi Alpha Theta projects. Ms. Culbreth will also share some of her personal experiences in the business world and provide tips to our members.

Potential Benefits to Student Body:___ The potential for the student body will be enormous. Ms. Culbreth will be speaking in the UC Ballroom on "Women In the Workplace." This talk should be especially gratifying to the female segment at USA.

I have received a copy of the SGA Code-of-Laws and regulations concerning Allocation of SGA Funds. I have read these rules and regulations before filling out this form. I will have a representative of my organization who is knowledgeable of the project in attendance at the budget/appropriations meeting.

Signature of person submitting request: Thele a Wilkinson
President, Cho Theta
FOR OFFICE USE:

9/11/92 rec'd ___∨___ reg. org. _____attachments _____funds rec.
TMC       ᵧᵤC                                              to date

§ 0379



Phi Alpha Theta

International Honor Society in History

**RHO-THETA CHAPTER**
Department of History HumB 344
University of South Alabama
Mobile, AL 36688

Expense List for SGA Funding:
   Expenses $360.00 ¢

① Round-trip plan ticket for guest speaker
   from New York to Mobile —

thekla Wilkinson
Rho Theta, President

0380

## STUDENT GOVERNMENT ASSOCIATION
## APPROVED BUDGET
### Fall Quarter 1992

Operating ............................................ 8,000.00
Salaries ............................................. 6,000.00
Appropriations ....................................... 7,465.19
                        SUBTOTAL ...................    21,465.19
Campus Improvements and Safety ........................ 441.00
Escort Service ....................................... 639.80
Hillsdale Interests .................................. 178.00
In-House Services .................................. 1,806.11
Public Relations and Advertising ..................... 2,974.60
Publications ...................................... 10,000.00
Recruitment and Orientation .......................... 195.05
SGA Van .............................................. 200.00
Social and Athletic Development ...................... 8,700.00
                        SUBTOTAL ...................    25,134.56

Alpha Area Council ................................... 350.00
Alpha Epsilon Delta .................................... 0.00
Alpha Kappa Delta ...................................... 0.00
American Institute of Chemical Engineers ................ 205.00
Association for Computing Machinery ..................... 0.00
Beta/Gamma Area Council .............................. 345.00
Black Student Union .................................. 500.00
Campus Watch ......................................... 200.00
Chi Omega ............................................ 500.00
Circle K ............................................. 200.00
Delta Area Council .................................... 95.00
Epsilon Area Council ................................. 680.00
Interfraternity Council .............................. 350.00
Institute of Electrical and Electronic Engineers ............. 709.00
Mascot Program .............................. . . . . TABLED
National Residence Hall Honorary ....................... 56.25
National Student Speech Language Hearing Association ........ 750.00
Panhellenic Council .................................. 350.00
Residence Life Council ............................. 1,150.00
Rho Theta Chapter of Phi Alpha Theta ..................... 360.00
Student Art Association .............................. 600.00
USA Chess Club ......................................... 0.00
USA Outdoors ........................................... 0.00
USA Philosophical Foundation ......... TABLED INDEFINITELY
Young Democrats ........................................ 0.00
                        SUBTOTAL ...................     7,400.25
**TOTAL** ............................................ $54,000.00

0381

**BUDGET/APPROPRIATION REQUEST**

(circle one)

For WINTER Quarter, 19 93

## PLEASE PRINT IN BLACK INK OR TYPE

### Organization Information

Name of Organization  GAY, LESBIAN BISEXUAL ALLIANCE

Number of Active Members _____ # of quarters as a registered organization  4

Name of Organization President George Hite Wilson   Phone # 666-9824

Local Mailing Address PO Box 81571 Mobile AL 36608

→Name of Student Submitting Request George Hite Wilson  Phone # Regene Thirucheliram (363)3-

Local Mailing Address  P.C. Box 81571, Mobile  AL  36608

Name of Faculty/Alumni Advisor Lawrence Schehr   Phone # 460-6291

On-campus Address  HUMB 322

### Financial Information

Amount of funds received from SGA this school year (since Summer Qtr.) ⌀

Does organization have an on-campus account? yes_____ no √

If yes, account #_____

### Amount of Funds Generated by Organization

|  | This Quarter | This school year (since Summer Qtr.) |
|---|---|---|
| Local Dues | 40.00 | 115.00 |
| Fund Raisers | ⌀ | 74.00 |
| Donations | 35.00 | 50.00 |
| Other Sources | | |
| TOTAL | 75.00 | 239.00 |

Total cost of project(s) being sponsored by organization
this quarter (please attach itemized expense list)   $625.00

Total Funds Requested from SGA
(Please indicate the projects for which you are requesting funds) $ 284.00

(OVER)

0382

## Project Information

Name and Nature of Project(s) for which money is being requested: Alabama GLBA group conference at U.S.A : Feb. 20-21. Establishment of Gay Lesb. and Bisexual Resource Library. Guest Speakers Forum and Speakers Bureau.

If Chapter 701.1 of Code-of-Laws applies, please indicate which requirement is met here:_____

Potential Benefits to Membership: Social and support services, education about Lesbian & Gay history, equality and liberation.

Potential Benefits to Student Body: Information on lesbian and gay history, dealing with sexuality issues and homophobia

I have received a copy of the SGA Code-of-Laws and regulations concerning Allocation of SGA Funds. I have read these rules and regulations before filling out this form. I will have a representative of my organization who is knowledgeable of the project in attendance at the budget/appropriation meeting.

Signature of person submitting request: _____

FOR OFFICE USE:

_____ rec'd          _____ reg. org.        _____ attachments          _____ funds rec'd to date

0393

The Gay, Lesbian & Bisexual Alliance
P.O. Box 81571
Mobile, AL 36608-3093
(205) 666-9824

January 20, 1993

## G.L.B.A. BUDGET REQUEST

### Social Support Committee:

- Alabama GLBA groups - conference at U.S.A. Feb. 20 - 21
  Food, Drinks, Plates, Cups, Napkins, Etc.                      ~~50.00~~

- Weekly Meetings
  ~~Food, Drinks~~, Plates, Cups, Napkins, Etc. [per quarter]    10..00 ~~25.00~~
- Video Rentals [per quarter] - *Gay Films*                      ~~15.00~~

  TOTAL -                                                         ~~$90.00~~ 10.00

### Public Relations Committee:

- Flyers: 100 [per quarter]                                      16.00
- Answering Services [per quarter]  NO                           ~~15.00~~
- Business Cards: 500                                            ~~.00~~
- Envelopes with insignia: 250                                   ~~52.00~~
- Letterheads: 250                                               ~~42.00~~

  TOTAL -                                                         ~~$154.00~~ 16.00

### Finance & Administration Committee:

- Bank Charges  NO                                               ~~15.00~~

  TOTAL -                                                         ~~$15.00~~

### Speakers Bureau & Forum Committee:

- Guest Speakers Fees                                            350.00
- Transportation, Lodging & ~~Fees~~ for Guest Speakers          150.00
- Presentation Equipment: brochures, displays, etc.             50.00
- Gay, Lesbian & Bisexual Resource Library - Books, Journals     75.00

  TOTAL -                                                         $625.00
                                                                  26..00
                                                                  $651.000
  TOTAL REQUEST:-                                                 ~~$884.00~~

# STUDENT GOVERNMENT ASSOCIATION
## PROPOSED BUDGET
### Winter Quarter 1993

| | |
|---|---|
| Operating | $10,000.00 |
| Salaries | 10,000.00 |
| Appropriations | 4000.00 |
| Subtotal | 24,000.00 |

| | |
|---|---|
| BackTrack Committee | 3300.00 |
| Hillsdale Interest Committee | 284.00 |
| Publications | 5,000.00 |
| Public Relations/Advertising Committee | 2873.00 |
| Social and Athletic Committee | 3950.00 |
| Student Escort Committee | 544.00 |
| Subtotal | 15,951.00 |

| | Requested | EC Proposed |
|---|---|---|
| Alpha Area Council | 575.00 | 325.00 |
| Alpha Epsilon Delta | 544.00 | 289.00 |
| ASEAN Student Association | 980.00 | 980.00 |
| Campus Watch | 400.00 | 355.00 |
| Chinese Student Association | 1000.00 | 0.00 |
| The English Club | 531.62 | 531.62 |
| Epsilon Area Council | 270.00 | 270.00 |
| Flag Football Club | 627.99 | 627.99 |
| → Gay, Lesbian, Bisexual Alliance | 884.00 | 651.00 ← |
| Pakistan Student Association | 1230.00 | 930.00 |
| Sigma Tau Delta-English Honor Society | 531.63 | 531.63 |
| Singapore Student Association | 277.00 | 10.00 |
| Theater USA Players | 750.00 | 750.00 |
| USA Chess Club | 400.00 | 400.00 |
| USA Dance Team | 1500.00 | 1500.00 |
| USA Equestrian Club | 1500.00 | 1500.00 |
| Vietnamese Student Association | 1137.75 | 1137.75 |
| Subtotal | 13,138.99 | 10,788.99 |

| | |
|---|---|
| Total | $50,739.99 |

0385

# STUDENT GOVERNMENT ASSOCIATION
## PROPOSED BUDGET
### Winter Quarter 1993

| | |
|---|---:|
| Operating | $10,000.00 |
| Salaries | 10,000.00 |
| Appropriations | 4651.00 |
| Subtotal | 24,651.00 |

| | |
|---|---:|
| BackTrack Committee | 3300.00 |
| Hillsdale Interest Committee | 284.00 |
| Publications | 5,000.00 |
| Public Relations/Advertising Committee | 2873.00 |
| Social and Athletic Committee | 3950.00 |
| Student Escort Committee | 544.00 |
| Subtotal | 15,951.00 |

| | Requested | EC Proposed |
|---|---:|---:|
| Alpha Area Council | 575.00 | 325.00 |
| Alpha Epsilon Delta | 544.00 | 289.00 |
| ASEAN Student Association | 980.00 | 980.00 |
| Campus Watch | 400.00 | 355.00 |
| Chinese Student Association | 1000.00 | 0.00 |
| The English Club | 531.62 | 531.62 |
| Epsilon Area Council | 270.00 | 270.00 |
| Flag Football Club | 627.99 | 627.99 |
| Pakistan Student Association | 1230.00 | 930.00 |
| Sigma Tau Delta-English Honor Society | 531.63 | 531.63 |
| Singapore Student Association | 277.00 | 10.00 |
| Theater USA Players | 750.00 | 750.00 |
| USA Chess Club | 400.00 | 400.00 |
| USA Dance Team | 1500.00 | 1500.00 |
| USA Equestrian Club | 1500.00 | 1500.00 |
| Vietnamese Student Association | 1137.75 | 1137.75 |
| Subtotal | 12,254.99 | 10,137.99 |

| | |
|---|---:|
| Total | $50,739.99 |

0386

**OFFICERS PRESENT:** President Mitchell, Vice President Phillips, Treasurer McAlister, Chief Justice General Pullum.

**OFFICERS ABSENT:** NONE

**SENATORS PRESENT:** Bell, Jockisch, D'Angelo, Garris, Pena, Penn, Smith, Wilson, Davis, Haley, Lindsey, Moorer, Lechner, V.Mitchell, Byrd, Hegwood, Wheeler, Walker, Brantley, Khawaja, Florez, Hogue.

**SENATORS ABSENT:** Moore, Thornbury, Ledbetter.

| | | |
|---|---|---|
| **MOTION:** | 1/25/93/01 | **PASSES** |
| **SPONSOR:** | Senator Wheeler | |
| **TITLE:** | Approval of Minutes | |
| **STATING:** | To approve the minutes of the 1/11/93 meeting as read. | |

## OFFICER REPORTS:

President: Welcome visitors. There is coffee, cokes, chips, and cookies in the back. Help yourself to them.

There will be an AIDS presentation sponsored by Red Cross on Feb.2nd.

Senators, if you have not received your "Grabbing the Rainbow" t-shirt see me.

The comment boxes are completed and up except for the college of Allied Health, Engineering, and Medicine.

Vice
President: NONE

Treasurer: NONE

Chief
Justice: Bookstore survey is in the making.

0387

## COMMITTEE REPORTS:

If there is anyone interested in chairing a committee see Joey Phillips.

## SPECIAL ORDERS:

Lisa Hanes: Red Cross
Blood Drive - February 1st and 2nd.

MOTION: 1/25/93/02                                  PASSES
TITLE: Chief Justice Appointment
SPONSOR: Senator Haley
STATING: To accept the appointment of Ignacio Pullum for Chief Justice.

## OLD BUSINESS:   NONE

## NEW BUSINESS:

MOTION: 1/25/93/03                                  PASSES
TITLE: Budget Approval
SPONSOR: Senator D'Angelo
STATING: Move to approve the budget from operating down to the Student Escort
Committee.
SENATORS FOR: Bell, Jockisch, D'Angelo, Garris, Pena, Penn, Davis, Haley, Lindsey,
Moorer, Lechner, V.Mitchell, Byrd, Hegwood, Wheeler, Walker, Brantley, Khawaja,
Florez, Hogue.
SENATORS AGAINST: None
SENATORS ABSTAINING: Wilson, Smith.

MOTION: 1/25/93/04                                  PASSES
TITLE: Alpha Area Council
SPONSOR: Senator Wheeler
STATING: Move to approve the approriation of $325.00 to the Alpha Area Council.
SENATORS FOR: Bell, Jockisch, D'Angelo, Garris, Pena, Penn, Davis, Haley, Lindsey,
Moorer, Lechner, V.Mitchell, Byrd, Hegwood, Wheeler, Walker, Brantley, Khawaja,
Florez, Hogue.
SENATORS AGAINST: None
SENATORS ABSTAINING: Wilson, Smith.

8 0368

MOTION:      1/25/93/05                    PASSES
TITLE:       Alpha Epsilon Delta
SPONSOR:     Senator D'Angelo
STATING:     Move to approve the appropriation of $289.00 to Alpha Epsilon Delta.
SENATORS FOR: Bell, Jocksich, D'Angelo, Garris, Pena, Penn, Davis, Haley, Lindsey, Moorer, Lechner, V.Mitchell, Byrd, Hegwood, Wheeler, Walker, Brantley, Khawaja, Florez, Hogue.
SENATORS AGAINST: None
SENATORS ABSTAINING: Wilson, Smith.


MOTION:      1/25/93/06                    PASSES      ·
TITLE:       ASEAN Student Association
SPONSOR:     Senator Wheeler
STATING:     Move to approve the appropriation of $980.00 to the ASEAN Student Association.
SENATORS FOR: Bell, Jockisch, D'Angelo, Garris, Pena, Penn, Davis, Haley, Lindsey, Moorer, Lechner, V.Mitchell, Byrd, Hegwood, Wheeler, Walker, Brantley, Khawaja, Florez, Hogue.
SENATORS AGAINST: None
SENATORS ABSTAINING: Wilson, Smith.


MOTION:      1/25/93/07                    PASSES
TITLE:       Campus Watch
SPONSOR:     Senator Wheeler
STATING:     Move to approve the appropriation of $355.00 to Campus Watch.
SENATORS FOR: Bell, Jochkisch, D'Angelo, Garris, Pena, Penn, Haley, Lindsey, Moorer, Lechner, V.Mitchell, Byrd, Hegwood, Wheeler, Walker, Brantley, Khawaja, Florez, Hogue.
SENATORS AGAINST: Davis
SENATORS ABSTAINING: Wilson, Smith.


MOTION:      1/25/93/08                    PASSES
TITLE:       Chinese Student Association
SPONSOR:     Senator Wheeler
STATING:     Move to table the Chinese Student Association's budget request.


MOTION:      1/25/93/09                    PASSES
TITLE:       Sigma Tau Delta and the English Club
SPONSOR:     Senator D'Angelo
STATING:     Move that we consider the budget requests for Sigma Tau Delta and the English Club together.

MOTION:     1/25/93/10                                    PASSES
TITLE:      Sigma Tau Delta & English Club
SPONSOR:    Senator D'Angelo
STATING:    Move to approve the appropriation of $531.62 to the English Club and
$531.63 to Sigma Tau Delta.
SENATORS FOR:  Jockisch, D'Angelo, Garris, Pena, Penn, Davis, Haley, Lindsey,
Lechner, V.Mitchell, Byrd, Wheeler, Brantley, Khawaja, Florez.
SENATORS AGAINST:  Bell, Moorer, Walker, Hogue.
SENATORS ABSTAINING:  Wilson, Smith.

MOTION:     1/25/93/11                                    FAILS
TITLE:      Sigma Tau Delta & English Club
SPONSOR:    Senator Wheeler
STATING:    Move to amend motion 1/25/93/10 and appropriate $890.00.

MOTION:     1/25/93/12                                    PASSES
TITLE:      Previous question
SPONSOR:    Senator D'Angelo
STATING:    Move to previous question.

MOTION:     1/25/93/13                                    PASSES
TITLE:      Epsilon Area Council
SPONSOR:    Senator Wheeler
STATING:    Move to approve the appropriation of $270.00 to the Epsilon Area Council.
SENATORS FOR:  Bell, Jockisch, D'Angelo, Garris, Pena, Penn, Davis, Haley, Lindsey,
Moorer, Lechner, V.MItchell. Byrd, Hegwood, Wheeler, Walker, Brantley, Khawaja,
Florez, Hogue.
SENATORS AGAINST:  None
SENATORS ABSTAINING:  Wilson, Smith.

MOTION:     1/25/93/14                                    PASSES
TITLE:      Flag Football Club
SPONSOR:    Senator Penn
STATING:    Move to approve the appropriation of $627.99 to the Flag Football Club.
SENATORS FOR:  Bell, Jockisch, Pena, Penn, Smith, Davis, Haley, Lindsey, Moorer,
Lechner, V.Mitchell, Byrd, Walker, Brantley, Khawaja.
SENATORS AGAINST:  Hegwood, Wheeler, Florez, Hogue.
SENATORS ABSTAINING:  D'Angelo, Garris, Wilson.

MOTION:     1/25/93/15                                    FAILS
TITLE:      Flag Football Club
SPONSOR:    Senator D'Angelo
STATING:    Move to amend motion 1/25/93/14 and appropriate $495.00.

MOTION:    1/25/93/16                          PASSES
TITLE:     Pevious question
SPONSOR:   Senator Wheeler
STATING:   Move to previous question.

MOTION:    1/25/93/17                          PASSES
TITLE:     Previous question
SPONSOR:   Senator Penn
STATING:   Move to previous question.

MOTION:    1/25/93/18                          PASSES
TITLE:     Pakistan Student Association
SPONSOR:   Senator D'Angelo
STATING:   Move to approve the appropriation of $930.00 to the Pakistan Student
Association.
SENATORS FOR: Bell, Jockisch, D'Angelo, Garris, Pena, Penn, Smith, Davis, Haley,
Lindsey, Moorer, lechner, V.Mitchell, Byrd, Hegwood, Wheeler, Walker, Brantley,
Khawaja, Hogue.
SENATORS AGAINST: Florez.
SENTATORS ABSTAINING: None

MOTION:    1/25/93/19                          PASSES
TITLE:     Singapore Student Association
SPONSOR:   Senator D'Angelo
STATING:   Move to approve the appropriation of $10.00 to the Singapore Student
Association.
SENATORS FOR: Bell, Jockisch, D'Angelo, Garris, Pena, Penn, Smith, Davis, Haley,
Lindsey, Moorer, Lechner, V.Mitchell, Byrd, Hegwood, Wheeler, Walker, Brantley,
Khawaja, Florez, Hogue.
SENATORS AGAINST: None
SENATORS ABSTAINING: Wilson.

MOTION:    1/25/93/20                          PASSES
TITLE:     Theater USA Players
SPONSOR:   Senator Pena
STATING:   Move to approve the appropriation of $750.00 to the Theater USA Players.
SENATORS FOR: Bell, Jockisch, D'Angelo, Garris, Pena, Penn, Smith, Haley,
Lindsey, Moorer, Lechner, V.Mitchell, Byrd, Hegwood, Wheeler, Walker, Brantley,
Khawaja, Florez, Hogue.
SENATORS AGAINST: Davis.
SENATORS ABSTAINING: Wilson.

MOTION:    1/25/93/21                                    PASSES
TITLE:     Chess Club
SPONSOR:   Senator Wheeler
STATING:   Move to approve the appropriation of $400.00 to the Chess Club.
SENATORS FOR: Bell, Jockisch, D'Angelo, Garris, Pena, Penn, Smith, Haley, Lindsey,
Moorer, Lechner, V.Mitchell, byrd, Hegwood, Wheeler, Walker, Brantley, Khawaja,
Florez, Hogue.
SENATORS AGAINST: None
SENATORS ABSTAINING: Wilson, Davis.

MOTION:    1/25/93/22                                    PASSES
TITLE:     USA Dance Team
SPONSOR:   Senator Wheeler
STATING:   Move to approve the appropriation of $1500.00 to the USA Dance Team.
SENATORS FOR: Bell, Jockisch, D'Angelo, Garris, Pena, Penn, Smith, Davis, Haley,
Lindsey, Moorer, Lechner, V.Mitchell, Byrd, Hegwood, Wheeler, Walker, Brantley,
Khawaja, Florez, Hogue.
SENATORS AGAINST: None
SENATORS ABSTAINING: Wilson

MOTION:    1/25/93/23                                    PASSES
TITLE:     USA Equestrian Club
SPONSOR:   Senator Penn
STATING:   Move to approve the appropriation of $1500.00 to the USA Equestrian
Club.
SENATORS FOR: Bell, Jockisch, Garris, Pena, Penn, Smith, Davis, Haley, Lindsey,
Moorer, Lechner, V.Mitchell, Byrd, Hegwood, Wheeler, Walker, Brantley, Khawaja,
Florez, Hogue.
SENATORS AGAINST: D'Angelo.
SENATORS ABSTAINING: Wilson.

MOTION:    1/25/93/24                                    PASSES
TITLE:     Previous question
SPONSOR:   Senator Penn
STATING:   Move to previous question.

MOTION:    1/25/93/25                                    PASSES
TITLE:     Vietnamese Student Association
SPONSOR:   Senator Jockisch
STATING:   Move to approve the appropriation of $1137.75 to the Vietnamese Student
Association.
SENATORS FOR: Bell, Lockisch, D'Angelo, Garris, Pena, Penn, Smith, Davis, Haley,
Lindsey, Moorer, Lechner, V.Mitchell, Byrd, Hegwood, Wheeler, Walker, Brantley,
Khawaja, Florez, Hogue.
SENATORS AGAINST: None

## ANNOUNCEMENTS:

Joey:     We need 5 Senators for Election Committee. Please fill out an application and put it in my box.

Kerrell:   Wesley foundation is sponsoring a workshop, "Do men and women Think Differently?" Tuesday, January 26th.

Tuesday, January 26th, JP Nooner.

Thursday, January 28th, Billy McLaughlin concert.

Jag Zone: Trip to see the USA basketball team in New Orleans, $20.00. See Mike Bosarge in Athletics.

Bryan:    I need Senators to serve on the appropriations committee.

Brian:    Brady Wilson made second runner up and Mike Mitchell made first runner up in the Mr. USA pagent. Congradulations!

Dr. Adams:  Parking is now free at the basketball games for students.

| | | |
|---|---|---|
| MOTION: | 1/25/93/26 | PASSES BY ACCLAMATION |
| SPONSOR: | Senator Jocksich | |
| TITLE: | Adjournment | |
| STATING: | To adjourn the meeting at 9:45 pm. | |

▓ 0393

PRESENT: Carol Jackson, Stephen Fuller, Al Clark, Tom Martin, Jarmora Valrie, Paula Smith, Bernita Pulmas, Phillip Theodore, Don Christian, Dean Adams.

4.  SGA had their Budget Meeting last night. The Gay, Lesbian, Bisexual Student Alliance requested money from SGA for a state-wide conference. This will be presented to the Attorney General for their approval.

0394

9. GLBSA has asked for funding through SGA and we are awaiting opinion from State Attorney General's office. The University is in a Catch 22 situation; if the State rules against funding and we abide by that ruling, groups who support human rights such as the American Civil Liberties Union will get involved. If we do not abide by the ruling, the State will pursue the issue. We do not desire to be thrown into the position of being a test case.

# UNIVERSITY OF SOUTH ALABAMA

DEAN OF STUDENTS



TELEPHONE: (205) 460-6171
L'C 111 • MOBILE, ALABAMA 36688-0002

January 27, 1993

Mr. Gerald Hite Wilson
608 Azalea Road, Apt. 1304
Mobile, AL 36609

Dear Mr. Wilson:

Given the law passed and the restrictions placed on funding
and space for certain groups on campus, we are asking the
attorney general's office to interpret the law in light of
your organization's recent funding request. The language of
the bill seems ambiguous and we need clarification before we
can proceed with funding.

Please submit a complete list of speakers, topics, and over-
all purpose for the activities you propose for funding. This
will be submitted for review by the attorney general's office.

Thank you for your cooperation.

Sincerely,

Dale T. Adams
Dean of Students

DTA/smcd

AN AFFIRMATIVE ACTION/EQUAL OPPORTUNITY EDUCATIONAL INSTITUTION

# BUDGET/APPROPRIATION REQUEST
(circle one)

For ___WINTER___ Quarter, 19 _93_

## PLEASE PRINT IN BLACK INK OR TYPE

### Organization Information

Name of Organization GAY, LESBIAN AND BISEXUAL ALLIANCE

Number of Active Members __25__ # of quarters as a registered organization __4__

Name of Organization President George Hite Wilson    Phone # __666-9824__

Local Mailing Address PO BOX 81571 Mobile AL 36608

Name of Student Submitting Request same         Phone # _____

Local Mailing Address _____

Name of Faculty/Alumni Advisor Lawrence Schehr    Phone # 460-6291

On-campus Address Foreign Language Dept HUMB 322

### Financial Information

Amount of funds received from SGA this school year (since Summer Qtr.) __0__

Does organization have an on-campus account? yes_____ no __X (see attached)

If yes, account #_____

### Amount of Funds Generated by Organization

|  | This Quarter | This school year (since Summer Qtr.) |
|---|---|---|
| Local Dues | 40.00 | 115.00 |
| Fund Raisers | 0.00 | 94.00 |
| Donations | 35.00 | 50.00 |
| Other Sources |  |  |
| TOTAL | 75.00 | 259.00 |

Total cost of project(s) being sponsored by organization
this quarter (please attach itemized expense list)         $ 625.00

Total Funds Requested from SGA
(Please indicate the projects for which you are requesting funds) $ 698.00

(OVER)

0397

Name and Nature of Project(s) for which money is being requested: Speakers Bureau
presentations (Human Sexuality class, Zeta Tau Alpha and Residence Life Council)
and guest speaker Bill Rubenstein.

If Chapter 701.1 of Code-of-Laws applies, please indicate which requirement is met
here:

Potential Benefits to Membership: Public speaking opportunities, information on
gay, lesbian and bisexual legal issues, and fostering improved relations with
community and campus.

Potential Benefits to Student Body: Fostering understading of cultural diversity and
eliminating barriers which exist from homophobia and fear. Students will be
able to discuss pertinent issues regarding sexual orientation and learn about
homosexuality in a positive manner.

I have received a copy of the SGA Code-of-Laws and regulations concerning Allocation
of SGA Funds. I have read these rules and regulations before filling out this form. I
will have a representative of my organization who is knowledgeable of the project in
attendance at the budget/appropriation meeting.

Signature of person submitting request:

George Hite Wilson
President, Gay, Lesbian and Bisexual Alliance

FOR OFFICE USE:

_____ rec'd        _____ reg. org. _____ attachments _____ funds rec'd to date

# Gay, Lesbian and Bisexual Alliance
## Budget Request
### Winter Quarter 1993

| | |
|---|---:|
| Social/Support Committee | |
| Plates, Napkins, cups, etc (NO FOOD/BEVERAGES | 10.00 |
| | |
| Public Relations Committee | 10.00 |
| Flyers (100 per month/3 months) | ¹48.00 |
| | |
| Finance & Administration Committee | 58.00 |
| Bank Fees | ²15.00 |
| | |
| | [15.00] |
| Speakers Bureau & Forum Committee | |
| Guest Speakers Fee | 350.00 |
| Guest Speakers Transportation/Lodging | 150.00 |
| Presentation Equipment: brochures, displays, etc. | 50.00 |
| Gay, Lesbian and Bisexual Resource Library | 75.00 |
| (books, journals, etc.) | |
| | $683.00 |
| | ²[$698.00] |

This is a revised budget request initially submitted January 20,
1993. Changes₂ reflect Executive Council's review, unless otherwise
noted ₁ (¹ and ²).

¹ Original request should have read 100 flyers per month vice
per quarter.

² Bank fees are requested due to GLBA having an off-campus
account (Central Bank). The off-campus account eliminates the
risk of losing GLBA funds, raised through membership dues,
donations and fund-raising, which would become campus funds in
an on-campus account, thereby denied to any group whose
"lifestyle" promotes the violation of Alabama Sodomy and
Sexual Misconduct Laws. Interpretation of Alabama House
Resolution 454 is pending, per Dr. Dale Adams, Dean of
Students and Maxey Roberts, University Attorney.

The Gay, Lesbian and Bisexual Alliance (GLBA) events for the Winter
Quarter 1993 include participation in New Orleans Day, Homecoming,
and other activities on campus. Additionally, the GLBA will
sponsor guest speaker attorney Bill Rubenstein, Director of the
ACLU's Gay and Lesbian Rights Project. Mr. Rubenstein is a Harvard
Law School Graduate and speaks on topic involving gay, lesbian and
bisexual equal rights, sodomy laws, and HIV/AIDS legal issues. The
University of Alabama Law School sponsored Mr. Rubenstein lecture
during the Fall 1992. Mr. Rubenstein's lecture tremendously
benefits the campus, students and community as he eloquently
explains the law and its interpretation and how it affects the
community, homosexual and heterosexual.

0399

The GLBA's Speakers Bureau will conduct forum on topic including Homophobia, Sexual Orientation, the Military Ban, HIV/AIDS and Safer Sex, and other gay and lesbian issues to any class, campus or community group to foster understanding and mutual respect. The Bureau participated in an Understanding Sexual Orientation Forum in Fall 1992. Currently scheduled: Human Sexuality class, Residence Life Council and Zeta Tau Alpha sorority.

George Hite Wilson, President
Gay, Lesbian and Bisexual Alliance
Submitted January 29, 1993

🔲 0400

UNIVERSITY OF SOUTH ALABAMA



STUDENT GOVERNMENT ASSOCIATION

TELEPHONE: (205) 460-7191
UC 280 • MOBILE, ALABAMA 36688-0002

January 29, 1993

RECEIVED
FEB 3 1993

Dean of Students
University of South Alabama

Ms. Maxey Roberts
University Attorney
AD 131
Mobile, AL  36688

Dear Ms. Roberts:

Attached is a copy of the itemized budget/appropriation request form that the Gay, Lesbian, and Bisexual Alliance will be resubmitting to the Student Government Association (SGA). Please feel free to forward these documents to the State Attorney General Jimmy Evans if matters should necessitate such action.

Sincerely,

Michael Mitchell

Michael Mitchell
SGA President

MM:cj

Enclosures

0401

# BUDGET/APPROPRIATION REQUEST

(circle one)

For __WINTER__ Quarter, 19 93

## PLEASE PRINT IN BLACK INK OR TYPE

## Organization Information

Name of Organization GAY, LESBIAN.AND BISEXUAL ALLIANCE

Number of Active Members __25__ # of quarters as a registered organization __4__

Name of Organization President George Hite Wilson Phone # __666-9824__

Local Mailing Address PO BOX 81571 Mobile AL 36608

Name of Student Submitting Request same Phone #

Local Mailing Address

Name of Faculty/Alumni Advisor Lawrence Schehr Phone # 460-6291

On-campus Address Foreign Language Dept HUMB 322

## Financial Information

Amount of funds received from SGA this school year (since Summer Qtr.) __0__

Does organization have an on-campus account? yes_____ no __X (see attached)__

If yes, account #

### Amount of Funds Generated by Organization

|  | This Quarter | This school year (since Summer Qtr.) |
|---|---|---|
| Local Dues | 40.00 | 115.00 |
| Fund Raisers | 0.00 | 94.00 |
| Donations | 35.00 | 50.00 |
| Other Sources |  |  |
| TOTAL | 75.00 | 259.00 |

Total cost of project(s) being sponsored by organization
this quarter (please attach itemized expense list) $ 625.00

Total Funds Requested from SGA
(Please indicate the projects for which you are requesting funds) $ 698.00

(OVER)

0402

Name and Nature of Project(s) for which money is being requested: Speakers Bureau
presentations (Human Sexuality class, Zeta Tau Alpha and Residence Life Council)
and guest speaker Bill Rubenstein.

If Chapter 701.1 of Code-of-Laws applies, please indicate which requirement is met
here:

Potential Benefits to Membership: Public speaking opportunities, information on
gay, lesbian and bisexual legal issues, and fostering improved relations with
community and campus.

Potential Benefits to Student Body: Fostering understading of cultural diversity and
eliminating barriers which exist from homophobia and fear. Students will be
able to discuss pertinent issues regarding sexual orientation and learn about
homosexuality in a positive manner.

I have received a copy of the SGA Code-of-Laws and regulations concerning Allocation
of SGA Funds. I have read these rules and regulations before filling out this form. I
will have a representative of my organization who is knowledgeable of the project in
attendance at the budget/appropriation meeting.

Signature of person submitting request:

George Hite Wilson
President, Gay, Lesbian and Bisexual Alliance

FOR OFFICE USE:

_____ rec'd        _____ reg. org. _____ attachments _____ funds rec'd to date

Social/Support    Committee
       Plates,  Napkins,  cups,  etc  (NO  FOOD/BEVERAGES                          10.00

                                                                                 10.00
Public  Relations   Committee
       Flyers  (100  per  month/3   months)                                       [1]48.00

                                                                                 58.00
Finance  &  Administration    Committee
       Bank  Fees                                                                 [2]15.00

                                                                                 [15.00]
Speakers  Bureau  &  Forum  Committee
       Guest   Speakers   Fee                                                    350.00
       Guest   Speakers   Transportation/Lodging                                 150.00
       Presentation   Equipment:   brochures,   displays,   etc.                  50.00
       Gay,  Lesbian  and  Bisexual  Resource   Library                           75.00
       (books,   journals,   etc.)

                                                                                 $683.00
                                                                               [2][$698.00]

This  is  a  revised  budget  request  initially  submitted  January  20,
1993.  Changes  reflect  Executive  Council's  review,  unless  otherwise
noted  ([1] and  [2]).

[1] Original  request  should  have  read  100  flyers  per  month  vice
per  quarter.
[2] Bank  fees  are  requested  due  to  GLBA  having  an  off-campus
account  (Central  Bank).  The  off-campus  account  eliminates  the
risk  of  losing  GLBA  funds,  raised  through  membership  dues,
donations  and  fund-raising,  which  would  become  campus  funds  in
an  on-campus  account,  thereby  denied  to  any  group  whose
"lifestyle"  promotes  the  violation  of  Alabama  Sodomy  and
Sexual  Misconduct  Laws.  Interpretation  of  Alabama  House
Resolution  454  is  pending,  per  Dr.  Dale  Adams,  Dean  of
Students  and  Maxey  Roberts,  University  Attorney.

The  Gay,  Lesbian  and  Bisexual  Alliance  (GLBA)  events  for  the  Winter
Quarter  1993  include  participation  in  New  Orleans  Day,  Homecoming,
and  other  activities  on  campus.  Additionally,  the  GLBA  will
sponsor  guest  speaker  attorney  Bill  Rubenstein,  Director  of  the
ACLU's  Gay  and  Lesbian  Rights  Project.  Mr.  Rubenstein  is  a  Harvard
Law  School  Graduate  and  speaks  on  topic  involving  gay,  lesbian  and
bisexual  equal  rights,  sodomy  laws,  and  HIV/AIDS  legal  issues.  The
University  of  Alabama  Law  School  sponsored  Mr.  Rubenstein  lecture
during  the  Fall  1992.  Mr.  Rubenstein's  lecture  tremendously
benefits  the  campus,  students  and  community  as  he  eloquently
explains  the  law  and  its  interpretation  and  how  it  affects  the
community,  homosexual  and  heterosexual.

0404

The GLBA's Speakers Bureau will conduct forum on topic including Homophobia, Sexual Orientation, the Military Ban, HIV/AIDS and Safer Sex, and other gay and lesbian issues to any class, campus or community group to foster understanding and mutual respect. The Bureau participated in an Understanding Sexual Orientation Forum in Fall 1992. Currently scheduled: Human Sexuality class, Residence Life Council and Zeta Tau Alpha sorority.

George Hite Wilson, President
Gay, Lesbian and Bisexual Alliance
Submitted January 29, 1993

0405

## SGA COMMITTEE BUDGET REQUEST FORM

Must be submitted to the Vice President by the budget request
deadline each quarter. All funds requested must be directly
related to the committee function and must benefit the
students. Remember, funds are extremely limited.

Check with the Vice President at the beginning of each
quarter for the quarter's request deadline and your
committee's account balance.

NAME OF COMMITTEE Social and Athletic

COMMITTEE CHAIR Chris Oliver

QUARTER: Summer Fall _Winter_ Spring YEAR: 1993

TOTAL BUDGET REQUEST FOR QUARTER: $3,950.00

BREAKDOWN OF BUDGET: BetaGamma Social Event-- $200.00

Delta Social Event -- $200.00, Epsilon Crawfish Boil

$350.00, Superbowl Party in Ballroom-- $450.00,

Reception for Dianne Dixon -- $400.00, Homecoming

T-Shirts-- $1,900.00, Homecoming Goofy Games $ 400.00 .

BENEFITS TO STUDENT BODY: Provides students a opportunity

to gather in a social enviroment and interact with others.

Signature of Committee Chair _Chris Oliver_

Date submitted 1/29/93

Signature of Vice President _Roury Phillips (MAM)_

Date received _____

FOR OFFICE USE:

rec'd._____        acct. balance_____
                              as of_____

圖 0406

Social and Athletic Budget Outline

1.  Beta Gamma and Delta social events-- In a effort to work more
    with housing, I have agreed to help sponsor some of the smaller
    events that they put on. For both of these events my committee
    will be sponsoring some form of musical entertainment. I set aside
    two hundred dollars for each event. TOTAL = $400.00  1/27/93

2.  Superbowl Party in UC Ballroom-- The UC Ballroom has a video
    projector which can put the game up on the wall so that more people
    can watch it at once. We will provide refreshments and entertainment
    also. TOTAL= $450.00  1/31/93

3.  Reception for Dianne Dixon-- Dianne Dixon came to South Alabama
    to give a dramatic presentation for Dr. Martin Luther King Jr.
    Birthday celebration here on campus. The reception was held
    immediately following the presentation. Approximately 150
    people attended the reception. Both students and administration
    were in attendance. TOTAL= $400.00  1/18/93

4.  Homecoming T-Shirts-- Every year SGA sponsors the Homecoming T-Shirts.
    This year like any other year we will be doing 300 T-shirts. TOTAL $1,900.00

5.  Homecoming Goofy Games-- As part of the Homecoming week of festivities
    SGA is sponsoring Goofy Games in the amphitheatre. The games will
    be to earn points for the overall Homecoming competition. We will also
    provide refreshments for this event. TOTAL= $450.00  2/26/93

6.  Epsilon Crawfish Boil— Epsilon area is doing a Crawfish Boil for their
    big event of the quarter. I would like to Co-Sponsor this event with
    them since SGA has never done Anything with Epsilon to my Knowledge.
    SGA would buy T-shirts for this. TOTAL $ 350.00  3/7/93

    Stipulation: Ads must be ostridured campus wide.

TOTAL BUDGET REQUEST IS $3,950.00

0407

## ORGANIZATION INFORMATION

Name of Organization  Alpha Area Council

Number of Active Members 115     # of Quarters as a Registered Organization  40

Name of Organization President Rob Hart                              Telephone # 341-3091

Name of Student Submitting Proposal  Rob Hart                        Telephone # 341-3091

Name of Faculty/Alumni Advisor Chelley Burton                        Telephone# 460-6391

## FINANCIAL INFORMATION

Amount of Funds received from SGA this school year (Summer-Spring) **XXXX** $500

If funds have been received this school year, have receipts been
submitted to the SGA?                                        yes  X   no

### Amount of Funds Generated by Organization

|                | This Quarter | This Year |
|----------------|--------------|-----------|
| Local Dues     | N/A          | N/A       |
| Fund Raisers   | $30          | $30       |
| Donations      | N/A          | N/A       |
| Other Sources  | #350         | #350      |
| TOTAL          | $380         | $380      |

## PROJECT INFORMATION

Name and Nature of Project for which money is being requested: P.R.O. Supplies- $100
Sports Equip.-$75, Valentines Party Decorations-$100, Party D.J.-$150, Board Games,
Recreational Items,Prerecorded Video Tapes,etc.-$150,total-$575

Potential Benefits to Membership:  Socialization of the Residents,Campus wide
advertisements, Recreational release for the residents with out having to leave the hall.
Potential Benefits to Student Body: With the help of campus wide advertisement students
from both on campus and off campus will have a chance to mingle and meet new people.

| | |
|---|---|
| TOTAL FUNDS REQUESTED FROM SGA | $575 |
| Contribution by Organization to Project | $200 |
| Total Cost of Project | $775 |

**Please attach copies of itemized
estimates of all expenses

I have received a copy of the SGA Code of Laws concerning Rules for Allocation of Funds.
I have read these rules and will have a representative of my organization who is know-
ledgeable of the project in attendance at the budget/appropriations meeting.

SIGNATURE OF PERSON SUBMITTING REQUEST

0408

## (BUDGET/APPROPRIATION REQUEST)
(circle one)

For _____ Winter _____ Quarter, 19 93

## PLEASE PRINT IN BLACK INK OR TYPE

### Organization Information

Name of Organization _____ ASEAN STUDENT ASSOCIATION _____
Number of Active Members __115__ # of quarters as a registered organization __More than 3 years.__
Name of Organization President____Louis Kek____ Phone # __341 0372__
    Local Mailing Address __6427, Airport Blvd, #119, Mobile, AL 36608__ .
Name of Student Submitting Request__Foo Kheong Cheong__ Phone # __342 7732__
    Local Mailing Address __5811, Old Shell Rd, #C, Mobile, AL 36608.__
Name of Faculty/Alumni Advisor__Stephen Cottrell__ Phone # __460 - 6050__
    On-campus Address ___Adm Rm #___

### Financial Information

Amount of funds received from SGA this school year (since Summer Qtr.) _____ 0 _____
Does organization have an on-campus account? yes_____ no _____ ✓ _____
    If yes, account #_____

### Amount of Funds Generated by Organization

|              | This Quarter | This school year (since Summer Qtr.) |
|--------------|--------------|--------------------------------------|
| Local Dues   | 500.00       | 522.00                               |
| Fund Raisers | 500.00       | 700.00                               |
| Donations    | 100.00       | 300.00                               |
| Other Sources|              |                                      |
| TOTAL        | 1100.00      | 1522.00                              |

Total cost of project(s) being sponsored by organization
this quarter (please attach itemized expense list)        $ 2800.00

Total Funds Requested from SGA
(Please indicate the projects for which you are requesting funds) $ 980.00

(OVER)

■ 0409

## Project Information

Name and Nature of Project(s) for which money is being requested: CHINESE NEW YEAR GATHERING .

About 300 participants are expected to attend This event. We have already got confirmation of about 200. We will have cultural food, traditional events (music/dance). This will be a good cultural exchange event on Campus.

If Chapter 701.1 of Code-of-Laws applies, please indicate which requirement is met here:_____

Potential Benefits to Membership: ① Learn to organize a huge event
② Show leadership quality
③ Establish friendship among students .

This event will nurture good-will relations between American and Chinese students on Campus. The American students/faculty and staff will know about the traditional Chinese New Year and Chinese way of celebration.

Potential Benefits to Student Body: ① Inter cultural Exchange
② Acknowledge gratitude to host family and instructors

I have received a copy of the SGA Code-of-Laws and regulations concerning Allocation of SGA Funds. I have read these rules and regulations before filling out this form. I will have a representative of my organization who is knowledgeable of the project in attendance at the budget/appropriation meeting.

Signature of person submitting request:

FOR OFFICE USE:

_____ rec'd        _____reg. org.        _____attachments        _____funds rec'd to date

0410

**TO    : Students Government Association (SGA)**

**FROM : ASEAN Students Association**

**RE    : Chinese New Year Gathering**

**DATE : January 17, 1993**

---

It is time to celebrate the new year again, the **CHINESE NEW YEAR**. We plan to start off the **Year of the Rooster** with a **BANG**. We will be having a Chinese New Year gathering at the U.C. Ballroom on January 23, 1993 at 6:00 p.m. and you are invited.

There are many reasons to celebrate the Chinese New Year. Two of the goals of the ASEAN Students Association are to promote intercultural exchange and to promote lasting bonds and friendships among students. We plan to be a step nearer in achieving these two objectives by inviting students, the students' host families, instructors and other interested parties to join us to celebrate this merry occasion. This occasion will also give us an opportunity to acknowledge our gratitude to our host families for their hospitality and our gratitude to our instructors and other university staff for the hard work they have put in. Among the names on our guests lists are President Frederick T. Whiddon, Dean of Student Services, Dr. Dale T. Adams, Dean of Enrollment Services, Dr. J. David Stearns and International Services Coordinator, Mr. Stephen Cottrell.

Just like last year, there will be a lot of programs and food in this year celebration. We are expecting approximately **250** guests and members for this year's party. In fact, many of this year's guests are returning guests. They are coming back for this year's celebration because they really had a good time during last year's celebration. We are working very hard to make this year's party a memorable one for them and for us too.

This project is consistent with SGA's goal of promoting a balance between academics and extracurricular activities. We will acknowledge SGA's sponsorship verbally and by publishing its name on our program listing on that evening.

This project will reflect the diversity of our university's student population and its cultural heritage. We plan to invite Channel Five and the Mobile Press Register to cover this cultural event. This additional publicity will boost our university's name and maybe a factor in increasing its student population.

1

0411

Listed below are the estimates for the costs that will be incurred in making this year's par a BLAST! :

Decoration costs: to give U.C. ballroom a Chinese New Year mood (see attached photos)
Decoration materials and tapes                                      40.00
Hand made flowers                                                   10.00
Papers, ink, drawing/writing materials                              20.00        $70.00

Program costs: it is less expensive than inviting Madonna and her friends
Lion Dance (rental, clothing, repair etc.)                        300.00
Fashion show (costumes, makeup etc.)                               100.00
Traditional Chinese Gifts(Chopsticks & paper fans for guests)     100.00
Materials for game                                                 20.00
Music recording (New Year song, tapes which will be given to
International office for future used; video etc.)                  30.00        $550.00

Public relations:
New Year greeting cards (30 pieces)                                 30.00
Red packets (Ang Pows) -- 300 pieces (for the guest)               20.00
Copy program menus, invitation cards etc.                          30.00
Materials from Malaysia (flags, traditional handicrafts)          150.00        $230.00

Food Utensils:
Alumium trays and foils                                           100.00
Equipment rental (warmer, drink containers etc.)                  150.00
Paper plates, napkins, cups, forks etc.                           100.00
Food from local restarants                                       1500.00
Equipment from JP (Equipment + Labor costs)                       100.00       $1950.00

Total estimated costs                                                          $2800.00
                                                                               ========

Contribution by ASEAN STUDENT ASSOCIATION

Food                                                             1500.00
Paper plates, napkins, cups                                       100.00
Alumium trays + foils                                             100.00       $1700.00


We urge you to support this worthy project. If you have any questions concerning this project, please give Kek Hong Tan or Foo Kheong Cheong a call at (205) 343-9552/342-7732.

**Thank you for your support.**

# SGA BUDGET / APPROPRIATION REQUEST

(circle one)

## FOR ___WINTER___ QUARTER 19_93_

*(PLEASE PRINT IN BLACK INK OR TYPE)*

### Organization Information

Name of Organization _____Epsilon Area Council_____

Number of Active Members _____, # of quarters as a registered organization ___2___

Name of Organization President ___Rebecca Voss___ Phone # ___341-4473___

Name of Student Submitting Request ___Rebecca Voss___ Phone # ___341-4473___

Name of Faculty/Alumni Advisor ___Samantha Rimmel___ Phone # ___460-7870___

### Financial Information

Amount of funds received from SGA this school year (since Summer Qtr.) ___ $ 680.00

Does organization have an on-campus account? Yes _X_ No____

If yes, account # ____through the Housing Department____

### Amount of Funds Generated by Organization

|                | This Quarter | This School Year (since Summer Qtr.) |
|----------------|--------------|--------------------------------------|
| Local Dues     | -0-          | -0-                                  |
| Fund Raisers   | -0-          | -0-                                  |
| Donations      | -0-          | -0-                                  |
| Other Sources  | $ 740.00     | $ 1200.00                            |
| TOTAL          | $ 740.00     | $ 1200.00                            |

Total cost of project(s) for which you are requesting funds: _____ $ 620.00 _____.
(itemized list of estimated expenses must be attached)

TOTAL FUNDS REQUESTED FROM SGA: _____ $ 210.00 ____

(Over)

31

🔢 0413

Name and Nature of Project(s) for which money is being requested: The board games are for

the use of the residents of Epsilon. They will be checked out through the

night clerk.

The publicity and decorations are for a program for all the students of

the university. It will be a crayfish boil.

If Chapter 701.1 of Code-of-Laws applies, please indicate which requirement is met here: The program

is open to all students of South Alabama.

Potential Benefits to Membership: The membership of Epsilon Area Council consists of

residents of Epsilon. Thus, the board games will be provided for the

recreational use of all the residents.

Potential Benefits to Student Body: The Crayfish Boil is social one for all the students.

It is designed to get students out to meet other students and to fellowship

with other students.

I have received a copy of the SGA Code-of-Laws and regulations concerning Allocation of SGA funds. I have read these rules and regulations before filling out this form. I will have a representative of my organization who is knowledgeable of the project in attendance at the budget/appropriation meeting.

Signature of person submitting request:

Jebecca Vin

FOR OFFICE USE:

_____ rec'd          _____ reg. org.          _____ attachments          _____ funds rec. to date

▓ 0414

BUDGET FOR EPSILON AREA COUNCIL

1) Superbowl Party                                         $    50.00
        for food and prizes

2) Sexual Jeopardy                                         $   100.00
        for food, prizes and decorations

3) Crayfish Boil
            Food                    $    400.00
            Publicity               $     30.00
            Decorations             $     40.00

            Total                                          $   470.00

4) Exam Break                                         ·    $    70.00
        for food

4) Valentine-a-grams                                       $    50.00
        Community Service project for children
        in a home.

                                                          ─────────
Total                                                      $   740.00


                    ASKING SGA TO ALLOCATE


1) Publicity and Decorations for Crayfish Boil
            Publicity:   4 sheet signs, spray paint,              $    30.00
                         sidewalk chalk, markers, paper
            Decorations:  paper bags, candles,                    $    40.00
                         Christmas lights, streamers,
                         balloons, plastic, fishing nets

2) Board Games                                                    $   150.00
            (for the use of Epsilon residents; will be
            checked out by the night clerk)
            Taboo, card games, Twister, Trivial Pursuit,
            Scattegories, Pictionary


TOTAL FUNDS REQUESTED FROM SGA                                    $   220.00


In addition:
    Brooms + Sports Equipment                      $50.00 of restitution

                                                   ─────────────
                                                   $270.00

                                                        0415

# BUDGET/APPROPRIATION REQUEST
### (circle one)

For ___Winter___ Quarter, 19__93__

## PLEASE PRINT IN BLACK INK OR TYPE

### Organization Information

Name of Organization ___PAKISTAN STUDENTS ASSOCIATION___
Number of Active Members __96__ # of quarters as a registered organization __16__
Name of Organization President __TAHIR HAFEEZ__ Phone # __(205) 343-3843__
   Local Mailing Address __6001 OLD SHELL ROAD, #E-35 MOBILE, AL-36608__
Name of Student Submitting Request __FAISAL HUSSAIN__ Phone # __(205) 344-9332__
   Local Mailing Address ___
Name of Faculty/Alumni Advisor __DR. Z. HUSAIN__ Phone # __(205) 460-7161__
   On-campus Address __HUMB 232___

### Financial Information

Amount of funds received from SGA this school year (since Summer Qtr.) ___O___
Does organization have an on-campus account? yes_____ no __✓___
   If yes, account #_____

## Amount of Funds Generated by Organization

|  | This Quarter | This school year (since Summer Qtr.) |
|---|---|---|
| Local Dues | $350.00 | $400.00 |
| Fund Raisers |  |  |
| Donations |  |  |
| Other Sources |  |  |
| TOTAL | $750.00 |  |

Total cost of project(s) being sponsored by organization
this quarter (please attach itemized expense list)               $ 1,880.00

Total Funds Requested from SGA
(Please indicate the projects for which you are requesting funds) $ 1,230.00

(OVER)

0416

## Project Information

Name and Nature of Project(s) for which money is being requested: _____

1. PAKISTAN DAY CELEBRATION
2. CRICKET TOURNAMENT.

If Chapter 701.1 of Code-of-Laws applies, please indicate which requirement is met here: _____

Potential Benefits to Membership: PAKISTAN DAY IS AN IMPORTANT DAY IN PAKISTAN'S HISTORY. SO THIS CELEBRATION WOULD GIVE THE MEMBERS A CHANCE TO SATISFY THEIR EMOTIONS. CRICKET IS NOT PLAYED ON REGULAR BASIS IN THE US. SO THIS PROVIDES AN OPPORTUNITY & ENTERTAINMENT FOR THE MEMB

Potential Benefits to Student Body: BY CELEBRATION PAKISTAN DAY, STUDENTS WILL GET TO KNOW MORE ABOUT PAKISTAN, IT'S CULTURE & HISTORY. P.S.A ARRANGES CRICKET TOURNAMENT ON REGULAR BASIS AND THE WAY IT HAS INTRODUCED THE GAME TO NATIVES OF MOBILE, WHO ARE TAKING INTREST, WHERE AS THE OTHER MINORITY STUDENT COMMUNITIE. ALSO TAKE PART IN THESE TOURNAMENTS.

I have received a copy of the SGA Code-of-Laws and regulations concerning Allocation of SGA Funds. I have read these rules and regulations before filling out this form. I will have a representative of my organization who is knowledgeable of the project in attendance at the budget/appropriation meeting.

Signature of person submitting request:

Faisal.

FOR OFFICE USE:

_____ rec'd          _____ reg. org.          _____ attachments          _____ funds rec'd to date

0.4.1.7

ITEMIZED LIST OF EXPENSES.

A. PAKISTAN DAY CELEBRATION.

   1. MUSIC GROUP (FROM NEW ORLEANS)     $ 550.00

   2. ACCOMODATION FOR MUSIC GROUP.
     (4 MEMBERS. 2 ROOM x $30.00 EACH)     $ 60.00
     P.S.A WILL PROVIDE FUNDS — $30.00

   3. ADVERTISING & DECORATIONS     150.00 $ 250.00
     (Includes invitation & Postage etc.)

   4. AWARDS.     $ 200.00
     (FOR Different categories such as best student etc)

   5. DINNER & REFRESHMENTS
     (P.S.A will furnish funds for dinners $ 550
     refreshments)

                Sub-Total — $1610.0

B. CRICKET TOURNAMENT    To Be Stored In Rec Center For all games
   1. SPORT EQUIPMENT     $ 100.00
   2. TOURNAMENT PRIZES & CERTIFICATES     $ 100.00
   3. REFRESHMENTS     $ 50.00
   (P.S.A will Provide refreshments)
     from it's funds.     Sub-Total $250.0

        PAKISTAN DAY — $1610.00
        CRICKET TOURNAMENT — $250.00
          TOTAL - $1860.00

0418

**BUDGET/APPROPRIATION REQUEST**
(circle one)

For _____Winter_____ Quarter, 19 93

## PLEASE PRINT IN BLACK INK OR TYPE

### Organization Information

Name of Organization _Vietnamese Student Association_
Number of Active Members _25_ # of quarters as a registered organization _12_
Name of Organization President _Khai Hoang_ Phone # _(205) 342-5443_
    Local Mailing Address _5609 Regency Oaks Dr. S. Mobile, AL. 36609_
Name of Student Submitting Request _Khai Hoang_ Phone # _(205) 342-5443_
    Local Mailing Address _5609 Regency Oaks Dr. S. Mobile, AL.36609_
Name of Faculty/Alumni Advisor _Stephen Cottrell_ Phone # _(205) 460-6050_
    On-campus Address _Administration Bldg. Room 60, Mobile, AL. 36688_

### Financial Information

Amount of funds received from SGA this school year (since Summer Qtr.) _O_
Does organization have an on-campus account? yes_____ no _✓_
    If yes, account #_____

### Amount of Funds Generated by Organization

|  | This Quarter | This school year (since Summer Qtr.) |
|---|---|---|
| Local Dues | $10⁰⁰/Memb. | $450.00 |
| Fund Raisers | O | $70.00 |
| Donations | O | O |
| Other Sources | O | O |
| TOTAL | $250.00 | $520.00 |

Total cost of project(s) being sponsored by organization
this quarter (please attach itemized expense list)          $ _1,457.75_

Total Funds Requested from SGA
(Please indicate the projects for which you are requesting funds) $ _1,137.75_

(OVER)

0419

**Project Information**

Name and Nature of Project(s) for which money is being requested: _Vietnamese_
_New Year Celebration: Date-1/16/93, Time - 7pm-2am,_
_Place- Multi-purpose Room (Cafeteria), To show and present_
_Vietnamese culture, customs, and tradition to students._
_Also, to let U.S.A students, Falcuties, Staff, and Community_
_be aware of the association._

If Chapter 701,1 of Code-of-Laws applies, please indicate which requirement is met
here: _N/A_.

Potential Benefits to Membership: _Expose to Vietnamese culture,_
_customs, and traditions. To interact with other clubs and_
_school activities. Help members to organize, administer_
_and to show leaderships. Members will learn to communi-_
_cate and work with school's system. Members will make friends._

Potential Benefits to Student Body: _More Vietnamese and non-Vietnamese_
_members will be involve with school activities. Build confidence_
_and pride toward the university. Bring publicities from_
_communities and other universities._

I have received a copy of the SGA Code-of-Laws and regulations concerning A: ocation
of SGA Funds. I have read these rules and regulations before filling out this form. I
will have a representative of my organization who is knowledgeable of the project in
attendance at the budget/appropriation meeting.

Signature of person submitting request:

_Khai Hoang_

FOR OFFICE USE:

_____ rec'd          _____reg. org.          _____attachments          _____funds rec'd to date

▓ 0420

## Expense List

1) Band                                              700.00 ✓

2.) Sound System Package                  -400.00 ✓

3.) Mirror Ball Set                               15.00

4.) Security (2)                                    267.75   377.75 ✓

5) Decoration Supplies & Accessories     75.00

Expense Total → $ 1,457.75

0421

# BUDGET/APPROPRIATION REQUEST

(circle one)

For ____SPRING____ Quarter, 19 _93_

## PLEASE PRINT IN BLACK INK OR TYPE

## Organization Information

Name of Organization  GAY LESBIAN BISEXUAL ALLIANCE (GLBA)

Number of Active Members _28_ # of quarters as a registered organization _5_

Name of Organization President George Hite Wilson ___ Phone # _666-9824_

    Local Mailing Address  PO Box 81571 Mobile AL 36608-3093

Name of Student Submitting Request_same_____ Phone # _____

    Local Mailing Address _____

Name of Faculty/Alumni Advisor Lawrence Schehr ____ Phone # _460-6291_

    On-campus Address  HUMB 322

## Financial Information

Amount of funds received from SGA this school year (since Summer Qtr.) ___0.00___

Does organization have an on-campus account? yes__ _____ no _X_ (unable to establish
    If yes, account #_____ pending Attorney Gen
                                                      ruling of HR 454)

### Amount of Funds Generated by Organization

|  | This Quarter | This school year (since Summer Qtr.) |
|---|---|---|
| Local Dues | 0.00 | 240.00 |
| Fund Raisers | 0.00 | 144.00 |
| Donations | 0.00 | 50.00 |
| Other Sources | 0.00 | 0.00 |
| TOTAL | 0.00 | 434.00 |

Total cost of project(s) being sponsored by organization
this quarter (please attach itemized expense list)   $ _1,285.00_

Total Funds Requested from SGA   720.00
(Please indicate the projects for which you are requesting funds) $_____

(OVER)

0422

## Project Information

Name and Nature of Project(s) for which money is being requested: see attach**a**ment 1

If Chapter 701.1 of Code-of-Laws applies, please indicate which requirement is met here:

Potential Benefits to Membership: Information on gay and lesbian issues, contribution to history in the South, learn to work together as a group, and support the community.

Potential Benefits to Student Body: Dispel myths regarding homosexuality, eliminate or reduce homophobia and the occurence of hate motivated crimes.

I have received a copy of the SGA Code-of-Laws and regulations concerning Allocation of SGA Funds. I have read these rules and regulations before filling out this form. I will have a representative of my organization who is knowledgeable of the project in attendance at the budget/appropriation meeting.

Signature of person submitting request: *George Hill Wilson*

FOR OFFICE USE:

_____ rec'd    _____reg. org.    _____attachments    _____funds rec'd to date

Hollywood: The Dance  Thursday, April 8  7:00-11:00
.. : dance will offer the students an opportunity to mingle and talk with
other students and dance. A one hour show featuring five of Mobile's finest
female impersonators as seen on the Sally Jesse Raphael show. The
entertainers lip-sync and dance. No indecent exposure, lewd conduct or
vulgar language will be allowed, because these standards are generally
accepted guidelines of the community. The entertainers are performing free
of charge to show their support of the GLBA, USA, and the community.
Admission:  $2.00/students $4.00/guests (with student only)
EXPENSES: (No University funding requested)

| | |
|---|---:|
| Security  5 hrs/$15.50 per hour | 77.50 |
| Night Manager 1.5 hrs/$7.50 per hour | 11.25 |
| Sound System  6 hrs/$7.50 per hour x 2 person | 72.00 |
| Advertising (sheet signs, flyers) | 20.00 |
| Refreshments | 150.00 |
| Decorations | 100.00 |
| Entertainment (no charge) | 0.00 |
| | $430.00 |

Speakers Bureau
The Speakers Bureau will continue working with other groups and classes to
promote awareness and acceptance of homosexuality, homophobia and lesbian
and gay issues. Two GLBA members will attend the American Red Cross
HIV/AIDS Instructor course and one of those will also attend the African
America Instructor course as part of the GLBA HIV/AIDS Education and
Prevention program. In May, the GLBA has invited John Howard, graduate
f low from Emory University. John co-taught the first lesbian and gay
studies with Dr. Rose Gladney at the University of Alabama, and "AIDS and
American Art."
EXPENSES

| | |
|---|---:|
| Transportation for John Howard R/T Atlanta-Mobile | 230.00 |
| Accommodations - John Howard | 50.00 |
| Honorarium - John Howard | 200.00 |
| Lunch - John Howard | 25.00* |
| Advertising (flyers) | 20.00 |
| Red Cross Training - HIV/AIDS Instructor ($35.00 per person | 70.00 |
| Red Cross - African American Instructor $25.00 per person | 25.00 |
| | $595.00 |
| * No University funds requested this item | -25.00 |
| | $570.00 |

Miscellaneous Expenses

| | |
|---|---:|
| GLBA flyers and new information packets | 50.00 |
| Plate, napkins, cups for meetings | 25.00 |
| Educations video rentals | 15.00 |
| Periodicals | 45.00 |
| Bank charges (in lieu of not being able to establish on campus account.) | 15.00 |
| Treasurer's ledger and receipt book | 10.00* |
| Refreshments (food, drinks) | 100.00* |
| $260.00 | |
| * No University funds requested these items | 110.00 |
| | $150.00 |

| | |
|---|---:|
| Total SGA funds requested: | |
| Speakers Bureau | 570.00 |
| Miscellaneous | 150.00 |
| | $720.00 |

0424

**OFFICERS PRESENT:**   President Mitchell, Vice President Phillips,
Treasurer Wagner, Chief Justice Pullum,
Attorney General Walker.

**OFFICERS ABSENT:**   None.

**SENATORS PRESENT:**   Bell, Jockish, D'Angelo, Pena, Penn, V. Mitchell, Davis,
Haley, Moorer, Lechner, Byrd, Hegwood, Wheeler,
Brantley, Johnson, N. Mitchell, McAlister, Carnely,
Gyan, Floerchinger, Watts.

**SENATORS ABSENT:**   Higgs, Garris, Moore, Rhoades, Khawaja, Ledbetter.

**MOTION:**   4/19/93/01                      **PASSES**
**SPONSOR:**   D'Angelo
**TITLE**   Approval of Minutes
**STATING:**   To approve the minutes of the 04/19/93 meeting as read.

## OFFICER REPORTS:

President:

Welcome everyone. The SGA has its first softball game on Wednesday night. I need someone to take my place on Wednesday night. I have applications for Into the Streets. Anyone interested may get an application. There a few senatorial seats vacant. We have two seats vacant in the college of nursing, one seat vacant in the college of allied health, one seat vacant in the college of education, and one seat vacant in the division of computer and information sciences.

Vice
President:

I'd also like to welcome everyone. On May 7, 1993 at 11:00 a.m., the In-House Services Committee is having a van clean up. Everything is running smoothly for SGA Elections on Thursday, April 22, 1993.

Chief Justice:
No Report

Attorney General:
No Report

## COMMITTEE REPORTS:
None

## SPECIAL ORDERS:

Carole Hegwood - USA Southerners
Come out and play Oozeball.

Dr. Moore
I'm trying to get some opinions from the students. I'm a member of the faculty senate which is composed of four committees. The problem is that there has been no long range planning for this university for a long time. I have some questions for you as studnets. Some of the questions are:

Do you have a preference for full time faculty or part time faculty? We are working toward a full time faculty base. Full time faculty can keep up with what's going on from year to year. Other questions are:

Do we get feedback regarding faculty?

Do you have a difficulty enrolling in 200 level classes?

Have you taken classes you have no interest in just to fill a requirement?

Are the classes that you need to take not being offered and as a result have you had to become a part time student?

Have you considered taking classes at other schools?

Will it take you linger to graduate due to difficulty in enrolling?

Senator Wheeler suggests that the SGA Academic Improvements Committee work in conjunction with the faculty senate concerning planning.

## OLD BUSINESS:
None.

## NEW BUSINESS:

**MOTION:** 4/12/93/02                          **PASSES**
**SPONSOR:** McAlister
**TITLE:** Approval of bill 04/19/93/15
**STATING:** Move to suspend rules of the constitution and approve bill 04/19/93/15.

**MOTION:** 4/12/93/03                          **PASSES**
**SPONSOR:** McAlister
**TITLE:** Special Orders
**STATING:** Move to go back into Special orders

**MOTION:** 4/12/93/04                      **PASSES**
**SPONSOR:** McAlister
**TITLE:** Approval of bill 04/19/93/15.
**STATING:** Move to suspend time to entertain bill 04/19/93/15.

**MOTION:** 4/12/93/05                      **PASSES**
**SPONSOR:** McAlister
**TITLE:** Approval of bill 04/19/93/15.
**STATING:** Move to pass bill 04/19/93/15.

**MOTION:** 4/12/93/06                      **PASSES**
**SPONSOR:** McAlister
**TITLE:** Special Orders
**STATING:** Motions to move back into special orders

**MOTION:** 4/12/93/07                      **PASSES**
**SPONSOR:** McAlister
**TITLE:** Approval of Senatorial Appointment for the College of Business
**STATING:** Motion to accept Tim Gyan's appointment as senator to the college of business.

**MOTION:** 4/12/93/08                      **PASSES**
**SPONSOR:** D'Angelo
**TITLE:** Approval of Senatorial Appointments
**STATING:** Motion to approve Floerchinger and Watts as senators.

**MOTION:** 4/12/93/09                      **PASSES**
**SPONSOR:** Haley
**TITLE:** Nominations for President Pro Tem.
**STATING:** Move to nominate Toni Jockish for President Pro Tem.

**MOTION:** 4/12/93/10                      **PASSES**
**SPONSOR:** D'Angelo
**TITLE:** Nominations for President Pro Tem
**STATING:** Move to nominate Senator McAlister for President Pro Tem.

**MOTION:** 4/12/93/11                      **PASSES**
**SPONSOR:** Haley
**TITLE:** Nominations for President Pro Tem
**STATING:** Move to close nominations.

**MOTION:** 4/12/93/12             **PASSES**
**SPONSOR:** McAlister
**TITLE:** Appropriation Budget
**STATING:** Move to accept operating, salary, and appropriations budget.
**SENATORS FOR: Bell, Jockish, D'Angelo, Pena, Penn, V. Mitchell, Davis, Haley, Moorer, Lechner, Byrd, Hegwood, Wheeler, Brantley, Johnson, N. Mitchell, McAlister, Carnely, Gyan, Floerchinger, Watts.**
**SENATORS AGAINST:** NONE
**SENATORS ABSTAINING:** NONE

**MOTION:** 4/12/93/13             **PASSES**
**SPONSOR:** D'Angelo
**TITLE:** International Student Affairs
**STATING:** Move to approve $641.00 for International Student Affairs Committee.
**SENATORS FOR: Bell, Jockish, D'Angelo, Pena, V. Mitchell, Moorer, Lechner, Byrd, Hegwood, Wheeler, Brantley, Johnson, N. Mitchell, McAlister, Carnely, Gyan, Floerchinger, Watts.**
**SENATORS AGAINST:** NONE
**SENATORS ABSTAINING:** Penn, Davis, Haley

**MOTION:** 4/12/93/14             **FAILS**
**SPONSOR:** Haley
**TITLE:** International Student Affairs
**STATING:** Move to amend appropriation of $641.00 to International Student Affairs to $600.00

**MOTION:** 4/12/93/15             **PASSES**
**SPONSOR:** McAlister
**TITLE:** Previous Question
**STATING:** Move to previous question.

**MOTION:** 4/12/93/16             **PASSES**
**SPONSOR:** Wheeler
**TITLE:** University Project
**STATING:** Move to accept university project as is.
**SENATORS FOR: Bell, Jockish, D'Angelo, Pena, Penn, V. Mitchell, Davis, Haley, Moorer, Lechner, Byrd, Hegwood, Wheeler, Brantley, Johnson, N. Mitchell, McAlister, Carnely, Gyan, Floerchinger, Watts.**
**SENATORS AGAINST:** NONE
**SENATORS ABSTAINING:** NONE

0428

**MOTION:** 4/12/93/17                    **PASSES**
**SPONSOR:** McAlister
**TITLE:** Alpha Epsilon Delta
**STATING:** Move to accept appropriation to AED.
**SENATORS FOR:** Bell, Jockish, D'Angelo, Pena, Penn, V. Mitchell, Davis, Haley, Moorer, Lechner, Byrd, Hegwood, Wheeler, Brantley, Johnson, N. Mitchell, McAlister, Carnely, Gyan, Floerchinger, Watts.
**SENATORS AGAINST:** NONE
**SENATORS ABSTAINING:** NONE


**MOTION:** 4/12/93/18                    **PASSES**
**SPONSOR:** Wheeler
**TITLE:** Chinese Student Association
**STATING:** Move to accept appropriation of $400.00 to the Chinese Student Association.
**SENATORS FOR:** Bell, Jockish, D'Angelo, Pena, Penn, V. Mitchell, Davis, Haley, Moorer, Lechner, Byrd, Hegwood, Wheeler, Brantley, Johnson, N. Mitchell, McAlister, Carnely, Gyan, Floerchinger, Watts.
**SENATORS AGAINST:** NONE
**SENATORS ABSTAINING:** NONE


**MOTION:** 4/12/93/19                    **PASSES**
**SPONSOR:** McAlister
**STATING:** GAy, Lesbian, Bisexual Student Alliance
**TITLE:** Move to take $500.00 from appropriations and give to the Gay, Lesbian, Bisexual, Student Alliance.

**SENATORS FOR:** Bell, Jockish, D'Angelo, Pena, Penn, V. Mitchell, Haley, Moorer, Byrd, Wheeler, Johnson, McAlister, Carnely, Floerchinger.
**SENATORS AGAINST:** Davis, Brantley, N. Mitchell, Carnley, Watts
**SENATORS ABSTAINING:** Lechner, Hegwood, Gyan


**MOTION:** 4/12/93/20                    **FAILS**
**SPONSOR:** MCAlister
**STATING:** Respiratory Therapy Student Organization
**TITLE:** Move to accept appropriation to the Respiratory Therapy Student Organization.
**SENATORS FOR:** NONE
**SENATORS AGAINST:** Bell, Jockish, D'Angelo, Pena, Penn, V. Mitchell, Davis, Haley, Moorer, Lechner, Byrd, Hegwood, Wheeler, Brantley, Johnson, N. Mitchell, McAlister, Carnely, Floerchinger, Watts.
**SENATORS ABSTAINING:** Gyan

0429

**MOTION:** 4/12/93/21                                          **PASSES**
**SPONSOR:** D'Angelo
**TITLE:** Singapore Association
**STATING:** Move to approve $230.00 for Singapore Student Association.
**SENATORS FOR:** Bell, Jockish, D'Angelo, Pena, Penn, V. Mitchell, Davis,
                   Haley, Moorer, Lechner, Byrd, Hegwood, Wheeler,
                   Brantley, Johnson, N. Mitchell, McAlister, Carnely,
                   Gyan, Floerchinger, Watts.
**SENATORS AGAINST:** NONE
**SENATORS ABSTAINING:** NONE

**MOTION:** 4/12/93/22                                          **PASSES**
**SPONSOR:** McAlister
**TITLE:** Student Art Association
**STATING:** Move to accept appropriation for the Student Art Association for
             $750.00
**SENATORS FOR:** Bell, Jockish, D'Angelo, Pena, V. Mitchell,
                   Moorer, Lechner, Byrd, Hegwood, Wheeler,
                   Brantley, Johnson, N. Mitchell, McAlister, Carnely,
                   Gyan, Floerchinger, Watts.
**SENATORS AGAINST:** Davis
**SENATORS ABSTAINING:** Penn, Haley

**MOTION:** 4/12/93/23                                          **PASSES**
**SPONSOR:** Wheeler
**TITLE:** Student Art Association
**STATING:** Move to amend appropriation to the Student Art Association to
             $750.00

**MOTION:** 4/12/93/24                                          **PASSES**
**SPONSOR:** McAlister
**TITLE:** Budget Requests
**STATING:** Move to require all organizations give a detailed itemized list of
             all financial transactions of organization to be tuned to the SGA
             treasurer so that the Senate may see exactly what the financial status
             of the organization is in the next senate meeting.

**MOTION:** 4/12/93/25                                          **PASSES**
**SPONSOR:** D'Angelo
**TITLE:** USA Chess Club
**STATING:** Move to approve $100.00 for the USA Chess Club.
**SENATORS FOR:** Bell, Jockish, D'Angelo, Pena, V. Mitchell, Davis, Moorer,
                   Lechner, Byrd, Hegwood, Wheeler, Brantley, Johnson, N. Mitchell,
                   McAlister, Carnely, Gyan, Floerchinger, Watts.
**SENATORS AGAINST:** Penn, Haley
**SENATORS ABSTAINING:** NONE

0430

**MOTION:** 4/12/93/26                                    **FAILS**
**SPONSOR:** Penn
**TITLE:** Adjournment
**STATING:** Move to adjourn.

**MOTION:** 4/12/93/27
**SPONSOR:** Johnson                                       **PASSES**
**TITLE:** Adjournment
**STATING:** Move to adjourn meeting at 10:20 p.m.

## ANNOUNCEMENTS:

Senator McAlister
The SGA Follies are on Wednesday at 7:00 p.m.

George Hite Wilson
J.P. is bringing the names project memorial quilt to USA. If your group is interested, I'm available to come and talk to you.

# STUDENT GOVERNMENT ASSOCIATION
# PROPOSED BUDGET
Spring Quarter 1993

Operating .............................................. $11,170.95

Salaries ............................................... 7,000.00

Appropriations ......................................... 15,000.00

Subtotal .............................................. 33,170.95

International Student Affairs Committee ................ 641.00

Reserve Fund . ........................................ 2,069.05

University Project .......................... ........ 10,000.00

Subtotal ............................................. 12,710.05

|  | Requested | EC Proposed |
|---|---|---|
| Alpha Epsilon Delta | 89.00 | 89.00 |
| Chinese Student and Scholars Association | 500.00 | 400.00 |
| Gay, Lesbian, Bisexual Alliance | 720.00 | .00 ✱ |
| Respiratory Therapy Student Organization | 750.00 | 750.00 |
| Singapore Student Association | 310.00 | 230.00 |
| Student Art Association | 750.00 | 550.00 |
| USA Chess Club | 100.00 | 100.00 |
| Subtotal | 3,219.00 | 2,119.00 |

Total ................................................. $48,000.00

4/19   Senate passed funding
       $570.00 for Speakers
       Bureau.

■ 0432

# STUDENT GOVERNMENT ASSOCIATION
# BUDGET
## Spring Quarter 1993

| | |
|---|---|
| Operating | $11,170.95 |
| Salaries | 7,000.00 |
| Appropriations | 14,980.00 |
| Subtotal | 33,150.95 |

| | |
|---|---|
| International Student Affairs Committee | 641.00 |
| Reserve Fund | 2,069.05 |
| University Project | 10,000.00 |
| Subtotal | 12,710.05 |

| | Requested | EC Proposed |
|---|---|---|
| Alpha Epsilon Delta | 89.00 | 89.00 |
| Chinese Student and Scholars Association | 500.00 | 400.00 |
| Gay, Lesbian, Bisexual Alliance | 720.00 | 570.00 |
| Respiratory Therapy Student Organization | 750.00 | .00 |
| Singapore Student Association | 310.00 | 230.00 |
| Student Art Association | 750.00 | 750.00 |
| USA Chess Club | 100.00 | 100.00 |
| Subtotal | 3,219.00 | 2,139.00 |
| Total | | $48,000.00 |

0433

## BUDGET/APPROPRIATION REQUEST
(circle one)

For ___Spring___ Quarter, 19_93_

## PLEASE PRINT IN BLACK INK OR TYPE

### Organization Information

Name of Organization ___Conucil of International Student Organizations___

Number of Active Members __12__ # of quarters as a registered organization_____

Name of Organization President___Margaret Tsu___ Phone # __343-1627___

Local Mailing Address ___P.O.BOX 8356, Mobile, AL 36689___

Name of Student Submitting Request_Kek Hong Tan___ Phone # __348-6143___

Local Mailing Address ___P.O. BOX U-417, Mobile, AL 36688.___

Name of Faculty/Alumni Advisor_MR. Stephen Cottrell_Phone # __460-6050___

On-campus Address ___Adm. Room 60.___

### Financial Information

Amount of funds received from SGA this school year (since Summer Qtr.) _None_____

Does organization have an on-campus account? yes____✓_____ no _____

If yes, account #___3-65448_____

### Amount of Funds Generated by Organization

|  | This Quarter | This school year (since Summer Qtr.) |
|---|---|---|
| Local Dues | 12.80 | |
| Fund Raisers | 500.00 | |
| Donations | 200.00 | |
| Other Sources | - | |
| TOTAL | 712.80 | |

Total cost of project(s) being sponsored by organization
this quarter (please attach itemized expense list)         $_1,425.00_

Total Funds Requested from SGA
(Please indicate the projects for which you are requesting funds) $__725.00__

(OVER)

## Project Information

Name and Nature of Project(s) for which money is being requested: 14th Annual
International Spring Festival and Bowling Tourment
(See Attachment Please)

_____

_____

_____

If Chapter 701.1 of Code-of-Laws applies, please indicate which requirement is met
here:_____

_____

Potential Benefits to Membership:_____
Establishing and improving communication between international students and
the Americans students.

_____

_____

Potential Benefits to Student Body:_____
An opportunity for students to interact and better understand the international
students.

_____

I have received a copy of the SGA Code-of-Laws and regulations concerning Allocation
of SGA Funds. I have read these rules and regulations before filling out this form. I
will have a representative of my organization who is knowledgeable of the project in
attendance at the budget/appropriation meeting.

Signature of person submitting request:

FOR OFFICE USE:

_____ rec'd       _____reg. org.       _____attachments       _____funds rec'd to date

0435

## 14th Annual International Spring Festival

The International Spring Festival is an annual school events organize to improve communication between international students and Americans students. It also provide the free interchange of information about the culture and heritage of each member organization among the students and staff of the University of South Alabama, and the public.

In this International Spring Festival, we will have culture exhibition from 9:00 a.m. to 2:00 p.m. and culture food sale from 11:00 p.m. to 2 p.m. in the University Center Lobby. We will also have a talent show at night start from 6:30 p.m. to 9:30 p.m. in the University Center Ballroom. The faculty members and students will play a part in the judging for all the events.

Eventually, this will be the events to get the students and faculties to involve in the University event. Therefore, this is a good opportunity for the students and faculties to come together to learn about the different culture, to taste the different food and to make more friends.

0436

Project 1:

## 1993 INTERNATIONAL SPRING FESTIVAL
### Date : April 19, 1993
### Venue: University Center
### Organizer: Council of International Students Organizations
### (C.I.S.O)

Expenses of this event:

Award:

| | | | |
|---|---|---|---|
| Spirit Award | 1 prize | @ $ 40.00 | $ 40.00 |
| Best Food | 3 prizes | @ $ 15.00 | $ 45.00 |
| Best Exhibition | 3 prizes | @ $ 15.00 | $ 45.00 |
| Best Talent Show | 3 prizes | @ $ 15.00 | $ 45.00 |
| Best Costume | 1 prize | @ $ 15.00 | $ 15.00 |
| Lucky Draw | 10 prize | @ $ 10.00 | $100.00 |
| Game (Guess numer of peanuts) | 1 prize | @ $ 20.00 | $ 20.00 |
| Certificates (For the committee member of this event) | 20 pieces | @ $ 3.00 | $ 60.00 |
| | | | ------------- |
| | | | $370.00 |

Publicity:

| | | |
|---|---|---|
| Posters & handbooks (photocopies) | 1000 copies @ $ 0.04 | $ 40.00 |
| Files | 20 pieces @ $ 1.00 | $ 20.00 |
| | | ------------- |
| | | $ 60.00 |

## Exhibition and Food:

Free T-shirts        20 pieces       @ $ 6.00        $120.00
(Gifts for 20 people who first visited
all participating stores/exhibits.)

Stamps & Inks        10 pieces       @ $12.00        $120.00

Extension Cords       5 pieces       @ $ 3.00        $ 15.00

Passports (yellow) 300 copies       @ $ 0.04        $ 12.00
(A type of computer designed card to be
used as passport to collect the logo of
all participated group by visiting their
store/exhibits.)

Paper               300 feet        @ $ 0.05        $ 17.00
(To cover 40 6-foot tables for the exhibition.)

Ticket Roll          1 roll         @ $ 7.00        $  7.00
(To be used as the tokens of the event
and the remainder will be used as lucky
draw numbers at talent show.)

Traditional Gifts    6 items                         $ 70.00
(Traditional purses, hat, statue, painting,
and Chinese Decorative.)                           -------------
                                                     $361.00


## Program and Talent Show:

Decoratives:
Masking Tapes       10 rools  @ $ 2.50              $ 25.00

Manila Cards        20 pieces @ $ 0.60              $ 12.00

Staplers and bullets                                $ 15.00

Films               3 rolls                         $ 10.00

Photos Development  3 rolls                         $ 20.00
                                                   -------------
                                                    $ 82.00

                                                  429.00  SubT

█ 0438

```
Program:
Program Schedule      300 copies @ $ 0.04                    $ 12.00

Equipments need for talent show                              $100.00
(fabrics, drums, cassette tapes, compact discs,
video tape, and etc.)

Jaguar Production                                            $100.00
(sound system)

Drink                                                        $ 60.00
                                                          -------------
                                                            $272.00


        Grand total of the expenses          :              $1145.00

        Total amount raise by C.I.S.O.        :              $ 504.00

        Total amount from S.G.A. budget request :           $ 641.00  HCL
```

Stipulation → money can't be used for video tapes

⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯

## BUDGET/APPROPRIATION REQUEST
(circle one)

For ~~Spring~~ ~~Summer~~ winter Quarter, 19 <u>93</u>



38'

## PLEASE PRINT IN BLACK INK OR TYPE

## Organization Information

Name of Organization <u>CHINESE STUDENTS AND SCHOLARS ASSOCIATION</u>
Number of Active Members <u>67</u> # of quarters as a registered organization _____
Name of Organization President <u>Zhong Yaguo</u> Phone # <u>343 — 7646</u>
    Local Mailing Address _____
Name of Student Submitting Request <u>Li DongFeng</u> Phone # <u>343 – 3181</u>
    Local Mailing Address <u>133 East Drive Ap. 305 Mobile AL 36608</u>
Name of Faculty/Alumni Advisor <u>W. Randloph Flynn</u> Phone # <u>460 – 6418</u>
    On-campus Address <u>College of Business and Management Studies</u>

## Financial Information

Amount of funds received from SGA this school year (since Summer Qtr.) <u>NO</u>
Does organization have an on-campus account? yes <u>✓</u> no _____
    If yes, account # <u>3 – 65484</u>

### Amount of Funds Generated by Organization

|  | This Quarter | This school year (since Summer Qtr.) |
|---|---|---|
| Local Dues |  |  |
| Fund Raisers | $ 350 |  |
| Donations |  |  |
| Other Sources | $1 50 | $ 200 |
| TOTAL | $ 500 | $ 200 |

Total cost of project(s) being sponsored by organization
this quarter (please attach itemized expense list)          $ 800. 00

Total Funds Requested from SGA
(Please indicate the projects for which you are requesting funds) $ 500. 00

(OVER)

8 0440

Name and Nature of Project(s) for which money is being requested: _Cultural Education_
_Requestion funds to secure Chinese Cultural Educational materials - Video tapes,_
_folk art paintings, prints, brochures, and Chinese stamps and the other materials_
_from the stand in the USA international Festeival in spring Garden._
① _A trip to southern region_  ② _For rental of video tapes and films of_
_Chinese Story for our membership._  ④ _reccational materials for our membership._
⑤ _For setting up the new students from mainland china as well as from other part of u.s._

☑ Chapter 701.1 of Code-of-Laws applies, please indicate which requirement is met
here: _Chapter 702 , 703 , & 701_

Potential Benefits to Membership: _USA's PRC students will be able to_
_proudly display and share their dynamic culture with other_
_USA Students and enjoy study and stay at the USA._

Potential Benefits to Student Body: _The USA students body will be able_
_to see & experince the enduring and pourserful culture at the oldest_
_& largest group of people in the world. This accumulation of_
_materials will provide the basic for cross cultural education and increased_
_understanding of the Chinese students attending USA..._

I have received a copy of the SGA Code-of-Laws and regulations concerning Allocation
of SGA Funds. I have read these rules and regulations before filling out this form. I
will have a representative of my organization who is knowledgeable of the project in
attendance at the budget/appropriation meeting.

Signature of person submitting request:

_Ji Dongteiy_

FOR OFFICE USE:

_____ rec'd  _____ reg. org. _____ attachments _____ funds rec'd to date

0441

Culture Education:

$25 Video Tapes
Hu $150 Frames and mat & board paper (matting)
Hu $150 paper-cutting ?
Hu $200 Chinese painting. New year painting
$50 Some materials setting up the Stand
$50 Chinese food and drink

Education Trip.
$120 Gas (Two vans)
$200 Tickets (about 40 students will go)
$150 Organization fee (from each students)

Culture Education Benefit both Chinese Students
and American and USA Students.

$100 Chinese video tapes and films.
(Rent from Chinese Embassy and other
Soureses)

$1100 Total Estimated Cost

L; DongTong

' Sr. apial ... ....K...TRAIM..T ...

## BUDGET/APPROPRIATION REQUEST

(circle one)

For ___Spring___ Quarter, 19 /3

## PLEASE PRINT IN BLACK INK OR TYPE

### Organization Information

Name of Organization ___Singapore Student Association___

Number of Active Members ___/6___ # of quarters as a registered organization ___2 quarter___

Name of Organization President___Tan Siok Ching___ Phone # ___344-9678___

Local Mailing Address ___P C. Sax   U378   Mable   AL 36605-eoo1___

Name of Student Submitting Request ___Quan, Sin Tat___ Phone # ___380-9324___

Local Mailing Address ___133 East Drive # 302, Mable   AL 36603___

Name of Faculty/Alumni Advisor___Dr Brune___ Phone # _____

On-campus Address _____

### Financial Information

Amount of funds received from SGA this school year (since Summer Qtr.)   $ 8 _____

Does organization have an on-campus account? yes_____ no ✓_____

If yes, account #_____

### Amount of Funds Generated by Organization

|  | This Quarter | This school year (since Summer Qtr.) |
|---|---|---|
| Local Dues | $ 48.00 | $ 45.00 |
| Fund Raisers | $ 30.00 | $ 95-00 |
| Donations | — | — |
| Other Sources |  |  |
| TOTAL | $ 78.00 | $ 140.00 |

Total cost of project(s) being sponsored by organization
this quarter (please attach itemized expense list)   $ 500/=

Total Funds Requested from SGA
(Please indicate the projects for which you are requesting funds) $ 346/=

(OVER)

█ 0443

## Project Information

Name and Nature of Project(s) for which money is being requested: _International_
_Spring festival organized by ~~usa~~ CISCO_

1) Bulletin — — $250
2) Rubber stamp with logo — $40
g) Rubber stamp with allocation of Association — $20

total $310

_Type Approximately ~~$~~_

If Chapter 701.1 of Code-of-Laws applies, please indicate which requirement is met
here: _____

Potential Benefits to Membership: _There will promote Singapore_
_culture to USA students. Refer Appendix A_

Potential Benefits to Student Body: _USA students can benefit_
_for the Spring festival._

I have received a copy of the SGA Code-of-Laws and regulations concerning Allocation
of SGA Funds. I have read these rules and regulations before filling out this form. I
will have a representative of my organization who is knowledgeable of the project in
attendance at the budget/appropriation meeting.

Signature of person submitting request:

FOR OFFICE USE:

_____ rec'd         _____reg. org.         _____attachments         _____funds rec'd to date

0444

Appendix A

## Name and Nature of The Project

The proposal of the $250 go towards printing fees and typesetting of Temasek Link .

Temasek Link is a bi-quarterly bulletin of the Singapore Student Association.

The purpose of Temasek Link is to help promote cultural and information exchange between the Singapore students and other students on campus.

All U.S.A. students can receive a free copy of the Temasek Link at most offices, the U.C., the Bookstore and various places around campus.

Appendix B

Damsel Link. Spring 93
Budget

Printing Fees        200.00  +1w          +the
Typesetting          30.00   +1w          250.00  Total
Miscellaneous        20.00
                     -------

Total Costs          250.00
                     -------

#7 quotation: must have "funded by SCA"
        in

PRESENT:   Phil Theodore, Bernita Pulmas, Mike Nuss, Jarmora Valrie, Tom Martir
Carol Jackson, Paula Smith, Al Clark, Brenda Glusman, Mike Mitchell, Dean Adam

18.  At SGA meeting last night, the senators voted 17 yes and 4 no, to fund th
Gay, Lesbian, Bisexual Student Alliance in the amount of $570 for a speaker.
The students felt since their program was educational in nature there was no
reason to continue to deny their application for funds.  Last year [unknown to
us] the GLBSA sent their charter to the State Attorney General, requesting a
ruling.  To date, there has been no response.  We asked the AG three months ag
for a ruling and have had no response.

0448

PRESENT: Al Clark, Phil Theodore, Mike Nuss, Paula Smith, Jarmora Valrie, Tom Martin, Bernita Pulmas, Carol Jackson, Dean Adams

5. In May 5, 1993,"Chronicle of Higher Education" article entitled, "Gay and Lesbian Students Join March on Washington and Take Time Off to Discuss Common Problems," USA student George Hite Wilson was interviewed.

6. The GLBSA has been told funding will be held up until we receive approval from the Attorney General. Offers have been made to assist them with programs, etc. through other avenues. They have anticipated our decision on their reques for funding and will challenge it. The ACLU will be getting involved.

PRESENT:   Bernita Pulmas, Brenda Glusman, Jarmora Valrie, Carol Jackson, Paula Smith, Tom Martin, Al Clark, Mike Mitchell, Dean Adams.

9.  On October 8, JP is sponsoring a speaker for "National Coming Out Day"
and will have an open forum in the afternoon and an open lecture in the
evening on alternative life-styles.  We will have a speaker "from the other
side,"possibly Robert Parham, who will speak on moral issues of homosexuality.

0451

# UNIVERSITY OF SOUTH ALABAMA

DEAN OF STUDENTS



TELEPHONE (205) 460-6171
LC 111 • MOBILE, ALABAMA 36688-0002

June 29, 1993 *mailed*
*SL*

Mr. George Hite Wilson
608 Azalea Road
Apartment 1304
Mobile, AL 36609

Dear Mr. Wilson:

As I indicated to you earlier, given the current law passed
in the 1992 legislative session, the University has asked
the Attorney General to give an opinion as to the legality
of funding your organization's request. We are still waiting
for the opinion.

Sincerely,

Dale T. Adams
Dean of Students

DTA/smcd

■ 0452

Gay, Lesbian, Bisexual Alliance - U.S.A.
608 Azalea Road #1304
Mobile, AL 36609-7901

July 27, 1993

Dr. Dale Adams
Dean of Students
University of South Alabama

Dear Dr. Adams,

This letter is to request a University account be established for the Gay, Lesbian, Bisexual Alliance, a registered student organization. During the past year we have maintained an account off-campus, but we cannot continue this due to the increasing expense.

The following persons will have access to the account:
George Hite Wilson, GLBA President
Mindy McCuiston, GLBA Vice-President
Tate Tenario, GLBA Treasurer

Thank you for your attention to this matter.

Sincerely,

George Hite Wilson

cc: Mindy McCuiston
Tate Tenario

0453



| INVOICE DATE | VOUCHER NUMBER | PURCHASE ORDER | | INVOICE AMOUNT | | |
|---|---|---|---|---|---|---|
| 08/02/93 | AWARDS | 0200899 | 16.31 | | | 16.31 J |
| | | | TOTALS ▶ | 16.31 | | 16.31 |

VENDOR NO. V0000279220    CHECK DATE    08/11/93    CHECK NO.    30-537156



UNIVERSITY OF SOUTH ALABAMA    537156
MOBILE, ALABAMA 36688    30-537156

CHECK DATE
08/11/93

PAY    SIXTEEN DOLLARS AND 91 CENTS ************************************
VOID AFTER 90 DAYS

AMOUNT
****16.31

TO
THE
ORDER
OF    GEORGE NATE WILSON

⑆537156⑆ ⑈063006690⑇ 16 0011 0152⑈

TOTAL P.03

▓ 0454

**MEMORANDUM**

UNIVERSITY OF SOUTH ALABAMA

August 26, 1993

TO:     Mr. George Hite Wilson
        President, GLBA

FROM:   Dr. Dale T. Adams
        Dean of Students

RE:     University Account - Funding

As you know, we have received an opinion from the Attorney
General which we are reviewing. As a part of that review I
am appointing a fact-finding group of faculty, staff, and
students to determine if your group "has fostered or promoted
a life-style or actions prohibited by the sodomy and sexual
misconduct laws...".

Based on this group's finding we will determine your eligibility
for funding.

I am sorry for this further action, but the attorney general's
opinion leaves us without definitions of "foster and promote."

If you have any questions, please call me. Hopefully we can
have our fact finding completed by the beginning of fall
quarter. I'm sure you and members of the group will be inter-
viewed.

Thanks for your patience.

ATTACHMENT XV    0455

**MEMORANDUM**

UNIVERSITY OF SOUTH ALABAMA

September 17, 1993

TO:     GLBA Fact-Finding Committee
        Dr. Audwin Anderson, Chair
        Assistant Professor, Sociology/Anthropology

        Dr. Dianne Kenney
        Assistant Professor, Behavioral Studies

        Mr. Larry Gafford
        Talent Search Advisor

        Ms. Nicole Andress (student)
        Concerts Chair, Jaguar Productions

        Mr. Greg Fayard (student)
        Chief Justice, Supreme Court

        Ms. Melinda Lewis, Coordinator
        Office of Student Involvement

FROM:   Dr. Dale T. Adams
        Dean of Students

RE:     Committee Responsibilities

Thank you for agreeing to serve on this ad hoc fact-finding
committee to determine if the Gay, Lesbian, Bisexual Alliance
has violated Section 16-1-28, Code of Alabama, 1975. If they
have violated the law, they could lose their registration and
must cease and desist from any activity which violated the afore-
mentioned statute.

Please organize your work as you see fit, but I would suggest
the following as a possible scenario:

        1.  Review the laws
        2.  Review the definitions of "foster" and "promote"
        3.  Agree on definitions
        4.  Review the constitution of the GLBA to determine
            if it fosters or promotes
        5.  Interview and talk with GLBA members to determine
            if the  organization has fostered or promoted
        6.  Talk or interview any others whom you feel are
            relevant to your fact-finding
        7.  Arrive at a written opinion

This is a very controversial subject. I understand that we are
trying to deal with a very ambiguous law. If you need advice
or assistance, please contact my office. Dr. Anderson will con-
vene the committee as soon as possible. Thank you for your
assistance. Please try to have your response to me by October 15.
Thank you.

September 29, 1993

TO:       Ms. Nicole Andress
          Ms. Melinda Lewis
          Dr. Dianne Kenney
          Mr. Larry Gafford
          Dr. Audwin Anderson
          Mr. Greg Fayard

FROM:     Dr. Dale T. Adams
          Dean of Students

RE:       Ad Hoc GLBA Committee

I would like to meet with the AD Hoc GLBA Committee on Monday, October 4, at 3:00 p.m. in Room 216, University Center.

Thank you.

0457

# MEMORANDUM

**UNIVERSITY OF SOUTH ALABAMA**

October 13, 1993

TO:     Ms. Maxey Roberts
         University Attorney

FROM:   Dr. Dale T. Adams
         Dean of Students

RE:     GLBA Ad Hoc Committee

This is to confirm our conversation of October 5, 1993. The above fact-finding group has recessed its efforts until I receive advice of counsel as you directed. The committee was notified on October 5, 1993.

0458



## BUDGET/APPROPRIATE REQUEST

For *FALL* Quarter 1993

**Organizational Information**
Name of Organization: *Gay, Lesbian, Bisexual Alliance (GLBA)*
Number of Active Members *25*  Number of Quarters as registered organization *7*
Name of Organization President: *George Hite Wilson*  Phone: *666-9824*
    Local Mailing Address: *University Center Room 260 Mobile AL 36688*
Name of Student Submitting Request: *same.*
    Local Mailing Address: *same*
Name of Faculty/Alumni Advisor: *Lawrence Schehr*  Phone: *460-6291*
    On-Campus Address: *HUMB 322*

## FINANCIAL INFORMATION

Amount of funds received from SGA this school year (since Summer Qtr.) *$0*
Does organization have an on-campus account? *No (unable to establish due to HR 454).*

### Amount of Funds Generated by Organization

|              | This Quarter | This school year |
| ------------ | ------------ | ---------------- |
| Local Dues   | $50.00       | $50.00           |
| Fund Raisers | $15.79       | $15.79           |
| Donations    | $53.58       | $53.58           |
| Other Sources | $0          | $0               |
| TOTAL        | $174.37      | $174.37          |

Total cost of projects being sponsored by organization
this quarter (expense list attached)                           $390.00

Total funds requested from SGA                           $275.00

## PROJECT INFORMATION

Name and Nature of Projects for which money is being requested: *Speaker's Bureau discusses lesbian, gay and bisexual issues and concerns to students/ classes/organizations, etc. Resource Library for L/G/B on Coming Out and family/friends issues; World AIDS Day film is free, any donations received will directly benefit the NAMES Project display (JP).*

If Chapter 701.1 of Code-of-Laws applies, please indicate which requirement is met here: *N/A*

Potential Benefits for Membership: *Speakers Bureau opens relations between students, dispels myths regarding sexual orientation and encourages discussion and understanding of L/G/B issues, information on Coming Out to family and friends.*

Potential Benefits to Student Body: *Better understanding of L/G/B issues; creates atmosphere of mutual respect and assists people coming to terms with their sexual orientation.*

I have received a copy of the SGA Code-of-Laws and regulations concerning Allocation of SGA funds. I have read these rules and regulations before filling out this form. I will have a representative of my organization who is knowledgeable of the project in attendance at the budget/appropriation meeting.

George Hite Wilson

**FOR OFFICE USE:**

_____REC'D _____REG. ORG. _____ATTACHMENTS _____FUNDS REC'D TO DATE

0460

# GAY, LESBIAN, BISEXUAL ALLIANCE
## FALL 1993 BUDGET REQUEST

Speakers Bureau
    Advertising      $30.00
    Resources (books & journals)      $75.00
                       Subtotal      $105.00

Social/Support
    Plates, Napkins and Cups      $10.00
    Education Video Rental      $15.00
    Meeting Flyers      $25.00
                       Subtotal      $ 50.00

Special Events (World AIDS Day Film) -FREE Admission
    And The Band Played On   video rental      $50.00
    Advertising      $30.00
                       Subtotal      $ 80.00

Information Packets from P-FLAG (Parents and Friends of Lesbians & Gays)
    About Our Children (20 copies)      $10.00
    Can We Understand (20 copies)      $10.00
    Coming Out To Your Parents (20 copies)      $10.00
    Why Is My Child Gay? (20 copies)      $10.00
Why Is My Child Gay? includes Chinese, Japanese, French and Spanish translations.
                       Subtotal      $ 40.00

GLBA Meeting Expenses (NO SGA FUNDS REQUESTED THESE ITEMS)
    Food/Beverages      $50.00
    Office Expenses (paper,staples,etc.)      $30.00
    Telephone      $25.00
    Bank Charges      $10.00
                       Subtotal      $115.00

        TOTAL      $390.00
        Less other expenses      $115.00

        Total SGA Funds Requested      $275.00

0461

**OFFICERS PRESENT:**    President Mitchell, Vice President Jockisch, Treasurer Williams, Chief Justice Fayard, Attorney General Pullum

**OFFICERS ABSENT:**    None.

**SENATORS PRESENT:**    Kirksey,Orleans, Tucker, Bond, Foote, Pena', Phillips,Power, Wilson, Watts, Birk, Moorer, Sanders, Schoolfield, Gyan, Chavers, Lechner, Byrd, Hegwood, Wilson, Blissett, Shirvanian, Frances

**SENATORS ABSENT:**    Florez,Kwahja

**MOTION:**    10/18/93/01                **PASS**
**SPONSOR:**    Mike Tucker
**TITLE**    Approval of Minutes
**STATING:**    To approve the minutes of the 10/11/93 meeting as corrected.

## OFFICER REPORTS:

President:Welcome visitors. There is coffee,cokes, chips, and cookies in back. Help yourself to them.
Notice to all organizations requesting funds--Funds are pending registration with Campus Involvement Office.
The Annual President's Luncheon with Dr. Whiddon is scheduled for October 28,1993 at 12 noon.
Interpresident's Council Committe will have a meeting on October 20, 1993 in UC 222 all interested are invited.

Vice President: Office Hours are Required For All Senators.
Committee Chair needed for Hillsdale Housing Committe.
All Senators please join a committee.

Treasurer: No Report.

Chief Justice: No Report.

Attorney General: Please purchase a parking decal.

## COMITTEE REPORTS:

No Reports.

## SPECIAL ORDERS:

Swearing -in of Vice President Tony Jockish.
Announcement of Senate Pro-Tem Hank Chavers

MOTION:        10/18/93/02
TITLE:         College of Engineering Senator Appointment
SPONSOR:       Julie Byrd
STATING:       To accept the appointment of Wayne Frances as College of Engineering
               Senator.

## OLD BUSINESS:

MOTION:        10/18/93/03                         **PASS**
SPONSOR:       Kimball
TITLE:         Asean Student Association Budget Request
STATING:       Move to approve the appropriation of $400.

## NEW BUSINESS:

MOTION:        10/18/93/04                         **PASS**
SPONSOR:       Marisa Pena'
TITLE:         Limitation on time each Senator speaks during discussion.
STATING:       Move to limit speaking time to two times two minutes per discussion
               period

MOTION:        10/18/93/05                         **PASS**
SPONSOR:       Hank Chavers
TITLE:         Appropriations thru SGA Reserve
STATING:       Move to approve the SGA budget from Appropriations to SGA Reserve
               of $6684.00.

MOTION:        10/18/93/06                         **PASS**
SPONSOR:       Sam Schoolfield
TITLE:         Academic Improvements Committee
STATING:       Move to approve the appropriation of $610.00

MOTION:        10/18/93/07                         **PASS**
SPONSOR:       Julie Byrd
TITLE:         Student Escort,Minority Affairs,Social and Athletic
STATING:       Move to approve the appropriation of $7964.00

0463

| MOTION: | 10/18/93/08 | TABLE |
| SPONSOR: | Brady Wilson | |
| TITLE: | Alpha Area Council | |
| STATING: | Move to approve the appropriation of $0.00 | |

MOTION:   10/18/93/08                          TABLE
SPONSOR:  Brady Wilson
TITLE:    Alpha Area Council
STATING:  Move to approve the appropriation of $0.00

MOTION:   10/18/93/09                          AMENDED
SPONSOR:  Mike Tucker
TITLE:    Alpha Epsilon Delta
STATING:  Move to approve the appropriation of $867.00

MOTION:   10/18/93/10                          PASS
SPONSOR:  Hank Chavers
TITLE:    Alpha Epsilon Delta
STATING:  Move to amend appropriation of $867.00 to $500.00

MOTION:   10/18/93/11                          FAILS
SPONSOR:  Wayne Frances
TITLE:    Reconsider Amendment 10/18/93/10
STATING:  Reconsider amendement of appropriation for Alpha Epsilon Delta.

MOTION:   10/18/93/12                          TABLE
SPONSOR:  Jason Foote
TITLE:    American Institute for Chemical Engineering
STATING:  Move to approve the appropriation of $189. 00

MOTION:   10/18/93/13                          PASS
SPONSOR:  Brady Wilson
TITLE:    AMICE
STATING:  Move to table  motion 10/18/93/12

MOTION:   10/18/93/14                          PASS
SPONSOR:  Jason Foote
TITLE:    Ass. for Computing Machinery
STATING:  Move to table appropriations for Ass. for Computing Machinery

MOTION:   10/18/93/15                          PASS
SPONSOR:  Jason Foote
TITLE:    Beta/Gamma
STATING:  Move to approve the appropriation of $90.00

MOTION:   10/18/93/16                          PASS
SPONSOR:  Julie Byrd
TITLE:    Campus Watch
STATING:  Move to not approve the appropriation of $200.00

| MOTION: | 10/18/93/17 | PASS |
|---------|-------------|------|
| SPONSOR: | Jason Foote | |
| TITLE: | USA Chess Club | |
| STATING: | Move to approve the appropriation of $1110.00 | |

| MOTION: | 10/18/93/18 | PASS |
|---------|-------------|------|
| SPONSOR: | Julie Byrd | |
| TITLE: | Chi Omega | |
| STATING: | Move to approve the appropriation of $1000.00 | |

| MOTION: | 10/18/93/19 | TABLE |
|---------|-------------|------|
| SPONSOR: | Kimberly Phillips | |
| TITLE: | College of Medicine Student Assembly | |
| STATING: | Move to approve the appropriation of $500.00 | |

| MOTION: | 10/18/93/20 | PASS |
|---------|-------------|------|
| SPONSOR: | Sam Schoolfield | |
| TITLE: | College of Medicine Student Assembly | |
| STATING: | Move to table motion 10/18/93/19 | |

| MOTION: | 10/18/93/21 | PASS |
|---------|-------------|------|
| SPONSOR: | Brady Wilson | |
| TITLE: | Institute of Electrical and Electronic Engineers | |
| STATING: | Move to approve the appropriation of $1033.00 | |

| MOTION: | 10/18/93/22 | PASS |
|---------|-------------|------|
| SPONSOR: | Hank Chavers | |
| TITLE: | Eplison Area Council | |
| STATING: | Move to approve the appropriation of $300.00 | |

| MOTION: | 10/18/93/23 | PASS |
|---------|-------------|------|
| SPONSOR: | Jason Foote | |
| TITLE: | Instructional Design And St. | |
| STATING: | Move to approve the appropriation of $250.00 | |

| MOTION: | 10/18/93/24 | FAILS |
|---------|-------------|------|
| SPONSOR: | Jason Blissett | |
| TITLE: | IFC | |
| STATING: | Move to approve the appropriation of $500.00 | |

| MOTION: | 10/18/93/25 | PASS |
|---------|-------------|------|
| SPONSOR: | Jason Foote | |
| TITLE: | National Student Speech | |
| STATING: | Move to approve the appropriation of $750.00 | |

| MOTION: | 10/18/93/26 | FAILS |
|---|---|---|
| SPONSOR: | Jennifer Orleans | |
| TITLE: | GLBA | |
| STATING: | Move to approve the appropriation of $275.00 | |

| MOTION: | 10/18/93/27 | PASS |
|---|---|---|
| SPONSOR: | Brady Wilson | |
| TITLE: | RLC | |
| STATING: | Move to approve the appropriation of $750.00 | |

| MOTION: | 10/18/93/28 | FAILS |
|---|---|---|
| SPONSOR: | Hank Chavers | |
| TITLE: | Respiratory Therapy Student Society | |
| STATING: | Move to approve the appropriation of $276.15 | |

| MOTION: | 10/18/93/29 | PASS |
|---|---|---|
| SPONSOR: | Brady Wilson | |
| TITLE: | Singapore Student Associ. | |
| STATING: | Move to approve the appropriation of $1030.00 | |

| MOTION: | 10/18/93/30 | FAILS |
|---|---|---|
| SPONSOR: | Jason Foote | |
| TITLE: | Singapore Student Associ. | |
| STATING: | Move to table motion 10/18/93/29 | |

| MOTION: | 10/18/93/31 | PASS |
|---|---|---|
| SPONSOR: | Brady Wilson | |
| TITLE: | Student Art Associ. | |
| STATING: | Move to approve the appropriation of $540.00 | |

| MOTION: | 10/18/93/32 | PASS |
|---|---|---|
| SPONSOR: | Wayne Frances | |
| TITLE: | Student Sports Medicine Associ. | |
| STATING: | Move to approve the appropriation of $500.00 | |

| MOTION: | 10/18/93/33 | PASS |
|---|---|---|
| SPONSOR: | Brady Wilson | |
| TITLE: | Tour De Force | |
| STATING: | Move to approve the appropriation of $1000.00 | |

## ANNOUNCEMENTS:

Songfest practice will be next Monday after Senate meeting.
The Songs we will sing are Jingle Bells and The Alma Mater.
Volunteers are needed for Legal Affairs and Appropriations Committees.
JP Activities Update

**MOTION:** 10/18/93/34                    PASS
**SPONSOR:** Hank Chavers
**TITLE:** Adjournment
**STATING:** To adjourn the meeting at 10:00 p.m.

0467

| **OFFICERS PRESENT:** | President Mitchell, Vice President Jockisch, Treasurer Williams, Chief Justice Fayard, Attorney General Pullum |
|---|---|
| **OFFICERS ABSENT:** | None. |
| **SENATORS PRESENT:** | Kirksey,Orleans, Tucker, Bond, Kimball, Pena', Power, Wilson, Birk, Moorer, Gyan, Byrd, Hegwood,Wilson, Blissett, Shirvanian, Francis,Phillips, Wilson, Watts, Sanders, Schoolfield, Lechner, Kwahja |
| **SENATORS ABSENT:** | Foote, Chavers |

**MOTION:**   11/01/93/01                                               PASS
**SPONSOR:**   Marisa Pena'
**TITLE**     Approval of Minutes
**STATING:**   To approve the minutes of the 10/25/93 meeting as corrected.

## OFFICER REPORTS:

President: Cheif Clay of the University Police will be meeting with the SGA in the near future concerning the needs of the student body from campus police and the needs of the campus police from the students.
There are senator vacancies for the College of Nursing, Education, and Engineering. Applications are due by Friday, November 5.
Board of Trustees approved MLK day as an off day for students.
They also approved a $2 tuition increase effective Wtr. Qtr.

Vice President: Committee Chair needed for Hillsdale Housing Committe.
If anyone has something they want published on JP December Calendar please contact me.
Student Directory is process.

Treasurer: No Report.

Chief Justice: No Report.

Attorney General: No Report.

## COMMITTEE REPORTS:

Trivenia Moorer has been selected as IPC Chair.
Rules Committee noted senators with two unexcused absences.

## SPECIAL ORDERS:
Pete Radeka gave senators a chance to comment and ask questions concerning Dining Service

MOTION:     11/01/93/02
SPONSOR:    Marisa Pena'
TITLE:      College of A&S Senator Appointment
STATING:    To accept the appointment of George Wilson as A&S Senator

## OLD BUSINESS:

MOTION:     11/01/93/03            FAILS
SPONSOR:    Jonathan Lechner
TITLE:      ACM Appropriation
STATING:    To allocate $650.00 to the Association for Computing Machinery.

## NEW BUSINESS:

MOTION:     11/01/93/04            PASS
SPONSOR:    Marisa Pena'
TITLE:      Suspension of Chapter Rule 302.1.3
STATING:    Move to suspend Chapter Rule 302.1.3. for the 11/01/93 meeting.

MOTION:     11/01/93/05            PASS
SPONSOR:    Jonathan Lechner
TITLE:      Minority Affairs Committee Appropriation
STATING:    To allocate $400.00 to the Minority Affairs Committee.

MOTION:     11/01/93/06            PASS BY ACCLAMATION
SPONSOR:    Mike Tucker
TITLE:      Social & Athletic Committee Appropriation
STATING:    To allocate $1500.00 to the Social & Athletic Committee.

MOTION:     11/01/93/07            FAILS
SPONSOR:    Kimberly Phillips
TITLE:      GLBA Appropriation
STATING:    To allocate $210.00 to the GLBA Organization.

| MOTION: | 11/01/93/08 | PASS |
|---------|-------------|------|
| SPONSOR: | Kimberly Phillips | |
| TITLE: | Interfraternity Council Appropriation | |
| STATING: | To allocate $500.00 to the Interfraternity Council. | |

| MOTION: | 11/01/93/09 | PASS BY ACCLAMATION |
|---------|-------------|---------------------|
| SPONSOR: | Brady Wilson | |
| TITLE: | Panhellenic Council Appropriation | |
| STATING: | To allocate $500.00 to the Panhellenic Council. | |

## ANNOUNCEMENTS:

JP ACTIVITY UPDATE!!!

ATHLETICS STILL NEED PEOPLE TO TRYOUT FOR MASCOT!!!!

APPRECIATION GOES TO MR. MITCHELL -SGA PRES. FOR CONTINUED EFFORTS IN GETTING MLK DAY DECLARED AS AN OFF DAY AT USA!!!!

2:30 FRIDAY SONGFEST PRACTICE!!!

BE AT CIVIC CENTER AT 6:00 P.M. SATURDAY NIGHT FOR SONGFEST '93!!!

| MOTION: | 11/01/93/10 | PASS |
|---------|-------------|------|
| SPONSOR: | Mike Tucker | |
| TITLE: | Adjournment | |
| STATING: | To adjourn the meeting at 9:11 p.m. | |



## SGA COMMITTEE BUDGET REQUEST FORM

Must be submitted to the Vice President by the budget request
deadline each quarter. All funds requested must be directly
related to the committee function and must benefit the
students. Remember, funds are extremely limited.

Check with the Vice President at the beginning of each
quarter for the quarter's request deadline and your
committee's account balance.

NAME OF COMMITTEE___Social and Athletic_____

COMMITTEE CHAIR____Rebecca Voss_____

QUARTER: Summer (Fall) Winter Spring. YEAR: __1993____

TOTAL BUDGET REQUEST FOR QUARTER:____$7,330.00_____

BREAKDOWN OF BUDGET:_Ticketmaster phone line -- $600;  Popcorn and_

_cokes for JP Cheapdate movie nights -- $250;  Intramural team fees_

_and equipment -- $100;  Red Ribbon Race with the Substance Abuse Center -- $100_

_(for security, t-shirts);  T-shirts for speaker Billy West (to co-sponsor_

_with FAB and JP) -- $1,000;  SGA Christmas party -- $1,000;_____.___

_Dime-a-dog with the Soccer team for October 30 tournament -- $500 (incl. tent rental_
2 Tents for student organizations to use -- $2,000; Soccer Team (see list) -- $1780.
BENEFITS TO STUDENT BODY:_all programs are for all the students_____

_at South; also, the Dime-a-dog with the soccer team is to draw a crowd_

_of 2,000 to justify new bleachers and lights in the Cage and for a Women's_

Soccer Team.
Signature of Committee Chair  _Rebecca Voss_

Date submitted  _10-13-93_

Signature of Vice President_____

Date received_____

FOR OFFICE USE:

rec'd._____          acct. balance_____
                              as of_____

■ 0471

SGA COMMITTEE BUDGET REQUEST FORM

Must be submitted to the Vice President by the budget request
deadline each quarter. All funds requested must be directly
related to the committee function and must benefit the
students. Remember, funds are extremely limited.

Check with the Vice President at the beginning of each
quarter for the quarter's request deadline and your
committee's account balance.

NAME OF COMMITTEE Minority Affaires

COMMITTEE CHAIR Eric N Mirie

QUARTER: Summer (Fall) Winter Spring YEAR: 1993

TOTAL BUDGET REQUEST FOR QUARTER: 1,250 $

BREAKDOWN OF BUDGET: 1) Speaker. Dr. Daniel McGhee
-500 $ transportation
-750 $ Honorarium

BENEFITS TO STUDENT BODY: Speak about the
ethical ramnifications of homosexuality

Signature of Committee Chair Eric N. Mirie

           Date submitted_____

Signature of Vice President_____

           Date received_____

FOR OFFICE USE:

    rec'd._____      acct. balance_____
                               as of_____

0472



## BUDGET/APPROPRIATION REQUEST
(circle one)

For **FALL** Quarter, 19 **93**

## PLEASE PRINT IN BLACK INK OR TYPE

### Organization Information

Name of Organization **ALPHA EPSILON DELTA**
Number of Active Members _____ # of quarters as a registered organization **52**
Name of Organization President **CRYSTI HOPKINS** Phone # **460-2588**
   Local Mailing Address **101 FOREMAN ROAD, APT. , MOBILE, AL 36608**
Name of Student Submitting Request **ROBERT GUERZON** Phone # **344-1619**
   Local Mailing Address **101 FOREMAN ROAD, APT. C4, MOBILE, AL 36608**
Name of Faculty/Alumni Advisor **DR. T.G. JACKSON** Phone # **460-6181**
   On-campus Address **CHEMISTRY DEPARTMENT**

### Financial Information

Amount of funds received from SGA this school year (since Summer Qtr.) **$0**
Does organization have an on-campus account? yes_____ no **✓**
   If yes, account # **—**

### Amount of Funds Generated by Organization

|  | This Quarter | This school year (since Summer Qtr.) |
|---|---|---|
| Local Dues | **$48** | **$48** |
| Fund Raisers | **$75** | **$75** |
| Donations | **0** | **0** |
| Other Sources | **0** | **0** |
| TOTAL | **$123** | **$123** |

Total cost of project(s) being sponsored by organization
this quarter (please attach itemized expense list)     $ **937.00**

Total Funds Requested from SGA     **867.00**
(Please indicate the projects for which you are requesting funds) $ **937.00**

(OVER)

**0473**

## Project Information

Name and Nature of Project(s) for which money is being requested:
1. HALLOWEEN PICNIC FOR PENELOPE HOUSE AND U.S.A. DOCTOR'S HOSPITAL
2. TOUR OF U.A.B. PROFESSIONAL SCHOOLS (DENTAL AND OPTOMETRY)
3. SPEAKER FEE FOR DR. LARRY DELUCAS; ASTRONAUT, SCIENTIST, AND MOTIVATIONAL SPEAKER
4. SPEAKER FEES FOR THREE OTHER SPEAKERS

If Chapter 701.1 of Code-of-Laws applies, please indicate which requirement is met here: SUBMITTING A DISPLAY

Potential Benefits to Membership: THESE ACTIVITIES BENEFIT OUR MEMBERS
BY EXPOSING THEM TO THE MANY DIFFERENT ASPECTS OF THE MEDICAL FIELD.
THIS EXPOSURE TO THE MEDICAL PROFESSION WILL HELP OUR MEMBERS MAKE
WELL INFORMED DECISIONS CONCERNING THEIR FUTURE CAREERS.

Potential Benefits to Student Body:
1) OUR COMMUNITY SERVICE POSITIVELY REFLECTS ON THE UNIVERSITY
2) DR. LARRY DELUCAS, AN ASTRONAUT WHO HAS CONDUCTED EXPERIMENTS IN SPACE, IS A
   WORLD REKNOWNED SCIENTIST AND MOTIVATIONAL SPEAKER WHOSE TALK WOULD BE
   BENEFICIAL TO THE ENTIRE STUDENT BODY-- BOTH SCIENCE AND NON-SCIENCE MAJORS.

I have received a copy of the SGA Code-of-Laws and regulations concerning Allocation of SGA Funds. I have read these rules and regulations before filling out this form. I will have a representative of my organization who is knowledgeable of the project in attendance at the budget/appropriation meeting.

Signature of person submitting request:

Robert Juerg

FOR OFFICE USE:

_____ rec'd        _____ reg. org.        _____ attachments        _____ funds rec'd to date

0474

|  | AED | SGA | TOTAL |
|---|---|---|---|
| 1. HALLOWEEN PICNICS AT PENELOPE HOUSE AND U.S.A. DOCTORS HOSPITAL (~ 70 CHILDREN) | $70.00 | $60.00 | $130.00 |
| HALLOWEEN TREATS $1.00 x 70 ACTIVITY COSTS $60.00 | | | |
| 2. TOUR OF UAB PROFESSIONAL SCHOOLS | $0.00 | $232.00 | $232.00 |
| 4 ROOMS AT $43.00/NIGHT VAN RENTAL $160.00 | | | |
| 3. DR. LARRY DE LUCAS: ASTRONAUT, OPTOMETRIST, AND MOTIVATIONAL SPEAKER | $0.00 | $500.00 | $500.00 |
| SPEAKER FEE $500.00 | | | |
| 4. SPEAKER FEES | $0.00 | $75.00 | $75.00 |
| $25.00 x 3 SPEAKERS | | | |
| TOTALS | $70.00 | $867.00 | $937.00 |

0475

## C. DEAN OF STUDENT SERVICES

The Dean of Student Services reports to the President and is responsible for the operation, coordination, and supervision of student housing, counseling and testing services, University Center, and student programs and events, minority affairs, student organizations and activities, and intramural and recreational sports. The Dean's Office oversees traffic and parking regulations, develops retention programs, administers disciplinary procedures, and coordinates several campus-wide honoraries.

### 1. COORDINATOR OF STUDENT ACTIVITIES AND ORGANIZATIONS

The Coordinator of Student Activities and Organizations is responsible for developing and implementing university guidelines for over 120 student organizations. Duties include registering each organization and publishing an annual directory; direct supervision of the twenty-plus Green sororities and fraternities and their social and philanthropic events as well as keeping a campus-wide activities calendar. Additional responsibilities include coordinating an annual student leadership development conference, supervising College Bowl scholars competition, drug and alcohol awareness programming and serving as liaison to campus honoraries.

### 2. COORDINATOR OF MINORITY SERVICES

The Coordinator of Minority Services provides programs and services for minorities in conjunction with Student Activities Office; develops and implements retention programs; serves as a liaison with the community and provides advice and counsel to students.

### 3. DIRECTOR OF HOUSING

The Department of Housing offers a wide range of housing options to meet the needs of a diversified student body. These options include traditional residence halls, apartment-style buildings, suite-style buildings, and a limited number of efficiency apartments and private rooms. Family and graduate housing is also available in Hillsdale, a University-owned subdivision.

### 4. DIRECTOR OF THE UNIVERSITY CENTER

The Director of the University Center is responsible for the operation and maintenance of the facility and coordination of the various activities of the Center and is responsible for approving all posters and flyers used to advertise events on campus.

### 5. PROGRAMMING SPECIALIST--SPECIAL EVENTS AND PROGRAMS

The Special Events and Programs Office is involved with educational activities outside the classroom, implementing activities that serve the cultural, educational, social, and recreational interests of students.

## 6. DIRECTOR OF COUNSELING AND TESTING SERVICES

Counseling/testing services are staffed by professional counselors who are available to assist students, faculty, and staff with personal, academic, and vocational concerns. Psychotherapy is provided by qualified psychologists and counselors. Referrals are made to various agencies. Testing services provided include standardized tests such as ACT, GRE, and MCAT, as well as individualized intelligence, personality, and interest tests; professional tests such as the CLU, CFP, CDP and achievement tests (CLEP).

## 7. COORDINATOR OF INTRAMURAL AND RECREATIONAL SPORTS

The Coordinator of Intramural and Recreational Sports is responsible for three types of recreation programs on campus: an intramural program composed of 282 teams; an open recreation program with a yearly participation figure of over 41,000 for all recreational facilities (gym, weight room, tennis courts, swimming pool); and coordination of fitness activities such as aerobics.



USA
University of
South Alabama

# keep
## *the*
# CONNECTION

Resource Manual for Student Clubs
and Organizations

# Table of Contents

Introduction ............................................................................................................................................................. 3
Acknowledgment......................................................................................................................................................... 4
Registration of University Organizations
    Official University Registration .......................................................................................................................... 5
    Probation and Withdrawal of Registration .................................................................................................... 5
Funding and Accounting
    Financial Accountability ...................................................................................................................................... 6
    Opening Bank Accounts ...................................................................................................................................... 6
    SGA Funding......................................................................................................................................................... 6
Event Planning
    Organizing Successful Events............................................................................................................................ 7
    Planning and Scheduling Events ....................................................................................................................... 8
    Successful Program Planning ............................................................................................................................ 8
    Mechanics of Organizing a Program ................................................................................................................ 8
    Off-Campus Programming .................................................................................................................................. 9
    Promotion of Your Events ................................................................................................................................ 10
    Poster and Sheet Sign Regulations ................................................................................................................ 10
    Fund Raising and Soliciting ............................................................................................................................. 11
    Newsletters ......................................................................................................................................................... 11
Use of University Facilities
    University Facility Usage.................................................................................................................................. 11
    Scheduling of University Facilities................................................................................................................. 11
    Room Usage Regulations ................................................................................................................................. 12
    Food and Beverage Needs ................................................................................................................................ 12
    Transportation and Travel .............................................................................................................................. 12
    University Center Space Regulations............................................................................................................. 12
Organization Development
    Officer Responsibilities .................................................................................................................................... 13
    Preparing for a Successful Year ...................................................................................................................... 14
    Selection and Transition of Officers .............................................................................................................. 14
    Election Procedures .......................................................................................................................................... 15
    Officer Orientation............................................................................................................................................ 15
    Planning and Conducting Meetings ............................................................................................................... 15
    Recruiting and Involving Members ................................................................................................................ 15
    Finding Those New Folks ................................................................................................................................. 16
    Keeping Members Involved .............................................................................................................................. 16
    Ways to Improve Your Organization .............................................................................................................. 17
    Characteristics of Effective Organizations ................................................................................................... 17
Leadership
    Communication .................................................................................................................................................. 18
    Motivation ........................................................................................................................................................... 18
    Team Building..................................................................................................................................................... 19
    Decision Making ................................................................................................................................................ 19
    Conflict Resolution............................................................................................................................................ 20
    Appendices A-D ............................................................................................................................................ 21-31

0479

# The Spirit of South Alabama

There are certain pervading animating principles that are essential for a community of scholars to maintain if they are to dedicated to personal and academic excellence.

Becoming a member of the University of South Alabama's community necessitates that the sprint of a truly civilized community fully embraced.

As a member of the University community . . .

I will practice the spirit of integrity which embraces the personal and the academic.
. . . a commitment to this ideal means I do not cheat or plagiarize in class, games, or sports; lying, deceit, excuse making, and infidelity in personal relationships will not occur.

I will respect the spirit of equality which upholds the dignity of all persons.
. . . a commitment to this ideal means I will not compromise or demean the dignity of individuals or groups, including hazing, intimidation, teasing, baiting, insulting, harassing, and discrimination. Instead, I will uphold the worth of all individuals.

I will respect the spirit of privacy which protects the property and personal rights of all persons.
. . . a commitment to this ideal means I will not steal, destroy, misappropriate, damage, or desecrate property which is not my own. One's right to privacy supports giving all persons the right to go wherever they lawfully would like to go and express themselves freely.

I will uphold the spirit of diversity which celebrates differences and discourages bigotry.
. . . a commitment to this ideal affirms support for equal rights regardless of one's age, sex, race, religion, disability, ethnic heritage, socio-economic status, political, social or other affiliation.

I will demonstrate a spirit of service which compels concern for others.
. . . a commitment to this ideal means I will give of my time to others without thought of personal gain or recognition and that on occasions I will find the needs of others more important than my own.

I will practice the spirit of stewardship which seeks to conserve the earth's resources and to property use all resources at my disposal.
. . . a commitment to this ideal means I will conserve the campus environment and will use the resources provided me wisely, not wasting where I can conserve, not expecting others to pick up or clean up.

I will exercise a spirit of involvement which necessitates the application of talents and knowledge.
. . . a commitment to this ideal means that I will be a member of the University community by helping it solve its problems, working with other students to improve campus life, rather than complaining about, criticizing, or attacking those who are involved.

When one embraces the Spirit of South Alabama by joining the community, it behooves that person to exemplify and encourage behavior which promotes integrity, equality, privacy, diversity, service, stewardship, and involvement.

0480

## INTRODUCTION

The University of South Alabama dedicates itself not only to academic excellence but to the entire educational process. The purpose of this manual is to provide guidance in the learning experience of students through campus organizations and clubs. This manual contains valuable information about organization development, university policies, programming and resources available to student leaders. The information in the manual is intended to help student leaders develop their personal talents, social growth and individual leadership skills.

This manual was developed for you, as an officer in one of the university's registered student organizations, to help you become the best leader you can be. The information presented was designed to answer some of the questions you may face this year. Not only should the material in this manual help you in your role as a student leader, it should help you after you leave South Alabama and in the years to come.

The year ahead offers a great deal of challenges as well as opportunities. With the help of this manual, your faculty advisor, and the Coordinator of Campus Involvement, you can be sure to learn and further your college experience.

0481

## ACKNOWLEDGMENT

This resource manual is the result of the hard work and dedication of Mr. Keith Ammons and Mr. Mark W. Autry. These students researched information contained in publications from various institutes across the southern United States to compile the first edition of this manual in 1992. That manual was made possible through a professional internship within the Department of English under the academic advisement of Dr. Thomas A Brennan. In addition, thanks are extended to Ms. Terry Camp for entering the enormous amount of information onto computer disk.

0482

# REGISTRATION OF UNIVERSITY ORGANIZATIONS

## Official University Registration

The University of South Alabama recognizes the right of groups to freely assemble, but also accepts the responsibility to protect the rights of the members of the campus community from organizations which infringe upon the purposes of the institution.

Any student organization shall be open to all students of the University of South Alabama who otherwise meet membership requirements. Membership in the organization shall be limited to currently enrolled students. Honorary membership may not exceed ten percent of the student membership.

Any group wishing to form a student organization on the campus of the University of South Alabama must contact the Coordinator of Campus Involvement (See Appendix A). No organization will be registered that discriminates in any manner on the basis of sex, race, creed, color, religion, national origin, age, disability, or sexual orientation.

Each proposed campus-wide organization must have a minimum of fifteen charter student members. Each proposed honor, recognition, or professional society will be expected to have a minimum of ten charter members. Officers must be full-time, students except in special, approved instances.

In order to become a registered student organization, a group must meet all the regulations for student organizations and provide the following information:

1. A request to form the organization through the Office of Campus Involvement (See Appendix B).
2. A statement justifying the need for such an organization on campus.
3. The proposed constitution and bylaws of the organization which must clearly contain the following:
   (a) the name of the group
   (b) the purpose of the group
   (c) rules of membership in the organization
   (d) terms and methods of selection of membership
   (e) officers
   (f) proposed nature and frequency of meetings
   (g) proposed activities
   (h) financial plans of the organization including any proposed fee, dues and assessments and provisions for the distribution of all funds and assets in the event of dissolution.
4. The names, signatures and student numbers of the charter members.
5. The names of the faculty advisor and/or administrative officer of the University who will

sponsor the organization, attend meetings and activities, and supervise the plans of the organization.
6. A letter from the proposed advisor indicating willingness to serve in that capacity.
7. A statement of assurance of compliance by the organization that it will comply with all rules and regulations, policies and procedures of the University of South Alabama.
8. Names of the off-campus organizations with which the petitioning group intends to affiliate; or a statement that no affiliation with other groups is contemplated. In the case of future affiliation, the petition must originate with the student group and must be approved before commitments to the off-campus organizations are made.

The Coordinator of Campus Involvement may require the proposed organization to re-submit any information with non-conforming materials or provisions deleted. New organizations may be denied registration where the purposes are within the scope of a currently registered organization.

The University reserves the right to determine whether an organization shall function under these guidelines due to the nature of the organization. Once all information submitted by a proposed organization is in order, they will be allowed to register as a student organization at the University of South Alabama.

An organization need only follow the preceding steps one time. To maintain active status (and thereby continued recognition), an *updated registration form* must be completed each fall quarter and filed with the Coordinator of Campus Involvement (See Appendix B). A group that does not maintain active status cannot be approved to execute programs and activities on campus.

## Probation and Withdrawal of Registration

A student club or organization may be placed on probation or have its registration revoked if it fails to comply with the policies and procedures established by the University or if it fails to function within its prescribed purpose. The club will be warned by the Coordinator of Campus Involvement and will be cited specific steps which the organization must take to maintain its registration with the University.

The Dean of Student Services may refer such violations to the appropriate disciplinary body for a hearing. However, if he/she deems it necessary, he/she may determine the extent to which an organization has violated regulations and notify the organization through its president that the organization is on social probation.

An organization which is placed on social probation may continue to hold meetings but may not sponsor any activity or program or participate in any activity or

■ 0483

program sponsored by another organization. Where registration of an organization is withdrawn, it shall cease to exist as an organization.

## FUNDING AND ACCOUNTING

### Financial Accountability

Financial accountability is most often overlooked by the general membership because (1) they take it for granted that the leaders will always operate in good faith for the well-being of the organization, and (2) without a regular report on the financial affairs of the group, the membership will not be mindful of money matters.

It is essential for your organization to practice sound fiscal policies which reflect the integrity of your leadership. Plan an annual budget which is approved by the general membership and have your financial records reviewed at least once a year by your faculty advisor or other outside auditor.

### Opening Bank Accounts

One of the first orders of business for an organization is to open a checking account. The university offers banking services through the Business Office to registered student organizations (See Appendix A). All off-campus accounts are the responsibility of the organization. The University does not govern nor take responsibility for accounts other than those through the Business Office. It is the decision of the club to choose a bank that will meet the needs of its organization. We recommend that you ask the following questions before opening an account:

1. What minimum deposit or average balance is required of an organization?
2. What charges are incurred for services such as issuing (printing) checks, writing checks, making withdrawals, etc.?
3. Is the bank conveniently located?

All recognized student organizations are considered either profit or non-profit by local banks and the Internal Revenue Service. If the bank of your choice asks you to furnish your tax exempt number, you must contact the I.R.S. for specific guidelines.

*Savings accounts:* Most organizations should place at least part of their treasury in an interest-bearing passbook savings account. Even though your account balance may be minimal, your organization will benefit with more money in savings than in checking.

Bank officials will also be happy to advise you on managing your accounts. Organizations with larger funding bases may want to consider other investment opportunities.

### SGA Funding

The Student Government Association gets its funding from a portion of the student activity fee. With this funding they allocate money to student organizations as well as fund SGA projects and services.

SGA holds a quarterly budget meeting. Organizations who wish to request funds should contact the SGA office (See Appendix A) before the beginning of each quarter to find out the budget deadlines for that quarter and to pick up budget request forms. After the budget meeting each quarter, the appropriations committee has limited funds which may be allocated to student organizations. Therefore it is recommended that organizations request money at the beginning of the quarter.

The following rules and regulations concerning allocation of SGA funds should be read carefully before filling out request forms (See Appendix B):

### SGA Code-of-Laws
### TITLE VII. Rules for Allocation of SGA Funds

### Chapter 700. Allocation Rules

1. Activities being funded or subsidized by the SGA must benefit the University and the students in a timely and direct manner.

2. Every organization seeking an SGA allocation must be able to demonstrate that a substantial effort has been made, on the part of that organization, to fund the project on its own.

3. No organization shall receive an allocation of more than $1500.00 in one SGA fiscal year.

4. All requests must contain itemized price estimates.

5. Any organization which uses any part of an SGA allocation for private commercial gain shall have the remainder of its allocation cut off and shall not receive an SGA allocation for the remainder of that academic year.

6. Organization must submit receipts for actual expenditures to the SGA Treasurer by 5 pm of the fifth day of the quarter following the quarter in which the event was held. Organizations with on-campus accounts must submit copies of original receipts to the SGA Treasurer. If organizations with on-campus accounts turn in receipts and those receipts total less than the amount allocated by the SGA then the SGA Treasurer will have the balance of funds transferred back to the SGA. Organizations with on-campus accounts who fail to turn in receipts to the SGA Treasurer by the required time will have their allocation transferred back to the SGA by the SGA

6

0484

Treasurer. Those organizations with on-campus accounts who lose their allocation must go through the allocation process again. Organizations with no on-campus account must submit original receipts to the SGA Treasurer by the required time. Organizations with no on-campus account will receive allocated funds for actual expenditures up to the amount allocated by the SGA. If organizations with no on-campus account fail to turn in actual receipts to the SGA Treasurer by the required time they will lose their allocation. The organizations with no on-campus account who lose their allocation must go through the allocation process again.

7. An allocation must be spent as stipulated by the SGA if such stipulation is applicable.

8. Within ten (10) days after the budget/appropriation meeting at which funds are approved, the organization representative must contact the SGA Treasurer regarding distribution of approved funds. Failure to comply with this stipulation will result in the loss of the allocation and the origination must go through the allocation process again.

9. All advertising for an activity that is fully or partially funded by the SGA must effectively recognize the SGA's support.

10. All requests for funds submitted to the Appropriations Committee must be received by the chairperson at least 30 days prior to the time the allocation is to be used. With three-fourths approval of the Appropriations Committee, this rule may be waived.

11. All requests for any non-academic related or non-university wide publication must go through the Board of Student Communications. Determination of the status of publications seeking funds shall be made by the appropriate SGA reviewing body.

12. Any solicitation for funds from the SGA for a campus-wide publication must meet the following criteria, unless it is published quarterly or annually:

    a. be a recognized student organization, and
    b. be recognized by the Board of Student Communications.

13. All budget request forms must be completed as stated on the request for and code-of-Laws and be turned in to the SGA office by 5:00 p.m., five (5) days prior to the budget meeting each quarter. This law may be waived for any Senate meeting with 2/3 approval of the Senators present at that meeting.

**Chapter 701.** Student Government funds cannot be allocated to student organizations for travel, lodging, and/or registration expenses for conferences or conventions unless:

1. The organization requesting the funds demonstrates with documentation the educational benefit of the event and the necessity of their attendance because they are:
    a. submitting a paper at the event, or
    b. participating in competition at the event, other than delegation of the year, chapter of the year, spirit awards or equivalents thereof, or
    c. submitting a project or display at the event, or
    d. hosting the convention within two years of the date that the appropriation is approved by the Senate.

2. The organizations requesting the funds must attach to the Budget/Appropriation Request a list of the people planning to attend the event, the majors and minors of all students on the list, the office, if any, a copy of the registration form, a travel itinerary, and any other information received by the organization related to the conference, convention or trip.

3. Within two weeks of their return, the organization requesting the funds must submit all receipts of expenditures, an itinerary of the conference showing dates and time of conference activities, a report of their activities, and physical proof of the fulfillment of one of the requirements in Chapter 701.1 (photographs of display, copy of paper submitted, awards won, letter of intent from national or regional organization stating that conference will be hosted here within two years) to the executive council. Failure to comply will result in the loss of the allocated funds.

**Chapter 702.** Any one organization may only receive up to $150.00 per person, but not more than $750.00 total, for travel, lodging, and/or registration expenses in one year.

**Chapter 703.** Activities being funded or subsidized by the SGA must benefit the University and the students in a timely and direct manner.

## EVENT PLANNING

### Organizing Successful Events

This section to organizing events will be of great benefit to you if you are just entering the world of campus programming. And, if you are a veteran, it will serve to jar your memory, maybe even give you a few new ideas. The main purpose of this section is to lay out a step-by-step approach to organizing a program that will accomplish what you want it to and give you fewer last minute headaches. If you have questions or needs not covered by this guide, please call or stop by the Campus Involvement Office. We'll try to answer your questions or help you solve your problem. Before beginning your program decide:

1. What you want to accomplish through the program.
2. How you can develop it to reach the greatest number of people.

0485

3. How you can create the correct environment for the program (List your possibilities, be creative!).
4. What resources are available for your use (people, books, movies, etc.).
5. Whether your budget can afford a possible loss from the program (if so, how much).

NOTE: Avoid duplication of programs already being provided on campus.

## Planning and Scheduling Events

Before developing any program ideas, produce a working calendar for the academic year which includes all holidays, breaks, home athletic events, exam periods and major campus entertainment programs. (The University bulletin and campus activities calendar include most of these dates.) Use your calendar to choose a date that doesn't conflict with another campus event. Also mark on your calendar those dates most student are likely to have major tests and projects due (such as just before and after holidays and breaks), deadlines for officer elections, budget preparation for your organization and at least tentative dates for your organization's meetings. Now you can see how little time you have to plan and carry out major program ideas!

Your next step is to - at least tentatively - set topics or designate subjects for each regularly scheduled business meeting. Then write deadlines on your calendar for all scheduling and promotional details necessary for these meetings.

## Successful Program Planning

Of course clubs and organizations want to have successful programs and activities, or the organization has no functional purpose for which to exist. From an uncomplicated induction ceremony to a highly complex fund-raiser, all programs and activities require some degree of planning to be successful. Here are some guidelines to be used in planning activities.

1. Make sure everyone is supportive of the program or activity. Many times officers will announce to the group organizational plans without consulting the membership for their ideas and suggestions.
2. Schedule the activity for a "prime time". The last two weeks of the quarter, a weekend with home basketball games, or the week of spring break are not good times to schedule a major program. Likewise, check the University schedule to make sure other events will not conflict with your plans.
3. Once the plans for the program or activity have been determined, assign specific tasks to individual members to:
   a. schedule the facility needed for the program/ activity;
   b. coordinate publicity for the event;

c. direct ticket sales (when applicable);
d. contact and accommodate any guest speakers; and
e. clean or straighten the facility as needed after the program.
Note: Be sure to set time tables for the completion of these tasks.
4. Once the program is over, formally evaluate it.
   a. Would you do this program again?
   b. What would you do differently?
   c. What problems did you encounter with this program?
   d. What feedback did you receive from the general membership and from other participants (including guest speakers)?

## Mechanics of Organizing a Program:

1. Designate responsibility, don't do it all yourself! Appoint chairpersons who are directly responsible to you for the tasks that need to be done.
2. Decide a Date and time.
   a. Check your campus activities calendar for possible conflicts.
   b. Pick at least one, maybe even two alternate dates.
   c. Make sure the time is convenient for the majority of people attending. Consider;
      1. the academic calendar (breaks, finals, mid-terms, etc.);
      2. major campus events (Homecoming, etc.);
      3. other events your target audience would be expected to go to.
3. Organize your publicity campaign. For more information, see the section on promotion of your events.
4. Make initial contact with Performer or Artist. Familiarize yourself with contracts and consult with your advisor when you talk with the performer of artist (or an agent).
   - Explain who you are, what you are trying to do, and when you would like to do it.
   - If one of your dates will work out, explain any requirements you have, ask what their physical and technical needs will be, identify event start, finish and setup times.
5. Reserve the location and equipment needed for the program such as room, lights, audiovisual, etc (See Use of Facilities Section).

NOTE: Be very specific in your reservations. Don't assume that people understand your needs. Tell them exactly what you need and be sure that they record it! If you are uncertain about your exact needs, discuss the program with experienced programmers in charge of the facility you need.
6. Draw up a budget for entertainment, promotion, facility rent, etc., and stick to it!
7. Arrange for any food or beverages needed:
a. Do you want food or beverages served at your event?
b. If so, make arrangements for these items with Food Services.

0486

c. Make sure you reconfirm all food arrangements at least one week before the program date.
8. Arrange accommodations for out-of-town guests.
9. Initiate event promotion/publicity.
  a. Brainstorm publicity ideas and select those to be implemented. The more creative you can be, the more successful you will be (See Promotion of Your Events Section).
  b. Chart out promotion time line on a calendar. Identify: Design and printing time
        Implementation dates
  c. Make arrangements for publicity.
     Give event information to such promotional services as: campus event calendars, Info Desk in University Center, SGA TV, Midweek Memo, local community calendars, local newspapers, radio and television stations for public service announcements, the Vanguard, and the Harbinger. Some of these are free while others charge for promotional services.
     - order and make other publicity materials.
     - give accurate details! Always include:
     1. What is happening.
     2. Where it is happening. Give as much detail as your target audience will need to easily find your event.
     3. When it is happening...time...am/pm...day of week and date...some events will need to have an ending time listed (art festivals, sales, etc.).
     4. Cost to participants.
     5. Name of sponsoring group must be included on posters to receive campus approval.
     6. Any restrictions on attendance (example: with University ID only," "must be 21," etc.)
     7. Any special information (example: "Bus will leave from Bookstore").
  d. Begin campaign early, increasing publicity as the event grows nearer.

10. TWO TO THREE WEEKS BEFORE THE EVENT:
  a. Schedule people to work at the event...get a firm commitment and develop a list of willing substitutes. Plan people for
     - set up,
     - hospitality with "artist",
     - door (stamping hands, tickets, programs, etc.),
     - change fund
     - running the show, and
     - take down and clean up.
  b. Promo campaign should be rolling!
11. A FEW DAYS BEFORE THE EVENT, run a last check with your committee.
  a. Confirm all reservations and set up needs. Make sure all specifics are taken care of especially food, lodging, technical and room arrangements.
  b. Make sure all needed supplies/materials have been acquired and are organized.
  c. Make sure all promo is out and/or ready to implement as schedules, and that people are informed of the event.

d. Make sure that all event workers can make it and are trained to meet their responsibilities.
e. Write paycheck for artist.
12. AT THE EVENT, ensure a safe and efficient production - be friendly and helpful.
  a. Arrive early (at setup time). Introduce person in charge to student manager and technicians.
  b. Arrange important times with building student manager (e.g., discuss with student manager and leader of entertainment times for breaks, staff and finishing time). This helps eliminate problems before they begin.
  c. Check with workers to see that all is well.
  d. Enjoy the event!
  e. At the close of the evening:
     - Thank and pay performer.
     - Thank and reward workers and support people.
13. THE NEXT FEW DAYS:
  a. Return all equipment the day after the event, tie up any loose ends.
  b. Take down publicity materials.
  c. Evaluate the event: 1) the overall program; 2) areas which could have been improved; and 3) areas which ran very well.
     - Make note of tips and pointers for similar programs in the future.
     - File all contract, promo and planning materials.
  d. Relax!

Don't forget: All of the above tasks should be organized on the Planning Chart and distributed to all members (See Appendix C).

## Off-Campus Programming

The needs and desires of student organizations differ with the intent, purpose and complexity of each program undertaken. While the University makes a variety of goods and services available to campus organizations, these do not always meet the group's needs. In these cases, it is necessary to utilize the services available through merchants in Mobile and surrounding areas.

The relationship between a student group and the merchants is like that of any consumer and supplier. Your organization is using goods, services or resources made available to you whether for a fee, in exchange for some other consideration, or free of charge. To protect both your organization and the supplier, you should follow some simple rules:

1. Clearly articulate the specific nature of your need or proposed program;
2. Obtain two quotes or bids from competing companies for your business;
3. Place all specifics of the purchase, rental, etc. in writing, including any limitations, warranties, services, and/or policies that the company or provider requires;
4. Only allow the president to actually sign a contract committing the organization and always sign your

■ 0487

title or office after the signature. Consult the Coordinator of Student Activities before signing any contracts that may obligate the University. All other contracts should be approved by your organization advisor;

5. Pay by organization check, money order or bank check;

6. Have your faculty advisor review the contract before signing; and

7. Know the law before entering into the contract.

The University of South Alabama is a significant part of the Mobile community and surrounding area. The relationship is one built upon mutual interest, trust and respect. Your organization became a part of this relationship when it sought and received University registration. Your group, in essence, became a citizen of Mobile. The University of South Alabama is committed to assisting both your organization and the Mobile community in maintaining a good relationship.

The University has developed guidelines and policies which are applied to organizations when using University facilities and resources. Equally, all off-campus companies or agencies have their individual policies, local, state and federal regulations which you must follow and for which you can be held legally responsible. While the University does not have direct supervisory responsibility over the activities of off-campus programs, it is expected that all registered organizations will adhere to existing rules, policies, laws, contracts and community standards. When appropriate, the organization should use University guidelines as a format for programs.

If a problem develops, the University will attempt to remedy the problem as appropriate. While University policy does not apply to off-campus programs or require University supervision, all organizations registered by the University are required to maintain adherence to their purpose statement and a commitment to the University's mission statement in any activity, program or project they undertake. The leadership of the organization will be expected to act responsibly and will be held accountable. It is important that you as a leader recognize your responsibility to have the organization act in a reasonable and responsible manner.

## Promotion of Your Events

Promotion involves persuasive communication, creation of a desire to attend. The most important thing to remember is that you cannot complete a successful campaign alone, so get your group organized - go for it!

1. Establish an advertising budget! But remember, much of the best publicity is free.

2. Start promoting at least four weeks before the event and continue through the day of the event.

3. Talk your event up. "Sell it" to a friend. Word of mouth is your best advertiser.

4. Start with cheaper forms of advertising and build to others.

5. Consider human interest angles.

6. Develop and use a logo for concept and attraction.

7. Choose a slogan.

8. Develop a mailing list of interested folks.

9. Use press coverage when possible.

10. Decide on a consistent format.

11. Remove old posters from bulletin boards.

12. Coordinate with other organizations around campus.

Advertising is perhaps the most important part of any event. The more creative you can be the more successful you will be. Listed below are a few suggestions that may help you in your advertising endeavors:

1. Make sure all advertisements contain:
   a. time (am/pm), date, day and location of event;
   b. cost;
   c. who's sponsoring;
   d. any special information about your event.

2. Types of publicity you might consider:
   a. The Vanguard (See Appendix A)
   b. Campus Activities Calendar (See Appendix A)
   c. Radio
   d. teasers (i.e., little cards, one word ads)
   e. buttons
   f. doorknob hangers
   g. writing on chalkboards
   h. bumper stickers
   i. jigsaw puzzles (build it piece by piece)
   j. bookmarks
   k. sheet signs
   l. SGA TV

3. Printing Services
   a. Publications (See Appendix A)
   b. Posters and Signs - student organizations may use the SGA paint and paper to make banners.

## Poster and Sheet Sign Regulations

The Poster Regulations for the university are listed below. All updated regulations can be found by contacting the University Center Office (See Appendix A).

1. Posters must bear the stamped approval of the University Center Office. The exception to this rule is for departmental bulletin boards. Poster sizes must be 17 x 23 inches or smaller.

2. Posters may be posted only on the ceramic tile walls.

3. No posters on the first floor of the Administration Building.

4. No posters on doors or on glass.

5. No posters on the outside of any building or on trees.

6. No more than two posters for the same event on the same floor of any building; only one in each stair-well on each floor.

7. Posters must be removed by 10:00 a.m. the morning following the advertised event; in case of a weekend function, 10:00 a.m. Monday is the deadline.

8 0488

8. Student Elections: Special regulations governing student election campaigns may be adopted by the SGA Elections Committee.
9. University Center: Special Regulations concerning posters in the University Center are available in the University Center Office (See Appendix A).
10. Failure to comply with above rules may result in suspension of poster privileges for offending organization.

Sheet signs have traditionally been a widely used means of advertising for things such as elections and other events and have proved to be extremely effective. The regulations are governed by the Student Government Association and must be followed as outlined below:

1. Organization form for sheet advertising must be completed and returned to the SGA office before sheets are hung (See Appendix B).
2. A $10 deposit must be left with the SGA treasure for each sheet used.
3. A maximum of 3 sheets per event may be used.
4. Each organization may advertise with sheets for one event per quarter.
5. Organizations must list faculty advisor and contact person with SGA .
6. Organization must designate on campus map where sheets will be placed and use only in area designated.
7. Sheets may remain up for only one week during organization's event.
8. Sheets not down within 24 hours after event will mean deposit is forfeited.
9. Deposit must be picked up within 24 hours of event.
10. Deposit returned only to faculty advisor or contact person.

## Fund Raising and Soliciting

Fund-raising projects sponsored by registered student organizations, whether on-campus or off-campus, require University approval. Permission for the activity is to be obtained from the Coordinator of Campus Involvement (See Appendix A). Proper forms are to be completed and returned to the Coordinator of Campus Involvement at least 3 days prior to the event.

Lobby space for fund-raising projects is secured by contacting the Coordinator of Student Activities. Approval is to be obtained from the Dean of Students' Office or the Coordinator of Student Activities for on-campus distribution of items which are free of charge.

Soliciting by an individual for private enterprise is not permitted on campus except on rare occasions and under prescribed circumstances. For example, a solicitor desiring to contact students in University Housing is to have the approval of the Central Housing Office (See Appendix A). No fund-raising is to interfere with classes, office business, or any other regular University routine.

The intent of these provisions is to eliminate harassment of the student body and to prevent interruption and delay of necessary University functions. Further, these provisions apply to items for immediate delivery. Salesmen who contact University personnel with regard to books for professional use, office equipment, etc., are to follow accepted business procedures with regard to arrangements and appointments.

## Newsletters

Too many clubs do not correspond with active members at all; too many others only send notices of upcoming meetings to members. By being a registered student club or organization, your organization is entitled to free on-campus postal services (See Appendix A). Take advantage of this privilege and plan regular mailings of a club newsletter.

# USE OF UNIVERSITY FACILITIES

## University Facility Usage

The use of University facilities and grounds is governed by the laws of the state of Alabama. Policies and guidelines have been established to ensure compliance with these laws, their consistent application, and the orderly use of these facilities within the resources and mission of the University.

University facilities exist to accomplish the educational objectives and programs of the University. University departments, divisions of the University, University-affiliated organizations and registered student organizations are granted use of these facilities for educational, cultural, developmental, and social programs and activities within the guidelines of this policy. Registered student organizations and University-affiliated organizations shall have priority in use over non-University organizations in all facilities.

*Use of Facilities by Registered Student Clubs and Organizations and University-Affiliated Organizations*: Costs and damages incidental to the use of a facility under this policy shall be borne by the organization using the facility. As a condition of use, the user organization may be required to provide satisfactory assurance of financial responsibility to the University and purchase event insurance.

## Scheduling of University Facilities

Responsibility for scheduling facilities is delegated to several areas within the University. A request for use of a University facility should be directed to the area responsible for scheduling that facility and/or coordinating the type of program that is proposed. Each area that schedules University facilities will review all requests for facilities within its area of responsibility and determine if

0489

the request can be honored, based on the criteria and priorities for facility usage.

The areas responsible for scheduling University facilities are:

1. *University Center Director 460-6452*
   Schedules and coordinates the University Center including the ballroom, meeting rooms, amphitheater, multi-purpose room, and lobby.

2. *Campus Recreation Director 460-6065*
   Responsible for the pool, softball fields, flag football fields, and recreation center.

3. *Business Office 460-6241*
   Develops the schedule for all classroom usage including the Humanities Building auditorium Business Building auditorium, and for the USA Wright Complex Theater.

4. *Assistant Director of Housing 460-6185*
   Responsible for the booking of Beta/Gamma Commons, Delta Commons, and other areas within the residence halls.

5. *USA Brookley Center Facility Coordinator 431-6410*
   Coordinates the use of the USA Brookley Center complex including the officers' club and the USA Brookley housing area.

6. *HPELS Department Chairman 460-7131*
   Develops the schedule for the gym, dance studio, gymnastics room, and the study areas.

## Room Usage Regulations

It is suggested that all individuals in your organization be made aware of the following regulations concerning the use of classroom space on campus. Complaints from a housekeeper or departmental personnel concerning any individual in your organization not complying with these rules will result in *cancellation of the meeting space on campus for the remainder of the quarter for the entire organization.*

1. One person in the organization should be responsible for insuring that all rules and regulations concerning room use are followed. It is advisable that this be the last person to leave the room.

2. Smoking policy: The University buildings are all smoke free. No smoking in any University facility is permitted.

3. Cokes, candy, etc. should not be taken into the classroom. If a special meeting is planned with refreshments, this is permissible under the condition that the room is cleaned of all trash. This involves bringing trash bags and disposing of all garbage in a dumpster located outside the building.

4. One of the main concerns with moving chairs in the classrooms is scratching the floors. Please, if chairs must be moved, pick them up. All chairs that are moved must be returned to their original position at the end of the meeting. No chairs may be moved into the hallways.

5. Night classes are often scheduled on campus. As a courtesy to these students and other organizations meeting nearby, please keep the noise to a minimum while entering and leaving the building and during your meeting.

6. After your meeting adjourns, leave the meeting immediately.

7. Restrict your meeting to the room which was reserved by your organization.

8. Should a change in your meeting room be necessary, or you need to reserve additional space, contact the appropriate person to reschedule the area.

Sufficient warning has been given to each student organization concerning the proper use of classroom space. Any violation will result in cancellation of meeting space on campus for the remainder of the quarter. NO EXCEPTIONS.

## Food and Beverage Needs

By contract, all food and beverages on campus are to be provided by the University Dining Services. University Dining Services can supply student organizations with a wide variety of foods and beverages for any event, from a banquet to a camping trip. Information on food and beverage needs is available from the Dining Services office, located next to the cafeteria on the second floor of the University Center (See Appendix A).

## Transportation and Travel

University-assigned state vehicles and the Student Government van used by USA student clubs and organizations for approved activities when certain conditions are met and policies followed. For more information about vehicle usage, contact the Student Government Association or the University Motor Pool (See Appendix A).

## University Center Space Regulations

The University Center meeting rooms are available at no charge to registered student organizations and University of South Alabama departments, and to individuals and off-campus groups for a fee.

1. Groups which have reserved facilities in the University Center will be held responsible for the behavior or actions of any individuals attending their events. Groups shall be responsible for the condition of University Center facilities at such events.

0490

2. Rooms must be left clean and in proper order.

3. Smoking **IS NOT** permitted in the University Center.

4. All decorations must be approved by the University Center office. Damage resulting from improperly placed decorations or misuse of room space will be charged to the organization sponsoring the program.

5. Failure to cancel a room request will result in a one quarter forfeiture of reservation privileges.

6. Equipment (chairs, tables, etc.) belonging to the University Center cannot be removed from the building without permission from the UC.

7. A list of equipment and refreshments to be used during the program must be submitted at time of space request.

8. Use of candles during a program must be approved by the University Center office at time of space request.

9. The Director's office should be informed of each aspect of all activities.

For further information on poster policies and table reservation policies contact the University center Director's Office.

## ORGANIZATIONAL DEVELOPMENT

### Officer Responsibilities

#### Organizational Structure

All clubs and organizations registered by the University of South Alabama have development constitutions for the general membership which define the structure (e.g., purpose, qualifications for membership, committees, officers) and the responsibilities of all elected officers. This manual discusses responsibilities as they are generally defined for major officers, but your organization's constitution may require other duties not presented here. In all cases, however, it is essential that both the officers and the general membership remember that, although the officers are the leaders of the organization, they serve the membership and must be accountable to the group.

#### President

The chief executive officer, generally called the president, is representative of all that is good and bad about the organization. This person is regarded by those who elected him or her, and by the general University community, to be the director/planner and chief coordinator of all activities for the group. These two functional responsibilities expand to include communication within the organization, involving the membership by delegating specific tasks, and - after each meeting or activity (and ultimately the year itself) - assessing the positive and negative aspects of what has transpired.

The president has a lot of responsibility, but also a lot of opportunity to get people excited about the organization and to feel good about their participation with it. The leader who believes in the purpose of the organization and can get other people excited about its programs and genuinely be appreciative of their participation will be successful. Challenge the group with your enthusiasm and by your willingness to do things differently from the way it's always been done.

#### Vice President

A misconception of organizational structure is that the vice president - or "second in command" - only performs in the absence of the chief executive officer. As a result, many constitutions do not spell out specific duties and responsibilities for this particular office. Much talent and creativity is lost with this approach.

Generally, the person elected to the position of vice president is regarded by the membership to be an individual with leadership capacity. No organization should be short-changed by electing a person to a position that has no specific and meaningful responsibilities. The vice president needs to play an active leadership role with the group.

#### Secretary/Historian

All organizations have at least one person responsible for correspondence, recording minutes and maintaining a historical archive (e.g., scrapbook, files, etc.). These people are vital to involving the membership with the organization. The tone and content of notices about meetings helps to set the attitudes of those who attend; the flavor of the minutes of the meeting confirms the importance of the assembly; and the nature of historical records builds pride in the traditions of your group. The stronger your systems for communication, the stronger your organization. Without communication with vitality, you organization will wane from disinterest.

#### Treasurer

The treasurer is responsible not only to collect and spend money, but also to work to make sure the money is spent wisely. What is the money to be spent for? Is this the best use of the money? Is this the most economical plan?

0491

The treasurer is responsible to the *general membership* (not the president or their officers) to make sure that a sound budget plan is prepared for the ensuing year and to provide the leadership for the budget's execution. It is important that the chief financial officer be a person of integrity who can represent the best interests of the organization at all times.

## Committee Chairs

Almost without exception constitutions stipulate *standing committees* (those specified in the constitutions which exist from year to year) and ad hoc committees which may arise from time to time to meet particular needs of the organization. Committees are an excellent means for members to become active in the organization. Selecting committee chairs requires thought to the purpose of the committee and the ability of the candidate for chairperson to work effectively with a group.

The primary responsibility of any committee chair is to involve the committee members. The chairperson must be organized, be able to plan, and know how to effectively delegate work to others (as well as be willing to do some work) to be successful.

## Other Officers

Your organization may have other officers besides or in addition to the ones discussed here. Regardless of the nomenclature, never appoint people to positions until the responsibilities have been clearly defined and explained. Honorary positions deserve the dignity of honor; do not "name" people to "positions" in an attempt to meet your need or their needs to have a title.

## Preparing for a Successful Year

Most organizations elect their officers at the end of the spring or at the beginning of the fall quarter; some elect their officers to take office at the beginning of the spring quarter. Our recommendation is to have elections around the middle of the spring quarter and to have the installation of officers at the end of spring quarter. This time frame allows sufficient time for orientation of the new officers.

## Selection and Transition of Officers

One of the most important responsibilities you have as a leader in your organization this year is to ensure that capable leadership continues next year. Recruiting qualified individuals who are willing to serve as next year's leaders is often difficult and requires preparation and thought.

Begin the process in the second quarter of the current year by observing your membership closely. You will be looking for hardworking individuals who are sincerely interested in the organization's purpose. Once you have

located some likely candidates, ask them if they would consider running for office for the following year. The organization is probably best served when more than one person runs for each office because that gives candidates an opportunity to formulate and present their views and philosophy, and it gives members a choice.

Lining up good prospects for next year's leadership makes good sense. It helps to ensure that nominations will not be left to chance or, worse yet, be nonexistent. Be sure to make formal nominations and ask nominees to speak about their ideas and visions for the organization, and about their qualifications for office. This formal process is good experience for the candidate, and it helps the membership to assess candidates and make choices based on qualifications rather than personality.

We suggest that the election process be completed by mid-April. This allows about a month for orderly transition of leadership to take place. Transition is important to the organization. If outgoing leaders simply walk away after elections, new officers are left at a disadvantage. It is imperative that officers pass on specific information they have gained throughout the year. New officers need that information and advice about how to carry out their duties and lead the organization effectively. Transition doesn't take long, but it is crucial if new officers are to start their terms with confidence.

We recommend that outgoing and incoming officers meet to go over the job descriptions and transfer of files. The president or chairperson should arrange this transition meeting for all officers. Without orderly transition and continuity, it is difficult for a group to make any forward motion at the beginning of the following year. So, see your job through to the end - and that includes training your successor!

In the effort to fulfill your responsibilities on a daily basis, sometimes you forget your responsibility to develop the *potential* leadership of your organizations. Although it is the least tangible, grooming the future leaders in your organizations can be the most crucial activity. After all, your hard work this year is useless if strong leadership is not available next year to build on your accomplishments.

Developing future leaders can involve many stages. First, take time to evaluate the potential within the membership. Some people naturally come to the forefront because of their outgoing personalities. Some people, however, are quiet and deliberative. Put yourself in a position to get to know all your active members and recognize their strengths and weaknesses. Then talk to members to learn their interests and to encourage their participation. Leadership takes different forms, and some people respond best when they feel other have confidence in their ideas and actions. Do not assume that a "passive" member has no leadership potential. And finally, actively recruit potential leaders to join

0492

your organization. Be open to individuals who can contribute to your group even if they are not members. Every organization can use new blood; keep your eyes and ears open to find it!

## Election Procedures

Always allow the membership enough time to think about elections before they take place. Even if your constitution does not require it, consider establishing a nominating committee to poll the membership for nominations and to conduct the elections.

Before electing officers, allow open time for the members to discuss the strengths of each of the candidates. (The candidates should not be present during this discussion.)

Balloting should insure fairness to all candidates and make everyone comfortable. A show of hands, voice vote or paper ballot should be the choice of the membership. In the case of the show of hands or voice vote, however, the candidates should be asked to leave the room before voting begins.

## Officer Orientation

New officer orientation is absolutely necessary for the survival of an organization from one year to the next. The most important last thing out-going officers can do is take time with the newly elected officers to help them assimilate the information they need to be effective leaders for your organization. The following checklist is offered as suggested content for orientation sessions.

1. Give job description of position held to new officer and discuss duties.
2. Give post office box number to new officer.
3. Give name, address and phone number of faculty advisor to new officer. Introduce to advisor if possible.
4. Transfer organizations files to new officer.
5. Give key to office, file cabinet, etc. to new officer.
6. Give complete roster of members, with home phone number and address, to new officer.
7. Give a copy of organization constitution, charter or by-laws to new officer.
8. Explain hierarchy of organization leadership to new officer.
9. Give copies of helpful handouts, handbooks, etc. to new officer.
10. Explain organization finances and financial responsibilities to new officer.
11. Discuss things that should be done over the summer with new officer.
12. Explain the organization's mission or purpose to new officer.
13. Explain history of organization to new officer.
14. Explain organization's working relationship with South's administration to new officer.

15. Give list of useful names and phone numbers on campus to new officer.
16. Introduce new officer to the Coordinator of Campus Involvement (See Appendix A).
17. Explain purpose and importance of club president's meetings and workshops to new officer.
18. Give the Student Organizational Manual to new officer and explain usefulness. Make copies of any leadership pages that may help in adjustment of new officer.
19. Substitute name of new officer at state or national level of organization if necessary; also on any University club rosters or mailing lists.
20. Give new officer opportunity to lead a meeting and attend an officer's meeting this year
21. Show new officer effective methods of planning organization events.
22. Show new officer how to make a meeting agenda.
23. Explain the University guidelines to new officer.
24. Explain South's alcohol policy to new officer.
25. Tell new officer all the things you wish you'd been told when you were a new officer.

## Planning and Conducting Meetings

Most of the time members of an organization spend together is in meetings. It is important, then, that the officers plan for meeting in advance and create an atmosphere that encourages the participation of everyone. Remember that both the leaders and the members have important roles to play in the meeting.

Successful meetings begin on time and with a written agenda or program for every member (See Appendix D). The agenda should state what business is to be conducted, the process that will be used (e.g., brainstorming, question-and-answer, informal discussion, etc.) and approximate times to begin and end each portion of the program. Members who know *what to expect* from the meeting and know *what is expected of them* will more readily participate with you.

Planning for a meeting requires the leaders to set specific objectives, to be aware of time constraints and to plan for discussion of members' concerns. If you plan to invite a guest speaker, allow at least two weeks for that person to prepare his or her presentation.

Most organizational constitutions specify a frequency for meetings (monthly, quarterly, etc.) Astute officers will begin the year by planning the programs for the entire year in advance.

## Recruiting and Involving Members

The best officers are nothing without dedicated and enthusiastic members. With over 130 active recognized student clubs and organizations on campus, recruiting

15

0493

new members can be a challenging and highly competitive activity. How do you get good people to join the organization, and then how do you keep them involved?

It is important to remember, as you evaluate your organization, that numbers do not indicate the level of activity within your organization; neither does it reflect upon the quality of your organization.

*Planning the membership drive:* The importance of an effective membership drive cannot be overemphasized. The officers of the organization must be fully aware of their responsibilities to the survival of the organization and to the need to recruit the *right* members into the group. The active participation of all current members is also crucial to the success of your efforts. Identify those students most likely to be interested in the goals and purposes of your organization and advertise in areas these students are likely to see. Promote your organization through well-planned programs, newspaper articles and media advertising so that the name and reputation of your organization is well known to the campus community.

Enlist the support of your current members in recruiting new members. Plan a special meeting with a good program and refreshments. Personally invite others to attend the meeting and adopt a buddy system that will couple an upperclass member with a prospective new member. This kind of "hosting" works particularly well academic and honors clubs which draw their members from specific fields of study or interest.

Recruiting new members is an on-going process. Although your organization may have an annual membership drive, every member of the group should always be on the lookout and encouraged to bring prospective members.

## Finding Those New Folks

Before actual recruiting begins, spend some time with your current membership, defining the purpose of your organization and identifying the benefits of membership in your group. It's helpful to be able to tell potential members what your group does, and what they will gain from their involvement with it.

Now the exciting part! The following is a list of methods you may use in your search for new souls.

1. Participate in the Fall Campus Orientation Fair. Contact Office of Admissions for more information (See Appendix A).
2. Talk to your friends or other people you believe would be interested in the activities of your organization.
3. Send out general notices, brochures and newspaper advertising inviting students to join your organization. Keep notices short and appealing. Include some of the benefits of membership.

4. Talk to RA's. Ask them if they know of students who might be interested in joining your organization.
5. If you need students with special talents (i.e., artists, musicians), or if your organization' purpose attracts certain majors, contact the faculty in that department and ask for their advice about reaching potential members.
6. Follow up all possibilities...make sure each interested individual is personally contacted. Keep talking with those who don't appear at meetings.

## Keeping Members Involved

Orientation for new members is a process to tell them some of the history of the organization and to explain the current programs and workings of the club. It is one of the most overlooked methods of helping new members feel a part of the group.

Take time at meetings and other activities to have the members introduce themselves and be introduced by others. Frequent introductions of members are very helpful. New members meet lots of new faces at their first meeting. To work well together, the members have to know each other as well as the goals of the organization.

Delegate responsibility to everyone. Notice the difference: "Delegate responsibility to everyone" vs. "Always ask for volunteers." *Don't beg for help!* Few are bold enough to publicly volunteer, but most will respond positively if they feel that someone wants them (not just anyone) to help.

Publicly recognize as many people as you can. In meetings call people by name. Recognize members, committee chairs and officers for their contributions. Recognition - be it by calling a person's name or a name on a plaque - is a reward. These informal rewards are vital to membership involvement.

Pay attention to the behavior of your new members. They are likely to feel a bit anxious and uncertain about their involvement. When left floundering in this state, new members often disappear from organizations. Do all that you can to make them feel welcome and comfortable. For instance:

1. Give an prospective members you talk with a written notice of the date, time and place of your next meeting. Have a current member escort them to their first meeting.
2. Conduct get-acquainted ice breakers for new and old members to put new members at ease.
3. Have everyone wear name tags.
4. Discourage cliques among old members.
5. Have new members list on paper their special talents and interests. Have them record what they'd like to gain from membership and how they prefer to have recognition shown for their contributions.

16

0494

6. Give members information about your organization: what it's currently involved in, how it functions, and something about its past history, a copy of your by-laws, etc.
7. Give new members some direction in their involvement. Assign them opportunities to share...the results will be great!

## Ways to Improve Your Organization

Presidents often talk about the challenges they are having with their organizations. Listed below are some basic suggestions on how to alleviate problems and thus improve your organization.

1. **Utilize your advisor.** Chances are that your advisor has knowledge, abilities and talents that you are not fully utilizing. Discussing matters with your advisor will provide a lot of insight from an objective observer.
2. **Read the Student Organizations Manual.** You might be surprised to find the information or assistance you are looking for right in front of you.
3. **Read notebooks and officer manuals for your organization.** If your organization is affiliated with a national organization, often there are officer manuals provided by the national headquarters. Other organizations generally have notebooks for officers that contain helpful information utilized by previous officers. These resources will help you to progress beyond the accomplishments of the previous officers. Without notebooks or manuals, organizations have a tendency to "reinvent the wheel" or to make the same mistakes year after year.
4. **Keep records.** After all, isn't one of the challenges in planning for this year the fact that no one wrote down what was done last year? Insure the future success of your organization by providing organized records for those officers that will follow you.
5. **Write goals for your organization.** Sit down with officers at the beginning of each quarter to develop a plan of action for the organization. Write goals down, because written goals are more apt to be accomplished.
6. **Keep the accounting book up-to-date.** Review your books regularly. It is easier to correct mistakes if they are caught right away. If you are having difficulty with books, ask your faculty advisor for help.
7. **Plan your meetings.** Answer common questions often asked: When and where is the next meeting? What are we going to do at the meetings? How long will the meeting last? Attendance and attitude at meetings will be better if members know something is being accomplished - and members' time is not being wasted. A meeting agenda fulfills all of the above needs. (Don't have a meeting if you don't need one, but be sure members are properly notified.)
8. **Do something.** Many organizations are floundering simply because they don't plan any activities. Take action on the goals set by the organization. You don't have to accomplish everything in one year, but be sure to work on a couple of goals. Plan for fun as well as business.
9. **Ask questions.** Regardless of how overwhelming your challenges may seem, they can be solved. Ask others for input. All decisions are based on your current awareness. By asking questions, you can increase your awareness and hopefully make better decisions.
10. **Evaluate.** A program is not completed until it has been evaluated. Find out what your organization thinks of meetings, activities, and even the job the officers are doing.

## Characteristics of Effective Organizations

This list should serve as a barometer of your group's effectiveness. Establish goals as a group to achieve these characteristics and you'll set the pace among groups similar to yours. Characteristics of a dynamic organization:

1. Members know each other well (team and community building through personal sharing.)
2. Members understand and are involved in defining organization purposes.
3. Membership helps to generate ideas.
4. There is a commitment to group decision making.
5. Skills, resources, and liabilities of the group and community are identified.
6. Group shows appreciation of diversity and seeks to maximize natural gifts and talents of members.
7. Systematic problem-solving techniques are used by the membership.
8. Group effectively communicates itself and its projects to its members and the community.
9. Group participates in periodic evaluation and assessment.
10. Collaboration is freely entered into. People readily request the help of others and are willing to give in turn. Ways of helping one another are highly developed. At times, individuals and g r o u p s compete with one another, but they do so fairly and in the direction of a shared goal.
11. Relationships are honest and supportive. People do care about one another and do not, consequently, feel alone.
12. Poor performance is confronted and a joint resolution is sought - one that people can live with.
13. Organized structures, procedures, and policies are made to help people get things done and to protect the long-term health of the organization.

§ 0495

# LEADERSHIP

## Communication

**Food for Thought**: "When all is said and done, a great deal more is said than done."

## Definitions

**Communication:** Any verbal or nonverbal behavior that is perceived by another person.

**Noise**: Any element that interferes with the communication process.

**Channel:** The means of sending a message to another person.

**Message**: Any verbal or nonverbal symbol that one person transmits to another.

## What can you do to make sure your ideas and feelings are effectively communicated?

1. **Own your messages**. Use personal pronouns such as I and my. Avoid using terms like "most people" or "some members".
2. **Make you message complete and specific.** Include clear statements of all necessary information the other person(s) need(s) to understand the message.
3. **Make you verbal and nonverbal messages congruent with each other**. Problems usually arise when a person's verbal and nonverbal messages are contradictory.
4. **Be redundant**. Repeat your messages and use more than one channel of communication.
5. **Ask for feedback**. To communicate effectively you need to know how the other person is interpreting your messages.
6. **Make the message appropriate to the other person's frame of reference.** The same information would be explained differently to a child than to an adult.
7. **Describe your feelings by name, action or figure of speech**. Name: "I feel happy." Action: "I feel like dancing for happiness." Figure of Speech: "Sell me clothes, I'm going to heaven."
8. **Describe other members' behavior without evaluating or interpreting**. When reacting to the behavior of other members be sure to describe their behavior ("you keep interrupting me") rather than evaluating it ("you're a rotten, self centered egoist who won't listen to anyone else's ideas").

Taken from Johnson, D.W. & Johnson, F.P., *Joining Together: Group Theory and Group Skills*, Prentice Hall, Inc., Englewood Cliffs, N.J., 1975.

We can do a lot with that idea.
That's great. How can we do it?
That's neat. What else do we need.
How can we get support for it?
What else do we need to consider?
I think it will fly!
Gee, why not?
Wow! Let's try it!
Where would we be without you?
Hey, that's a great idea!
Let's Get right on it.
I know it will work!
Why not?
That's the way to go!
How can we help you?
This is going to be fun.
I love challenges like this!
That's like you!
I agree!
Let's go!
That would be interesting to try!
That's good!
That's a great idea!
I'm glad you brought that up.
That's an interesting idea.
It's sure nice to have you with us.
Look out world, here we come!

We just can't get support for it.
It's not a bad idea, but-
We've never done it that way!
You haven't considered-
We have too many projects now!
A swell idea, but-it won't work!
We haven't got the time!
It's not in the budget!
We've tried that before!
Not ready for it yet!
All right in theory, but can you put it into practice?
It needs more study.
Somebody would have suggested that before if it were any good.
Let's discuss it some other time.
You don't understand the problem.
Why start anything now?
You know, I think you are really are dumb!
has anyone else ever tried it?
I just know it won't work!
Let's be practical!
Let's form a committee.
It's been the same for 10 years; why change now?
Why can't you come up with something good?
What is the use of trying it?

## Motivation

**Food For Thought**: "The more I want to get something done, the less I call it work."

### Tips to Motivate People

1. Show interest and appreciation for the individuals in your club. Find out what makes them tick.
2. Be courteous and considerate by listening to the ideas of others.
3. Criticize club members constructively and in private.
4. Praise club members in public and be sure to give credit where credit is due.
5. People carry out best their own ideas so show confidence in your club by delegating responsibilities and expecting members to do their best.
6. Avoid domination or forcefulness. Make your wishes known through suggestions or requests and try to state your reasons.

| IGNITOR PHRASES | KILLER PHRASES |
|---|---|
| I like that! | The problem with that is- |
| Keep talking you're on the right track. | No way it will work here. |
| Keep going! | Impossible under our current system. |

0496

7. Keep your club informed and involve members in decisions, particularly those affecting them.
8. Be positive and enthusiastic. Avoid getting upset with little hassles.
9. Be consistent and fair.
10. Admit your mistakes or being wrong. It happens to the best.
11. Avoid making promises you may not be able to keep. Be careful about what you say and how you say it.
12. Give your club a sense of direction and a goal to work toward.

## Team Building

**Food For Thought**: "The highest quality of work is done when the task is designed to meet each person's individual needs."

### Building A New Team

1. **Who are we?** Team members need to know each other by sharing their expectations, needs and desires of the team.
2. **How will we work together?** Procedures and guidelines for working together need to be established.
3. **What are we going to do together?** Establish the team's goals.
4. **What is going to get in our way?** Analyze any possible obstructions to meeting the goals.
5. **How will we achieve our goals?** Brainstorm, decide and implement an action plan.
6. **How will we know when we get there?** Develop an evaluation to measure the team's success toward meeting its goals.
7. **How did we do as a team?** Individual behavior affects the team's effectiveness. Hence, team members should provide one another with constructive feedback in an effort to improve the quality of the team.

### Characteristics of an Effective Team

1. Clear, cooperative goals to which every member is committed.
2. Accurate communication of ideas and feelings.
3. Distributed participation and leadership.
4. Appropriate and effective decision-making procedures.
5. Productive controversy.
6. High levels of trust, acceptance and support among its members.
7. High levels of cohesion.
8. Constructive management of power and conflict.
9. Adequate problem solving procedures.

Taken from: Johnson, D.W. & Johnson, F.P., *Joining Together: Group Theory and Group Skills.*

## Decision Making

**Food For Thought**: "Here I am 50 years old, and I don't know what I want to be when I grow up."

Effective decision making is one of the most significant determinants of organizational success.

### Ways to Make Decisions

1. **Consensus**. Everyone agrees with what the decision should be. It is the most effective process for decision making; however, it also takes the most time.
2. **Majority vote.** At least 51 percent of the members need to agree with what the decision should be. This method is used most often.
3. **Minority rule**. The organization selects an executive board or ad hoc committee to make the decisions. Another method is called railroading, where a decision is made without the opportunity to review the alternatives.
4. **Averaging individual opinions (mode).** A poll of all the members is taken, and the decision is determined by the most common response to the poll. This process is like majority vote except the group's decision could be determined by less than 50 percent of the members.
5. **Expert member**. The most expert member in the group makes the decision.
6. **Authority with discussion**. The group originates ideas and holds discussion, but the final decision is left up to the group leader.
7. **Authority without discussion**. The leader of the group decides without discussing it with the group.

### Keys to Effective Decision-Making

1. Use the resources of your group members.
2. Get a commitment from your group members to put the decision into effect.

### Individual vs. Group Decision-Making

1. The mere presence of others increases the quality of work.
2. In group interaction the resources of the group are pooled.
3. People in a group have different abilities. The more people working on a problem, the more likely it is that a person with high ability will be in on the decision.
4. Errors made by chance will cancel out when more than one person is working on a decision.
5. Blind spots are often corrected in a group.
6. Group discussion often stimulates ideas that might not occur to the individual working alone.
7. There is more security in taking risks in group decision-making than in individual decision-making.

0497

## Conflict Resolution

**Food For Thought**: "The clash of doctrine is not a disaster, it is an opportunity."

Conflicts between persons who work or live closely together are inevitable and natural. The problem then becomes how to confront others so that the outcome is positive and the relationship remains intact.

1. Be prepared. Be clear about your concerns and be ready to cite specific examples.
2. Come to the point quickly. Don't keep the person wondering. State your purposes and intentions.
3. Talk about the conflicting behavior. Avoid evaluative comments.
4. Own the conflict. Let the other person know how his/her behavior affects you.
5. Be specific about the conflict. Avoid any speculations regarding motive. Focus on behavior.
6. Listen to the other person's story. Conflicts are often the result of poor or miscommunication.
7. Specifically state the changes you want. Be open, however, to negotiating a mutually agreeable solution.
8. Inform the person of the consequences if the undesirable behavior continues.
9. Make sure you are understood and that you understand the other person's position.
10. Avoid getting defensive and argumentative.
11. Don't get sidetracked.
12. End the confrontation by focusing on some positive aspect of the relationship. End the meeting on a good note.

Adapted from Trueblood, R.V., Sanford, A.C., and Bracey, H.J., *Constructive Confrontation*, Development Consultants, Inc., p. 1-3.

■ 0498



UNIVERSITY OF SOUTH ALABAMA

**Student
Handbook**

1993-95

0499

0500

2. The Supreme Court may not rule on any case in which the Chief Justice or a member of the Supreme Court is a defendant. The case will automatically be referred to the Dean of Students for adjudication.

## SGA BUDGET/APPROPRIATIONS REQUEST INFORMATION

IMPORTANT - Please read the following rules and regulations carefully before filling out the request form. If the form is not filled out completely and correctly, delays in funding received may occur. If you have any questions, please contact the SGA Treasurer at 460-7191.

## TITLE VII. Rules for the Allocation of SGA Funds

### Chapter 700. Allocation Rules

1. Activities being funded or subsidized by the SGA must benefit the University and the students in a timely and direct manner.

2. Every organization seeking an SGA allocation must be able to demonstrate that a substantial effort has been made, on the part of that organization, to fund the project on its own.

3. No organization shall receive an allocation of more than $1500.00 in one SGA fiscal year.

4. All requests must include itemized price estimates.

5. Any organization which uses any part of an SGA allocation for private commercial gain shall have the remainder of its allocation cut off and shall not receive any SGA allocation for the remainder of that academic year.

6. Organizations must submit receipts for actual expenditures to the SGA Treasurer by 5 pm of the fifth day of the quarter following the quarter in which the event was held. Organizations with on-campus accounts must submit copies of original receipts to the SGA Treasurer. If organizations with on-campus accounts turn in receipts and those receipts total less than the amount allocated by the SGA then the SGA Treasurer will have the balance of funds transferred back to the SGA. Organizations with on-campus accounts who fail to turn in receipts to the SGA Treasurer by the required time will have their allocation transferred back to the SGA by the SGA Treasurer. Those organizations with on-campus accounts who lose their allocation must go through the allocation process again. Organizations with no on-campus account must submit original receipts to the SGA Treasurer by the required time. Organizations with no on-campus account will receive allocated funds for actual expenditures up to the amount allocated by the SGA. If organizations with no on-campus account fail to turn in actual receipts to the SGA Treasurer by the required time will lose their allocation. The organizations with no on-campus account will lose their allocation must go through the allocation process again.

7. An allocation request can be spent as stipulated by the SGA if such stipulation is applicable.

8. Within ten (10) days after the budget/appropriation meeting at which funds are approved, the organization representative must contact the SGA Treasurer regarding distribution of approved funds. Failure to comply with the stipulation will result in the loss of the allocation and the organization must go through the allocation process again.

9. All advertising for an activity that is fully or partially funded by the SGA must effectively recognize the SGA's support.

10. All requests for funds submitted to the Appropriations Committee must be received by the chairperson by 5:00 p.m. five (5) days prior to the next Senate meeting.

11. Requests for funds for any non-academic-related or non-university-wide publication must go through the Board of Student Communications. Determination of the status of publications seeking funds shall be made by the appropriate SGA reviewing body.

12. Any solicitation for funds from the SGA for a campus-wide publication must meet the following criteria, unless it is published quarterly or annually:

a. be a recognized student organization, and
b. be recognized by the Board of Student Communications

13. All budget request forms must be completed as stated on the request for and Code-of-Laws and turned in to the SGA office by 5:00 p.m. five (5) days prior to the budget meeting each quarter. This law may be waived for any Senate meeting with two-thirds approval of the Senators present at that meeting.

Chapter 701 Student Government funds cannot be allocated to student organizations for travel, lodging, and/or registration expenses for conferences or conventions unless:

1. The organization requesting the funds demonstrates with documentation the educational benefit of the event and the necessity of their attendance because they are:

a. submitting a paper at the event, or
b. participating in competition at the event, other than delegation of the year, chapter of the year, spirit awards or equivalents thereof, or
c. submitting a project or display at the event, or
d. hosting the convention within two years of the date that the appropriation is approved by the Senate.

2. The organization requesting the funds must attach to the Budget/Appropriation Request a list of the people planning to attend the event, the majors and minors of all the students on the list, the office, if any, held by anyone on the list, the affiliation with the organization of all students on the list, a copy of the registration form, a travel itinerary, and any other information received by the organization related to the conference, convention or trip.

3. Within two weeks of their return, the organization requesting the funds must submit all receipts of expenditures, an itinerary of the conference showing dates and time of conference activities, a report of their activities, and physical proof of the fulfillment of one of the requirements in Chapter 701.1 (photographs of display, copy of paper submitted, awards won, letter of intent from national or regional organization stating that conference will be hosted here within two years) to the executive council. Failure to comply will result in the loss of the allocated funds.

Chapter 702. Any one organization may only receive up to $150.00 per person, but not more than $750.00 total, for travel, lodging, and/or registration expenses in one year.

Chapter 703. Activities being funded or subsidized by the SGA must benefit the University and the students in a timely and direct manner.

## TITLE VIII. Administration

### Chapter 800. Salaries

800.1 The following schedule of SGA Officer salaries shall become effective June 6, 1988. Salaries are based on hours worked times minimum wage:
President - 20 hours per week
Vice-President - 15 hours per week
Treasurer - 15 hours per week
Chief Justice - 7.5 hours per week
Attorney General - 7.5 hours per week
Senate Clerk - 3.75 hours per week

800.2 The President may hire secretaries that shall receive just compensation subject to Senate approval.

800.3 All salaries paid by the SGA are subject to the following conditions:
1. All personnel will receive a wage must submit a personnel action form to the SGA President for processing before any wage or commission payment can be made.

ATTACHMENT XX

## CHAPTER 505 Protests

505.1 Any protest of a Student Government Election must be submitted to the Supreme Court within one week after the day of election. Any decision by the Election Rules Committee may be appealed to the Supreme Court.

## CHAPTER 506 Absentee Ballots

506.1 Any student who will be absent on Election Day because of a University approved activity is eligible to cast an absentee ballot in any S.G.A. election.

506.2 The absentee ballot must be cast not more than one week prior to Election Day. (All absentee ballots must be cast on the same day).

506.3 The date, time, place, and procedure for casting an absentee ballot must be announced two days in advance by the Election Rules Committee.

506.4 The Election Rules Committee will collect all absentee ballots and be responsible for their security. The absentee ballots will be counted when the regular ballots are counted.

506.5 All election rules, procedures, and decisions made by the Election Rules Committee concerning the regular polls will be in effect at the absentee ballot poll.

## TITLE VI. Ethics

### Chapter 600. Conflict of Interest

600.1 Restrictions on SGA Offices 1. No person shall hold more than one of the following offices at any one time:

President
Vice-President
Treasurer
Senator
Chief Justice
Member of the Supreme Court
Attorney General
Defense Attorney
Senate Clerk or SGA Secretary

2. Exceptions to the preceding restriction must be approved in bill form by the SGA Senate.

3. No person holding an office in Title VI, Chapter 600.1 may receive any income out of SGA monies for anything other than the salary which he is entitled to draw by his Office.

4. No person holding an office in Title VI, Chapter 600.1 may be employed as a member of the SGA office staff.

600.2 Restrictions on the Judiciary 1. Members of the Supreme Court, including the Chief Justice, who have qualified to be a candidate for any SGA office may not hear election protests involving that office or the entire election.

2. The Supreme Court may not rule on any case in which the Chief Justice or a member of the Supreme Court is a defendant. The case will automatically be referred to the Dean of Students for adjudication.

## TITLE VII. Rules for the Allocation of SGA Funds

### Chapter 700. Allocation Rules

1. Activities being funded or subsidized by the SGA must benefit the University and the students in a timely and direct manner.

2. Every organization seeking an SGA allocation must be able to demonstrate that a substantial effort has been made, on the part of that organization, to fund the project or event on its own.

3. No organization shall receive an allocation of more than $1500.00 in one SGA fiscal year.

4. All requests must contain itemized price estimates.

5. Any organization which uses any part of an SGA allocation for private commercial gain shall have the remainder of its allocation cut off and shall not receive any SGA allocation for the remainder of that academic year.

6. Receipts for actual expenditures must be submitted to the SGA treasurer before the end of the quarter in which the funds were spent. Non-compliance may result in a denial of requests for funds from that organization for the equivalent of one academic year from the quarter of violation.

7. An allocation must be spent as stipulated by the SGA if such stipulation is applicable.

8. Any part of an allocation which an organization does not spend can be removed from that organization's account.

9. All advertising for an activity that is fully or partially funded by the SGA must effectively recognize the SGA's support.

10. All requests for funds submitted to the Appropriations Committee must be received by the chairperson at least 30 days prior to the time the allocation is to be used. With three-fourths approval of the Appropriations Committee, this rule may be waived.

11. Requests for funds for any non-academic-related or non-university-wide publication must go through the Board of Student Publications. Determination of the status of publications seeking funds shall be made by the appropriate SGA reviewing body.

12. Any solicitation for funds from the SGA for a campus-wide publication must meet the following criteria, unless it is published quarterly or annually:

a. be a recognized student organization, and
b. be recognized by the Board of Student Communication,

Chapter 701 Student Government funds cannot be allocated to student organizations for travel, lodging, and/or registration expenses for conferences or conventions unless:

1. The organization requesting the funds demonstrates with documentation the educational benefit of the event and the necessity of their attendance because they are:

a. submitting a paper at the event, or
b. participating in competition at the event, or
c. submitting a project or display at the event, or
d. hosting the convention within two years of the date that the appropriation is approved by the Senate.

2. The organization requesting the funds submits a list of persons planning to attend the event and their interest, major and minor, office and affiliation with the organization.

3. Upon their return, the organization requesting the funds submits a report of their activities at the event.

Chapter 702. Any one organization may only receive up to $150 per person, but not more than $750 total, for travel, lodging, and/or registration expenses in one year.

Chapter 703. Activities being funded or subsidized by the SGA must benefit the University and the students in a timely and direct manner.

0501

# CODE OF STUDENT CONDUCT

## 1. COVERAGE
The Code of Student Conduct is the University's policy regarding non-academic discipline of students. Academic discipline is covered under the section of the Lowdown called "Student Academic Conduct Policy."

## 2. RATIONALE
The primary purpose of the Code of Student Conduct is to protect and preserve a civil and safe educational environment. The University is not designed or equipped to rehabilitate students who will not abide by this code. The disciplinary actions prescribed are meant to protect and preserve a quality educational environment, and if students by their behavior threaten that environment, it may be necessary to remove them from the community as provided in this code.

## 3. INTERPRETATION OF CODE
The University's Code of Student Conduct is set forth in writing in order to give students a general notice of non-academic prohibited conduct. The Code should be read broadly and is not designed to define non-academic misconduct in exhaustive terms.

## 4. INHERENT AUTHORITY
The University reserves the right to take necessary and appropriate action to protect the safety and well-being of the campus community and the student(s) physical and emotional safety and well being; therefore, the University does reserve the right to suspend students on an interim basis, pending an investigation pursuant to this Code of Student Conduct.

## 5. VIOLATION OF LAW AND OF THIS CODE
Students may be accountable to both civil authorities and to the University for acts which constitute violations of law and of this Code. Those accused of violations are subject to the University disciplinary proceedings outlined in this Code even though similar proceedings of a criminal nature are pending, have been terminated, or not yet adjudicated in municipal, state or federal court. Such fact of other proceedings or pendency of same will not be an appropriate challenge to the disciplinary proceedings outline in this Code.

## 6. DEFINITIONS
When used in this Code

a. The term "consent" means freely given agreement by a competent person. A person is deemed incompetent to give consent when that person is under such an incapacitation that he or she does not appreciate the nature of the consent.

b. The term "distribution" means giving, selling, or exchanging.

c. The term "group" means a number of persons who are associated with each other and who have not complied with University requirements for recognition as an organization.

d. The term "intentionally" means a conscious objective to engage in the described conduct; intoxication is not a defense to a charge of intentional misconduct.

e. The terms "notify in writing" or "transmit in writing" means to mail written notice to the student's most recent address of record or to hand written notice to the student in person.

f. The term "organization" means a number of persons who have complied with the University requirements for registration.

g. The term "reckless" means conduct which could reasonably be expected to create a substantial risk of harm to a person(s) or property, or which would be likely to result in interference with normal University or University-sponsored activities.

h. The term "sexual conduct" means sexual intercourse, anal intercourse, fellatio, cunnilingus, touching of the genitals, breast, buttocks, or inner thighs or any other physical conduct or touching of a sexual nature.

i. The term "sexual harassment" includes, but is not limited to the following: verbal or non-verbal conduct with an inappropriate focus on gender or sexual history, characteristics or preferences that are intimidating, demeaning, hostile, or offensive; unwelcome verbal or physical advances; attempts to subject a person to verbal or physical advances; attempts to subject a person to unwanted sexual attention or to coerce a person into a sexual relationship; retaliation for a refusal to comply with sexual demands.

j. The term "student" means any person taking courses at the University, either full time or part time, pursuing undergraduate, graduate, or extension studies on a regular quarter, semester, or summer-term basis.

k. The terms "University" and "institution" means the University of South Alabama.

l. The term "University premises" means any and all land, buildings, facilities, and/or other property in the possession of, owned, used, leased, rented or controlled by the University, including adjacent or pertinent streets or sidewalks.

m. The term "University-sponsored activity" means any activity, on or off campus, which is initiated, aided, authorized, or supervised by the University.

n. The term "weapon" means any object or substance designed to inflict a wound, cause injury or incapacitate including, but not limited to, all firearms, pellet guns, BB guns, switchblade or gravity knives, clubs, blackjacks or brass knuckles, or ice picks.

o. The term "discriminatory harassment" refers to acts of violence and extremism that are motivated by considerations of an individual's race, ethnicity, religion, sex, sexual orientation, creed, national origin, ancestry, age or handicap.

p. The term "faculty member" means any person appointed or employed by the University to conduct classroom, clinical, or laboratory activities.

q. The term "shall" is used in the imperative sense, the term "may" is used in the permissive sense.

r. The term "property" includes all materials bought, made, or fabricated by the University including keys.

s. The "disciplinary committee" refers to either a standing committee chaired by the designee of the Dean of Student Services or an ad hoc body appointed by the Dean of Student Services to hear special cases. The standing committee will have at least one faculty member and two students appointed by the appropriate governance body for one year.

## 7. PROHIBITED CONDUCT
University jurisdiction and discipline is limited to conduct which occurs on University premises, at University related or sponsored activities, whether on or off University premises, or which adversely effects the University

community and the pursuit of the objectives of the University. The following non-academic misconduct is subject to disciplinary action:

a. Intentionally or recklessly causing physical harm to any person on University premises or at University-sponsored activities, or intentionally or recklessly causing reasonable apprehension of such harm.

b. Unauthorized use, possession, or storage of any weapon on University premises or at University-sponsored activities.

c. Intentionally initiating or causing any false report, warning, or threat of fire, explosion, or other emergency on University premises or at University-sponsored activities.

d. Intentionally or recklessly interfering with normal University functions, University-sponsored activities, or any function or activity on University premises including, but not limited to studying, teaching, public speaking, research, University administration, or fire, police, or emergency services.

e. Knowingly violating the terms of any disciplinary sanction imposed in accordance with this policy.

f. Intentionally or recklessly misusing or damaging fire or other safety equipment.

g. Unauthorized distribution, possession, or use of any controlled substance or illegal drug, as defined by the Alabama Revised Statutes, except as expressly permitted by law.

h. Providing alcoholic beverages to individuals under 21 years of age, or possession or use of alcoholic beverages by individuals on University premises or at University-sponsored activities without authorization.

i. Unauthorized distribution of alcoholic beverages or possession of alcoholic beverages for purposes of distribution on University premises or at University premises or at University-sponsored activities.

j. Misrepresenting information or furnishing false information to the University.

k. Forgery, alteration, misrepresentation, or misuse of any University document or instrument of identification.

l. Intentionally and substantially interfering with the freedom of expression of others on University premises or at University-sponsored activities.

m. Theft or misuse of property or of services on University premises, at University-sponsored activities, or from University organizations or groups, or knowingly possessing stolen property or use of stolen services on University premises, at University-sponsored activities, or from University organizations or groups.

n. Intentionally or recklessly destroying or damaging University property or the property of others on University premises or at a University-sponsored event, or other conduct which is intentionally disorderly or indecent.

o. Failure to comply with the directions of University officials, including campus police officers acting in the performance of their duties and failure to identify himself/herself to those persons when requested to do so.

p. Violation of any government laws or ordinances, or of any University rules, regulations, or policies as approved by the officers of the University. Such University rules, regulations, or policies shall include, but not be limited to, the residence hall contract, and those regulations relating to entry (opening and closing hours) and use of University facilities, traffic regulations and parking, sale or consumption or misuse of alcoholic beverages, and misuse of identification cards.

q. Unauthorized presence on or use of University premises, facilities, or property.

r. Unauthorized use or possession of fireworks or incendiary, dangerous, or noxious devices or materials on University premises or at University-sponsored events.

s. Harassing, annoying or alarming another person, attempting or threatening to strike, kick or otherwise subject another person to physical contact, addressing abusive language to any person, following a person in or about a public place or places, or engaging in a course of conduct or repeatedly committing acts that alarm or seriously annoy another person.

t. Intentionally engaging in sexual conduct with another person without the consent of that person.

u. Engaging in sexual harassment.

v. Taking any action or creating any situation that recklessly or intentionally endangers mental or physical health or involves the forced consumption of liquor or drugs for the purpose of initiation into or affiliation with any organization or group.

w. Intentionally exposing genitals, buttocks, or breasts in a public place on University premises or at University sponsored activities without University authorization.

x. Appearing in a public place on University premises or at University-sponsored activities manifestly under the influence of a controlled or other intoxicating substance to the degree that there is danger to self, others, or property or there is unreasonable annoyance to persons in the vicinity.

y. Intentional disruption of University computer systems, unauthorized alteration, disclosure, or destruction of University computer systems or material, improper access to University computer files and systems, or violation of copyright or proprietary material restrictions connected with University computer systems, programs or materials.

z. Engaging in discriminatory harassment.

aa. Intentionally filing a false complaint under this Code.

ab. Aiding or abetting any conduct described above.

8. DISCIPLINE PROCEDURES

Anyone wishing to report an alleged incident or non-academic conduct as specified in Section 7, may make such report in writing to the Office of the Dean of Student Services, which shall determine whether any action should be taken in response to the report.

If it is determined that action should be taken, the Dean of Student Services or his designee(s) will decide whether to proceed by an informal meeting with the accused student or to proceed by a hearing. The accused student shall be notified in writing of the reported charges, of whether the matter will be handled by an informal meeting or by a hearing, and of the date, time, and place of the meeting or hearing. The meeting or hearing shall be held within thirty (30) working days of the date on which the report alleging misconduct is filed with the Office of the Dean of Student Services. If an informal meeting is held and the matter is not resolved to the satisfaction of the Dean of Student Services or his designee(s), a hearing shall be scheduled no later than ten (10) working days after the date of the informal meeting.

In the case of all traffic violations, and certain violations of Student Code referred to it by the Dean of Student Services, the Student Court will be

0503

the disciplinary hearing officer. All second traffic appeals will be heard at the end of each quarter by an ad hoc committee appointed by the Dean of Student Services.

## 8.1 Suspension Pending Investigation

If the presence of the accused student on campus is considered to constitute, in the opinion of the Dean of Student Services, or his designee, one of the following, the Dean of Student Services may excuse or exclude the accused student from the residence halls and/or premises of the University immediately:

a. The safety and well-being of members of the University community or preservation of University property.
b. The student's own physical or emotional safety and well-being.
c. A definite threat of disruption of or interference with the normal operation of the University.

The accused student and appropriate academic personnel shall be advised in writing of the interim suspension, pending investigation, which shall not exceed (7) working days.

## 8.2 Hearing Procedures

Whenever a hearing is to be held regarding an alleged incident of non-academic prohibited conduct, the accused student and the person reporting the alleged misconduct (complainant), if any, shall be given two (2) working days written notice of the charges alleged against the accused student and of the date, time, and place of the hearing.

The hearing shall be conducted by the Dean of Student Services' designee(s) (hearing official). The hearing shall be informal; strict rules of evidence shall not apply. The hearing shall be closed to everyone except the hearing official, the accused student, advisors to the accused student and the complainant, and witnesses during the actual time of the testimony.

The accused student and the complainant, if any, have the right to:

a. Be present at the hearing. However, if either or both of the student and the complainant fail to appear at the hearing, the hearing may be held in either or both of their absences.
b. Present evidence by witness, or by affidavit or deposition if a witness is unable to attend the hearing. It is the responsibility of the accused student and the complainant to notify their witnesses of the date, time and place of the hearing. If witnesses fail to appear, the hearing shall be held in their absence.
c. Bring an advisor to the hearing at the student's expense. The advisor, however, may not participate in examination of witnesses or presentation of materials or information to the hearing official, unless asked to do so by the hearing official.
d. Question all witnesses.
e. The hearing officer may determine, in the case of multiple participants in code violations, to hear the cases separately or collectively.

Pertinent records, exhibits, and written statements may be accepted as evidence for consideration by the hearing official at the discretion of the hearing official. All procedural questions are subject to the final decision of the hearing official. After the hearing, the hearing official shall determine whether the student has violated each section of the Student Code which the student is charged with violating. Determination will be made on the basis of whether it is more likely than not that the accused student violated the Student Code.

All records of the hearing including evidence and transcripts are the property of the University and will be retained by the University. A student may request a copy of the proceedings through the Dean of Student Services Office.

## 8.3 Hearing Decision

If the Dean of Student Services acts as the hearing official, he or she shall issue a decision within five (5) working days after the date of the hearing.

If the hearing official is a designee of the Dean of Student Services, that hearing officer shall issue a recommendation to the Dean of Student Services within three (3) working days after the conclusion of the hearing indicating the decision and the disciplinary measure, if any, to be imposed. The Dean of Student Services shall review the recommendation and shall issue a written decision within two (2) working days of receiving the recommendation. The written decision will contain the right to appeal for both the accused and the complainant.

## 8.4 Disciplinary Measures

If the hearing decision is that the accused student has committed conduct prohibited in Section 7, the Dean of Student Services or designee shall impose an appropriate disciplinary measure from among the following:

a. Reprimand: Notice of violation of specified regulations and warning that further such conduct may result in a more severe disciplinary action.
b. Disciplinary Restrictions: Limiting of certain privileges or practices of the individual(s) involved in the offense.
c. Disciplinary Probation: Imposition of conditions on the individual(s) involved, with warning of possible graver action if further infractions occur (or if probation is violated).
d. Disciplinary Suspension: Immediate, temporary exclusion from the University for a period not to exceed fourteen calendar days.
e. Disciplinary Dismissal: Immediate exclusion from the University with student ineligible for readmission until the lapse of one or more regular terms, as specified.
f. Disciplinary Expulsion: Immediate, permanent exclusion from the University subject only to readmission by the President of the University. Restitution, public service, fines, and other measures may also be required in appropriate circumstances.

## 8.5 Separation from the University

In each case where the hearing decision results in separation from the University, the Office of the Dean of Student Services shall so notify the dean of the academic unit in which the student has been enrolled.

## 9. APPEALS

If the accused student is dissatisfied with the disciplinary decision, the student may appeal to one of the following:

a. If the decision was reached by the Dean of Student Services - to the University Disciplinary Committee;
b. If the decision was reached by designee(s) of the Dean of Student Services - to the Dean of Student Services.

The appeal may be heard if:

a. The decision imposes restitution, suspension, dismissal or expulsion of the student.
b. The decision imposes disciplinary restrictions on the student for more than one quarter during which the student is enrolled in classes;

0504

c. The decision imposes disciplinary probation on student for more than one quarter during which the student is enrolled in classes.

In order to request an appeal, the student must submit a written request for appeal to the Office of the Dean of Student Services within seven (7) working days of the hearing official's decision.

10. APPEALS DECISION

The person or persons hearing the appeal shall have the authority to:

a. Sustain the decision of the Dean of Student Services or the hearing official, including the penalty imposed.

b. Sustain the decision of the Dean of Student Services or the hearing official, but impose a lesser penalty.

c. Remand the case to a new hearing official for further consideration.

d. Reverse the decision.

The appeal official(s) shall render its decision in executive session with only the hearing panel present. To reverse or modify a decision requires a vote of a majority of the full panel if empaneled.

The decision shall be transmitted in writing to the appealing student and to the Office of the Dean of Student Services within ten (10) days of the date of the appeal hearing. The complainant shall be notified of the decision. This decision is final.

The rules and regulations contained in this section are subject to change. Between printings of the *Lowdown*, an updated version will be presented to any accused student or organization before any hearing for a violation(s).

0505

## Policy Term

The policy covers students (and their dependents if insured) 24 hours a day, whether on campus or away.

Individual coverage will be effective on the date the Master Policy becomes effective or the postmark date on the envelope in which the enrollment form and correct premium are mailed, whichever is later. Please refer to the Premium Schedule.

Coverage is in effect during all interim vacation periods. For further information, call Student Health Services at 460-7151.

## University Center

The University Center, opened during the summer of 1971 as the official meeting place of all campus activities, provides facilities for organization meetings, lectures, dances, receptions, movies, banquets and other social gatherings. It houses student services offices, lounge areas, recreational facilities, a variety of food service options, and numerous other service facilities.

As the "living room" for the University, the building has been designed to maintain a leisure environment that complements and extends the learning process of the classroom.

All University Center administrative offices are located adjacent to the main lobby on the first floor of the University Center.

Located in the west wing on the second floor of the University Center are the offices of the Student Government Association, the Dean of Students, Special Student Services, and Minority Student Activities. Also on the second floor is the Black Student Union Office and the Campus Ministries Office.

The Student Information Desk, located in the main lobby, serves as a campus wide information center for the campus. Available at the desk are: a free browsing library of magazines and newspapers, a daily schedule of events held in the University Center, a Lost and Found Service, a Copy Machine, and an address file of currently enrolled students.

There are two major lounges in the University Center. The first floor lounge or the "Lobby" is primarily a social gathering area - a quick rest stop between classes. The Reading Lounge located on the second floor is a favored quiet study area.

The University Center Game room, designed for the entertainment and enjoyment of USA students, provides a small eating area with soft drink and snack vending machines, and thirteen Billiard tables.

The Campus Cafeteria is located on the second floor of the University Center. Campus Dining Services offers a complete variety of dining services to students whether they live on or off campus.

A snack shop (Jaguar Room) is located on the first floor of the University Center. Breakfast is cooked to order and made-to-order deli sandwiches, hamburgers, hot dogs, homemade pizza, and more are available throughout the day.

The University Center Ballroom, located on the second floor of the Center, is a large and extremely flexible area and is especially suitable for large social or conference style gatherings. This area has great potential for creative programming.

In addition to the Ballroom, there are seven meeting rooms that are available to student organizations, and administrative and academic departments on a first come first serve basis. Reservations for the Ballroom and seven meeting rooms are made through the University Center Office, Room 129, Monday through Friday, 8:00 a.m. to 5:00 p.m.

14

## Room Reservation Policy

Reservations may be made by recognized student organizations, University departments, and University administrative offices. A rental fee is not charged for non-revenue producing functions, such as meetings, receptions, etc.

Groups charging an admission fee or collecting a donation at the door are subject to a room rental fee.

Academic classes or functions which are a direct part of the University academic program cannot be scheduled in the University Center.

To reserve a room, an authorized representative of the organization should come to the University Center, Room 129, and fill out the room reservation form (preferably five days in advance, but not more than three months in advance).

Groups that have reserved facilities in the Center will be held responsible for the behavior or actions of any individuals attending their events. Such groups shall be responsible for the condition of any equipment used at such events. Alcoholic beverages and gambling are expressly prohibited.

A UNIFORMED SECURITY OFFICER (or officers) is required for all social events, such as: a Dance, a Party, a Concert, etc. The organization scheduling the function is responsible for payment of security charges.

There must be a sufficient number of chaperones or advisors to maintain the group in an orderly fashion.

## Poster Regulations - (Campus Wide)

MAXIMUM SIZE FOR POSTERS ARE: 17 x 23 inches

(Materials on posters must be in good taste, and must not be offensive to individuals or groups of individuals.)

1. All posters must bear the stamped approval of the University Center Office (Room 129). The exception to this rule is departmental bulletin boards.
2. All posters must be sponsored by a recognized University organization or department and the name of the sponsoring organization must be displayed on the poster.
3. Only posters that announce meetings, programs, and special events sponsored by a recognized University organization or department will be allowed in the administrative and classroom buildings. All others posters will be allowed only in the University Center.
4. No posters on painted surfaces.
5. No posters on the outside of any building or on trees.
6. No posters on doors or glass.
7. No more than two posters for the same event on the same floor of any building; only one poster in each stairwell on each floor.
8. Student Elections: Special regulations governing student campaigns may be adopted by the Dean of Students' Office and the SGA Election Committee.
9. Posters must be removed by 10:00 a.m. the morning following the advertised event. In the case of a week-end function 10:00 a.m. Monday is the deadline.
10. Failure to comply with the above rules may result in the suspension of poster privileges for offending organizations or individuals.

## Telephone Service

A battery of pay telephones is located west of and to the left of the main lobby area on the first floor of the Center. Also, the SGA has a telephone for student use during offices hours (8:00 a.m.-5:00 p.m.) in Room 280 upstairs.

## Typewriters

Typewriters are available for student use in the SGA office, Room 280. The office is open 8:00 a.m. to 5:00 p.m. weekdays. Students must furnish their own typing paper and supplies.

15

0506

# JAGUAR PRODUCTIONS/STUDENT PROGRAMMING BOARD

In Winter Quarter of 1987, an organization was created to provide programs and activities to the campus for the entertainment of the student body. This organization is staffed by interested students and operates under student control. This organization is JAGUAR PRODUCTIONS (the Student Programming Board).

If you are a concerned student here at USA and wish to become involved with the entertainment selection process, JAGUAR PRODUCTIONS is your ticket to making it happen here at South. You can bring the best concerts, lectures, trips and variety programs to USA. Here is how the organization is structured. Jaguar Productions consists of the following ten committees:

SPECIAL EVENTS - This committee designs programs to enhance student life on campus. They've provided such events as Homecoming, Mayfest, Tuesday Nooners, Virtual Reality, CBS College Tour and many others.

HORIZONS - This is a unique committee which chooses informative and interesting speakers for our campus. We have had such speakers as Sarah Weddington, Ed Rollins, Henry Kissinger, Julius "Dr. J" Erving, and Greenpeace. They are also responsible for planning "Sexual Awareness Week", "Woman's Focus Week", and "Earth Week".

CLUB SOUTH - This committee is responsible for bringing quality comedians to our nationally recognized on-campus comedy club. This group has brought comedians, such as Carrot Top and Bertice Berry.

MOVIES - Not just the same old file series, our Movies are EVENTS! We've done "Dive-in" movies at the campus pool such as "The Little Mermaid" and outdoor movies on the hill outside Delta 1. You can catch a movie almost every Friday night in the Ballroom. The committee is responsible for selecting the movies and running the "Theater" the night of the show.

TRIPS AND TOURS - This committee plans and coordinates all of the fun and exciting student trips for the year such as New Orleans excursions, springbreak at Disney World, a week-long ski trip to Steamboat Springs, Colorado, and a Cancun, Mexico trip in June.

PROMOTIONS - This is Jaguar Productions' advertising and marketing committee. Students promote our events on campus as well as off-campus. Skills from ad layout to developing marketing/public relations schemes are needed.

CONCERTS - Be a part of the music scene on campus. Students select major music entertainment from local, regional and national bands. They have brought such concerts as "The Outfield", "Little Feat", and "Will and the Bushman" to the USA campus.

FINE ARTS - The Fine Arts committee presents an on-campus performing arts series as well as offering discount tickets to the Saenger Theater Performing Art Series. Programs in the past have included the London Ballet and Dizzy Gillespie. This committee researches, selects, and works behind the scenes at various fine arts programs.

TECHNICAL - This group handles the sound and power requirements for many USA programs, as well as the lighting and other operations. Anyone having previous skills in these areas is urged to apply.

RECRUITING - This committee works closely with the other nine to help maintain active members. This group is responsible for setting up booths at Get Acquainted

0507

Day and other University recruiting functions. The chairperson has nine assistants who are assigned from different committees to help recruit for that specific committee.

In each of the committees there is a first assistant to the chairperson and event managers. The first assistant helps the chairperson have a successful committee, assisting in some of the chairperson's duties. There are different event managers for each event a committee sponsors. Anyone on the committee who is interested in getting experience has the chance through this position, BUT, these committees work because of an enthusiastic blend of student volunteers who work diligently to satisfy the needs of our diverse student body.

Every member is an important ingredient in the JAGUAR PRODUCTIONS mix. These students volunteer time and energy toward planning, producing and promoting these activities. The experiences and opportunities are unlimited! If you want to become a part of JAGUAR PRODUCTIONS, call 460-7144, or visit our office downstairs in University Center room 108. For information on upcoming events, call the JP HOTLINE at 341-8222 Ext. 3.

## STUDENT ORGANIZATIONS

Student organizations provide opportunities for students to gain valuable leadership experience through recreational activities, educational programs, and service projects. There are over one hundred student organizations at South Alabama including departmental clubs, Greek organizations, academic honoraries, leadership societies, professional societies, and special interest clubs. If you are interested in joining a student organization, information can be obtained by contacting the Coordinator of Campus Involvement at 460-7003 or stopping by Room 131 in the University Center.



0508

Computing Sciences Accreditation Board
Conference of Southern Graduate Schools
Cooperative Education Association
Council of Graduate Schools in the U.S.
Executive Women International
Institute of International Education
National Association of College and University Attorneys
National Association of College and University Business Officers
National Association of Schools of Music
National Association of Student Personnel Administrators
National Association of Women Deans, Administrators and Counselors
National Collegiate Athletic Association
National Council for Accreditation of Teacher Education
National Entertainment and Campus Activities Association
National Intramural-Recreational Sports Association
National League of Nursing
National Merit Scholarship Corporation
Society of Research Administrators
Southern Association of Collegiate Registrars and Admissions Officers Southern
Business Administration Association
Southeastern Center for Electrical Engineering Education, Inc.
Southern College Placement Association

## Mission

The University of South Alabama was chartered in 1963 by the State of Alabama as a comprehensive, coeducational institution of higher education. The University serves as a major center of high quality and accessible undergraduate, graduate, and professional education for metropolitan Mobile Alabama, the Gulf Coast region, and the southeastern United States. The University mission actively embraces the functions of teaching, research, public service, and health care through which it vigorously pursues the preservation, discovery, communication and application of knowledge. As it grows and develops, the University will focus its strength to produce programs of interdisciplinary excellence that address the special needs of the people it serves.

Undergraduate education is designed to promote the growth of the individual to think critically and analytically, to communicate effectively, to acquire information and apply it to problem solving, and to understand the context of global complexity and diversity in which knowledge is applied. The University is committed to the education of the whole person - the creative person. To accomplish this, a wide range of curricular and co-curricular opportunities for students to expand their cultural, physical and emotional awareness are provided. The University's environment must encourage and foster the qualities expected of leaders, such as integrity, service, stewardship, involvement and respect for individuals, as well as an appreciation for diversity. Graduate education provides students with increasing levels of challenge and opportunities for independent investigation, creative achievement, the advancement of knowledge, and participation in traditional and new forms of scholarly activity in a broad range of discipline-based and inter-disciplinary programs. These programs will prepare students for new, as well as traditional, professional and academic careers.

Scholarship is an important aspect of the mission of the University and the responsibility of every faculty member. The University of South Alabama will provide

0509

quality research and scholarly activity in all areas of its academic programs and community service activities, as illustrated by the work of its faculty in business, education, engineering, mathematics, science, fine arts, humanities, and health sciences. To advance scholarship, the University will provide appropriate instructional and investigative facilities within an atmosphere of academic freedom and shared governance.

Because of its location and commitment to the community, the University's academic health center is an important resource for accomplishing its mission. The University is dedicated to the education of physicians, health scientists, allied health professionals, and professional nurses who will provide the community and the region with the highest quality healthcare. To promote improved health care in its service region through research, teaching and outreach programs, its hospitals and clinics will offer the latest scientific and medical technology possible.

The University is further dedicated to the promotion of lifelong learning and to the enhancement of access to education for a variety of individuals and communities. Thus, it will continue to develop programs that meet the needs of its evening, weekend, off-campus, and special program clients who seek both credit and non-credit learning experiences on campus and at the USA Brookley campus site. The USA Baldwin County campus will provide degree programs and other learning opportunities required by the rapidly growing population in Baldwin County.

The University's programs of education, research, public service, and health care are all founded upon the basis of a reciprocal relationship between the institution and the community it serves. Instruction, research, scholarship, public service, and health care that enhance the economic development of the State and improve the quality of life and health of its citizens are integral and essential parts of its mission as a comprehensive, metropolitan university.

# UNIVERSITY OF SOUTH ALABAMA
## STATEMENT OF POLICY

The University of South Alabama recognizes that substance abuse is a major issue affecting all aspects of our society. The University views the abuse of alcohol and other drugs as harmful to the life, safety, and orderly progress of the academic community. Responsible conduct and accountability is expected from each individual on campus. The University will express its ongoing concern through an institution-wide commitment to appropriate education, training and counseling services. The University recognizes, through this policy and the programs developed pursuant to the programs to prevent illicit use of drugs and abuse of alcohol, its goals and commitments to a drug-free academic environment, in accordance with the Drug-Free Schools and Communities Act Amendment of 1989 and the Drug-Free Workplace Act of 1988.

As a part of the University's Institution-Wide Substance Abuse Education/ Prevention Program, and also in accordance with the Drug-Free Workplace Act of 1988, the following are prohibited:

1. Use, possession, manufacture, distribution, dispensation or sale of illegal drugs or drug paraphernalia on University premises or while on University business, in University vehicles either during or after working hours;

2. Unauthorized use or possession or any manufacture, distribution, dispensation or sale of controlled substance as defined by state law, on University premises, or while engaged in University business, in University vehicles, either during or after working hours;

3. Unauthorized use, manufacture, distribution, dispensation, or possession or sale of alcohol on University premises or while on University business as set forth in the policy, in University vehicles either during or after working hours;

4. Storing on University premises any illegal drug, drug paraphernalia, any controlled substances, of which use is unauthorized, or any alcohol on University premises unless specifically authorized in accordance with this policy;

5. Use of alcohol off University premises that adversely affects the employee's work performance, his own or others' safety;

6. Possession, use, manufacture, distribution, dispensation, or sale of illegal drugs off University premises that adversely affects the employee's work performance, his own or others' safety;

7. Any act leading to conviction under any criminal drug statute;

8. Failure to notify the University of any arrest or conviction under any criminal drug statute within five days of the arrest or conviction, in accordance with the Drug-Free Workplace Act.

## A Summary of Federal and State Laws

The University pledges to support and enforce all laws and ordinances pertaining to the use, possession, sale, and distribution of alcohol and other drugs. Attached is a copy of a summary of State laws relating to illegal possession, etc., of controlled substances.

## State Law - Drinking Age

The legal age in Alabama for consumption or possession of alcoholic beverages is defined as twenty-one (21) years. [Code S. 28-3-1- (18)]

Minors may not lawfully attempt to purchase alcoholic beverages [Code 1975 S. 28-3A-25 (19)]. Those found in violation are subject to a fine of not less than $50.00 to $500.00 and at the discretion of the judge, up to three months at hard labor or imprisonment.

0511

Those who furnish alcoholic beverages to a minor are subject to a civil suit by the minor's parents or guardian. There is no limit to the damages which may be awarded in such a suit. [Code 1975 S. 6-5-70].

**Sale or Gift to an Intoxicated Person**

The Alabama Alcoholic Beverage Control Board regulations prohibit the sale or gift of alcohol to persons "acting in a manner as to appear to be intoxicated" (ABC Regulation 20-x-6-.02).

**Dramshop Liability**

A civil action for damages may be initiated by persons injured by intoxicated individuals against the one who sold, gave, or otherwise caused the intoxication of the individual in violation of the law (Code 1975 S. 6-5-71).

**Related Laws**

State law defines controlled substances or drugs in Section 20-2-1 et seq. Code of Alabama 1975. Illicit drugs are defined there and are generally deemed to include marijuana, morphine, heroin, cocaine, codeine, peyote, mescaline, and other similar substances.

The Drug Crimes Amendment Act of 1987 establishes that it is a crime to commit unlawful distribution of controlled substances if, except as otherwise authorized, the person sells, furnishes, gives away, manufactures, delivers, or distributes a controlled substance enumerated in schedules one through five of the Act referred to above. Such unlawful distribution is defined as a Class B felony. Class B felonies provide sentences for a definite term of imprisonment, which imprisonment includes hard labor within the following limitations: not more than twenty years or less than two years. In addition, there may be certain fines imposed, related to felonies. (Section 13A-12-211, Code of Alabama 1975).

Persons are deemed to commit a crime of unlawful possession of controlled substance if, except as otherwise authorized, the person possesses a controlled substance enumerated in Schedules I-V, or the person obtains by fraud, deceit, misrepresentation or subterfuge or by the alteration of a prescription or written order, or by the concealment of the material fact by the use of a false name or giving a false address, a controlled substance enumerated in Schedules I-V. Such unlawful possession is deemed to be a Class C felony, which may carry with it a penalty of not more than ten years, or less than one year and one day, plus potential fines. (Section 13A-12-212, Code of Alabama 1975).

Additionally, a person commits the crime of unlawful possession of marijuana in the first degree if, except as otherwise authorized, the person possesses marijuana for other than personal use or possesses marijuana for his personal use only after having previously been convicted of unlawful possession of marijuana in the second degree or unlawful possession of marijuana for his personal use only. That unlawful possession is deemed to be a Class C felony. (Section 13A-12-213, Code of Alabama, 1975).

A person commits the crime of unlawful possession of marijuana in the second degree if, except as otherwise authorized, the person possesses marijuana for his personal use only. Unlawful possession of marijuana in the second degree is a Class A misdemeanor. Class A misdemeanors may require imprisonment in the County jail or hard labor for the County of not more than one year. (Section 13A-12-215, Code of Alabama 1975).

There are certain specific offenses for drug trafficking set forth in Section 12A-12-231 et seq., Code of Alabama 1975. Also there is a specific penalty for individuals who sell on or near school campuses, as found in Section 13A-12-250, as follows:

"In addition to any penalties heretofore or hereafter provided by law for any person convicted of the unlawful sale of a controlled substance, there is hereby imposed a penalty of five years incarceration in the state corrections facility, with no provision for probation if the situs of such unlawful sale was on the campus or within a three mile radius of the campus of any public or private school, college, university, or other educational institution in the state."

There are also offenses for possession and use and delivery and sale of drug paraphernalia set forth in Section 13A-12-260, Code of Alabama 1975, as well as other significant offenses relating to illicit use, sale, distribution, manufacture, possession, or consumption of dangerous drugs, narcotics, or other controlled substances. The University of South Alabama will work with appropriate authorities with regard to assuring that the University is a drug-free environment for its students, faculty and staff.

## University Alcohol Policy

**Campus**

1. The sale, possession, distribution or consumption of alcoholic beverages on the campus of the University of South Alabama is prohibited.
2. Public intoxication on the campus of the University of South Alabama is prohibited.

**Rented Properties/Organizations**

1. The University may grant the privilege of alcohol consumption to student organizations in rented properties and to other recognized organizations. Those organizations will be expected to follow the standards that the University has established.
   All requests for events must be registered in the Office of Student Activities at least five working days prior to the date of the event. Depending on the nature of the event, prior University approval may be necessary.
2. All laws, ordinances and University regulations must be carefully observed. Public consumption or public intoxication on any of the rented properties of the University is prohibited.
   The responsibility for compliance with and adherence to University regulations and applicable state laws rest totally with the sponsoring organization and its advisors. The University of South Alabama, its trustees, officers and employees do not assume any responsibility or liability for actions of the organization and its advisors or individuals, with regard to alcohol usage.
3. Organizations which serve alcohol must maintain appropriate insurance policies, as required by the University.
4. Security precautions, as specified by the Dean of Students Office, must be carefully observed. An advisor must be present for the duration of the event. University security must approve security for all events.
5. No alcoholic beverages may be purchased through an organization's treasury nor may the purchase of same for members or guests be undertaken or coordinated by any member in the name of or on behalf of the organization. Any monies used to pay for alcoholic beverages must be taken from personal/private sources. Alcoholic beverages cannot be paid for by selling them at the activity or charging at the door.
   No alcohol may be purchased with funds of an organization which are in accounts of the University of South Alabama.
   No organization may co-sponsor or co-finance a function where alcohol is purchased by any of the host organizations.

0512

6. Minors who are not affiliated with the University may not attend any function at which alcoholic beverages are served. An official of the organization sponsoring the event will ask the minor to leave. If the minor refuses to leave, University and/or local police will be advised.
Driver's licenses are to be checked to verify that persons are of legal drinking age before those persons may receive and consume alcoholic beverages.

7. No organization may co-sponsor an event with an alcoholic distributor, charitable organization or tavern (tavern defined as an establishment generating more than half of annual gross sales from alcohol) where alcohol is given away, sold or otherwise provided to those present.

8. All rush activities must be dry. No alcohol shall be present at any pledge/associate member/novice program or activity of the organization.

9. Open parties, meaning those with unrestricted access by non-members of the organization when alcohol is present, shall be prohibited. Guests must be invited by specific invitation, with the numbers of guests to be regulated by the Dean of Students Office.

10. Alcoholic beverages should not be freely available (unrestricted access) and a designated server should be appointed to insure no alcoholic beverages are served to persons under the legal drinking age or to persons who appear to be intoxicated.

Non-alcoholic beverages should be available at the same place, in adequate quantities and featured as prominently as the alcoholic beverages.

A reasonable portion of the budget for the event should be designated for the purchase of food items.

The event should have a definite beginning and ending time. The serving of alcoholic beverages should be stopped at least thirty minutes prior to the ending time of the event.

Non-alcoholic beverages and food should continue to be available.

Events cannot be advertised as B.Y.O.B. (Bring your own alcohol or bottle).

Advertising for the event may not include any reference to alcohol.

Drinking "games" or any activity which encourages alcohol over-indulgence or abuse are prohibited.

Keg beer or any bulk containers will not be allowed under any circumstances.

## USA Brookley Conference Center

1. The University may grant the privilege of serving alcohol to organizations renting facilities at the USA Brookley Conference Center. All such activities will be under the close supervision of the Office of Conference Activities.

2. All laws, ordinances and University regulations must be carefully observed. Public intoxication on any portion of the USA Brookley Conference Center is prohibited.

3. Appropriate security precautions must be carefully observed.

## Disciplinary Actions/Organizational Disciplinary Actions

1. Students found in violation of any of these policies will be subject to the following:
a. The student will be required to appear before the judicial system of the University when behavioral reports are presented.
b. The appropriate judicial officer will assess the behavioral report and impose appropriate sanctions.
c. If substance abuse is determined by that officer, the student will be referred to the Center for Substance Abuse Education/Prevention.
d. The student will receive a professional assessment for chemical dependency. If appropriate, the student will be scheduled for the next Education/Prevention

Program class. If it is determined that this program is inappropriate for the student, he/she may be referred to other agencies.

e. The appropriate judicial officer will be notified as to the outcome of the assessment and recommendations made.

f. The appropriate judicial officer will be informed as to the student's attendance, conduct, and upon completion of the class, further recommendations for assistance.

g. Organizations found in violation of this policy will be subject to loss of recognition by the University and expulsion of its members from the University.

2. Staff employees found in violation of these policies will be subject to the following:
a. The Department Head and appropriate Personnel Officer will assess the behavioral report and evaluate for purposes of assistance to the employee. Appropriate sanctions may be imposed.
b. If substance abuse is determined, the employee will be referred to the Center for Substance Abuse Education/Prevention.
c. The employee will receive a professional assessment. If appropriate, the employee will be referred to a Center counselor, or to a local treatment center for outpatient or inpatient care. Evidence of completion of the program will be required.
d. Federal regulations governing the confidentiality of records shall be carefully observed (42 U.S.C. 4582) and (21 U.S.C. 1175). The supervisor of an employee undergoing treatment or counseling for chemical dependency shall be notified. This information will be held in confidence by said supervisor.
e. In addition, this policy may be supplemented by other state and federal requirements relating to healthcare professionals. To the extent that those are more extensive than the policy enclosed herein and are more stringent, those will apply.
3. Members of the faculty who may be in violation of the policies will be subject to the following:
a. The Department Head will confer with the Dean and the Vice President for the respective area to assess behavioral reports and evaluate for purposes of assistance to the faculty member. Appropriate sanctions may be imposed to assure the welfare of the faculty member.
b. If substance abuse is determined, the Department Head and appropriate representative, either from the Dean's office or the Vice President's office, will meet with the employee concerning issues of concern. The faculty member will be advised that professional assessments with regard to drug or alcohol abuse are available in the Center for Substance Abuse Education/Prevention.
c. In the event that the faculty member wishes to receive a professional assessment or wishes to be referred to the Center counselor or to a local treatment center, that option will be available to the faculty member.
d. Additional sanctions and disciplinary action may be taken in accordance with current University policy.
4. Arrests by University police and/or appropriate law enforcement authorities, and subsequent filing of criminal charges.
5. Suspension or expulsion from the academic programs of the University of South Alabama for students; suspension or dismissal from University employment for employees, consistent with local, state and federal law.

## The University of South Alabama Institution-Wide
## Substance Abuse Education/Prevention Program will include:
1. Community Advisory Board. A group made up of representatives from the

0513

University, the community, and human service agencies, has been appointed to provide advice on substance abuse policy and procedures.

2. Substance Abuse Counseling. The University has established a Center for Substance Abuse Education and Prevention. This office provides assessment, counseling, intervention and referral services for USA students and employees. Contact Frank J. McCloskey, Substance Abuse Counselor, at 460-7980, for further information. There is no charge for information for on-campus counseling services.

3. Twelve Step Groups. Support groups for recovering persons have been established on the USA campus. These member-led organizations provide information and hope for anyone with substance abuse concerns. Contact the Center office, 460-7980, for meeting dates and times.

4. Annual Surveys. The Center will conduct an annual survey of campus attitudes and practices regarding the use of alcohol and other drugs. The survey will not require disclosure of names and will not be mandatory.

5. Peer Helpers. Volunteers will receive ongoing training which will enable them to assist their peers who may be at risk for substance abuse (or related) problems.

6. Intervention Teams. Students and staff from University Housing will be trained to confront troubled persons in a caring manner, and to assist those persons in getting the help they need.

7. Education/Prevention Program. Many persons will be able to be helped through this on-campus series of instruction, counseling and group discussions.

8. Media Center. Books, pamphlets, videos and other materials are available to the University community on loan at no charge.

9. Training. All University employees and student organizations will receive information about alcoholism and addiction, signs and symptoms, and resources for assistance with substance abuse concerns.

10. Incorporation Of Activities Into Campus Life. A Student/Employee Forum has formed to plan events and activities. Contact the Center Office at 460-7980, for additional information.

## Health Risks (from We Want You to Succeed)

### A. Alcohol and the Body

Mouth and Esophagus - Alcohol irritates the delicate linings of the throat and esophagus; that's why it causes a burning sensation as it goes down.

Stomach and Intestines - Alcohol also irritates the stomach's protective lining and can result in gastric or duodenal ulcers. In the small intestine, alcohol blocks absorption of substances such as thiamine, folic acid, xylose, fat, vitamin B1, vitamin B12, and amino acids.

Bloodstream - Ninety-five percent of the alcohol taken into the body is absorbed into the bloodstream through the lining of the stomach and duodenum. Alcohol causes a slowing of the circulation systems and deprives tissues of oxygen. Alcohol also slows the ability of white blood cells to engulf and destroy bacteria and the clotting ability of blood platelets.

Pancreas - Alcohol irritates the cells of the pancreas and can lead to acute hemorrhagic pancreatitis. Pancreatitis can destroy the pancreas and create a lack of insulin.

Liver - Alcohol inflames and destroys the cells of the liver. This condition prevents bile from being properly filtered through the liver. Jaundice develops, turning the whites of the eyes and the skin yellow.

Heart - Alcohol causes inflammation of the heart muscle.

Urinary Bladder and Kidneys - Alcohol inflames the lining of the urinary bladder. In the kidneys, alcohol causes an increased loss of fluids through its irritating effect.

Sex Glands - Swelling of the prostate gland caused by alcohol interferes with the ability of the male to perform sexually. It also interferes with the ability of the male and female to climax during intercourse.

Brain - The most dramatic and noticed effect alcohol has is on the brain. It produces lack of coordination, confusion, disorientation, stupor, anesthesia, coma, and finally death.

### B. Marijuana/Other Illegal Drugs and the Body

Eyes and Skin - Marijuana smokers may have inflamed watery eyes, and develop wrinkled skin due to irritants present in smoke. Cocaine users have increased sensitivity to light, see fuzzily, see "floaters", have double vision or image distortion.

Mouth, Larynx, Esophagus - Marijuana contains 50% more tar than tobacco and 400 other identified chemicals. Using 3-5 marijuana joints a week equals smoking 16 cigarettes daily. Smoking is associated with gum disease, loss of teeth, cancer of the cheeks, gums, palate, tongue, lips, larynx and esophagus.

Heart - Smoking one marijuana joint may cause increases in heart rate and blood pressure by as much as 50%. Cocaine increases heart rate and arteries constrict. Restricted blood flow to the heart may cause a heart attack.

Bladder and Kidneys - Concentration of tars, carcinogens, and chemicals from marijuana in the kidneys and bladder is associated with cancers in these organs. Cocaine use causes inflammation and breakdown of small and medium arteries in the kidneys and gastrointestinal tract.

Bronchials and Lungs - Marijuana is a respiratory irritant that causes sore throats and chronic coughs. Use of crack/cocaine may cause the respiratory system to fail.

Reproduction - The gonads are high fat organs which absorb and hold more THC (Tetrahydrocannabinal - Chemical in marijuana with greatest mood altering effects) than most other cells of the body. Males experience lowered testosterone levels; essential for development of secondary male characteristics. Users may experience impotency and infertility. Females may experience infertility, pregnancy complications, and changes in sexual characteristics. Cocaine users have babies addicted at birth.

Brain and Central Nervous System (CNS) - Marijuana use causes the synaptic cleft to enlarge which may result in impairment of speech, comprehension, memory and sleep. Cocaine stimulates the CNS causing restlessness, tremors and convulsions. Cocaine alters normal electrical activity of the brain which can result in seizures or convulsions similar to epilepsy.

### C. Tobacco and the Body

Mouth, Larynx and Esophagus - Smokers have three times as many cavities

0514

as nonsmokers. Tobacco, both smoked and smokeless, is the leading cause of cancers of the cheeks, gums, palate, tongue and lips. Smokers lose their teeth at a rate three times greater than nonsmokers. A one pack-a-day smoker increases his/her chances of cancer of the esophagus by as much as 500%.

Stomach and Heart - Peptic ulcers are twice as high in smokers as nonsmokers. Nicotine from any source causes secretion of excessive amounts of gastric acids, and delays healing of ulcers. Nicotine is a powerful constrictor of small arteries. Insufficient oxygen supply to the heart is a cause of heart attacks.

Pancreas, Bladder and Kidneys - Smokers have a 100% increased risk of developing cancer of the pancreas, three times the risk of bladder cancer, and a 50% greater rate off kidney cancer. Carcinogens absorbed from cigarette smoke and smokeless tobacco are concentrated and excreted in the urine. The bladder and the kidneys are in constant contact with these cancer-causing chemicals.

Bronchials and Lungs - Smoking causes the lungs and bronchials to be inflamed and congested. Chronic bronchitis predisposes smokers to emphysema, an incurable lung disease. Emphysema is characterized by stretching and breaking of the tiny air sacs of the lungs, making them useless for breathing. Cigarette smokers are ten times more likely to die of lung cancer than nonsmokers.

Reproduction - Smoking more than 1/2 pack daily is associated with higher incidence of infertility in women. Babies born to women who smoke are lighter and smaller than those born to nonsmokers. This is important because birth weight is a predictor of infant health. Women who take birth control pills and who smoke are at greater risk for cancer.

Brain - A combination of high blood pressure and smoking is associated with stroke, the third leading cause of death in the U.S. Nicotine from any source constricts blood vessels and restricts oxygen supply.

These examples are not intended to be all inclusive. It is recommended that you consult your physician for a more extensive description.

0515

# Federal Trafficking Penalties

As of November 18 1988

| CSA | PENALTY: 2nd Offense | PENALTY: 1st Offense | Quantity | DRUG | Quantity | PENALTY: 1st Offense | PENALTY: 2nd Offense |
|---|---|---|---|---|---|---|---|
| I and II | Not less than 10 years. Not more than life. If death or serious injury, not less than life. Fine of not more than $4 million individual, $10 million other than individual. | Not less than 5 years. Not more than 40 years. If death or serious injury, not less than 20 years. Not more than life. Fine of not more than $2 million individual, $5 million other than individual. | 10-99 gm or 100-999 gm mixture | METHAMPHETAMINE | 100 gm or more or 1 kg* or more mixture | Not less than 10 years. Not more than life. If death or serious injury, not less than 20 years. Not more than life. Fine of not more than $4 million individual, $10 million other than individual. | Not less than 20 years. Not more than life. If death or serious injury, not less than life. Fine of not more than $8 million individual, $20 million other than individual. |
| | | | 100-999 gm mixture | HEROIN | 1 kg or more mixture | | |
| | | | 500-4,999 gm mixture | COCAINE | 5 kg or more mixture | | |
| | | | 5-49 gm mixture | COCAINE BASE | 50 gm or more mixture | | |
| | | | 10-99 gm or 100-999 gm mixture | PCP | 100 gm or more or 1 kg or more mixture | | |
| | | | 1-10 gm mixture | LSD | 10 gm or more mixture | | |
| | | | 40-399 gm mixture | FENTANYL | 400 gm or more mixture | | |
| | | | 10-99 gm mixture | FENTANYL ANALOGUE | 100 gm or more mixture | | |

| | Drug | Quantity | First Offense | Second Offense |
|---|---|---|---|---|
| | Others† | Any | Not more than 20 years. If death or serious injury, not less than 20 years, not more than life. Fine $1 million individual, $5 million not individual. | Not more than 30 years. If death or serious injury, life. Fine $2 million individual, $10 million not individual |
| III | All | Any | Not more than 5 years. Fine not more than $250,000 individual, $1 million not individual. | Not more than 10 years. Fine not more than $500,000 individual, $2 million not individual |
| IV | All | Any | Not more than 3 years. Fine not more than $250,000 individual, $1 million not individual. | Not more than 6 years. Fine not more than $500,000 individual, $2 million not individual |
| V | All | Any | Not more than 1 year. Fine not more than $100,000 individual, $250 000 not individual. | Not more than 2 years. Fine not more than $200,000 individual, $500 000 not individual |

*Law as originally enacted states 100 gm. Congress requested to make technical correction to 1 kg.

†Does not include marijuana, hashish, or hash oil. (See separate chart

# Federal Trafficking Penalties - Marijuana

As of November 18 1988

| Quantity | Description | First Offense | Second Offense |
|---|---|---|---|
| 1,000 kg or more; or 1,000 or more plants | **Marijuana** Mixture containing detectable quantity* | Not less than 10 years, not more than life. If death or serious injury, not less than 20 years, not more than life. Fine not more than $4 million individual, $10 million other than individual. | Not less than 20 years, not more than life. If death or serious injury, not less than life. Fine not more than $8 million individual, $20 million other than individual. |
| 100 kg to 1,000 kg; or 100-999 plants | **Marijuana** Mixture containing detectable quantity* | Not less than 5 years, not more than 40 years. If death or serious injury, not less than 20 years, not more than life. Fine not more than $2 million individual, $5 million other than individual. | Not less than 10 years, not more than life. If death or serious injury, not less than life. Fine not more than $4 million individual, $10 million other than individual. |
| 50 to 100 kg | **Marijuana** | Not more than 20 years. If death or serious injury, not less than 20 years, not more than life. Fine $1 million individual, $5 million other than individual. | Not more than 30 years. If death or serious injury, life. Fine $2 million individual, $10 million other than individual. |
| 10 to 100 kg | **Hashish** | | |
| 1 to 100 kg | **Hashish Oil** | | |
| 50-99 plants | **Marijuana** | | |
| Less than 50 kg | **Marijuana** | Not more than 5 years. Fine not more than $250,000, $1 million other than individual. | Not more than 10 years. Fine $500,000 individual, $2 million other than individual |
| Less than 10 kg | **Hashish** | | |
| Less than 1 kg | **Hashish Oil** | | |

*Includes Hashish and Hashish Oil

(Marijuana is a Schedule I Controlled Substance

# CONSTITUTION OF THE
## STUDENT GOVERNMENT ASSOCIATION
## UNIVERSITY OF SOUTH ALABAMA

### ARTICLE I - NAME

The name of this organization shall be the "Student Government Association of the University of South Alabama".

### ARTICLE II - MEMBERSHIP

**Section 1** - The membership of this organization shall consist of all enrolled students at the University of South Alabama who have paid the student activity fee.

**Section 2** - All members of this organization shall enjoy all rights and privileges granted to its members.

**Section 3** - All members of this organization shall be subject to the government instituted by this constitution, and to the rules and regulations thereof.

**Section 4** - Neither membership nor the rights and privileges of membership shall be in any way denied or restricted on the basis of course load, field of study, nationality, religion, race, color, sex, or any other criteria except for such qualifications for office as shall be provided for by this constitution.

**Section 5** - Members may be asked to produce their current student identification card as proof of membership in order to attend social functions and to participate in voting procedures.

### ARTICLE III - PURPOSE

The purpose of the Student Government Association of the University of South Alabama is to provide a harmonious and effective learning process by which individuals may better themselves and their community by social, economic, and cultural advancement, to provide a forum for the expression and advancement of student needs and interests, and to provide services for the students.

### ARTICLE IV - RECOGNITION OF AUTHORITY

It is recognized that the University of South Alabama is a state institution and all powers and authority of the Student Government Association are derived from the Alabama State Legislature through the Board of Trustees of the University of South Alabama.

Therefore, any part or parts of this constitution or any laws passed hereunder which may be in conflict with any law or laws of the State of Alabama, or any rules or regulations, promulgated by the Board of Trustees shall be null and void from the time of its or their enactment.

### ARTICLE V - GOVERNMENT

**Section 1** - The government of the Student Body of the University of South Alabama shall be collectively called the "Student Government Association of the University of South Alabama".

**Section 2** - The Student Government Association shall be composed of three branches: the Executive Branch, the Legislative Branch, and the Judicial Branch.

**Section 3** - Each of the three branches of government shall exist separately with independent powers. The powers and privileges listed in this constitution shall serve as a check and balance system on the three branches of the Student Government Association of the University of South Alabama. All branches of the Student Government are responsible to and for the Student Body as provided for by this constitution.

0517

## REGISTERED STUDENT ORGANIZATIONS

| Name of Organization | Purpose of Organization | Membership Requirements | Advisor |
|---|---|---|---|
| *Abeneefuo Kuo | Honor Society. Recognizes the academically talented black student. | Cumulative 3.0 GPA with at least 25 quarter hours. Available to freshmen and transfer students only. | Ms. Joyce Radcliff LB 75 460-7025 |
| Accounting Club | Professional. Provides contact with the business community. Provides opportunities for practical accounting services. | Any student interested in accounting. | Dr. J. Sailors BMSB 142 460-6144 |
| AIChE of South Alabama | Professional. Promotes professional interest in chemical engineering. | Open to all students in chemical engineering. | Dr. J.C. Dhawan EGLB 252 460-6160 |
| Alpha Area Council | Social. Plans activities for Alpha dorm residents | Resident of Alpha dorms. | Shelley Burton Alpha South 460-6139 |
| *Alpha Chi | Honor Society. Promotes academic excellence and exemplary character. | At least junior status and a cumulative GPA of 3.5. | Dr. David Nelson LSCB 122 460-6331 |
| *Alpha Epsilon Delta | Professional. Encourages excellence and exemplary character. | Completion of 60 quarter hours, cumulative GPA of at least 3.0, science GPA of 3.0, affiliate member for at least two quarters. | Dr. T.G. Jackson CHEM 223 460-6181 |
| Alpha Kappa Delta | International Honor Society for Sociology students. | At least a junior, minimum of 12 hours sociology courses and 3.0 GPA. | Dr. A. Anderson HUMB 4 460-6347 |

27

0518

| | | | |
|---|---|---|---|
| Alpha Kappa Psi | Professional. Business fraternity for business majors. | Third quarter freshmen. Business major with at least 2.0 GPA. | Dean Carl Moore BMSB 256 460-6711 |
| *Alpha Lambda Delta | Freshman Honor Society. | Full-time student with a GPA of at least 3.5. | Ms. Melinda Lewis UC 131 460-7003 |
| Amateur Radio Club | Special interest. Promotes an interest in amateur radio. | Open to any USA student with an interest in amateur radio. | Dr. Cecil Ramage EGCB 210 460-6168 |
| American Chemical Society Student Affiliates | Professional. Creates a better understanding of the professions of chemistry and chemical engineering and their benefits to modern societies. | Open to anyone interested in chemistry. | Dr. Sidney Young CHEM 223 460-6181 |
| American Medical Association/Medical Student Section | To improve medical education and to further professional excellence. | Limited to medical student members of the AMA in attendance at USA College of Medicine in good academic standing. | Dr. Richard Esham HSB 201H |
| American Society of Civil Engineers | Professional. Promotes the profession of civil engineering. | Civil engineering student in good standing. | Dr. Joseph Olsen EGCB 208 460-6174 |
| American Society of Heating, Refrigeration, and Air Conditioning | Professional. Encourages educational and professional advancement of its members | Any engineering student in good standing with the College of Engineering. | Dr. L. Cauley EGCB 208 460-6168 |
| American Society of Mechanical Engineers | Professional. Provides opportunities for leadership in engineering service and society. | Any student enrolled full-time in the mechanical engineering program. | Dr. L. Cauley EGCB 280 460-6168 |
| Anthropology Club | Academic/vocational. Promotes interest in anthropology and/or archaeology on campus and in the community. | Open to any USA student with an interest in anthropology. | Dr. Stowe BMSB 20 460-6347 |
| Arab Student Organization | Social. Develops a closer bond between Arab students and the university community. Provides personal growth and opportunities. | Anyone who has an interest in the Arab culture. | Dr. A.K. Barakeh BMSB 208 460-6711 |
| Asean Student Association | Assists Southeast Asian students in adjusting to new environment and college through planned activities. Social. | Open to all students. | Mr. Stephen Cottrell AD 60 460-6742 |
| Association of Computing Machinery | Professional computer organization. Improves learning environment by sponsoring various professional events. Local chapter of the National ACM. | Any student with an interest in computing. | Dr. David Langan FCW 20 460-6390 |
| Association of Students of India | Cultural. Promotes free interchange about the culture and heritage of India among USA students and staff. | Any USA student or member of the community interested in India. | Dr. S. Mishra FCS 007 460-6264 |
| Baptist Campus Ministries | Religious. Spreads the message of Christianity and provides a Christian environment where students can meet. | Any USA student is invited to join. | Mr. Mike Nuss Box U-1087 Mobile, AL 36688-0002 344-5904 |
| *Beta Alpha Psi | Professional. Recognizes outstanding academic achievements in the field of accounting. | Accounting major with a GPA of 3.0 in accounting. Junior or senior status. | Dr. J. Sylvestre BMSB 134 460-6144 |

0519

| Organization | Description | Eligibility | Contact |
|---|---|---|---|
| Beta/Gamma Area Council | Housing/social. Provides an open forum where residents can enhance their residence life experience. | Resident of Beta/Gamma housing area. | Terry Bowen<br>Beta 1, Room 206<br>460-6315 |
| Billiards Club, USA | To promote a friendly team participation in the game of billiards among students. | Open to all students. | no advisor<br>UC 129<br>460-6452 |
| Biomedical Sciences Club | Departmental. Provides students with exposure to various career opportunities. | Open to any USA student interested in the Biomedical sciences. | Dr. S. Itaya<br>UCOM 6000<br>360-2710 |
| Black Student Union | Special Interest. Promotes the progression and growth of minority students and provides social activities. | Any interested USA student. | Ms. J. Moore<br>AD 165<br>460-7030 |
| Campus Outreach Ministry | To share the good news of Jesus Christ and to help build students as Christian leaders. | Open to all students. | Mark Basque<br>Alpha Hall East 207<br>460-6480 |
| Campus Recreation Improvement (C.R.I.B.) | Advise, improve, and implement recreational policies for the benefit of students at USA. | Open to all USA students with a 2.0 GPA. Should be active in student organizations and intramural sports. | Dr. P. Theodore<br>Rec. Center<br>460-6065 |
| Campus Watch | Increase and enhance security and crime prevention services and supplement to Student Escort Service. | Open to all USA students who complete the required training, have a clear criminal history, and pass an oral review board. | Officer Peggy Ramsey<br>Delta 1<br>460-7880 |
| Chess Club and Team | Special interest. Promotes chess and encourages chess play and competition. | Open to all full-time students with at least a 2.0 GPA. | Dr. Doran<br>FCW 5A<br>460-6390 |
| Chi Alpha Campus Ministry | Religious. Support group for Christian students on campus. | Open to all USA students. | Dr. Daniels<br>FCE 12<br>460-6136 |
| Christian Medical and Dental Society, USA | To encourage spiritual growth and fellowship as well as to meet some service needs in the College of Medicine. | Open to all USA students, physicians, dental students, dentists and faculty. | Dr. R. Allison<br>2451 Fillingim<br>USAMC<br>471-7888 |
| Chinese Students Association | Social. Provides service to new Chinese students. | Any student interested in Chinese culture. | Dr. Sun<br>HUMB 124<br>460-6248 |
| Circle K | Service. Sponsored by the Kiwanis Club. Promotes service, leadership, and excellence. | 2.5 GPA, 8 hours community service per month. | Mr. Lyle Miller<br>EGLB 202<br>460-6305 |
| Club Hispanico | Social/cultural. Furthers appreciation and awareness of the hispanic culture. | Open to all USA students. | Dr. P. Long<br>HUMB 326<br>460-6291 |
| College of Medicine Student Assembly | Professional. Unites COM students and provides communication with hospital administration. | Student in USA College of Medicine. | Dr. Ture Schoultz<br>MSB 1005<br>460-7174 |
| College Republicans | To promote Republican party politics, strategies, campaigns, and propagate the ideals of the Republican party. | Anyone interested in the Republican Party and a student at USA. | Dr. Doran<br>FCW-1<br>460-6390 |
| Conflict Simulation Society | To provide role-playing game sessions for relaxation of students. | Must be a USA student unless sponsored by a veteran member of the organization. | Dr. G. Braine<br>HUMB 240<br>460-6146 |

0520

| | | | |
|---|---|---|---|
| Council of International Students Organizations | Social. Provides a stage for people with different cultural backgrounds to exchange ideas and cultivate relationships. | Registered student organization at USA. | Mr. Steve Cottrell UC 127 460-6050 |
| Criminal Justice Association | Professional. Provides opportunities for students interested in the field of criminal justice. | USA students interested in the field of criminal justice. | Dr. Anderson HUMB 226 460-7161 |
| Dance Team | Entertains through dance at various university and community functions. | 2.0 GPA Tryouts each September. | Phyllis Fulford 4268 Spring View Dr. Mobile, AL 36609 342-4825 |
| Deep South Model United Nations | Special Interest/academic. Promotes world understanding through mock United Nations. | USA student interested in world understanding. | Dr. Z. Hussain HUMB 232 460-7161 |
| Delta Area Council | Social. Promotes resident life and provides direct contact with Delta residents. | Delta area resident. | Terry Bowen Delta Area 460-6315 |
| Delta Nu Alpha | Professional. Promotes knowledge of traffic and transportation among its members. | Full-time USA students. Completion of one year of traffic and transportation education. | Dr. J. Bowers BMSB 5-I 460-6412 |
| ECO | To exchange ideas and information, and to develop positive environmental activities. | Any USA student interested in environmental activities. | Dr. Jim Langdon LSCB 123 460-7533 |
| Environmental Awareness for Resources That Help (EARTH) | To promote the importance of the preservation of our environment and increase the awareness of preservation of further deterioration of our earth. | Any USA student who is interested in the environment without regard to race, sex, color, or national origin. | Brian Catlin USA Bookstore 460-6950 |
| Engineering Student Council | To unite the various departments of engineering and the student organizations of engineering with regard to common interests. | Selection by department chairman. | Dr. R. Hayes EEB 78 460-6117 |
| English Club | Cultural/Literary. Provides an outlet for student interests in English, English-related courses, the arts, and cultural events. | Any USA student interested in English and the Arts. | Dr. Louise Smith HUMB 227 460-6146 |
| Equestrian Club | To learn different aspects of equine sportsmanship, horsemanship, safety and fun. | Open to all USA students. | Ms. Rynn Toifel MSTN 509 471-7937 |
| *Eta Kappa Nu | Honor Society. Electrical engineering honor society. | 3.0 GPA and top third of senior class and the top quarter of the junior class. | Dr. R. Hayes EEB 75 460-6117 |
| European Students Association | Social. Develops bond of understanding between European students and the university. | Open to all USA students. | Dr. J. Swofford BMSB 153 460-6705 |
| Fellowship, USA | Provides international religious organization for Bible study, worship, and fellowship. | Any student interested in Christian fellowship with citizens of other countries. | Mr. Larry Mullins UC 127 460-6050 |
| Financial Management Association | Bringing together students, professors, and professionals for their mutual benefit to gain experience and knowledge in the area of finance and economics. | Finance and Economic majors with at least a 2.0 GPA. | Dr. A.M. Agapos BMSB 230 460-6712 |

0521

| Organization | Purpose | Eligibility | Contact |
|---|---|---|---|
| Flag Football, USA | To administer and promote the university and our state flag football tournament; to help implement recreational policies for the benefit of USA. | Any USA student or staff personnel. (Students must have 2.0 GPA) | Mr. P. Pagan SHAC 1010 471-7300 |
| Gay, Lesbian, Bisexual Alliance | To provide a foundation for unification for homosexual and non-homosexual students and to educate the university community on the fears and dangers of homophobia. | Open to all USA students. | Dr. Lawrence Schehr 460-6291 |
| Geographic Society | To familiarize students with extra geographic activities by going on field trips and raise money for natural hazard victims. | Open to all USA students. | Dr. G. Sebastian LSCB 340 460-6381 |
| Geological Society, USA | Social. Promotes interest in the earth sciences and promotes fellowship including field trips and visual aids. | Open to all USA student. | Dr. D. Allison LSCB 145 460-7574 |
| Harbinger, The | To promote ideas and education on campus and in the community; to promote alternative music and culture. | Open to all USA students. | Dr. Edmund Tsang EGCB 202 460-6168 |
| Institute of Electrical and Electronic Engineers (IEEE) | Professional. Promotes the advancement of theory and practice of electrical engineering, electronics, computer engineering and computer science. | Must be enrolled at least 50% of a full-time academic program in electrical engineering. | Dr. A. Rahman EEB 66 460-6117 |
| International Studies Club | To promote global understanding and awareness of international issues and to act as a liaison between the international community of Mobile and USA students. | Open to all USA students. | Dr. S. Morris HUMB 220 460-7162 |
| *Kappa Delta Pi | International honor society for education students. Recognizes outstanding undergraduates and undergraduate education majors. | 3.25 GPA and recommendation of department. | Dr. J. Watts HPELS 1001 460-7121 |
| Latin American Student Association | Cultural. Assists Latin students in adjusting to a new environment and college. | Open to all USA students. | Dr. R. Fornaro ERH 320 460-7053 |
| Leisure Services Association | Professional. Unites LS majors and minors and furthers professional advancements in the field. | Leisure services major or minor. | Ms. C. O'Keefe HPELS 1035 460-7132 |
| Malaysian Islamic Student Association | Cultural. To promote and maintain the welfare and interests of Malaysian Islamic students in the USA as well as to promote closer relationships within members and the USA students and local community. | Open to all USA students. | Dr. M.Z. Husain HUMB 232 460-7161 |
| Marketing Association of America, USA | Professional. To provide its members with rewards and educational experiences that will enhance both professional and personal development in preparation for successful careers in business. | Any USA student with a major or minor in Marketing. | Dr. James Grant BMSB 249 460-6730 |
| Mathematics Society, USA | Academic. Promotes the art and science of mathematics. Provides educational and social activities. | Open to all USA students. | Dr. Dan Silver FCS 8C 460-6264 |

0522

| Medieval Culture Society | Historical. Researches and instructs about and recreates the Middle Ages through arts, crafts and public demonstrations. | Open to all USA students. | Dr. J. Whitman HUMB 274 460-6146 |
|---|---|---|---|
| *Mortar Board | National honor society for seniors. | Junior status, 3.0 cumulative GPA, two remaining quarters after initiation. Selection based on leadership, scholarship and service. | Dr. James Dorrill HUMB 240 460-6146 |
| Muslim Students Association | Social/religious. Provides a forum in which Muslim students religious, social, and cultural needs are met. | Open to all USA students. | Dr. A. Rahman EEB 70 460-6117 |
| National Society of Black Engineers | Professional. To enhance minority students to undertake engineering and provide support for all members. | Minority students majoring in engineering, tech. or natural science. | Dr. Cecil Ramage EGCB 200 460-6168 |
| National Students Nurses Association | Professional. An association for nursing students and prepares students for involvement in professional associations. | Must be a student in the College of Nursing. | Ms. Vera Douglas SHAC 1006 343-3410 |
| National Student Speech, Language, Hearing Association | Professional. Provides affiliation with other professionals in the field. | Graduate or undergraduate student at USA with an interest in the study of normal and disordered human communication behavior | Ms. Beth Hardaway UCOM 2000 460-6327 |
| Newman Club | Religious. Promotes spiritual and social welfare of Catholic students on campus. | Open to all USA students. | Father Dorrill HUMB 240 460-6146 |
| Nurses Christian Fellowship | Professional/religious. Assists the student in integrating personal faith and professional practice. | Open to all students. | Ms. Bettye Odom USA College of Nursing 434-3420 |
| Ocean Club | To promote the understanding, enjoyment and responsible management of the world's biggest resource, the ocean. | Open to all USA students. | Dr. S. Picou BMSB 11 344-6550 |
| *Omicron Delta Kappa | National Leadership Honor Society. | Exemplary character, leadership, service, scholarship, fellowship. Junior and senior status. | no advisor UC 129 460-6452 |
| *Order of Omega | Honorary organization for Greeks. | Top 3% of Greek membership at USA. Voted on by Order of Omega members. | Mrs. Sally Cobb UC 131 460-7003 |
| Pakistan Students Association | Social. Creates goodwill between Pakistani students and other USA students. | Open to all USA students. | Dr. Z. Husain HUMB 232 460-7161 |
| *Phi Alpha Theta | Honor society for history majors. | Undergraduates, 18 quarter hours in history with a 3.0 GPA and 3.0 overall GPA. Graduate students must have 16 hours and 3.5 GPA. | Dr. Fogleman HUMB 351 460-6210 |
| Phi Chi Theta | Professional business fraternity for women. | Business, computer science or statistics major or minor, 2.5 GPA. | Ms. Martha Stevens BMSB 79 460-7167 |

0523

| Organization | Description | Eligibility | Contact |
|---|---|---|---|
| *Phi Eta Sigma | Freshman honorary. | Full-time freshman student at USA with a 3.5 cumulative GPA in any quarter during freshman year. | Dr. Dale Adams<br>UC 270<br>460-6171 |
| *Phi Kappa Phi | Honor society for upperclassmen. | Junior or senior students with a 3.70 cumulative GPA. | Dr. John Dempsey<br>ILB 205<br>460-6201 |
| Philosophy Club | To inspire provoking thought on subjects of importance to the intellectual growth of our academic career. | Open to all USA students who are philosophy majors or minors. | Dr. Greenwood<br>HUMB 131<br>460-6248 |
| *Pi Tau Sigma | Honorary organization for mechanical engineering students. | Junior status enrolled in mechanical engineering, top 25% of class. Seniors must rank in top 35% of class. | Dr. E. Odell<br>EGCB 124<br>460-6168 |
| Political Science Association | Promotes open and scholarly discussion of public affairs among interested individuals. | Open to all USA students interested in government without regard to partisanship. | Dr. S. Fisher<br>HUMB 233<br>460-7161 |
| Pre-Law Association | To assist students in preparation for vigors of law school admission and a career in law. | Open to all USA students interested in law. | Dr. A. Anderson<br>HUMB 223<br>460-7161 |
| Propeller Club | Professional. Exposes members to current information about transportation fields. | Open to full-time students at USA with an interest in the field of transportation. | Dr. J. Bowers<br>& Dr. Cunningham<br>BMSB 5-1<br>460-6412 |
| *Psi Chi | Psychology honor society. | Psychology major or minor and completion of at least 12 hours in psychology. 3.0 GPA. | Dr. J. Downey<br>LSCB 384<br>460-6321 |
| Public Relations Society | Promotes study of Public Relations. | Open to all students interested in the field of Public Relations. | Dr. Springston<br>Alpha Hall East 325<br>460-6301 |
| Rad Tech Club | Professional. Promotes professional ethics and increased knowledge and expertise in radiological procedures and advancements. | Members must belong to Allied Health School of Radiology and maintain a 2.0 GPA or above. | Mr. C. Newell<br>SHAC Rad. Dept.<br>434-3456 |
| Residence Life Council | Social/organizational. Goal is to improve residence life on campus. | USA students living on campus are eligible. | Mrs. Carol Jackson<br>Dept. of Housing<br>460-7577 |
| Russian Club | To enhance the student's understanding of Russian language and culture. | Any USA student interested in improving their understanding of Russian language culture. | Dr. Khoklovna<br>HUMB 322<br>460-6291 |
| Sigma Gamma Epsilon | To recognize scholarship and professionalism in Earth sciences. | Members must complete 18 quarter hours of Earth Sciences. Maintain a 3.0 GPA in Earth Sciences courses and a 2.67 overall. | Dr. D. Allison<br>LSCB 145<br>460-7574 |
| *Sigma Tau Delta | National English honor society. | Members must be an English major or minor, have at least sophomore standing and a 3.0 GPA or above in all English courses. | Ms. Louise Smith<br>HUMB 277<br>460-6146 |
| Sigma Theta Tau (Statistics Club) | Academic. Promotes the science of statistics and provides opportunities for educational and social activities.. | Open to all USA students interested in statistics. | Dr. C. Clements<br>SHAC 2004<br>460-6264 |

0524

| Skotokan Karate Club, USA | To promote and encourage the sport of Shotokan Karate and to select a USA team for competition. | Only open to students who rank in Skotokan Karate or currently enrolled in a Skotokan Karate class. | Ms. Y. Marchand HPELS 431-2239 (work) 639-9801 (home) |
|---|---|---|---|
| Society of Human Resource Management (SHRM) | To promote an interest in the business field. | Open to all USA students who major in Business. | Dr. E. Harrison BMSB 233 460-6715 |
| Society of Women Engineers | Professional. Encourages communication between students and the community. | USA student pursuing an undergraduate degree in engineering, must be at least carrying a half-time course load. | Dr. F. Donovan EGCB 212 460-7456 |
| Sociology Club | Social. To provide students with an interest in sociology a sense of fellowship, and to provide a link with other students who can act as advisors. | Open to USA students who have taken at least one sociology course with a passing grade. | Dr. J.S. Picou BMSB 8 460-6347 |
| Southerners, USA | Student hosts and ambassadors. Serve as student representatives of the university. | Selected by committee of staff, faculty, and alumni of USA. Minimum GPA of 2.5. | Ms. Carol Kittrell PCH 460-7084 |
| Sports Officials Association, USA | Social/professional. Promotes recreation and intramural activities on campus. | Open to all USA students and a past or present official in the USA Intramural department. | Brian Alred UC 260 460-6065 |
| Student Affiliates of the American Chemical Society | Professional. To provide an opportunity for students to become more familiar with the chemical professions and to become better acquainted with each other. | A major or minor in Chemistry. Chemical engineers are also invited. | Dr. S. Young CHEM 227 460-6181 |
| Student Art Association | Professional/social. Promotes the artistic integrity of art students at USA. Gives students the opportunity to interact with community professionals. | Open to all USA students. | Dr. Phillip Oszuscik MTH 225 460-6336 |
| Student Council for Exceptional Children | Professional. Presents students with opportunities to improve professional standards in the field of exceptional children and youth. | Interest and desire to work with exceptional children and youth. | Ms. B. Phillips ILB 229 460-6680 |
| Student Health & Physical Education Club (S.H.A.P.E.) | Professional. Promotes interest in the field of health and physical education. | Physical education graduates or undergraduates in the field of Leisure Services and associated fields. | Dr. Jean Watts HPELS 1001 460-7131 |
| Student Physical Therapy Association | Professional. To promote an interest in Physical Therapy, to develop group unity, and to promote a professional acquaintance with Physical Therapy departments and other organizations on a community, state and national level. | Open only to students in the professional component of the Physical Therapy curriculum. | Dr. Jim C. Wall SHAC 1104 434-3575 |
| Student and Scholar Association of the People's Republic of China | Social. Promotes mutual understanding and friendships between Chinese students and students of all countries, and to unite all Chinese students. | Open to all Chinese students at USA. | Dr. R. Hou MSB 2184 460-6848 |
| Student Sports Medicine Association, USA | Professional. Promotes a good working relationship among the student athlete trainers, the athletes, and the athletic department. | Open to all students actively pursuing an interest in athletic training. Minimum GPA of 2.50. | Mr. Paul Newman HPELS 1175 460-6874 |

0525

| Students Together Against Racism (STAR) | To encourage friendship and association between racial groups. | Open to all USA students. | Dr. Jean McIver HUMB 268 460-6146 |
| Symphony Band, USA | To provide concert band music to the general public and to provide students with an outlet for their musical gifts. | Proficiency on a band (wind) instrument. | Dr. M. Rogers FCE 21 460-6695 |
| Taji Club, USA | Promotes the study, practice, and appreciation of Taji. | Open to all USA students. | Dr. T. Brennan HUMB 240 460-6146 |
| *Tau Beta Pi | Honor society for engineering students. Strives to improve engineering education. | USA students enrolled in chemical, civil, electrical, or mechanical engineering. Junior and senior status. | Dr. Behic Gungor EEB 69 460-6118 |
| Tour de France | Professional. Honorary service organization of the College of Education. Serve as good will ambassadors. | USA students enrolled in the Leisure Services program, minimum GPA of 2.2. | Mrs. J. Hooker HPELS 1037 460-7131 |
| USA Players, The | Social. Provide interest and excitement in the theatre. Increases community awareness in Theatre USA. | Open to all USA students. | Ms. Rebecca Britton EGLB 204 460-6305 |
| Vietnamese Student Association | Social. Unites Vietnamese students, provides academic support, and exposes the Vietnamese culture. | Open to all USA students. | Dr. Nguyen USAMC 342-7546 |
| Wesley Foundation | Religious. Provides opportunities for fellowship, spiritual growth and service. | Open to all denominations on campus. No academic requirements. | Ms. S. Brining UC 226 460-7075 |
| Women's Soccer Club, USA | To establish a women's soccer club and eventually a USA Women's Varsity Soccer Team | Open to all USA women students and staff. Must have a 2.0 GPA. Need to be active for trial period of three weeks in the Club. | Coach Patton HPELS 460-7121 |
| Young Democrats | To promote Democratic Party politics, strategies, campaigns, and propagate the ideals of the Democratic Party. | A current student at USA and under the age of 35. | Dr. S. Fisher HUMB 233 460-7161 |
| Youth Outreach Ministry | Religious. To promote, cultivate and meet the spiritual needs of the Black student body at USA. | Open to all USA students. | Ms. Yolande Sims AHE 120 460-7030 |

*Honorary Organization

0526



## INTERFRATERNITY COUNCIL

South Alabama's Interfraternity Council (IFC) is the representative and governmental body of USA's social fraternities. The delegates to the council, one from each fraternity, and the IFC Executive Council of five officers meet weekly to democratically discuss policies and programs geared to one ultimate purpose... the promotion of healthy growth in the fraternity system. The existence of a central board such as the IFC allows the natural expansion of individual fraternities to be accented by cooperation and harmony between the fraternities.

The Interfraternity Council sponsors and co-sponsors many events, ranging from Formal Rush and Greek Week, to a campus blood drive and food collection, and other projects which foster fraternity visibility on campus. In addition, IFC community service projects and educational workshops allow members of different fraternities to work and learn together.

Any student seeking more information about IFC or any fraternity may contact the IFC office at (205) 460-7003 or

Interfraternity Council
Office of Campus Involvement
131 University Center
University of South Alabama
Mobile, Alabama 36688-0002

**Fraternities:**

| | |
|---|---|
| Alpha Phi Alpha | Pi Kappa Alpha |
| Kappa Alpha | Pi Kappa Phi |
| Kappa Alpha Psi | Sigma Alpha Epsilon |
| Kappa Sigma | Sigma Chi |
| Phi Kappa Sigma | Tau Kappa Epsilon |

## PANHELLENIC COUNCIL

The University of South Alabama Panhellenic Association is composed of all members of women's fraternities on campus. It is dedicated to furthering the ideals of sorority life through good scholarship, high standards of social conduct, and working in harmony and understanding with each other.

The governing body, the Panhellenic Council, is composed of two representatives from each of the eight national women's fraternities on campus. Its purpose is to generate cooperation and smooth functioning of women's fraternities, and to coordinate rushing procedures.

Awards are presented annually during spring quarter. These awards include the Dean's Cup, Daisye Keeton Service Award, Scholarship Award, Intramural Award, Campus Involvement Award, Panhellenic Spirit Award, Most Outstanding Pledge, Greek Spirit Award, and the Greek Woman of the Year Award.

Members of the Panhellenic Council are:

| | |
|---|---|
| Alpha Gamma Delta | Delta Sigma Theta |
| Alpha Kappa Alpha | Kappa Delta |
| Alpha Omicron Pi | Phi Mu |
| Chi Omega | Zeta Phi Beta |

## GREEK ORGANIZATIONS

FRATERNITIES

**Alpha Phi Alpha** - Alpha Phi Alpha was founded on the campus of Cornell University in Ithaca, N.Y. on December 4, 1906. The fraternity evolved out of

0527

a need to maintain more personal contact with others outside the classroom. Sixty-six years later the members of Beta Omicron Lambda Chapter here in Mobile realized a need for this kind of out-of-the-class association with each other was just as prevalent here at USA. The Theta Delta Chapter was founded at USA on February 26, 1972. Needless to say, this was another first for Alpha, which was also the first Black fraternity in America.

**Kappa Alpha Order** - Kappa Alpha Order offers age-old traditions, a tight bond of brotherhood, and outstanding performance in athletics, academics and community service. KA provides a good study environment for its members and is generally a leader among campus fraternities and independent men.

KA works locally with both the Muscular Dystrophy Association and the St. Mary's Children's Home to help those who cannot help themselves.

Kappa Alpha provides a fulfilling social outlet for its members.

Yearly events such as Old South and Highlanders along with regular get-togethers create a well-rounded social calendar which makes weekends more than just the end of a school week.

**Kappa Alpha Psi** - Kappa Alpha Psi is a college fraternity now comprised of functioning undergraduate and alumni chapters on major campuses and cities throughout the country and other nations. The dream of the fraternity was a vision shared by the ten founders. This vision became a reality on January 5, 1911 on the campus of Indiana University when the fraternity was founded.

Eta Nu Chapter was chartered on May 19, 1974 at the University of South Alabama. The brothers are busy both in the community and on campus service projects. They participate in the Greek show, Black Student Union, and many other activities.

**Kappa Sigma** - Kappa Sigma Fraternity, founded at the University of Virginia in 1869, offers a variety of opportunities for the development of leadership, scholarship, public service, and social activities. A consistent leader among Greek and Independent organizations, Kappa Sigma embodies those characteristics held highest by its peers, and remains dedicated to the belief in "Strength through Brotherhood."

**Pi Kappa Alpha** - The Pi Kappa Alpha Fraternity was founded at the University of Virginia by 5 civil war soldiers on March 1, 1868. Since, the Pike has grown to over two hundred chapters and 190,000 brothers. Pi Kappa Alpha is one of the only international fraternities with chapters established in Canada. The Eta Kappa Chapter of Pi Kappa Alpha was founded on May 8, 1971 and ever since, Pike has been a consistent leader at USA whether it is in sports, leadership, scholarship, or a social. Pikes always excel. Pike has brothers on the baseball/tennis teams, Student Government Officer, Programming Board Members, officers on the Interfraternity Council, and the Freshman Leadership Council. Socially, Pike is surpassed by none. Whether it's swaps, band parties, or the annual Pikefest, Pike parties are considered the best on campus. Overall Pi Kappa Alpha is one of the largest fraternities on campus and certainly the most well-rounded. This is one reason why Pike is known as "Simply the Best".

**Pi Kappa Phi** - Pi Kappa Phi was reorganized at South Alabama during the 1986-87 year and has many fine men who led all fraternities in scholarship their first quarter. As the 1987-88, 1988-89 and 1990-91 winners of the Dean's Trophy, the gentlemen of Pi Kappa Phi have continued their tradition of excellence. With a diversity of backgrounds and interests, they have brought their chapter to the force in academics, sports, campus involvement, and community service.

In addition to involvement in both campus and community activities, Pi Kappa Phi also conducts fundraisers and provides manpower in support of the fraternity's

national project, People Understanding the Severely Handicapped (PUSH). PUSH provides playground facilities for the handicapped and promotes public awareness of the problems unique to handicapped persons.

Faithfully supporting each other through success and adversity, the brothers of Pi Kappa Phi live by their motto: "Nothing Shall Ever Tear Us Asunder."

**Phi Kappa Sigma** - Phi Kappa Sigma is a social fraternity. The object of the fraternity is the promotion of good fellowship and the cultivation of the social virtues among its members; the encouragement of good scholarship for its members; and cooperation in the educational and cultural programs of the University of South Alabama.

**Sigma Alpha Epsilon** - Sigma Alpha Epsilon prides itself on the diversity of its members. With brothers in almost every college, there is sure to be someone with similar interests. Throughout the academic year, SAE holds various functions to appeal to the campus, one of which is the annual Bedrace to raise money for the United Cerebral Palsy. SAE also participates in other Greek and non-Greek activities and ends each year with the annual Canecutters party, a big hit on campus. The SAE's are active, diverse, and real leaders on campus.

**Sigma Chi** - The Sigma Chi Fraternity was established at Miami University in Oxford Ohio on June 28, 1855, and since then it has grown to over two-hundred undergraduate chapters, and with the addition of its Canadian chapters it is now considered to be an international fraternity. Sigma Chi has continued its long line of tradition at the University of South Alabama through its Eta Epsilon Chapter, which was the first social fraternity at the university, established in 1964; with the building of the first traditional fraternity house on 1 Fraternity Row, and with its membership being the largest on campus. Winner of the Dean's Cup for the most outstanding fraternity in 1990, Sigma Chi has excelled in the areas of public service, athletics, scholarship, and campus involvement.

**Tau Kappa Epsilon** - Tau Kappa Epsilon offers a unique fraternity experience. TKE is the world's largest social fraternity with over 320 chapters in the United States and Canada. Founded in 1970, the Nu Mu Chapter here at the University of South Alabama has the distinct privilege of being the 300th chapter of TKE.

The Tekes have also started up an annual fundraiser for the Special Olympics - "Yell Like Hell" which is a spirit competition for sororities to benefit Special Olympics. A balance of academics, athletics, brotherhood, and great fun makes TKE an experience of a lifetime.

## SORORITIES

**Alpha Gamma Delta** - Alpha Gamma Delta was founded at Syracuse University in New York on May 30, 1904. The Theta Epsilon Chapter was installed on May 19, 1984 at the University of South Alabama, making it the 135th chapter of Alpha Gamma Delta. Our colors are red, buff and green, and our flowers are red and buff roses. Our symbol is the industrious squirrel.

In Alpha Gamma Delta we are "Sisters by choice, not chance." Alpha Gamma Delta is a family - united as one, with each member unique. While providing opportunities for scholarship and leadership, Alpha Gam can offer you the support and encouragement of friendships that will last a lifetime.

**Alpha Kappa Alpha Sorority, Inc.** - Alpha Kappa Alpha Sorority, Inc., established at Howard University in Washington, D.C., in January 1908, is the oldest national Greek-letter sorority for black women.

The purpose of Alpha Kappa Alpha Sorority is "to cultivate and encourage high scholastic and ethical standards, to promote unity and friendship among

0528

college women, to study and help alleviate problems concerning girls and women, to maintain a progressive interest in college life, and to be of service to all mankind." The chapter of Alpha Kappa Alpha Sorority on USA's campus is Epsilon Upsilon. Our graduate advisor is Brenda Brown.

**Alpha Omicron Pi** - Alpha Omicron Pi was founded at the Barnard College of Columbia University on January 2, 1897 and our Gamma Delta chapter was installed in 1969 at the University of South Alabama. Our color is cardinal, our jewel is the ruby, our flower is the Jacqueminot rose.

Each year our members participate in many different Greek, campus and community activities as well as belonging to clubs and organizations. Many of our members have been recognized by honor societies for their outstanding scholarship and contributions to our college community. Each year our chapter holds a Band Party to raise money for our philanthropy, arthritis research and participates in many other service projects that benefits local, national, and international organizations.

As sisters in Alpha Omicron Pi, we encourage scholarship, involvement in campus and community activities while maintaining a spirit of friendship and sisterhood that is so important during our college years, yet will also last a lifetime.

**Chi Omega Fraternity** - The Beta Theta Chapter of Chi Omega has been active on the USA campus for 25 years. The members and pledges participate in intramural, public service, social and campus activities. Annually sponsored by Chi Omega, is Songfest, a Christmas program where many groups compete in choral competition. The money raised is donated to a local needy charity. Scholarship is placed highly on the list of achievements, but Chi Omega sisters also enjoy swaps with fraternities and planning their winter and spring formals. Most of all, the Chi-Os are dedicated to promoting their open motto which is "Greek Hellenic Culture and Christian Ideals."

**Delta Sigma Theta Sorority, Inc. Iota Nu Chapter** - Delta Sigma Theta was founded at Howard University in 1913. The twenty-two young women who were its founders envisioned an organization of college women that would minimize the purely social aspects of sorority life.

Today, women who meet the requirements in character, scholarship, and citizenship responsibility are welcomed as potential members of Delta Sigma Theta. From the small original group, Delta has grown to embrace 200,000 women with over 800 chapters nationwide and internationally in West Germany, Haiti, Liberia, the Virgin Islands and Nassau, Bahamas. Advisor is Mrs. Florence Doss.

**Kappa Delta Sorority** - Kappa Delta was founded in 1897 at the State Female Normal School, now Longwood College, in Farmville, Virginia. The Delta Sigma Chapter is bound together by strong ideals: scholarship, philanthropy, and sisterhood. The KD colors are olive green and pearl white and the sorority flower is the white rose. Each Kappa Delta gives the sorority a different, special meaning, yet we all share the common motto: "Let us strive for that which is honorable, beautiful and highest."

**Phi Mu** - Phi Mu is the second oldest college organization for women, founded at Wesleyan College in Macon, Georgia in 1852. Phi Mu is made up of a diverse group of girls. We are involved in many campus activities. We strongly encourage individuality within the bond of our sisterhood. We participate in Greek activities such as Chi Omega Songfest, Sigma Chi Derby, Piktest and Zeta Tau Alpha's Frizbee Golf Tournament. Our colors are rose and white. Phi Mus philanthropy is Children's Miracle Network.

**Zeta Phi Beta Sorority, Inc.** - Zeta Phi Beta Sorority, Inc. was founded on January 16, 1920 at Howard University in Washington, D.C. The five founders

48

0529

were encouraged by the members of Phi Beta Sigma Fraternity, Inc. who felt the need to have a sister organization. Thus Zeta Phi Beta Sorority, Inc. and Phi Beta Sigma Fraternity, Inc. are the only true brother sister organizations in greekdom.

The purpose of the sorority is to foster sisterly love, scholarship, finer womanhood, and service. The sorority has chapters throughout the United States, Africa, and the Caribbean. The sorority sponsors ongoing activities such as Storks Nests to assist disadvantaged pregnant mothers, tutoring programs, day care centers, and scholarship opportunities. Zetas also have affiliate groups of Amicae, Archonettes, and Amicettes. All facets of the community are touched by the work of the women in Zeta Phi Beta Sorority, Inc.

The chapter of Zeta Phi Beta Sorority, Inc. on USA's campus is Delta Lambda. The on campus advisor is Dr. Rosalind P. Hale.

# REGULATIONS FOR STUDENT ORGANIZATIONS

## Types of Student Organizations

Student organizations may be either organizations sponsored by the institution, such as student government associations and professional and honor societies, or organizations registered with the institution. Organizations which may be registered to operate on campus include the following:

1. Honor and leadership organizations and recognition societies.
2. Departmental organizations and professional fraternities and sororities.
3. Social fraternities and sororities.
4. Special interest groups (political, religious, athletic, etc.)

## Criteria for Registration of Student Organizations

Any student organization shall be open to all students of the University of South Alabama who otherwise meet membership requirements. Membership in the organization shall be limited to currently enrolled students. Honorary membership may not exceed ten percent of the student membership.

Any group wishing to form a student organization on the campus of the University of South Alabama must contact the Coordinator of Campus Involvement. No organization will be registered that discriminates in any manner on the basis of sex, race, color, or national origin.

Each proposed campus-wide organization must have a minimum of fifteen charter student members. Each proposed honor, recognition, or professional society will be expected to have a minimum of ten charter members. Officers must be full-time students except in special, approved instances.

In order to become a registered student organization, a group must meet all the regulations for student organizations and provide the following information:

1. A request to form the organization.
2. A statement justifying the need for such an organization on campus.
3. The proposed constitution and bylaws of the organization which must clearly contain the following: (a) the name of the group
   (b) the purpose of the group
   (c) rules of membership in the organization
   (d) terms and methods of selection of membership
   (e) officers
   (f) proposed nature and frequency of meetings
   (g) proposed activities
   (h) financial plans of the organization including any proposed fee, dues and assessments and provisions for the distribution of all funds and assets in the event of dissolution.

49



# make

## *the*

# CONNECTION

▼

**Directory of Student Organizations**

1993-94





OFFICE OF
CAMPUS INVOLVEMENT

TELEPHONE: (205) 460-7003
UC 131 • MOBILE, ALABAMA 36688-0002

Dear USA Student,

Welcome! The purpose of this directory is to provide you with information about all of USA's registered student organizations. Our mission in the Office of Campus Involvement is to help students become involved in the campus community and it is our hope that you will use this directory to contact student organizations of interest to you.

We recommend that you spend some time at the beginning of each quarter thinking about your needs and your time schedule. Take all of your obligations into consideration as you do this (i.e. school, work, family, etc.) to determine your level of involvement in out-of-class activities. If you find that you have the time, refer to this directory to discover which organizations fit your interests. You will probably find that there are some groups which are based on activities and interests similar to your own. When you identify student groups and organizations of interest, please contact the advisor to receive more information about their activities, requirements, and time obligations.

Please realize that all academic honorary societies require specific criteria for membership. These groups will contact you if you meet their requirements. It is also important to note that the Greeks have a formal rush period in the fall each year and can be contacted through the Office of Campus Involvement. Feel free to contact all other student organization advisors at your convenience to request more information.

Involvement in out-of-class activities can significantly enhance the quality of your college experience, so please take advantage of your resources and become involved in your campus community.

Sincerely,

Melinda L. Lewis

Melinda L. Lewis
Coordinator of Campus Involvement

▧ 0532

## Chess Club & Team
*Advisor: Dr. Michael Doran*
*Phone: 460-6390*

Promotes and encourages chess play and competition.

◆

## College Bowl Club, USA
*Advisor: Dr. Micheal Doran*
*Phone: 460-6390*

To represent USA in academic competition and to build a reputation for USA as a quality academic institution.

◆

## Dance Team, USA
*Advisor: Phyllis Fulford*
*Phone: 343-4825*

Entertains through dance at various University and community functions.

## Debate Society, USA
*Advisor: Dr. Zohair Husain*
*Phone: 460-7203*

Support and promote students who have an interest in the art of debating.

◆

## Equestrian Club
*Advisor: Rynn Toifel*
*Phone: 471-7937*

To learn different aspects of equine sportsmanship, horsemanship, safety and fun.

◆

## Flag Football, USA
*Advisor: Mr. P. Pagan*
*Phone: 471-7300*

To administer and promote the University and our state flag football tournament; to help implement recreational policies for the benefit of USA.

## Shotokan Karate Club, USA
*Advisor: Ms. Y. Marchand*
*Phone: 431-2239*

To promote and encourage the sport of Skotokan Karate and to select USA team for competition.

◆

## Sports Official's Association, USA
*Advisor: Dr. Philip Theodore*
*Phone: 460-6065*

Promotes recreation and intramural activities on campus.

◆

## Taiji Club, USA
*Advisor: Dr. Thomas Brennan*
*Phone: 460-6146*

To promote health, well-being and martial arts.

◆

## Women's Soccer Club, USA
*Advisor: Roy Patton*
*Phone: 460-7123*

To establish a women's soccer club and eventually a USA Women's Varsity Soccer Team.

## Biomedical Sciences Club
*Advisor: Dr. Stephen Itaya*
*Phone: 460-6386*

Provides students with exposure to various career opportunities.

◆

## National Student Speech, Language and Hearing Association
*Advisor: Mary Beth Hardaway*
*Phone: 380-3600*

Provides affiliation with other professionals in the field.

## Rad Tech Club
*Advisor: Charles Newell*
*Phone: 434-3456*

Promotes professional ethics and increased knowledge and expertise in radiological procedures and advancements.

## Student Physical Therapy Association
*Advisor: Charles Gray*
*Phone: 434-3575*

To promote an interest in Physical Therapy, to develop group unity, and to promote a professional acquaintance with Physical Therapy departments and other organizations on a community, state and national level.

2

▉ 0533

**Air Force Reserve Officer Training Corps**
*Advisor: Capt. William P. Gorr*
*Phone: 460-7211*

To provide instruction to all cadets in a university environment to become leaders in the USAF.

◆

**Alpha Epsilon Delta**
*Advisor: Dr. T.G. Jackson*
*Phone: 460-6181*

Encourages excellence and exemplary character.

◆

**Alpha Kappa Delta**
*Advisor: Dr. Audwin Anderson*
*Phone: 460-6347*

International Honor Society for Sociology Students.

◆

**Anthropology Club**
*Advisor: Noel Stowe*
*Phone: 460-6347*

Promotes an interest in anthropology and/or archaeology on campus and in the community.

◆

**Criminal Justice Administration**
*Advisor: Dr. Allen Anderson*
*Phone: 460-7161*

To provide opportunities for interaction between students interested in criminal justice and professionals working in criminal justice fields.

◆

**English Club**
*Advisor: Dr. Louise Smith*
*Phone: 460-6146*

Provides an outlet for student interests in English. English-related courses. the arts. and cultural events.

**Geography Club, USA**
*Advisor: Dr. Glenn Sebastian*
*Phone: 460-6381*

To familiarize students with extra geographic activities by going on field trips and raising money for natural hazard victims.

◆

**Geology Club**
*Advisor: Dr. David Allison*
*Phone: 460-6381*

Promotes interest in the earth sciences and promotes fellowship including field trips and visual aids.

◆

**Lambda Alpha**
*Advisor: Dr. Mark Morbert*
*Phone: 460-6347*

To encourage and stimulate scholarship and research in Anthropology by recognizing and honoring superior achievement.

◆

**Mathematics Society, USA**
*Advisor: Dr. Daniel Silver*
*Phone: 460-6264*

Promotes the art and science of mathematics. Provides educational and social activities.

◆

**Medieval Culture Society**
*Advisor: Dr. James Whitman*
*Phone: 460-6146*

Researches and instructs about and recreates the Middle Ages through arts, crafts and public demonstrations.

◆

**Phi Alpha Theta**
*Advisor: Dr. Howard Mahan*
*Phone: 460-6210*

Honor Society for history majors.

**Philosophical Foundations, USA**
*Advisor: Dr. Robert Greenwood*
*Phone: 460-2563*

To inspire provoking thought on subjects of importance to the intellectual growth of our academic career.

◆

**Pre-Law Association**
*Advisor: No advisor at this time*
*Phone: 460-7161*

To assist students in the preparation for the vigors of law school admission and a career in law.

◆

**Psi Chi**
*Advisor: Dr. Jerrold Downey*
*Phone: 460-6321*

National honor society for psychology majors.

◆

**Public Relations Student Society**
*Advisor: Donna Robinson*
*Phone: 460-2800*

To promote study of Public Relations.

◆

**Scabbard and Blade**
*Advisor: Capt. John Eichler*
*Phone: 460-6341*

Professional military organization.

◆

**Sigma Alpha Iota**
*Advisor: Dr. Andra Bohnet*
*Phone: 460-6136*

Professional music fraternity for women.

◆

**Sigma Tau Theta (Statistics Club)**
*Advisor: Dr. Dulal Bhaumik*
*Phone: 460-6264*

Promotes the science of statistics, and provides opportunities for educational and social activities.

### Sigma Theta Tau
*Advisor: Dr. Carol Clements*
*Phone: 434-3521*

Honor Society for Nursing majors.

◆

### Society of Physics Students
*Advisor: Dr. Raymond Clark*
*Phone: 460-6224*

To encourage the interest, knowledge, and advancement of the science of physics.

### Student Art Association
*Advisor: Dr. Philippe Oszuscik*
*Phone: 460-6335*

Promotes the artistic integrity of art students at USA. Gives students the opportunity to interact with community professionals.

◆

### Symphony Band, USA
*Advisor: Greg Gruner*
*Phone: 460-6136*

To provide students with opportunity for self expression through the media of the concert band.

### The USA Players
*Advisor: Rebecca Britton*
*Phone: 460-6305*

Promotes interest and excitement in the theatre. Increases community awareness in Theatre USA.



### Accounting Club
*Advisor: Dr. Jean McIver*
*Phone: 460-6146*

Provides contact with the business community. Provides opportunities for practical accounting services.



### Alpha Kappa Psi
*Advisor: Dr. A.K. Barakeh*
*Phone: 460-7161*

Professional business fraternity for business majors.

◆

### American Marketing Association
*Advisor: Dr. James Grant*
*Phone: 460-6730*

Promote better understanding of marketing careers.

### Beta Alpha Psi
*Advisor: Dr. Anne J. Sylvester*
*Phone: 460-6144*

Recognizes outstanding academic achievements in the field of accounting.

◆

### Delta Nu Alpha
*Advisor: Dr. Janice Bowers*
*Phone: 460-6412*

Promotes knowledge of traffic and transportation among its members.

◆

### Financial Management Association
*Advisor: Dr. A.M. Agapos*
*Phone: 460-7171*

Bringing together students, professors, and professionals for their mutual benefit to gain experience and knowledge in the area of finance and economics.

### Phi Chi Theta
*Advisor: Martha Stevens*
*Phone: 460-7176*

Professional business fraternity for women and men.

◆

### Propeller Club
*Advisor: Dr. Janice Bowers*
*Phone: 460-6412*

Exposes members to current information about transportation fields.

◆

### Society of Human Resource Management (SHRM)
*Advisor: Dr. Edward Harrison*
*Phone: 460-6715*

To promote an interest in the business field.

▓ 0535

## Association of Computing Machinery
*Advisor: Steve Atkins*
*Phone: 460-6390*

Computer Club which improves the learning environment by sponsoring various professional events.

## Instructional Design and Development Student Group (IDD)
*Advisor: Dr. Jack Dempsey*
*Phone: 460-6201*

To promote networking among IDD students, alumni and College of Education faculty.

◆

## Kappa Delta Pi
*Advisor: Dr. Rosalind Hale*
*Phone: 460-7141*

National Honor Society for Education majors.

## Leisure Services Association
*Advisor: Catherine O'Keefe*
*Phone: 460-7131*

Unites leisure services majors and minors and furthers their professional advancements in the field.

◆

## S.H.A.P.E. Club (Student Health and Physical Education)
*Advisor: No advisor at this time.*
*Phone: 460-7131*

Promotes interest in the field of Health. Physical Education and Leisure Services.

## Student Council for Exceptional Children
*Advisor: Barbara Phillips*
*Phone: 460-6680*

Presents students with opportunities to improve professional standards in the field of exceptional children and youth.

0536

5

### American Chemical Society/ Student Affiliates
*Advisor: Dr. Sidney Young*
*Phone: 460-6181*

Creates a better understanding of the professions of chemistry and chemical engineering and their benefits to modern societies.

◆

### American Institute of Chemical Engineers (AIChE)
*Advisor: Dr. Jagdish C. Dhawan*
*Phone: 460-6160*

Promotes professional interest in chemical engineering.

◆

### American Society of Civil Engineers
*Advisor: Dr. Joseph Olsen*
*Phone: 460-6174*

Promotes professional interest in the study of civil engineering.

◆

### American Society of Heating, Refrigeration, and Air Conditioning
*Advisor: Dr. Lanier Cauley*
*Phone: 460-6168*

Encourages educational and professional advancement of its members.

### American Society of Mechanical Engineers
*Advisor: Dr. Lanier Cauley*
*Phone: 460-6168*

Provides opportunities for leadership in engineering service and society.

◆

### Engineering Student Council
*Advisor: Dr. Wilford Raburn*
*Phone: 460-6140*

To unite the various departments of engineering and the engineering student organizations, with regard to common interests.

◆

### Eta Kappa Nu
*Advisor: Dr. Russell Hayes*
*Phone: 460-6117*

Electrical engineering honor society.

◆

### Institute of Electrical and Electronic Engineers (IEEE)
*Advisor: Dr. Arifur Bahman*
*Phone: 460-6117*

Promotes the advancement of the theory·and practice of electrical engineering, electronics, computer engineering and computer science.

### National Society of Black Engineers
*Advisor: Dr. C. Ramage*
*Phone: 460-6168*

To increase Black and other ethnic minority participation in engineering and applied science fields.

◆

### Pi Tau Sigma
*Advisor: Dr. Eugene Odell*
*Phone: 460-6168*

Honorary organization for mechanical engineering students.

◆

### Society of Women Engineers
*Advisor: Dr. Francis Donovan*
*Phone: 460-6168*

Encourages communication between students and the community.

◆

### Tau Beta Pi
*Advisor: Dr. Micheal Hamid*
*Phone: 460-7512*

Honor society for engineering students. Strives to improve engineering education.

8 0537

## *Fraternities*

| | | |
|---|---|---|
| Alpha Phi Alpha | Phi Kappa Sigma | Sigma Alpha Epsilon |
| Kappa Alpha Order | Pi Kappa Alpha | Sigma Chi |
| Kappa Alpha Psi | Pi Kappa Phi | Tau Kappa Epsilon |
| Kappa Sigma | | |

## *Sororities*

| | | |
|---|---|---|
| Alpha Gamma Delta | Chi Omega | Phi Mu |
| Alpha Kappa Alpha | Delta Sigma Theta | Zeta Phi Beta |
| Alpha Omicron Pi | Kappa Delta | |

◆

**FRATERNITIES AND SORORITIES MAY BE REACHED AT**

OFFICE OF CAMPUS INVOLVEMENT
131 UNIVERSITY CENTER
460-7003

### Abeneefoo Kuo
*Advisor: Dr. Jean McIver*
*Phone: 460-6146*

Recognizes the academically talented black student.

◆

### Alpha Chi
*Advisor: Dr. David Nelson*
*Phone: 460-6331*

Promotes academic excellence and exemplary character.

◆

### Alpha Lambda Delta
*Advisor: Paula Smith*
*Phone: 460-7144*

Freshman honor society.

### Mortar Board
*Advisor: Father Dorrill*
*Phone: 460-6146*

National honor society recognizing scholarship, leadership, and service for seniors.

◆

### Omicron Delta Kappa
*Advisor: Carol Jackson*
*Phone: 460-6315*

National Leadership honor society.

◆

### Order of Omega
*Advisor: Melinda Lewis*
*Phone: 460-7003*

Honorary organization for Greeks.

### Phi Eta Sigma
*Advisor: Dr. Dale Adams*
*Phone: 460-6171*

Academic honorary organization for freshmen.

◆

### Phi Kappa Phi
*Advisor: Judith Burnham*
*Phone: 471-7855*

Honor society for upper-classmen.

### Alpha Area Council
*Advisor: Chelley Burton*
*Phone: 460-6391*

To promote residence life and to provide direct contact with Alpha residents.

◆

### Beta/Gamma Area Council
*Advisor: Marian Williams*
*Phone: 460-6465*

Provides an open forum where residents can enhance their residence life experience.

### Delta Area Council
*Advisor: Terry Bowen*
*Phone: 460-6315*

Promotes resident life and provides direct contact with Delta residents.

◆

### Epsilon Area Council
*Advisor: Samantha Rimmel*
*Phone: 460-7870*

To promote residence life and to provide direct contact with Epsilon residents.

### National Residence Hall Honorary (NRHH)
*Advisor: Carol Jackson*
*Phone: 460-6315*

To recognize the top 1% of those students living in the residence halls who have been of outstanding service, leadership and provided advancement in the resident community.

0539

## Asean Student Association
*Advisor: Stephen Cottrell*
*Phone: 460-6050*

To assist Southeast Asian students adjusting to their new environment and college life through planned and organized activities.

◆

## Association of African Students
*Advisor: Dr. Christopher Dyer*
*Phone: 460-6347*

To provide representation for African students in CISO.

◆

## Association of Students of India
*Advisor: Dr. Sankoorika Varghese*
*Phone: 460-6224*

Promotes free interchange about the culture and heritage of India among USA students and staff.

◆

## Caribbean Students Association
*Advisor: Dr. F. Perez-Pineda*
*Phone: 460-6291*

To promote greater understanding of the culture and customs of the Caribbean Islands.

◆

## Chinese Students Association
*Advisor: Dr. George Sun*
*Phone 460-6248*

Provides service to new Chinese Students.

## Chinese Student Scholar Association (CSSA)
*Advisor: Dr. Herbert Winkler*
*Phone: 460-6108*

Promotes mutual understanding and friendships between Chinese students and students of all countries.

◆

## Club Hispanico
*Advisor: Mary Garrett*
*Phone: 460-6291*

Furthers appreciation and awareness of Hispanic culture.

◆

## European Students
*Advisor: Dr. James Swofford*
*Phone: 460-6705*

Develops bond of understanding between European student and the University.

◆

## International Council (CISO)
*Advisor: Stephen Cottrell*
*Phone: 460-6050*

Provides a stage for people with different cultural backgrounds to exchange ideas and cultivate relationships.

◆

## International Studies Club
*Advisor: Dr. S. Morris*
*Phone: 460-7162*

To promote global understanding and awareness of international issues and to act as a liaison between the international community of Mobile and USA students.

## Latin American Student Association
*Advisor: Dr. F. Perez-Pineda*
*Phone: 460-6291*

Encourage the spirit of brotherhood among the Latin American students and community.

◆

## Malaysian Islamic Student Association
*Advisor: Dr. M. Zohair Hussain*
*Phone: 460-7161*

To promote and maintain the welfare and interests of Malaysian Islamic students in the USA as well as to promote closer relationships within members and the USA students and local community.

◆

## Pakistan Students Association
*Advisor: Dr. Zohair Hussain*
*Phone: 460-7161*

Creates good will between Pakistani students and other USA students.

◆

## Vietnamese Student Association
*Advisor: Stephen Cottrell*
*Phone: 460-6050*

Unites Vietnamese students, provides academic support, and exposes the Vietnamese culture.

## Alpha Omega Alpha
*Advisor: Dr. Betsy Bennett*
*Phone: 471-7786*

Medical Honor Society. Recognizes excellence in the medical field.

◆

## American Medical Association - Medical Student Section
*No advisor at this time.*

To improve medical education and to further professional excellence.

## Basic Medical Sciences Student Organization
*Advisor: Dr. Herbert Winkler*
*Phone: 460-6108*

To unify the Basic Medical Sciences, College of Medicine, the rest of the University and the scientific community.

◆

## Christian Medical and Dental Society
*Advisor: Dr. Ronald Allison*
*Phone: 471-7900*

To provide Christian learning and fellowship that can be applied to the medical practice.

## Student Sports Medicine Association, USA
*Advisor: Paul Newman*
*Phone: 460-6874*

Promotes a good working relationship among the student athlete trainers, the athletes, and the athletic department.

## National Student Nurses Association
*Advisor: Vera Douglas*
*Phone: 434-3410*

NSNA is an association for nursing students that prepares students for involvement in professional associations.

## Nurses' Christian Fellowship
*Advisor: Robin Bingham*
*Phone: 434-3410*

To strengthen the spiritual life of members through fellowhip, Bible study, and prayer.

10

0541

### Baptist Campus Ministries
*Advisor: Mike Nuss*
*Phone: 344-5904*

Spreads the message of Christianity and provides a Christian environment where students can meet.

◆

### Christian Student Ministry
*Advisor: Barry Hendrick*
*Phone: 460-0010*

To help all USA students to have the best possible relationship with God through Jesus Christ.

### Chi Alpha Campus Ministry
*Advisor: Andrew McCrory*
*Phone: 342-1824*

Support group for Christian students on campus.

◆

### Muslim Students Association
*Advisor: Dr. Arifur Rahman*
*Phone: 460-7900*

A forum in which Muslim students' cultural, religious and social needs are met.

### Newman Club
*Advisor: Fr. James Dorrill*
*Phone: 460-6146*

To promote spiritual and social welfare of Catholic students on campus.

◆

### Wesley Foundation
*Advisor: Sandra Brining*
*Phone: 460-7075*

Provides fellowship, for spiritual and personal growth among members.

◆

### Youth Outreach Ministry
*Advisor: Yolanda Sims*
*Phone: 460-7212*

To promote, cultivate, and meet the needs of the black student body at USA.

### Circle K
*Advisor: Lyle B. Miller*
*Phone: 460-6305*

Sponsored by the Kiwanis Club. Promotes service, leadership, and excellence.

### Into The Streets
*Advisor: Melinda Lewis*
*Phone: 460-7003*

To promote community service activities among student organizations.

### Tour de Force
*Advisor: Jean Hooker*
*Phone: 460-7131*

Honorary service organization of the College of Education. Serve as goodwill ambassadors for the City of Mobile and USA.

## Campus Watch
*Advisor: Peggy Ramey*
*Phone: 460-7880*

To enhance security and crime prevention services already provided and expand the eyes and ears of USA Police Department.

◆

## College Democrats, USA
*Advisor: Dr. Samuel Fisher*
*Phone: 460-7161*

To promote Democratic Party politics, strategies, campaigns, and to propagate the ideals of the Democratic party.

◆

## College Republican Club
*Advisor: Dr. Michael Doran*
*Phone: 460-6390*

To foster and encourage the activities of the Republican Party, assist in the election fo Republican candidates to local, state and national office.

◆

## Conflict Simulations Society (CSS)
*Advisor: Dr. George Braine*
*Phone: 460-6146*

To provide role-playing game sessions for relaxation of students

◆

## Deep South Model United Nations
*Advisor: Dr. Zohair Husain*
*Phone: 460-7161*

Promotes world understanding through mock United Nations.

◆

## Environmental Concerns Organizations (ECO)
*Advisor: Dr. Jim Langdon*
*Phone: 460-7533*

To exchange ideas and information, and to develop positive environmental activities.

◆

## Gay, Lesbian & Bisexual Alliance
*Advisor: Dr. Lawrence Schehr*
*Phone: 460-6291*

To provide a foundation for unification for homosexual and non-homosexual students and to educate the University community on the fears and dangers of homophobia.

◆

## The Harbinger
*Advisor: Dr. Edmund Tsang*
*Phone: 460-6168*

To promote ideas and education on campus and in the community; to promote alternative music and culture.

## Outdoors, USA
*Advisor: Dr. Thomas Swearingen*
*Phone: 460-7131*

Provide opportunities for outdoor recreation focusing on: backpacking, canoeing, kayaking, cycling, etc.

◆

## Ranger Club
*Advisor: Capt. John Eichler*
*Phone: 460-6341*

Teaches students some of the tactics employed by the elite United States Army Rangers.

◆

## STAR (Students Together Against Racism)
*Advisor: Dr. Dorothy McIver*
*Phone: 460-6146*

To encourage friendship and association between racial groups, and increase multi-racial participation.

■ 0543

# Student Services

the

# gang's ALL HERE



University of
South Alabama

Student Organizations Directory

0545

1992-93

Abeneefoo Kuo ................................................ 10
Accounting Club .............................................. 6
Air Force Reserve Officer Training Corps:
    Cadet Corps .............................................. 5
Alabama Conservancy, USA ......................... 14
Alpha Area Council ........................................ 10
Alpha Chi ........................................................ 10
Alpha Epsilon Delta ......................................... 5
Alpha Gamma Delta .......................................... 9
Alpha Kappa Alpha .......................................... 9
Alpha Kappa Delta ............................................ 5
Alpha Kappa Psi ............................................... 6
Alpha Lambda Delta ........................................ 10
Alpha Omega Alpha ......................................... 12
Alpha Omicron Pi .............................................. 9
Alpha Phi Alpha ................................................. 9
American Chemical Society/
    Student Affiliates .......................................... 5
American Institute of Chemical
    Engineers (AIChE) ....................................... 8
American Marketing Association ..................... 6
American Medical Association-
    Medical Student Section ............................ 12
American Society of Civil Engineers ............... 8
American Society of Heating, Refrigeration,
    and Air Conditioning .................................... 8
American Society of Mechanical
    Engineers ..................................................... 8
Anthropology Club ............................................ 5
Asean Student Association ............................. 11
Association of Computing Machinery ............... 7
Association of Students of India ..................... 11
Baptist Campus Ministries ............................. 13
Basic Medical Science Student
    Organization ............................................... 12
Beta Alpha Psi .................................................. 6
Beta/Gamma Area Council .............................. 10
Biomedical Sciences Club ................................ 4
Black Student Union ........................................ 15
Campus Advance for Christ ............................ 13
Campus Recreation Improvement
    Board (C.R.I.B.) ............................................. 5
Campus Watch ................................................ 14
Caribbean Students Association ..................... 11
Chess Club & Team ........................................... 4
Chi Alpha Campus Ministry ........................... 13
Chi Omega ........................................................ 9
Chinese Students Association ........................ 11
Chinese Student Scholars Association .......... 11
Christian Medical & Dental Society ............... 12
Circle K ............................................................. 13
Club Hispanico ................................................ 11
Club Volleyball .................................................. 4
College Bowl Club, USA .................................... 4
Conflict Simulations Society .......................... 14

Dance Team, USA .............................................. 4
Debate Society .................................................. 4
Deep South Model United Nations ................. 14
Delta Area Council .......................................... 10
Delta Nu Alpha .................................................. 6
Delta Sigma Theta ............................................ 9
Environmental Awareness for
    Resources That Help (EARTH) ................. 14
Engineering Student Council ........................... 8
English Club ....................................................... 5
Epsilon Area Council ....................................... 10
Equestrian Club ................................................. 4
Eta Kappa Nu .................................................... 8
European Students .......................................... 11
Fab 50 .............................................................. 15
Financial Management Association ................. 6
Flag Football, USA ............................................ 4
Gay & Lesbian Student Alliance ..................... 14
Geographic Society, USA .................................. 5
Geological Society ............................................ 5
Harbinger, The ................................................. 14
Instructional Design & Development
    Student Group (IDD) .................................... 7
Institute of Electrical & Electronic
    Engineers (IEEE) .......................................... 8
Interfraternity Council .................................... 15
International Council (CISO) ........................... 11
International Studies Club .............................. 11
Jaguar Productions ......................................... 25
Kappa Alpha Order ........................................... 9
Kappa Alpha Psi ................................................ 9
Kappa Delta ....................................................... 9
Kappa Delta Pi .................................................. 7
Kappa Sigma ..................................................... 9
Knights, The .................................................... 14
Lambda Alpha ................................................... 5
Latin American Student Association ............... 11
Leisure Services Association ............................ 7
Malaysian Islamic Student Association ......... 11
Mathematics Society, USA ............................... 5
Medieval Culture Society .................................. 5
Mortar Board ................................................... 10
Muslim Students Association ......................... 13
National Residence Hall
    Honorary (NRHH) ........................................ 10
National Student Nurses Association ........... 12
National Student Speech,
    Language & Hearing Association ................. 4
Newman Club .................................................. 13
Ocean Club ...................................................... 14
Omicron Delta Kappa ...................................... 10
Order of Omega ............................................... 10
Outdoors, USA ................................................ 14
Pakistan Students Association ....................... 11
Panhellenic Council ........................................ 15

Peer Helpers .................................................... 15
Phi Alpha Theta ................................................ 5
Phi Chi Theta .................................................... 6
Phi Eta Sigma .................................................. 10
Phi Kappa Phi .................................................. 10
Phi Kappa Sigma ............................................... 9
Phi Mu ............................................................... 9
Pi Kappa Alpha .................................................. 9
Pi Kappa Phi ...................................................... 9
Pi Tau Sigma ..................................................... 8
Philosophical Foundation, U.S.A.
    (Philosophy Club) ......................................... 5
Pre-Law Association .......................................... 5
Propeller Club .................................................... 6
Psi Chi ............................................................... 5
Public Relations Society .................................... 5
Rad Tech Club ................................................... 4
Ranger Club ..................................................... 14
Residence Life Council .................................... 15
Scabbard & Blade ............................................. 5
S.H.A.P.E. Club (Student Health and
    Physical Education) ...................................... 7
Sigma Alpha Epsilon ......................................... 9
Sigma Alpha Iota ............................................... 5
Sigma Chi .......................................................... 9
Sigma Tau Theta (Statistics Club) ................... 5
Skotokan Karate Club, USA ............................. 4
Society of Human Resource
    Management (SHRM) .................................... 6
Society of Physics Students ............................. 6
Society of Women Engineers ............................ 8
Southerners, USA ........................................... 15
Sports Official's Association, USA ................... 4
Student Art Association ..................................... 6
Student Council for Exceptional Children ........ 7
Student Government Association ................... 15
Student Physical Therapy Association ............ 4
Student Sports Medicine
    Association, USA .......................................... 12
STAR (Students Together Against
    Racism) ........................................................ 14
Symphony Band, USA ........................................ 6
Tau Beta Pi ........................................................ 8
Tau Kappa Epsilon ............................................ 9
Tour de Force .................................................... 7
USA Players, The ............................................... 6
Vanguard, The ................................................. 15
Vietnamese Student Association .................... 11
Wesley Foundation .......................................... 13
Women's Soccer Club, USA .............................. 4
Young Democrats ............................................ 14
Young Republicans .......................................... 14
Youth Outreach Ministry ................................ 13
Zeta Phi Beta .................................................... 9
Zeta Tau Alpha .................................................. 9

0546

# UNIVERSITY OF SOUTH ALABAMA

COORDINATOR OF
STUDENT ACTIVITIES



TELEPHONE: (205) 460-7003
UC • MOBILE, ALABAMA 36688

Dear USA Student,

The purpose of this directory is to provide students with information about all of USA's registered student organizations. We publish the directory in hopes that you will contact the organizations that you are interested in and become involved in the campus community. According to some researchers, involvement in out-of-class activities, such as student organizations, affects students in the following ways:

— they have a more positive attitude about their college education, their living environment, the social life on campus, and they feel more positive about their academic major,

— they are more likely than students who are not involved to have contact with faculty and are more likely to graduate,

— involvement in out-of-class activities is positively related to job success, managerial performance, and corporate leadership positions, and

— students who were involved in college attribute some of their job success after college to participation in out-of-class activities.

We recommend that you spend some time at the beginning of each quarter thinking about your needs and your time schedule. Take all of your obligations into consideration as you do this (i.e. school, work, family, etc.) to determine if you have any time to give to out-of-class activities. We encourage you to find the time to be a member of at least one student organization per quarter. If you find that you have the time, refer to this directory to discover which organization(s) fit your interests. You will probably find that there are some groups who are based on activities that you are interested in.

If there are groups that you are interested in, please contact the advisor to receive more information about their activities, requirements, and time obligations. Please realize that all general and specific academic honoraries require specific criteria for membership. This, these groups will contact you if you meet their requirements. All other organizations with the exception of the Greeks (they will have a formal rush period in the fall and can be contacted through the Student Activities Office) can be contacted at your convenience for more information.

Involvement in out-of-class activities is an excellent educational opportunity for all students, so please take advantage of your resources. JOIN THE GANG!

Sincerely,

Stephen P. Fuller

Stephen P. Fuller
Coordinator of Student Activities

AN AFFIRMATIVE ACTION/EQUAL OPPORTUNITY EDUCATIONAL INSTITUTION

### Chess Club & Team
*Advisor: Dr. Michael Doran*
*Phone: 460-6390*

Promotes and encourages chess play and competition.

◆

### Club Volleyball
*Advisor: Brenda Bowlin*
*Phone: 460-7124*

To promote the sport of volleyball.

◆

### College Bowl Club, USA
*Advisor: Steve Fuller*
*Phone: 460-7003*

To represent USA in academic competition and try to build a reputation for USA as a quality academic institution.

◆

### Dance Team, USA
*Advisor: Phyllis Fulford*
*Phone: 343-4825*

Entertains through dance at various University and community functions.

### Debate Society
*Advisor: Dr. Zohair Husain*
*Phone: 460-7203*

Support and promote students who have an interest in the art of debating.

◆

### Equestrian Club
*Advisor: Rynn Toifel*
*Phone: 471-7937*

To learn different aspects of equine sportsmanship, horsemanship, safety and fun.

◆

### Flag Football, USA
*Advisor: Mr. P. Pagan*
*Phone: 471-7300*

To administer and promote the University and our state flag football tournament; to help implement recreational policies for the benefit of USA.

### Skotokan Karate Club, USA
*Advisor: Ms. Y. Marchand*
*Phone: 431-2239*

To promote and encourage the sport of Skotokan Karate and to select USA team for competition.

◆

### Sports Official's Association, USA
*Advisor: Dr. Philip Theodore*
*Phone: 460-6065*

Promotes recreation and intramural activities on campus.

◆

### Women's Soccer Club, USA
*Advisor: Roy Patton*
*Phone: 460-7123*

To establish a women's soccer club and eventually a USA Women's Varsity Soccer Team.

### Biomedical Sciences Club
*Advisor: Dr. Stephen Itaya*
*Phone: 460-6386*

Provides students with exposure to various career opportunities.

◆

### National Student Speech, Language and Hearing Association
*Advisor: Mary Beth Hardaway*
*Phone: 380-3600*

Provides affiliation with other professionals in the field.

### Rad Tech Club
*Advisor: Charles Newell*
*Phone: 434-3456*

Promotes professional ethics and increased knowledge and expertise in radiological procedures and advancements.

### Student Physical Therapy Association
*Advisor: Charles Gray*
*Phone: 434-3575*

To promote an interest in Physical Therapy, to develop group unity, and to promote a professional acquaintance with Physical Therapy departments and other organizations on a community, state and national level.

4

0548

## Air Force Reserve Officer Training Corps: Cadet Corps
*Advisor: Capt. Michael McKinnon*
*Phone: 460-7211*

To provide instruction to all cadets in a university environment to become leaders in the USAF.

◆

## Alpha Epsilon Delta
*Advisor: Dr. T.G. Jackson*
*Phone: 460-6181*

Encourages excellence and exemplary character.

◆

## Alpha Kappa Delta
*Advisor: Dr. Audwin Anderson*
*Phone: 460-6347*

International Honor Society for Sociology Students.

◆

## American Chemical Society/ Student Affiliates
*Advisor: Dr. Sidney Young*
*Phone: 460-6181*

Creates a better understanding of the professions of chemistry and chemical engineering and their benefits to modern societies.

◆

## Anthropology Club
*Advisor: Noel Stowe*
*Phone: 460-6347*

Promotes an interest in anthropology and/or archaeology on campus and in the community.

◆

## English Club
*Advisor: Dr. Louise Smith*
*Phone: 460-6146*

Provides an outlet for student interests in English, English-related courses, the arts, and cultural events.

## Geographic Society, USA
*Advisor: Dr. Glenn Sebastian*
*Phone: 460-6381*

To familiarize students with extra geographic activities by going on field trips and raising money for natural hazard victims.

◆

## Geological Society
*Advisor: Dr. David Allison*
*Phone: 460-6381*

Promotes interest in the earth sciences and promotes fellowship including field trips and visual aids.

◆

## Lambda Alpha
*Advisor: Dr. Mark Morbert*
*Phone: 460-6347*

To encourage and stimulate scholarship and research in Anthropology by recognizing and honoring superior achievement.

◆

## Mathematics Society, USA
*Advisor: Dr. Daniel Silver*
*Phone: 460-6264*

Promotes the art and science of mathematics. Provides educational and social activities.

◆

## Medieval Culture Society
*Advisor: Dr. James Whitman*
*Phone: 460-6146*

Researches and instructs about and recreates the Middle Ages through arts, crafts and public demonstrations.

◆

## Phi Alpha Theta
*Advisor: Dr. Howard Mahan*
*Phone: 460-6210*

Honor Society for history majors.

## Philosophical Foundations, USA
*Advisor: Dr. Robert Greenwood*
*Phone: 460-2563*

To inspire provoking thought on subjects of importance to the intellectual growth of our academic career.

◆

## Pre-Law Association
*Advisor: Dr. Allen Anderson*
*Phone: 460-7161*

To assist students in the preparation for the vigors of law school admission and a career in law.

◆

## Psi Chi
*Advisor: Dr. Jerrold Downey*
*Phone: 460-6321*

National honor society for psychology majors.

◆

## Public Relations Society
*Advisor: Dr. Jeffrey Springston*
*Phone: 460-6301*

To promote study of Public Relations.

◆

## Scabbard and Blade
*Advisor: Capt. John Eichler*
*Phone: 460-6341*

Professional military organization.

◆

## Sigma Alpha Iota
*Advisor: Dr. Andra Bohnet*
*Phone: 460-6136*

Professional music fraternity for women.

◆

## Sigma Tau Theta (Statistics Club)
*Advisor: Dr. Dulal Bhaumik*
*Phone: 460-6264*

Promotes the science of statistics, and provides opportunities for educational and social activities.



### Society of Physics Students
*Advisor: Dr. Raymond Clark*
*Phone: 460-6224*

To encourage the interest, knowledge, and advancement of the science of physics.

◆

### Student Art Association
*Advisor: Dr. Philippe Oszuscik*
*Phone: 460-6335*

Promotes the artistic integrity of art students at USA. Gives students the opportunity to interact with community professionals.

### Symphony Band, USA
*Advisor: Dr. Mark Rogers*
*Phone: 460-6695*

To provide students with opportunity for self expression through the media of the concert band.

### The USA Players
*Advisor: Rebecca Britton*
*Phone: 460-6305*

Promotes interest and excitement in the theatre. Increases community awareness in Theatre USA.

### Accounting Club
*Advisor: Dr. Jean McIver*
*Phone: 460-6146*

Provides contact with the business community. Provides opportunities for practical accounting services.

◆

### Alpha Kappa Psi
*Advisor: Dr. A.K. Barakeh*
*Phone: 460-7161*

Professional business fraternity for business majors.

◆

### American Marketing Association
*Advisor: Dr. James Grant*
*Phone: 460-6730*

Promote better understanding of marketing careers.

### Beta Alpha Psi
*Advisor: Dr. Anne J. Sylvester*
*Phone: 460-6144*

Recognizes outstanding academic achievements in the field of accounting.

◆

### Delta Nu Alpha
*Advisor: Dr. Janice Bowers*
*Phone: 460-6412*

Promotes knowledge of traffic and transportation among its members.

◆

### Financial Management Association
*Advisor: Dr. A.M. Agapos*
*Phone: 460-7171*

Bringing together students, professors, and professionals for their mutual benefit to gain experience and knowledge in the area of finance and economics.

### Phi Chi Theta
*Advisor: Martha Stevens*
*Phone: 460-7176*

Professional business fraternity for women.

◆

### Propeller Club
*Advisor: Dr. Janice Bowers*
*Phone: 460-6412*

Exposes members to current information about transportation fields.

◆

### Society of Human Resource Management (SHRM)
*Advisor: Dr. Edward Harrison*
*Phone: 460-6715*

To promote an interest in the business field.

0550

## Association of Computing Machinery
*Advisor: Steve Atkins*
*Phone: 460-6390*

Computer Club which improves the learning environment by sponsoring various professional events.

## Instructional Design and Development Student Group (IDD)
*Advisor: Dr. Jack Dempsey*
*Phone: 460-6201*

To promote networking among IDD students, alumni and College of Education faculty.

◆

## Kappa Delta Pi
*Advisor: Dr. Jean Watts*
*Phone: 460-7131*

National Honor Society for Education majors.

## Leisure Services Association
*Advisor: Catherine O'Keefe*
*Phone: 460-7131*

Unites leisure services majors and minors and furthers their professional advancements in the field.

◆

## S.H.A.P.E. Club (Student Health and Physical Education)
*Advisor: Dr. Jean Watts*
*Phone: 460-7131*

Promotes interest in the field of Health, Physical Education and Leisure Services.

## Student Council for Exceptional Children
*Advisor: Barbara Phillips*
*Phone: 460-6680*

Presents students with opportunities to improve professional standards in the field of exceptional children and youth.

◆

## Tour de Force
*Advisor: Jean Hooker*
*Phone: 460-7131*

Honorary service organization of the College of Education. Serves as goodwill ambassadors.

## American Institute of Chemical Engineers (AIChE)
*Advisor: Dr. Jagdish C. Dhawan*
*Phone: 460-6160*

Promotes professional interest in chemical engineering.

◆

## American Society of Civil Engineers
*Advisor: Dr. Joseph Olsen*
*Phone: 460-6174*

Promotes professional interest in the study of civil engineering.

◆

## American Society of Heating, Refrigeration, and Air Conditioning
*Advisor: Dr. Lanier Cauley*
*Phone: 460-6168*

Encourages educational and professional advancement of its members.

◆

## American Society of Mechanical Engineers
*Advisor: Dr. Lanier Cauley*
*Phone: 460-6168*

Provides opportunities for leadership in engineering service and society.

## Engineering Student Council
*Advisor: Dr. Russell Hayes*
*Phone: 460-6117*

To unite the various departments of engineering and the engineering student organizations, with regard to common interests.

◆

## Eta Kappa Nu
*Advisor: Dr. Russell Hayes*
*Phone: 460-6117*

Electrical engineering honor society.

◆

## Institute of Electrical and Electronic Engineers (IEEE)
*Advisor: Dr. Arifur Bahman*
*Phone: 460-6117*

Promotes the advancement of the theory and practice of electrical engineering, electronics, computer engineering and computer science.

◆

## Pi Tau Sigma
*Advisor: Dr. Eugene Odell*
*Phone: 460-6168*

Honorary organization for mechanical engineering students.

## Society of Women Engineers
*Advisor: Dr. Francis Donovan*
*Phone: 460-6168*

Encourages communication between students and the community.

◆

## Tau Beta Pi
*Advisor: Dr. Behic Gungor*
*Phone: 460-6118*

Honor society for engineering students. Strives to improve engineering education.

0552

## *Fraternities*

| | | |
|---|---|---|
| Alpha Phi Alpha | Phi Kappa Sigma | Sigma Alpha Epsilon |
| Kappa Alpha Order | Pi Kappa Alpha | Sigma Chi |
| Kappa Alpha Psi | Pi Kappa Phi | Tau Kappa Epsilon |
| Kappa Sigma | | |

## *Sororities*

| | | |
|---|---|---|
| Alpha Gamma Delta | Chi Omega | Phi Mu |
| Alpha Kappa Alpha | Delta Sigma Theta | Zeta Phi Beta |
| Alpha Omicron Pi | Kappa Delta | Zeta Tau Alpha |

◆

**FRATERNITIES AND SORORITIES MAY BE REACHED AT**

STUDENT ACTIVITIES OFFICE
131 UNIVERSITY CENTER
460-7003

0553

9

**Abeneefoo Kuo**
*Advisor: Dr. Jean McIver*
*Phone: 460-6146*

Recognizes the academically talented black student.

◆

**Alpha Chi**
*Advisor: Dr. David Nelson*
*Phone: 460-6331*

Promotes academic excellence and exemplary character.

◆

**Alpha Lambda Delta**
*Advisor: Dr. Michael Hanna*
*Phone: 460-6301*

Freshman honor society.

**Mortar Board**
*Advisor: Father Dorrill*
*Phone: 460-6146*

National honor society recognizing scholarship, leadership, and service for seniors.

◆

**Omicron Delta Kappa**
*Advisor: Dr. Don Christian*
*Phone: 460-6352*

National Leadership honor society.

◆

**Order of Omega**
*Advisor: Steve Fuller*
*Phone: 460-7003*

Honorary organization for Greeks.

**Phi Eta Sigma**
*Advisor: Dr. Dale Adams*
*Phone: 460-6171*

Academic honorary organization for freshmen.

◆

**Phi Kappa Phi**
*Advisor: Carol Henderson*
*Phone: 343-3410*

Honor society for upper-classmen.

**Alpha Area Council**
*Advisor: Chelley Burton*
*Phone: 460-6391*

To promote residence life and to provide direct contact with Alpha residents.

◆

**Beta/Gamma Area Council**
*Advisor: Area Coordinator*
*Phone: 460-6465*

Provides an open forum where residents can enhance their residence life experience.

**Delta Area Council**
*Advisor: Terry Bowen*
*Phone: 460-6315*

Promotes resident life and provides direct contact with Delta residents.

◆

**Epsilon Area Council**
*Advisor: Samantha Rimmel*
*Phone: 460-7870*

To promote residence life and to provide direct contact with Epsilon residents.

**National Residence Hall Honorary (NRHH)**
*Advisor: Carol Jackson*
*Phone: 460-6315*

To recognize the top 1% of those students living in the residence halls who have been of outstanding service, leadership and provided advancement in the resident community.

0554

### Asean Student Association
*Advisor: Stephen Cottrell*
*Phone: 460-6050*

To assist Southeast Asian students adjusting to their new environment and college life through planned and organized activities.

◆

### Association of Students of India
*Advisor: Dr. Sankoorika Varghese*
*Phone: 460-6224*

Promotes free interchange about the culture and heritage of India among USA students and staff.

◆

### Caribbean Students Association
*Advisor: Dr. F. Perez-Pineda*
*Phone: 460-6291*

To promote greater understanding of the culture and customs of the Caribbean Islands.

◆

### Chinese Students Association
*Advisor: Dr. George Sun*
*Phone 460-6248*

Provides service to new Chinese Students.

◆

### Chinese Student Scholar Association (CSSA)
*Advisor: Dr. Herbert Winkler*
*Phone: 460-6108*

Promotes mutual understanding and friendships between Chinese students and students of all countries.

### Club Hispanico
*Advisor: Mary Garrett*
*Phone: 460-6291*

Furthers appreciation and awareness of Hispanic culture.

◆

### European Students
*Advisor: Dr. James Swofford*
*Phone: 460-6705*

Develops bond of understanding between European student and the University.

◆

### International Council (CISO)
*Advisor: Stephen Cottrell*
*Phone: 460-6050*

Provides a stage for people with different cultural backgrounds to exchange ideas and cultivate relationships.

◆

### International Studies Club
*Advisor: Dr. S. Morris*
*Phone: 460-7162*

To promote global understanding and awareness of international issues and to act as a liaison between the international community of Mobile and USA students.

◆

### Latin American Student Association
*Advisor: Dr. F. Perez-Pineda*
*Phone: 460-6291*

Encourage the spirit of brotherhood among the Latin American students and community.

### Malaysian Islamic Student Association
*Advisor: Dr. M. Zohair Hussain*
*Phone: 460-7161*

To promote and maintain the welfare and interests of Malaysian Islamic students in the USA as well as to promote closer relationships within members and the USA students and local community.

◆

### Pakistan Students Association
*Advisor: Dr. Zohair Hussain*
*Phone: 460-7161*

Creates good will between Pakistani students and other USA students.

◆

### Vietnamese Student Association
*Advisor: Stephen Cottrell*
*Phone: 460-6050*

Unites Vietnamese students, provides academic support, and exposes the Vietnamese culture.

 0555    11

### Alpha Omega Alpha
*Advisor: Dr. Betsy Bennett*
*Phone: 471-7786*

Medical Honor Society. Recognizes excellence in the medical field.

◆

### American Medical Association - Medical Student Section
*No advisor at this time.*

To improve medical education and to further professional excellence.

### Basic Medical Sciences Student Organization
*Advisor: Dr. Samuel Strada*
*Phone: 460-6497*

To unify the Basic Medical Sciences, College of Medicine, the rest of the University and the scientific community.

◆

### Christian Medical and Dental Society
*Advisor: Dr. Ronald Allison*
*Phone: 471-7888*

To provide Christian learning and fellowship that can be applied to the medical practice.

### Student Sports Medicine Association, USA
*Advisor: Kevin Moser*
*Phone: 460-6874*

Promotes a good working relationship among the student athlete trainers, the athletes, and the athletic department.



### National Student Nurses Association
*Advisor: Vera Douglas*
*Phone: 434-3410*

NSNA is an association for nursing students that prepares students for involvement in professional associations.

0556

### Baptist Campus Ministries
*Advisor: Mike Nuss*
*Phone: 344-5904*

Spreads the message of Christianity and provides a Christian environment where students can meet.

◆

### Campus Advance for Christ
*Advisor: Barry Hendrick*
*Phone: 460-0010*

To help all USA students to have the best possible relationship with God through Jesus Christ.

### Chi Alpha Campus Ministry
*Advisor: Dr. Edward Daniel*
*Phone: 460-6136*

Support group for Christian students on campus.

◆

### Muslim Students Association
*Advisor: Dr. Arifur Rahman*
*Phone: 460-7512*

A forum in which Muslim students' cultural, religious and social needs are met.

### Newman Club
*Advisor: Father Dorrill*
*Phone: 460-6146*

To promote spiritual and social welfare of Catholic students on campus.

◆

### Wesley Foundation
*Advisor: Sandra Brining*
*Phone: 460-7075*

Provides fellowship, for spiritual and personal growth among members.

◆

### Youth Outreach Ministry
*Advisor: Yolanda Sims*
*Phone: 460-7212*

To promote, cultivate, and meet the needs of the black student body at USA.



### Circle K
*Advisor: Lyle B. Miller*
*Phone: 460-6305*

Sponsored by the Kiwanis Club. Promotes service, leadership, and excellence.

▌ 0557

### Alabama Conservancy, USA
*Advisor: Dr. Jim Langdon*
*Phone: 460-7533*

To exchange ideas and information, and to develop positive environmental activities.



### Campus Watch
*Advisor: Peggy Ramey*
*Phone: 460-7880*

To enhance security and crime prevention services already provided and expand the eyes and ears of USA Police Department.



### Conflict Simulations Society (CSS)
*Advisor: Dr. George Braine*
*Phone: 460-6146*

To provide role-playing game sessions for relaxation of students



### Deep South Model United Nations
*Advisor: Dr. Zohair Husain*
*Phone: 460-7161*

Promotes world understanding through mock United Nations.



### Environmental Awareness for Resources That Help (EARTH)
*Advisor: Brian Catlin*
*Phone: 460-7016*

To promote the importance and the preservation of our environment and increase the awareness of preservation of further deterioration of our earth.

### Gay and Lesbian Student Alliance
*Advisor: Dr. Lawrence Schehr*
*Phone: 460-6291*

To provide a foundation for unification for homosexual and non-homosexual students and to educate the University community on the fears and dangers of homophobia.



### The Harbinger
*Advisor: Dr. Edmund Tsang*
*Phone: 460-6168*

To promote ideas and education on campus and in the community; to promote alternative music and culture.



### The Knights
*Advisor: Terry Camp*
*Phone: 460-7191*

To promote a collective vehicle for building strong relationships among members, community, and academic excellence.



### Ocean Club
*Advisor: Dr. John Picou*
*Phone: 344-6550*

To promote the understanding, enjoyment and responsible management of the world's biggest resource, the ocean.



### Outdoors, USA
*Advisor: Dr. Thomas Swearingen*
*Phone: 460-7132*

Provide opportunities for outdoor recreation focusing on: backpacking, canoeing, kayaking, cycling, etc.

### Ranger Club
*Advisor: Capt. John Eichler*
*Phone: 460-6341*

Teaches students some of the tactics employed by the elite United States Army Rangers.



### STAR (Students Together Against Racism)
*Advisor: Dr. Dorothy McIver*
*Phone: 460-6146*

To encourage friendship and association between racial groups, and increase multi-racial participation.



### Young Democrats
*Advisor: Dr. Samuel Fisher*
*Phone: 460-7161*

To promote Democratic Party politics, strategies, campaigns, and to propagate the ideals of the Democratic party.



### Young Republicans
*Advisor: Dr. Michael Doran*
*Phone: 460-6390*

To foster and encourage the activities of the Republican Party, assist in the election fo Republican candidates to local, state and national office.

0558

14

## Black Student Union
*Advisor: Jarmora Valrie*
*Phone: 460-6895*

Provides the progression and growth of minority students and provides social activities.

◆

## Campus Recreation Improvement Board (C.R.I.B.)
*Advisor: Dr. Philip Theodore*
*Phone: 460-6065*

Advise, improve, and implement recreational policies for the benefit of students at USA.

◆

## Fab 50
*Advisor: Steve Fuller*
*Phone: 460-7003*

To increase freshman involvement in University events.

◆

## Interfraternity Council
*Advisor: Steve Fuller*
*Phone: 460-7003*

To strengthen and promote the interests and welfare of the fraternity system.

## Jaguar Productions
*Advisor: Paula Smith*
*Phone: 460-7144*

To provide programs and activities to the campus for the entertainment of the student body.

◆

## Panhellenic Council
*Advisor: Steve Fuller*
*Phone: 460-7003*

To strengthen and promote the interest and welfare of the sorority system.

◆

## Peer Helpers
*Advisor: David Beech*
*Phone: 460-7980*

To be instrumental in the prevention of alcohol and other drug related problems and consequences.

◆

## Residence Life Council
*Advisor: Carol Jackson*
*Phone: 460-7577*

To plan and implement activities, programs, and services that meet the needs of resident students.

## Southerners, USA
*Advisor: Carol Kittrell*
*Phone: 460-7084*

Student hosts and ambassadors. Serve as student representatives of the University.

◆

## Student Government Association
*Advisor: Dr. Dale Adams*
*Phone: 460-6171*

To serve as the voice and governing body of the USA students.

◆

## The Vanguard
*Advisor: Graham Heath*
*Phone: 460-6442*

To inform, entertain, and serve the University through publishing a campus newspaper.

0559

# FAB

## Freshmen Activities and Assistance Board

## WE'RE HERE

## TO HELP

## YOU ...

## GET INVOLVED

### UNIVERSITY OF SOUTH ALABAMA

Women's Soccer Club, USA
Club Volleyball

**RELIGIOUS ORGANIZATIONS**

Baptist Campus Ministries
Campus Advance for Christ
Campus Ministries Association
Chi Alpha
Christian Medical and Dental Society
Malaysian Islamic Students
Newman Club
Nurses Christian Fellowship
Wesley Fellowship
Youth Outreach Ministry

**SOCIAL ORGANIZATIONS**

Alpha Gamma Delta
Alpha Kappa Alpha
Alpha Omicron Pi
Alpha Phi Alpha
Chi Omega
Delta Sigma Theta
Interfraternity Council
International Council
Kappa Alpha Order
Kappa Alpha Psi
Kappa Delta
Kappa Sigma
Panhellenic Council
Phi Kappa Sigma
Phi Mu
Pi Kappa Alpha
Pi Kappa Phi
Sigma Alpha Epsilon
Sigma Chi
Tau Kappa Epsilon
Zeta Phi Beta

Name: _____ Stu. # _____

Address: _____

Home _____
Phone _____ Hrs. _____

Return questionnaire to:

Dean of Students Office, UC 111
University Center

The University of South Alabama provides equal educational opportunities to and is open and accessible to all qualified students without regard to race, color, creed, national origin, sex, or qualified handicap/disability, with respect to all of its programs and activities

0560

# USA Student Organizations

## HONOR SOCIETIES

Abenelloz Kuo (Minority)
Alpha Chi (Juniors & Seniors)
Alpha Epsilon Delta (Pre-professional)
Alpha Kappa Delta
Alpha Lambda Delta (Freshman)
Alpha Omega Alpha (Medicine)
Beta Alpha Psi (Accounting)
Chinese Student Scholars Association
Eta Kappa Nu (Electrical Engineering)
Kappa Delta Pi (Education)
Lambda Alpha (Anthropology)
Mortar Board (Senior Leadership)
National Residence Hall (Honorary)
Omicron Delta Kappa (Leadership)
Order of Omega (Greek)
Phi Alpha Theta (History)
Phi Eta Sigma (Freshman)
Phi Kappa Phi (Academic)
Pi Tau Sigma (Mechanical Engineering)
Psi Chi (Psychology)
Scabbard & Blade (Military)
Sigma Tau Delta (English)
Tau Beta Pi (Engineering)

## PROFESSIONAL ORGANIZATIONS

Accounting Club
Alpha Kappa Psi (Business)
American Chemical Society Student Affiliates
American Institute of Chemical Engineers
American Medical Association Student Section
American Society of Student Engineers
American Society of Heating,
  Refrigeration and Air Conditioning
American Society of Mechanical Engineers
Anthropology Club
Association of Computing Machinery
Basic Medical Sciences Student Organization
Biomedical Sciences Club
Criminal Justice Administration
Delta Nu Alpha (Transportation)
English Club
Engineering Student Council
Financial Management Association
Geography Club
Geology Club
Institute of Electrical Engineers (IEEE)
Instructional Design & Development
  Student Group (IDD)
Leisure Services Association
Mathematics Society, USA
Marketing Association, USA
National Student Nurses Association
National Student Speech-Language-Hearing
  Association
Phi Chi Theta (Business)
Pre-Law Association
Propeller Club
Public Relations Society
Rad Tech Club
Sigma Alpha Iota (Music)
Sigma Tau Theta (Statistics)
Sigma Theta Tau
SHAPE (Student Health and PE)

Society of Human Resource Management
Society of Physics Students
Society of Women Engineers
Sports Officials Organization
Student Art Association
Student Council for Exceptional Children
Student Physical Therapy Association
Student Sports Medicine Association

## SPECIAL INTEREST

Air Force ROTC, Cadet Corps
Alabama Conservancy Student Affiliates
Alpha Area Council
ASEAN Student Association
Association of African Students
Association of the Students of India
Beta/Gamma Area Council
Black Student Union
Campus Recreation Improvement Board
Campus Watch
Caribbean Students Association
Chess Team & Club, USA
Chinese Students Association
Circle K (Service)
Club Hispanico
College Bowl (Academic)
College Democrats, USA
College Republicans
Conflict Simulation Society
Dance Team, USA
Debate Society
Deep South Model United Nations
Delta Area Council
Environmental Concerns Organization
Epsilon Area Council
Equestrian Club
European Students Association
Flag Football Club
Freshman Leadership Council
Gay, Lesbian and Bisexual Alliance
Knights
International Council
International Studies Club
Into the Streets
Jaguar Productions
Latin American Student Association
Malaysian Islamic Student Association
Mestreal Culture Society
Muslim Student Association
On Guard/The Harbinger (Journalism)
Outdoors/USA
Pakistan Students Association
Peer Helpers
Philosophy Club
Ranger Club
Residence Life Council
Southerners (Student Ambassadors)
Snookan Karate Club
Student Government Association
Students Together Against Racism (STAR)
Symphony Band, USA
Tae Club, USA
Tour de Force
USA Players
Vanguard, The
The Vietnamese Student Association

# WHAT IS FAB?

FAB is a student organization formed through Student Services as part of the University of South Alabama's retention program. Support for this program comes from the Office of Campus Involvement, UC 131.

The concept is that if students are informed about the various activities and services available to them at USA, they will become more involved on campus, and they will want to remain students at USA. FAB members are students who care! They are students who want to help freshmen become involved in campus activities and events. They are also here to serve as resource people to help freshmen identify services available to students through the university.

In addition, FAB members serve as representatives of USA, speaking about various topics to groups in the Mobile community.

# FAB GOALS

Our goal is to increase the involvement of our community freshmen in university events. Our target populations are commuting freshmen, first-generation college freshmen and transfer students.

Our objective is to invite each freshman student to participate in at least one major activity each quarter! What is a major activity? Well, it could be. . . .

- Participation on an intramural team
- Joining a campus organization
- Attending a campus sponsored event like a concert, the Forum, etc.

We know that involvement makes a difference because it demonstrates commitment. Commitment to an idea, a person, a place, and to one's education; all of these are the first steps that students take to achieving larger goals, to viewing the University of South Alabama as **your** place.

# HOW IS FAB SELECTED?

FAB consists of 25 individuals who are selected based on their leadership qualities, high academic achievement, and their participation in campus activities and organization. The final selection is determined through a highly competitive interview process. During the interview process the officers are selected, and are later approved by the 25 members.

The officers of the organization are committed to planning and coordinating special events for freshmen students each quarter of the academic year.

The 25 Peer Counselors will be contacting freshmen students periodically throughout the year to inform you of upcoming events and activities, as well as to offer their assistance whenever possible.

# STUDENT ORGANIZATIONS

More than one hundred and thirty honor societies, professional and departmental organizations, special interest clubs, and religious groups are currently active at USA. These organizations represent a wide variety of disciplines and interests and provide an opportunity for **every** student to get involved on campus.

# GREEKS

Greek organizations at South Alabama provide opportunities to develop leadership and organizational skills, to make close and often life-long friendships, and to get

involved with campus and community activities. There are more than 700 students involved in the eight sororities and ten fraternities that are members of the Panhellenic and Interfraternity Councils on campus.

## S.G.A.

The Student Government Association is primarily an elected group of officers and senators representing all segments of the campus. The S.G.A. provides many services, activities, and programs for students as well as the opportunity to gain valuable leadership and management experience by serving in elected and appointed positions and by volunteering to serve on S.G.A. committees.

## JAGUAR PRODUCTIONS

Jaguar Productions is the student-funded, student-governed organization that creates and produces many of the events that you see on campus such as speakers, movies, concerts and special events. They have brought in such notable speakers as Dr. Henry Kissinger, Ed Rollins, and Alex Haley and concerts like Dizzy Gillespie, Living Colour, The Romantics, Hoodoo Gurus and Little Feat. By utilizing

student input and opinions they strive to present a variety of entertainment to appeal to all students. If you want a voice in what entertainment will be provided on campus, volunteer for one of the Jaguar Productions committees.

## ATHLETIC SUPPORT GROUPS

Students can also be involved in athletic support groups such as the cheerleading squad, the Jaguar and Bleacher Creature mascots, the USA Dance Team, and the exciting Pep Band.

## BUT WAIT, THERE'S MORE...

In addition, there are year-round activities to participate in, such as Homecoming, Mayfest, the College Bowl competition, the annual Student Leadership Workshop, Greek Week, Intramurals and Recreational Sports, and much more! As a USA student, you will find a full range of activities, clubs, and social opportunities on campus that will appeal to you and that will help you balance your academic work.

# Get Involved!

In student life at South Alabama. There really is something for YOU! If you have any questions or need further information, stop by the Office of Campus Involvement in the University Center or contact your FAB Representative.

Check the organization of your interest on back and register for prizes to be given away. Return to FAB Booth at Campus Fair.

0563



JAGUAR PRODUCTIONS
STUDENT PROGRAMMING BOARD

PROGRAMS AND SPECIAL EVENTS

TELEPHONE: (205) 460-7144
UC 108 • MOBILE, ALABAMA 36688-0002

Speakers List - Jaguar Productions (Office of Programs and Special events)
1990-1993

Sept. 15, 1990 --- Stephen Shames... "Outside the Dream"
Oct. 17, 1990 --- Col. Chuck Scott... "American Hostages"
Nov. 27,1990 --- U.S. Representative Sonny Callahan ... "National Issues"
Jan. 9, 1991 --- Bob Hall ... Sex and Dating
Jan. 31, 1991 --- KRS-ONE ... "Edutainment"
Apr. 18, 1991 --- Greenpeace ... "Past, Present and Future of Greenpeace"
May 21, 1991 --- Charles Wiley ... "Media Coverage of the Persian Gulf War"
Oct. 16, 1991 --- Lew Rockwell ... "Property Rights"
Oct 19, 1991 --- Richard Leakey ... "Kenya Initiative"
Oct. 22, 1991 --- Ellen Alderman --- "Bill of Rights"
Nov. 7, 1991 --- Bertice Berry ... "Discrimination Within the African American Community"
Nov. 12, 1991 --- Ally Acker ..."Women in Film"
Jan. 14,1992 --- Robert KIrshner ... " Matter in the Universe"
Jan. 20, 1992 --- Al Eaton ... "We Are the Dream"
Jan. 20, 1992 --- Tony Brown ..."State of the African American Community"
Jan. 28, 1992 --- Linda Weiner ... "Sexual Harassment on Campus"
Feb. 12, 1992 --- Atallah Shabazz ... "Malcolm X: Father and Leader"
Feb. 18, 1992 --- Ben Eklof ... "Changing Face of the Soviet World"
Apr. 7, 1992 --- James Yorke ... "Chaos Theory"
Apr. 8, 1992 --- Cousteau Society ... " Environmental Issues of the 90's"
Apr. 14, 1992 --- David Burnham ..." Power, Politics and the IRS"
May 6, 1992 --- Wayne Flynt... " Alabama Tax System"
Oct. 22, 1992 --- Sara Weddington ... " Constitutional Implications of Roe v Wade" and
          "You Can Make A Difference"
Oct. 25, 1992 --- William Barnard ... " Alabama Politics"
Oct. 27, 1992 --- Edward Rollins ... "Politics in 1992"
Oct. 28, 1992 --- Olivia Gans ... " Right to Life"
Nov. 10, 1992 --- Kevin Hughes ... "Langauge of Love- Sexual Awareness"
Nov. 12, 1992 --- Judy Culbreth ... " Women in the Workplace"
Jan. 15, 1993 --- Campus of Difference ... "Multiculturalism"
Jan. 18, 1993 --- Dianne Dixon ... " Black Females in History"
Apr. 20, 1993 --- Steve Trash ... " Environmental Issues of the 90's"
Apr. 29, 1993 --- Darryl Van Leer ... "Malcolm X"
Apr. 30, 1993 --- Rick Miller ... "Leadership Development"
Oct. 11, 1993 --- John Howard ... " History of Gay and Lesbian America"
Nov. 15, 1993 --- Dr. Dan McGee ..."Homosexuality: Moral Dimensions of the Current
          Debate

1990

|          |                                   |
|----------|-----------------------------------|
| Jan 22   | Varsity Co.                       |
| Jan 30   | Leadership Mobile                 |
| Jan 31   | Leadership Mobile                 |
| Jan 31   | Marine Corps Recruiters           |
| Feb 1    | Marine Corps Recruiters           |
| Feb 8    | Varsity Co.                       |
| Feb 8    | Southwestern Publishers           |
| Feb 9    | Southwestern Publishers           |
| Feb 9    | Azalea City Federal Credit Union  |
| Feb 12   | Varsity Co.                       |
| Feb 15   | Peace Corps representative        |
| Feb 28   | Marine Corps Recruiters           |
| * Mar 3  | Bay Area Womens Conference        |
| Mar 8    | Exchange Club of Mobile           |
| Mar 15   | Varsity Co.                       |
| Apr 3    | Marine Corps Recruiters           |
| Apr 5    | Navy Recruiters                   |
| Apr 12   | Navy Recruiters                   |
| Apr 17   | Varsity Co.                       |
| Apr 19   | Navy Recruiters                   |
| Apr 25   | Varsity Co.                       |
| Apr 26   | Navy Recruiters                   |
| May 9    | Varsity Co.                       |
| May 10   | Varsity Co.                       |
| Sep 26   | Marine Corps Recruiters           |
| Sep 27   | Marine Corps Recruiters           |
| Sep 27   | Reading Alliance                  |
| Oct 2    | Marine Corps Recruiters           |
| Oct 24   | Peace Corps representative        |
| Oct 24   | Marine Corps Recruiters           |
| Oct 25   | Marine Corps Recruiters           |
| Nov 1    | Reading Alliance                  |
| Nov 26   | Marine Corps Recruiters           |
| * Mar 5  | Varsity Co.                       |

ATTACHMENT XXIII
0565

1991

| | |
|---|---|
| Jan 10 | Marine Corps Recruiters |
| Jan 31 | Azalea City Federal Credit Union |
| Feb 15 | Varsity Co. |
| Feb 20 | Marine Corps Recruiters |
| Feb 21 | Marine Corps Recruiters |
| Feb 21 | Reading Alliance |
| Feb 22 | Varsity Co. |
| Feb 28 | Varsity Co. |
| Mar 7 | Varsity Co. |
| Mar 21 | Reading Alliance |
| Apr 10 | Naval Reserve Recruiters |
| Apr 11 | Peace Corps representative |
| Apr 25 | Reading Alliance |
| May 7 | Southwestern Publishers |
| May 20 | Gymnastics Banquet |
| Sep 25 | Metro Reading Club |
| Sep 30 | Security Alarm Products |
| Sep 30 | Marine Corps Recruiters |
| Oct 1 | Security Alarm Products |
| Oct 1 | Marine Corps Recruiters |
| Oct 2 | Security Alarm Products |
| Oct 9 | Peace Corps representative |
| Nov 14 | Metro Reading Club |
| Nov 20 | Marine Corps Recruiters |
| Nov 21 | Marine Corps Recruiters |

1992

| | |
|---|---|
| Jan 24 | Azalea City Federal Credit Union |
| Jan 30 | Yellowstone National Park representative |
| Feb 18 | Leadership Mobile |
| Feb 19 | Leadership Mobile |
| Feb 20 | Metro Reading Club |
| Feb 27 | Marine Corps Recruiters |
| Feb 28 | Marine Corps Recruiters |
| Mar 5 | Mobile Exchange Club |
| Mar 12 | Metro Reading Alliance |
| Mar 7 | Wedding & Reception |
| Apr 6 | Six Flags Over Georgia |
| Apr 6 | Six Flags Over Georgia |
| Apr 9 | Metro Mobile Reading Council |
| May 4 | Mobile Gymnastics Banquet |
| May 14 | Metro Mobile Reading Council |
| Jun 23 | America's Young Woman of the Year |
| Oct 5 | Marine Corps Recruiters |
| Oct 6 | Marine Corps Recruiters |
| Oct 19 | Recruitment for Restaurant |
| Oct 20 | Recruitment for Restaurant |
| Dec 3 | Marine Corps Recruiters |

0567

1993

| | |
|---|---|
| Jan 28 | Marine Corps Recruiters |
| Jan 29 | Azalea City Federal Credit Union |
| Mar 4 | Mobile Exchange Club |
| Apr 28 | Marine Corps Recruiters |
| Sep 22 | Providence Place Apartments |
| Sep 23 | Quorum Safety Products |
| Sep 23 | Quantum Jewelry |
| Sep 24 | Quantum Jewelry |
| Sep 27 | Quantum Jewelry |
| Sep 29 | Quantum Jewelry |
| Sep 30 | Quantum Jewelry |
| Oct 1 | Quantum Jewelry |
| Oct 14 | Marine Corps Recruiters |
| Oct 19 | Public Promotions |
| Oct 20 | Public Promotions |
| Oct 21 | Public Promotions |
| Oct 22 | Public Promotions |
| Nov 3 | Credit Cards - Megan Thompson |
| Nov 4 | Credit Cards - Megan Thompson |
| Nov 5 | Credit Cards - Megan Thompson |
| Nov 10 | Sincere Comics |
| Nov 15 | Quantum Jewelry |
| Nov 15 | Public Promotions |
| Nov 15 | Marine Corps Recruiters |
| Nov 16 | Quantum Jewelry |
| Nov 16 | Public Promotions |
| Nov 17 | Public Promotions |
| Nov 17 | Quantum Jewelry |
| Nov 18 | Quantum Jewelry |
| Nov 18 | Public Promotions |
| Nov 19 | Naval Reserves |
| Nov 19 | Public Promotions |
| Nov 19 | Quantum Jewelry |
| Nov 29 | David's Gallery |
| Nov 29 | Go Enterprises |
| Nov 30 | Go Enterprises |
| Nov 30 | David's Gallery |
| Dec 1 | Go Enterprises |
| Dec 2 | Go Enterprises |
| Dec 3 | Go Enterprises |
| Dec 7 | NOW - Germ Free Services |
| Dec 8 | Marine Corps Recruiters |

- 

- 

- 

- 

- 

- 

- 

-