**FILED**

APR 2 6 1994

THOMAS C. CAVER, CLERK

DEPUTY CLERK

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

GAY LESBIAN BISEXUAL        )
ALLIANCE,                   )
                            )
    Plaintiff,            )
                            )
    v.                    )    CIVIL ACTION NO. 93-T-1178-N
                            )
JIMMY EVANS, in his official )
capacity as Attorney General )
of the State of Alabama;    )
et al.,                     )
                            )
    Defendants.           )

<u>ORDER</u>

At the request of counsel for plaintiff, it is ORDERED that oral argument is reset for May 20, 1994, at 10:00 a.m. in the second floor courtroom of the federal courthouse in Montgomery, Alabama.

It is further ORDERED that defendants' motion for extension of time, filed on April 22, 1994, is granted.

DONE, this the 26th day of April, 1994.

_____
UNITED STATES DISTRICT JUDGE