# OFFICE OF THE ATTORNEY GENERAL

RECEIVED

94 APR 28 PM 2:40

THOMAS C. CAVER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA



**JIMMY EVANS**
ATTORNEY GENERAL
STATE OF ALABAMA

FILED

APR 28 1994

THOMAS C. CAVER, CLERK
BY _____
DEPUTY CLERK

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130
AREA (205) 242-7300

April 28, 1994

Honorable Myron H. Thompson
Chief Judge
United States District Court
  for the Middle District of
  Alabama
Post Office Box 235
Montgomery, Alabama  36101

RE:  Gay Lesbian Bisexual Alliance v. Jimmy Evans,
       etc., et al.
     U. S. District Court for the Middle District of Alabama
     Civil Action No. 93-2-1178-N

Dear Judge Thompson:

   This will confirm my telephone conversation with your secretary, Ms. Lillian Thompson, on the afternoon of Thursday, April 28, 1994, with respect to a motion filed on this date in the above-captioned matter seeking a ten day extension to May 12, 1994, in which to file a brief in behalf of Mr. Evans.

   As set forth with particularity in said motion, the Honorable Howard Mandell, who has been Mr. Evans' attorney of record throughout this litigation, abruptly withdrew as counsel of record on or about April 27, 1994. On that date, Attorney General Evans assigned the undersigned to enter an Notice of Appearance in this litigation and effectuate legal representation of Mr. Evans until the conclusion of the litigation.

Honorable Myron H. Thompson
Page Two
April 28, 1994


    I am totally unfamiliar with this case and have been in no wise involved in same since its commencement. The file was delivered to my office by Mr. Mandell at approximately 10:00 a.m. this morning. As set forth with more particularity in the above-described Motion for Extension, I am respectfully asking Your Honor to grant me an extension of time in order that I may have the opportunity to review the case file and to prepare and file an appropriate brief. Obviously, it would be very difficult for any lawyer to accomplish this task in a professional manner in the time which remains under Your Honor's present briefing schedule. As set forth with particularity in an affidavit of good faith attached to the Motion for Extension of Time, this request is being made in good faith and not for the purpose of hindering or embarrassing the Plaintiff, nor for the purpose of delaying this cause or to inconvenience Your Honor. I am cognizant of the fact that Mr. Mandell, prior to his withdrawal, had already requested a ten day extension from Your Honor. Nevertheless, under the present circumstances, I hope that Your Honor will understand my dilemma and grant the extension which I have requested.

    Ms. Thompson indicated during our telephone conversation that you would not return to your office until Monday, May 2, 1994. Thus, the date on which my brief is due will be earliest opportunity for Your Honor to rule on the Motion for Extension. After I explained the full situation to Ms. Thompson, she suggested that I submit this letter along with the Motion for Extension and await your decision on Monday, May 2, 1994.

    With every good wish and much respect, I am

                                  Sincerely,

                                  GEORGE E. JONES, III
                                  DEPUTY ATTORNEY GENERAL
                                  Civil Litigation Division

GEJIII/kh
Attachments
lesbian/thompson