**FILED**

**MAY 13 1994**

THOMAS C. CAVER, CLERK
BY _____
DEPUTY CLERK

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

GAY LESBIAN BISEXUAL )
ALLIANCE, )
 )
    Plaintiff, )
 )
v. ) CIVIL ACTION NO. 93-T-1178-N
 )
JIMMY EVANS, in his official )
capacity as Attorney General )
of the State of Alabama; )
et al., )
 )
    Defendants. )

### ORDER

Based upon the representations made during a telephone conference call on May 10, 1994, it is ORDERED as follows:

(1) Oral argument is reset for June 17, 1994, at 2:00 p.m. in the second floor courtroom of the federal courthouse in Montgomery, Alabama.

(2) The defendants are allowed until May 24, 1994, to file their brief.

(3) The plaintiff may file a reply brief by June 7, 1994.

DONE, this the 13th day of May, 1994.

_____
UNITED STATES DISTRICT JUDGE