IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

FILED
MAY 27 1994
THOMAS C. CAVER, CLERK
BY _____
DEPUTY CLERK

GAY LESBIAN BISEXUAL ) 
ALLIANCE, )
 )
    Plaintiff, )
 )
v. ) CIVIL ACTION NO. 93-T-1178-N
 )
JIMMY EVANS, in his official )
capacity as Attorney General )
of the State of Alabama; )
et al., )
 )
    Defendants. )

### ORDER

Upon consideration of the motion for leave to file supplemental brief filed by defendants on May 24, 1994, it is ORDERED that the motion is denied with leave to renew at a later time.

Defendants seek leave to file a supplemental brief after oral argument. If, after oral argument, it should appear that supplemental briefing is necessary, the court will entertain a request from any of the parties to file supplemental briefs.

DONE, this the 27th day of May, 1994.

                                                  /s/ Myron Thompson
                                            UNITED STATES DISTRICT JUDGE