IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

FILED
JAN 29 1996
CLERK
U.S. DIST. COURT
MIDDLE DIST. OF ALA.
CLERK, BY

| | | |
|---|---|---|
| GAY LESBIAN BISEXUAL ALLIANCE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 93-T-1178-N |
| JEFF SESSIONS, in his official capacity as Attorney General of the State of Alabama; et al., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That judgment is entered in favor of plaintiff Gay Lesbian Bisexual Alliance and against defendants Attorney General of the State of Alabama, President of the University of South Alabama, and Dean of Students of the University of South Alabama; and

(2) That it is DECLARED that § 16-1-28 of the Alabama Code 1975 (Michie 1995) violates the first amendment to the United States Constitution, as enforced through 42 U.S.C.A. § 1983 (West 1994).

It is further ORDERED that jurisdiction is retained should an injunction or other supplemental relief become necessary.

It is further ORDERED that costs are taxed against the defendants, for which execution may issue.

DONE, this the 29th day of January, 1996.

_____
UNITED STATES DISTRICT JUDGE