IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

**FILED**

'96 FEB 8 PM 4 41

THOMAS C. ~~GAY LESBIAN BISEXUAL~~
~~ALLIANCE~~, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA,

FEB 08 1996

THOMAS C. CAVER, CLERK

BY _____
DEPUTY CLERK

GAY LESBIAN BISEXUAL
ALLIANCE,

    Plaintiff,

vs.

JEFF SESSIONS, in his
official capacity as
Attorney General of the
STATE OF ALABAMA; et al.,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO.
93-T-1178-N

(11th Circuit C.A.
 Case No. 96-6143)

## MOTION FOR PARTIAL STAY

COMES NOW Defendant-Appellant Jeff Sessions, pursuant

to the Fed.R.Civ.P. 62(d) and Fed.R.App.P. 8(a), and moves

this Honorable Court for an order staying only the portion

of the declaratory judgment that holds §16-1-28, Code of

Alabama 1975, to be unconstitutional on its face.  As

grounds therefore, Defendant-Appellant shows:

    1.   By declaratory judgment and memorandum opinion

issued January 29, 1996, in the above-referenced

proceeding, this Honorable Court held that Alabama statute

§16-1-28, Code of Alabama 1975, was facially

unconstitutional.  This Court also found that the

Plaintiff-Appellee was not violating the law and that the

application of the statute to the Plaintiff-Appellee was
illegal (Opinion at 23).

2.   The Defendant-Appellant filed Notice of Appeal on
February 5, 1996, and a Motion to Expedite the Appeal on
February 8, 1996.  The Eleventh Circuit Court of Appeals
Case Number is 96-6143.  On appeal, the Defendant-Appellant
will contend, among other things, that the District Court's
decision was overly broad in that the Court did not have to
hold the statute itself to be unconstitutional in the case
before it since the Court found that the Plaintiff-Appellee
was not violating the law and that the application of the
statute to the Plaintiff-Appellee was illegal (Opinion at
23); that to equate advocacy to violate State statutes with
First Amendment protected speech endangers the State's
criminal solicitation and conspiracy statutes; and that, in
contrast to proscription issues, the State can legitimately
decide that it will not fund the advocacy of the violation
of its laws.

3.   The statute in question, §16-1-28, Code of
Alabama 1975, prohibits public funding for the advocacy of
violating the State's sodomy and sexual misconduct laws,
§§ 13A-6-63 to 13A-6-65, inclusive.  As any review of
Alabama media stories will show, public funding of a
February 16-17, 1996, Gay, Lesbian and Bisexual Conference
at the University of Alabama, Tuscaloosa, is currently of

2

pressing concern to the public in Alabama (see Exhibit A).
The State of Alabama will incur immediate and irreparable
harm if the conference takes place in violation of the
statute, and the statute is subsequently upheld.

4.    This case was decided by this Court based upon
the evidence introduced concerning the Gay Lesbian Bisexual
Alliance at the University of South Alabama.  The facts in
this case can readily be distinguished from the facts
surrounding the upcoming Fifth Annual Lesbian, Gay and
Bisexual College Conference of the Southeast United States,
to be held at the University·of Alabama, Tuscaloosa, on
February 16-17, 1996.

5.    The University of Alabama Gay Lesbian Bisexual
Alliance has established an computer home page on the
University of Alabama's main frame computer.  As set forth
in the attached affidavit, the UA GLBA computer home page,
in listing the program for the February 16-17, conference,
included a topic, "Can We Talk?  A Safe Sex Workshop,"
which is a euphemistic characterization for how to practice
safe sodomy or safely engage in sexual misconduct, in
violation of Alabama statute §§ 13A-6-63 to 13A-6-65,
inclusive.  Since the conference became an item of public
concern, the workshop title has been changed to "Prevention
of Sexually Transmitted Diseases," but is still to be
presented by a graduate student in social work, rather than

3

a medical professional.  Additional topics include Leather
Lifestyle (including sadomasochism and bondage); Goddess
Ritual Workshop; and "Wicca:  How to Become a Solo
Practitioner."

6.    The UA GLBA computer home page has been directly
linked to classified personal ads soliciting sex partners
to violate the Alabama sodomy laws.  The want ads
themselves appear to violate the Alabama Anti-Obscenity
Enforcement Act, criminal solicitation statutes, and aiding
and abetting statutes.  (See Affidavit).

