IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| GAY, LESBIAN, BISEXUAL ALLIANCE, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | CIVIL ACTION NO. 93-T-1178-N |
| JEFF SESSIONS, in his official capacity as Attorney General of the State of Alabama, et al., | ) ) ) ) ) |
| Defendants. | ) ) ) |

## UNOPPOSED MOTION TO EXTEND THE TIME TO FILE FEE PETITION

Counsel for Plaintiff in the above-captioned matter respectfully requests an extension of time to file their Fee Petition in the above-captioned matter, and as reasons therefor says as follows:

1. A Judgment in this matter was filed with the Clerk of the Court on January 29th, 1996.

2. Pursuant to Rule 54 of the Federal Rules of Civil Procedure, as the prevailing party, Plaintiff's counsel must file their claim for fees and expenses by February 12, 1996.

3. Given that it has been some time since this case was heard, Plaintiff's counsel need additional time to review their calendars and time records and prepare the necessary Declarations.

4. If this Motion is granted, there will be no prejudice suffered by Defendants.

5. Counsel for the Attorney General and University of South Alabama have no objection to this Motion being granted.

FHS351934.FHS

WHEREFORE, premises considered, Plaintiff would respectfully request that its counsel be granted until February 26, 1996 to file its Fee Petition pursuant to Rule 54 of the Federal Rules of Civil Procedure.

Respectfully Requested,

_____
FERN SINGER
Attorney for Plaintiff

OF COUNSEL:

Sirote & Permutt, P.C.
2222 Arlington Avenue South
Post Office Box 55727
Birmingham, Alabama  35255-5727
(205) 930-5158 (Singer)
(205) 930-5301 (FAX)


OF COUNSEL:

Ruth E. Harlow, Esquire
American Civil Liberties Union
132 West 43rd Street
New York, New York  10036
(212) 944-9800, ext. 545
(212) 869-9061 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___6___ day of February, 1996, a copy of the foregoing pleading was served on counsel for all parties to this proceeding by placing a copy of same in the U. S. Mail, properly addressed and first-class postage prepaid, to:

Tom Parker, Esquire
Office of the Attorney General
11 South Union Street
Montgomery, Alabama  36130

J. Fairley McDonald, III, Esquire
Copeland, Franco, Screws & Gill, P.A.
444 S. Perry Street
Post Office Box 347
Montgomery, Alabama  36101-0347

_____
OF COUNSEL