UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED

FEB 1 1996

| | |
|---|---|
| GAY LESBIAN BISEXUAL ALLIANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JEFF SESSIONS, in his official capacity ) | Civil Action |
| as Attorney General of the State of ) | No. 93-T-1178-N |
| Alabama, FREDERICK P. WHIDDON, in his ) | |
| official capacity as President of the ) | |
| University of South Alabama, and DALE ) | |
| T. ADAMS, in his official capacity as ) | |
| Dean of Students of the University of ) | |
| South Alabama, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF CATHERINE LOPEZ WESSELL

Catherine Lopez Wessell, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a second-year graduate student at the University of Alabama's School of Social Work. I anticipate completing my masters degree program in May and graduating with honors.

2. I am one of the three conference coordinators who chair the Voices of Diversity Conference Committee, the committee that is organizing and preparing for the upcoming Fifth Annual Lesbian, Gay and Bisexual College Conference of the Southeastern United States, to be held on February 15 and 16, 1996. I am also a member of the University of Alabama Gay Lesbian Bisexual Alliance (GLBA-UA), the organization that is sponsoring and hosting the conference. I am running unopposed for the position

of vice president of GLBA-UA and expect to be elected to that position at our next meeting on Monday, February 12.

3. The conference we are about to host has been held at Vanderbilt University for the past four years. Last year, the Vanderbilt student organizers decided to give another student group the opportunity to host the conference, and thus to let the conference grow and change. Members of the GLBA-UA were so inspired by their attendance at last year's conference that they immediately expressed interest in taking over as hosts for 1996. In March 1995, a majority of our members voted to host the conference and our planning began.

4. In preparing for the conference, we have complied with all University of Alabama rules and procedures that must be followed by a student organization holding such an event on campus. The University administration has been and remains supportive of our event, despite the growing pressure on it to reverse its stance.

5. The conference will take place in campus meeting rooms and auditoria. We have also received student activity fees that are covering some of our expenses in hosting the meeting. Those expenses include paying the travel expenses of our out-of town speakers, providing some scholarships to conference participants, and paying for the conference program and other written materials.

6. The conference is an educational event. We have created a program and forum for lesbian, gay, bisexual and heterosexual

2

people to come together, and to talk about our lives, our history, and current social and political issues. The ultimate aim in having the conference is to reduce the intolerance, injustice and bigotry that currently harm lesbian, gay and bisexual people.

7. The theme for the conference is "voices of diversity." We have solicited the participation of lesbian, gay, bisexual, heterosexual; white, black; women, men; Judeo-Christian and those of other faiths; disabled persons; professionals, lay persons; and any other interested persons in our conference.

8. We have sent over 100 student groups throughout the Southeast informational brochures and registration forms, inviting them to come and participate in our event. Advance registration is not necessary, however, nor is membership in any group. Anyone who chooses to come to the conference will be included.

9. In sum, the conference will provide an opportunity for students and community people from all over the Southeast to come together, learn from each other, and simply communicate with one another. We will all have the opportunity to hear prominent keynote speakers and knowledgeable workshop leaders. A one page outline of the conference schedule is attached to this declaration and provides more detailed information about the conference content.

10. As we have recently had to emphasize, the GLBA-UA and the conference committee believe that "a university provides a

learning environment in which all types of ideas and beliefs may be discussed and explained. The ability to form educated and informed beliefs depends heavily on the exposure to a wide variety of information sources. Suppression of information is detrimental to a well-rounded education. Without protected speech, the educational purpose of a university would be defeated." (Voices of Diversity Conference Committee statement to the community). It is in this spirit that we have organized the conference.

11. The conference has nothing whatsoever to do with the violation of any criminal laws.

12. GLBA-UA maintains a "home page" on the World Wide Web. We have included the conference brochure and other information about the conference in the information available from our home page. Our home page does not include any classified personal ads, nor does it include any obscene material.

13. Members of the faculty and administration at the University of Alabama are apparently monitoring our home page and have asked us to limit its links to other information sources on the World Wide Web. We do not know of any other student groups at the university whose computer activities are under such scrutiny.

