RECEIVED
'96 FEB 26 AM 10 12
_____ER, CLK
U.S. DISTRICT
MIDDLE DISTRICT ALA

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
FEB 2 6 1996
THOMAS C. CAVER, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| GAY LESBIAN BISEXUAL ALLIANCE, <br><br> Plaintiff, <br><br> vs. <br><br> JEFF SESSIONS, in his official capacity as Attorney General of the State of Alabama, FREDERICK P. WHIDDON, in his official capacity as President of the University of South Alabama, and DALE T. ADAMS, in his official capacity as Dean of Students of the University of South Alabama, <br><br> Defendants. | Civil Action <br> No. 93-T-1178-N |

PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES

Plaintiff, by the undersigned counsel, hereby moves pursuant to 42 U.S.C. § 1988, Federal Rule of Civil Procedure 54, and Local Rule 20 for an award of attorneys' fees and expenses. The Court, upon a prior unopposed motion by plaintiff, has set February 26, 1996, as the filing deadline for this motion.

The accompanying Declarations of Ruth E. Harlow, Fern Singer, and John C. Falkenberry, the documentation attached thereto, and Plaintiff's Memorandum Of Law In Support Of Motion For Fees And Expenses establish that plaintiff, the prevailing party in this matter, is entitled to an award of attorneys' fees in the amount of $ 83,818.75 and to an award of attorneys' expenses in the amount of $ 2,181.21. The expenses requested here do not duplicate the costs taxed by the Bill of Costs served and filed by plaintiff on February 13, 1996.

WHEREFORE, plaintiff respectfully requests that the Court order such an award of attorneys' fees and expenses to be paid by defendants.

Dated:    February 23, 1996

*[signature]*

Ruth E. Harlow
Matthew A. Coles
American Civil Liberties
  Union Foundation
132 West 43rd Street
New York, New York  10036
(212) 944-9800, ext. 551

Fern Singer
2222 Arlington Ave. South
Post Office Box 55727
Birmingham, Ala.  35255
(205) 930-5158

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Motion For Attorneys' Fees And Expenses was today served on all counsel for defendants via Federal Express delivery service for Monday, February 26 delivery, delivery fee pre-paid, and addressed as follows:

>Thomas F. Parker IV
>Deputy Attorney General
>Office of the Attorney General
>11 South Union Street
>Montgomery, Alabama  36130
>
>J. Fairley McDonald, III
>Copeland, Franco, Screws & Gill, P.A.
>444 South Perry Street
>Montgomery, Alabama  36101

This 23rd day of February, 1996.

Ruth E. Harlow
American Civil Liberties
  Union Foundation
132 West 43rd Street
New York, New York  10036
(212) 944-9800, ext. 551

Attorney for Plaintiff

3