UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
'96 FEB 26   AM 10:02  NORTHERN DIVISION

**FILED**

FEB 2 6 1996

THOMAS C. CAVER, CLERK

BY _____
DEPUTY CLERK

GAY LESBIAN BISEXUAL ALLIANCE,      )
                                    )
            Plaintiff,              )
                                    )
    vs.                             )
                                    )
JEFF SESSIONS, in his official capacity )
as Attorney General of the State of )    Civil Action
Alabama, FREDERICK P. WHIDDON, in his ) No. 93-T-1178-N
official capacity as President of the )
University of South Alabama, and DALE )
T. ADAMS, in his official capacity as )
Dean of Students of the University of )
South Alabama,                      )
                                    )
            Defendants.             )

DECLARATION OF RUTH E. HARLOW IN SUPPORT OF
PLAINTIFF'S MOTION FOR FEES AND EXPENSES

I, Ruth E. Harlow, declare as follows:

1.  I served, and will continue to serve on appeal, as lead
counsel for plaintiff Gay Lesbian Bisexual Alliance in the above-
captioned matter.  I execute this declaration in support of
plaintiff's motion for attorneys' fees and expenses.

2.  I am the Associate Director of the national American
Civil Liberties Union's Lesbian and Gay Rights Project.  I have
held this position since January 1993.  For two years prior to
being promoted to my current position, I served as Staff Counsel
for the Project.

3.  As my attached resume (exhibit A) summarizes, I am a
graduate of Stanford University and Yale Law School.  For one
year after law school, I served as a law clerk to the Honorable
Walter K. Stapleton of the U.S. Court of Appeals for the Third



Circuit.

4.   Between my clerkship and joining the national ACLU's Lesbian and Gay Rights Project, I worked as a Staff Attorney for the ACLU of New Jersey and as an associate with a New York City law firm specializing in litigation on behalf of plaintiffs bringing employment discrimination and other civil rights claims.

5.   Thus, for the eight and one-half years since my judicial clerkship, all of my work as a lawyer has involved litigating civil rights and civil liberties matters on behalf of plaintiffs.

6.   I am admitted to practice in the states of New York and New Jersey, the federal district courts for the Southern and Eastern District of New York, and the U.S. Courts of Appeals for the Second, Fourth and Eleventh Circuits.

7.   For the over five years that I have been with the Project, my case load has focused exclusively on gay and lesbian rights issues and, to a lesser extent, legal issues related to HIV and AIDS. Within those areas of expertise, I have particularly focused on cases posing First Amendment questions, including inter alia Gay Men's Health Crisis v. Sullivan, Shahar v. Bowers, Auburn University v. Auburn Gay and Lesbian Assoc., Chattanooga Lesbian and Gay Pride Committee v. City of Chattanooga, and Able v. United States (see exhibit A).

8.   As my involvement as lead counsel for the defendant gay and lesbian student group in the Auburn University v. Auburn Gay and Lesbian Assoc. case shows, I was familiar both with the factual background and with many of the legal issues relevant to

2

this dispute before undertaking the present case.  The Project

has been representing various gay and lesbian student groups in

Alabama since 1989; my own work on those groups' behalf began in

1991.

9.   Like all ACLU cases, this litigation on behalf of

plaintiff was undertaken without any cost to that organization.

Our only means of being compensated for the attorney time put

into the case is through this motion, now that plaintiff has

prevailed.  The Lesbian and Gay Rights Project is dependent on

attorneys' fees awards in successful cases to meet its annual

budget.

10.   Plaintiff's fee application requests $ 235 per hour for

my time spent litigating the case.  This hourly rate was set by

the Legal Director of the ACLU as the hourly rate to be used by

me in any fee applications made in 1996.  The Legal Director has

established hourly rates for all national ACLU attorneys, based

upon their experience and responsibilities and the current rates

of compensation in their respective legal communities.

11.   That the $ 235 hourly rate is reasonable for a lawyer

of my experience and expertise is shown by recent New York City

fee awards for civil rights litigators.  See, e.g., Ragin v.

Harry Macklowe Real Estate Co., 870 F. Supp. 510, 518-19

(S.D.N.Y. 1994) (awarding attorneys from NAACP Legal Defense Fund

$ 300, $ 275, and $ 175 per hour in 1994, where those litigators

had both more and less experience than a civil rights attorney

almost ten years out of school); Loper v. New York City Police

3

Dept., 853 F. Supp. 716, 720 (S.D.N.Y. 1994) (awarding "sole
practitioner of intermediate experience," "now seven years out of
law school and an acknowledged First Amendment litigator," $ 250
per hour); Soler v. G & U, Inc., 801 F. Supp. 1056, 1066
(S.D.N.Y. 1992) (awarding legal services attorneys $ 250 and $
185 per hour in 1992); Jennette v. City of New York, 800 F. Supp.
1165, 1169 (S.D.N.Y. 1992) (awarding sole practitioner "with past
experience in civil rights law" $ 200 per hour in 1992); Pastre
v. Weber, 800 F. Supp. 1120, 1122 (S.D.N.Y. 1991) (awarding
Hughes, Hubbard and Reed associates handling pro bono matter $
240 and $ 205 for work done in 1990-91).

     12.  I have also attached two reports from the National Law
Journal summarizing hourly rates for different communities in the
U.S., a detailed report from 1992 and a shorter one from 1994
(exhibit B).  Both articles place the $ 235 per hour in the mid-
to upper-range for associates, or the bottom of the scale for
partners, in a sampling of different New York firms and thus
corroborate that this rate is reasonable for the time worked by a
specialized New York attorney, working for a well-regarded legal
organization, who is almost ten years out of law school.

     13.  The ACLU always attempts to work with cooperating
volunteer counsel to conserve its resources and maximize the
impact of its legal program.  In some instances, it is possible
to find local cooperating counsel who can largely assume
responsibility for a particular case, requiring only our
supervision and back-up from the national office.  In this

                                4

instance, however, the ACLU was retained by a very unpopular type
of group in Alabama to take on the state government.   The
controversial nature of the case severely limited the
availability of counsel within Alabama.   We were able to join
forces with a very capable Birmingham attorney, Fern Singer, but
her professional circumstances in a two-person firm made it
impossible for her to take on active, day-to-day responsibility
for the litigation.

        14.   Ms. Singer and I structured our relationship to avoid
any duplication of effort.   While I undertook almost all of the
factual and legal development of plaintiff's claims and all the
substantive drafting and argument tasks, Ms. Singer assisted me
with legal research, in making strategy decisions, and in dealing
with opposing counsel, the Court, local court reporters, and
local customs of practice.   She also drafted and filed various
procedural motions and corresponded with defendants' counsel with
regard to scheduling.

        15.   Several other attorneys contributed to the litigation
of this matter, but reimbursement for their time is not being
sought in the interests of economy and billing judgment.   From
the case's inception through the end of 1994, William Rubenstein
was the Director of the Lesbian and Gay Rights Project.   He
reviewed all of the briefs and other documents that I drafted for
use in this matter and consulted with me about strategy decisions
at every important juncture.   Marc Elovitz, a Staff Counsel with
the Project, assisted with legal research at various times.   And

                                    5

James Tucker, an attorney associated with the ACLU or Alabama undertook legislative history research for the plaintiff to chart the course of Section 16-1-28 prior to its enactment.

16. Ms. Singer and I litigated plaintiff's claims in an extraordinarily efficient fashion. We took only two depositions, served only one round of paper discovery on the defendants, agreed to the final submission of the case on a written record, and had the case fully briefed, argued and submitted to the Court in less than nine months.

17. I have kept records of the hours that I worked in one-quarter hour increments and have recorded the time worked in my daily calendar. My calendar records are stored in the offices of the ACLU in New York.

18. I have exercised conservative billing judgment in recording my hours worked. In instances where I pursued unproductive legal research or performed clerical tasks, I did not bill for that time. I also did not bill for numerous short phone calls to the client, Ms. Singer and opposing counsel.

19. My total hours expended through February 23, 1996, are 301.00. Those hours are set forth in the attached list (exhibit C), which provides a daily breakdown and a summary of the tasks performed.

20. In addition to the bill of taxable costs already served and filed, plaintiff seeks reimbursement for only the most significant out-of-pocket expenses associated with this litigation.

