IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**FILED**
FEB 26 1996
THOMAS C. CAVER, CLERK
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| GAY LESBIAN BISEXUAL ALLIANCE, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| JEFF SESSIONS, in his official | ) | CV93-T-1178-N |
| capacity as Attorney General, | ) | |
| et als., | ) | |

### DECLARATION OF FERN SINGER IN SUPPORT OF
### PLAINTIFF'S MOTION FOR FEES AND COSTS

Under penalty of perjury pursuant to 28 U.S.C. § 1746, Fern Singer, declares as follows:

1. I have served and will continue to do so on appeal, the local counsel for Paintiff in the above-captioned matter I execute this Declaration in support of Plaintiff's Motion for attorneys' fees and costs.

2. I am currently a shareholder in the law firm of Sirote & Permutt, P.C. in Birmingham; I joined this firm in Janaury, 1995.

3. Prior to January, 1995, I was a shareholder in the two-person law firm of Watterson & Singer, PC. I practiced in this firm from September, 1987 until January, 1995.

4. Since becoming a member of the Alabama Bar I have been primarily involved in civil rights litigation in the area of race, sex, age and disability discrimination.

5. Since bcoming a member of the Alabama Bar, I have been an active member of the Alabama ACLU's legal committee. In addition, I have served as local ACLU counsel in the matter of Wyatt v. Poundstone.

FHS356628.PTA

6.  Before moving to Alabama I was employed by the City of New York. For the years 1981 through 1983 I was an Associate Labor Counsel for the New York City Health and Hospitals Corporation. From 1983 through the end of December 1985, I served as an attorney and the Director of Labor Relations for the Bellevue Hospital Medical Center.

7.  In my role as local counsel for this case, I have corresponded with defense counsel regarding discovery and scheduling matters, drafted motions, researched legal issues and worked with ACLU counsel in fashioning an appropriate strategy for the case.

8.  Plaintiff's fee application requests $225.00 per hour for my time spent litigating this matter. My regular, non-contingent hourly rate is now between $175-$185 and sometimes higher.

9.  The hourly rate noted in paragraph 8 above is reasonable as indicated in the attached Declaration of John C. Falkenberry.

10. I have kept records that I worked on this matter in fifteen minute increments and have recorded my time on my daily calendar accordingly.

9.  My total hours expended through February 22, 1996 are 58.15 and they are set forth in the attached list.

10. Attached to the hours expended in this case are my out-of-pocket expenses.

I hereby declare under penalty of perjury that the foregoing is true and correct, on this the 23 day of February, 1996.

Fern Singer

FHS356628.PTA

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of February, 1996, a copy of the foregoing pleading was served on counsel for all parties to this proceeding by placing a copy of same in the U. S. Mail, properly addressed and first-class postage prepaid, to:

Tom Parker, Esquire
Office of the Attorney General
11 South Union Street
Montgomery, Alabama  36130

J. Fairley McDonald, III, Esquire
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama  36101-0347

_____
OF COUNSEL

FHS356628.PTA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GAY LESBIAN BISEXUAL ALLIANCE, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| JEFF SESSIONS, in his official | ) | CV93-T-1178-N |
| capacity as Attorney General, | ) | |
| et als., | ) | |

### DECLARATION OF JOHN C. FALKENBERRY IN SUPPORT OF
### PLAINTIFF'S MOTION FOR FEES AND COSTS

Under penalty of perjury pursuant to 28 U.S.C. § 1746, John C. Falkenberry declares as follows:

1. I am a practicing lawyer admitted to practice in all three United States District Courts in Alabama. I have been a member of the Alabama State Bar since 1970 and have been engaged in the private practice of law in Birmingham, Alabama, since 1971, following a one-year clerkship in the Northern District. My practice has included specialization in federal labor and employment litigation as well as other civil rights litigation. I have had extensive trial and appellant experience, particularly in federal labor and employment matters, including cases under Title VII, ADEA, 42 U.S.C. § 1983, and the Voting Rights Act.

2. I have also served as Chairman of the Committee on Equal Employment Opportunity Law of the American Bar Association's Section of Labor and Employment Law and as Chairman of the Labor and Employment Law Section of the Alabama State Bar. I am a regular participant in labor and employment programs for the Alabama State Bar and for the American Bar Association sections on labor and employment law. I also participate regularly

JCF356891.JCF

in CLE programs for Cumberland School of Law and ABICLE. I have been a member of the Committee on Rules of Practice and Procedure of the United States District Court for the Northern District of Alabama and participated in the program for the Eleventh Circuit Judicial Conference in both 1994 and 1995 .

3. I am familiar with Fern Singer's skill and ability as a litigator in labor and employment and other civil rights cases. She has a high degree of skill, and has developed into an excellent litigator. I am also familiar with the fees charged in the district courts in this state by lawyers of her skill and length of experience. I understand that her fee application requests an hourly rate of $225.00 per hour. I am of the opinion that this rate is within the range of fees charged by lawyers with comparable skill and ability and I consider it to be reasonable.

I hereby declare, under penalty of perjury, that the foregoing is true and correct, on this the 22nd day of February, 1996.

