# OFFICE OF THE ATTORNEY GENERAL

RECEIVED
'96 MAR 28 PM 2:42
THOMAS C. CAVER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JEFF SESSIONS
ATTORNEY GENERAL
STATE OF ALABAMA

FILED
MAR 26 1996
THOMAS C. CAVER, CLERK
BY _____
DEPUTY CLERK

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130
AREA (334) 242-7300

March 26, 1996

Hon. Myron H. Thompson
Chief Judge
Federal District Court, Middle District Alabama
P.O. Box 235
Montgomery, Alabama 36101

VIA FAX:  223-7114

Re:  <u>Gay Lesbian Bisexual Alliance v. Sessions</u>
     CV-93-T-1178-N

Dear Judge Thompson:

By order issued March 7, 1996, in the above-referenced case, you set today, March 26th for the submission of our response to the attorney fee request by the plaintiffs. Due to production problems in our office, we will not have our response ready for filing with the Clerk's office by 5:00 p.m. I telephoned Alabama plaintiff counsel Fern Singer to seek her cooperation, but her voice mail announcement said that she would be out of the office until Friday. Due to the time difference between here and New York, it was already too late to call Ruth Harlow. Therefore, we respectfully request leave to file our response by 12:00 noon on Wednesday, March 27th.

Respectfully submitted

THOMAS F. PARKER IV
DEPUTY ATTORNEY GENERAL

/mj

cc:  Fern Singer   (FAX)  205-930-5301
     Ruth Harlow   (FAX)  212-869-9061