FILED
AUG 29 1997
THOMAS ~~C. CAVER~~, CLERK
BY ~~~~~~
DEPUTY CLERK

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

GAY LESBIAN BISEXUAL )
ALLIANCE, )
        )
    Plaintiff, )
        )
    v. ) CIVIL ACTION NO. 93-T-1178-N
        )
BILL PRYOR, in his official )
capacity as Attorney General )
of the State of Alabama; )
et al., )
        )
    Defendants. )

### ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit dated April 29, 1997, wherein the final orders of this court made and entered herein on January 29, 1996, *Gay Lesbian Bisexual Alliance v. Sessions*, 917 F. Supp. 1548 (M.D. Ala. 1996); and February 13, 1996, *Gay Lesbian Bisexual Alliance v. Sessions*, 917 F. Supp 1558 (M.D. Ala. 1996), were in all respects affirmed; and upon receipt on August 27, 1997, of the mandate of the United States Court of Appeals for the Eleventh Circuit issued in this cause on August 26, 1997, it is the

ORDER, JUDGMENT, and DECREE of this court that the orders of this court made and entered herein on January 29, 1996, and February 13, 1996, are in all respects continued in full force and effect.

DONE, this the 29th day of August, 1996.

                                    /s/ ~~~~~~~~~~~~~~~~~~
                                    UNITED STATES DISTRICT JUDGE