7.    The UA GLBA computer home page is also linked to
providers of obscene photographs (see Affidavit).  The UA
GLBA computer home page makes this obscene material
available through the University of Alabama computer
network over phone lines that are paid for with either
University of Alabama funds or mandatory student fees.

8.    Unless a partial stay is granted the State of
Alabama will experience irreparable harm by funding a
conference and activities in violation of state law.  The
granting of a partial stay will no way harm the interest of
the University of South Alabama gay, lesbian and bisexual
alliance, the Plaintiff-Appellee in this proceeding.  The
granting of the request of partial stay would do no harm to
the public interest, and will, in fact substantially
benefit such interest, which favors granting the stay.  The

4

constitutionality of §16-1-28, Code of Alabama 1975,
presents a serious legal question as the broad implications
of equating advocacy to violating the law with First
Amendment protected speech endangers future application of
State criminal solicitation and conspiracy laws.   The State
will present a substantial case on the merits of this issue.

WHEREFORE, Defendant-Appellant respectfully prays this
Court will grant a partial stay, staying only that portion
of the judgment and memorandum opinion which holds that the
statute is unconstitutional, and leaving in effect that
portion of the judgment and memorandum opinion holding that
the Plaintiff-Appellee was not violating the law and that
the application to the statute to the Plaintiff-Appellee
was illegal, based upon the facts of this case.

Respectfully submitted,

JEFF SESSIONS
ATTORNEY GENERAL

THOMAS F. PARKER IV
DEPUTY ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama   36130
(334) 242-7300
(334) 242-7458 (fax)

5

## CERTIFICATE OF SERVICE

I hereby certify that on this _8th_ day of February, 1996, I did serve a copy of the foregoing by placing same in the United States Mail, first class, postage prepaid and addressed as follows:

> Fern Singer, Esq.
> WATTERSON & SINGER
> Post Office Box 530412
> Birmingham, Alabama  35253
>
> Ruth E. Harlow, Esq.
> William B. Rubenstein, Esq.
> American Civil Liberties
>   Union Foundation
> 132 West 43rd Street
> New York, New York  10036

THOMAS F. PARKER IV
DEPUTY ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama  36130
(334) 242-7300
(334) 242-7458 (fax)

tparker/mtstay

**AFFIDAVIT**

**OF**

**MAURY MITCHELL**

Maury Mitchell appeared before the undersigned Notary Public and gave the following statement under oath:

My name is Maury Mitchell.  I am a deputy attorney general for the State of Alabama.  I am on the steering committee for computer operations in the Attorney General's office.  My undergraduate degree is in Computer Information Management.

Using the internet world wide web, I have examined the home page for the University of Alabama Gay, Lesbian and Bisexual Alliance (UA GLBA) on several occasions during the last few months.

The UA GLBA internet site did include an agenda for the 5th Annual Southeastern Lesbian, Gay and Bisexual College Conference at the University of Alabama campus scheduled for February 16-17, 1996.  One of the topics was "Can We Talk?  A Safe Sex Workshop," to be presented by Scott Batey, a graduate student in the School of Social Work.  More recently, the title for the workshop has been changed to "Prevention of Sexually Transmitted Diseases (STDs)," but the instructor is the same as set forth in the attached copy of a printed agenda for the conference. (Exhibit A)  The conference agenda has since been removed from the UA GLBA internet site.

Previously, the UA GLBA home page included a web link to the "BLK Homie Pages.  A resource for news and events in the Black lesbian and gay community."  This linked-internet site contained "Classified Personal Ads," the text of some of which are attached hereto. (Exhibit B)  The link to this internet site has since been removed from the UA GLBA home page.

At all times the UA GLBA home page has included internet links to other internet sites which lead to explicit pictures of full frontal male nudity and homosexual sexual intercourse. (Exhibit C)

**ATTEST**

AFFIANT

Done this ___8___ day of February 1996.

NOTARY CERTIFICATE

I hereby certify that Maury Mitchell appeared before me and after being duly sworn, did attest to and sign the above statement in my presence.

NOTARY PUBLIC

Done this ___8th___ day of February 1996.

Exhibit A



Democracy will not come
Today, this year
    Nor ever
Through compromise and fear.

I have as much right
As the other fellow has
    To stand
On my two feet
And own the land.