14. GLBA-UA and the Voices of Diversity Conference Committee would be devastated and irreparably harmed if we were forced to cancel the conference or take any other action to circumscribe its success. We have been working on this meeting

4

for ten months. It is a first-time, unique event for an Alabama university. If something went wrong at this point, not only this year's event would disappear, but also any chance of hosting the conference again. The loss of this educational forum would not only be ours, but a loss for all those who were scheduled to speak at or attend the conference.

15. We have no site other than the University of Alabama at which to hold the conference. Moreover, a central part of the statement we are seeking to make with this conference is that it represents an academic, thoughtful approach to controversial issues. No site other than the university could convey that idea.

16. Because of the vocal opposition of certain elected officials, the conference has come to have a high profile in the media and among members of the public. The opposition of the elected officials has encouraged an outpouring of hate and opposition that has been directed towards us, as the conference organizers. If our conference is silenced or otherwise discriminated against by the state now, that action will send a strong message that not all Alabamians are entitled to freedom of speech and freedom of assembly.

17. I ask the Court to ensure that the Attorney General does not stop or otherwise curtail the conference, so that our colleagues from the University of South Alabama and many other schools can come to Tuscaloosa to learn and so that our long-

5

planned, unprecedented educational forum can take place.

I declare under penalty of perjury that the foregoing is true and correct.

February 11, 1996

*Catherine Lopez Wessell*
Catherine Lopez Wessell

6

# SCHEDULE OF EVENTS

## FRIDAY, FEBRUARY 16, 1996

2:00-7:00 pm    REGISTRATION    *Ferguson Center Room 204*

7:00-9:15 pm    GENERAL SESSION    *Biology Building Auditorium*

Welcoming Remarks & Introductions
Thomas Savage, Cathy Lopez Wessell &
David Donaldson, Conference Coordinators

**KEYNOTE SPEAKER #1**
**Abby Rubenfeld, J.D.**
Attorney At Law,
Instrumental in getting Tennessee's sodomy law overturned

**KEYNOTE SPEAKER #2**
**Bruce Steele**
Executive Editor, Out Magazine

**KEYNOTE SPEAKER #3**
**Laura Hershey**
Writer, Activist, Trainer, Speaker, Poet, Organizer for International Women with Disabilities Forum at Beijing Women's Conference

**KEYNOTE SPEAKER #4**
**Bryan K. Fair, J.D.**
Associate Professor, Assistant Academic Vice President, School of Law, Academic Affairs – The University of Alabama

## SATURDAY, FEBRUARY 17, 1996

7:00-9:00 am    REGISTRATION    *Room 204*

7:00-10:00 am    BREAKFAST    *BAMA Dining Room*

### MORNING SESSIONS

8:00-10:00 am    **Abby Rubenfeld, J.D.**    *Ferguson Theater*
λ *Legal Survival Guide: How to Make the Best of the Status Quo*
This workshop will prepare you to make the most of the existing legal system as it pertains to relationships, finances, jobs, etc.

9:00-10:00 am    **D. Scott Batey**, Graduate Student    *Room 312*
School of Social Work, Certified Red Cross HIV/AIDS Instructor
λ *Prevention of Sexually Transmitted Diseases (STDs)*
This interactive session will examine established and possible vectors for transmission of STDs and infection control

**Representatives**    *Room 313*
from the Wiccan Student Circle
λ *Wicca: Modern Day Goddess Workshop*
An historical overview and description of current beliefs

**"Andrew"**    *Room 315*
λ *Out on the Fringes*
A discussion of the psychological and biological theories concerning sadomasochism, bondage and fetishism. A question and answer session will follow

10:15-11:45am    **M. Rose Gladney, Ph.D.**    *Room 312*
Associate Professor, American Studies
λ *Uncovering Our Hidden Past*
This workshop will be a discussion of problems related to collecting Southern lesbian, gay and bisexual pre-Stonewall history

**Cathy Lopez Wessell & Tom Savage**    *Room 315*
Graduate Students, School of Social Work
λ *Coming Out Workshop*
Ms Wessell and Mr Savage will discuss the coming out process as a normative stage of identity formation. Participants will then have the opportunity to share coming out stories