6

21.  I have attached (exhibit D) an itemized list of the
expenses for which the ACLU seeks reimbursement, followed by
documentation for all but one item (discussed below).  The ACLU
expenses sought on this motion total $ 1,875.04.  Ms. Singer
separately provides a list of the costs expended and sought by
her firm.  Because the ACLU cannot locate documentation for the
cost of my first (of two) plane tickets to Alabama, we request
reimbursement of only $300 for that ticket, well under what a
ticket from New York to Mobile and then from Montgomery to New
York would actually have cost.  My plane ticket for the second,
roundtrip to Montgomery, for example, was $833.

I hereby declare under penalty of perjury that the foregoing
is true and correct.

Dated:     New York, New York
           February 23, 1996

                                        Ruth E. Harlow

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Declaration Of Ruth E. Harlow In Support Of Plaintiff's Motion For Fees And Expenses was today served on all counsel for defendants via Federal Express delivery service for Monday, February 26 delivery, delivery fee pre-paid, and addressed as follows:

>           Thomas F. Parker IV
>           Deputy Attorney General
>           Office of the Attorney General
>           11 South Union Street
>           Montgomery, Alabama  36130
>
>           J. Fairley McDonald, III
>           Copeland, Franco, Screws & Gill, P.A.
>           444 South Perry Street
>           Montgomery, Alabama  36101

This 23rd day of February, 1996.

>                          Ruth E. Harlow
>                          American Civil Liberties
>                            Union Foundation
>                          132 West 43rd Street
>                          New York, New York  10036
>                          (212) 944-9800, ext. 551
>
>                          Attorney for Plaintiff

# RUTH E. HARLOW

American Civil Liberties Union                                          255 West 23rd Street
132 West 43rd Street                                          New York, New York 10011
New York, New York 10036
(212) 944-9800, ext. 545

## EMPLOYMENT

AMERICAN CIVIL LIBERTIES UNION, New York, New York
Associate Director, Lesbian and Gay Rights and AIDS Projects                   1993-Present
Staff Counsel, Lesbian and Gay Rights and AIDS Projects                        1991-Present
    Coordinate federal and state court litigation conducted directly by these projects and by cooperating
    counsel throughout the country; counsel on major litigation involving lesbian and gay rights and
    HIV issues; extensive public speaking and advocacy work.

BROOKLYN LAW SCHOOL, Brooklyn, New York                                        Fall 1995
Adjunct Assistant Professor of Law                                             Fall 1994
    Taught course on "Sexuality and the Law."

RUTGERS UNIVERSITY SCHOOL OF LAW-NEWARK, Newark, New Jersey                     Spring 1993
Lecturer in Law                                                                Spring 1992
    Taught seminar on "AIDS and the Law: Selected Problems."

AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY, Newark, New Jersey                1990-1991
Staff Attorney
    Selected and developed docket of civil liberties and civil rights cases; supervised and assisted
    volunteer attorneys; advocacy before government agencies; media and other public education work.

VLADECK, WALDMAN, ELIAS & ENGELHARD, New York, New York                        1987-1990
Associate
    Federal and state court litigation on behalf of plaintiffs in employment discrimination, employee
    benefit, and related matters.

HON. WALTER K. STAPLETON, U.S. Court of Appeals for the Third Circuit           1986-1987
Law Clerk

SOUTHERN POVERTY LAW CENTER, Montgomery, Alabama                               Summer 1985
Summer Clerk

## EDUCATION

YALE LAW SCHOOL, J.D. 1986
    Senior Editor, Yale Law Journal; Senior Editor, Yale Law & Policy Review; Co-editor, AIDS and
    the Law (Yale University Press 1987); Treasurer, Initiative for Public Interest Law at Yale, Inc.;
    Panel Director, AIDS Legal Conference.

STANFORD UNIVERSITY, A.B., Political Science, 1983
    Phi Beta Kappa; Distinction at graduation; Pi Sigma Alpha (political science honor society).

## SELECTED PUBLICATIONS

"The EPA and Biotechnology Regulation:  Coping with Scientific Uncertainty," 95 Yale Law
     Journal 553 (1986).

"Gay Youth and the Right to Education," 4 Yale Law & Policy Review 446 (1986) (with
     Donna I. Dennis).

## SELECTED LITIGATION

Able v. Perry (E.D.N.Y. and 2d Cir. 1993- )
     Co-counsel for group of plaintiffs challenging, on First Amendment and equal protection grounds,
     "Don't Ask, Don't Tell" statute regulating gay men and lesbians in the military.

Evans v. Romer (Colo. and U.S. Sup. Ct. 1992- )
     Co-counsel in case seeking to permanently enjoin enforcement of Amendment 2, the anti-gay ballot
     initiative passed by the Colorado voters in the fall 1992 election; primary author of American Bar
     Association amicus brief in support of plaintiffs in the U.S. Supreme Court.

Shahar v. Bowers (N.D. Ga. and 11th Cir. 1991- )
     Lead counsel in suit challenging dismissal of lesbian lawyer from the Georgia Attorney General's
     Office based upon her participation in a private, religious marriage ceremony with her partner.

Gay Lesbian Bisexual Alliance v. Sessions (M.D. Ala. 1993- )
     Lead counsel for student group at state university, challenging under First and Fourteenth
     Amendments an Alabama statute that forbids the use of public funds or facilities by any group
     deemed to "promote" violations of the Alabama consensual sodomy law.

Chattanooga Lesbian and Gay Pride Committee v. City of Chattanooga (E.D. Tenn. 1993)
     Counsel for gay pride group denied parade permit by city; secured permit for desired route in time
     for scheduled parade.

Charon v. Hull & Memorial Hospital (N.D. Ohio 1992-5)
     Counsel for person with AIDS who was denied emergency medical treatment by an attending
     physician and hospital in Fremont, Ohio; one of the first AIDS-related suits under the Americans
     with Disabilities Act; case settled, after successful trial, for $350,000.

Gay & Lesbian Law Students Assoc. v. University of Connecticut (Conn. 1992- )
     Counsel for gay student group in challenge to discriminatory military recruiting on campus;
     obtained preliminary injunction forbidding military's use of campus facilities.

Auburn University v. Auburn Gay and Lesbian Assoc. (M.D. Ala. 1992)
     Lead counsel for defendant student group in challenge to its protected status under the First
     Amendment; succeeded in obtaining dismissal of declaratory judgment suit.

Gay Men's Health Crisis v. Sullivan (S.D.N.Y. 1991-92)
     Co-counsel in successful First Amendment challenge to the Centers for Disease Control restrictions
     on the content of federally-funded HIV prevention materials.

THE NATIONAL LAW JOURNAL

Monday, November 23, 1992

# SAMPLER OF RATES AROUND THE COUNTRY

*The following is a representative listing of hourly rates charged by law firms around the country. The number of attorneys listed for each firm is the total number of partners, associates and other categories of attorneys, including such groups as of counsel, senior attorneys and special counsel, as of Sept. 30, 1992, according to the responses provided by the firms for The National Law Journal's 1992 survey of the nation's 250 largest law firms.*