John C. Falkenberry

JCF356891.JCF

## GAY LESBIAN BISEXUAL ALLIANCE V. SESSIONS et al.

### HOURS OF FERN SINGER

| Date | Description | Hours |
|---|---|---|
| 05/19/93 | Phone calls with National ACLU counsel and Executive Director of Alabama ACLU | .50 |
| 05/21/93 | Phone call with ACLU counsel re: suit review statute; read decision re: Auburn | 1.00 |
| 07/01/93 | Research re: drafting complaint | 2.25 |
| 07/21/93 | Review draft of Complaint | 1.75 |
| 07/28/93 | Phone call with ACLU counsel | .25 |
| 08/05/93 | Phone call with ACLU counsel | .25 |
| 07/30/93 | Recommend changes to complaint to ACLU counsel | .50 |
| 08/05/93 | Phone call with ACLU counsel | .25 |
| 09/05/93 | Phone call with ACLU counsel | .25 |
| 09/24/93 | Review final version of complaint | .50 |
| 10/06/93 | Phone call with ACLU counsel re: strategy | 1.00 |
| 10/12/93 | Review Motion to dismiss; phone call with ACLU counsel | .75 |
| 10/14/93 | Modify Plaintiff's Response to Motion to Dismiss | 1.00 |
| 10/21/93 | Review Defendants' Answer | .50 |
| 10/22/93 | Review letter from defense counsel | .25 |
| 10/28/93 | Prep for status conference; status conference with Judge Thompson, counsel for defendants and phone call with ACLU counsel; Review Attorney General's Brief in support of Motion to Dismiss | 2.00 |
| 11/03/93 | Review Plaintiff's Brief in Opposition to AG's Motion to Dismiss | .50 |

FHS356621.PTA

| Date | Description | Hours |
|---|---|---|
| 11/10/93 | Review Plaintiff's Interrogatories; Request for Admissions; Request for Production | |
| 12/15/93 | Review letter from defense counsel | .25 |
| 12/23/93 | Begin Review of defendants' discovery responses | 2.25 |
| 12/28/93 | Review Court Order | .50 |
| 12/27/93 | Phone call with ACLU counsel re: overdue discovery; letter to defense counsel | .33 |
| 12/29/93 | Review letter from defense counsel re: overdue discovery | .25 |
| 01/05/94 | Phone call with ACLU counsel re: discovery schedule; Review documents produced by Defendants | 3.50 |
| 01/07/94 | Write letter to defense counsel | .33 |
| 01/11/94 | Review letter from defense counsel | .25 |
| 01/18/94 | Draft Motion to Extend Discovery | .33 |
| 01/24/94 | Phone call with ACLU counsel re: depositions | .25 |
| 01/26/94 | Letter to defense counsel | .25 |
| 01/27/94 | Review letter from defense counsel; Draft Motion to Compel Attorney General | 1.00 |
| 02/01/94 | Phone call with defense counsel; Prepare Depo Notices | .33 |
| 02/02/94 | Write letter to defense counsel | .25 |
| 02/04/94 | Phone call with ACLU counsel re: trip to Alabama | .25 |
| 02/07/94 | Phone call with ACLU counsel regarding deposition strategy and use of documents; review depo outline | 1.50 |

| Date | Description | Hours |
|---|---|---|
| 02/19/94 | Review letter from defense counsel; Review Answer of Attorney General | .50 |
| 02/20/94 | Review letter from ACLU counsel | .25 |
| 03/03/94 | Legal Research | 3.75 |
| 03/04/94 | Legal Research | 1.75 |
| 03/17/94 | Legal Research | 2.50 |
| 03/13/94 | Review outline of legal arguments | 1.50 |
| 04/01/94 | Review draft of brief | 2.00 |
| 04/21/94 | Review letter to defense counsel from ACLU | .25 |
| 04/22/94 | Review letter from defense counsel | .25 |
| 04/29/94 | Review letter from Attorney General and Motion | .33 |
| 04/30/94 | Review letter from defense counsel | .25 |
| 05/25/94 | Review Defendants' Joint Brief | 3.25 |
| 06/05/94 | Review draft of Plaintiff's Reply Brief | 1.75 |
| 06/13/94 | Phone call with ACLU counsel re: argument | .50 |
| 06/17/94 | Prep and oral argument; travel to and from Montgomery | 6.25 |
| 07/10/95 | Review Rosenberger; review letter by ACLU counsel | 1.25 |
| 07/11/95 | Phone call with ACLU counsel | .25 |
| 01/30/96 | Review Judge Thompson's opinion | 1.25 |
| 02/05/96 | Phone call with ACLU counsel re: fees | .25 |
| 02/06/96 | Draft motion to extend time to file fee petition; telephone conf. with counsel | .50 |

FHS356621.PTA

| | | |
|---|---|---|
| 02/09/96 | Review motion to expedite appeal | .33 |
| 02/14/96 | Review court order | 1.00 |
| 02/21/96 | Review time records and compile hours for fee petition | 1.75 |
| 02/22/96 | Complete review of the record; prepare declaration | 1.25 |

FHS356621.PTA

## GAY LESBIAN BISEXUAL ALLIANCE V. SESSIONS et al.

### EXPENSES

| | |
|---|---|
| Postage | $76.20 |
| Copies | $176.72 |
| Long Distance Telephone Calls | $53.25 |

FHS356621.PTA