I tire so of hearing people say,
Let things take their course.
Tomorrow is another day.
I do not need my freedom when I'm dead.
I cannot live on tomorrow's bread.

    Freedom
    Is a strong seed
    Planted
    In a great need.

    I live here, too.
    I want freedom
    Just as you.

        —Langston Hughes



The Gay, Lesbian and Bisexual Alliance (GLBA)
of the
University of Alabama

*Announces*

# Voices of Diversity



"*Living Out in the South*"

**The Fifth Annual
Lesbian, Gay and Bisexual
College Conference
Of The Southeastern United States**

# February 16-17, 1996

The University of Alabama Campus
Tuscaloosa, Alabama

# Purpose

- To create a gay/lesbian/bisexual peoples' forum for the free exchange of ideas, examination of current issues, and bridge building in the southeast.

- To celebrate, evaluate, and explore our differences, commonalities, and diversity.

- To initiate a respectful dialogue about our gay, lesbian, bisexual lifestyles.

- To educate and inform ourselves and others about gay, lesbian, and bisexual cultures and our contributions to society.

To this end, the GLBA is committed to the equal access, the inclusive representation, and the equal opportunity of all people regardless of sexual orientation, race, gender, religion, health status, physical ability, or class.

*All events are wheelchair accessible and sign language interpreters are available upon request.*

Childcare will be available if needed.  Please make requests early on the conference registration form.

Limited scholarships and work scholarships are available on a first come, first serve basis.  Please see conference registration on how to apply.

On behalf of the conference planning committee, we look forward to seeing you in Tuscaloosa in February. In the interim, if you should require further information, please contact us at 205/358-7210 or in writing at: *"Voices of Diversity,"* P.O. Box 6091, Tuscaloosa, AL 35486-6091.

- 5 -

## PRELIMINARY PROGRAM

### "VOICES OF DIVERSITY:
### Living Out in the South"

**The Fifth Annual Lesbian, Gay and Bisexual College Conference of the Southeastern United States**

**February 16-17, 1996**
**The University of Alabama Campus**
**Tuscaloosa, Alabama**

### Friday, February 16, 1996

| | | |
|---|---|---|
| 2:00-7:00 pm | **Registration** | ***President's Pavillion*** |
| 7:00-9:15 pm | **GENERAL SESSION** | |
| | ***Welcoming Remarks*** | |
| | **To Be Announced** | |
| | Lee Fowler, President, GLBA, The University of Alabama | |
| 7:10 pm | **KEYNOTE SPEAKER - #1** | |

**Abby Rubenfeld, J.D.**
Attorney-at-Law

Voted one of the top 100 most accomplished, inspiring gay and lesbian celebrities, activists, and achievers of 1995 by *Out* magazine. She "saw several important victories in 1995. Getting Tennessee's sodomy law repealed, successfully litigating a lesbian custody case, and becoming a mother herself." (*Out* magazine)

- 4 -

**KEYNOTE SPEAKER - #2**

**Bruce Steele** (*Introductory Remarks*)
Executive Editor
*Out Magazine*

**KEYNOTE SPEAKER - #3**

***Building Alliances Among Diverse Communities***

**Laura Hershey**
Writer, Activist, Trainer, Speaker. Po
Organizer for International Women w
Disabilities Forum at Beijing Women'
Conference

This presentation explores several struggles for civil rights, freedom, and dignity, and proposes coalitions base on their common ground. By understanding the multifarious nature of bigotry and oppression, and by examining the political and philosoph foundations of resistance struggles. diverse communities can forge solid, powerful alliances. Challenging ourselves and each other, we can no only strive to eliminate barriers of inaccessibility, disabiliphobia, sexism homophobia, racism, xenophobia, ar classism within our own communitie and organizations, but we can also embrace the vital concerns of each others' liberation struggles. Hershey focuses particularly on connections between the disability-rights movem the lesbian/gay/bisexual/ transgende movement, and the women's movement, but invites participation a dialogue from other activist communities as well.

- 5 -

## Saturday, February 17, 1996

| | | |
|---|---|---|
| :00-<br>:00 am | Registration | **The Ferguson<br>Center** |
| :00 am -<br>:00 pm | **WORKSHOPS/SEMINARS/PUBLIC<br>.SERVICE FORUMS** | |

Today will be devoted to workshops, seminars and
lic service forums. There will be up to 25 different
sions offered. Times for individual sessions will be
lized later.