**Representatives**    *Mortar Board Room*
From the Legal Profession
λ *Everything You Always Wanted to Know About the Law But Couldn't Afford to Ask -- Panel Discussion*
This will be an interactive seminar. Come prepared to ask questions

**Laura Hershey**    *Forum Room*
Writer, Activist, Trainer, Speaker, Poet
λ *Building Alliances Among Diverse Communities*
This presentation explores several struggles for civil rights, freedom and dignity, and proposes coalitions based on their common ground. Particular focus on connections between the disability rights movement, the lesbian/gay/bisexual/transgendered movement and the women's movement

11:00-noon    **James A. Kavina**    *Room 313*
Special Supervisory Agent, FBI Academy, Quantico, Virginia
λ *Cultural Sensitivity & Diversity Issues in Law Enforcement*
This workshop is a mini-course on cultural awareness sensitivity, including gay and lesbian issues, in law enforcement.

11:45am-1:15pm    **Group Luncheon**    *BAMA Dining Room*
An inexpensive luncheon will be served. Vegetarian meals available

### AFTERNOON SESSIONS

1:15-2:45 pm    **Representatives**    *Mortar Board Room*
from Hate Crimes Division, Southern Poverty Law Center
λ *What Are Hate Crimes and Who Are the Victims?*
This seminar will discuss treatment of hate crimes and other relevant topics.

1:15-3:15 pm    **Bob Burns and Patrick Packer**    *Room 312*
Associates of the National Coalition Building Institute
λ *Cultural Diversity-Be a Part of the Solution and Not the Problem!*
This experiential workshop is intended to address issues of bias from within the lesbian/gay/bisexual communities. Come prepared to increase your awareness of diversity within the lesbian/gay/bisexual communities and learn how to overcome prejudice and stereotypes

1:15-3:00 pm    **Cushing**    *Room 315*
λ *Substance Abuse in the Community*
An introduction to the 12-step self-help programs for lesbian and gay people, conducted in a confidential and safe environment. Discussion will also include how to start LGB 12-step groups in your area

1:15-3:15 pm    **David Donaldson**    *Room 313*
B.A. English / Undergraduate, Engineering
λ *Worldwide Web, the Internet and Stuff*
An absolute beginner's guide to using the worldwide WEB with emphasis on LGB sites. Size limited to terminal space available.

**Representatives**    *Forum Room*
from the Religious/Spiritual Community
λ *Interfaith Panel Discussion of LGB Issues*
Panel members will represent various denominations. The interfaith panel will address how they include lesbians and gay males in their congregations. A question and answer period will be provided for at the end of the discussion

3:30-4:30 pm    **Bob Burns and Patrick Packer**    *Room 312*
Associates of the National Coalition Building Institute
λ *Cultural Diversity (Continued)*
Bob and Patrick will provide extra time for those attending the 1:15 pm workshop who wish to continue with the work begun

3:30-5:00 pm    **Ronnie Anderson and "Friends"**    *Room 313*
λ *Drag 101–*
Understanding Transgender as a Cultural Phenomenon
This workshop will not only be a sociological discussion, but will also include a segment which will focus on the practical or impractical day in the life of an entertainer. Representatives of the transgendered community will participate, along with scholars on the subject.

**VonCeil Smith, Ph.D**    *Room 315*
Clinical Psychologist
λ *The Dr. Is In!*
LGB and Mental Health Services - How to Find Good Help
Dr Smith will discuss how to find good psychological help. Dr Smith will also offer strategies for improving therapeutic alliance

**Bruce Steele**    *Forum Room*
Executive Editor, Out magazine
λ *Queer Issues and the Media Hierarchy*
Out is the nation's largest-circulation gay and lesbian magazine Mr Steele will discuss the year ahead in gay and lesbian news coverage and the many levels at which the media work. Please bring your own questions and opinions

**Jim Raper**    *Ferguson Theater*
Research Manager, AIDS Vaccine Evaluation Unit
λ *AIDS Vaccines: Clinical Trials in Humans*
The University of Alabama -Birmingham will be testing three vaccine candidates (an oral AIDS vaccine, a live virus vaccine and a pseudovirions). This seminar will provide an overview of the virus, an update on UAB's clinical testing, and other treatment options.