## Atlanta

**Alston & Bird**
Number of Attorneys: 236
Partners: $165-$315
Associates: $95-$175

**Kilpatrick & Cody**
Number of Attorneys: 180
Partners: $185-$500
Associates: $95-$180

**Powell, Goldstein, Frazer & Murphy**
Number of Attorneys: 220
Partners: $180-$350
Associates: $95-$200

**Troutman Sanders**
Number of Attorneys: 155
Partners: $170-$300
Associates: $95-$165



## Boston

**Bingham, Dana & Gould**
Number of Attorneys: 252
Partners: $220-$375
Associates: $110-$255

**Choate, Hall & Stewart**
Number of Attorneys: 164
Partners: $210-$325
Associates: $100-$195

**Hale and Dorr**
Number of Attorneys: 290
Senior Partners: $240-$400
Junior Partners: $180-$240
Associates: $100-$180

**Palmer & Dodge**
Number of Attorneys: 164
Partners: $210-$325
Associates: $95-$200

**Widett, Slater & Goldman P.C.**
Number of Attorneys: 73
Partners: $190-$325
Associates: $90-$175



## Chicago

**Bell, Boyd & Lloyd**
Number of Attorneys: 160
Partners: $170-$275
Associates: $100-$185

**Hollieb & Coff**
Number of Attorneys: 106
Partners: $170-$300
Associates: $95-$210

**McDermott, Will & Emery**
Number of Attorneys: 472
Partners: $175-$325
Associates: $105-$180

**Seyfarth, Shaw, Fairweather & Geraldson**
Number of Attorneys: 332
Partners: $180-$325
Associates: $100-$170

**Winston & Strawn**
Number of Attorneys: 491
Partners: $150-$450
Associates: $110-$260



## Denver

**Davis, Graham & Stubbs**
Number of Attorneys: 140
Partners: $150-$265
Associates: $75-$180

**Holland & Hart**
Number of Attorneys: 235
Partners: $170-$250
Associates: $80-$185

**Holme Roberts & Owen**
Number of Attorneys: 211
Partners: $160-$250
Associates: $85-$160



## Houston

**Andrews & Kurth L.L.P.**
Number of Attorneys: 274
Partners: $170-$395
Associates: $85-$250

**Bracewell & Patterson**
Number of Attorneys: 210
Partners: $170-$300
Associates: $95-$170

**Butler & Binion L.L.P.**
Number of Attorneys: 138
Partners: $185-$300
Associates: $85-$170

**Liddell, Sapp, Zivley, Hill & LeBoon L.L.P.**
Number of Attorneys: 154
Partners: $175-$300
Associates: $90-$175



## Los Angeles

**Adams, Duque & Hazeltine**
Number of Attorneys: 137
Partners: $210-$295
Associates: $105-$195

**Kindel & Anderson**
Number of Attorneys: 73
Partners: $195-$325
Associates: $115-$185

**Manatt, Phelps, Phillips & Kantor**
Number of Attorneys: 132
Partners: $200-$400
Associates: $120-$220

**O'Melveny & Myers**
Number of Attorneys: 564
Partners: $250-$350
Associates: $100-$240

**Sheppard, Mullin, Richter & Hampton**
Number of Attorneys: 213
Partners: $230-$320
Associates: $90-$215



## New York

**Breed, Abbott & Morgan**
Number of Attorneys: 109
Partners: $280-$400
Associates: $110-$280

**Epstein Becker & Green P.C.**
Number of Attorneys: 155
Partners: $200-$350
Associates: $100-$200

**Kelley Drye & Warren**
Number of Attorneys: 378
Partners: $175-$385
Associates: $105-$240

**LeBoeuf, Lamb, Leiby & MacRae**
Number of Attorneys: 474
Partners: $140-$450
Associates: $80-$260

**Shearman & Sterling**
Number of Attorneys: 592
Partners: $275-$425
Associates: $110-$275

**Whitman & Ransom**
Number of Attorneys: 282
Partners: $115-$350
Associates: $90-$240



## Philadelphia

**Ballard Spahr Andrews & Ingersoll**
Number of Attorneys: 258
Partners: $185-$340
Associates: $80-$200



**Clark, Ladner, Fortenbaugh & Young**
Number of Attorneys: 100
Partners: $180-$290
Associates: $95-$175

**Drinker Biddle & Reeth**
Number of Attorneys: 199
Partners: $200-$300
Associates: $95-$190

**Saul, Ewing, Remick & Saul**
Number of Attorneys: 156
Partners: $195-$315
Associates: $90-$190

**Schnader, Harrison, Segal & Lewis**
Number of Attorneys: 239
Partners: $205-$315
Associates: $100-$200



## San Francisco

**Graham & James**
Number of Attorneys: 392
Partners: $170-$370
Associates: $110-$200

**Littler, Mendelson, Fastiff & Tichy**
Number of Attorneys: 203
Partners: $175-$285
Associates: $105-$220

**Pettit & Martin**
Number of Attorneys: 170
Partners: $200-$320
Associates: $95-$250

**Thelen, Marrin, Johnson & Bridges**
Number of Attorneys: 233
Partners: $205-$300
Associates: $105-$250



## Washington, D.C.

**Arent Fox Kintner Plotkin & Kahn**
Number of Attorneys: 232
Partners: $200-$350
Associates: $95-$200

**Beveridge & Diamond P.C.**
Number of Attorneys: 91
Partners: $195-$285
Associates: $95-$195

**Howrey & Simon**
Number of Attorneys: 248
Partners: $200-$335
Associates: $105-$195

**Patton, Boggs & Blow**
Number of Attorneys: 194
Partners: $130-$425
Associates: $80-$185

**Williams & Connolly**
Number of Attorneys: 134
Partners: $215-$400
Associates: $100-$205

Monday, November 23, 1992    THE NATIONAL LAW JOURNAL    S7

# HOURLY RATES FOR PARTNERS AND ASSOCIATES

*In the course of compiling the NLJ 250 (Sept. 28), The National Law Journal asked firms around the country with more than 75 attorneys to provide hourly billing rate information for partners and associates. The following firms are among those that supplied billing information in the survey or in response to inquiries from NLJ staff members.*

*Firms are listed in alphabetical order. The city that follows the name is the firm's principal or largest office; the number appearing after each firm's name is its total number of attorneys.*

*The survey was compiled and edited by Legal Editor Kenneth Rutman, Assistant Editors/Legal John Scorza and Carol M. Neal with the assistance of Editorial Assistant/Special Projects Charise K. Lawrence and Researcher David Stickle.*

## A

**Adams, Duque & Hazeltine (137)**
(Los Angeles)
Partners .................................... $210-$295
Associates ................................. $105-$195
**Akerman, Senterfitt & Eidson P.A. (91)**
(Orlando, Fla.)
Partners .................................... $180-$240
Associates ................................... $90-$190
**Akin, Gump, Hauer & Feld L.L.P. (450)**
(Dallas)
Partners .................................... $180-$385
Associates ................................... $90-$210
**Alston & Bird (235)**
(Atlanta)
Partners .................................... $165-$315
Associates ................................... $95-$175
**Anderson Kill Olick & Oshinsky P.C. (237)**
(New York)
Partners .................................... $100-$350
Associates ............................................ N/A
**Andrews & Kurth L.L.P. (274)**
(Houston)
Partners .................................... $170-$395
Associates ................................... $65-$250
**Arent Fox Kintner Plotkin & Kahn (232)**
(Washington, D.C.)
Partners .................................... $200-$350
Associates ................................... $95-$200
**Armstrong, Teasdale, Schlafly & Davis (146)**
(St. Louis)
Partners .................................... $145-$200
Associates ................................... $90-$140
**Arter & Hadden (338)**
(Cleveland)
Partners .................................... $175-$300
Associates ................................... $65-$200

## B

**Baker & Daniels (198)**
(Indianapolis)
Partners .................................... $150-$250
Associates ................................... $90-$140
**Ballard Spahr Andrews & Ingersoll (258)**
(Philadelphia)
Partners .................................... $165-$340
Associates ................................... $80-$200
**Bell, Boyd & Lloyd (180)**
(Chicago)
Partners .................................... $170-$275
Associates ................................. $100-$165
**Benesch, Friedlander, Coplan & Aronoff (154)**
(Cleveland)
Partners .................................... $140-$325
Associates ................................. $100-$190
**Best, Best & Krieger P.C. (114)**
(Riverside, Calif.)
Partners .................................... $210-$250
Associates ................................. $105-$210
**Beveridge & Diamond P.C. (91)**
(Washington, D.C.)
Partners .................................... $195-$285
Associates ................................... $95-$195
**Bingham, Dana & Gould (252)**
(Boston)
Partners .................................... $220-$375
Associates ................................. $105-$200
**Blank, Rome, Comisky & McCauley (209)**
(Philadelphia)
Partners .................................... $200-$325