## y/Lesbian/Bisexual Law Series

### Activism, the Constitution and You

Bryan K. Fair, J.D.
Associate Professor, Assistant Academic Vice
President, School of Law, Academic Affairs
The University of Alabama

A look at existing constitutional interpretations
as they can/cannot be applied to LGB civil rights
issues. Included will be a discussion of Supreme
Court rulings. This will provide the activist or
any interested person with an accurate
understanding of their Constitutional rights.

### Legal Survival Guide: How to Make the Best of the Status Quo

Abby Rubenfeld, J.D.
Attorney-at-Law

This workshop will prepare you to make the
most of the existing legal system as it pertains
to relationships, finances, or jobs, etc. Examples
of topics might include adoption, estate
survivorship, wills, power of attorney,
partnership rights, financial planning, etc.

- 6 -

- **Everything You Always Wanted to Know
  About the Law...But Couldn't Afford to Ask**
  Panel Discussion.

  A panel discussion of the most frequently asked
  questions about lesbian/gay issues and the law.
  This will be an interactive seminar. Come
  prepared to ask questions.

- **What Are Hate Crimes and Who Are the
  Victims?**

  Representative from
  Hate Crimes Division
  Southern Poverty Law Center

  This seminar will discuss treatment of hate crimes
  and other relevant topics.

## Cultural Series

The culture series is dedicated to explore the many
expressions of the lives of lesbian, gay and bisexual
individuals.

- **Writers' Cafe**

  This informal coffee-house-style workshop will
  open with readings by Laura Hershey followed by
  local artists and open mic. Also a representative
  from Lodestar Books in Birmingham will present
  new lesbian/gay/bisexual titles. Coffee, other
  beverages and snacks will be available.

  - **Uncovering Our Hidden Past**

    M. Rose Gladney, Ph.D.
    Associate Professor, American Studies,
    Department of American Studies
    The University of Alabama

    This workshop will be a discussion of problems
    related to collecting southern lesbian, bisexual and
    gay pre-Stonewall history.

    - 7 -

*Cultural Diversity — Be a Part of the Solution and Not the Problem!*

**Bob Burns**
Associate of National Coalition Building Institute and co-trainer to be announced.

This experiential workshop is intended to address issues of bias from within the lesbian/gay/bisexual communities. How does racism, sexism, ableism, classism and homophobia keep the community apart? Come prepared to increase your awareness of diversity within the lesbian/gay/bisexual communities and learn how to overcome prejudice and stereotypes within the communities.

- *Coming Out Workshop*

   **Cathy Lopez Wessell, B.A.**
   Graduate Student, School of Social Work
   The University of Alabama

   **Thomas H. Savage, B.A.**
   Graduate Student, School of Social Work
   The University of Alabama

   Ms. Wessell and Mr. Savage will discuss the current theories about the coming out process as a normative stage of identity formation and as a foundation for lesbian and gay culture. Participants will then have the opportunity to share coming out stories.

- *Out on the Fringes*

   **"Andrew"**

   We invite a general audience to hear a discussion of the psychological and biological theories concerning sadomasochism, bondage, and fetishism. A question and answer session will follow.

- *Substance Abuse in the Community*

   **Cushing**

   An introduction to the 12-Step Self-Help Programs for lesbian and gay people conducted in a confidential and safe environment. Discussion will also include how to start LGB 12-step groups in your area.

- *Queer Issues and the Media Hierarchy*

   **Bruce Steele**
   Executive Director, *Out*

   *Out* is the nation's largest-circulation gay and lesbian magazine. Mr. Steele will discuss the year ahead in gay and lesbian news coverage and the many levels at which the media work. Some of the questions to be considered: What stories of gay, lesbian, and bisexual interest will the mainstream media be hyping in 1996? What are the key differences between the lesbigay press and the mainstream press? Between the local and national lesbigay press? What kind of stories catch the attention of the media? What are editors looking for? The seminar will be shaped by the concerns of those participating, so please bring your own questions and opinions.

- *Worldwide WEB, the Internet and Stuff*

   **David Donaldson**
   B.A., English and undergraduate engineering
   The University of Alabama

   An absolute beginner's guide to using the worldwide WEB with emphasis on LGB sites. Participants will have the opportunity to work online. As a result, the size of this workshop is limited to terminal space available.