5:15-6:00pm    **Conference Committee**    *Forum Room*
λ *Planning the Future:*
6th Annual Lesbian/Gay/Bisexual College Conference 1997!
An opportunity for interested student groups to host next year's conference. The GLBA wishes to continue the tradition, and pass the conference on to its next location. Resources, suggestions and information will be available. Feedback regarding this year's event will be welcomed

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAY LESBIAN BISEXUAL ALLIANCE,<br><br>  Plaintiff,<br><br>vs.<br><br>JEFF SESSIONS, in his official capacity as Attorney General of the State of Alabama, FREDERICK P. WHIDDON, in his official capacity as President of the University of South Alabama, and DALE T. ADAMS, in his official capacity as Dean of Students of the University of South Alabama,<br><br>  Defendants. | Civil Action<br>No. 93-T-1178-N |

## DECLARATION OF DAVID DONALDSON

David Donaldson, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an electrical engineering student at the University of Alabama. I am also one of the three coordinators of the Fifth Annual Lesbian, Gay and Bisexual College Conference of the Southeastern United States, called "Voices of Diversity," that is about to take place at the university.

2. As part of my responsibilities as a co-coordinator, I have taken care of reserving the necessary space for the conference in University of Alabama buildings. I secured the use of those facilities according to the strictures established by the University Office of Student Life. The facilities that we are using for this conference, such as rooms in the Ferguson

student center, are quite regularly used as conference facilities by other groups.

3. We have developed the conference to be an academic forum for the discussion of issues pertinent to the gay, lesbian and bisexual community, but relevant to the broader community as well. In particular, we have reached out to students and professionals in the medical and legal professions to secure their participation in the conference. For example, Dr. Jim Raper, research director of the UAB AIDS Vaccine Evaluation Unit, will be speaking on UAB's efforts in vaccine research and in new treatment options for people with HIV. We have also secured Jim Kavina, an instructor and Special Supervisory Agent at the FBI Academy in Quantico, Virginia, to come and conduct a seminar on cultural/ethnic sensitivity and awareness. We have, among many others, invited local, county and state law enforcement personnel to the conference.

4. There has never been a conference related to gay, lesbian and bisexual issues on this scale in our state. As the controversy surrounding the conference has grown in recent weeks, the need for its dialogue and its opportunity to openly and respectfully address sexual orientation issues has only increased.

5. As we wrote in the conference brochure, the purposes of the conference are:

> To create a gay/lesbian/bisexual peoples' forum for the exchange of ideas, examination of current issues, and bridge building in the southeast.

2

> To celebrate, evaluate, and explore our differences, commonalities, and diversity.
>
> To initiate a respectful dialogue about our gay, lesbian, bisexual lifestyles.
>
> To educate and inform ourselves and others about gay, lesbian, and bisexual cultures and our contributions to society.

With the conference, we endeavor to meet intolerance and uninformed bigotry with academic dialogue and education.

6. As a gay man and a member of the University of Alabama Gay Lesbian Bisexual Alliance, I am especially mindful of my right to define myself, express my opinions, associate with those I choose, and investigate ideas that are of interest. Should the conference be blocked or interfered with, that will be a shocking and injurious loss of rights for me and for everyone else who has worked so hard to put on this event.

7. Stopping or curtailing the conference would also create an irretrievable loss for those who are planning on attending the conference. Whether those participants are other members of gay and lesbian student groups at other university campuses, or Alabama residents seeking to become enlightened about sexual orientation questions, they will be denied access to information and associations that can never be replaced.

8. I submit this declaration in the hope that the Court's previous judgment will stay fully in effect and will protect our

3

conference from any further interference by the state.

I declare under penalty of perjury that the foregoing is true and correct.