---

Associates ................................... $90-$210
**Bogle & Gates (217)**
(Seattle)
Partners .................................... $150-$240
Associates ................................... $65-$170
**Bowles Rice McDavid Graff & Love (81)**
(Charleston, W.Va.)
Partners .................................... $95-$185
Associates ................................... $65-$135
**Bracewell & Patterson (210)**
(Houston)
Partners .................................... $170-$300
Associates ................................... $95-$170
**Bradley Arant Rose and White (103)**
(Birmingham, Ala.)
Partners .................................... $130-$210
Associates ................................... $90-$120
**Breed, Abbott & Morgan (109)**
(New York)
Partners .................................... $280-$400
Associates ................................. $110-$280
**Bricker & Eckler (97)**
(Columbus, Ohio)
Partners .................................... $135-$225
Associates ................................. $100-$160
**Bronson, Bronson & McKinnon (197)**
(San Francisco)
Partners .................................... $185-$325
Associates ................................. $115-$185
**Brown & Bain P.A. (130)**
(Phoenix)
Partners .................................... $175-$400
Associates ................................. $100-$185
**Brown, Todd & Heyburn (126)**
(Louisville, Ky.)
Partners .................................... $120-$225
Associates ................................... $70-$129
**Bryan Cave (384)**
(St. Louis)
Partners .................................... $160-$250
Associates ................................... $70-$160
**Buchalter, Nemer, Fields & Younger P.C. (160)**
(Los Angeles)
Partners .................................... $225-$325
Associates ................................. $120-$225
**Buchanan Ingersoll P.C. (222)**
(Pittsburgh)
Partners .................................... $165-$295
Associates ................................... $80-$190
**Butler & Binion L.L.P. (136)**
(Houston)
Partners .................................... $165-$300
Associates ................................... $65-$170
**Butzel Long (140)**
(Detroit)
Partners .................................... $140-$225
Associates ................................... $65-$240

## C

**Cades Schutte Fleming & Wright (76)**
(Honolulu)
Partners .................................... $155-$225
Associates ................................... $80-$155
**Cantey & Hanger L.L.P. (84)**
(Fort Worth, Texas)
Partners .................................... $125-$225
Associates ................................... $70-$130
**Carpenter Bennett & Morrissey (85)**
(Newark, N.J.)
Partners .................................... $165-$200
Associates ................................... $65-$160
**Chapman and Cutler (258)**
(Chicago)
Partners .................................... $210-$350
Associates ................................... $90-$230
**Choate, Hall & Stewart (184)**
(Boston)
Partners .................................... $210-$325
Associates ................................. $100-$195
**Clark, Ladner, Fortenbaugh & Young (100)**
(Philadelphia)
Partners .................................... $150-$250
Associates ................................... $95-$175
**Cooley Godward Castro Huddleson & Tatum (169)**
(San Francisco)
Partners .................................... $205-$300
Associates ................................. $110-$200
**Covington & Burling (317)**
(Washington, D.C.)
Partners ................................ up to $320
Associates .............................. up to $100

---

**Cozen and O'Connor (167)**
(Philadelphia)
Partners .................................... $125-$325
Associates ................................... $65-$215
**Crosby, Heafey, Roach & May P.C. (217)**
(Oakland, Calif.)
Partners .................................... $180-$295
Associates ................................... $95-$180
**Crowell & Moring (205)**
(Washington, D.C.)
Partners .................................... $195-$375
Associates ................................. $100-$195
**Cullen and Dykman (107)**
(Brooklyn, N.Y.)
Partners .................................... $210-$295
Associates ................................... $70-$225
**Cummings & Lockwood (132)**
(Stamford, Conn.)
Partners .................................... $195-$375
Associates ................................... $90-$225
**Curtis, Mallet-Prevost, Colt & Mosle (142)**
(New York)
Partners .................................... $270-$370
Associates ................................. $115-$250

## D

**Davis, Graham & Stubbs (140)**
(Denver)
Partners .................................... $150-$285
Associates ................................... $75-$160
**Davis Wright Tremaine (280)**
(Seattle)
Partners .................................... $90-185
Associates ................................. $145-$300
**Dickinson, Wright, Moon, Van Dusen & Freeman (254)**
(Detroit)
Partners .................................... $150-$235
Associates ................................... $95-$145
**Dickstein, Shapiro & Morin (183)**
(Washington, D.C.)
Partners .................................... $185-$450
Associates ................................. $115-$190
**Dinsmore & Shohl (149)**
(Cincinnati)
Partners .................................... $130-$200
Associates ................................... $80-$130
**Dorsey & Whitney (356)**
(Minneapolis)
Partners .................................... $180-$255
Associates ................................. $100-$185
**Dow, Lohnes & Albertson (152)**
(Washington, D.C.)
Partners .................................... $200-$450
Associates ................................... $95-$195
**Drinker Biddle & Reath (199)**
(Philadelphia)
Partners .................................... $200-$300
Associates ................................... $95-$190
**Duane, Morris & Heckscher (221)**
(Philadelphia)
Partners .................................... $185-$315
Associates ................................... $95-$190

## E F G

**Edwards & Angell (184)**
(Providence, R.I.)
Partners .................................... $175-$300
Associates ................................... $90-$200
**Epstein Becker & Green P.C. (155)**
(New York)
Partners .................................... $200-$350
Associates ................................. $100-$200
**Foley & Lardner (487)**
(Milwaukee)
Partners .................................... $165-$320
Associates ................................... $80-$215
**Foster Pepper & Shefelman (139)**
(Seattle)
Partners .................................... $150-$230
Associates ................................... $80-$155
**Gardere & Wynne L.L.P. (170)**
(Dallas)
Partners .................................... $175-$325
Associates ................................... $85-$175
**Graham & James (392)**
(San Francisco)
Partners .................................... $170-$370
Associates ................................. $110-$200
**Gray, Cary, Ames & Frye (168)**
(San Diego)
Partners .................................... $200-$325

---

Associates ................................. $100-$190
**Greenberg, Glusker, Fields, Claman & Machtinger (92)**
(Los Angeles)
Partners .................................... $225-$375
Associates ................................. $125-$225
**Greenberg Traurig (172)**
(Miami)
Partners .................................... $190-$350
Associates ................................. $110-$190
**Greenebaum Doll & McDonald (109)**
(Louisville, Ky.)
Partners .................................... $135-$200
Associates ................................... $70-$130

## H

**Hale and Dorr (290)**
(Boston)
Senior Partners ..................... $240-$400
Junior Partners ...................... $180-$240
Associates ................................. $100-$180
**Haynes and Boone L.L.P. (204)**
(Dallas)
Partners .................................... $145-$295
Associates ................................... $65-$185
**Hazel & Thomas P.C. (182)**
(Fairfax, Va.)
Partners .................................... $180-$325
Associates ................................... $80-$175
**Hinkle, Cox, Eaton, Coffield and Hensley (99)**
(Albuquerque, N.M.)
Partners .................................... $125-$200
Associates ................................... $75-$125
**Holland & Hart (235)**
(Denver)
Partners .................................... $170-$250
Associates ................................... $80-$165
**Holland & Knight (266)**
(Lakeland, Fla.)
Partners .................................... $140-$300
Associates ................................... $80-$195
**Holleb & Coff (106)**
(Chicago)
Partners .................................... $170-$300
Associates ................................... $95-$210
**Holme Roberts & Owen (211)**
(Denver)
Partners .................................... $180-$250
Associates ................................... $85-$160
**Hopkins & Sutter (261)**
(Chicago)
Partners .................................... $180-$310
Associates ................................... $95-$170
**Howrey & Simon (246)**
(Washington, D.C.)
Partners .................................... $200-$335
Associates ................................. $105-$195
**Hughes Hubbard & Reed (250)**
(New York)
Partners .................................... $225-$450
Associates ................................. $115-$260
**Hunton & Williams (483)**
(Richmond, Va.)
Partners .................................... $170-$375
Associates ................................... $85-$240
**Husch & Eppenberger (125)**
(St. Louis)
Partners .................................... $110-$195
Associates ................................... $65-$150

## I J K

**Ice Miller Donadio & Ryan (184)**
(Indianapolis)
Partners .................................... $165-$230
Associates ................................... $65-$180
**Jackson & Walker L.L.P. (177)**
(Dallas)
Partners .................................... $145-$300
Associates ................................... $85-$150
**Jones, Walker, Waechter, Poitevent, Carrere & Denegre (138)**
(New Orleans)
Partners .................................... $125-$250
Associates ................................... $70-$140
**Katten Muchin & Zavis (383)**
(Chicago)
Partners .................................... $185-$400
Associates ................................. $105-$195
**Kelley Drye & Warren (378)**
(New York)

Continued on following page

# HOURLY RATES FOR PARTNERS AND ASSOCIATES

*Continued from preceding page*

**Partners** .................................. $175-$385
**Associates** ............................... $105-$240

**Kennedy Covington Lobdell & Hickman (78)**
(Charlotte, N.C.)
Partners ................................... $140-$230
Associates ................................ $85-$140