*Drag 101 . . . Understanding Transgender as a Cultural Phenomenon*

Ronnie Anderson and "Friends"

This workshop will examine the drag culture from an insider's perspective. By examining the drag queen's role in film, literature, and politics, we will explore the various ways they are viewed by those outside the transgendered community. The workshop will not only be a sociological discussion, but will also include a segment which will focus on the practical or impractical day in the life of an entertainer. Representatives of the transgendered community will participate, along with scholars on the subject.

## Health Awareness Series

- **Prevention of Sexually Transmitted Diseases (STDs)**

  D. Scott Batey
  Graduate Student, School of Social Work
  University of Alabama and
  Certified Red Cross HIV/AIDS Instructor

  This workshop will examine established and possible vectors for transmission of STDs and infection control. This interactive session will be appropriate for both men and women.

- *The Dr. is in! LGB and Mental Health Services--How to Find Good Help*

  VonCell Smith, Ph.D.
  Clinical Psychologist

  Dr. Smith will discuss how to find good psychological help; how to avoid bad help; and offer suggestions on how to interview a therapist. Dr. Smith will also offer strategies for improving therapeutic alliance.

- 10 -

## Gay/Lesbian/Bisexual Spirituality Series

- *Interfaith Panel Discussion of LGB Issues*

  Rev. Clyde B. Parrish
  National Social Concerns Commission,
  International Council of Community Churches and
  Assistant Dean, College of Business
  Administration, University of Cincinnati

  Additional panel members will be from various denominations including the Tuscaloosa Metropolitan Community Church (MCC).

  The interfaith panel will address how they include lesbians and gay males in their congregations. A questions and answer period will be provided for at the end of the discussion.

- Additional Spirituality Topics

  *Goddess Ritual Workshop*

  *Wicca..How to Become a Solo Practitioner Workshop*

  *MCC Seminar on Worship*

## Public Service Forum Series

As a public service and community outreach effort, the GLBA Conference Committee is offering the following informational seminars to professionals from local and state law enforcement agencies and health agencies. Registered conference attendees are also welcome to attend these sessions.

- *AIDS Vaccines: Clinical Trials in Humans*

  Jim Raper
  Research Manager, AIDS Vaccine Evaluation
  Unit, University of Alabama at Birmingham

- 11 -

"UAB is a testing ground to try out possible AIDS vaccines in human volunteers, one of six vaccine evaluation units in the United States funded by the National Institutes of Health."  UAB will be testing three vaccine candidates (an oral AIDS vaccine; a live virus vaccine; and a pseudo-virions), all intended to be preventative vaccines.  (The Associated Press)  This seminar will provide an overview of the virus, an update on UAB's clinical testing, and other treatment options.

- *Diversity & Cultural Sensitivity Issues in Law Enforcement*

  **James A. Kavina**
  **Special Supervisory Agent**
  **FBI Academy, Quantico, Virginia**

  This workshop is a mini-course on cultural awareness sensitivity including lesbian and gay issues.  Law enforcement professionals will have the opportunity to benefit from a condensed version of the same training given to FBI agents.

**12:00 noon** **Group Luncheon**

An inexpensive luncheon will be served in the BAMA Dining Room (Ferguson Center).  Vegetarian meals will be available.

**6:00 pm** **Debriefing**

An informal discussion concerning who will host next year's conference for those who are interested.

**9:00 pm** **Mardi Gras Bash!**
with entertainment.
Theme costumes encouraged.

(NOTE:  The GLI    does not promote or advocate the violation of Alabama State law, including Sec. 1 1-28.  The conference is solely an educational forum  Opinions expressed by the speakers are their own and do not necessarily reflect opinions of members of the GLBA or the official positions of the group.)

- 12 -

- 13 -

## ACCOMMODATIONS

The 1996 Fifth Annual Lesbian, Gay and Bisexual College Conference of the Southeastern United States is being hosted by the University of Alabama Gay, Lesbian and Bisexual Alliance in Tuscaloosa, Alabama. The conference will be held on the campus of The University of Alabama in Tuscaloosa.

Sleeping room accommodations have been secured both on and off campus. For those individuals who wish to stay on campus, accommodations have been arranged through student housing at Parker-Adams Hall located on Elm Street. This is a dorm facility with two people per room. The cost is $11.00 per night per individual. There are 60 beds at this rate. To make your reservation, please call 205/348-6793 and state you are making a room reservation for the "Voices of Diversity" Conference.