February 11, 1996

David Donaldson

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAY LESBIAN BISEXUAL ALLIANCE,         )<br>                                       )<br>           Plaintiff,                  )<br>                                       )<br>      vs.                              )<br>                                       )<br> JEFF SESSIONS, in his official capacity )<br> as Attorney General of the State of   )<br> Alabama, FREDERICK P. WHIDDON, in his )<br> official capacity as President of the )<br> University of South Alabama, and DALE )<br> T. ADAMS, in his official capacity as )<br> Dean of Students of the University of )<br> South Alabama,                        )<br>                                       )<br>           Defendants.                 ) | Civil Action<br>No. 93-T-1178-N |

## DECLARATION OF THOMAS H. SAVAGE

Thomas H. Savage, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am 46 years old and a second-year graduate student at the University of Alabama's School of Social Work. My professional activities focus on social work with the elderly population.

2. I am the President of the University of Alabama Gay Lesbian Bisexual Alliance (GLBA-UA). I am also the Secretary of another student organization, Students for the Education and Prevention of AIDS. And I am one of the three coordinators for the Fifth Annual Lesbian, Gay and Bisexual College Conference of the Southeastern United States, about to be held here on February 16 and 17, 1996.

3. The conference is all about learning. It has purposefully and importantly been scheduled to occur at an institution of higher learning, the University of Alabama. In planning the conference, we viewed our nationally-recognized university as the ideal setting for the first conference in Alabama to draw all sorts of people, from nearby and from throughout the Southeast, to undertake an informed examination of social and political questions of importance to gay, lesbian and bisexual individuals.

4. From my own work in AIDS prevention, I know that the conference panel on preventing sexually transmitted diseases is especially important. That panel will be conducted by a Certified Red Cross HIV/AIDS Instructor, who will discuss the most important steps one can take to avoid HIV, including proper condom usage.

5. The public facilities and public funding we are using to put on the conference are essential for its success. We still have last-minute publicity and conference material printing to pay for, and we still must help numerous speakers and participants cover their expenses if they are going to be able to come to Tuscaloosa. Without the public meeting rooms at the university, we have no place to conduct the conference.

6. Despite all the energy it has taken to organize the conference and to fight off our opponents, I am looking forward to "Voices of Diversity." I look forward to meeting students from other gay and lesbian student organizations in Alabama, who

2

likewise have had to fight against very vocal enemies just to sustain their organizations and to play a role on their campuses. I also look forward to the interesting dialogue that will undoubtedly erupt at our event.

7.  If the conference is blocked or crippled by the state, the injustice and message of giving in to hate will never be undone. Seeing our First Amendment rights trampled upon, many of our fellow citizens will continue to believe that gay, lesbian and bisexual students deserve unequal treatment in Alabama.

I declare under penalty of perjury that the foregoing is true and correct.

February 11, 1996

_____
Thomas H. Savage

3

RECEIVED
96 FEB 21 AM 10: 05
THOMAS C. MEYER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAY LESBIAN BISEXUAL ALLIANCE,        )
                                       )
          Plaintiff,                   )
                                       )
     vs.                               )
                                       )
JEFF SESSIONS, in his official capacity)
as Attorney General of the State of    )   Civil Action
Alabama, FREDERICK P. WHIDDON, in his  )   No. 93-T-1178-N
official capacity as President of the  )
University of South Alabama, and DALE  )
T. ADAMS, in his official capacity as  )
Dean of Students of the University of  )
South Alabama,                         )
                                       )
          Defendants.                  )

## DECLARATION OF ALAN CLAMPETT IN SUPPORT OF FURTHER RELIEF AND IN OPPOSITION TO A PARTIAL STAY

Alan Clampett, pursuant to 28 U.S.C. § 1746, declares as follows:

1.  I am a student at the University of South Alabama and am president of the Gay Lesbian Bisexual Alliance at that school, the plaintiff organization in this action.

2.  The Fifth Annual Lesbian, Gay and Bisexual College Conference of the Southeastern United States is scheduled to take place at the University of Alabama in Tuscaloosa on February 16 and 17, 1996.

3.  As the conference brochure explains, among its purposes are to "create a gay/lesbian/bisexual peoples' forum for the free exchange of ideas, examination of current issues, and bridge building in the southeast" and to "educate and inform ourselves



and others about gay, lesbian, and bisexual cultures and our contributions to society."