**Kilpatrick & Cody (180)**
(Atlanta)
Partners ................................... $185-$500
Associates ................................ $95-$180

**Kindel & Anderson (73)**
(Los Angeles)
Partners ................................... $195-$325
Associates ................................ $115-$185

**Kramer, Levin, Nessen, Kamin & Frankel (122)**
(New York)
Partners ................................... $275-$400
Associates ................................ $125-$300

# L

**LeBoeuf, Lamb, Leiby & MacRae (474)**
(New York)
Partners ................................... $140-$450
Associates ................................ $80-$280

**Leonard, Street & Deinard (104)**
(Minneapolis)
Partners ................................... $155-$225
Associates ................................ $90-$185

**Lewis, Rice & Fingersh (143)**
(St. Louis)
Partners ................................... $130-$230
Associates ................................ $85-$170

**Liddell, Sapp, Zivley, Hill & LaBoon L.L.P. (154)**
(Houston)
Partners ................................... $175-$300
Associates ................................ $90-$175

**Liebman, Reiner & McNeil (100)**
(Los Angeles)
Partners ................................... $135-$155
Associates ................................ $95-$125

**Littler, Mendelson, Fastiff & Tichy (203)**
(San Francisco)
Partners ................................... $175-$285
Associates ................................ $105-$220

**Lord, Bissell & Brook (283)**
(Chicago)
Partners ................................... $106-$300
Associates ................................ $81-$213

**Lord Day & Lord, Barrett Smith (204)**
(New York)
Partners ................................... $225-$475
Associates ................................ $125-$275

**Luce, Forward, Hamilton & Scripps (125)**
(San Diego)
Partners ................................... $210-$325
Associates ................................ $115-$210

# M

**Manatt, Phelps, Phillips & Kantor (132)**
(Los Angeles)
Partners ................................... $200-$400
Associates ................................ $120-$220

**Mays & Valentine (135)**
(Richmond, Va.)
Partners ................................... $150-$250
Associates ................................ $85-$145

**McCarter & English (197)**
(Newark, N.J.)
Partners ................................... $185-$300
Associates ................................ $85-$180

**McDermott, Will & Emery (472)**
(Chicago)
Partners ................................... $175-$325
Associates ................................ $105-$160

**McGuire, Woods, Battle & Boothe (350)**
(Richmond, Va.)
Partners ................................... $150-$250
Associates ................................ $90-$180

**McKenna & Cuneo (246)**
(Washington, D.C.)
Partners ................................... $175-$360
Associates ................................ $100-$225

**Miles & Stockbridge (212)**
(Baltimore)
Partners ................................... $150-$300
Associates ................................ $80-$135

**Miller, Canfield, Paddock and Stone (258)**
(Detroit)
Partners ................................... 140-$275
Associates ................................ $80-$165

**Miller, Nash, Wiener, Hager & Carlsen (122)**
(Portland, Ore.)
Partners ................................... $135-$195
Associates ................................ $80-$140

**Mitchell, Silberberg & Knupp (130)**
(Los Angeles)
Partners ................................... $220-$375
Associates ................................ $110-$210

**Montgomery, McCracken, Walker & Rhoads (160)**
(Philadelphia)
Partners ................................... $175-$295
Associates ................................ $100-$185

**Moore & Van Allen (102)**
(Charlotte, N.C.)
Partners ................................... $145-$250
Associates ................................ $90-$153

# N O

**Nelson, Mullins, Riley & Scarborough P.C. (173)**
(Columbia, S.C.)
Partners ................................... $120-$255
Associates ................................ $85-$140

**O'Connor, Cavanagh, Anderson, Westover, Killingsworth & Beshears (123)**
(Phoenix)
Partners ................................... $100-$250
Associates ................................ $75-$150

**O'Melveny & Myers (564)**
(Los Angeles)
Partners ................................... $250-$350
Associates ................................ $100-$240

**Orrick, Herrington & Sutcliffe (289)**
(San Francisco)
Partners ................................... $215-$315
Associates ................................ $110-$215

# P

**Palmer & Dodge (164)**
(Boston)
Partners ................................... $210-$325
Associates ................................ $95-$200

**Patton, Boggs & Blow (194)**
(Washington, D.C.)
Partners ................................... $130-$425
Associates ................................ $80-$185

**Pepper, Hamilton & Scheetz (344)**
(Philadelphia)
Partners ................................... $190-$330
Associates ................................ $95-$190

**Pettit & Martin (170)**
(San Francisco)
Partners ................................... $200-$320
Associates ................................ $95-$250

**Phelps Dunbar (183)**
(New Orleans)
Partners ................................... $115-$215
Associates ................................ $75-$130

**Phillips, Lytle, Hitchcock, Blaine & Huber (140)**
(Buffalo, N.Y.)
Partners ................................... $140-$270
Associates ................................ $75-$220

**Pierce, Atwood, Scribner, Allen, Smith & Lancaster (104)**
(Portland, Maine)
Partners ................................... $130-$300
Associates ................................ $85-$145

**Piper & Marbury (266)**
(Baltimore)
Partners ................................... $160-$300
Associates ................................ $80-$160

**Pitney, Hardin, Kipp & Szuch (165)**
(Morristown, N.J.)
Partners ................................... $205-$305
Associates ................................ $100-$195

**Powell, Goldstein, Frazer & Murphy (220)**
(Atlanta)
Partners ................................... $190-$350
Associates ................................ $95-$200

**Preston Thorgrimson Shidler Gates & Ellis (225)**
(Seattle)
Partners ................................... $135-$300

Associates .................................. $85-$140

**Proskauer Rose Goetz & Mendelsohn (374)**
(New York)
Partners ................................... $230-$390
Associates ................................ $110-$255

# Q R

**Reed Smith Shaw & McClay (369)**
(Pittsburgh)
Partners ................................... $160-$350
Associates ................................ $100-$195

**Robins, Kaplan, Miller & Ciresi (215)**
(Minneapolis)
Partners ................................... $155-$300
Associates ................................ $95-$150

**Robinson & Cole (145)**
(Hartford, Conn.)
Partners ................................... $200-$300
Associates ................................ $100-$175

**Ropers, Majeski, Kohn, Bentley, Wagner & Kane (171)**
(Redwood City, Calif.)
Partners ................................... $150-$300
Associates ................................ $125-$175

**Ropes & Gray (288)**
(Boston)
Partners ................................... $250-$385
Associates ................................ $115-$240

**Rosenman & Colin (206)**
(New York)
Partners ................................... $250-$475
Associates ................................ $100-$275

# S

**Saul, Ewing, Remick & Saul (156)**
(Philadelphia)
Partners ................................... $195-$315
Associates ................................ $90-$190

**Schnader, Harrison, Segal & Lewis (239)**
(Philadelphia)
Partners ................................... $205-$315
Associates ................................ $100-$200

**Semmes, Bowen & Semmes (158)**
(Baltimore)
Partners ................................... $150-$275
Associates ................................ $75-$185

**Seyfarth, Shaw, Fairweather & Geraldson (332)**
(Chicago)
Partners ................................... $180-$325
Associates ................................ $100-$170

**Shanley & Fisher P.C. (127)**
(Morristown, N.J.)
Partners ................................... $185-$275
Associates ................................ $95-$170

**Shea & Gould (235)**
(New York)
Partners ................................... $270-$370
Associates ................................ $115-$255

**Shearman & Sterling (592)**
(New York)
Partners ................................... $275-$425
Associates ................................ $110-$275

**Sheppard, Mullin, Richter & Hampton (213)**
(Los Angeles)
Partners ................................... $230-$320
Associates ................................ $90-$215

**Sills Cummis Zuckerman Radin Tischman Epstein & Gross P.A. (150)**
(Newark, N.J.)
Partners ................................... $175-$300
Associates ................................ $85-$175

**Smith Helms Mulliss & Moore (146)**
(Greensboro, N.C.)
Partners ................................... $130-$240
Associates ................................ $75-$145

**Snell & Wilmer (243)**
(Phoenix)
Partners ................................... $150-$280
Associates ................................ $90-$170

**Steel Hector & Davis (157)**
(Miami)
Partners ................................... $180-$350
Associates ................................ $103-$186

**Strasburger & Price L.L.P. (192)**
(Dallas)
Partners ................................... $150-$275
Associates ................................ $90-$170