Off-campus facilities have been secured at the Winwood Inn located approximately three (3) miles from campus a: 1780 McFarland Boulevard (Route 82), Tuscaloosa, Alabama. The entire hotel has been reserved for this conference. The room rate is $37.00 per night per room, single or double occupancy. If you have 3 to 4 per room, there is an extra $5.00 per person charge for the additional occupants. Rooms are available in singles, doubles, or kings at the $37.00 rate. Please call the toll free number 1-800/233-0841 to make your reservation. State you are making a room reservation for the "Voices of Diversity" Conference. (The local phone number for the hotel is 205/759-2511.) PLEASE MAKE YOUR RESERVATIONS EARLY AS THIS BLOCK OF ROOMS IS AVAILABLE UNTIL JANUARY 28, 1996. AFTER THIS DATE, ROOMS ARE AVAILABLE ON A FIRST COME, FIRST SERVE BASIS at the conference rate. This facility offers a free continental breakfast. You can also ask for directions to the hotel when you make your reservations.

## TRAVEL

Tuscaloosa is accessible by air, AMTRAK, or by car. There is a small regional airport served by a commuter airline. The closest commercial airport is located in Birmingham and is served by most major airlines. Once you arrive in Birmingham, it would be necessary to make provisions for a rental

AMTRAK has a station in Tuscaloosa. It serves those coming from New Orleans as well as from all points in the north. It does not run every day, however, there is adequate service on weekends.

If you are driving to Tuscaloosa, it is easily accessed by I-20/59 north and south. When arriving in Tuscaloosa, it is necessary to take the McFarland Boulevard (Route 82) West exit.

Upon registration for the conference, all attendees will be mailed a packet which contains a map of The University of Alabama and surrounding area. This will assist you in locating the on-site registration area, meeting rooms, housing and the campus in general.

## "Voices of Diversity"
## Conference Committee

### Conference Coordinators

David Donaldson
Thomas H. Savage
Catherine Lopez Wessell

### Conference Committee

Christine Corey
Lee Fowler
Lisa Spedafora

The following organizations and/or individuals have formally endorsed the "Voices of Diversity" conference:

The West Alabama Chapter of the National Association of Social Workers (NASW)

Tuscaloosa Unitarian Church

The Tuscaloosa Lesbian Coalition (TLC)

- 16 -

- 17 -

Masculine GBM bottom, 28, seeking same or Latin brother who's a straight-up man for flip-flop, jack-off or a little bump-and-grind. I need 9" or more. PHONE CODE: 4749. (20)

Masculine GBM bottom, 20, seeking same or Latin brother who's a straight-up man for flip-flop, J/O or a little bump and grind. I need 9" or more. PHONE CODE: 4546. (16)

Well-built, attractive GBM, 30, 5'11", 175, seeks masculine, very well-hung top 20-40. Also ain't nothing wrong with a little bump and grind or JO. PHONE CODE: 4514. (16)

Latino, light-skinned, 30-something, but look 20-something, 5'11", 160, professional, very goodlooking, very sensual, good sense of humor. Carlos. PHONE CODE: 4484. (16)

Three or more is best! Two gay black men, one Pisces, 27, 5'7", 140, the other Virgo, 33, 5'5", 130. Both masculine, very attractive, enjoy nightlife, home and getting into action with threesomes to sixsomes. We also like to travel. Seek other GBM, 18-40, who love to have fun. Goodlooking is a+. No drugs. PHONE CODE: 4467. (15)

WM, 24, 5'6", 140, very goodlooking, smooth build, light brown hair, green eyes, looking for a goodlooking, well-hung BM who is a top. Mark. PHONE CODE: 4855. (22) We are a bi-racial couple living in Dallas. I'm 6'8", 270, WM, my partner is 6', 215, BM. We're both attractive, well-hung, bodybuilders. We're looking for muscular black freaks. PHONE CODE: 4846. (22)

Tight waisted, delicious, handsome black male, 25 years, seeking hot mutual satisfaction with uncircumsized black men 40 years and older for sexy slippery times together. No one night stands and no drugs. PHONE CODE: 4720. MAIL CODE: 316. (20)