4. I will be attending the conference in Tuscaloosa, as President of the plaintiff GLBA, to learn from the speakers and workshops and to network with students from other universities in the Southeast. I hope to bring back to Mobile useful information, ideas and contacts that will enable our group to become an even stronger presence at the University of South Alabama.

5. The conference provides a unique opportunity to hear nationally-prominent speakers and to meet with our peers from other schools to discuss common problems and issues of concern.

6. Plaintiff GLBA's interests would be injured if the conference does not take place as planned. Our organization would be deprived of the information and ties to other similar groups that will be the great benefit to us of the conference.

I declare under penalty of perjury that the foregoing is true and correct.

February 10, 1996                                   _____
                                                          Alan Clampett



RECEIVED
96 FEB 21 AM 10:05
THOMAS C. CAVER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALABAMA

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAY LESBIAN BISEXUAL ALLIANCE, )
                               )
        Plaintiff,             )
                               )
    vs.                        )
                               )
JEFF SESSIONS, in his official capacity )
as Attorney General of the State of     )   Civil Action
Alabama, FREDERICK P. WHIDDON, in his   )   No. 93-T-1178-N
official capacity as President of the   )
University of South Alabama, and DALE   )
I. ADAMS, in his official capacity as   )
Dean of Students of the University of   )
South Alabama,                          )
                                        )
        Defendants.                     )

### DECLARATION OF SEAN LLOYD IN SUPPORT OF
### FURTHER RELIEF AND IN OPPOSITION TO A PARTIAL STAY

Sean Lloyd, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a sophomore at the University of South Alabama. I am a member of the Gay Lesbian Bisexual Alliance at that school, the plaintiff organization in this action.

2. The Fifth Annual Lesbian, Gay and Bisexual College Conference of the Southeastern United States is scheduled to take place at the University of Alabama in Tuscaloosa on February 16 and 17, 1996.

3. I will be attending that conference as part of the contingent from plaintiff GLBA, along with our group's president Alan Clampett.

4. By attending the conference's workshops and lectures, talking with the other conference attendees, and collecting the written materials available at the conference, I will learn more about issues of importance to our organization.

5. Without the Tuscaloosa regional conference, we as members of GLBA would have no way to network, on a face-to-face basis, with other students who are part of similar groups at colleges all across the South. We would also not have access to the many speakers from across the country who are set to speak at the conference.

6. If the conference is cancelled, I will never receive the information and insights that I could have obtained at that event, information and ideas that will benefit my activities as a member of GLBA.

I declare under penalty of perjury that the foregoing is true and correct.

February 11, 1996

Sean Lloyd

2

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAY LESBIAN BISEXUAL ALLIANCE,<br><br>    Plaintiff,<br><br>  vs.<br><br>JEFF SESSIONS, in his official capacity as Attorney General of the State of Alabama, FREDERICK P. WHIDDON, in his official capacity as President of the University of South Alabama, and DALE T. ADAMS, in his official capacity as Dean of Students of the University of South Alabama,<br><br>    Defendants. | Civil Action<br>No. 93-T-1178-N |

## CERTIFICATE OF SERVICE

I hereby certify that the Declarations of Alan Clampett, Sean Lloyd, Catherine Lopez Wessell, David Donaldson, and Thomas H. Savage were today served on all counsel for defendants via facsimile transmission and via U.S. mail, postage pre-paid, and addressed as follows:

> Thomas F. Parker IV
> Deputy Attorney General
> Office of the Attorney General
> Criminal Appeals Division
> 11 South Union Street
> Montgomery, Alabama  36130
> Facsimile Number:  (334) 242-2848
>
> J. Fairley McDonald, III
> George W. Walker, III
> Copeland, Franco, Screws & Gill, P.A.
> Post Office Box 347

Montgomery, Alabama  36101
Facsimile Number:  (334) 834-3172

This 12th day of February, 1996.

_____
Ruth E. Harlow
American Civil Liberties
 Union Foundation
132 West 43rd Street
New York, New York  10036
(212) 944-9800, ext. 551

Attorney for Plaintiff