**Streich Lang (124)**
(Phoenix)

**Partners** .................................. $150-$250
**Associates** ............................... $80-$150

# T U V

**Taft, Stettinius & Hollister (153)**
(Cincinnati)
Partners ................................... $150-$250
Associates ................................ $75-$145

**Thacher Proffitt & Wood (130)**
(New York)
Partners ................................... $260-$375
Associates ................................ $110-$235

**Thelen, Marrin, Johnson & Bridges (233)**
(San Francisco)
Partners ................................... $205-$300
Associates ................................ $105-$250

**Thompson & Knight P.C. (239)**
(Dallas)
Partners ................................... $175-$295
Associates ................................ $80-$150

**Thompson & Mitchell (180)**
(St. Louis)
Partners ................................... $140-$270
Associates ................................ $70-$135

**Troutman Sanders (155)**
(Atlanta)
Partners ................................... $170-$300
Associates ................................ $95-$185

**Tyler Cooper & Alcorn (74)**
(New Haven, Conn.)
Partners ................................... $170-$285
Associates ................................ $95-$150

**Vedder, Price, Kaufman & Kammholz (180)**
(Chicago)
Partners ................................... $170-$300
Associates ................................ $95-$185

**Venable, Baetjer sod Howard (295)**
(Baltimore)
Partners ................................... $150-$325
Associates ................................ $95-$190

# W X Y Z

**Weinberg and Green (143)**
(Baltimore)
Partners ................................... $150-$260
Associates ................................ $85-$150

**White and Williams (145)**
(Philadelphia)
Partners ................................... $100-$240
Associates ................................ $85-$190

**Whitman & Ransom (262)**
(New York)
Partners ................................... $195-$350
Associates ................................ $90-$240

**Widett, Slater & Goldman P.C. (73)**
(Boston)
Partners ................................... $190-$325
Associates ................................ $90-$175

**Wildman, Harrold, Allen & Dixon (197)**
(Chicago)
Partners ................................... $140-$300
Associates ................................ $90-$155

**Wilentz, Goldman & Spitzer P.C. (130)**
(Woodbridge, N.J.)
Partners ................................... $175-$275
Associates ................................ $85-$170

**Wiley, Rein & Fielding (159)**
(Washington, D.C.)
Partners ................................... $192-$350
Associates ................................ $96-$192

**Williams & Connolly (134)**
(Washington, D.C.)
Partners ................................... $215-$400
Associates ................................ $100-$205

**Willkie Brinks Olds Hofer Gilson & Lione (118)**
(Chicago)
Partners ................................... $145-$315
Associates ................................ $100-$150

**Winston & Strawn (491)**
(Chicago)
Partners ................................... $200-$450
Associates ................................ $110-$195

**Womble Carlyle Sandridge & Rice (159)**
(Winston-Salem, N.C.)
Partners ................................... $130-$315
Associates ................................ $70-$224

**Wyatt, Tarrant & Combs (173)**
(Louisville, Ky.)
Partners ................................... $135-$200
Associates ................................ $80-$135

.    .

1ST STORY of Level 1 printed in FULL format.

Copyright 1994 The New York Law Publishing Company
The National Law Journal

December 19, 1994

SECTION: Pg. C2

LENGTH: 803 words

HEADLINE: A City-by-City Sampler of Firms' Hourly Billing Rates

BODY:
   The following is a representative list of hourly rates charged by law firms
around the country.  The charts show averages in each city of the lowest billing
rates for associates and the highest for partner.

Alston & Bird
Number of attorneys: 280
Partners: $ 190-$ 325
Associates: $ 105-$ 180

Kilpatrick & Cody
Number of attorneys: 199
Partners: $ 190-$ 180
Associates: $ 95-$ 180

Troutman Sanders
Number of attorneys: 185
Partners: $ 195-$ 325
Associates: $ 95-$ 190

Choate, Hall & Stewart
Number of attorneys: 174
Partners: $ 200-$ 365
Associates: $ 100-$ 265

Peabody & Arnold
Number of attorneys: 98
Partners: $ 220-$ 305
Associates: $ 115-$ 190

Testa, Hurwitz & Thibeault
Number of attorneys: 141
Partners: $ 225-$ 400
Associates: $ 100-$ 225

Warner & Stackpole
Number of attorneys: 64
Partners: $ 190-$ 325
Associates: $ 90-$ 185

Bell, Boyd & Lloyd
Number of attorneys: 168
Partners: $ 160-$ 325
Associates: $ 120-$ 210

The National Law Journal, December 19, 1994

Keck, Mahin & Cate
Number of attorneys: 321
Partners: $ 120-$ 175
Associates: $ 85-$ 175

Pope, Cahill & Devine Ltd.
Number of attorneys: 70
Partners: $ 175-$ 275
Associates: $ 95-$ 160

Ross & Hardies
Number of attorneys: 203
Partners: $ 170-$ 325
Associates: $ 90-$ 170

Winston & Strawn
Number of attorneys: 465
Partners: $ 215-$ 375
Associates: $ 120-$ 220

Gardere & Wynne L. L. P.
Number of attorneys: 211
Partners: $ 185-$ 350
Associates: $ 85-$ 185

Haynes & Boone L. L. P.
Number of attorneys: 215
Partners: $ 185-$ 300
Associates: $ 90-$ 195

Jackson & Walker L. L. P.
Number of attorneys: 158
Partners: $ 165-$ 180
Associates: $ 85-$ 160

Thompson & Knight P.C.
Number of attorneys: 210
Partners: $ 175-$ 295
Associates: $ 90-$ 170

Winstead Sechrest & Minick P. C.
Number of Attorneys: 167
Partners: $ 185-$ 335
Associates: $ 100-$ 195

Manatt, Phelps & Phillips
Number of attorneys: 145
Partners: $ 200-$ 350
Associates: $ 120-$ 220

O'Melveny & Myers
Number of attorneys: 554
Partners: $ 250-$ 365
Associates: $ 100-$ 240

. .

Sheppard, Mullin, Richter & Hampton
Number of attorneys: 218
Partners: $ 225-$ 325
Associates: $ 95-$ 215

Wyatt, Tarrant & Combs
Number of attorneys: 177
Partners: $ 110-$ 250
Associates: $ 80-$ 150

Anderson Kill Olick & Oshinsky P. C.    New York City
Number of attorneys: 229
Partners: $ 100-$ 350
Associates: No associates

Jackson, Lewis, Schnitzler & Krupman
Number of attorneys: 152
Partners: $ 190-$ 290
Associates: $115-$ 210

Kelley Drye & Warren
Number of attorneys: 326
Partners: $ 200-$ 370
Associates: $ 100-$ 255

Proskauer Rose Goetz & Mendelsohn
Number of attorneys: 431
Partners: $ 250-$ 425
Associates: $ 105-$ 275

Weil, Gotshal & Manges
Number of attorneys: 656
Partners: $ 300-$ 500
Associates: $ 105-$ 285

Fennemore Craig P. C.
Number of attorneys: 111
Partners: $ 150-$ 275
Associates: $ 85-$ 175

Gallagher & Kennedy P.A.
Number of attorneys: 73
Partners: $ 175-$ 200
Associates: $ 120-$ 185

Snell & Wilmer
Number of attorneys: 225
Partners: $ 150-$ 300
Associates: $ 90-$ 190

Bronson, Bronson & McKinnon
Number of attorneys: 145
Partners: $ 185-$ 325
Associates: $ 120-$ 195

The National Law Journal, December 19, 1994

Cooley Godward Castro Huddleson & Tatum
Number of attorneys: 210
Partners: $ 267 (Averages)
Associates: $ 170 (Averages)

Graham & James
Number of attorneys: 302
Partners: $ 200-$ 380
Associates: $ 110-$ 235

Thelen, Marrin, Johnson & Bridges
Number of attorneys: 180
Partners: $ 220-$ 325
Associates: $ 105-$ 260

Armstrong, Teasdale, Schlafly & Davis
Number of attorneys: 156
Partners: $ 160-$ 220
Associates: $ 90-$ 250

Bryan Cave
Number of attorneys: 411
Partners: $ 170-$ 250 (Avergaes)
Associates: $ 70-$ 165 (Averages)

Lewis, Rice & Fingersh
Number of attorneys: 143
Partners: $ 105-$ 250
Associates: $ 65-$ 185