Let's cut to the chase. I'm a BM in search of individuals or couples for safe freak action. You must be aggresive and masculine. Jay. PHONE CODE: 4734. (20)

WM, 34, into BM tops, masters, daddies, ruffnecks, hot, freaky leather men. Sir, leave instructions in my box. PHONE CODE: 4429. (18) I have an uncontrollable attraction for dark, very attractive, well-built, very masculine men. I'm brown skinned, very attractive, masculine, well-endowed, professional. I'm willing to back it up with a photo if you do as well. PHONE CODE: 4527. (16)

Goodlooking brother hanging out in San Antonio, looking for the same, nice, sexy and well-hung. Give me a call, I know you're lonely here too. Peace. Jay. PHONE CODE: 4459. (15)

WM bottom, 6'1", 185, brown hair, gray eyes, I would like to meet an attractive, dominant, well-hung BM top with a well-hung BM friend as my masters. Come on and double my pleasure. Jim in St. Louis. PHONE CODE: 4776. (21)

Gay white couple, Mark and John, 31 and 28, seeking a dominant black top man in the St. Louis area. PHONE CODE: 4789. (21)

East Indian, asymptomatic HIV+, 50, 5'6", 170, hairy, gorgeous buns, incredible butt, smoke, alcohol, drug free, on partial government support. You: black gentleman, not fat, energetic, super big hung 10+, experienced to know how to make me hot for intense plowing. I need sex, not relationship or financial support. Robert, Box 14042, Chicago, IL 60614. (15)

GBM, young fine-ass homie, professional, moving to Chicago. Very masculine, 32, 5'10", fit, "all that." ISO same. You: Big, tall, buff, dark, handsome and "what up" masculine even better! Juan. PHONE CODE: 4667. MAIL CODE: 300. (19)

Submissive white male in Illinois available to horny dominant top men with a take charge attitude who play safe. Use my wet mouth and upturned bottom for your pleasure. Lube and condoms provided. PHONE CODE: 4632. MAIL CODE: 307. (19)

Bisexual black male, slender, young, hip-hop. You should be bisexual, kinky, discreet, young, newcomer like me. absolutely no commitment, black Caribbean with accent a+, be versatile. Send nude pictures. PHONE CODE: 4572. MAIL CODE: 297. (18)

Bisexual BM, 25, 5'10", very handsome, very discreet. I've just located to Tennessee and I'm very bored. I'm a professional and have money. I can have fun with someone 18-30 who is very handsome and discreet. PHONE CODE: 4812. (22)

Attractive BM, nice body, 32, bottom, masculine, seeks a BM top, manly, masculine and nice physical assets. You must be a bonafide lover of a hairy bubble butt and big thighs. I'm a Georgia resident. PHONE CODE: 4854. MAIL CODE: 329. (22)

Young cute bi black male, 23, 5'10", 170, versatile, HIV-, very passionate, looking to meet nice, masculine, attractive men for hot sex. New Orleans. PHONE CODE: 4798. (22)

WM, 29, loves to suck big long fat black dick and to get it up the butt. Ready to go in Atlanta area. Steven. PHONE CODE: 4847. (22)

Interested in a well-endowed black man who loves to be satisfied. I'm a heavyset black male, 35, 5'11". Give me a call and we'll see what we can do about it. Rick. PHONE CODE: 4793. (21)

I'm very attractive, 5'8", 180, workout in gym. If you're a brother about the same, I'd like to hear from you. I'm a thigh and butt man, the bigger the thigh, the nicer the butt, the more excited I get. I'm waiting to hear from you. Gary in Georgia. PHONE CODE: 4490. (21)

Italian ex-model in Atlanta, 29, 6'3", 180, 42" chest, 31" waist, 18" biceps, dark skin, hairy, masculine, green eyes, short beard, workout 4-5/week. Seek someone in great shape also, masculine, latin or black A+, top, well-endowed 9" or more. I can travel. Neal. PHONE CODE: 4531. (16)

WM, 30, 5'10", 165, hairy chest, clean shaven, real muscular, looking for muscular BM. Bill. PHONE CODE: 4544. (16)

Whatzup G? I seek a top man to help me over the hard times. If you're a hung top I would like to get down and dirty with you. Georgia area. PHONE CODE: 4515. (16)