Thompson & Mitchell
Number of attorneys: 178
Partners: $ 125-$ 275
Associates: $ 70-$ 160

Arent Fox Kintner Plotkin & Kahn
Number of attorneys: 217
Partners: $ 210-$ 350
Associates: $ 95-$ 205

Beveridge & Diamond P. C.
Number of attorneys: 82
Partners: $ 215-$ 300
Associates: $ 100-$ 210

Dickstein, Shapiro & Morin
Number of attorneys: 159
Partners: $ 200-$ 450
Associates: $ 110-$ 200

Dow, Lohnes & Albertson
Number of attorneys: 130
Partners: $ 215-$ 450
Associates: $ 100-$ 205

The National Law Journal, December 19, 1994

Iowrey & Simon
Number of attorneys: 321
Partners: $ 215-$ 340
Associates: $ 105-$ 213

Shea & Gardner
Number of attorneys: 76
Partners: $ 200-$ 310
Associates: $ 115-$ 190

GRAPHIC: Graph 1, Atlanta; Graph 2, Boston; Graph 3, Chicago; Graph 4, Dallas;
Graph 5, Los Angeles; Graph 6, New York; Graph 7, Phoenix; Graph 8, San
Francisco; Graph 9, St. Louis; Graph 10, Washington, D.C.

LANGUAGE: ENGLISH

LOAD-DATE: January 05, 1995

Gay Lesbian Bisexual Alliance v. Sessions et al.

HOURS OF RUTH E. HARLOW

| Date | Description of Work Performed | Time Spent |
|------|-------------------------------|-----------|
| 1/26/93 | Phone Call w/ George Hite Wilson (GHW) re enforcement of statute | .50 |
| 1/29/93 | Review of docs faxed by GHW and phone call w/ GHW re enforcement | .75 |
| 3/22/93 | Review of budget request; response faxed to GHW | .50 |
| 5/18/93 | Phone call w/ GHW -- update on facts re enforcement | .50 |
| 5/19/93 | Phone calls w/ Olivia Turner, ACLU of Alabama, and Fern Singer re initiating suit | .50 |
| 5/21/93 | Phone call w/ Fern Singer (FS) re suit, cooperating attorney relationship | .25 |
| 5/26/93 | Phone call w/ GHW -- factual history for complaint; phone call w/ Olivia Turner | .75 |
| 7/2/93 | Drafting complaint; phone call w/ GHW -- factual questions | 1.50 |
| 7/12/93 | Legal research and drafting complaint | 3.00 |
| 7/18/93 | Legal research and drafting complaint | 6.50 |
| 7/19/93 | Phone call w/ GHW and finishing draft complaint | 3.25 |
| 7/21/93 | Sent out first draft of complaint for client's, FS's, ACLU of Alabama's review | .50 |
| 7/28/93 | Phone calls w/ FS, Olivia Turner re filing suit | .25 |
| 7/30/93 | Changes to complaint | .75 |
| 8/5/93 | Phone call w/ FS | .25 |
| 9/5/93 | Phone call w/ FS re filing | .25 |
| 9/15/93 | Finalizing complaint | .75 |
| 9/16/93 | Legal research and finalizing complaint | .75 |
| 9/20/93 | Phone calls w/ GHW, ACLU of Alabama | .50 |

| | | |
|---|---|---|
| 9/23/93 | Fed Ex'ed final complaint to FS for filing | .50 |
| 9/24/93 | Sent GHW final complaint | .25 |
| 9/27/93 | Drafted pro hac vice motions; sent to FS | 1.25 |
| 10/5/93 | Phone call w/ GHW re budget request | .25 |
| 10/6/93 | Phone call w/ Bill Rubenstein and FS re service of complaint, development of record, strategy | .50 |
| 10/12/93 | Review of motion to dismiss; legal research; phone call w/ and fax to FS | 1.50 |
| 10/28/93 | Prep for status conference; status conf. by phone w/ Judge Thompson, counsel for defendants; phone call w/ Fern Singer | 1.75 |
| 10/29/93 | Review memo in support of motion to dismiss; legal research for opposition | 2.25 |
| 11/1/93 | Legal research and drafting of opposition to motion to dismiss | 4.00 |
| 11/2/93 | Legal research and drafting opposition to motion to dismiss | 5.75 |
| 11/3/93 | Drafting opposition to motion to dismiss | 4.50 |
| 11/4/93 | Cite checking and finalizing opposition | 3.50 |
| 11/9/93 | Drafting discovery requests; phone call w/ FS | 3.25 |
| 11/10/93 | Drafting discovery requests | 4.50 |
| 11/11/93 | Drafting discovery requests | 4.25 |
| 11/12/93 | Finalizing and serving discovery requests | 1.25 |
| 12/27/93 | Phone call w/ FS re defendants' overdue discovery | .25 |
| 1/5/94 | Phone call w/ FS re discovery schedule; phone call w/ GHW re discovery, developments | .50 |
| 1/24/94 | Phone call w/ FS re depositions | .25 |
| 1/26/94 | Letter to GHW | .50 |

2

| | | |
|---|---|---|
| 1/28/94 | Phone call w/ GHW re factual development | .50 |
| 2/1/94 | Memo to FS re trip to Ala. for depositions | .50 |
| 2/3/94 | Review of USA defendants' discovery responses in preparation for depositions; review of plaintiff's documents | 3.25 |
| 2/4/94 | Phone calls w/ FS | .25 |
| 2/7/94 | Phone calls w/ FS, GHW, and Fairley McDonald re missing documents, deposition trip; preparing documents to use at depositions, depo outlines | 5.25 |
| 2/8/94 | Travel to Mobile; phone call w/ GHW in preparation for Adams depo, meeting w/ GHW | 7.25 |
| 2/9/94 | Deposition of Dale Adams, meeting w/ GHW; travel to Montgomery | 6.50 |
| 2/10/94 | Review of defendant Evans' discovery responses; prep for Evans' depo; deposition of Jimmy Evans | 5.25 |
| 2/11/94 | Travel to Atlanta (connecting flight cancelled) | 3.50 |
| 2/12/94 | Travel to New York | 4.75 |
| 2/18/94 | Letter to Judge Thompson re motion to compel | .50 |
| 2/22/94 | Phone calls w/ James Tucker (ACLU of Alabama) and Fairley McDonald | .50 |
| 2/25/94 | Drafting GHW declaration | 3.75 |
| 3/3/94 | Phone calls w/ Michael Mitchell, John Bales, GHW; preparing declarations and list of docs for Joint Record; letters to Mitchell and Bales | 3.25 |
| 3/4/94 | Drafting proposed stipulation; preparing Joint Record | 6.00 |
| 3/8/94 | Faxed out proposed stip, contents of Joint Record; phone calls w/ Michael Mitchell, John Bales; letter and revised dec to Mitchell; letter and revised dec to Bales | 5.25 |
| 3/9/94 | Phone calls w/ GHW, other students; final sorting of documents for Joint Record; legal research in prep for brief | 5.00 |
| 3/11/94 | Legal research, drafting outline of legal arguments | 3.75 |

| 3/13/94 | Finishing draft of legal arguments; faxed to FS | 3.00 |
| 3/14/94 | Final list of docs to defendants' counsel; phone calls to Fairley McDonald; Howard Mandell | 1.25 |
| 3/16/94 | Memo to Howard Mandell re Joint Record | .50 |
| 3/17/94 | Production of Joint Record; Fed Ex'ed to Ala. | 2.75 |
| 3/28/94 | Legal research for brief on merits | 4.00 |
| 3/29/94 | Legal research for brief | 6.25 |
| 3/30/94 | Legal research and drafting of brief | 5.00 |
| 3/31/94 | Legal research and drafting of brief | 6.25 |
| 4/1/94 | Drafting of brief | 5.25 |
| 4/4/94 | Drafting of brief | 8.50 |
| 4/5/94 | Drafting of brief | 7.25 |
| 4/6/94 | Legal research and finalizing brief | 8.00 |
| 4/7/94 | Finalizing, cite checking and serving brief | 8.50 |
| 4/21/94 | Phone conversations w/ Fairley McDonald, Howard Mandell, court re changing argument date; letter to Fairley McDonald | .50 |
| 5/10/94 | Prep for call and conference call w/ Judge Thompson, opposing counsel | .75 |
| 5/31/94 | Review of defendants' brief; prep for reply | 1.25 |
| 6/3/94 | Legal research and drafting of reply brief | 5.75 |
| 6/4/94 | Legal research and drafting of reply | 7.75 |
| 6/5/94 | Drafting of reply | 7.00 |
| 6/6/94 | Finalizing, cite checking, serving reply | 7.50 |
| 6/13/94 | Phone call w/ FS re argument | .50 |
| 6/14/94 | Prep for oral argument; strategy meeting w/ Bill Rubenstein | 3.75 |
| 6/15/94 | Prep and outline for oral argument | 4.50 |