Plump top, magic hands, with 7-1/2" likes to immerse real deep. You should be a muscled bottom with 9+. PHONE CODE: 4768. (22)

Horny black male sought by blond GWM to please your cock, balls and ass. Roy. 818-896-8890. (19)

Nice looking BM, 32, 5'8", 145, gives great head to guys (18-35) hung 10"+ who are slender and in shape. Safe. Call Bill at 310-217-7546. (17)

BM living in Inglewwod looking for some hot action. Dave is the name, so if you like it hot and sizzling and always ready, leave a message. PHONE CODE: 4741. (20)

BM seeks BM only. I like a guy who's versatile, enjoys 69, getting fucked, has a nice sized dick and enjoys talking on the phone. Jerry. PHONE CODE: 4725. (20)

French Creole, 175 lbs., swimmer's build, would like a big black dick. If you would like someone like me, then contact me, dude. Tom. PHONE CODE: 4670. (19)

If you're looking for a hungry WM cocksucker, I'm your man. I'm a hot, handsome, 39 yo deep throat oral expert, a totally submissive bottom. If you're HIV- like me and an aggressive dominant top, handsome, in-shape and well-hung, let's get together. Leave a message or drop a line. BJ. PHONE CODE: 3506. MAIL CODE: 310. (19)

Buff, tuff muscle guy. Bench 270 lbs., 17" arms. 46" chest, leg press 550 lbs.! Huge shooter. looking for a true black horse, if you got the meat, try to ride me. PHONE CODE: 4691. MAIL CODE: 224. (19)

Goodlooking WM, blue eyes, 5'10", 160, Hollywood area, would like to meet masculine, in-shape guys who want to get together. If the chemistry is right, we can fuck all night. I'm versatile, healthy and looking for a buddy for regular sessions. PHONE CODE: 4607. (18)

33-year-old versatile Latino looking for hard dicks to fuck and suck. Silverlake area. Waiting to hear from you. PHONE CODE: 4631. (18)

28-year-old white dude with an awesome butt, wants to be gang-banged by 3 to 4 black guys hung 9"-10". PHONE CODE: 4597. (16)

Nice looking, caramel color, 30, nice swimmer's body and a 10" dick. Looking for guys with similar equipment for fun. Bill. PHONE CODE: 4127. (16)

Black male, 39, moustache, nice body, looking for someone to get together with and have great sex. This is a hot Scorpio, so if you know how Scorpios are, then you know what you're in for. Dwayne. PHONE CODE: 4510. (16)

Brown skinned brother, 27, with a slim build, nice looking, seeking brothers 18-30 for fun and pleasure. Speaking of pleasure, I've got 10" for you. If you're serious, let's hook this up. Tony. PHONE CODE: 4805. (21)

I just want to get into some good ass-fucking action. So if you're down with that, leave me a message and I'll get back at ya. Marsell. PHONE CODE: 4654. (19)

Oakland/East Bay BM, 45, 6', 185, 33" waist, 8-1/2" dick, bottom but can be versatile, looking for men for hot action. you should be heavy-hung. Richard. PHONE CODE: 4692. (19)

East Bay black man, 6', 190, goodlooking, moustache, HIV+, looking for same. Interested in meeting guys 10" or more, who enjoy getting serviced and who are top. PHONE CODE: 4707. (19)

WM, 5'11", 170, dark hair/eyes, closely trimmed beard, looking for a BM who is tall, dark and handsome and is very hung at least 9" and thick. I would like to ride a couple of brothers at a time. I'm located in Palm Springs and will put you up free if you come visit. Drew. PHONE CODE: 4693. (19)



## The Gay Cafe - Growing into the
# World's Foremost Internet Gay Site.

Copyright © 1995 International Cafe, Inc. Cafe Preview Compliments of Nathan Johansen
webmaster@gaycafe.com

Exhibit C
Page 1 of 3



The Gay Cafe - Growing into the
## World's Foremost Internet Gay Site.

Copyright © 1995 International Cafe, Inc. Cafe Preview Compliments of Nathan Johansen
webmaster@gaycafe.com

Exhibit C
Page 2 of 3



# The Gay Cafe - Growing into the
# World's Foremost Internet Gay Site.

Copyright © 1995 International Cafe, Inc. Cafe Preview Compliments of Nathan Johansen
webmaster@gaycafe.com

Exhibit C
Page 3 of 3