4

| | | |
|---|---|---|
| 6/16/95 | Travel to Montgomery | 5.75 |
| 6/17/94 | Prep and oral argument; return to New York | 8.25 |
| 7/10/95 | Drafted letter re Rosenberger; faxed to FS | 1.75 |
| 7/11/95 | Phone call w/ FS; letter to court and counsel | 1.25 |
| 1/31/96 | Legal research re fees and costs | 1.75 |
| 2/5/96 | Phone call w/ FS re fees and costs | .25 |
| 2/8/96 | Phone calls re motion to expedite appeal; drafting of response | 2.50 |
| 2/9/96 | Drafting and serving opposition to expedited appeal; drafting letter to court in opposition to stay; conf. w/ Judge Thompson and Tom Parker; phone calls w/ Alan Clampett, Cathy Wessell; drafting Clampett declaration | 7.25 |
| 2/10/96 | Phone calls w/ and drafting declarations for Cathy Wessell, David Donaldson, Tom Savage, and Sean Lloyd; drafting memo in opposition to partial stay | 8.75 |
| 2/11/96 | Phone calls w/ Cathy Wessell and Sean Lloyd; finishing opposition to stay; drafting motion for injunction and proposed injunction | 11.50 |
| 2/12/96 | Finalizing and faxing opposition and motion papers; prep for and oral argument via phone | 3.50 |
| 2/13/96 | Preparing and serving bill of costs | 2.00 |
| 2/20/96 | Reviewing time records; compiling list of hours worked; drafting declaration in support of fees | 4.25 |
| 2/21/96 | Drafting declaration, motion and memo of law for fees petition | 3.00 |
| 2/23/96 | Drafting and finalizing documents for fees petition; serving and filing | 5.75 |

TOTAL   301.00

5

<u>Gay Lesbian Bisexual Alliance v. Sessions et al.</u>

EXPENSES OF RUTH E. HARLOW
(Supporting Documentation Attached)

| <u>Date</u> | <u>Description of Expense</u> | <u>Amount</u> |
|------|------|------|
| 2/8/94 (return 2/11/94 2/12/94 | Airline Ticket to Mobile, Ala. Montgomery to Atlanta; Atlanta to New York) | $ 300.00 |
| 2/8/94 | Hotel Room -- Mobile, Ala. | $ 84.22 |
| 2/9/94 2/10/94 | Hotel Room -- Montgomery, Ala. | $ 227.02 |
| 2/11/94 | Hotel Room -- Atlanta (stranded due to weather) | $ 84.37 |
| 2/8/94 (return 2/11/94) | Rental Car | $ 179.76 |
| 6/16/94 (return 6/17/94) | Airline Ticket to Montgomery, Ala. | $ 833.00 |
| 6/16/94 | Hotel Room -- Montgomery, Ala. | $ 126.71 |
| 6/16/94 (return 6/17/94) | Rental Car | $ 39.96 |
| | TOTAL | $ 1,875.04 |

6



RUTH E HARLOW

Room No.
Arrival Date
Dept. Date
Account No.
Room Rate

NO PETS ALLOWED

UNDER A LICENSE AGREEMENT WITH RAMADA FRANCHISE SYSTEMS, INC.

ment is not responsible for any valuables not secured in safety deposit boxes provided at
ce. I agree that my liability for the charges is not waived and agree to be held personally
event that the indicated person, company or association fails to pay for any part of the full
uch charges.

| DESCRIPTION | AMOUNT |
|---|---|
| | subtract |
| | 6.88 |
| | 84.22 |

CUSTOMER COPY

RAMADA®



Residence Inn Montgomery
1200 Hilmar Court
Montgomery, Alabama  36117
(205) 270-3300

**Residence Inn By Marriott**

Guest Folio Summary

| | | |
|---|---|---|
| Guest Name | **RUTH HARLOW** | Folio Number | **G7-97589** |
| | **132 W 43RD ST** | Suite Number | **223** |
| | **NY NY 10036** | Suite Type | **STDO** |
| | **ACLU** | No. of Guest | **1** |
| | | Rate | **89.00** |
| | | Account Number | **CCC** |

Page  1

Arrive  Feb  9 '94    Time  6:02 PM    Depart        Time

| Date | | Description | Charges | Credits |
|---|---|---|---|---|
| 02/09/94 | G20416 | Long Distance 212-924-4604 (26) | 10.43 | |
| 02/09/94 | R1821 | Room Charge-Studio 1-4 | 89.00 | |
| 02/09/94 | T1821 | Occupancy Tax | 8.90 | |
| 02/10/94 | FX | Fax Charge | 15.00 | |
| 02/10/94 | G30214 | Local Call    -834-1180 (1) | .50 | |
| 02/10/94 | G20268 | Long Distance 212-627-2463 (19) | 8.70 | |
| 02/10/94 | G30270 | Local Call    -262-1666 (3) | .50 | |
| 02/10/94 | G20271 | Long Distance 205-871-3980 (2) | 4.29 | |
| 02/10/94 | G30349 | Local Call    -265-2754 (2) | .50 | |
| 02/10/94 | G20429 | Long Distance 212-924-4604 (55) | 17.59 | |
| 02/10/94 | R1223 | Room Charge-Studio 1-4 | 89.00 | |
| 02/10/94 | T1223 | Occupancy Tax | 8.90 | |



253.31

Guest Signature

The management is not responsible for any valuables not secured in safety-deposit boxes provided at the front office.  I agree that my liability for charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay any part or the full amount of such charges.

Feb 11 '94    9:14 AM

Toll free Reservations 800-331-3131

## Sheraton Colony Square
### H O T E L
**MIDTOWN ATLANTA**

188 14TH STREET N.E., ATLANTA, GA 30361
PHONE: (404) 892-6000   FAX (404) 876-3276

WORLD
THE
INTERSTATE HOTEL

SHERATON COLONY SQUARE
188 14TH STREET
ATLANTA GA 30361
TERMINAL:                    00021579
REF-WTH:        0041005103405

AMEX
37284444899100

PREAUTH 1                    95/11

FEB 11, '94 18:30
REC   438                    -29

FEB11

FEB12

RUTH HARLOW                           NIGHTS   STATUS

255 W 23RD ST              AX    37284444899100

NEW YORK          NY
         00000                          REMAR

TOTAL AMT _____

HARLOW/RE

| LINE NUMBER | DATE | COMPLEX/ROOM | DEPARTMENT DESCRIPTION | REFE |
|---|---|---|---|---|
| 001 | FEB11 | Long Distance | 212-924-4604 | 00 |
| 002 | FEB11 | Local Call | -892-4343    00 | |
| 003 | FEB11 | Room Revenue | Rm 714 | |
| 004 | FEB11 | State Room Tax | Rm 714 | |
| 005 | FEB11 | Local Room Tax | Rm 714 | |

Balance:          95.64+
                  11.27

                  84.37

GUEST
SIGNATURE _____

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges.





CARD NUMBER  3782-907341-81515

| 501169 | 99 | RESIDENCE INN 234   MONTGOMERY      AL | | |
| | | 006170009 LODGING                06/17/94 | | 126.71 |
| 669166 | 100 | AMERICAN AIRLINES     NEW YORK       NY | | |
| | | TKT# 0011110901651              06/10 | | 833.00 |
| 006182 | 101 | BUDGET RENT-A-CAR MONTGOMERY AL | | |
| | | R/A# 000113515              INV# 745239 | | 39.96 |
| | | **TOTAL FOR RUTH HARLOW** | | **$999.87** |

)0.00
)0.78
+0.00
58.50
:6.80
3.09
3.61
5.90
6.00
).50
).50
).95
).69
.97
.00
.75
.99